# EXHIBIT B

**SEDGWICK COUNTY DEPARTMENT OF CORRECTIONS**
**SUPERVISION AGREEMENT**
**GANG CONDITIONS ATTACHMENT**

1. I shall not associate with anyone affiliated with any gang.
2. I shall not knowingly associate with anyone having a conviction for the sale or possession of drugs.
3. I shall not knowingly be around any person who is currently on pretrial supervision, probation, and parole or has active criminal case.
4. I shall not go to the following locations without permission:
   Towne East Mall, Wichita, KS; Quik Trip at 13th and Oliver, Wichita, KS; Towne West Mall, Wichita, KS; Quik Trip at 21st and Arkansas, Wichita, KS; or:
5. I will not attend any court hearing unless I am required by a judge or attorney to attend.
6. I will not wear any clothing with the primary colors being RED.
7. I shall not acquire any more tattoos than I currently have.
8. I will have a curfew of 9:00 P.M. to 5:00 A.M. and I must be in my home during these times unless permission is otherwise granted.
9. I shall not be around any school and/or school parking lot without obtaining prior permission.
10. I shall not possess any firearm, ammunition, or explosive devices including air or paintball guns.
11. I shall not visit or have telephone conversations with any person who is in the jail or other correctional facilities without permission.
12. I shall not ride in a care with more than one (1) person unless those people are my parents, siblings or my children.
13. I shall not engage in throwing or showing gang hand signs.
14. I shall not be in possession of any sharp instruments, bats, or anything that could be considered a weapon.
15. I shall not associate with family member or extended family who is a documented gang member. (Exception would be immediate family only, i.e. brother, sister parents – NO cousins.)
16. I shall not share or post via any electronic means including but not limited to text message, picture or video message, picture or video message via cell phone, public or social networking websites such as Facebook, Myspace, Twitter or any other internet use, statements having any relationship to {specific Gang set} or any gang whatsoever, nor shall I share or post via any electronic means any photos or images that can in any way be associated with the {specific gang} or any gang.
17. Other conditions:

I hereby acknowledge that I have been informed and understand these added conditions of my probation.  I agree to comply with these conditions until I receive my final discharge from the Court.