# EXHIBIT C

# The Wichita Eagle





CRIME & COURTS

# FBI: Glasses found with jail search warrant help ID shooter at Wichita American Legion

BY JASON TIDD

MARCH 10, 2021 09:16 PM, UPDATED MARCH 10, 2021 10:34 PM



This pair of white glasses, pictured in federal court documents, was seized by the FBI from Brian Mitchell's cell in the Butler County jail on Monday. The glasses are evidence in a Jan. 2 shooting at an American Legion building in Wichita. COURTESY PHOTO
FEDERAL BUREAU OF INVESTIGATION VIA U.S. DISTRICT COURT FOR KANSAS



**Listen to this article now**
03:05　Powered by Trinity Audio

Federal investigators used a search warrant to recover a pair of glasses they say help identify the alleged shooter who fired a bullet into the American Legion building in

north Wichita earlier this year.

Agents with the Federal Bureau of Investigation on Monday executed a search warrant at Brian Mitchell's cell in the Butler County jail to get the white glasses.

"Mitchell wore the white glasses the night of the shooting and was later arrested with the white glasses," an FBI agent from Wichita wrote in court documents. "The white glasses assist in confirming the identity of Mitchell during the time surrounding the shooting at the American Legion."

Records show the shooting was reported to Wichita police at around 9:04 p.m. Jan. 2 at 1335 N. Hydraulic. Officers determined there were no injuries, but there was property damage. Police identified Mitchell as a suspect and arrested him that same night.

In an affidavit supporting the search warrant, the FBI agent wrote that photos from a memorial service at the American Legion earlier that day showed Mitchell was in attendance. Surveillance video from the shooting that night showed the shooter appeared to be dressed in the same clothing as Mitchell had worn earlier.

## Get unlimited digital access

Subscribe now for only $1

**CLAIM OFFER**

When Mitchell was arrested, he appeared to be wearing the same clothing — including a pair of white glasses that was in his hoodie pocket.

The FBI agent said the surveillance video showed Mitchell pointed a handgun at another patron of the American Legion. The patron went outside, and he was pursued by Mitchell and other people. Multiple gunshots were then fired outside, before Mitchell was seen trying to get back inside. He fired one round through the front glass door. A 9mm casing was later found in the area.

Mitchell was charged in Sedgwick County District Court with criminal discharge of a weapon at an occupied dwelling and criminal possession of a weapon by a felon. Those charges were dismissed after he was indicted in U.S. District Court of possession of ammunition by a felon.

Also indicted in the case were co-defendants Jermaine Oliver and Demetrius Larraga.

At the time of the shooting, Mitchell was seven months into a three-year supervised release sentence. Last year, he pleaded guilty in federal court to possession with intent to distribute MDMA. He admitted he had about 14 grams of the drug, also known as ecstasy.

## News alerts in your inbox

Sign up for email alerts and be the first to know when news breaks.

Enter Email Address

**SIGN UP**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

While the maximum sentence was up to 20 years in prison, the guideline imprisonment range was 10-16 months, and he had already spent more than 15 months in federal custody by the time of his sentencing. The judge sentenced him to time served, releasing him to 36 months of supervised release.

After being released, local prosecutors resumed with an unrelated Sedgwick County District Court case on charges of aggravated assault with a gun and theft. That case, filed in 2019, had been on hold after Mitchell failed to appear in state court while in federal custody.

Mitchell's release was revoked after he was arrested in the Jan. 2 shooting. His probation officer said he violated the terms of his release.

On Jan. 2, he had unapproved contact with Jermaine Oliver and Elbert Costello Sr., who are documented gang members and convicted felons — constituting two violations, the probation officer alleged. Two more violations came from allegedly being in possession of a gun or ammunition and allegedly committing a crime during the shooting.

**RELATED STORIES FROM WICHITA EAGLE**

LOCAL

Dead alligator found in river south of Wichita was likely a pet released into the wild

MARCH 10, 2021 5:37 PM

CORONAVIRUS

As COVID trends improve, Kansas health leader emphasizes testing before Spring Break

MARCH 10, 2021 3:45 PM

EDUCATION

Wichita school board selects Mia Turner as new member to replace Mike Rodee

MARCH 08, 2021 9:31 PM

**JASON TIDD**  316-268-6593

Jason Tidd is a reporter at The Wichita Eagle covering breaking news, crime and courts.

**COMMENTS**

READ NEXT

CRIME & COURTS

# Police: Wichita man now in jail after fatal weekend shooting

BY MICHAEL STAVOLA

TRENDING STORIES

What's next for $1,400 checks? House passes stimulus plan, clearing way to send funds

UPDATED MARCH 10, 2021 05:24 PM

MARCH 11, 2021 09:26 AM, UPDATED 1 HOUR 40 MINUTES AGO

   

The shooting happened Saturday night.

KEEP READING →

Sedgwick County prepares to start up a second COVID mass-vaccination clinic
UPDATED MARCH 09, 2021 01:09 PM

Wichita State will be without two players for the AAC men's basketball tournament
UPDATED MARCH 10, 2021 04:29 PM

$36 million contract to rebuild the worst part of Wichita's worst freeway bottleneck
UPDATED 5 HOURS 47 MINUTES AGO

4-year-old boy killed while crossing Wichita street was a refugee who loved to sing
UPDATED MARCH 10, 2021 10:34 PM

# Get unlimited digital access

#ReadLocal

Subscribe now for only $1

CLAIM OFFER

**CRIME & COURTS**
Meade County man fatally shot exiting SUV with gun after police chase, official says
MARCH 10, 2021 9:04 PM

**CRIME & COURTS**
Wichita man who fled from police twice before losing leg in chase is headed to prison
MARCH 10, 2021 11:36 AM

**CRIME & COURTS**
Girl, 5, killed in county crash loved 'sweet treats and dancing,' fundraiser says
MARCH 10, 2021 5:00 AM

**LOCAL**
4-year-old boy killed while crossing Wichita street was a refugee who loved to sing
UPDATED MARCH 10, 2021 10:34 PM

**CRIME & COURTS**
Boy, 4, hit and killed by vehicle while crossing downtown street; man arrested
UPDATED MARCH 08, 2021 05:32 PM

**CRIME & COURTS**
Suspect in Wichita homicide shot man, teen then 'turned gun on himself,' police say
UPDATED 44 MINUTES AGO

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

THE WICHITA EAGLE APP →

### SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

**LEARN MORE**

About Us

Contact Us

Newsletters

News in Education

Archives

**ADVERTISING**

Information

Digital Advertising

Place a Classified

**COPYRIGHT**

**COMMENTING POLICY**

**PRIVACY POLICY**

**DO NOT SELL MY PERSONAL INFORMATION**

**TERMS OF SERVICE**