### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WICHITA, KANSAS, CHIEF GORDON RAMSAY, in his official capacity as Chief of the Wichita Police Department, and LIEUTENANT CHAD BEARD, in his official capacity as Supervisor of the Gang Unit of the Wichita Police Department, <br><br> Defendants. | COMPLAINT – CLASS ACTION <br><br> Case No. _____ <br><br> PLACE OF TRIAL REQUESTED: WICHITA, KANSAS |

**Plaintiffs' Notice of Constitutional Challenge of Kansas Statute Under Fed. Rules Civil Procedure 5.1(a)**

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through counsel, respectfully file this Notice of Constitutional Challenge of a Kansas Statute with the Court. In the Class Action Complaint filed with this Court on April 15, 2021, Plaintiffs challenge the constitutionality of K.S.A. § 21-6313, *et seq*.

In compliance with Rule 5.1(a)(2), the Plaintiffs will serve the Kansas Attorney General with a copy of this Notice and the Complaint questioning the state statute's constitutionality via certified mail.

Respectfully submitted this the 15th day of April 2021.

    Kansas Appleseed Center for
Law and Justice, Inc.

*/s/* Teresa A. Woody
Teresa A. Woody  KS 16949
211 E 8th St, Suite D
Lawrence, KS 66044
(785) 251-8160
twoody@kansasappleseed.org

American Civil Liberties Union
Foundation of Kansas

*/s/* Sharon Brett
Sharon Brett  KS 28696
6701 W 46th St, Suite 210
Overland Park, KS 66202
(913) 490-4100
sbrett@aclukansas.org

**ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiffs' Notice of Constitutional Challenge of Kansas Statute Under Fed. Rules Civil Procedure 5.1(a) and the underlying Class Action Complaint were served, via certified mail, on April 15, 2021, on Attorney General Derek Schmidt, representative for the State of Kansas:

The Honorable Derek Schmidt
Kansas Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

*/s/* Teresa A. Woody
Attorney for Plaintiffs