IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY KANSAS, CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS, CHIEF GORDON RAMSAY, in his official capacity as Chief of the Wichita Police Department, and LIEUTENANT CHAD BEARD, in his official capacity as Supervisor of the Gang Unit of the Wichita Police Department,<br><br>    Defendants. | Case No. 6:21-cv-01100-EFM-ADM |

## ENTRY OF APPEARANCE OF MITCHELL F. ENGEL

COMES NOW Mitchell F. Engel of the law firm of Shook, Hardy & Bacon L.L.P. and hereby enters his appearance as attorney of record on behalf of the Plaintiffs Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated in the above-captioned matter.

Dated: April 22, 2021    Respectfully submitted,

    SHOOK, HARDY & BACON L.L.P.

    By: /s/ Mitchell F. Engel
    Mitchell F. Engel (KSD #78766)
    2555 Grand Blvd.
    Kansas City, MO 64108
    Tel: (816) 474-6550
    Fax: (816) 421-5547
    Email: mengel@shb.com

    ATTORNEY FOR PLAINTIFFS

2

        Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated

4822-1890-1222 v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

        SHOOK, HARDY & BACON L.L.P.

        */s/* Mitchell F. Engel
        ATTORNEY FOR PLAINTIFFS
        Progeny Kansas, a program of The Seed House La Casa De Semilla, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and Patrick Williams, on behalf of themselves and others similarly situated

4822-1890-1222 v1