## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY KANSAS, ) <br> CHRISTOPHER COOPER, ELBERT ) <br> COSTELLO, MARTEL COSTELLO, and ) <br> JEREMY LEVY, JR., on behalf of ) <br> themselves and others similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF WICHITA, KANSAS, ) <br> CHIEF GORDON RAMSAY, in his ) <br> official capacity as Chief of the Wichita ) <br> Police Department, and LIEUTENANT ) <br> CHAD BEARD, in his official capacity as ) <br> Supervisor of the Gang Unit of the Wichita ) <br> Police Department, ) <br> ) <br>     Defendants. ) | Case No. 6:21-cv-01100-EFM-ADM |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Thomas J. Sullivan be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated: April 23, 2021                               Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


*/s/ Mitchell F. Engel*
Mitchell F. Engel (KSD #78766)
Jordan Carmichael Baehr (KSD #27213)
2555 Grand Blvd.
Kansas City, MO  64108
Tel:   (816) 474-6550
Fax:  (816) 421-5547
Email: mengel@shb.com

ATTORNEY FOR PLAINTIFFS
Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by means of the Court's CM/ECF electronic filing system on April 23, 2021, upon all counsel of record.

*/s/ Mitchell F. Engel*
ATTORNEY FOR PLAINTIFFS