### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY KANSAS, a program of The Seed House La Casa De Semilla, CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, JEREMY LEVY, JR., and PATRICK WILLIAMS, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 6:21-cv-01100-EFM-ADM |
| CITY OF WICHITA, KANSAS, CHIEF GORDON RAMSAY, in his official capacity as Chief of the Wichita Police Department, and LIEUTENANT CHAD BEARD, in his official capacity as Supervisor of the Gang Unit of the Wichita Police Department, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Thomas J. Sullivan

2. I practice under the following firm name or letterhead:

    Name: Shook, Hardy & Bacon L.L.P

    Address: Two Commerce Square 2001 Market St., Suite 3000 Philadelphia, PA 19103

    Telephone Number: (215) 278-2555

    Fax: (215) 278-2594

    Email address: tsullivan@shb.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Massachusetts | 12/27/2012 | 65030 |
| New Jersey | 09/05/2018 | 248542018 |
| Pennsylvania | 5/20/2002 | 088838 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Dated: April 22, 2021                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*[signature]*

Thomas J. Sullivan, Esq., ID # 88838
Two Commerce Square 2001 Market
St., Suite 3000 Philadelphia, PA
19103 Telephone: (215) 278-2555
Facsimile: (215) 278-2594
tsullivan@shb.com

ATTORNEY FOR PLAINTIFFS

Progeny Kansas, Christopher Cooper,
Elbert Costello, Martel Costello, and
Jeremy Levy, Jr, on behalf of
themselves and others similarly
situated