## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY KANSAS, CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS, CHIEF GORDON RAMSAY, in his official capacity as Chief of the Wichita Police Department, and LIEUTENANT CHAD BEARD, in his official capacity as Supervisor of the Gang Unit of the Wichita Police Department,<br><br>　　　　Defendants. | Case No. 6:21-cv-01100-EFM-ADM |

### ENTRY OF APPEARANCE OF JORDAN CARMICHAEL BAEHR

COMES NOW Jordan Carmichael Baehr of the law firm of Shook, Hardy & Bacon L.L.P. and hereby enters his appearance as attorney of record on behalf of the Plaintiffs Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated in the above-captioned matter.

Dated: April 23, 2021　　　Respectfully submitted,

　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　By: /s/ Jordan Carmichael Baehr
　　　　　　　　　　　　　Jordan Carmichael Baehr (KSD #27213)
　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　Kansas City, MO  64108
　　　　　　　　　　　　　Tel:  (816) 474-6550
　　　　　　　　　　　　　Fax:  (816) 421-5547
　　　　　　　　　　　　　Email: jbaehr@shb.com

　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFFS

2

Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

        SHOOK, HARDY & BACON L.L.P.

        */s/* Jordan Carmichael Baehr
        ATTORNEY FOR PLAINTIFFS
        Progeny Kansas, a program of The Seed House La Casa De Semilla, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and Patrick Williams, on behalf of themselves and others similarly situated