## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | COMPLAINT – CLASS ACTION |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01100-EFM-ADM |
| | ) | |
| CITY OF WICHITA, KANSAS,<br>CHIEF GORDON RAMSAY, in his<br>official capacity as Chief of the Wichita<br>Police Department, and<br>LIEUTENANT CHAD BEARD, in his<br>official capacity as Supervisor of the Gang<br>Unit of the Wichita Police Department, | )<br>)<br>)<br>)<br>)<br>)<br>) | PLACE OF TRIAL REQUESTED:<br>WICHITA, KANSAS |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Joshua M. Pierson** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 13th day of May, 2021.

/s/ Sharon Brett
Legal Director
ACLU of Kansas
Sharon Brett, KS #28696
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing

with the Clerk of the District Court using the CM/ECF system which will serve all registered

participants.

/s/   Sharon Brett
Sharon Brett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY, | ) | |
| a program of Destination Innovations Inc., | ) | |
| CHRISTOPHER COOPER, | ) | |
| ELBERT COSTELLO, | ) | |
| MARTEL COSTELLO, and | ) | |
| JEREMY LEVY, JR., | ) | |
| on behalf of themselves | ) | |
| and others similarly situated, | ) | |
| | ) | COMPLAINT – CLASS ACTION |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01100-EFM-ADM |
| | ) | |
| CITY OF WICHITA, KANSAS, | ) | |
| CHIEF GORDON RAMSAY, in his | ) | |
| official capacity as Chief of the Wichita | ) | PLACE OF TRIAL REQUESTED: |
| Police Department, and | ) | WICHITA, KANSAS |
| LIEUTENANT CHAD BEARD, in his | ) | |
| official capacity as Supervisor of the Gang | ) | |
| Unit of the Wichita Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.    My full name is: Joshua Michael Pierson.

2.    I practice under the following firm name or letterhead:

Name: ACLU of Kansas

Address: 6701 W. 64th St., Suite 210, Overland Park KS 66202

Telephone Number: (913) 490 - 4100

Fax:

Email address: jpierson@aclukansas.org

3.   I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|-------|-------------------|------------|
| Missouri | September 19, 2012 | 65105 |
| Illinois | October 31, 2013 | 6313729 |
| Seventh Circuit | November 4, 2019 | |
| E.D.Mo. | August 23, 2013 | |
| S.D.Ill. | July 29, 2013 | |

4.   I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.   I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.   I am in good standing in all bars of which I am a member.

7.   No disciplinary or grievance proceedings have been previously filed against me.

8.   No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.   I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.     I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

[Affidavit must be notarized and/or contain a declaration that it is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1]

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua M. Pierson


SUBSCRIBED AND SWORN to before me this __13th__ day of __May_____, 2021.

NOTARY PUBLIC - State of Kansas
ESMIE TSENG
My Appt. Expires 7/20/2024

_____
Notary Public

My Commission Expires:

 __July 20, 2024_____