## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                              Plaintiffs,

          vs.                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS, CHIEF GORDON
RAMSAY, in his official capacity as Chief of the
Wichita Police Department, and LIEUTENANT
CHAD BEARD, in his official capacity as Supervisor
of the Gang Unit of the Wichita Police Department,

                              Defendants.

---

## Order Extending Time to Plead

Upon application of defendants stating the answer to plaintiff's Complaint is initially due

on or before June 14, 2021, which time has not already expired, the date for these defendants to

answer or otherwise plead to plaintiff's Complaint is hereby extended fourteen (14) days pursuant

to D.Kan. 77.2(a)(2) until and including June 28, 2021.

                                        s/ J. Kendall, Deputy Clerk
                                        CLERK

 PREPARED & SUBMITTED BY:

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

David R. Cooper                  #16690
Charles E. Branson          #17376
**Attorneys for Defendants**

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**


## Certificate of Service

I hereby certify that I electronically filed the foregoing on the 14th day of June, 2021, a with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Phone: (785) 251-8160 | twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Phone: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
T: (916) 474-6550 | F: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com
**Attorneys for Plaintiffs**

Thomas J. Sullivan | SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594 | Email: tsullivan@shb.com
*Pro Hac Vice* **Attorney for Plaintiffs**


                                        **s/David R. Cooper**

{T0471770}                              2