**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| PROGENY KANSAS, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, JEREMY LEVY, JR., on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 6:21-cv-01100-EFM-ADM |
| CITY OF WICHITA, KANSAS, CHIEF GORDON RAMSAY, in his official capacity as Chief of the Wichita Police Department, and LIEUTENANT CHAD BEARD, in his official capacity as Supervisor of the Gang Unit of the Wichita Police Department, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Nicolas C. Shump be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW & JUSTICE, INC.**

*/s/ Teresa A. Woody*

Teresa A. Woody  KS Bar #16949
211 East 8th Street, Suite D
Lawrence, KS 66044
P: (785) 251-8160
twoody@kansasappleseed.org

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all Defendants and all Counsel of Record.

*/s/ Teresa A. Woody*

Attorney for Plaintiffs