## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY KANSAS, a program )
of Destination Innovations, Inc., )
CHRISTOPHER COOPER, ELBERT )
COSTELLO, MARTEL COSTELLO, )
JEREMY LEVY, JR., )
on behalf of themselves and others )
similarly situated, )
                                             )
      Plaintiffs, )
                                             )
v. )    Case No. 6:21-cv-01100-EFM-ADM
                                             )
CITY OF WICHITA, KANSAS, )
CHIEF GORDON RAMSAY, in his )
official capacity as Chief of the Wichita )
Police Department, and LIEUTENANT )
CHAD BEARD, in his official capacity as )
Supervisor of the Gang Unit of the Wichita )
Police Department, )
                                             )
      Defendants. )

## **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Nicolas C. Shump

2. I practice under the following firm name or letterhead:

    Name: Kansas Appleseed Center for Law and Justice, Inc.

    Address: 211 E. 8th St., Ste. D, Lawrence, KS  66044

    Telephone: (785) 251-8160

    Email: nshump@kansasappleseed.org

3. I have been admitted on June 28, 2021 to the State of New York Bar, Bar No. 5863105. I am a New York University Legal Fellow for Kansas Appleseed Center for Law and Justice, Inc.

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I will be working with local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me, nor are any pending, in any jurisdiction.

8. I have not been charged in any court of the United States, or any court of any state, territory, or possession of the United States, with the commission of a felony or unprofessional conduct.

9. I have completed the Electronic Filing Registration Form for the District of Kansas, and it is attached to this affidavit and motion. I understand that I will receive system-generated notices of electronic filings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2021

*Nicolas C Shump*
Nicolas C. Shump
NY Bar No. 5863105
Kansas Appleseed Center for
Law and Justice, Inc.
211 E. 8th St., Ste. D
Lawrence, KS  66044
(785) 251-8160
nshump@kansasappleseed.org