## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                                Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS, CHIEF GORDON
RAMSAY, in his official capacity as Chief of the
Wichita Police Department, and LIEUTENANT
CHAD BEARD, in his official capacity as Supervisor
of the Gang Unit of the Wichita Police Department,

                Defendants.

### Reply in Support of Motion to Stay Discovery

Defendants' motion, ECF 14, illustrates that all Plaintiffs lack Article III standing and the Court lacks subject matter jurisdiction and, further, Plaintiffs fail to state a claim upon which relief can be granted. *ECF No. 14*. Defendants' motion to stay is interposed to vindicate the purpose underpinning Rules of Civil Procedure requiring that they "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." F.R.Civ.P. 1.

Defendants are seeking an Order staying all pre-trial proceedings, including discovery, until the Court resolves their pending dispositive motion. A stay order is within the discretion of the court and a stay is appropriate where fully dispositive motion is pending motion and wasteful,

burdensome discovery will not affect the resolution of that fully dispositive motion. *Citizens for Objective Pub. Educ., Inc. v. Kansas State Bd. of Educ.,* No. 13-4119-KHV-JPO, 2013 WL 6728323, *1 (D. Kan. Dec. 19, 2013) (citing *Kutilek v. Gannon,* 132 F.R.D. 296, 297-98 (D. Kan. 1990); *Clinton v. Jones,* 520 U.S. 226, 232-33(1991).

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

*s/David R .Cooper*
David R. Cooper                            #16690
Charles E. Branson                         #17376
**Attorneys for Defendants**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on July 23, 2021, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | twoody@kansasappleseed.org
Sharon Brett, KS #28696 | sbrett@aclukansas.org
Mitchell F. Engel, KSD #78766 | mengel@shb.com |
Jordan C. Baehr, KSD 327213 | jbaehr@shb.com
Thomas J. Sullivan | tsullivan@shb.com
Joshua M. Pierson | jpierson@aclukansas.org
**Attorneys for Plaintiffs**

*s/David R. Cooper*