IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY KANSAS, a program )<br>of Destination Innovations, Inc., )<br>CHRISTOPHER COOPER, ELBERT )<br>COSTELLO, MARTEL COSTELLO, )<br>JEREMY LEVY, JR., )<br>on behalf of themselves and others )<br>similarly situated, )<br>            )<br>   Plaintiffs, )<br>            )<br>v.           )<br>            )<br>CITY OF WICHITA, KANSAS, )<br>CHIEF GORDON RAMSAY, in his )<br>official capacity as Chief of the Wichita )<br>Police Department, and LIEUTENANT )<br>CHAD BEARD, in his official capacity as )<br>Supervisor of the Gang Unit of the Wichita )<br>Police Department, )<br>            )<br>   Defendants. )<br>_____ ) | Case No. 6:21-cv-01100-EFM-ADM |

**PLAINTIFFS' UNCONTESTED MOTION TO EXCEED PAGE LIMITATIONS
WITH SUPPORTING MEMORANDUM**

   Plaintiffs respectfully request permission from the Court to exceed the page limits set forth in Judge Melgren's Standing Order Regarding Page Limitations for Memorandums and Briefs with respect to Plaintiffs' Response in Opposition to Motion to Dismiss, which Plaintiffs will be filing on July 30, 2021. In support of the Motion to Exceed Page Limitations, Plaintiffs state as follows:

   1.  On July 9, 2021, Defendants filed their motion to dismiss Plaintiffs' claims. Def. Motion to Dismiss, ECF No. 9. Defendants, in their 46-page memorandum, challenge the Article III standing of Progeny, the organizational and associational Plaintiff, and the standing of each of the four individual Plaintiffs. *Id.* at 7-15. Defendants further argue that Plaintiffs have failed to state a claim upon which relief can be granted as to every claim alleged by Plaintiffs (*id.* at 26-45),

and then bring additional challenges, including an argument claiming that the Court should find that K.S.A. 23-6313 *et seq.* are constitutional, which is more akin to a motion for summary judgment (*id.* at 16-25).

2. In their memorandum seeking a dismissal, Defendants have also included and referenced many forms of extraneous material not within the Complaint. *See, e.g. id.* at fns. 2, 3 and 9.

3. In order to respond to Defendants' standing arguments, it is necessary for Plaintiffs to cite to significant factual material in the Complaint for each Plaintiff. Further, each of the many and varied arguments raised by Defendants, some in almost a cursory matter, must be addressed in a full and complete response, especially since Defendants argue that their motion is dispositive of all claims in this case, against all Defendants.

4. Plaintiffs' initial drafts of the responsive sections would exceed the 50-page limit for the response. Although Plaintiffs are doing their best to edit the memorandum and remove any redundancy of arguments or material facts, in order to fully address Defendants' arguments, Plaintiffs anticipate that the final brief will exceed the 50-page limit. In an abundance of caution, Plaintiffs seek the Court's permission to file a responsive brief of up to and no more than 60 pages.

5. Plaintiffs' counsel have consulted with Defendants' counsel, and Defendants do not object to Plaintiffs' request to exceed the page limitation.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs' motion to exceed the page limitation and grant Plaintiffs permission to file a Response in Opposition to Defendants' Motion to Dismiss of up to but no more than 60 pages.

Dated this 26th day of July, 2021.

          Respectfully submitted,

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas C. Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org
nshump@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Josh Pierson KS #29095
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org
jpierson@aclukansas.org


SHOOK, HARDY & BACON LLP

/s/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com

3

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Sharon Brett

Attorney for Plaintiffs