UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

                Plaintiffs,

v.                                                                         Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS, CHIEF
GORDON RAMSAY, in his official capacity
as Chief of the Wichita Police Department,
and LIEUTENANT CHAD BEARD, in his
official capacity as Supervisor of the Gang
Unit of the Wichita Police Department,

                Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July, 2021, Plaintiffs served their Rule 26(a)(1) Initial Disclosures via email transmission addressed to counsel of record at the following email addresses:

David R. Cooper - dcooper@fpsslaw.com
Charles E. Branson - cbranson@fpsslaw.com
Sharon L. Dickgrafe - dickgrafe@wichita.gov

Respectfully submitted,

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ Teresa Woody_____
Teresa Woody, KS #16949

Nicolas Shump, *Pro Hac Vice*
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org
nshump@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

/s/ Sharon Brett_____
Sharon Brett, KS # 28696
Joshua Pierson, KS # 29095
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119

sbrett@aclukansas.org
jpierson@aclukansas.org

and

SHOOK, HARDY, & BACON LLP

/s/ Tom Sullivan\_\_\_\_
Thomas J. Sullivan, *Pro Hac Vice*
Jordan Carmichael Baehr, KS # 27213
Mitchell F. Engel, KS # 78766
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
tsullivan@shb.com
jbaehr@shb.com
mengel@shb.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of July, 2021, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                                                    /s/ Sharon Brett_____
                                                    Sharon Brett, KS # 28696