## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                        Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS, CHIEF GORDON
RAMSAY, in his official capacity as Chief of the
Wichita Police Department, and LIEUTENANT
CHAD BEARD, in his official capacity as Supervisor
of the Gang Unit of the Wichita Police Department,

                Defendants.

## Notice of Service

Defendants notify the Court that initial disclosures pursuant to Rule 26(a)(1)(A) were electronically served upon counsel of record on the 27th day of July, 2021.

                **Fisher, Patterson, Sayler & Smith, LLP**
                3550 S.W. 5th
                Topeka, Kansas 66606
                Tel: (785) 232-7761 | Fax: (785) 232-6604
                dcooper@fpsslaw.com | cbranson@fpsslaw.com

                **s/David R. Cooper**
                David R. Cooper                 #16690
                Charles E. Branson            #17376
                **Attorneys for Defendants**

>Jennifer L. Magaña, #15519
>City Attorney
>Sharon L. Dickgrafe, #14071
>Chief Deputy City Attorney
>City Hall-13th Floor
>455 North Main
>Wichita, Kansas 67202
>P: (316) 268-4681 | F: (316) 268-4335
>sdickgrafe@wichita.gov
>**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on July 28, 2021, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Phone: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Phone: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
T: (916) 474-6550 | F: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594 | Email: tsullivan@shb.com
**Attorneys for Plaintiffs**

>**s/David R. Cooper**