UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, et al.,

                Plaintiffs,

v.                                            Case No. 21-1100-EFM-ADM

CITY OF WICHITA,

                Defendant.

## ORDER REGARDING PLANNING AND SCHEDULING

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of all civil cases. With this goal in mind, the undersigned U.S. Magistrate Judge, Angel D. Mitchell, will conduct a scheduling conference in this case in accordance with Fed. R. Civ. P. 16 on **February 8, 2022 at 11:00 a.m.** The conference will be held via telephone. Participants must dial in to the conference call at 888-363-4749, then enter access code 3977627#, and follow the prompts to join the call as a participant.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **January 21, 2022**. Generally, discussion at this planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; and development of a proposed discovery plan. More specifically, the agenda items that must be addressed during this conference include those set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) and Fed. R. Civ. P. 26(f)(3)(A)-(F).

1

By **February 1, 2022,** plaintiff must submit one of the following to the chambers of the undersigned magistrate judge:

(1)     The completed report of the parties' planning conference using the following form:

*http://ksd.uscourts.gov/index.php/forms/?open=CivilForms*

The report must follow the prescribed form and be submitted in .pdf format as an email attachment.

(2)     Or, alternatively, a proposed scheduling order using the following form:

*http://ksd.uscourts.gov/index.php/guideline-order/adm-scheduling-order/*

The proposed scheduling order must follow the prescribed form and be submitted in Word format as an email attachment.

Plaintiff must submit the attachment, along with copies of the parties' Rule 26(a) initial disclosures, via email to *ksd_mitchell_chambers@ksd.uscourts.gov*.  These documents should <u>not</u> be filed with the Clerk's Office.

If you have questions concerning the requirements of this order, please contact the undersigned judge's courtroom deputy, Heather Tildes, at 785-338-5480, or by e-mail at *ksd_mitchell_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED.

Dated January 13, 2021, at Topeka, Kansas.

s/Angel D. Mitchell
U.S. Magistrate Judge Angel D. Mitchell