IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

      *Plaintiffs*,

v.

CITY OF WICHITA, KANSAS,

      *Defendant.*

Case No. 6:21-cv-01100-EFM-ADM

## ENTRY OF APPEARANCE

Kayla DeLoach of the American Civil Liberties Union Foundation of Kansas enters her appearance as counsel for Plaintiffs in Case No. 6:21-cv-01100-EFM-ADM. All other counsel for Plaintiffs remain in Case No. 6:21-cv-01100-EFM-ADM.

Dated this 20th day of January, 2022.

                    /s/ Kayla DeLoach
                    Staff Attorney (licensed in Missouri)
                    American Civil Liberties Union Foundation of Kansas
                    Kayla DeLoach, KSD #79000
                    6701 W. 64th St., Suite 210
                    Overland Park, KS 66202
                    Phone: (913) 490-4110
                    Fax: (913) 490-4119
                    kdeloach@aclukansas.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2022, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which will serve all registered participants.

/s/   Kayla DeLoach