IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                        Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## ANSWER

COMES NOW the defendant and for its Answer to plaintiff's Complaint (Doc. 1) states as follows:

1. All allegations not specifically admitted herein are denied.

2. Pursuant to the Court's Memorandum and Order (Doc. 28), counts 2, 4 and 5 have been dismissed and require no answer.

3. Paragraph's 1-2 and 4-29, recite unsupported allegations of fact and conclusions of law. Defendant denies ¶¶ 1-2 and 4-29.

4. Defendant admits ¶ 3.

### JURISDICTION AND VENUE

5. In response to ¶¶30-31, it is admitted that subject matter jurisdiction exists and venue is proper.

## PARTIES

6. Defendant has insufficient information to form a belief as to the truth of the allegations of ¶¶ 32-40, and for that reason, denies those allegations.

7. Defendant admits ¶¶ 41-43.

8. Proposed Defendant's Ramsey and Beard have been dismissed from this suit and no responsive answer is required to ¶¶44-45; they are nonetheless denied.

## FACTUAL ALLEGATIONS

9. In response to ¶ 46, K.S.A. 21-6313 speaks for itself and it is admitted that ¶ 46 is a generally accurate quote of that statute.

10. In response to ¶ 47, it is admitted that WPD Policy 527 utilizes the criteria of K.S.A. 21-6313. The remainder of ¶ 47 is denied.

11. Paragraphs 48-58 are denied.

12. Paragraph 59 is admitted.

13. Paragraphs 60-65 are denied.

14. Defendant admits ¶ 66.

15. Defendant denies ¶ 67.

16. As to ¶¶ 68-69, the Defendant state that WPD policy No. 527 speaks for itself. The remainder of ¶¶ 68-69, are denied.

17. Paragraphs 70-105 are denied.

18. Defendant has insufficient information to form a belief as to the truth of the allegations of ¶¶ 106-114, and for that reason, denies those allegations.

19. As to ¶¶ 115-126, Defendant admits Plaintiff Cooper was convicted of a felony crime for his involvement in a homicide. Defendant has insufficient information to form a belief as to the truth of the remainder of ¶¶ 115-126, and for that reason, denies those allegations.

20. As to ¶¶ 127-140, Defendant admits Plaintiff Elbert Costello was convicted of a felony crime for his involvement in a homicide. Defendant has insufficient information to form a belief as to the truth of the remainder of ¶¶ 127-140, and for that reason, denies those allegations.

21. As to ¶¶ 141-156, Defendant admits Plaintiff Martel Costello has been convicted of various felony offenses. Defendant has insufficient information to form a belief at to the truth of the remainder of ¶¶ 141-156, and for that reason, denies those allegations.

22. As to ¶¶157-169, Defendant admits Plaintiff Levy was convicted of first-degree murder and the use of his gang affiliation during his trial was upheld by the Kansas Supreme Court in *State v. Levy*, 313 Kan. 232, 485 P.2d 605 (2021). Defendant has insufficient information to form a belief at to the truth of the remainder of ¶¶ 157-169 and for that reason, denies those allegations.

## CLASS ACTION ALLEGATIONS

23. Defendant denies ¶¶ 170-187.

## CLAIMS FOR RELIEF

### COUNT I

24. In response to ¶ 188, Defendant incorporates the entirety of its answer.

25. Defendant denies ¶¶ 189-193.

### COUNT II

26. Pursuant to the Court's Memorandum and Order (Doc. 28), Count II has been dismissed and requires no answer. Paragraphs 194-203 are, nonetheless, denied.

### COUNT III

27. In response to ¶ 204, Defendant incorporates the entirety of its answer.

28. Defendant denies ¶¶ 205-213.

## COUNT IV

29. Pursuant to the Court's Memorandum and Order (Doc. 28), Count IV has been dismissed and requires no answer. Paragraphs 214-224 are, nonetheless, denied.

## COUNT V

30. Pursuant to the Court's Memorandum and Order (Doc. 28), Count V has been dismissed and requires no answer. Paragraphs 225-236 are, nonetheless, denied.

## COUNT VI

31. In response to ¶ 237, Defendant incorporates the entirety of its answer.

32. Defendant denies ¶¶ 238-247.

## COUNT VII

33. In response to ¶ 248, Defendant incorporates the entirety of its answer.

34. Defendant denies ¶¶ 249-262.

35. Defendant denies Plaintiffs are entitled any relief and denies their requests for relief ¶¶ a-e.

## DEFENSES AND AFFIRMATIVE DEFENSES

36. The complaint fails to state a claim upon which relief may be granted.

37. Plaintiff's claims are barred by the applicable statute of limitations.

38. Plaintiff's claims under §1983 are barred because an adequate remedy exists.

39. Plaintiff's claims may be barred, in whole or in part, by laches, waiver and/or estoppel.

40. Defendant reserve right to amend its affirmative defenses as information is discovered through the court or investigation and discovery.

## DESIGNATION OF PLACE OF TRIAL

41. Defendant designates Wichita, Kansas as the place of trial.

Defendant requests the Court dismiss Plaintiff's claims, to find that Plaintiffs take nothing by way of the pleading, to dismiss this case with prejudice, and award defendant their costs.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.coam

**s/Charles E. Branson**
David R. Cooper                                    #16690
Charles E. Branson                                 #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

      I hereby certify that I caused the foregoing to be electronically filed on January 24, 2021, a with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Phone: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Phone: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
T: (916) 474-6550 | F: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

                                                    **s/Charles E. Branson**