## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                     Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

### Unopposed Motion to Continue Scheduling Conference

Defendant, City of Wichita, moves the Court for a continuance of the scheduling conference presently set for February 8, 2022, at 11:00 a.m. In support of said motion, counsel for defendants have been ordered to an in-person, day-long hearing and conference with Judge Gale in *McIntyre v. Unified Gov't, et al.*, 18-cv-02545-KHV-KGG in Kansas City on February 8, 2022, beginning at 9:00 a.m. Counsel for plaintiffs have been notified and do not oppose the motion.

                **Fisher, Patterson, Sayler & Smith, LLP**
                3550 SW 5th Street
                Topeka, Kansas 66606
                Tel: (785) 232-7761 | Fax: (785) 232-6604
                dcooper@fpsslaw.com | cbranson@fpsslaw.com

                **s/David R. Cooper**
                David R. Cooper                #16690
                Charles E. Branson           #17376
                **Attorneys for Defendant**

        Jennifer L. Magaña, #15519
        City Attorney
        Sharon L. Dickgrafe, #14071
        Chief Deputy City Attorney
        City Hall-13th Floor
        455 North Main
        Wichita, Kansas 67202
        P: (316) 268-4681 | F: (316) 268-4335
        sdickgrafe@wichita.gov
        **Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on January 31, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

        **s/David R. Cooper**