# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Joint Motion for Protective Order

The parties jointly request entry of a Protective Order to limit the disclosure, dissemination, and use of certain identified categories of confidential information. Good cause, under Fed. R. Civ. P. 26(c), exists for the requested Protective Order to allow for the discovery and production of confidential personnel information, private information from and about parties and non-parties related to presence on the Gang List or other personal information in the Gang Database, confidential and sensitive criminal intelligence information and data, law enforcement criminal investigation records and reports that are restricted from disclosure by the Kansas Criminal History Information Act and related regulations, and documents containing sensitive personal identifying and contact information criminal investigation records. The nature of this information could subject individuals to irreparable harm to their reputations and economic interests if it is shared publicly. Further, information involving criminal intelligence, data, and reports could expose individuals who are listed on the Gang List, as well as officers of the Wichita Police Department,

and in some instances third-party witnesses, to serious physical danger. Such criminal or law enforcement intelligence is subject to a law enforcement privilege to prevent disclosure of law enforcement techniques and procedures, to preserve the confidentiality of sources, to protect witness and law enforcement personnel, to safeguard the privacy of individuals involved in an investigation, and otherwise to prevent interference with an investigation. *In re The City of New York*, 607 F.3d 923, 940–42 (2d Cir. 2010); *In re Sealed Case*, 856 F.2d 268, 272 (D.C. Cir. 1988); and *In re Matter of Search of 1638 E. 2nd Street, Tulsa*, 993 F.2d 773, 774 (10th Cir. 1993).

An agreed order will be submitted to chambers.

s/Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas Shump (admitted pro hac vice)
211 E. 8th Street, Suite D |
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS
Sharon Brett KS #28696
Joshua Pierson KS #29095
Kayla DeLoach KSD #79000
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

SHOOK, HARDY & BACON LLP
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
ATTORNEYS FOR PLAINTIFFS

        **Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

| David R. Cooper | #16690 |
| --- | --- |
| Charles E. Branson | #17376 |

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 14th day of March, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

s/David R. Cooper