## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY KANSAS, CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendants. | Case No. 6:21-cv-01100-EFM-ADM |

### ENTRY OF APPEARANCE OF PAUL M. VOGEL

COMES NOW Paul M. Vogel of the law firm of Shook, Hardy & Bacon L.L.P. and hereby enters his appearance as attorney of record on behalf of the Plaintiffs Progeny Kansas, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., on behalf of themselves and others similarly situated in the above-captioned matter.

Dated: April 12, 2022        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Paul M. Vogel*
Paul M. Vogel (KSD #79022)
2555 Grand Blvd.
Kansas City, MO  64108
Tel:   (816) 474-6550
Fax:  (816) 421-5547
Email: pvogel@shb.com

ATTORNEY FOR PLAINTIFFS
Progeny Kansas, a program of The Seed House La Casa De Semilla, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and Patrick Williams, on behalf of themselves and others similarly situated

4879-6720-2326 v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

    SHOOK, HARDY & BACON L.L.P.

    */s/ Paul M. Vogel*_____
    ATTORNEY FOR PLAINTIFFS
    Progeny Kansas, a program of The Seed House La Casa De Semilla, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and Patrick Williams, on behalf of themselves and others similarly situated

2

4879-6720-2326 v1