IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, et al.,

    Plaintiffs,

v.

CITY OF WICHITA, KANSAS,

    Defendant.

Case No. 21-1100-EFM-<u>ADM</u>

## ORDER

On May 4, 2022, the court convened a discovery conference at the parties' request to discuss (1) the upcoming deadlines for substantial completion of document production and mediation, and (2) a dispute regarding whether defendant must produce information pertaining to active law enforcement investigations.

As discussed in further detail on the record, the court vacated the May 27 deadline for substantial completion of document production and the May 31 mediation deadline. The court set a status conference for **July 20, 2022**, **at 1:30 p.m.** and will re-set the document production and mediation deadlines at that time. The parties must submit their proposed revised case schedule via email to *ksd_mitchell_chambers@ksd.uscourts.gov* by **July 18, 2022.** In the meantime, the court directed defendant to continue to use its best efforts to respond to discovery requests, particularly those for gang cards, expeditiously.

As to the second issue, after consultation with the parties, the court set the following briefing schedule:

- By **May 20, 2022**, defendant shall file a motion for a protective order against producing documents based on the law enforcement investigative or similar privilege. The memorandum in support is limited to ten pages.

2

- Plaintiffs shall file their response brief by **June 3, 2022**, not to exceed ten pages.
- Defendant may file a reply brief by **June 9, 2022**, not to exceed three pages.

**IT IS SO ORDERED.**

Dated May 4, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
