## Index of Exhibits

1. Index of Exhibits

2. Request for Production served 1-27-22

3. Response served 3-14-22

4. 1st Supplemental Response served 3-18-22

5. 2nd Supplemental Response served 4-8-22

6. (3rd Supplemental Response served 5-3-22