IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

**PLAINTIFFS' FIRST REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Pursuant to Fed. R. Civ. P. 34, Plaintiffs request that Defendant City of Wichita, Kansas ("Defendant" or "City of Wichita") produce for inspection and copying the documents and electronically stored information ("ESI") described below. Production shall be made at the office of Shook Hardy & Bacon, L.L.P., 2555 Grand Blvd., Kansas City, MO 64108 within thirty days from the date of service of these Requests, or at such other time and place as may be mutually agreed. Electronic production should be made whenever possible.

**INSTRUCTIONS**

If there are documents or ESI responsive to any of the Requests which you refuse to produce, please define or designate the documents or ESI in your Response with sufficient particularity to allow Plaintiffs to make a motion for a court order to require production of these documents or ESI.

If you assert any privilege regarding any document or ESI, with respect to such document or ESI: (1) identify it, (2) state the basis for the claim of privilege, (3) describe fully the circumstances of its origin, and (4) describe fully the circumstances of its disposition, including identifying all persons whom you believe have or may have seen it or become acquainted with its contents.

Unless the parties agree otherwise, ESI is to be produced in its native format, and include all metadata. Production is to be made in electronic format whenever possible. In the event that there is no ESI responsive to a request, please so state.

If any information regarding a Request is not completely known or available to you, please answer to the extent possible and give any reasons for your inability to answer fully.

Whenever your answers to Requests refer to other sources of information, please identify such sources with sufficient detail to enable Plaintiffs to subpoena any persons who are the source of such information and/or to obtain by a subpoena *duces tecum* any document or ESI which serves as a source of information.

To the extent required by law, these Requests are to be deemed continuing, and if you or your attorneys, agents, representatives, or other responsible persons discover additional information as to matters inquired of in such document requests between the time the answers are made and the date of trial on the merits in this case, supplemental answers shall be served, fully setting forth such newly discovered information.

PLEASE TAKE NOTICE THAT Plaintiffs will object to the introduction at trial of any document or ESI which is not produced but is responsive to these Requests, and to any evidence about any requested document or ESI which has not been revealed by an appropriate response to this Request for Production.

# DEFINITIONS

      A.      As used in these document requests, "documents" means any printed, typewritten, handwritten, or otherwise recorded matter of whatever character whether draft or final, including without limitation letters, memoranda, notes, interoffice or intra-office communications, e-mail or other electronic communications, text or instant messages, statements, bills, billing statements, invoices, checks, telegrams, catalogues, brochures, diaries, reports, calendars, announcements, photographs, tape or video recordings, and carbon, photographic, or xerographic copies of any such material if the originals are no longer in existence, if you do not have possession, custody or control of the originals, or if the copies differ in any way from the originals.

      B.      "ESI" includes, but is not limited to, any electronically stored data, information, or electronic copies of documents. This includes, but is not limited to, electronically stored data on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software); any electronic files saved as a backup; any "deleted" but recoverable electronic files on said media; any electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory [RAM] on a hard drive during the normal operation of a computer [file slack and/or RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of previously stored data).

      C.      "Records" includes, but is not limited to, all records or communications preserved in electronic or written form, including but not limited to correspondence, documents, data, videotapes, audio tapes, faxes, files, e-mails, guidance, guidelines, evaluations, instructions, analyses, memoranda, agreements, minutes, notes, orders, policies, procedures, protocols, reports,

rules, technical manuals, technical specifications, training manuals, or studies, including records kept in written form, or electronic format on computers and/or other electronic storage devices, electronic communications and/or video tapes that are within your possession, power, or control.

D. "Training" or "trainings" include any information made available for the purpose of educating, instructing, or teaching, and include materials meant to assist in such education, instruction, or teaching, including but not limited to manuals, handouts, powerpoints, videos, lesson plans, demonstrations, and attendance records.

E. "Regarding," "relating to" or pertaining to," means embodying, containing, evidencing, reflecting, reciting, recording, supporting, refuting or referring to.

F. The terms "Defendant," "you" and "your" mean the City of Wichita, Kansas, and includes all representatives, attorneys, and agents of the City of Wichita.

G. The term "Wichita Police Department" or "WPD" means the sub-unit, agent, agency of the City of Wichita municipal governmental body, responsible for law enforcement activities within the City of Wichita.

H. The term "Gang Unit" means the sub-unit or division of the WPD primarily responsible for enforcing Policy 527 of the Wichita Police Department Policy Manual, designating individuals as members of a criminal street gang, and generally dealing with law enforcement activities regarding gangs or gang members in the City of Wichita.

I. The terms "Gang List" or "Gang Database" means the Master Gang List maintained by WPD and the City of Wichita pursuant to Policy 527 of the Wichita Police Department Policy Manual, any subset of such Master Gang List, and all information collected or noted on the List with respect to any individual identified on the List.

J. When the term "person" is used, it means a natural person, firm, partnership, corporation, proprietorship, business trust, joint venture, association or any other organization or definable entity.

K. When the term "Plaintiff" or "Plaintiffs" is used, it means the Named Plaintiffs as set forth in Plaintiffs' Complaint.

L. When the term "identify" refers to a person, it means to state the full name, present or last known address, and employment of each such person.

M. When the term "identify" refers to ESI, writings, documents, records, photographs, or any other tangible items, it means to state the identity of the person preparing the item, the date of the preparation, a description of the nature and subject matter of the item and the identity of the present custodian thereof. Or if such item was, but is not now in your possession or subject to your control, state what disposition was made of it, and state the date of such disposition.

## REQUESTS FOR PRODUCTION

**REQUEST 1:** All documents or ESI relating to the inclusion of Named Plaintiff Christopher Cooper in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Cooper's individual gang file and all other mentions of Mr. Cooper in the gang files of other individuals on the Gang List. For each entry in Mr. Cooper's individual gang file and each entry in another individual's gang file that mentions Mr. Cooper, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Cooper is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**

**REQUEST 2:** All documents or ESI relating to the inclusion of Named Plaintiff Elbert Costello in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Costello's individual gang file and all other mentions of Mr. Costello in the gang files of other individuals on the Gang List. For each entry in Mr. Costello's individual gang file and each entry in another individual's gang file that mentions Mr. Costello, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Costello is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**

**REQUEST 3:** All documents or ESI relating to the inclusion of Named Plaintiff Martel Costello in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Costello's individual gang file and all other mentions of Mr. Costello in the gang files of other individuals on the Gang List. For each entry in Mr. Costello's individual gang file and each entry in another individual's gang file that mentions Mr. Costello, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Costello is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**

**REQUEST 4:** All documents or ESI relating to the inclusion of Named Plaintiff Jeremy Levy, Jr., in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Levy's individual gang file and all other mentions of Mr. Levy in the gang files of other individuals on the Gang List. For each entry in Mr. Levy's individual gang file and each entry in another individual's gang file that mentions Mr. Levy, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Levy is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**


**REQUEST 5:** All documents or ESI relating to the inclusion of current and former Progeny Staff Members Margi Ault-Duell, Marquetta Atkins, Lauran Dugan, Tyler Williams, Jondalyn Marshall nee Crosby, Yadira Palacios, and Shanae Calhoun in the Gang Database and their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**

**REQUEST 6:** All documents or ESI relating to the inclusion of current and former Progeny Youth Leaders Yusef Presley, Adonijah Metcalf, Tyler Williams, ShaQiyla Banks, Taishima Council, Dante Bristow, Nykia Watkins, Katlyn Christensen, Jazmine Rogers, Stephon Ferguson, Will Hanna, Kayln Goddard, and Zoie Collins in the Gang Database and their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**


**REQUEST 7:** All documents or ESI relating to the inclusion of current and former Progeny Volunteers Kristen Powell, Ariel Dillon, and Emily Becker in the Gang Database and their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal

gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE:**

**REQUEST 8:** All documents or ESI relating to the criminal history of any individual named in Requests 1 through 7.

**RESPONSE:**

**REQUEST 9:** All documents or ESI that comprise the "complete gang database" including the identification and status of all active, inactive, and deceased members; their zip codes; their race, age, and sex; and any other identifying information contained in the Master Gang List.

**RESPONSE:**

**REQUEST 10:** All documents or ESI that comprise or relate to "Gang Intelligence Cards" for all individuals on the Gang List, for the current time period and 10 years prior to the date of these Requests.

**RESPONSE:**

**REQUEST 11:** All documents or ESI that relate to the identification of each unique gang included on the Gang List, the number of members and associates alleged to be affiliated with each of those unique gangs, colors associated with each of those unique gangs, and any neighborhood, territory, boundary, business, school, park, or zip code associated with each of those unique gangs.

**RESPONSE:**

**REQUEST 12:** All documents or ESI that comprise, discuss, or relate to any breakdown or categorization of individuals included in the Gang Database by ethnicity, race, nationality, place of birth, sex, and/or zip code.

**RESPONSE:**

**REQUEST 13:** All documents or ESI that identify the current or past members of the Wichita Police Department's Gang Unit, the timeframe of their assignment to the Gang Unit, and their rank at the time of their assignment to the Gang Unit.

**RESPONSE:**

**REQUEST 14:** All documents or ESI that relate to the operation of the Gang Unit, including without limitation requirements for assignment to the Gang Unit, criteria for promotion

to or within the Gang Unit, chain of command, job descriptions for all positions within the Gang Unit, reports prepared by members of the Gang Unit, and any testing, training, policies, manuals, or records relating to the Gang Unit.

**RESPONSE:**

**REQUEST 15:** All documents or ESI, including without limitation physical mailings or data, emails, or other electronic transmission, that relate to the sharing or communication of the Gang List, or the sharing or communication of any subset of or individual in the Gang List, or any information contained in the Gang List, with any person, organization, entity, business, or governmental department or division outside of the WPD, including without limitation the Kansas Bureau of Investigation and the Department of Homeland Security.

**RESPONSE:**

**REQUEST 16:** All documents or ESI that comprise or relate to any agreement to share the Gang Database, or any information contained in the Gang Database, with any person, organization, entity, or governmental department or division, outside of the WPD, including without limitation the Kansas Bureau of Investigation and the Department of Homeland Security.

**RESPONSE:**

**REQUEST 17:** All documents or ESI relating to the initial creation of the Gang List or Gang Database, including without limitation memoranda or records regarding the pros and cons of such a Gang Database, the rationale for the creation of the Gang Database, and the identification of the individuals involved in the decision to create a Gang Database.

**RESPONSE:**


**REQUEST 18:** All documents or ESI that relate to the criteria for identifying an individual as a member of a criminal street gang, including without limitation any criteria used for satisfying the elements of K.S.A. 21-6313 or Policy 527 of the WPD Policy Manual.

**RESPONSE:**


**REQUEST 19:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding social media tracking or monitoring by the Gang Unit or any other departments, units, or divisions of the Wichita Police Department.

**RESPONSE:**


**REQEUEST 20:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding the "felony gang assault" unit and the "gang intelligence" unit, including but not limited the identification and rank of any individuals within the WPD assigned to either of these units.

**RESPONSE:**

**REQUEST 21:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding gang intelligence or gang activity for the Field Training Program ("FTP"), including but not limited to the identification and rank of an individual within the WPD considered a Field Training Officer ("FTO").

**RESPONSE:**

**REQUEST 22:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding individuals within the WPD who are considered to be experts on gangs or gang-related activities, or who have testified as experts on gangs or gang related activities in criminal case within the last 10 years, including but not limited to the identification and rank, of any such individual.

**RESPONSE:**

**REQUEST 23:** All documents or ESI that relate to any audit performed with respect to the Gang Database.

**RESPONSE:**

**REQUEST 24:** All documents or ESI that relate to the verification or attempts to verify any information in the Gang Database, including without limitation any verification or review of the accuracy of the criteria used to identify an individual as a member of a criminal street gang, and the accuracy of the reasons given for the inclusion of the individual on the Gang List.

**RESPONSE:**

**REQUEST 25:** All documents or ESI that relate to any policy or procedure for the removal of an individual's name or information from the Gang Database, including any communications of such removal to any third party outside the WPD, including any third party with whom the WPD shares the Gang List or information in the Gang Database.

**RESPONSE:**

**REQUEST 26:** All documents or ESI that relate to the number and identification of individuals on the Gang List whose status was changed from active to inactive, and the reasons or information given regarding that change in status, from January 1, 2017 through the present.

**RESPONSE:**

**REQUEST 27:** All documents or ESI that relate to the number and identification of individuals on the Gang List whose status was changed from inactive to active, and the reasons or information given regarding that change in status, from January 1, 2017 through the present.

**RESPONSE:**

**REQUEST 28:** All documents or ESI that describe the organizational structure and chain of command of the Wichita Police Department, including its units, departments, divisions, task forces, or other organizational subsets.

**RESPONSE:**

**REQUEST 29:** All documents or ESI that describe, define, or relate to all codes or radio signals used by the WPD:

**RESPONSE:**

**REQUEST 30:** All documents or ESI that relate to training, policies, procedures, guidelines, or protocols, regarding the use of Signal 33, and the description of any records or reports kept when a Signal 33 is dispatched.

**RESPONSE:**

**REQUEST 31:** All documents or ESI relating to any forms or other documentation WPD officers must fill out or record when they conduct a traffic stop or search, whether in the in-car computer system or by some other form of documentation, including documentation of the identification of the person or vehicle stopped, whether that person is on Gang List, or the whether the vehicle is affiliated with a person on the Gang List.

**RESPONSE:**

**REQUEST 32:** All documents or ESI relating to any forms or other documentation WPD officers must fill out or record when they make a "gang contact" whether in the in-car computer system or by some other form of documentation.

**RESPONSE:**

**REQUEST 33:** All documents or ESI that identify the current or past members of the S.P.I.D.E.R. Unit, the timeframe of their inclusion in the Unit, and their rank at the time of their inclusion in the Unit, and all training, policies, guidelines, protocols, and procedures governing this Unit.

**RESPONSE:**

**REQUEST 34:** All documents or ESI that identify the current or past members of the Special Community Action Teams ("SCAT"), the timeframe of their inclusion in the Unit, and

their rank at the time of their inclusion in the Unit, and all training, policies, guidelines, protocols, and procedures governing these teams.

**RESPONSE:**

**REQUEST 35:** All documents or ESI that describe or relate to the "Target Offender Program".

**RESPONSE:**

**REQUEST 36:** All documents or ESI that relate to the Mongols Motorcycle Gang.

**RESPONSE:**

**REQUEST 37:** All documents or ESI received by you, or sent by you to, the Kansas Gang Officers Association, including without limitation guidelines, policies, procedures, manuals, handouts, videos, powerpoints, or presentations.

**RESPONSE:**

**REQUEST 38:** All documents or ESI relating to the removal or transfer of Lieutenant Chad Beard from the Gang Unit.

**RESPONSE:**

**REQUEST 39:** All documents or ESI included in Defendant's Supplemental Rule 26 disclosures.

**RESPONSE:**

Dated this 27th day of January, 2022.

Respectfully submitted,

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Joshua Pierson KS #29095
Kayla DeLoach KSD #79000
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

SHOOK, HARDY & BACON LLP

*/s/* Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I certify that on January 27, 2022, I served the foregoing electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**Attorneys for Defendants**

Jennifer L. Magaña
City Attorney
Sharon L. Dickgrafe
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

*/s/* Teresa A. Woody

Attorney for Plaintiffs