IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

### First Supplemental Response to Plaintiffs' First Request to Defendant for Production of Documents and Electronically Stored Information

    Defendant, City of Wichita, responds to plaintiffs' first request for production of documents and electronically stored information as follows:

    **REQUEST 8:** All documents or ESI relating to the criminal history of any individual named in Requests 1 through 7.

**RESPONSE:** **Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**With respect to documents pertaining to the criminal history of the individuals named in Requests 1 through 4, see BATES Nos. WICHITA 000001 through WICHITA 014612. This request will be supplemented on a rolling basis as responsive documents are located and processed.**

**FIRST SUPPLEMENTAL RESPONSE: With respect to documents pertaining to the criminal history of the individuals named in Requests 1 through 4, see BATES Nos. WICHITA 015018 through WICHITA 023856.**

**REQUEST 39:** All documents or ESI included in Defendant's Supplemental Rule 26 disclosures.

**RESPONSE:** See Response to Request No. 8.

**FIRST SUPPLEMENTAL RESPONSE:** See Response to Request No. 8.

>Fisher, Patterson, Sayler & Smith, LLP
>3550 S.W. 5th Street
>Topeka, Kansas 66606
>Tel: (785) 232-7761 | Fax: (785) 232-6604
>dcooper@fpsslaw.com | cbranson@fpsslaw.com
>
>**s/David R. Cooper**
>
>David R. Cooper                              #16690
>Charles E. Branson                           #17376
>**Attorneys for Defendant**
>
>Jennifer L. Magaña, #15519
>City Attorney
>Sharon L. Dickgrafe, #14071
>Chief Deputy City Attorney
>City Hall-13th Floor
>455 North Main
>Wichita, Kansas 67202
>P: (316) 268-4681 | F: (316) 268-4335
>sdickgrafe@wichita.gov
>**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically served on the 18th day of March, 2022, upon the following counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

                                                              **s/David R. Cooper**