IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

Plaintiffs,

vs.                                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

Defendant.

---

**Second Supplemental Response to Plaintiffs' First Request to Defendant for Production of Documents and Electronically Stored Information**

Defendant, City of Wichita, responds to plaintiffs' first request for production of documents and electronically stored information as follows:

**REQUEST 1:** All documents or ESI relating to the inclusion of Named Plaintiff Christopher Cooper in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Cooper's individual gang file and all other mentions of Mr. Cooper in the gang files of other individuals on the Gang List. For each entry in Mr. Cooper's individual gang file and each entry in another individual's gang file that mentions Mr. Cooper, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Cooper is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will permit the inspection of its Gang Database with respect to searches for Christopher Cooper.**

**Defendant will produce, in PDF format, the Database information specific to Christopher Cooper.**

**SECOND SUPPLEMENTAL RESPONSE:**    **With respect to documents pertaining to the Database information specific to Christopher Cooper, see BATES Nos. WICHITA 023857 through WICHITA 023941.**

**REQUEST 2:** All documents or ESI relating to the inclusion of Named Plaintiff Elbert Costello in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Costello's individual gang file and all other mentions of Mr. Costello in the gang files of other individuals on the Gang List. For each entry in Mr. Costello's individual gang file and each entry in another individual's gang file that mentions Mr. Costello, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Costello is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will permit the inspection of its Gang Database with respect to searches for Elbert Costello.**

**Defendant will produce, in PDF format, the Database information specific to Elbert Costello.**

**SECOND SUPPLEMENTAL RESPONSE:**    **With respect to documents pertaining to the Database information specific to Elbert Costello, see BATES Nos. WICHITA 023942 through WICHITA 024133.**

**REQUEST 3:** All documents or ESI relating to the inclusion of Named Plaintiff Martel Costello in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Costello's individual gang file and all other mentions of Mr. Costello in the gang files of other individuals on the Gang List. For each entry in Mr. Costello's individual gang file and each entry in another individual's gang file that mentions Mr. Costello, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Costello is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity.**

**Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will permit the inspection of its Gang Database with respect to searches for Martel Costello.**

**Defendant will produce, in PDF format, the Database information specific to Martel Costello.**

**SECOND SUPPLEMENTAL RESPONSE:        With respect to documents pertaining to the Database information specific to Martel Costello, see BATES Nos. WICHITA 024134 through WICHITA 024312.**

**REQUEST 4:** All documents or ESI relating to the inclusion of Named Plaintiff Jeremy Levy, Jr., in the Gang Database and his current status (i.e., active or inactive), including without limitation all entries in Mr. Levy's individual gang file and all other mentions of Mr. Levy in the gang files of other individuals on the Gang List. For each entry in Mr. Levy's individual gang file and each entry in another individual's gang file that mentions Mr. Levy, please include the dates and times of the entries, the identity of the individual in whose gang file Mr. Levy is mentioned, if not his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will permit the inspection of its Gang Database with respect to searches for Jeremy Levy, Jr.**

**Defendant will produce, in PDF format, the Database information specific to Jeremy Levy, Jr.**

**SECOND SUPPLEMENTAL RESPONSE:        With respect to documents pertaining to the Database information specific to Jeremy Levy, see BATES Nos. WICHITA 024313 through WICHITA 024354.**

**REQUEST 5:** All documents or ESI relating to the inclusion of current and former Progeny Staff Members Margi Ault-Duell, Marquetta Atkins, Lauran Dugan, Tyler Williams, Jondalyn Marshall nee Crosby, Yadira Palacios, and Shanae Calhoun in the Gang Database and their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant**

**objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**As with Request Nos. 1-4, *supra*, Defendant will permit the inspection of its Gang Database with respect to searches for the specified individuals upon the provision of specific identifying information (dates of birth, race/ethnicity, and sex) for each individual, and will produce, in PDF format, the Database information specific to those individuals.**

**SECOND SUPPLEMENTAL RESPONSE:     With respect to documents pertaining to the Database information specific to current and former Progeny staff members listed, no such information exists relating to the named individuals' inclusion in the Gang Database.**

**REQUEST 6:** All documents or ESI relating to the inclusion of current and former Progeny Youth Leaders Yusef Presley, Adonijah Metcalf, Tyler Williams, ShaQiyla Banks, Taishima Council, Dante Bristow, Nykia Watkins, Katlyn Christensen, Jazmine Rogers, Stephon Ferguson, Will Hanna, Kayln Goddard, and Zoie Collins in the Gang Database and their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. The request for "[a]ll documents or ESI relating to the inclusion" of the named individuals is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**As with Request Nos. 1-4, *supra*, Defendant will permit the inspection of its Gang Database with respect to searches for the specified individuals upon the provision of specific identifying information (dates of birth, race/ethnicity, and sex) for each individual, and will produce, in PDF format, the Database information specific to those individuals.**

**SECOND SUPPLEMENTAL RESPONSE:     With respect to documents pertaining to the Database information specific to current and former Progeny Youth Leaders listed, see BATES Nos. WICHITA 024355 through WICHITA 024500.**

**REQUEST 7:** All documents or ESI relating to the inclusion of current and former Progeny Volunteers Kristen Powell, Ariel Dillon, and Emily Becker in the Gang Database and

their current status (i.e., active or inactive), if any, including without limitation all entries in each individual's gang file and all other mentions of each individual in the gang files of other individuals on the Gang List. For each entry in each individual's gang file and each entry in another individual's gang file that mentions each individual, please include the dates and times of the entries, the identity of the individual in whose gang file s/he is mentioned, if not her/his personal gang file, the identity of the person making such entries, and reasons the WPD made the entries, along with any supporting records.

**RESPONSE: Objection. The request for "[a]ll documents or ESI relating to the inclusion" of the named individuals is overbroad and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**As with Request Nos. 1-4, *supra*, Defendant will permit the inspection of its Gang Database with respect to searches for the specified individuals upon the provision of specific identifying information (dates of birth, race/ethnicity, and sex) for each individual, and will produce, in PDF format, the Database information specific to those individuals.**

**SECOND SUPPLEMENTAL RESPONSE:    With respect to documents pertaining to the Database information specific to current and former Progeny volunteers listed, no such information exists relating to the named individuals' inclusion in the Gang Database.**

REQUEST 10: All documents or ESI that comprise or relate to "Gang Intelligence Cards" for all individuals on the Gang List, for the current time period and 10 years prior to the date of these Requests.

**RESPONSE: Objection. The request for "All documents or ESI that comprise or relate to 'Gang Intelligence Cards'" for all individuals on the Gang List" is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production of the Gang Database because it constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will produce gang intelligence cards for the four named individual plaintiffs on a rolling basis.**

**SECOND SUPPLEMENTAL RESPONSE:    Gang intelligence cards for the four named individual plaintiffs and any person named in Request Nos. 5 through 7 are being produced.  See defendant's Second Supplemental Response to Request Nos. 1 through 7.**

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

| | |
|---|---|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

### Certificate of Service

I hereby certify that I caused the foregoing to be electronically served on the 8th day of April, 2022, upon the following counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

**s/David R. Cooper**