IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                            Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

**Third Supplemental Response to Plaintiffs' First Request to Defendant for Production of Documents and Electronically Stored Information**

Defendant, City of Wichita, responds to plaintiffs' first request for production of documents and electronically stored information as follows:

**REQUEST 8:** All documents or ESI relating to the criminal history of any individual named in Requests 1 through 7.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**With respect to documents pertaining to the criminal history of the individuals named in Requests 1 through 4, see BATES Nos. WICHITA 000001 through WICHITA 014612. This request will be supplemented on a rolling basis as responsive documents are located and processed.**

**THIRD SUPPLEMENTAL RESPONSE: With respect to documents pertaining to the criminal history of the individuals named in Requests 5 through 7, see BATES Nos. WICHITA 024501 through WICHITA 024536; WICHITA 024647 through WICHITA 027416; WICHITA 027668 through WICHITA 028935; and WICHITA 030110 through WICHITA 030625.**

**This request will continue to be supplemented on a rolling basis as responsive documents are located and processed.**

{T0474889}                            1

**REQUEST 9:** All documents or ESI that comprise the "complete gang database" including the identification and status of all active, inactive, and deceased members; their zip codes; their race, age, and sex; and any other identifying information contained in the Master Gang List.

**RESPONSE: Objection. The request for "[a]ll documents or ESI that comprise the 'complete gang database'" overbroad. The complete gang database is beyond the scope of discovery because, in its entirety, it is not relevant to a party's claim or defense, is not proportional to the needs of the case and the burden and harms of its discovery/production outweighs its likely benefit. Defendant objects to the production or copying of the Gang Database because it constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**As with Request Nos. 1-7,** *supra***, Defendant will permit the inspection of its Gang Database with respect to searches for specified individuals upon the provision of specific identifying information (dates of birth, race/ethnicity, and sex) for each individual searched.**

**THIRD SUPPLEMENTAL RESPONSE: Defendant will produce a list of all names in the gang database broken down by Active Members, Inactive Members, Associate Members and Deceased Members. See BATES Nos. WICHITA 024537 through WICHITA 024646 (produced on 4/26/22) and WICHITA 028936 through WICHITA 028942.**

**REQUEST 11:** All documents or ESI that relate to the identification of each unique gang included on the Gang List, the number of members and associates alleged to be affiliated with each of those unique gangs, colors associated with each of those unique gangs, and any neighborhood, territory, boundary, business, school, park, or zip code associated with each of those unique gangs.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production of the Gang Database because it constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will produce a list of the unique gangs identified or listed in the Gang Database and training materials provided to academy recruits regarding identification and/or recognition of gang information.**

**THIRD SUPPLEMENTAL RESPONSE: See BATES Nos. WICHITA 029035 through WICHITA 029131.**

**REQUEST 13:** All documents or ESI that identify the current or past members of the Wichita Police Department's Gang Unit, the timeframe of their assignment to the Gang Unit, and their rank at the time of their assignment to the Gang Unit.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity.**

**Defendant will produce a list of persons assigned to the Gang Unit.**

**THIRD SUPPLEMENTAL RESPONSE: A list of WPD personnel who are or have been part of the Gang Felony Assault Unit has been complied by Lt. Chad Beard of WPD. This list is not an official WPD list and is in not represented to be complete. See BATES Nos. WICHITA 028943 through WICHITA 028949.**

**REQUEST 14:** All documents or ESI that relate to the operation of the Gang Unit, including without limitation [a] requirements for assignment to the Gang Unit, [b] criteria for promotion to or within the Gang Unit, [c] chain of command, [d] job descriptions for all positions within the Gang Unit, [e] reports prepared by members of the Gang Unit, and [f] any testing, training, policies, manuals, or records relating to the Gang Unit.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity.**

> **a and b.** Defendant will produce requirements to be eligible to assigned to the Gang Unit.
>
> **c.** See the organizational chart. BATES No. WICHITA 015015.
>
> **d.** Defendant will produce job descriptions for persons assigned to the gang unit.
>
> **e.** Defendant objects the request for all reports prepared by members of the gang unit. The request is overbroad in both temporal scope and with respect to the issues and defenses in this case.
>
> **f.** Defendant objects the request as overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant will produce training material specific to gang identification, and Standard Operating Procedures for data entry regarding gang information and auditing gang information.

**THIRD SUPPLEMENTAL RESPONSE:**

> **a and b.** See Crimes Against Persons Bureau SOP produced in response to Request No. 20 BATES Nos. WICHITA 029011 through WICHITA 029033. See also Policy 216 and 221 regarding promotions and specialty units BATES Nos. WICHITA 029132 though WICHITA 029141.

      **c.**    **See Crimes Against Persons Bureau SOP produced in response to Request No. 20 BATES Nos. WICHITA 029011 through WICHITA 029033.**

      **d.**    **See Crimes Against Persons Bureau SOP produced in response to Request No. 20 BATES Nos. WICHITA 029011 through WICHITA 029033.**

**REQUEST 15:** All documents or ESI, including without limitation physical mailings or data, emails, or other electronic transmission, that relate to the sharing or communication of the Gang List, or the sharing or communication of any subset of or individual in the Gang List, or any information contained in the Gang List, with any person, organization, entity, business, or governmental department or division outside of the WPD, including without limitation the Kansas Bureau of Investigation and the Department of Homeland Security.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. The request seeks privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will provide user agreements with other law enforcement agencies for the last ten years.**

**THIRD SUPPLEMENTAL RESPONSE: Copies of the Confidentiality and User Agreements are being produced. See BATES Nos. WICHITA 028950 through 028982.**

**REQUEST 16:** All documents or ESI that comprise or relate to any agreement to share the Gang Database, or any information contained in the Gang Database, with any person, organization, entity, or governmental department or division, outside of the WPD, including without limitation the Kansas Bureau of Investigation and the Department of Homeland Security.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. The request seeks privileged, confidential criminal intelligence and criminal investigation materials.**

**Defendant will provide user agreements with other law enforcement agencies for the last ten years.**

**THIRD SUPPLEMENTAL RESPONSE: See copies of the Confidentiality and User Agreements which are being produced in response to Request No. 15.**

**REQUEST 18:** All documents or ESI that relate to the criteria for identifying an individual as a member of a criminal street gang, including without limitation any criteria used for satisfying the elements of K.S.A. 21-6313 or Policy 527 of the WPD Policy Manual.

**RESPONSE: Objection. This request is vague, overbroad and not limited in time. "All documents … that relate to the criteria for identifying an individual as a member of a criminal street gang" would include the entire Gang Database and any document in which the name of a listed person appears. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**The criteria are set forth K.S.A. 21-6313 and Policy 527.**

**THIRD SUPPLEMENTAL RESPONSE: Copies of K.S.A. 21-6313 through 21-6316 are being produced along with the SOP for Entries into the Gang Database. See BATES Nos. WICHITA 028983 through WICHITA 029007.**

**REQUEST 19:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding social media tracking or monitoring by the Gang Unit or any other departments, units, or divisions of the Wichita Police Department.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production, inspection, and/or copying of information regarding the use of social media in criminal investigations and collection of criminal intelligence.**

**Defendant will provide standard operating procedures applicable to the use of social media.**

**THIRD SUPPLEMENTAL RESPONSE: A copy of WPD Policy 225 "Social and Electronic Media" is being produced. See BATES Nos. WICHITA 029008 through WICHITA 029010.**

**REQEUEST 20:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding the "felony gang assault" unit and the "gang intelligence" unit, including but not limited the identification and rank of any individuals within the WPD assigned to either of these units.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production, inspection, and/or copying of information regarding the use of social media in criminal investigations and collection of criminal intelligence.**

**Defendant will provide training materials provided at the academy regarding gangs.**

**THIRD SUPPLEMENTAL RESPONSE:** A copy of the WPD Crimes Against Persons Bureau SOP is being produced. See BATES Nos. WICHITA 029011 through 029033.

**REQUEST 21:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding gang intelligence or gang activity for the Field Training Program ("FTP"), including but not limited to the identification and rank of an individual within the WPD considered a Field Training Officer ("FTO").

**RESPONSE:** Objection. This request is overbroad and not within the scope of discovery as irrelevant to the claims or defenses in this case.

Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.

Other than training materials used during academy training, defendant does not have responsive materials that is specific to the Field Training Program or to Field Training Officers.

**THIRD SUPPLEMENTAL RESPONSE:** A copy of the FTO Training Manual is being produced, see BATES Nos. WICHITA 029149 through WICHITA 029186. FTO training materials are being produced, see BATES Nos. WICHITA 029142 through WICHITA 029144 and WICHITA 029187 through WICHITA 029201. A list of Field Training Officers is being produced, see BATES Nos. WICHITA 029145 through WICHITA 029148.

**REQUEST 22:** All documents or ESI that relate to training, policies, procedures, protocols, or records regarding individuals within the WPD who are considered to be experts on gangs or gang-related activities, or who have testified as experts on gangs or gang related activities in criminal case within the last 10 years, including but not limited to the identification and rank, of any such individual.

**RESPONSE:** Objection. This request is vague, overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity.

Defendant does not maintain a list of gang experts.

**THIRD SUPPLEMENTAL RESPONSE:** A list of WPD personnel who have testified in court on gang related matters been complied by Lt. Chad Beard of WPD. This list is not an official WPD list and is in no way represented to be complete. See BATES Nos. WICHITA 029034.

**REQUEST 26:** All documents or ESI that relate to the number and identification of individuals on the Gang List whose status was changed from active to inactive, and the reasons or information given regarding that change in status, from January 1, 2017 through the present.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**See Policy 527. Defendant will produce standard operating procedures regarding auditing of data and removal to inactive status for the Gang Database.**

**THIRD SUPPLEMENTAL RESPONSE: See SOP for Entries into the Gang Database produced in response to Request No. 18 BATES Nos. WICHITA 028983 through WICHITA 029007. See also the gang information cards for the individuals who were changed from active to inactive in the gang database between January 1, 2017 and present, BATES Nos. WICHITA 029202 through WICHITA 030054.**

**REQUEST 27:** All documents or ESI that relate to the number and identification of individuals on the Gang List whose status was changed from inactive to active, and the reasons or information given regarding that change in status, from January 1, 2017 through the present.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity. Defendant objects to the production or copying of responsive materials because the Gang Database constitutes privileged, confidential criminal intelligence and criminal investigation materials.**

**See Policy 527. Defendant will produce standard operating procedures regarding auditing of data and inclusion in active status for the Gang Database.**

**THIRD SUPPLEMENTAL RESPONSE: See SOP for Entries into the Gang Database produced in response to Request No. 18 BATES Nos. WICHITA 028983 through WICHITA 029007. See also the gang information cards for the individuals who were changed from inactive to active in the gang database between January 1, 2017 and present, BATES Nos. WICHITA 030055 through WICHITA 030107.**

**REQUEST 28:** All documents or ESI that describe the organizational structure and chain of command of the Wichita Police Department, including its units, departments, divisions, task forces, or other organizational subsets.

**RESPONSE: Objection. This request is overbroad, unduly burdensome, and fails to describe the requested documents with reasonable particularity.**

**See the Organizational Chart, BATES No. WICHITA 015015.**

**THIRD SUPPLEMENTAL RESPONSE: See Crimes Against Persons Bureau SOP produced in response to Request No. 20 BATES Nos. WICHITA 029011 through WICHITA 029033. See also Organizational Charts for Field Services, Investigations and Records Bureau and SOPs for Admin Services, Accident Follow Up Unit, Animal Control, Chaplain Unit, Field Services Division, Homeless Outreach Team, Training Bureau Mounted Unit, Professional Standards Bureau, Property Crimes Bureau, Training Bureau Reserve Unit, Administrative Services Bureau – City Hall Security, Special Weapons and Tactics, Property Crimes Bureau – Technical Services, Training Bureau – Firearms, Training Bureau – Pre-Employment Unit, and Training Bureau, see BATES Nos. WICHTIA 030626 through 031088.**

**REQUEST 29:** All documents or ESI that describe, define, or relate to all codes or radio signals used by the WPD:

**RESPONSE: Objection. This request is vague, overbroad, unduly burdensome, and not limited in time. "All documents … that relate to [radio] codes or radio signals used by the WPD" would include any document, 911 call, radio traffic, or report in which such codes or signals were used.**

**WPD Policy 710 "Radio Signals and Codes" and training slides are produced. See BATES Nos. WICHITA 014613-014646.**

**THIRD SUPPLEMENTAL RESPONSE: WPD Policy 709 "Radio Communications" is produced. See BATES Nos. WICHITA 030108 through 030109.**

      **Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |
**Attorneys for Defendant**

>Jennifer L. Magaña, #15519
>City Attorney
>Sharon L. Dickgrafe, #14071
>Chief Deputy City Attorney
>City Hall-13th Floor
>455 North Main
>Wichita, Kansas 67202
>P: (316) 268-4681 | F: (316) 268-4335
>sdickgrafe@wichita.gov
>**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically served on the 3rd day of May, 2022, upon the following counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

>**s/David R. Cooper**