

Teresa Woody <twoody@kansasappleseed.org>

## Summary of meet and confer on April 21, 2022
1 message

**Teresa Woody** <twoody@kansasappleseed.org>                                         Wed, Apr 27, 2022 at 5:43 PM
To: David Cooper <dcooper@fpsslaw.com>, Charles Branson <cbranson@fpsslaw.com>, Lorraine Henderson <lhenderson@fpsslaw.com>, Laura Lawler <llawler@fpsslaw.com>
Cc: Sharon Brett <sbrett@aclukansas.org>, "Sullivan, Tom (SHB)" <TSULLIVAN@shb.com>, progenylegalteam@kansasappleseed.org

David and Charles,

Here is a summary of my recollection of our conversation in the meet and confer a week ago on Thursday, April 21, 2022. This is taken from my memory and notes, so if anyone disagrees with or believes additional information should be added to any part of the summary, please let me know as soon as possible.

Plaintiffs' understanding is correct that to date, the documents that have been produced are responsive to Requests 1-8, with the understanding that additional DOBs have been provided for individuals listed in Requests 5-7, and additional documents, including their criminal histories, will be produced.

In our review, we did not find any gang intelligence cards for Christopher Cooper, and you agreed to ask Defendant to either produce gang intelligence cards related to Mr. Cooper, or tell us that none exist.

With respect to Request 9, we agreed that Defendant could produce a list of all of the members on the gang list, with the requested information included. Yesterday the list for active and inactive gang members was produced (WICHITA 024537-646). Defendant's copy of the lists of associates and deceased persons were corrupted, so Defendant will regenerate those and produce them.

With respect to Request 10, Plaintiffs agreed to review the gang list and attempt to ask for a narrower volume of documents, perhaps those for the last five years. Plaintiffs are engaged in that review.

With respect to Requests 12 and 13, Defendant will produce the information requested.

With respect to Request 14, Defendant has produced WICHITA 015015 in response to 14c. The parties need to discuss the remaining sections.

With respect to Requests 15-16, documents responsive to those requests will be produced the week of April 25.

With respect to Request 17, no responsive documents have yet been produced.

With respect to Request 18, Defendant will determine if there are any other documents that are responsive.

With respect to Requests 19-21, no responsive documents have yet been produced.

With respect to Request 22, you stated that Defendant does not maintain any list of officers who have testified as gang experts or in gang cases. Defendant is creating a list of officers of whom it has records as giving 402 testimony. Defendant states that this may not be a complete list.

With respect to Request 23, you stated that Defendant does not retain any written record or report of the audit of the gang list. Officers go through the list, and make a determination as to who will be considered active, and who will be considered inactive. They then simply change the code for any individual for whom there is a change, and that overwrites any previous information regarding their status. So it is our understanding that there are no records showing when an individual on the list was changed from active to inactive, or vice versa, and no memorialization of the reason for those changes being made. The standard operating procedures regarding how these changes in status occur have not yet been produced.

With respect to Request 24, Plaintiffs are considering whether a subset of the gang intelligence cards will satisfy this request, as in 10 above.

With respect to Request 25, Defendant will determine if there are any other documents that are responsive.

With respect to Requests 26-27, see Request 23. Additional responsive documents will be produced.

With respect to Request 28, Defendant has produced WICHITA 015015.

With respect to Request 29, Defendant has produced WICHITA 014613-646.

With respect to Request 30, Defendant refers to Policy 527.

With respect to Request 31, Defendant will produce to Plaintiffs forms for the documentation of traffic stops, searches, and incident reports. Plaintiffs may then narrow the scope of their requests.

With respect to Request 32, responsive documents have not yet been produced.

With respect to Request 33, Defendant has produce WICHITA 014647-105014.

With respect to Request 35-36, responsive documents have not yet been produced.

With respect to Request 37, Defendant refuses to produce responsive documents on the grounds that these comprise an ongoing criminal investigation. It is Plaintiffs' position that the Attorney Eyes Only provisions of the protective order provide for the production of these documents. You stated you would go back to Defendant to clarify its position on this request.

With respect to Request 38, you stated you will inquire of Defendant about the production of Mr. Beard's personnel file or any emails regarding his removal or transfer from the Gang Unit.

With respect to Request 39, see Request 8.

In addition, we discussed the fact that Defendant does not need to produce the actual cellphone dump material, unless there is something within that dump that Defendant intends to use in its defense.

I believe this was our conversation, to the best of my ability to recall it.

We look forward to talking tomorrow at 10.

Teresa

Teresa A. Woody
Litigation Director
Kansas Appleseed Center for Law and Justice, Inc.
211 E. 8th Street, Suite D
Lawrence, KS 66044
(785) 251-8160
twoody@kansasappleseed.org
(Pronouns: she/her/hers)



This message, including any attachments, is from Teresa Woody, attorney with Kansas Appleseed. Email communication may not be a secure method of communication and can be held, stored, or copied by various computers through which it passes enroute to its destination, or intercepted by a third party. Nevertheless, this email contains information that may be confidential and protected by the attorney-client or work product privileges, the protections of which are not waived by the sending of this information by email. If you are not the intended recipient, please notify the sender of the delivery error and promptly delete this message and any attachments. You may not forward, copy, print, distribute, or use the information in this message if you are not the intended recipient.