IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                             Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

**Reply re Motion for Protective Order**

Defendant, submits this reply in support of its motion for a protective order.

Plaintiffs do not address the scope objections which are independent of the privilege objections. The requests, Request Nos. 19, 20, 23, and 36 each seek "All documents or ESI that relate to":

    1. "to training, policies, procedures, protocols, or records regarding social media tracking,"

    2. "training, policies, procedures, protocols, or records regarding the 'felony gang assault' unit and the 'gang intelligence' unit,"

    3. "any audit performed with respect to the Gang Database,"

    4. "to the Mongols Motorcycle Gang."

Each of these requests is facially overbroad and seek documents unrelated to the claims and defenses. Defendant has produced its standard operating procedures applicable to the use of social media, and has produced the specific social media posts related to the inclusion of any

named plaintiff in the Gang Database.

The privilege has been appropriately invoked. Plaintiffs also contend a privilege log is required, not so. Defendant lodged formal claim of privilege based on appropriated consideration. A privilege log with respect to the scope and breadth of a criminal investigation and intelligence collection merely serves to divulge the nature and scope of the information—which defeats the purpose of the privilege. Plaintiffs do not show a substantial need for the requested documents.

A protective order is warranted and Defendant prays for a protective order finding plaintiffs requests are overbroad, seek documents subject to privilege and, thus, not subject to discovery and/or that the requested information is either not relevant to the claims or defenses in this case or is not and proportional to the needs of the case and enter an order directing that defendant need not produce any further documents or information responsive to the requests identified herein.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

<u>**s/David R. Cooper**</u>
David R. Cooper                              #16690
Charles E. Branson                         #17376
**Attorneys for Defendant**
*and*
Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 9th day of June, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

<u>s/David R. Cooper</u>