# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>   Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

## CERTIFICATE OF SERVICE OF PLAINTIFFS' SECOND REQUEST TO DEFENDANT FOR PRODUCTION OF <u>DOCUMENTS AND ELECTRONICALLY STORED INFORMATION</u>

I certify that on July 18, 2022, Plaintiffs' Second Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**Attorneys for Defendants**

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

/*s*/ Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

/*s*/ Sharon Brett
Sharon Brett KS #28696
Joshua Pierson KS #29095
Kayla DeLoach KS #29242
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org


**SHOOK, HARDY & BACON LLP**

/*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

**ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I certify that on July 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/*s*/ Teresa Woody

Attorney for Plaintiffs
