# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, ) <br> a program of Destination Innovations Inc., ) <br> CHRISTOPHER COOPER, ) <br> ELBERT COSTELLO, ) <br> MARTEL COSTELLO, and ) <br> JEREMY LEVY, JR., ) <br> on behalf of themselves ) <br> and others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF WICHITA, KANSAS, ) <br> ) <br> Defendant. ) | Case No. 6:21-cv-01100-EFM-ADM |

## Notice of Withdrawal of Appearance

Under D. Kan. Rule 83.5.5(b), the undersigned gives notice of his withdrawal of appearance for all Plaintiffs. He has accepted employment elsewhere and will no longer be working for the ACLU of Kansas. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Sharon Brett, Kayla DeLoach, Teresa Woody, Mitchell Engel, Jordan Baehr, and Paul Vogel.

s/ Joshua M. Pierson
Joshua M. Pierson        KS # 29095
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
jpierson@aclukansas.org

**Certificate of Service**

    I certify that on this 11th day of August, 2022, I served this Notice of Withdrawal of Appearance on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

                                                         s/ Joshua M. Pierson