IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, et al.,

    Plaintiffs,

v.

CITY OF WICHITA, KANSAS,

    Defendant.

Case No. 21-1100-EFM-ADM

## ORDER

On August 16, 2022, the court convened a discovery conference at plaintiffs' request to discuss the timing of defendant's discovery responses. As agreed by the parties and as discussed in further detail on the record, the court set the following deadlines:

- By **August 19, 2022**, defendant shall complete its production of documents responsive to plaintiffs' first set of document requests.

- By **September 16, 2022**, defendant shall complete its production of documents responsive to plaintiffs' second set of document requests.

**IT IS SO ORDERED.**

Dated August 16, 2022, at Kansas City, Kansas.

                                                      s/ Angel D. Mitchell
                                                     Angel D. Mitchell
                                                     U.S. Magistrate Judge