IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

   vs.                               Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's Sixth Supplemental Response to Plaintiffs' First Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on August 17, 2022.

                                            **Fisher, Patterson, Sayler & Smith, LLP**
                                            3550 SW 5th Street
                                            Topeka, Kansas 66606
                                            Tel: (785) 232-7761 | Fax: (785) 232-6604
                                            dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                            **s/David R. Cooper**
                                            David R. Cooper             #16690
                                            Charles E. Branson         #17376
                                            **Attorneys for Defendant**

Jennifer L. Magaña, #15519<br>
City Attorney<br>
Sharon L. Dickgrafe, #14071<br>
Chief Deputy City Attorney<br>
City Hall-13th Floor<br>
455 North Main<br>
Wichita, Kansas 67202<br>
P: (316) 268-4681 | F: (316) 268-4335<br>
sdickgrafe@wichita.gov<br>
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on August 17, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
Kansas Appleseed Center For Law And Justice, Inc.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 *Pro Hac Vice*
American Civil Liberties Union Foundation Of Kansas
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
Shook, Hardy & Bacon, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
Shook, Hardy & Bacon, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

s/David R. Cooper