# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

       Plaintiffs,

vs.               Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

       Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's Response to Plaintiffs' Second Request to Defendant for Production were served electronically on August 19, 2022.

            **Fisher, Patterson, Sayler & Smith, LLP**
            3550 S.W. 5th Street
            Topeka, Kansas 66606
            Tel: (785) 232-7761 | Fax: (785) 232-6604
            dcooper@fpsslaw.com | cbranson@fpsslaw.com

            **s/David R. Cooper**
            David R. Cooper    #16690
            Charles E. Branson   #17376
            **Attorneys for Defendant**

                                        Jennifer L. Magaña, #15519
                                        City Attorney
                                        Sharon L. Dickgrafe, #14071
                                        Chief Deputy City Attorney
                                        City Hall-13th Floor
                                        455 North Main
                                        Wichita, Kansas 67202
                                        P: (316) 268-4681 | F: (316) 268-4335
                                        sdickgrafe@wichita.gov
                                        **Attorneys for City of Wichita**

### Certificate of Service

      I hereby certify that I caused the foregoing to be electronically filed on August 22, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

    Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
    KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
    211 E. 8th Street, Suite D | Lawrence, KS 66044
    Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

    Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
    6701 W. 64th St, Suite 210 | Overland Park, KS 66202
    Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

    Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
    SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
    Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

    Thomas J. Sullivan | *Pro Hac Vice*
    SHOOK, HARDY & BACON, LLP
    Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
    Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

    Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
    American Civil Liberties Union Foundation of Kansas
    6701 W. 64th St., Suite 210 | Overland Park, KS 66202
    Tel: (913) 490-4119 | kdeloach@aclukansas.org
    **Attorneys for Plaintiffs**

                                                            **s/David R. Cooper**