# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

           Plaintiffs,

vs.                                      Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

           Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that the following documents were served electronically on August 30, 2022:

1. Defendant's First Interrogatories to Plaintiff Progeny; and

2. Defendant's First Request for Production of Documents to Plaintiff Progeny.

           **Fisher, Patterson, Sayler & Smith, LLP**
           3550 S.W. 5th Street
           Topeka, Kansas 66606
           Tel: (785) 232-7761 | Fax: (785) 232-6604
           dcooper@fpsslaw.com | cbranson@fpsslaw.com

           **s/Charles E. Branson**
           David R. Cooper           #16690
           Charles E. Branson       #17376
           **Attorneys for Defendant**

Jennifer L. Magaña, #15519<br>
City Attorney<br>
Sharon L. Dickgrafe, #14071<br>
Chief Deputy City Attorney<br>
City Hall-13th Floor<br>
455 North Main<br>
Wichita, Kansas 67202<br>
P: (316) 268-4681 | F: (316) 268-4335<br>
sdickgrafe@wichita.gov<br>
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on August 22, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (916) 474-6550 | Fax: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594 | Email: tsullivan@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

**s/Charles E. Branson**