# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, )<br>a program of Destination Innovations Inc., )<br>CHRISTOPHER COOPER, )<br>ELBERT COSTELLO, )<br>MARTEL COSTELLO, and )<br>JEREMY LEVY, JR., )<br>on behalf of themselves )<br>and others similarly situated, )<br>　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　)<br>CITY OF WICHITA, KANSAS, )<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　Defendant. )　 | Case No. 6:21-cv-01100-EFM-ADM |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POTENTIAL MOTIONS TO COMPEL AS TO DISCOVERY RESPONSES

Plaintiffs, pursuant to F. R. Civ. P. 6(b)(1) and Dist. Kan. Local Rule 6.1, respectfully move the Court for its order extending until October 14, 2022, Plaintiffs' deadline for filing motions to compel as to Defendant's responses and objections to previously propounded First Set of Requests for Production to Defendant City of Wichita, Kansas. In support of its motion, the Plaintiffs state as follows:

On August 17, 2022, Defendant produced what it stated was its final supplemental response to Plaintiffs' First Request for Production. Pursuant to Dist. Kan. Local Rule 37.2, any motion to compel regarding said responses initially would have been due no later than on September 16, 2022. On September 6, the Parties had a meet and confer to address general concerns with ongoing discovery. During that meeting, Plaintiffs' counsel questioned the completeness of the production with regard to several requests, and Defendant's counsel agreed that Defendant would look again

for additional responsive documents and electronically stored information. Defendant's counsel also stated that Defendant had discovered additional documents responsive to Plaintiffs' first request for production. As of the filing of this motion, those documents have not yet been produced. Consequently, Plaintiffs have not yet had an opportunity to fully review all of the responsive documents and have not yet been able to ascertain whether they are satisfied with the Defendant's responses to this discovery until all the materials have been received and reviewed. Plaintiffs respectfully request additional time to allow Defendant to produce the documents it referenced and for Plaintiffs' counsel to review that production. Plaintiffs' counsel contacted Defendant's counsel as to whether Defendant would consent to this motion for extension of time, and Defendant replied "Yes."

For the reasons set forth above, and for good cause shown, Plaintiffs respectfully move that notwithstanding the requirement of Dist. Kan. Local Rule 37.2, the court extend the time for Plaintiffs to file a motion to compel, if necessary, regarding Defendant's responses to Plaintiffs' first request for production until October 14, 2022.

Dated this 14th day of September, 2022.

>Respectfully submitted,
>
>SHOOK, HARDY & BACON LLP
>
>*/s/* Paul M. Vogel_____
>Paul M. Vogel KSD #79022
>Thomas J. Sullivan (admitted *pro hac vice*)
>Mitchell F. Engel KS #78766
>Jordan C. Baehr KS #27213
>2555 Grand Boulevard
>Kansas City, MO 64108
>Phone: (816) 474-6550
>tsullivan@shb.com
>mengel@shb.com
>jbaehr@shb.com
>pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/* Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/* Sharon Brett
Sharon Brett KS #28696
Kayla DeLoach KS #29242
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I certify that on September 14th, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

*/s/* Paul M. Vogel

Attorney for Plaintiffs