# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

               Plaintiffs,

vs.                          Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

               Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's First Supplemental Response to Plaintiffs' Second Request to Defendant for Production were served electronically on September 14, 2022.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper                #16690
Charles E. Branson           #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519  
City Attorney  
Sharon L. Dickgrafe, #14071  
Chief Deputy City Attorney  
City Hall-13th Floor  
455 North Main  
Wichita, Kansas 67202  
P: (316) 268-4681 | F: (316) 268-4335  
sdickgrafe@wichita.gov  
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on September 14, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949  
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.  
211 E. 8th Street, Suite D | Lawrence, KS 66044  
Tel: (785) 251-8160 | twoody@kansasappleseed.org

Sharon Brett, KS #28696  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS  
6701 W. 64th St, Suite 210 | Overland Park, KS 66202  
Tel: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022  
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108  
Tel: (816) 474-6550 | Fax: (816) 421-5547  
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)  
American Civil Liberties Union Foundation of Kansas  
6701 W. 64th St., Suite 210 | Overland Park, KS 66202  
Tel: (913) 490-4119 | kdeloach@aclukansas.org  
**Attorneys for Plaintiffs**

**s/Charles E. Branson**

{T0476252}                                        2