## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

               Plaintiffs,

vs.                             Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

               Defendant.

---

### Motion for Extension of Time to Respond to Discovery

Defendant moves for a two-week extension of time, to and including September 30, 2022, to respond to plaintiff's second request for production of documents to plaintiff. The Court ordered responses be completed by September 16, 2022. Doc. 67. An initial response to plaintiff's requests were served upon plaintiff's counsel on August 19, 2022, producing BATES Nos. 047516-053179. A supplemental response was served on September 14, 2022, producing BATES Nos. 053180-055015. Defendant is unable, however, to fully and completely respond to plaintiff's requests by September 16.

Consent has been requested from plaintiff's counsel for the extension of time and they have not responded.

Wherefore, defendant requests a two-week extension of time, to and including September 30, 2022.

Respectfully submitted,

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**

| | |
|---|---|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 15th day of September, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org
**Attorneys for Plaintiffs**

s/Charles E. Branson