IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY, | ) | |
| a program of Destination Innovations Inc., | ) | |
| CHRISTOPHER COOPER, | ) | |
| ELBERT COSTELLO, | ) | |
| MARTEL COSTELLO, and | ) | |
| JEREMY LEVY, JR., | ) | |
| on behalf of themselves | ) | |
| and others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01100-EFM-ADM |
| | ) | |
| CITY OF WICHITA, KANSAS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DISCOVERY**

Plaintiffs request the Court grant an extension of time, to and including October 28, 2022, to respond to Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiffs. On August 31, 2022 and September 2, 2022, Defendant served Interrogatories and Requests for Production of Documents on Plaintiffs. Plaintiffs' responses are currently due on September 29, 2022 and October 3, 2022. Plaintiffs require additional time within which to form its responses to Defendant's discovery and to identify responsive documents. An extension of time to respond to the discovery requests in this case is more than reasonable given that an extension would not cause Defendant any prejudice. This is the first such extension of time requested by Plaintiffs.

Consent has been requested from Defendant's counsel for the extension of time and they do not oppose. Wherefore, Plaintiffs request a thirty day extension of time, to and including October 28, 2022.

Dated this 21st day of September, 2022.

Respectfully submitted,

SHOOK, HARDY & BACON LLP

/s/ Mitchell F. Engel
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
Nicolas Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN  CIVIL  LIBERTIES  UNION
FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Kayla DeLoach KS #29242
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notifications of such filing to the e-mail

addresses of all counsel of record.

/s/ Teresa Woody
Counsel for Plaintiffs