# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

      *Plaintiffs*,

v.                                           **Case No. 6:21-cv-01100-EFM-ADM**

CITY OF WICHITA, KANSAS,

      *Defendant.*

## ENTRY OF APPEARANCE

Bria Nelson of the American Civil Liberties Union Foundation of Kansas enters their appearance as counsel for Plaintiffs in Case No. 6:21-cv-01100-EFM-ADM. All other counsel for Plaintiffs remain in Case No. 6:21-cv-01100-EFM-ADM.

Dated this 22nd day of September, 2022.

    /s/ Bria Nelson
    Bria Nelson, 29046
    ACLU Foundation of Kansas
    6701 W. 64th Street, Suite 210
    Overland Park, KS 66202
    Phone: (913) 490-4110
    Fax: (913) 490-4119
    bnelson@aclukansas.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2022, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which will serve all registered participants.

/s/   Bria Nelson