IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

        Plaintiffs,

vs.               Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

        Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that the following documents were served electronically on September 30, 2022:

  1. Defendant's Seventh Supplemental Response to Plaintiffs' First Request to Defendant for Production; and

  2. Defendant's Third Supplemental Response to Plaintiffs' Second Request to Defendant for Production.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

<u>**s/David R. Cooper**</u>
David R. Cooper                     #16690
Charles E. Branson                  #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

    I hereby certify that I caused the foregoing to be electronically filed on September 30, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org

Bria Nelson, KS #29046
ACLU FOUNDATION OF KANSAS
6701 W. 64th Street, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4110 | Fax: (913) 490-4119 | bnelson@aclukansas.org
**Attorneys for Plaintiffs**

                                                  **s/David R. Cooper**