# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WICHITA, KANSAS, <br><br> Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

## NOTICE OF SERVICE OF
## PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT

Plaintiffs notify the Court and Counsel that Plaintiffs' First Interrogatories to Defendant were served electronically on Defendant's counsel on October 4, 2022.

**Dated this 4th day of October, 2022**

**Respectfully submitted,**

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

/s/ Sharon Brett
Sharon Brett KS #28696
Kayla DeLoach KSD #79000
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org
kdeloach@aclukansas.org


**SHOOK, HARDY BACON LLP**

/s/ Thomas J. Sullivan
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Jordan C. Baehre KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


**ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing to be electronically filed on October 4, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:


David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**Attorneys for Defendants**


Jennifer L. Magaña
City Attorney
Sharon L. Dickgrafe
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

                                        /s/ Teresa A. Woody

                                      **Attorney for Plaintiffs**