# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Joint Motion to Stay Discovery and Extend Deadlines

Counsel herein consent to and move the Court for a stay of all discovery in this matter until December 1, 2022, and for a 60-day extension of all remaining deadlines. On October 13, 2022, the parties mediated the framework of a potential agreement. The parties need time to evaluate, draft final details, and obtain client approval, which for Defendants will require review and action by the City Council of Wichita.

Plaintiffs have approximately fifteen additional depositions scheduled for the remaining weeks of October through the third week of November. These depositions will be costly both in attorney and witness time, and in additional fees and expenses. The parties would prefer to spend this time trying to draft and get approval for the details of the agreement, which will include potentially significant changes in policy. Proceeding with depositions, some of which may be contentious, may be detrimental to the parties ongoing efforts to reach a settlement agreement.

{T0476531}                                                1

Wherefore, the parties consent to and move the court for a stay of all discovery in this matter until December 1, 2022, and for a 60-day extension of time for all remaining deadlines.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

<u>s/Charles E. Branson</u>
David R. Cooper                               #16690
Charles E. Branson                            #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR
 LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D
Lawrence, KS 66044
Tel: (785)251-8160 | twoody@kansasappleseed.org

Mitchell F. Engel, KSD #78766
Jordan C. Baehr, KS #27213
Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Kayla DeLoach, KSD #79000
Staff Attorney (licensed in Missouri)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF KANSAS
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org

Bria Nelson, KS #29046
ACLU FOUNDATION OF KANSAS
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
Tel: (913) 490-4110 | Fax: (913) 490-4119
bnelson@aclukansas.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org

**s/Sharon Brett**
Sharon Brett
**Attorney for Plaintiffs**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 14th day of October, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160 | twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4100 | sbrett@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
mengel@shb.com | jbaehr@shb.com | pvogel@shb.com

Kayla DeLoach, KSD #79000, Staff Attorney (licensed in Missouri)
American Civil Liberties Union Foundation of Kansas
6701 W. 64th St., Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4119 | kdeloach@aclukansas.org

Bria Nelson, KS #29046
ACLU FOUNDATION OF KANSAS
6701 W. 64th Street, Suite 210 | Overland Park, KS 66202
Tel: (913) 490-4110 | Fax: (913) 490-4119 | bnelson@aclukansas.org
**Attorneys for Plaintiffs**

s/Charles E. Branson