**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PROGENY, a program of Destination Innovations, Inc., et al., on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF WICHITA, KANSAS,<br><br>      Defendant. | Case No. 21-1100-EFM-ADM |

## <u>ORDER</u>

This matter comes before the court on the parties' Joint Motion to Stay Discovery and Extend Deadlines.  (ECF 91.)  By way of this motion, the parties ask the court to stay the proceedings and extend deadlines while they finalize a written settlement agreement.

The decision to stay proceedings lies within the trial court's sound discretion. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  The court agrees with the parties that a short stay is appropriate while they attempt to resolve this litigation.  Such a stay would further the "just, speedy, and inexpensive determination" of this action.  FED. R. CIV. P. 1.  Although the parties request an extension of deadlines, the court finds that the better approach is to cancel remaining deadlines with the expectation that they will be reset if the case does not settle.  Thus, the remaining deadlines set forth in the First Amended Scheduling Order (ECF 62) are vacated, and the court cancels the pretrial conference set for April 25, 2023.  These proceedings are stayed until **December 1, 2022**. If the parties have not resolved the case by that date, they must file a joint motion to lift the stay in which they request that the court reset case-management deadlines to reflect an approximately

60-day extension of the current deadlines.  The court cautions the parties that it will not be inclined to grant any further extensions, so they should act with diligence to either finalize the settlement agreement or proceed with discovery.

      **IT IS THEREFORE ORDERED** that the parties Joint Motion to Stay Proceedings (ECF 91) is granted as set forth above.

      Dated October 19, 2022, at Kansas City, Kansas.

<u>s/ Angel D. Mitchell</u>
Angel D. Mitchell
U.S. Magistrate Judge