# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>　　　　Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

## Notice of Withdrawal of Appearance

Under D. Kan. Rule 83.5.5(b), the undersigned gives notice of her withdrawal of appearance for all Plaintiffs. She will no longer be working for the ACLU of Kansas. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Sharon Brett, Teresa Woody, Mitchell Engel, Jordan Baehr, and Paul Vogel.

s/ Kayla DeLoach
Kayla DeLoach    KS # 72424
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
kdeloach@aclukansas.org

**Certificate of Service**

I certify that on this 28th day of November, 2022, I served this Notice of Withdrawal of Appearance on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

s/ Kayla DeLoach