IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

*Plaintiff(s)*,

v.

Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

*Defendant*.

**JOINT MOTION TO LIFT STAY OF DISCOVERY**

On October 19, 2022, this Court issued an order staying discovery in the above captioned case so that the parties could continue settlement negotiations. *See* Order, Doc. 92. Pursuant to that order, the parties hereby file this joint Motion to Lift the Stay of Discovery and request that case management deadlines be reset. Although the parties are continuing to negotiate a potential settlement, they were unable to reach agreement on certain key terms by the December 1, 2022 deadline. The parties therefore request that they be permitted to resume discovery, while simultaneously conducting settlement negotiations in an attempt to reach an ultimate resolution of this matter.

Because the case management deadlines have all been cancelled, the parties jointly request a telephonic status conference with the Court to discuss the setting of new deadlines. This will ensure that the deadlines set are realistic given the ongoing discovery necessary in this case; workable for the parties' respective schedules; and agreeable for the Court.

WHERETOFORE, the parties jointly request that the Court lift the stay of discovery and set a telephonic status conference to discuss new case management deadlines.

Dated this 30th day of November, 2022.

Respectfully submitted,

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/*s*/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/*s*/ Sharon Brett
Sharon Brett KS #28696
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org


SHOOK, HARDY & BACON LLP

/*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com

**ATTORNEYS FOR PLAINTIFFS,**

INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper, #16690
Charles E. Branson, #17376


Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**ATTORNEYS FOR THE CITY OF WICHITA**

## CERTIFICATE OF SERVICE

I certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/*s*/ Sharon Brett

Attorney for Plaintiffs

3