# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,  ) <br> a program of Destination Innovations Inc.,  ) <br> CHRISTOPHER COOPER,  ) <br> ELBERT COSTELLO,  ) <br> MARTEL COSTELLO, and  ) <br> JEREMY LEVY, JR.,  ) <br> on behalf of themselves  ) <br> and others similarly situated,  ) <br>   ) <br>    Plaintiffs,  ) <br>   ) <br> v.  ) <br>   ) <br> CITY OF WICHITA, KANSAS,  ) <br>   ) <br>   ) <br>    Defendant.  | Case No. 6:21-cv-01100-EFM-ADM |

## Notice of Withdrawal of Appearance

Under D. Kan. Rule 83.5.5(b), the undersigned gives notice of his withdrawal of appearance for all Plaintiffs. He has accepted employment elsewhere and will no longer be working for the Kansas Appleseed. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Sharon Brett, Teresa Woody, Mitchell Engel, Jordan Baehr, and Paul Vogel.

/s/ Nicolas C. Shump
Nicolas Shump (admitted *pro hac vice*)
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

## **CERTIFICATE OF SERVICE**

      I certify that on December 1, 2022, I served this Notice of Withdrawal of Appearance on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

/s/ Nicolas C. Shump