### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY, | ) | |
| a program of Destination Innovations Inc., | ) | |
| CHRISTOPHER COOPER, | ) | |
| ELBERT COSTELLO, | ) | |
| MARTEL COSTELLO, and | ) | |
| JEREMY LEVY, JR., | ) | |
| on behalf of themselves | ) | |
| and others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01100-EFM-ADM |
| | ) | |
| CITY OF WICHITA, KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF JOHN SPEER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(1)

To:     City of Wichita, Kansas, by and through its attorneys of record:

| | |
|---|---|
| David R. Cooper | Jennifer L. Magaña |
| Charles E. Branson | Sharon L. Dickgrafe |
| Fischer, Patterson, Sayler & Smith, LLP | City Hall – 13th Floor |
| | 455 North Main |
| 3550 S.W. 5th Street | Wichita, Kansas 67202 |
| Topeka, Kansas 66606 | |

PLEASE TAKE NOTICE that Plaintiffs, Progeny, a program of Destination Innovations Inc., Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr. on behalf of themselves and others similarly situated by agreement with Defendant City of Wichita, Kansas, will take the deposition upon oral examination of **John Speer** pursuant to FED. R. CIV. P. 30(b)(1) and by order of this Court. The deposition will take place on **January 31, 2023** beginning at **8:30 am** and will be an oral examination taken before an officer duly authorized by law to take testimony and administer oaths and will continue from day to day, excluding Saturdays, Sundays, and holidays, until completed. The testimony will be recorded by sound, visual, and stenographic

means. The stenographic means may include the use of an instant visual display of the deposition

transcripts. The deposition may be used for all purposes, including use at trial.

Dated: January 10, 2023                                     Respectfully submitted,

                                                            SHOOK, HARDY & BACON LLP

                                                            */s/ Mitchell F. Engel*
                                                            Mitchell F. Engel KS #78766
                                                            Thomas J. Sullivan (admitted *pro hac vice*)
                                                            Jordan C. Baehr KS #27213
                                                            Paul M. Vogel KSD #79022
                                                            2555 Grand Boulevard
                                                            Kansas City, MO 64108
                                                            Phone: (816) 474-6550
                                                            tsullivan@shb.com
                                                            mengel@shb.com
                                                            jbaehr@shb.com
                                                            pvogel@shb.com

                                                            KANSAS APPLESEED CENTER FOR
                                                            LAW AND JUSTICE, INC.

                                                            */s/ Teresa A. Woody*
                                                            Teresa A. Woody KS #16949
                                                            211 E. 8th Street, Suite D
                                                            Lawrence, KS   66044
                                                            Phone: (785) 251-8160
                                                            twoody@kansasappleseed.org

                                                            AMERICAN  CIVIL  LIBERTIES  UNION
                                                            FOUNDATION OF KANSAS

                                                            */s/ Sharon Brett*
                                                            Sharon Brett KS #28696
                                                            6701 W. 64th St, Suite 210
                                                            Overland Park, KS 66202
                                                            Phone: (913) 490-4100
                                                            sbrett@aclukansas.org

                                                            COUNSEL FOR PLAINTIFFS,
                                                            INDIVIDUALLY AND ON BEHALF OF
                                                            ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2023, a true and correct copy of the

foregoing document was electronically served on counsel of record.


BY: */s/ Mitchell F. Engel*
Mitchell F. Engel