**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PROGENY, | ) |
| a program of Destination Innovations Inc., | ) |
| CHRISTOPHER COOPER, | ) |
| ELBERT COSTELLO, | ) |
| MARTEL COSTELLO, and | ) |
| JEREMY LEVY, JR., | ) |
| on behalf of themselves | ) |
| and others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 6:21-cv-01100-EFM-ADM |
| | ) |
| CITY OF WICHITA, KANSAS, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF CHRISTIAN**
**COREY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(1)**

To:     City of Wichita, Kansas, by and through its attorneys of record:

David R. Cooper                           Jennifer L. Magaña
Charles E. Branson                        Sharon L. Dickgrafe
Fischer, Patterson, Sayler & Smith,       City Hall – 13th Floor
LLP                                       455 North Main
3550 S.W. 5th Street                      Wichita, Kansas 67202
Topeka, Kansas 66606

PLEASE TAKE NOTICE that Plaintiffs, Progeny, a program of Destination Innovations

Inc., Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr. on behalf of

themselves and others similarly situated by agreement with Defendant City of Wichita, Kansas,

will take the deposition upon oral examination of **Christian Corey** pursuant to FED. R. CIV. P.

30(b)(1) and by order of this Court. The deposition will take place on **February 22, 2023**

beginning at **8:30 am** and will be an oral examination taken before an officer duly authorized by

law to take testimony and administer oaths and will continue from day to day, excluding Saturdays,

Sundays, and holidays, until completed. The testimony will be recorded by sound, visual, and

stenographic means. The stenographic means may include the use of an instant visual display of the deposition transcripts. The deposition may be used for all purposes, including use at trial.

Dated: January 10, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of January, 2023, a true and correct copy of the

foregoing document was electronically served on counsel of record.

BY: <u>/s/ Mitchell F. Engel</u>
Mitchell F. Engel
