## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

<em>Plaintiff(s)</em>,

v.                                                      Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

<em>Defendant</em>.

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF
RECORD:**

The undersigned attorney files this Notice of Change of Address for Sharon Brett,

counsel for Plaintiffs, and requests that the Court's docket in the above styled case be updated

accordingly.

Sharon Brett's new address is as follows:

Sharon Brett
ACLU of Kansas
10561 Barkley Street
Suite 500
Overland Park, KS 66212

Respectfully submitted,

/s_____
Sharon Brett    KS #28696
ACLU of Kansas
10561 Barkley Street
Suite 500
Overland Park, KS 66212

sbrett@aclukansas.org

**ATTORNEY FOR PLAINTIFFS**