### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 6:21-cv-01100-EFM-ADM |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' THIRD REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

I certify that on February 24, 2023, Plaintiffs' Third Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on:

| | |
|---|---|
| David R. Cooper<br>Charles E. Branson<br>Fisher, Patterson, Sayler & Smith, LLP<br>3550 S.W. 5th<br>Topeka, Kansas 66606<br>Tel: (785) 232-7761 \| Fax: (785) 232-6604<br>dcooper@fpsslaw.com<br>cbranson@fpsslaw.com | Jennifer L. Magaña<br>City Attorney<br>Sharon L. Dickgrafe<br>Chief Deputy City Attorney<br>City Hall-13th Floor<br>455 North Main<br>Wichita, Kansas 67202<br>Tel: (316) 268-4681 \| Fax: (316) 268-4335<br>jmagana@wichita.gov<br>sdickgrafe@wichita.gov |

**Attorneys for City of Wichita**

Dated: February 24, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ *Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/*s*/ Paul M. Vogel

Attorney for Plaintiffs