## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, ) <br> a program of Destination Innovations Inc., ) <br> CHRISTOPHER COOPER, ) <br> ELBERT COSTELLO, ) <br> MARTEL COSTELLO, and ) <br> JEREMY LEVY, JR., ) <br> on behalf of themselves ) <br> and others similarly situated, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF WICHITA, KANSAS, ) <br> ) <br>    Defendant. ) | Case No. 6:21-cv-01100-EFM-ADM |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' FOURTH REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

I certify that on March 14, 2023, Plaintiffs' Fourth Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com
cbranson@fpsslaw.com

Jennifer L. Magaña
City Attorney
Sharon L. Dickgrafe
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
Tel: (316) 268-4681 | Fax: (316) 268-4335
jmagana@wichita.gov
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

Dated: March 14, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/*s*/ Paul M. Vogel

Attorney for Plaintiffs