## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PROGENY, | ) | |
| a program of Destination Innovations Inc., | ) | |
| CHRISTOPHER COOPER, | ) | |
| ELBERT COSTELLO, | ) | |
| MARTEL COSTELLO, and | ) | |
| JEREMY LEVY, JR., | ) | |
| on behalf of themselves | ) | |
| and others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01100-EFM-ADM |
| | ) | |
| CITY OF WICHITA, KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION OF DEFENDANT CITY OF WICHITA, KANSAS

**PLEASE TAKE NOTICE** that in accordance with Federal Rule of Civil Procedure 30(b)(6), Plaintiffs Progeny, a program of Destination Innovations Inc., Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr. on behalf of themselves and others similarly situated, by and through its undersigned counsel will take the deposition upon oral examination of Defendant City of Wichita, Kansas on April 3, 2023, beginning at 8:30 a.m. (CST). The deposition shall take place at a location to be agreed to by counsel. Defendant City of Wichita, Kansas shall designate and produce at the deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf about information known or reasonably available to City of Wichita, Kansas regarding the matters described in Attachment A.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Federal Rule of Civil Procedure 30(b)(2), this Notice is accompanied by a Rule 34 request, set forth in Attachment B, to

produce at the deposition all documents reviewed by the person or persons produced in response to this Notice, to the extent such documents have not previously been produced in discovery.

The deposition will be taken before an officer duly authorized by law to take testimony and administer oaths and will continue from day to day, excluding Saturdays, Sundays, and holidays, until completed. The testimony will be recorded by sound, visual, and stenographic means. The stenographic means may include the use of an instant visual display of the deposition transcripts. The deposition may be used for all purposes, including use at trial.

Dated: March 15, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN  CIVIL  LIBERTIES  UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## ATTACHMENT A – TOPICS FOR EXAMINATION

1.      The gang list from 2012 to the present, including internal criticism or acknowledgment of the racial makeup of the gang list; external criticism of the racial makeup of the gang list; and actions taken following any criticisms or acknowledgements of the racial makeup of the gang list.

2.      Policy reforms, including but not limited to procedures for policy reforms, including creating new policies and repealing existing policies; who is involved in the procedures; who approves new and repealed policies; who reviews policies for constitutional compliance; who has authority to veto or stop a policy from being implemented or repealed; Fraternal Order of Police's role in policymaking; the city manager's, or any other city official's role in policymaking; the human resource manager's role in policymaking; requests by others, internal to WPD or external, to change policy 527 and other gang unit policing policies; the identity of persons or entities having expressed opposition to gang unit policy reforms, including policy 527, and the substance of any oppositions; requests for including a notice component for those on or added to the gang list; and requests for including an appeal component for those on or added to the gang list.

3.      Gang unit history from 2003 to the present, including changes in gang policing; changes in criteria for identifying criminal street gangs; changes in criteria for identifying gang members; WPD's gang unit policies' and personnel's effects on Kansas legislation, including § 21-6313 and antecedents; and historical number of members of the gang unit, including reasons for changes to the number of gang unit members.

4.      From 2012 to the present, patrol by gang unit officers, including but not limited to gang unit officers' general patrol duties; patrol locations and percentage of time spent patrolling

identified locations; who makes decisions for patrol locations and criteria those decisions are based on; decisions regarding which gangs are monitored by gang unit officers and how those gangs are monitored, including how predominantly Black and ethnic gangs (e.g., Bloods, Crips, Norteños, Sureños, Latin Kings, Spanish Gangster Disciples, Viet Boyz, and Asian Boyz) are monitored versus how predominately white gangs (e.g., Insane Clown Posse and white supremacists) are monitored; decisions for arresting gang members; and decisions regarding pretextual stops of gang members.

5.      New gangs, including but not limited to how new gangs are identified in Wichita; criteria for identifying a new criminal street game; and who determines a group is a criminal street gang.

## ATTACHMENT B - DOCUMENTS REQUESTED

**Request No. 1.**        To the extent not previously produced in discovery, all documents reviewed, considered, or relied on to prepare to give testimony at this deposition.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 15th day of March, 2023, a true and correct copy of the

foregoing document was electronically served on counsel of record.

BY: _/s/ Paul M. Vogel_
        Paul M. Vogel