IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                          Plaintiffs,

     vs.                                  Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                          Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's Response to Plaintiffs' Third Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on March 27, 2023.

                                             **Fisher, Patterson, Sayler & Smith, LLP**
                                             3550 SW 5th Street
                                             Topeka, Kansas 66606
                                             Tel: (785) 232-7761 | Fax: (785) 232-6604
                                             dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                             **s/Charles E. Branson**

| David R. Cooper | #16690 |
|---|---|
| Charles E. Branson | #17376 |

                                             **Attorneys for Defendant**

Jennifer L. Magaña, #15519  
City Attorney  
Sharon L. Dickgrafe, #14071  
Chief Deputy City Attorney  
City Hall-13th Floor  
455 North Main  
Wichita, Kansas 67202  
P: (316) 268-4681 | F: (316) 268-4335  
sdickgrafe@wichita.gov  
**Attorneys for City of Wichita**

**Certificate of Service**

I hereby certify that I caused the foregoing to be electronically filed on March 27, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949  
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.  
211 E. 8th Street, Suite D | Lawrence, KS 66044  
Tel: (785) 251-8160  
twoody@kansasappleseed.org

Sharon Brett, KS #28696  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS  
10561 Barkley Street, Suite 500 | Overland Park, KS 66212  
Tel: (913) 490-4100  
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022  
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108  
Tel: (816) 474-6550 | Fax: (816) 421-5547  
tsullivan@shb.com  
mengel@shb.com  
jbaehr@shb.com  
pvogel@shb.com  
**Attorneys for Plaintiffs**

s/Charles E. Branson

{T0477956}                                      2