IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Plaintiffs Progeny, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and others similarly situated hereby move the Court for a fourteen-day extension of time to file a motion for leave to amend the complaint.

In support of the motion, Plaintiffs state the following:

1. At the December 8, 2022 status conference, the Court ordered Plaintiffs to seek leave to amend by March 31, 2023. (Doc. #107.)

2. Although Plaintiffs are prepared to file their motion for leave to amend by the March 31 deadline, they respectfully request an extension of that deadline to April 15, 2023 for the following reasons.

3. On March 27, 2023, the parties engaged in a mediation session with mediator Sly James of Wickham James. The parties appear to have made progress in their negotiations and are closer to resolving key issues of this dispute than they have been previously.

4. The parties have a further mediation session with Mr. James scheduled for April 10, 2023.

5. Plaintiffs' filing deadline falls before the next session on April 10, and the parties recognize that the amended complaint may have an impact on the negotiations. Thus, Plaintiffs seek an extension of the March 31 date until fourteen days later, on April 15, in the interest of maintaining the status quo as the parties enter into their next mediation session.

6. Such an extension will not affect any other deadlines in the Scheduling Order.

7. Defendant agrees and does not oppose an extension.

WHEREFORE Plaintiffs respectfully request a fourteen-day extension of time up to and including April 15, 2023 to file their motion for leave to amend the complaint.

Dated: March 28, 2023

Respectfully submitted,

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St., Ste. 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org

SHOOK, HARDY & BACON LLP

/*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KS #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I certify that on March 28, 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

/*s*/ Sharon Brett

Attorney for Plaintiffs