IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>      Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Plaintiffs Progeny, Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy, Jr., and others similarly situated hereby move the Court for an extension of time until April 28, 2023 to file a motion for leave to amend the complaint.

In support of the motion, Plaintiffs state the following:

1. At the December 8, 2022 status conference, the Court ordered Plaintiffs to seek leave to amend by March 31, 2023. (Doc. 107.)

2. On March 29, 2023, the Court granted Plaintiffs' Unopposed Motion to Extend Time To File Amended Complaint until April 14, 2023 (Doc. 136).

3. Although Plaintiffs are prepared to file their motion for leave to amend by the extended April 14 deadline, they respectfully request an extension of that deadline to April 28, 2023 for the following reasons.

4. On March 27, 2023, the parties engaged in a mediation session with mediator Sly James of Wickham James. The parties appear to have made progress in their negotiations and are closer to resolving key issues of this dispute than they have been previously.

5. The parties had a further mediation session with Mr. James on April 10, 2023, in which they reach agreement on several key issues to resolve Plaintiffs' claims. There are a few, but significant, issues on which the parties continue to try to reach resolution, and the parties have set up additional meetings to work in good faith to resolve their differences on those issues.

6. Given that the parties are working to resolve Plaintiffs' existing claims, the Parties feel that it be more fruitful to continue to direct their attention to those efforts without the tension the filing of the amended complaint may bring, and the impact it may have on the ongoing negotiations.

7. Thus, Plaintiffs respectfully agree that the Court grant their motion to extend the time for filing to amend their Complaint until April 28, 2023. Plaintiffs will not seek further extension of the time to amend their Complaint.

8. Such an extension will not affect any other deadlines in the Scheduling Order.

9. Defendant agrees and does not oppose an extension.

WHEREFORE Plaintiffs respectfully request a fourteen-day extension of time up to and including April 28, 2023 to file their motion for leave to amend the complaint.

Dated: April 11, 2023

Respectfully submitted,

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/*s*/ Teresa A. Woody
Teresa A. Woody KS #16949

211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/*s*/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St., Ste. 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org

SHOOK, HARDY & BACON LLP

/*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KS #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

/*s*/ Teresa A. Woody

Attorney for Plaintiffs