IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                  Plaintiffs,

vs.                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                  Defendant.

**MOTION OF DEFENDANT CITY OF WICHITA FOR LEAVE OF COURT TO TAKE PRISONER DEPOSITION AND MEMORANDUM IN SUPPORT**

Defendant, City of Wichita, Kansas ("City") by undersigned counsel, hereby seeks leave of this Court pursuant to Fed. R. Civ. P. 30(a)(2)(B) to take the deposition of Plaintiffs Martel Costello and Jeremy Levy, Jr., which are both in the custody of the Kansas Department of Corrections. In support of this motion, Defendant City states:

      1.      This action involves a challenge to the constitutionality of K.S.A. 21-6313 through K.S.A. 21-6316.  Plaintiffs also seek to enjoin the City from maintaining or implementing its "Gang Database" and "Gang List" which documents gang members and associates.

      2.      Plaintiffs Costello and Levy claim they are negatively impacted by the Gang List by being subject to restrictive incarceration, supervision, and punishment.

      3.      Plaintiffs have responded to written requests for interrogatories and production of

documents. However, defendants should be allowed to make inquires to each plaintiff to explore their claims and testimony that may be offered at trial of this matter.

4. Available public records from the Kansas Adult Supervised Population Electronic Repository ("KASPER") reveal that Plaintiff Martel Costello is currently incarcerated at the Wichita Work Release Center in Wichita, Kansas with an earliest possible release date of June 28, 2023.

5. Available public records from the Kansas Adult Supervised Population Electronic Repository ("KASPER") reveal that Plaintiff Jeremy Levy, Jr., is currently incarcerated at the Hutchinson Correctional Facility in Hutchinson, Kansas with an earliest possible release date of July 25, 2042.

6. Pursuant to the Court's Second Amended Scheduling Order (ECF. 108) the discovery deadline is June 9, 2023.

7. Federal Rule of Civil Procedure 30(a)(2)(B) requires Defendant to obtain leave of court to take the deposition of individuals confined in prison. When leave is required, the "court must grant leave to the extent constituent with Rule 26(b)(1) and (2)." Fed. R. Civ. P. 30(a)(2).

8. Defendant is seeking leave to take the deposition of Costello and Levy on a date and time to be determined and arranged by the parties and the Kansas Department of Corrections.

9. The depositions are needed to learn details about he issued summarized above and granting Defendants leave to take the depositions of Costello and Levy is consistent with Fed. R. Civ. P. 26(b)(1) and (2).

WHEREFORE, Defendant City respectfully requests that the Court grant its Motion for Leave of Court to Take Prisoner Deposition and grant such further relief Defendant City may show it is entitled and the Court deems to be reasonable, appropriate, and just.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**Charles E. Branson**
David R. Cooper                               #16690
Charles E. Branson                            #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

**Certificate of Service**

I hereby certify that I caused the foregoing to be electronically filed on the 28th day of April 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

{T0478313}                                        3

211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

                                                **Charles E. Branson**