# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

## CERTIFICATE OF SERVICE OF PLAINTIFFS' FIFTH REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

I certify that on May 8, 2023, Plaintiffs' Fifth Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com
cbranson@fpsslaw.com

Jennifer L. Magaña
City Attorney
Sharon L. Dickgrafe
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
Tel: (316) 268-4681 | Fax: (316) 268-4335
jmagana@wichita.gov
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

| | |
|---|---|
| Dated: May 8, 2023 | Respectfully submitted,<br><br>SHOOK, HARDY & BACON LLP<br><br>*/s/ Paul M. Vogel*<br>Paul M. Vogel KSD #79022<br>Mitchell F. Engel KS #78766<br>Thomas J. Sullivan (admitted *pro hac vice*)<br>Jordan C. Baehr KS #27213<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Phone: (816) 474-6550<br>tsullivan@shb.com<br>mengel@shb.com<br>jbaehr@shb.com<br>pvogel@shb.com<br><br>KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.<br><br>*/s/ Teresa A. Woody*<br>Teresa A. Woody KS #16949<br>211 E. 8th Street, Suite D<br>Lawrence, KS 66044<br>Phone: (785) 251-8160<br>twoody@kansasappleseed.org<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS<br><br>*/s/ Sharon Brett*<br>Sharon Brett KS #28696<br>10561 Barkely Street, Suite 500<br>Overland Park, KS 66202<br>Phone: (913) 490-4100<br>sbrett@aclukansas.org<br><br>COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/*s*/ Paul M. Vogel

Attorney for Plaintiffs