IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WICHITA, KANSAS, <br><br> Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

**CERTIFICATE OF SERVICE OF PLAINTIFFS' SIXTH REQUEST FOR PRODUCTION TO DEFENDANT**

I certify that on May 9, 2023, Plaintiffs' Sixth Request for Production of Documents was served electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**Attorneys for Defendants**

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC**.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

/s/ Sharon Brett
Sharon Brett KS #28696
6701 W. 64th St, Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

**SHOOK, HARDY & BACON LLP**

/s/ Thomas J. Sullivan
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

**ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**