AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| PROGENY, et al.<br>*Plaintiff*<br>v.<br>CITY OF WICHITA, KANSAS<br>*Defendant* | )<br>)<br>)  Civil Action No. 6:21-cv-01100-EFM-ADM<br>)<br>)<br>) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Jeff Easter
14 W. Elm
Wichita, KS 67203

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Stinson LLP<br>1625 N. Waterfront Parkway, Suite 300<br>Wichita, KS 67206 | Date and Time:<br>05/18/2023 10:30 am |
|---|---|

The deposition will be recorded by this method: Audio, video, and stenographic means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/01/2023

*CLERK OF COURT*                                          OR                              /s/ Mitchell F. Engel

*Signature of Clerk or Deputy Clerk*                                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Progeny, et al.
Teresa A. Woody                                                                                   , who issues or requests this subpoena, are:
Kansas Appleseed Center for Law and Justice, Inc.; 211 E. 8th Street, Suite D, Lawrence, KS 66044
twoody@kansasappleseed.org (785) 251-8160

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 6:21-cv-01100-EFM-ADM

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Kansas

Case Number: 6:21-CV-01100-EFM-ADM

Plaintiff/Petitioner:
**PROGENY, et al.**

vs.

Defendant/Respondent:
**CITY OF WICHITA, KANSAS**

Received by HPS Process Service & Investigations to be served on **Jeff Easter, 14 West Elm, Wichita, KS 67203**.

I, GRACE HAZELL, do hereby affirm that on the **4th day of May, 2023** at **9:00 am**, I:

Served the within named establishment by delivering a true copy of **Subpoena to Testify at a Deposition in a Civil Action; and Plaintiffs' Notice of Federal Rule of Civil Procedure 45 Subpoena to Jeff Easter** to **Donita Jarrell, Admin Manager** at the address of **141 West Elm, Wichita, KS 67203**.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

**GRACE HAZELL**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2023007623
Service Fee: $67.00

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i