IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.                                        Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

**Notice to Take Deposition**

You, and each of you, will take notice that Defendant, City of Wichita, pursuant to F.R.C.P. 30(b)(6), will take the deposition of the following individual(s) on the date and time set out:

**A witness or witnesses to be designated by Plaintiff Progeny, a program of Destination Innovations, Inc., on May 31, 2023, commencing at 9:00 a.m., at the: American Civil Liberties Union Foundation of Kansas, 10561 Barkely Street, Suite 500, Overland Park, Kansas 66212.**

Defendant seeks to depose a witness who can testify to:

1.      Plaintiff's responses to Defendant's First Set of Interrogatories to Plaintiff Progeny.

2.      Governance and Structure, to include board membership, officers, and committees as well as how decisions are made and the organizations' bylaws, policies and allocation of resources.

3.      Finances, to include budget, source of funding, financial reporting, and expenditures, including operating budgets for the past ten years.

4. Programs and Services, to include the organizations programs and services, including goals, implementation, funding, allocated budget, and evaluation, as well as any partnership or collaborations with other organizations.

5. Membership to include total number of Members each year for the past ten years, efforts to recruit new Members, how Members are identified and selected to become Member Leaders, and the Membership and Membership Leader's interaction and involvement with the board, committees, and programs/services provided by Progeny.

Video conferencing will be available for remote attendance. You are invited to attend and participate in the taking of this deposition.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper                    #16690
Charles E. Branson                 #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

{T0478427}}                                    2

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 11th day of May, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

                                                                    s/Charles E. Branson