**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                            Plaintiffs,

        vs.                                                 Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                            Defendant.

**Notice to Take Deposition Duces Tecum of Dr. Ana Muñiz and
Notice of Intent to Issue Subpoena Duces Tecum**

TO:    Dr. Ana Muñiz
        Department of Criminology, Law & Society
        2301 Social Ecology II
        University of California, Irvine
        Irvine, CA 97697-7080

        And to the parties above named and their respective attorneys of record:

        You, and each of you, will take notice that defendant will take the deposition of **Dr. Ana
Muñiz**, commencing at **10:00 a.m. Pacific (8:00 a.m Central)**, on the **19th** day of **May, 2023**.
Said deposition will be taken by stenographic means at the law offices of:  **Shook, Hardy &
Bacon, 5 Park Plaza #1600, Irvine, California 92614**, and will continue from day to day until
said deposition is complete. Video conferencing via Zoom will be available for remote attendance.
The taking of said deposition, if not completed on the date scheduled, will be continued from day-
to-day until completed. Pursuant to Fed. R. Civ. P. 45(a)(4), a copy of the subpoena to be served
upon Dr. Muñiz, in care of her attorney who has agreed to accept service, is attached hereto.

{T0478433}                                    1

Dr. Ana Muñiz is directed to produce the following: Her entire case file, including all materials reviewed and or relied upon in formulating her opinions in this matter; any other documents and tangible things provided to her by the plaintiffs or their attorneys, all work notes prepared by her in connection with her report, and any invoices/bills and time sheets or other documents that itemize and/or describe her work in this matter.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper                            #16690
Charles E. Branson                       #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 12th day of May, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

and a copy sent by email to:

Hines Reporters - calendar@hinesreporters.com
Tel: (213) 688-7887

**s/Charles E. Branson**

{T0478433}                                                            3