# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                              Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice to Take Deposition

TO:    The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendant will take the deposition of **Martel Costello**, commencing at **10:00 a.m.**, on the **8th** day of **June, 2023**. Said deposition will be taken by stenographic means at the Wichita Work Releasee Center, 401 S. Emporia, Street, Wichita, Kansas 67202, and will continue from day to day until said deposition is complete. Video conferencing will be available for remote attendance.

                                                  **Fisher, Patterson, Sayler & Smith, LLP**
                                                  3550 S.W. 5th
                                                  Topeka, Kansas 66606
                                                  Tel: (785) 232-7761 | Fax: (785) 232-6604
                                                  dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                                  **s/Charles E. Branson**
                                                  David R. Cooper                    #16690
                                                  Charles E. Branson            #17376
                                                  **Attorneys for Defendant**

{T0478430}                                      1

>Jennifer L. Magaña, #15519
>City Attorney
>Sharon L. Dickgrafe, #14071
>Chief Deputy City Attorney
>City Hall-13th Floor
>455 North Main
>Wichita, Kansas 67202
>P: (316) 268-4681 | F: (316) 268-4335
>sdickgrafe@wichita.gov
>**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 15th day of May, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

>Teresa A. Woody, KS #16949
>KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
>211 E. 8th Street, Suite D | Lawrence, KS 66044
>Tel: (785) 251-8160
>twoody@kansasappleseed.org
>
>Sharon Brett, KS #28696
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
>10561 Barkley Street, Suite 500 | Overland Park, KS 66212
>Tel: (913) 490-4100
>sbrett@aclukansas.org
>
>Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
>SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
>Tel: (816) 474-6550 | Fax: (816) 421-5547
>tsullivan@shb.com
>mengel@shb.com
>jbaehr@shb.com
>pvogel@shb.com
>**Attorneys for Plaintiffs**

>s/Charles E. Branson

{T0478430}                                    2