# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.                                        Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice to Take Deposition

TO:    The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendant will take the deposition of **Jeremy Levy, Jr**, commencing at **10:00 a.m.**, on the **7th** day of **June, 2023**. Said deposition will be taken by stenographic means at the Hutchinson Correctional Facility, 500 Reformatory Street, Hutchinson, Kansas 67504-1568, and will continue from day to day until said deposition is complete. Video conferencing will be available for remote attendance.

                                              **Fisher, Patterson, Sayler & Smith, LLP**
                                              3550 S.W. 5th
                                              Topeka, Kansas 66606
                                              Tel: (785) 232-7761 | Fax: (785) 232-6604
                                              dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                              **s/Charles E. Branson**
                                              David R. Cooper                #16690
                                              Charles E. Branson            #17376
                                              **Attorneys for Defendant**

{T0478431}                                       1

Jennifer L. Magaña, #15519<br>
City Attorney<br>
Sharon L. Dickgrafe, #14071<br>
Chief Deputy City Attorney<br>
City Hall-13th Floor<br>
455 North Main<br>
Wichita, Kansas 67202<br>
P: (316) 268-4681 | F: (316) 268-4335<br>
sdickgrafe@wichita.gov<br>
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 18th day of May, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

s/Charles E. Branson