IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RESPONSES AND PRODUCTION OF DOCUMENTS IN RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PROGENY AND DEFENDANT'S FIRST SET OF INTERROGATORIES TO PROGENY

Plaintiffs, by and through their counsel, hereby certify that they served documents Bates stamped PLFS00000146–1763 in response to Defendant's First Request for Production on Defendant's counsel of record via electronic mail on May 11, 2023, May17, 2023, and May 19, 2023. Plaintiffs further served Progeny's First Supplemental Responses to Defendant's First Request for Production of Documents and First Supplemental Responses to Defendant's First Set of Interrogatories to Plaintiff Progeny on Defendant's counsel of record via electronic mail on May 24, 2023.

Date: May 24, 2023

        Respectfully submitted,

        KANSAS APPLESEED CENTER FOR
        LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org

SHOOK, HARDY & BACON LLP

Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. L.R. 5.1(f), I hereby certify that on this 24th day of May 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org