# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, ) <br> a program of Destination Innovations Inc., ) <br> CHRISTOPHER COOPER, ) <br> ELBERT COSTELLO, ) <br> MARTEL COSTELLO, and ) <br> JEREMY LEVY, JR., ) <br> on behalf of themselves ) <br> and others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF WICHITA, KANSAS, ) <br> ) <br> Defendant. ) | Case No. 6:21-cv-01100-EFM-ADM |

## NOTICE OF SERVICE OF PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a) DISCLOSURES

I certify that on May 24, 2023, Plaintiffs' First Supplemental Rule 26(a) disclosures were served electronically on:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

Attorneys for Defendants

1

Dated: May 24, 2023

Respectfully submitted,

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org


SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED