# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                        Plaintiffs,

    vs.                                                  Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                        Defendant.

## Amended Notice to Take Deposition

TO:    The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendant will take the deposition of **Elbert Costello**, commencing at **10:00 a.m.**, on the **1st** day of **June, 2023**. Said deposition will be taken by stenographic means at: 445 N. Main Street (13th Floor, Legal Department), Wichita, Kansas 67202, and will continue from day to day until said deposition is complete. Video conferencing will be available for remote attendance.

                                                   **Fisher, Patterson, Sayler & Smith, LLP**
                                                   3550 S.W. 5th
                                                   Topeka, Kansas 66606
                                                   Tel: (785) 232-7761 | Fax: (785) 232-6604
                                                   dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                                 **s/Charles E. Branson**
                                                 David R. Cooper                #16690
                                                 Charles E. Branson          #17376
                                                 **Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 30th day of May, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

and a copy emailed to:  sharon@harrisonelliott.com.

s/Charles E. Branson