### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

      *Plaintiff(s)*,    Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

      *Defendant*.


**NOTICE OF SERVICE OF PLAINTIFFS' PRODUCTION OF DOCUMENTS IN
RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PROGENY**


   Plaintiffs, by and through their counsel, hereby certify that they served documents Bates

stamped PLFS00001764–77 and PLFS00001978–97 in response to Defendant's First Request for

Production on Defendant's counsel of record via electronic mail on May 24, 2023 and May 31,

2023.


Date: May 31, 2023

         Respectfully submitted,

         KANSAS APPLESEED CENTER FOR
         LAW AND JUSTICE, INC.

         Teresa A. Woody KS #16949
         211 E. 8th Street, Suite D
         Lawrence, KS 66044
         Phone: (785) 251-8160
         twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org


SHOOK, HARDY & BACON LLP

Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to D. Kans. L.R. 5.1(f), I hereby certify that on this 31st day of May 2023, a true

and correct copy of the foregoing was served via the United State District Court's CM/ECF system

on all parties or persons requiring notice, including upon attorneys for defendants:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org