IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

         Plaintiffs,

vs.                Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

         Defendant.

**Motion for Extension of Time for Rebuttal Expert Disclosures and Deposition of Plaintiff Christopher Cooper**

  Defendant, City of Wichita, moves the court for a forty-five-day (45-day) extension of time for their rebuttal expert disclosures to and including July 24, 2023. In addition, Defendant seeks a seventeen-day (17-day) extension of time to take the deposition of Plaintiff Christopher Cooper. In support, Defendant states as follows:

  1. On October 14, 2022, the parties filed a Joint Motion to Stay Discovery (ECF 91), because the parties were engaged in lengthy settlement negotiations.

  2. On October 19, 2022, the court granted a 60-day stay of discovery and vacated all remaining deadlines. (ECF 92).

  3. On November 30, 2022, the parties filed a joint motion to lift the stay of discovery (ECF 103), and the court lifted the discovery stay and set a scheduling conference (ECF 105).

  4. After a scheduling conference on December 8, 2022, the court entered a Second Amended Scheduling Order (ECF 108) abolishing prior deadlines and setting ALL discovery

deadlines for June 9, 2023, with a Proposed Pretrial Order due June 26, 2023, and Final Pretrial Conference set for July 6, 2023. No expert disclosure deadline was set.

5. The parties continued settlement negotiations through the month of April 2023.

6. Defendant has diligently pursued discovery in this case and sought the depositions of all named Plaintiffs.

7. Plaintiffs have indicated that they intend to file an amended complaint in this case and suggested that Defendant take the named Plaintiffs' depositions after said amended complaint was filed.

8. During negotiations, Plaintiffs filed two requests for extensions of time to file an amended complaint (ECF 135 and 137). The court granted both motions and the final deadline for filing an amended complaint was April 28, 2023.

9. No amended complaint was filed by Plaintiffs.

10. On April 28, 2023, Plaintiffs provided an expert report to the Defendant.

11. Also, on April 28, 2023, Defendant filed a motion for leave to take the depositions of Plaintiffs Martel Costello and Jeremy Levy while in custody (ECF 131). The motion was granted by the court (ECF 143).

12. On May 19, 2023, Defendant took the deposition of Plaintiff's expert of Dr. Ana Muñiz in Irvine, California.

13. Defendant has been advised that the transcript from Dr. Muñiz's deposition will not be delivered until June 8, 2023.

14. Defendant have taken or are scheduled to take the depositions of named plaintiffs, Progeny, E. Costello, M. Costello and J. Levy, Jr., but have been unable to secure the voluntary deposition of Plaintiff Christopher Cooper.

15. Plaintiffs' counsel has advised that Mr. Cooper works in the evenings and has been difficult to get a hold of, but offered a Sunday deposition date that does not work for Defendant.

16. Defendant has not been able to provide the transcript of Plaintiff's Expert deposition to Defendants expert and Defendant requests a 45-day extension to provide its rebuttal expert report to and including July 24, 2023.

17. Defendant requests a 17-day extension of the discovery deadline to serve notice of and take the deposition of Plaintiff Christopher Cooper to and including Monday, June 26, 2023.

18. Defendant makes this request in good faith and for just cause and not for delay of the proceedings.

19. Defendant does not seek to extend the deadlines for the Pretrial Order of Pretrial Conference.

20. Plaintiff objects to Defendant's request for extension of the rebuttal expert deadline.

21. Plaintiff does not object to extension of discovery deadline for the deposition of Plaintiff Christopher Cooper.

For the foregoing reasons, Defendant seeks and order granting an extension forty-five-day (45-day) extension of time for their rebuttal expert disclosures to and including **July 24, 2023**, and a seventeen-day (17-day) extension of time to take the deposition of Plaintiff Christopher Cooper, to and including **June 26, 2023**.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

s/
_____
David R. Cooper                              #16690
Charles E. Branson                           #17376
**Attorneys for Defendant**

                                                Jennifer L. Magaña, #15519
                                                City Attorney
                                                Sharon L. Dickgrafe, #14071
                                                Chief Deputy City Attorney
                                                City Hall-13th Floor
                                                455 North Main
                                                Wichita, Kansas 67202
                                                P: (316) 268-4681 | F: (316) 268-4335
                                                sdickgrafe@wichita.gov
                                                **Attorneys for City of Wichita**

### Certificate of Service

       I hereby certify that I caused the foregoing to be electronically filed on the 6th day of June, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

                                                **s/Charles E. Branson**