# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.   Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's Corrected First Supplemental Response to Plaintiffs' Fourth Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on June 7, 2023.

        **Fisher, Patterson, Sayler & Smith, LLP**
        3550 SW 5th Street
        Topeka, Kansas 66606
        Tel: (785) 232-7761 | Fax: (785) 232-6604
        dcooper@fpsslaw.com | cbranson@fpsslaw.com

        **s/Charles E. Branson**
        David R. Cooper        #16690
        Charles E. Branson     #17376
        **Attorneys for Defendant**

                                                    Jennifer L. Magaña, #15519
                                                    City Attorney
                                                    Sharon L. Dickgrafe, #14071
                                                    Chief Deputy City Attorney
                                                    City Hall-13th Floor
                                                    455 North Main
                                                    Wichita, Kansas 67202
                                                    P: (316) 268-4681 | F: (316) 268-4335
                                                    sdickgrafe@wichita.gov
                                                    **Attorneys for City of Wichita**

## Certificate of Service

      I hereby certify that I caused the foregoing to be electronically filed on June 7, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

    Teresa A. Woody, KS #16949
    KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
    211 E. 8th Street, Suite D | Lawrence, KS 66044
    Tel: (785) 251-8160
    twoody@kansasappleseed.org

    Sharon Brett, KS #28696
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
    10561 Barkley Street, Suite 500 | Overland Park, KS 66212
    Tel: (913) 490-4100
    sbrett@aclukansas.org

    Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
    SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
    Tel: (816) 474-6550 | Fax: (816) 421-5547
    tsullivan@shb.com
    mengel@shb.com
    jbaehr@shb.com
    pvogel@shb.com
    **Attorneys for Plaintiffs**

                                                    **s/Charles E. Branson**