# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                              Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice of Service

Defendant, City of Wichita, Kansas notifies the Court and counsel that Defendant's Response to Plaintiffs' Fifth Request to Defendant for Production of Documents and Electronically Stored Information was served electronically on June 7, 2023.

                                             **Fisher, Patterson, Sayler & Smith, LLP**
                                             3550 SW 5th Street
                                             Topeka, Kansas 66606
                                             Tel: (785) 232-7761 | Fax: (785) 232-6604
                                             dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                             **s/Charles E. Branson**

| | |
|---|---:|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

                                             **Attorneys for Defendant**

                    Jennifer L. Magaña, #15519
                    City Attorney
                    Sharon L. Dickgrafe, #14071
                    Chief Deputy City Attorney
                    City Hall-13th Floor
                    455 North Main
                    Wichita, Kansas 67202
                    P: (316) 268-4681 | F: (316) 268-4335
                    sdickgrafe@wichita.gov
                    **Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on June 7, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

                    **s/Charles E. Branson**