# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

    vs.                                      Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## Notice to Take Deposition

TO:    The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendant will take the deposition of **Christopher Cooper**, commencing at **10:00 a.m.**, on the **16th** day of **June, 2023**. Said deposition will be taken by stenographic means at: 455 N. Main, 13th Floor, Law Department, Wichita, Kansas 67202, and will continue from day to day until said deposition is complete. Video conferencing will be available for remote attendance.

                                        **Fisher, Patterson, Sayler & Smith, LLP**
                                        3550 S.W. 5th
                                        Topeka, Kansas 66606
                                        Tel: (785) 232-7761 | Fax: (785) 232-6604
                                        dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                        **s/Charles E. Branson**
                                        David R. Cooper                  #16690
                                        Charles E. Branson           #17376
                                        **Attorneys for Defendant**

>Jennifer L. Magaña, #15519
>City Attorney
>Sharon L. Dickgrafe, #14071
>Chief Deputy City Attorney
>City Hall-13th Floor
>455 North Main
>Wichita, Kansas 67202
>P: (316) 268-4681 | F: (316) 268-4335
>sdickgrafe@wichita.gov
>**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 8th day of June, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

>Teresa A. Woody, KS #16949
>KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
>211 E. 8th Street, Suite D | Lawrence, KS 66044
>Tel: (785) 251-8160
>twoody@kansasappleseed.org

>Sharon Brett, KS #28696
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
>10561 Barkley Street, Suite 500 | Overland Park, KS 66212
>Tel: (913) 490-4100
>sbrett@aclukansas.org

>Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
>SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
>Tel: (816) 474-6550 | Fax: (816) 421-5547
>tsullivan@shb.com
>mengel@shb.com
>jbaehr@shb.com
>pvogel@shb.com
>**Attorneys for Plaintiffs**

and a copy emailed to: sharon@harrisonelliott.com.

>s/Charles E. Branson