IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

### NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS, SUPPLEMENTAL RULE 26(A) INITIAL DISLCOSURES, AND PRIVILEGE LOG

Plaintiffs, by and through their counsel, hereby certify that they served on Defendant's counsel of record via electronic mail on June 9, 2023 the following: Progeny's Second Supplemental Response to Defendant's First Request for Production of Documents; Progeny's Second Supplemental Response to Defendant's First Interrogatories; Plaintiffs' Second Supplemental Rule 26(a) Initial Disclosures; Plaintiff Elbert Costello's Supplemental Response to Defendant's First Interrogatories; Plaintiff Elbert Costello's Supplemental Response to Defendant's First Request for Production of Documents; and Plaintiffs' privilege log.

Date: June 9, 2023

          Respectfully submitted,

          KANSAS APPLESEED CENTER FOR
          LAW AND JUSTICE, INC.

          Teresa A. Woody KS #16949
          211 E. 8th Street, Suite D
          Lawrence, KS 66044
          Phone: (785) 251-8160
          twoody@kansasappleseed.org

          AMERICAN CIVIL LIBERTIES UNION
          FOUNDATION OF KANSAS

          /s/ Sharon Brett
          Sharon Brett KS #28696
          10561 Barkley St. Ste 500
          Overland Park, KS 66212
          Phone: (913) 490-4100
          sbrett@aclukansas.org

          SHOOK, HARDY & BACON LLP

          Thomas J. Sullivan (admitted *pro hac vice*)
          Mitchell F. Engel KS #78766
          Jordan C. Baehr KS #27213
          Paul M. Vogel KSD #79022
          2555 Grand Boulevard
          Kansas City, MO 64108
          Phone: (816) 474-6550
          tsullivan@shb.com
          mengel@shb.com
          jbaehr@shb.com
          pvogel@shb.com

          ATTORNEYS FOR PLAINTIFFS,
          INDIVIDUALLY AND ON BEHALF OF
          ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

Pursuant to D. Kan. L.R. 5.1(f), I hereby certify that on this 9th day of June 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

/s/ Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org