Attachment A

| | |
|---|---|
| **From:** | Charles E. Branson |
| **To:** | Teresa Woody; David Cooper; Magana, Jennifer |
| **Cc:** | Sharon Brett; Vogel, Paul M. (SHB); Kunyu Ching; progenylegalteam; Lorraine Henderson; Laura Lawler |
| **Subject:** | RE: Deposition dates |
| **Date:** | Tuesday, May 2, 2023 1:07:00 PM |

My understanding these are the dates to reserve presently:

May 18 – Jeff Easter
May 31 – Progeny 30b6
June 1 or 2 – City 30b6

Dates needed:

Cooper
M. Cosetllo (Wichita Work Release Center)
E. Costello
Levy (Hutchinson Correctional Facility)
Muniz (In person in California)

I aniticpate a full day for each named plaintiff depo.

In addition, we will need additional time for our rebuttal expert given receipt of plaintiffs expert designation on April 28 and the discovery cutoff of June 9 and pretrial order due June 26.  We could keep it open by agreement or we can file a motion.

Additionally, I have some concern that named plantifs depos could cause us to want other depositions.  We had put their depositions off on the suggestion an amended complaint was going to be filed.  No that the time has passed, we find ourselves up against the deadlines.


Charles


**From:** Teresa Woody <twoody@kansasappleseed.org>
**Sent:** Tuesday, May 2, 2023 11:36 AM
**To:** Charles E. Branson <cbranson@fpsslaw.com>; David Cooper <dcooper@fpsslaw.com>; Magana, Jennifer <jmagana@wichita.gov>
**Cc:** Sharon Brett <sbrett@aclukansas.org>; Vogel, Paul M. (SHB) <pvogel@shb.com>; Kunyu Ching <kching@aclukansas.org>; progenylegalteam <progenylegalteam@kansasappleseed.org>
**Subject:** Deposition dates

Charles,

We will produce Progeny for deposition on May 31.  We have a subpoena out to Jeff Easter for a deposition on May 18 in Wichita.  We can do the deposition on Plaintiffs' 30(b)(6) topics on either June 1 or June 2.

We are working to get deposition dates for our individual clients.  Do you anticipate a full day for each of these depos?  With respect to Dr. Muñiz, are you anticipating taking her deposition

remotely, or in California?

Thanks,

Teresa

Teresa A. Woody
Litigation Director
Kansas Appleseed Center for Law and Justice, Inc.
211 E. 8th Street, Suite D
Lawrence, KS 66044
(785) 251-8160
twoody@kansasappleseed.org
(Pronouns: she/her/hers)



This message, including any attachments, is from Teresa Woody, attorney with Kansas Appleseed. Email communication may not be a secure method of communication and can be held, stored, or copied by various computers through which it passes enroute to its destination, or intercepted by a third party. Nevertheless, this email contains information that may be confidential and protected by the attorney-client or work product privileges, the protections of which are not waived by the sending of this information by email. If you are not the intended recipient, please notify the sender of the delivery error and promptly delete this message and any attachments. You may not forward, copy, print, distribute, or use the information in this message if you are not the intended recipient.