IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | Case No. 21-1100-EFM-ADM |

**SECOND AMENDED SCHEDULING ORDER**

On December 8, 2022, the court convened a status conference to discuss re-setting case-management deadlines following the lifting of a stay. (ECF 92, 105.) The court had stayed the proceedings, at the parties' request, while the parties attempted to finalize a settlement agreement. (ECF 92.) On November 30, the parties informed the court that the case had not settled. (ECF 103.) The court then lifted the stay and scheduled today's conference. (ECF 105.)

During the conference, the court cautioned the parties that it would not grant serial extensions, so the parties should proceed with the expectation that any revised deadlines would be firm. The parties then jointly proposed new settings, which they suggested are realistic. As discussed further on the record, the court largely accepted the parties' proposals. The scheduling order (ECF 38, 62) is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Substantial completion of document production | January 31, 2023 |
| Motions to amend | March 31, 2023 |
| Affirmative experts for issues on which a party bears the burden of proof | April 28, 2023 |

| Rebuttal experts disclosed | May 25, 2023 |
| --- | --- |
| All discovery completed | June 9, 2023 |
| Proposed pretrial order due | June 26, 2023 |
| Pretrial conference | July 6, 2023, at 11:00 a.m. |
| All other potentially dispositive motions (e.g., summary judgment) & plaintiffs' class certification motion | August 25, 2023 |

All other provisions of the original Scheduling Order remain in effect. The schedule adopted in this Second Amended Scheduling Order shall not be modified except by leave of court upon a showing of good cause.

**IT IS SO ORDERED.**

Dated December 8, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell<br>
Angel D. Mitchell<br>
U.S. Magistrate Judge