# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

CITY OF WICHITA, KANSAS,

    Defendant.

Case No. 6:21-cv-01100-EFM-ADM

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION EXHIBIT LIST

Ex 1: WPD Policy 527

Ex. 2: Easter Dep.

Ex 3: Hemmert Dep.

Ex. 4: McKenna Dep.

Ex. 5: Inkelaar Dep.

Ex. 6: Beard Dep.

Ex. 7: Nicholson Dep.

Ex. 8: Johnson Dep.

Ex. 9: Salcido Dep.

Ex. 10: Thatcher Dep.

Ex. 11: Corey Dep.

Ex. 12: Beard 30(b)(6) Dep.

Ex. 13: Parker-Givens Dep.

Ex. 14: E. Costello Dep.

Ex 15: Progeny Decl.

Ex. 16: Gilmore Dep.

Ex. 17: Engel Decl.

Ex. 18: Cooper Decl.

Ex. 19: E. Costello Decl.

Ex. 20: M. Costello Decl.

Ex. 21: Levy Decl.

Ex. 22: Brett Decl.

Ex. 23: Woody Decl.

Ex. 24: Proposed Injunctive Relief

Dated: June 30, 2023                                  Respectfully submitted,

                                              SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ *Mitchell F. Engel*

Attorney for Plaintiffs