# EXHIBIT 2

## Filed Under Seal



**Pohlman**USA®
Court Reporting and
Litigation Services

Jeff Easter  -  Volume I

May 18, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


PROGENY, et al,              )    Case No.

vs                          )    6:21-CV-01100-EFM-ADM

                            )

CITY OF WICHITA, KANSAS, )

Defendant.                   )

VIDEO-RECORDED ZOOM DEPOSITION OF

JEFF EASTER

VOLUME I


May 18, 2023

10:42 a.m.


Taken at:

Stinson Law Firm

1625 North Waterfront Parkway, Suite 300

Wichita, Kansas


Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

1          Q.   Was it called -- was it Policy No. 527

2     at that time?

3          **A.   Ma'am, I don't remember the policy**

4     **number on it.**

5          Q.   Okay. So after you became the

6     lieutenant over the Gang/Felony Assault Unit, did

7     you make any changes to that policy regarding the

8     gang database?

9          **A.   Well, I would have had to make policy**

10    **changes because I'm the one that authored at the**

11    **authority of the mayor, which was Carl Brewer, and**

12    **the police chief, which was Norman Williams, the**

13    **state statute on gang laws and so once that state**

14    **statute, what I wrote and submitted was there was**

15    **changes made going through the legislative process**

16    **and then when they passed that legislation then I**

17    **updated that policy to reflect exactly what was in**

18    **the state statute.**

19         Q.   Okay.  So you are the individual who

20    actually drafted the policy that then went to

21    legislation and became state law; is that right?

22         **A.   I drafted the state law proposal.**

23         Q.   Okay, and when you say the state law

24    proposal, did that include criteria and those kind

25    of things?

1           A.   Yes, ma'am, it did.

2           Q.   And I think you said you drafted the

3    state law proposal at the request of Mayor Brewer

4    and Chief Williams; is that right?

5           A.   Mayor Brewer and yes, ma'am.

6           Q.   Brewer, excuse me, and Chief Williams?

7           A.   Yes, ma'am.

8           Q.   And then so roughly when was that?

9           A.   2007.

10          Q.   Do you recall as it went through the

11   legislative process any changes that were made to

12   your proposal?

13          A.   I don't recall what the changes were.

14   However, there was changes made by the legislative

15   committees on the original proposal.

16          Q.   Do you recall what -- did you have any

17   concern about any of those changes that were made?

18          A.   No, ma'am, I did not.

19          Q.   Did you think they were significant

20   changes from what you had proposed?

21          A.   No, they were not.

22          Q.   So it mostly followed the proposal that

23   you had drafted; is that correct?

24          A.   Yes, ma'am.

25          Q.   And how did you go about drafting that

1    proposal? What did you use to come up with that

2    proposal for the state law?

3         A.   So there were several things that

4    happened there.  During that time frame and prior

5    to that time frame we were having a lot of violent

6    crimes mainly perpetrated by gang members.  We had

7    a lot of narcotics trafficking that was being

8    perpetrated by gang members as well and so the

9    mayor had tasked us, even when I was a sergeant, so

10   this started when I was a sergeant, that we meet

11   with the community; mainly the northeast Wichita

12   community, which is predominantly African American,

13   to come up with a gang plan on how to address the

14   issues taking place with the gangs here in Wichita.

15   We had numerous meetings with the groups of

16   citizens from the NAACP to different church groups

17   that had members in it to other neighborhood

18   association presidents, some of their members and

19   those meetings were taking place for almost a year.

20   So we came up with a gang plan.  We also -- there

21   was questions about the gang criteria that we were

22   using.  There was questions about why it doesn't --

23   Hutchinson and Salina and other people have that

24   kind or other departments have that kind of

25   criteria in amongst their departments because a lot

1    of those departments had nothing, but they were

2    saying that these people were gang members in their

3    community.  So through those meetings and through

4    the guidance of Chief Williams, Lieutenant Spear at

5    the time and Captain Coy Lee and Colonel Tom

6    Stoltz, they were all involved in those meetings as

7    well.  When I became the Gang/Felony Assault

8    lieutenant we had the gang plan in place and then

9    the discussions started more so with the different

10   groups in reference to the criteria.  So I reached

11   out to different departments around the state of

12   Kansas.  I know that Kansas City, Kansas had a very

13   similar gang policy and very similar type of gang

14   criteria and it was very obvious that there was no

15   set standard in the state of Kansas.  So I

16   researched several states, including Florida,

17   Kentucky and Georgia where they had state laws in

18   place.  A lot of their criteria was similar to what

19   we had already and so I drafted the state law

20   change to create state law for gang criteria in the

21   state of Kansas based upon some other states laws.

22   I submitted that.  The process over there is I had

23   to submit it to the Law Department who made some

24   minor changes, who then submitted it to the

25   Legislature for them to put into a committee,

1  debate it and then take a vote on it.

2       Q.   And you say you started working on this

3  when you were as a sergeant; is that right?

4       A.   The gang plan was as a sergeant.  As a

5  lieutenant I was asked -- during the gang plan

6  discussions the criteria came up and so once I

7  became a lieutenant because of the research I had

8  done already as a sergeant on the criteria, I was

9  asked by the Chief and the Mayor to put together a

10 state law proposal for the criteria itself.

11      Q.   Okay.  When you talk about the gang

12 plan, explain what that was.

13      A.   We, several years prior when I was a

14 beat officer, when we had a lot of violent crime, a

15 lot of shootings, a lot of drive-by's in the early

16 '90s, there was no plan.  So what happened is, is

17 individuals or officers from different bureaus were

18 placed in the North Bureau to crack down on the

19 violent crime.  We learned from our mistakes on

20 that because pretty much the gang members would go

21 under because they knew there were no more cops so

22 the only people that were really being stopped and

23 ticketed were citizens that had nothing to do with

24 gang crime; they just lived there and there was

25 quite the amount of frustration from the community