# EXHIBIT 4

**Filed Under Seal**



# PohlmanUSA®
## Court Reporting and Litigation Services

---

Kevin McKenna

December 1, 2022

---

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF KANSAS

 3

 4   PROGENY, a program of Destination )

 5   Innovations, Inc., CHRISTOPHER    )

 6   COOPER, ELBERT COSTELLO, MARTEL   )

 7   COSTELLO, and JEREMY LEVY,JR., on )

 8   behalf of themselves and others   )Case No.

 9   similarly situated,               )6:21-CV-01100-

10   Plaintiffs,                       )EFM-ADM

11   vs                                )

12   CITY OF WICHITA, KANSAS,          )

13   Defendant.                        )

14   _____  )

15                VIDEOTAPED DEPOSITION OF

16                    KEVIN MCKENNA

17                  December 1, 2022

18                     8:31 a.m.

19

20                     Taken at:

21             Joseph, Hollander & Craft

22                 500 North Market

23                  Wichita, Kansas

24

25   Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

```
 1           A.    Yes, sir.
 2           Q.    Including gang intelligence officers
 3    and patrol officers in other divisions?
 4           A.    Yes, sir.
 5           Q.    They all receive the same training with
 6    respect to TOPS cards?
 7           A.    It's given in the Academy, yes, sir.
 8           Q.    Did you receive that training when you
 9    went through Academy?
10           A.    Yes, sir.
11           Q.    Is there training on TOPS cards other
12    than in the Academy?
13           A.    Not that I know of, no.
14           Q.    Let me ask maybe a better question.  Is
15    there ever in-service training on filling out TOPS
16    cards?
17           A.    No.
18           Q.    Okay.  All right.  You said the TOPS
19    card could be a New TOPS card, an Updated TOPS card
20    or Associate TOPS card; is that right?
21           A.    Correct.
22           Q.    Under what circumstance would an
23    officer fill out a New TOPS card?
24           A.    An officer -- they are not required to
25    fill out a TOPS card, okay, but an officer may fill
```

74

1    out a TOPS card in reference to a vehicle stop that

2    he had where an individual admitted to him that he

3    was a Sur 13 gang member.  So that officer would

4    fill out the card and it's about the size -- we

5    have changed it now.  It's an electronic.  Back

6    when I was on the street it was like about the size

7    of a baseball card.  You would fill it out and he

8    would just say all the guy's information; address,

9    everything, and contact with him on this case and

10   he stated that he admitted to being a Sur 13 gang

11   member and they may put a case number on there to

12   say see this case number.

13        Q.   Are case numbers assigned even for

14   traffic stops?

15        A.   Not every traffic stop, no.

16        Q.   Okay.  So if it was a traffic stop and

17   there wasn't a case number assigned, what reference

18   might -- would that just be blank?

19        A.   No.  He could put a citation number

20   down.  Yeah.

21        Q.   Okay.  If a citation was issued?

22        A.   Yes, sir.

23        Q.   Am I right that an officer could fill

24   out a TOPS card whether or not any ultimate

25   citation was issued?

75

1          A.    Yes, sir.

2          Q.    Okay.  When you say that a gang

3    intelligence officer is not required to complete a

4    TOPS card, you mean that they can add a new member

5    to the gang database without completing a TOPS card

6    or a gang card before that; correct?

7          A.    Yes, sir.

8          Q.    Okay.  Do you also mean or does that

9    also mean that if an officer has an encounter with

10   an individual who meets one or more criteria for

11   gang membership, they are not under an obligation

12   to complete a TOPS card reporting that encounter?

13         A.    Correct.

14         Q.    So an officer has discretion as to

15   whether to complete a TOPS card for an individual

16   who meets one or more of the criteria for gang

17   membership?

18         A.    Yes, sir.

19         Q.    And is that true both of a gang

20   intelligence officer and a non-Gang Unit patrol

21   officer?

22         A.    Yes, sir.

23         Q.    Are there patrol officers within the

24   Gang Unit that are not gang intelligence officers?

25         A.    No.

84

1          Q.   When you knew or when you were assigned

2     to Beat 33, did you know that it was adjacent to

3     Beat 34 and that was the territory of the Seranos

4     gang?

5          A.   Yes.

6          Q.   Was is that something that you had

7     known prior to ever becoming a police officer?

8          A.   Yes.

9          Q.   How did you know that?

10          A.   Read the graffiti around the

11     neighborhood and it's everywhere.

12          Q.   How did you know what the graffiti

13     meant?

14          A.   Because my dad was a Wichita police

15     officer and my mom was the head of Substance Abuse

16     and Violence Prevention and Gang Prevention for USD

17     259.

18          Q.   So you had some family institutional

19     knowledge regarding gang membership and graffiti?

20          A.   Yes, sir.

21          Q.   When you say that the Seranos gang

22     claimed the territory encompassed by Beat 34, what

23     do you mean by that?

24          A.   The internet ruined geographic

25     locations for street gangs.  When street gangs

121

1  originate they take pride in the intersections of

2  were they originated from, the areas they originate

3  from.  So in Wichita you will see a Latin King will

4  have 16th and Waco.  That's important to them

5  because that's where they originate from; 16th and

6  Waco so they will put 16 on everything.  In

7  Planeview, the Surenos, they originate from the

8  Planeview neighborhood and so that is their home

9  turf.  That is where they live and it's the

10  southern part of Wichita, right, and Surenos is the

11  southerns and the northern part of Wichita which

12  their rivals, the Notanos are in the north part of

13  Wichita and they are the NSGs.  They are the

14  Northside Gangsters; they are the rivals so the

15  Surenos, they recognize themselves as 13, Nortanos

16  recognize themselves as 14.  Opposite colors, that

17  type of stuff.

18       Q.   Okay. Are those geographic designations

19  still in play today?

20       A.   Yes.

21       Q.   So when you say the internet has ruined

22  geographic territories for gangs, is that not true

23  of all gangs?

24       A.   What I mean by that is if you were

25  going to be Bato Loco Boy you would need to be

122

1    living in the area of 22nd and Jackson.  That's

2    where they originate from is that neighborhood, in

3    that area.  The internet has caused anybody to

4    claim to be a Bato Loco Boy because you can put any

5    emojo in there.  You can claim anything.  You don't

6    know what that means or the history behind it.  You

7    have never even been on Jackson Street and you are

8    claiming that.  Same thing with -- that's what I

9    mean by the geographical locations.  You don't have

10   to live on Volutsia to claim Volutsia block.  And

11   so other people start claiming Volutsia because

12   they go to school with a Volutsia block guy.

13          Q.   Okay, and so you're saying that someone

14   might post on the internet claiming a certain

15   neighborhood or street as theirs even if they have

16   never been to that neighborhood or street?

17          A.   Correct.

18          Q.   Are you also saying someone might

19   post on the internet claiming membership in a

20   certain gang even though they actually have no

21   affiliation with that gang at all?

22          A.   If they don't have any affiliation with

23   the gang then they wouldn't know gang terminology

24   or gang phraseology or the meaning behind some of

25   the terminology that they post.

123