# EXHIBIT 5
## Filed Under Seal



# PohlmanUSA®
## Court Reporting and Litigation Services

David Inkelaar

December 2, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination   )
Innovations, Inc., CHRISTOPHER      )
COOPER, ELBERT COSTELLO, MARTEL     )
COSTELLO, and JEREMY LEVY, JR.,     ) Case No.
on behalf of themselves and         ) 6:21-CV-01100
others similarly situated,          ) EFM-ADM
Plaintiffs,                         )
vs                                  )
CITY OF WICHITA, KANSAS,            )
Defendant.                          )
_____)

VIDEOTAPED DEPOSITION OF

DAVID INKELAAR

December 2, 2022

1:05 p.m.

Taken at:

Joseph, Holland & Craft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1   of your responsibility to nominate persons to the
 2   Master Gang List?
 3        A.   Like -- I want to clarify.  Like it's
 4   my job to do it?
 5        Q.   Correct.
 6        A.   No.  My job was to make sure people
 7   were safe.
 8        Q.   You understood at the time that there
 9   was a process to nominate a person for the gang
10   list; correct?
11        A.   Yes.
12        Q.   And you understood that you had the
13   ability to complete a TOPS card and nominate
14   someone for addition to the list?
15        A.   Yes.
16        Q.   But it wasn't your understanding that
17   you had the responsibility to nominate any person
18   you interacted with who might be a gang member for
19   inclusion to the gang list.
20        A.   No.
21        Q.   So you had discretion as to who you
22   nominated for addition to the gang list?
23        A.   Yes.
24        Q.   And is it your understanding that any
25   patrol officer who is interacting with community
```

1  members has discretion as to whether or not to
2  nominate a particular individual for addition to
3  the gang list?
4      **A.   Yes, but it has to meet the statutory**
5  **requirement.**
6      Q.   Understood.  For them to be actually be
7  added it has to meet the statutory list and it's a
8  Gang Intelligence officer that determines whether
9  they do meet the statutory requirement?
10     **A.   Yes.**
11     Q.   In terms of nominating someone for
12 inclusion to the list any officer can do that;
13 correct?
14     **A.   Yes.**
15     Q.   But the officer has discretion as to
16 whether or not they do that for any individual.
17     **A.   Yes.**
18          MR. BRANSON: Can we take a --
19          MR. BAEHR: Yes.  Let's go off the
20 record.
21          VIDEOGRAPHER: We're off the record at
22 2:35 p.m.)
23          MR. BAEHR: Let's take a five-minute
24 break.
25          (Whereupon a recess was taken from 2:35

1  p.m. to 2:48 p.m.)

2              VIDEOGRAPHER: We are back on the

3  record at 2:48 p.m.

4       Q.   (By Mr. Baehr) All right.  When we took

5  that break we were looking at Section I(B)(1),

6  Exhibit 6; is that right?

7       **A.   Yes.**

8       Q.   Earlier you testified that you think in

9  your 19 years in WPD you could only recall ever

10 nominating maybe three individuals for addition to

11 the gang list?

12      **A.   That's not very many, yeah.**

13      Q.   And you as a detective today could

14 still nominate someone for addition to the gang

15 list if you wanted to; right?

16      **A.   Yes.**

17      Q.   Any officer can do that?

18      **A.   Yes.**

19      Q.   Okay. It isn't your testimony that you

20 have only encountered three gang members in your

21 19 years in the police department; correct?

22      **A.   No.  I've encountered more, yes.**

23      Q.   Okay, so there's some that you

24 encountered that you didn't nominate?

25      **A.   Yes.**

```
 1         Q.   Do you happen to be if the three
 2   individuals that you nominated were added to the
 3   gang list?
 4         A.   I don't.
 5         Q.   So you encountered more than three.
 6   Would you say that encountered dozens of gang
 7   members in all your years on the department?
 8         A.   Yeah, I would say that's safe.
 9         Q.   And I think you testified earlier, you
10   may have encountered individuals as a police
11   officer that you didn't know were gang members;
12   right?
13         A.   Yes.
14         Q.   But is it true that you sometimes
15   encountered differs that you believed were gang
16   members but you didn't nominate them to the gang
17   list?
18         A.   Let me clarify.  The reason why I
19   didn't nominate is because they voluntarily
20   self-admitted.
21         Q.   Understood.  And my question is, did
22   you encounter individuals who you believed were
23   gang members who you didn't nominate to be added to
24   the gang list?
25         A.   I never asked them and they didn't tell
```

```
 1         Q.   And it isn't your testimony that you
 2   never encountered any individual who met the
 3   criteria for being listed in the gang membership
 4   other than self-admission; right?
 5         A.   Yes.
 6         Q.   Okay, and when you say yes, you mean
 7   you agree with the statement that -- that was
 8   correct; is that right?
 9         A.   Yes.
10         Q.   So in other words, you believe you
11   encountered individuals who you could have
12   nominated to be included in the gang list but you
13   didn't nominate every individual that you met who
14   could have been nominated?
15              MR. BRANSON: Object to the form.
16         Q.   (By Mr. Baehr) Is that right?
17         A.   Are you trying to get me to say that
18   yes, I'm sure on your statement.  Can you rephrase
19   it?
20         Q.   Sure.  As you sit here you don't have
21   an exact recollection of every individual you ever
22   encountered as a police officer; correct?
23         A.   No.
24         Q.   To the best of your recollection, do
25   you believe you have encountered individuals who
```

1  were members of gangs that you didn't nominate to
2  be added to the gang list?
3      A.   Yes.
4      Q.   To the best of your recollection, do
5  you believe you encountered individuals who met the
6  criteria for gang membership under the state
7  statute that you didn't nominate for addition to
8  the gang list?
9      **A.   Are you asking me to assume that they**
10 **were gang members?**
11     Q.   No.  I'm actually asking you, to the
12 best of your recollection, do you believe you
13 encountered individuals who met the criteria that
14 you could observe for gang membership under the
15 state statute who nevertheless you did not nominate
16 to be added to the gang list?
17     **A.   Without asking I wouldn't know of they**
18 **self-admit or associated most of the time with**
19 **known gang members.  I'm not sure because I didn't**
20 **ask.**
21     Q.   Okay. Gang intelligence officers are
22 the people within the WPD who are responsible for
23 determining whether an individual should be added
24 to the gang list based on the state statute
25 criteria; correct?

```
 1   meaning of associate in Section F differently?
 2        A.   They could.
 3        Q.   And so one officer could consider an
 4   individual to meet criteria F where a different
 5   officer wouldn't consider that person to meet
 6   criteria F, is that fair?
 7        A.   Yes.
 8        Q.   Is the same true for criteria D that we
 9   just talked about, frequents the gang's area?
10        A.   Yes.
11        Q.   And is the same this true for criteria
12   E that we just talked about because of color or
13   style of dress?
14        A.   Yes.
15        Q.   Is it true then that two officers could
16   look at the same individual and one conclude that
17   person meets the criteria of gang membership and
18   the other one conclude they don't meet the criteria
19   for gang membership?
20        A.   They could.
21        Q.   Okay.  If you look at criteria B,
22   capital B here, it says, "Is identified as a
23   criminal street gang member by state, county or city
24   law enforcement officer or correctional officer or
25   documented reliable informant."  Do you see that?
```

```
 1         Q.   What does a criminal street gang area
 2    mean to you?
 3         A.   Just a neighborhood or area or a street
 4    that they associate with.
 5         Q.   You used the example, I think, of
 6    Piru's in the 1300 block of 13th; correct?
 7         A.   Yes.
 8         Q.   Are there other gangs that are
 9    associated with particular blocks within Wichita?
10         A.   Yes.
11         Q.   Some gangs that are associated with
12    particular residences?
13         A.   Yes.
14         Q.   Some gangs that are associated with
15    entire neighborhoods?
16         A.   Yes.
17         Q.   Are there some gangs that are
18    associated with the north side or south side of
19    town?
20         A.   Yes.
21         Q.   Could any of those areas be considered
22    a gang's area to you under the meaning of paragraph
23    D there?
24         A.   To me personally?
25         Q.   Yes.
```

```
 1        A.   No.  I mean -- if I had like a Nortenos
 2   I wouldn't just associate the north side with the
 3   whole gang.  It's usually the streets or the --
 4   when I say like a neighborhood, like a couple of
 5   blocks in that area.
 6        Q.   Do you know whether particular criminal
 7   street gang area here in the statute is meant to
 8   include like the entire north side?
 9        A.   I don't take it as that way but --
10        Q.   Could someone else interpret it that
11   way?
12        A.   I guess they could, yeah.
13        Q.   To your knowledge, is there any list or
14   map that would identify what parts of Wichita are a
15   particular street gang area and what parts aren't?
16        A.   Not that I'm aware of.
17        Q.   So if you were going to assess whether
18   an individual met criteria D, you wouldn't
19   reference a set list or map of gang areas?
20        A.   No.
21        Q.   Okay. You would just use your knowledge
22   of the neighborhoods based on your experience as a
23   police officer?
24        A.   Yes.
25        Q.   Okay, and different police officers
```