# EXHIBIT 7
## Filed Under Seal



# PohlmanUSA®
## Court Reporting and Litigation Services

Wendell Nicholson

December 2, 2022

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF KANSAS
 3
 4   PROGENY, a program of Destination )
 5   Innovations, Inc., CHRISTOPHER     )
 6   COOPER, ELBERT COSTELLO, MARTEL    )
 7   COSTELLO, and JEREMY LEVY, JR.,    )
 8   on behalf of themselves and        )
 9   others similarly situated,         )
10   Plaintiffs,                        )
11   vs                                 )
12   CITY OF WICHITA, KANSAS,           )
13   Defendant.                         )
14   _____)
15               VIDEOTAPED DEPOSITION OF
16                   WENDELL NICHOLSON
17                    December 2, 2022
18
19                       Taken at:
20              Joseph, Hollander & Craft
21                   500 North Market
22                    Wichita, Kansas
23
24
25   Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

1    A.   I think those are all subjective sorts
2  of things now.  Sometimes when something walks like
3  a duck it's a duck but it doesn't mean it's a duck.
4  So just because I may wear North Carolina Tarhill
5  stuff, maybe I have friends that are gang members
6  or I go to a place that gang members go to, that
7  doesn't mean that I'm a gang member.  Might just be
8  my friends, might be my family.  The people and
9  what they do when they are not around me, that
10  doesn't have anything to do with me as a person.
11  That's something completely in and of itself.
12    Q.   So could application of this statute
13  through Policy 527 lead to incorrectly identifying
14  people in the community as gang members?
15         MR. BRANSON: Object to form.
16    A.   I think so.
17    Q.   (By Mr. Vogel) Can you recall an
18  instance or a particular point in time when -- that
19  an officer may have incorrectly identified a group
20  as a gang member or as people involved in gang
21  activity of some sort?
22    A.   I can only just go off my personal
23  experience of 30 years on the police department.  I
24  remember when I started we would -- obviously I was
25  a patrol officer and you are riding with folks that