# EXHIBIT 9
## Filed Under Seal



# PohlmanUSA®
## Court Reporting and Litigation Services

---

Jose Salcido

December 15, 2022

---

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, A PROGRAM OF )
DESTINATION INNOVATION )
INC., CHRISTOPHER )
COOPER, ELBERT )
COSTELLO, MARTEL ) Case No.
COSTELLO, AND JEREMY ) 6:21-cv-01100-EFM-ADM
LEVY, JR., ON BEHALF )
OF THEMSELVES AND )
OTHERS SIMILARLY )
SITUATED, )
 )
       Plaintiffs, )
 )
  vs. )
 )
CITY OF WICHITA, )
KANSAS, )
 )
       Defendant. )
_____)


VIDEO DEPOSITION OF JOSE SALCIDO


The video deposition of JOSE SALCIDO, taken before
Nancy L. Rambo, RPR, CSR, at the law office of
Joseph, Hollander & Craft, Wichita, Kansas, on
the 15th day of December, 2022, commencing at
8:33 a.m.

1  **A    That, to me, that -- that would be too broad.**
2  **     I -- I do think a calculus in an officer's mind**
3  **     is if this gang member is leaving a known gang**
4  **     house, hangout, that would be a factor in that**
5  **     case.**
6  BY MR. SULLIVAN:
7  Q    And that is something that would be -- and --
8       strike that.  Tell me -- say more about that,
9       what do you mean?
10 **A    What I'm saying is there are -- there are --**
11 **     there are homes all over the city where gangs**
12 **     either engage in -- in selling drugs or hanging**
13 **     out or there is drive-bys on -- on that hangout,**
14 **     that would be a factor, you know what I mean?**
15 Q    So the areas?
16 **A    Not necessarily the areas 'cause you can have a**
17 **     gang hangout that would -- that -- that would be**
18 **     outside of -- 'cause I don't know how it is in**
19 **     Philly -- Philly, I believe everything would be**
20 **     very neighborhood based.  Most of our gang**
21 **     members are commuters, they commute somewhere to**
22 **     commit a crime and then drive back.  But it's**
23 **     not as geography-based gang activity here as in**
24 **     other cities.  There's no -- with very few**
25 **     exceptions, there's no gang territory.**

```
 1        criteria for determining whether somebody's a
 2        gang member, right?
 3   A    Not --
 4               MR. BRANSON:  Object to form.
 5   A    -- not -- not in today's time.  You know, maybe
 6        in the past, yes, not in today's time.
 7   BY MR. SULLIVAN:
 8   Q    Okay.  Roman (E), adopt such gang's style of
 9        dress, color, or use of hand signs or tattoos?
10   A    Yes.
11   Q    Do you see that one?
12   A    I do.
13   Q    And what are -- those are identifiers, right?
14   A    Correct.
15   Q    And those are intended to signal identification
16        with a particular gang or affiliation?
17   A    That is correct.
18   Q    And what was the -- you had mentioned it
19        earlier, but what were -- what was the -- what
20        were the colors of the gang that were operating
21        in that North Bureau when you were younger?
22   A    It was -- it was black and white.
23   Q    And you had on a black hat, right?
24   A    Correct.
25   Q    And would that, wearing that black hat have been
```

```
 1         sufficient under this criteria to identify you
 2         as a member of that gang?
 3                   MR. BRANSON:  Object to form.
 4    A    You know, if -- if -- I would doubt very
 5         seriously 'cause that was not the only time I
 6         had police contact, I'm sure, you know, waving
 7         at police officers or -- or even getting stopped
 8         in a car, you know what I mean, wearing similar
 9         clothing, they never asked me if I was in a gang
10         because I -- they -- they knew that I was not
11         hanging out with the gang members.  If -- if --
12         if an officer is worth their salt, they -- they
13         don't just willy-nilly put you on the list, they
14         have to -- they have to have more than that.
15   BY MR. SULLIVAN:
16    Q    But it would have been sufficient to -- that hat
17         under the terms of this provision, would that
18         color have been sufficient at the time to
19         satisfy --
20    A    That condition?
21    Q    -- (2)(E)?
22                   MR. BRANSON:  Object to form.
23    A    Yes, but, again it's standing -- if you stand it
24         by itself, yes, that would be -- that would be
25         an identifier.
```

```
 1   BY MR. SULLIVAN:
 2   Q    So by itself, it would be an identifier even
 3        though it wouldn't have been an accurate
 4        identifier?
 5   A    Correct.
 6                 MR. BRANSON:  Object to form.
 7   A    But I -- I doubt anybody would just put me on
 8        the list 'cause I was wearing that hat.
 9   BY MR. SULLIVAN:
10   Q    What makes you so sure about that?
11   A    Be -- because they didn't -- obviously they
12        didn't -- he didn't stop to ask me if I was in a
13        gang.  I'm -- I'm speculating that he was
14        thinking it, but he never stopped me.
15   Q    Let's talk about (F), associates with known
16        criminal street gang members?
17   A    Yes.
18   Q    And this is the -- we talked a little bit about
19        this one earlier, right?
20   A    Yes.
21   Q    And what -- what training do the gang officers
22        receive in terms of distinguishing an associate
23        from a member in -- in the field, like how do
24        you make that distinction?
25   A    And you're asking me to speak about specific
```