# EXHIBIT 10
## Filed Under Seal

Case 6:21-cv-01100-EFM   Document 175-10   Filed 06/30/23   Page 2 of 8



# PohlmanUSA
## Court Reporting and Litigation Services

Robert Thatcher

December 1, 2022

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF KANSAS
 3
 4   PROGENY, a program of Destination )
 5   Innovations, Inc., CHRISTOPHER    )
 6   COOPER, ELBERT COSTELLO,          )
 7   MARTEL COSTELLO, and JEREMY LEVY, )
 8   JR., on behalf of themselves and  )Case No.
 9   others similarly situated,        )6:21-CV-01100
10   Plaintiffs,                       )EFM-ADM
11   vs                                )
12   CITY OF WICHITA, KANSAS,          )
13   Defendant.                        )
14   _____ )
15                VIDEOTAPED DEPOSITION OF
16                    ROBERT THATCHER
17
18                   December 1, 2022
19                      2:24 p.m.
20                      Taken at:
21              Joseph, Hollander & Craft
22                   500 North Market
23                    Wichita, Kansas
24
25   Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com

```
 1   particular street gang's area?
 2        A.   No.
 3        Q.   And if you wanted to find out let's say
 4   if this address were in a particular street gang's
 5   area, is there a resource you could go to to find
 6   that out?
 7        A.   I have no idea.
 8        Q.   So the next one, E, a criteria that
 9   says, "Adopt such gang's style of dress, color or
10   use of hand signs."
11        A.   Uh-huh.
12        Q.   Are you familiar with what a gang style
13   dress is?
14        A.   Somewhat.
15        Q.   What is that?
16        A.   Like back in the day when I was going
17   through some trainings it was very prominent for
18   people to wear that paraphernalia; like a red hat
19   with a P on it for Phillies; wearing a red shirt,
20   red shoes, buying a red flag.  It's telling you
21   something.  It's just consistent stuff that's with
22   the Blood gang members.  Same way with blue,
23   certain types of colors.  So those are examples.
24        Q.   You said back in the day.
25        A.   Yeah, I'm sorry.
```

1           Q.   Is it different now?
2           A.   The reason I say that is because not a
3    lot of people deck all out like that anymore.
4           Q.   So you have had a long law enforcement
5    history, so when you started it was much more
6    prominent to see people in a particular style of
7    dress or color than it is today?
8           A.   Yes.  That's a good assessment.
9           Q.   So do you feel that if you -- so if --
10   let me rephrase.  If you see somebody wearing a red
11   hat or putting a red bandana on or having a red
12   flag or something like that, is that indicative to
13   you of gang membership?
14          A.   No.
15          Q.   Not particularly?
16          A.   No.  I don't have a lot of interest in
17   what people wear anymore.  I'm getting old.
18          Q.   So back in the day if you saw that you
19   would assume that someone was a gang member?
20          A.   I wouldn't assume.  Just send up a
21   note.  I mean, obviously I would see a lot more
22   than somebody wearing red clothes.  I mean, what
23   are they doing; would are they with? Is it like a
24   group of like five people; are they throwing up
25   hand gestures?  I mean, it could be -- I mean, we

1   could give examples all day long.
2           Q.   I guess the question is, do you feel
3   that it was more important to gangs when you
4   started to have a particular style of dress or to
5   wear a particular color than it is today?
6           A.   Did I feel it was important to them?
7           Q.   More important when you first started
8   than it is today.
9           A.   For me or for them.
10          Q.   In identifying a gang member, yes.
11          A.   I think it just -- it depends on if it
12  comes up or applies because some people still do --
13  there's a lot of people that are completely fine
14  with letting you know that they are a part of a
15  gang.  A lot.  They tell you.  It's almost written
16  on a shirt, so I mean it's not like anybody is
17  hiding it.
18          Q.   So we've only got a couple of more
19  criteria here.  Don't worry.  So as we go through
20  this, the next one, a criteria for gang membership
21  is, "Associate with known criminal street gang
22  members."
23          A.   Uh-huh.
24          Q.   What does that mean?
25          A.   My interpretation of it means is that

98

1   maybe you hang out with other individuals that are
2   already documented.
3           Q.   What does hang out mean?
4           A.   Maybe you guys are all together at a
5   party.  Maybe you guys all commit a crime together.
6   I don't know.
7           Q.   Once or twice or more or what is kind
8   of the definition of associates?
9           A.   Maybe you like hang out with
10  associates; you hang out with them, you ride around
11  with them; you live with them.  I don't know.
12          Q.   What if that person is family? Sorry, I
13  do need you to answer verbally, please.  I'll reask
14  the question.
15          A.   Okay.
16          Q.   Talking about associates with known
17  criminal street gang members, you stated hang out
18  with them, riding around with them.  What if that
19  person is family?  Is that the same as associating
20  with them?
21          A.   I don't know if it is.
22          Q.   How do you determine that?
23          A.   I don't know.  I never really dealt
24  with that. Like, you are asking a lot of gang stuff
25  from a guy that doesn't have a lot of experience

```
 1   with gangs.
 2         Q.   So we'll still continue.
 3         A.   Go ahead.
 4         Q.   I understand that you don't have a lot
 5   of experience with gangs, but to the best of your
 6   knowledge I want you to at least try to work
 7   through.
 8         A.   Yeah, I will.
 9              MR. BRANSON:  You know, he's already
10   told you he doesn't apply these criteria.
11         Q.   Yes.  We have --
12              MR. BRANSON: Okay.  You'll get the same
13   answer.
14         Q.   (By Mr. Baehr) So (G) Someone has been
15   arrested more than once in the company of an
16   identified street gang member for offenses which
17   are consistent with usual criminal street gang."
18   What offenses would those be?
19         A.   I have no idea.
20         Q.   So as a detective you are responsible
21   for investigating crimes.
22         A.   Right.
23         Q.   And 85 percent of those involves some
24   sort of overlap with gang --
25         A.   Violence.
```

100