# EXHIBIT 11
## Filed Under Seal



# PohlmanUSA®
## Court Reporting and Litigation Services

Christian Corey

February 22, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of         )
Destination Innovations,      )
Inc., CHRISTOPHER COOPER,     )
ELBERT COSTELLO, MARTEL       ) Case No. 6:21-CV-01100
COSTELLO, and JEREMY LEVY,    ) EFM-ADM
JR., on behalf of             )
themselves and others         )
similarly situated,           )
Plaintiffs,                   )
vs                            )
CITY OF WICHITA, KANSAS,      )
Defendant.                    )
_____ )

DEPOSITION OF

CHRISTIAN COREY

February 22, 2023

8:32 a.m.

Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas 67214

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1          Q.   So just to make sure I'm clear, so
 2   2018, '19 when you started hearing about some of
 3   these, I guess, policy changes, would that be an
 4   accurate statement?
 5          A.   Yeah, I think that's accurate.
 6          Q.   Okay.  That related to letting people
 7   people know they were on the gang list and getting
 8   people off the gang list, there's been no policy
 9   change from then until now; is that accurate?
10          A.   Well, no.
11          Q.   Why is that?
12          A.   Well, we have been on hold from this
13   lawsuit from doing anything and I think -- that was
14   one of the things I failed to mention in the last
15   when I was coming back upstairs, that was something
16   Salcido wanted me to do with the Gang Unit was
17   start that process.  But I don't remember when you
18   guys filed, but everything was put on hold then and
19   then there's been some changeover in the Gang Unit
20   with lieutenants and I think that kept things from
21   rolling forward and some changeover in the Juvenile
22   Intervention Unit and what not, too.
23          Q.   Okay.  We're still looking at a time
24   line from 2018 to 2021 before this lawsuit was even
25   filed, but sounds like nothing happened then.  What
```

```
 1   was the reason, I guess, these policies weren't
 2   pushed through during that time?
 3        A.   I don't know, but there was a lot of
 4   changeover.  That's what I was referring to.
 5        Q.   Can you recall or are you aware of
 6   anyone in the department that would oppose these
 7   new policies?
 8        A.   Generally, no.
 9        Q.   Okay.  So just again for clarity, we've
10   got some talk about a notice and getting people off
11   the list with a new policy and it doesn't sound
12   like there's any opposition to this; is that
13   accurate?
14        A.   I don't think so, no.
15        Q.   It's just -- but it's never gone
16   through; right?
17        A.   Right.  I think any opposition that I
18   would be referring to or would be in how it's done,
19   how it's legally done, things like that.
20        Q.   Okay, and how are you going through the
21   process of making sure that it's -- when you say
22   legally done are you saying legally done correctly
23   or --
24        A.   Just some issues that have come up in
25   our mediation; some things that you requested that
```