# EXHIBIT 12
## Filed Under Seal



# PohlmanUSA
## Court Reporting and Litigation Services

Lieutenant Chad Beard  -  Volume II

May 25, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER    )
COOPER, ELBERT COSTELLO, MARTEL   ) Case No.
COSTELLO, and JEREMY LEVY, JR.,   ) 6:21-CV-01100-
on behalf of themselves and       ) EFM-ADM
others similarly situated,        )
Plaintiffs,                       )
vs                                )
CITY OF WICHITA, KANSAS,          )
Defendant.                        )
_____ )

VIDEO-RECORDED 30(B)(6) ZOOM DEPOSITION OF

CHAD BEARD

VOLUME II

May 25, 2023

10:04 a.m.


Taken at:

Stinson Law Office

1625 North Waterfront Parkway, Suite 300

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1   with the correction.
 2        A.    Yes, and the department knew about
 3   Deputy Chief Salcido's concerns prior to the
 4   deposition.
 5        Q.    Okay.
 6        A.    I wanted -- I made a mistake on that.
 7   I wanted to make sure that that's accurate.  He let
 8   others know about his concerns prior to the
 9   deposition.
10        Q.    Okay, certainly.  When did -- prior to
11   the deposition, when did Deputy Chief Salcido let
12   others know about the concerns he had with the gang
13   list?
14        A.    The department was made aware of these
15   issues in the spring of 2021.
16        Q.    Do you recall related to Deputy Chief
17   Salcido's issues with the gang list any other
18   conversations prior to that?
19        A.    The department was unaware of any other
20   conversations.
21        Q.    Okay.  How did Deputy Chief Salcido
22   make the department aware of his concerns?
23        A.    Deputy Chief Salcido spoke with myself
24   and Captain Stevens about forming a community board
25   or gang board in reference to the racial makeup of
```

```
 1   the database.
 2        Q.   Did you ever form that community board
 3   or gang board?
 4        A.   The department never did, no.
 5        Q.   Why not?
 6        A.   My understanding is because the lawsuit
 7   had already been filed and prevailing party status
 8   would apply.
 9        Q.   Any reason you couldn't go ahead and
10   make those changes even during the course of the
11   lawsuit?
12             MR. BRANSON: Object to form; asked and
13   answered.
14        A.   Again, prevailing party status would
15   apply.
16        Q.   (By Mr. Vogel) And going back to, we
17   have been referring to them as issues.  You
18   mentioned that the issues were the racial makeup of
19   the gang list; is that accurate?
20        A.   Yes.
21        Q.   Any other issues that Deputy Chief
22   Salcido raised to the department?
23        A.   Yes.
24        Q.   What were those issues?
25        A.   A process to have a person removed and
```