# EXHIBIT 13
## Filed Under Seal



Wanda Parker-Givens

October 12, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of )
Destination Innovations, )
Inc., CHRISTOPHER COOPER, )
ELBERT COSTELLO, MARTEL )
COSTELLO, and JEREMY LEVY, ) Case No.6:21-CV-01100
JR., on behalf of ) EFM-ADM
themselves and others )
similarly situated, )
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS )
_____)

DEPOSITION OF

WANDA PARKER-GIVENS

October 12, 2022

9:59 a.m.

Taken at:

Joseph, Hollander & Kraft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

1  it gives you the language.  I know some of the
2  language.  I'm around some of these kids.  I know
3  what they are looking into but I know how they are
4  dressing, too and they are trying to fit in.  It
5  doesn't necessarily mean you are a gang member.
6         Q.   But would they put on the Gang List
7  anyway?
8         A.   I don't know.  I would have to have a
9  name and verify that name.
10        Q.   Is it your contention that there were
11 people on the Gang List who were not actually gang
12 members?
13             MR. BRANSON: Object to form.
14        A.   In my opinion, yes, because I had that
15 fear.
16        Q.   (By Ms. Brett) Why did you have that
17 fear?
18        A.   In policy there's an association that
19 you could be associated with a gang member.  Again,
20 I'm very unique.  I'm an African American female.
21 I coach in this community and I'm talking northeast
22 Wichita.  I go to church in this community.  All my
23 family live in this community so again, if I was
24 seen with one of my nieces or nephews in the wrong
25 place, if I was in the wrong zip code, I fear that

```
 1   would I be associated and the impact that had on my
 2   career, that causes a lack of trust within my own
 3   peers.
 4        Q.   And when you say if you had been
 5   associated, do you mean if you had been marked as
 6   an associate on the list?
 7        A.   Yes.
 8        Q.   So you had a fear that that was a
 9   possibility?
10        A.   Yes.
11        Q.   Why is that?
12        A.   I'm always in 67214.  Our business is
13   in 67214.  That's where I go to church, so I chose
14   to not affiliate with nieces and nephews because of
15   a fear that I would be associated.
16        Q.   Do you mean you chose not to interact
17   with members of your own family?
18        A.   Yes.
19        Q.   What is it about 67214?
20        A.   That's pretty much the area that is
21   African American, but I will say now it's also 218.
22   A lot of African Americans have moved into the
23   southeast area of Wichita, but predominantly 67214.
24        Q.   Do you think it was different in other
25   places?
```

```
 1          A.   Okay.
 2          Q.   Can you talk a little bit about that.
 3          A.   So my own experience, I think I just
 4   shared that.
 5          Q.   Sure.
 6          A.   So my concern was would I be
 7   associated.  So the only time I would see the two
 8   nieces and nephews was usually at a funeral or a
 9   family get together.  Yes, it made me change
10   coaching.  Would I take some of them kids home, no.
11          Q.   What do you mean by that?
12          A.   So if we were at practice and the kid
13   needed a ride home and there was a possibility of
14   an association or a house, no.
15          Q.   Remind me what you coached again.
16          A.   From Hoop It Up to track and field and
17   basketball sports teams.
18          Q.   Got it.  So you would refrain from
19   driving home one of your athletes because of the
20   fear that being with them would cause you to be
21   placed on the Gang List?
22          A.   I was afraid of being seen and I was
23   afraid of explaining to a peer why I was taking
24   this kid home and I always tried to keep my
25   personal life and my professional life separate.
```

1   **When these kids came to me they had blank slates.**
2   **I didn't care where they came from.  They had an**
3   **opportunity as every other kid that was out there**
4   **on that practice field.  Again, I say some of them**
5   **we would save, some of them we didn't, but it**
6   **doesn't mean we give up on them.**
7          Q.   But you mentioned earlier you refrained
8   from being with family members because of fear of
9   being placed on the Gang List?
10         **A.   I've never been to my niece's house, my**
11  **nephew's house and they are grown.  They are 30's,**
12  **late 20's, no, and they have never been to my**
13  **house.**
14         Q.   How does that make you feel?
15         **A.   You know, I'm okay.  The real question**
16  **is how do they feel.**
17         Q.   Do you think that people on the Gang
18  List are subjected to traffic stops more
19  frequently?
20         **A.   I don't know the statistics of that so**
21  **I'm going to say no.  So I hope there is a probable**
22  **cause that you are stopping that person besides**
23  **being a gang member.**
24         Q.   So you worked patrol for a number of
25  years; right?