# EXHIBIT 16
## Filed Under Seal



# PohlmanUSA®
## Court Reporting and Litigation Services

Jeffrey S. Gilmore

December 6, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF KANSAS


PROGENY, a program of Destination  )
Innovations, Inc., CHRISTOPHER     )
COOPER, ELBERT COSTELLO, MARTEL    )
COSTELLO, and JEREMY LEVY, JR.,    ) Case No.
on behalf of themselves and        ) 6:21-CV-01100-
others similarly situated,         ) EFM-ADM
Plaintiffs,                        )
vs                                 )
CITY OF WICHITA, KANSAS,           )
Defendant.                         )
_____)

                    VIDEOTAPED DEPOSITION OF

                      JEFFERY S. GILMORE

                      December 6, 2022

                         8:31 a.m.


                         Taken at:

                 Joseph, Hollander & Craft

                     500 North Market

                      Wichita, Kansas


      Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

```
 1         Q.   So I guess I'll start with the
 2   question, how do you define a gang location?
 3         A.   It is not that difficult because we
 4   never used like this intersection or this block
 5   because you know what?  Anybody walks down the
 6   street, anybody can drive down the street and I
 7   think common sense has to come into play here, but
 8   when you are going to a home which is what we use
 9   as far as gang hangouts or locations, when we know
10   this home is directly related to gang violence;
11   when we know that multiple people that are
12   documented gang members all live in this house and
13   then another individual is hanging out at that
14   house, that is a gang location and that is how we
15   determined that.  That is how I determined that.
16         Q.   The residences were typically --
17         A.   Or businesses.  Some businesses in the
18   community were known to be gang, known gang
19   hangouts where certain sets would hang out and
20   that's all that would be in there and you knew if
21   someone from an opposing set went in there, there
22   was going to be a shooting or some type of active
23   disturbance.
24         Q.   So like we said, if it was a family
25   member's house, what would be your advice to their
```

1  parents or those people looking to either become
2  inactive off the gang list or have their active
3  status explained?
4        A.   Well, that can be explained away but
5  it's also important to understand, ma'am, that's
6  only one of the three criteria.  Okay.  That's why
7  there's three sets in the criteria out of the ten
8  because you could meet one by accident.  You can
9  meet one by coincidence.  Your cousin is a gang
10 member, your brother is a gang member, your father
11 is a gang member or your grandfather is a gang
12 member.  It happens.  One happens.  But now couple
13 it with two and then couple it with three.  If you
14 have got all three and you meet the criteria of
15 three, that's why it's not just one.  That's why
16 it's three.  So that is the reasoning for that and
17 that is the justification and the way to make sure
18 that someone doesn't get mistakenly identified as a
19 gang member just because they are hanging out with
20 their cousin or their brother that's a gang member
21 because they have to meet two more of those
22 criteria as well.
23       Q.   You mentioned businesses.  Are there
24 specific businesses you can recall as gang
25 locations?