IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, )
Inc., CHRISTOPHER COOPER, ELBERT )
COSTELLO, MARTEL COSTELLO, and )
JEREMY LEVY, JR., on behalf of themselves )
and others similarly situated, )
)
    Plaintiffs, )
)
vs. )   Case No. 6:21-cv-01100-EFM-ADM
)
CITY OF WICHITA, KANSAS, )
)
    Defendant. )

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION EXHIBIT LIST**

Ex 1: WPD Policy 527

Ex. 2: Easter Dep.

Ex. 3: Hemmert Dep.

Ex. 4: McKenna Dep.

Ex. 5: Inkelaar Dep.

Ex. 6: Beard Dep.

Ex. 7: Nicholson Dep.

Ex. 8: Johnson Dep.

Ex. 9: Salcido Dep.

Ex. 10: Thatcher Dep.

Ex. 11: Corey Dep.

Ex. 12: Beard 30(b)(6) Dep.

Ex. 13: Parker-Givens Dep.

Ex. 14: E. Costello Dep.

Ex 15: Progeny Decl.

Ex. 16: Gilmore Dep.

Ex. 17: Engel Decl.

Ex. 18: Cooper Decl.

Ex. 19: E. Costello Decl.

Ex. 20: M. Costello Decl.

Ex. 21: Levy Decl.

Ex. 22: Brett Decl.

Ex. 23: Woody Decl.

Ex. 24: Proposed Injunctive Relief

Dated: June 30, 2023                              Respectfully submitted,

SHOOK, HARDY & BACON LLP

/s/ Mitchell F. Engel
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ *Mitchell F. Engel*

Attorney for Plaintiffs