# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

       Plaintiffs,

vs.              Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

       Defendant.

## DECLARATION OF MITCHELL F. ENGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Mitchell F. Engel, declare:

1. This declaration is submitted in support of Plaintiffs' Motion for Class Certification. The facts set forth here are within my personal knowledge or gained from review of pertinent documents and materials.

### Qualifications of the Law Firm of Shook, Hardy & Bacon LLP

2. Shook, Hardy & Bacon LLP is a premier national litigation law firm. Shook has offices in 18 locations and employs over 500 attorneys.

3. Shook is ranked among Tier 1 firms nationwide for class actions by the *U.S. News & World Report—Best Lawyers*.

4. The *Legal 500* ranks Shook among the top firms nationwide in the class action category.

5. In 2022, *Chambers USA* gave Shook a top ranking among firms nationwide for excellence in class actions.

1

6. The Shook law firm has extensive experience trying cases. Shook has tried over 100 cases to verdict in the last 5 years. In 2020, the *BTI Consulting Group* named Shook on its Litigation Honor Roll for the firm's work in class action litigation.

**Qualifications of Counsel**

7. I, Mitchell Engel, have been practicing law since 2013. I am duly licensed in the state of Missouri and before this Court. I have extensive experience in class action matters, working on over a dozen class action cases during my career. I have expertise and superior knowledge in class action jurisprudence and publish a monthly newsletter summarizing all class action decisions published the previous month. In addition, I maintain my knowledge in the area of class action cases by assisting on numerous presentations that present updates on the law governing class actions.

8. I have the requisite skills and experience to act as class counsel in this case. In addition, my firm and I have the legal and financial resources needed to pursue this case to the full extent necessary.

9. I have no conflicts of interest with any members of the class nor, to my knowledge, do any of the other Plaintiffs' counsel from Shook; nor do any of Plaintiffs' counsel form organizations outside of Shook.

10. The size of the proposed classes are readily manageable.

11. Below are the qualifications of my co-counsel from Shook, Hardy & Bacon LLP.

12. Thomas Sullivan is a partner at Shook and is an attorney duly licensed to practice law in Pennsylvania and Massachusetts. He has extensive experience with complex civil litigation. He focuses his practice on complex commercial and tort litigation, including class actions, multi-district litigation, and other aggregate litigation. He has played a lead

2

role in trials in state and federal court and has served as national coordinating counsel in significant toxic tort, mass tort, and other complex litigations.

13. Jordan Baehr is an attorney duly licensed to practice law in Kansas and Missouri. He has been a practicing attorney since 2013. He has extensive trial experience and extensive experience in class action litigation.

14. Paul Vogel is an attorney duly licensed to practice law in Missouri. He has been a practice attorney since 2016. In 2022, he was designated a Rising Star by Missouri & Kansas Super Lawyers.

**Facts**

15. During discovery, in June 2022, Defendants produced "Gang Intelligence Cards" for each person on its Gang List.

16. As part of the document review process, Shook input information from WPD Gang Intelligence Cards into a spreadsheet to determine how many people were on the Gang List.

17. This resulting spreadsheet had 5,506 entries. Of those entries, 1,728 people had a status of "Active," 221 people had a status of "Associate," 261 people had a status of "Deceased," and 3,296 people had a status of "Inactive."

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct.

Executed June 30, 2023 in Kansas City, Missouri.

*[signature]*

3