# EXHIBIT 21

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                    Plaintiffs,

      vs.                                             Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                    Defendant.

### DECLARATION OF JEREMY LEVY JR.

I, Jeremy Levy, declare:

1. I am over the age of eighteen.

2. This declaration is submitted in support of Plaintiffs' Motion for Class Certification. The facts set forth here are within my personal knowledge or gained from review of pertinent documents and materials.

3. I am named plaintiff in this lawsuit, *Progeny v. City of Wichita*, Case No. 6:21-cv-01100-EFM-ADM. I understand that I am a proposed class representative for the class.

4. I understand that, should the Court grant plaintiffs' class certification motion, I would represent a large number of people who are on the Gang List.

5. I understand that this case seeks an injunction—a court order to stop doing something.

6. I understand that the class request for injunctive relief seeks a court order preventing the Wichita Police Department and the City of Wichita from continuing the unconstitutional conduct they engage in with their Gang List.

7. I understand that, as a class representative, I represent the interests of all class members in the class.

8. I understand that, as a class representative, it is my responsibility to represent the interests of the class as a whole and not just my own personal interests.

9. I understand that a class representative has claims which are typical of the members of the class of which they represent.  By typical, I understand that my claims against the defendants are like the claims of others because each of us was injured as a result of a common policy, practice, or law.

10. I understand that my duty to be a class representative continues until the Court decides this case is no longer a class action, or the case is over.

11. I understand that, though my attorneys, I have a duty and responsibility to pursue this case on class members' behalf and to do such things as the Court may require to accomplish that, either directly or through my attorneys.

12. I understand and accept that any resolution of the lawsuit (by settlement, trial, or dismissal) is subject to Court approval and must be in the best interest of the class as a whole.

13. I understand that a class representative is not required to be particularly sophisticated or knowledgeable about the subject of the lawsuit.  However, as a class representative, I am interested, on a continuing basis, in the progress of the lawsuit, and will make (and have made) reasonable efforts to give my attorneys the information they need from me.  I have done this throughout this litigation, and I will continue to do so.

14. I understand that, when I agreed to become a class representative, I undertook a duty to take steps to prosecute the case, which would happen through my attorneys.  I know that I

have to provide information to my attorneys they feel is necessary for the case; give them documents I have if it is required; testify at deposition or trial if necessary; and let my attorneys know my address, telephone number, and other contact information at all times, as it may be necessary for my attorneys to contact me on short notice. I have fulfilled these responsibilities during this litigation to date and will continue to do so.

15. I understand that I am volunteering to represent many other people with similar claims and damages. I believe it is important that all people whose rights were violated as mine were benefit from the lawsuit.

16. I have no interests related to the issues in this case, or in any other regard, that are antagonistic to, or in conflict with, those of other members of the class of which I am a part.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of June 2023, in Hutchison, Kansas.

                                                 _/s/ Jeremy Levy_____
                                                 Jeremy Levy Jr.