# EXHIBIT 22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                     Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## DECLARATION OF SHARON BRETT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Sharon Brett, declare:

1. This declaration is submitted in support of Plaintiffs' Motion for Class Certification. The facts set forth here are within my personal knowledge or gained from review of pertinent documents and materials.

### Qualifications of the ACLU of Kansas

2. I am the Legal Director of the American Civil Liberties Union (ACLU) of Kansas. The ACLU of Kansas is the Kansas state affiliate of the American Civil Liberties Union. The ACLU of Kansas, based in Overland Park, KS, has a local presence in the state, with over 30,000 members statewide.

3. The ACLU of Kansas employs between 1-3 full-time attorneys at any given point, and each attorney on staff contributes to all litigation matters, with senior attorneys serving in a lead counsel role on state and federal court actions.

4. ACLU of Kansas attorneys have extensive experience practicing in Kansas federal and state courts on a range of civil rights and civil liberties issues, including claims brought as class actions.

**Qualifications of Counsel**

5. My qualifications and expertise are listed below.

    a. I am a 2012 graduate of the University of Michigan Law School in Ann Arbor, MI.

    b. I have been admitted to practice law since January 2013. I am a member of the Kansas and New York bars.

    c. In addition to my state licensures, I am admitted to practice before the Federal Court of Appeals for the Tenth Circuit and the Federal District Courts of Kansas and Washington, D.C.

    d. I have extensive litigation experience, first or second chairing civil trials and arguing or appearing on the briefs in multiple state and federal cases. In particular, I have extensive experience litigating civil rights and liberties issues and handling plaintiff-side litigation against state and local governmental entities.

    e. My recent representative experience includes, but is not limited to, *Coca v. City of Dodge City, Kansas* (U.S. District Court – District of Kansas, Case No. 22-cv-1274); *Hammet v. Schwab*, 2022 WL 2900753, 2022 Kan. App. LEXIS 28 (July 22, 2022); *Shaw v. Schulte*, 36 F.4th 1006 (10th Cir. 2022); *Shaw v. Jones* (U.S. District Court – District of Kansas, Case No. 6:19-cv-01343); *Glendening v. Howard* (U.S. District Court – District of Kansas, Case No. 22-cv-4032); *Rivera v. Schwab*, 512 P.3d 168 (Kan. 2022); *Alonzo v. Schwab* (Kansas District Court –

      Wyandotte County, Case No. 2022-CV-000090); *Fish v. Kobach* (U.S. District Court – District of Kansas, Case No. 2018-CV-2283); *Perks v. Highland Community College* (U.S. District Court - District of Kansas, Case No. 2020-cv-02297); *Wilson v. Markle* (Kansas District Court – Montgomery County, Case No. 2018-cv-14); *Jones v. Gusman* (U.S. District Court – Eastern District of Louisiana, Case No. 2012-cv-859); *United States v. Ferguson, Missouri* (U.S. District Court – Eastern District of Missouri, Case No. 2016-cv-180); *United States v. Cleveland* (U.S. District Court-Northern District of Ohio, Case No. 2015-cv-1046); *United States v. Town of Colorado City, Ariz.* (U.S. District Court – District of Arizona, Case No. 2012-cv-8123); *United States v. Territory of the Virgin Islands* (U.S. District Court – District Court of the Virgin Islands, Case No. 1986-cv-265). Several of these cases concerned class action claims.

6. I have the requisite skills and experience to act as class counsel in this case. In addition, the ACLU of Kansas and I have the legal and financial resources needed to pursue this case to the full extent necessary.

7. I have no conflicts of interest with any members of the class nor, to my knowledge, do any of the other Plaintiffs' counsel from Shook, Hardy & Bacon LLP or Kansas Appleseed.

8. The size of the proposed class is readily manageable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023 in Lawrence, Kansas.

                                          /s Sharon Brett_____

                                          Sharon Brett