# EXHIBIT 24

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination Innovations, )
Inc., CHRISTOPHER COOPER, ELBERT )
COSTELLO, MARTEL COSTELLO, and )
JEREMY LEVY, JR., on behalf of themselves )
and others similarly situated, )
                                    )
        Plaintiffs, )
                                    )
vs.                                   )          Case No. 6:21-cv-01100-EFM-ADM
                                  )
CITY OF WICHITA, KANSAS, )
                                  )
        Defendant. )

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION EXHIBIT 24:  PROPOSED
INJUNCTIVE RELIEF**

Plaintiffs request that Defendant be ordered to:

- Permanently eliminate the category of "associates" from the WPD Gang List, and remove all individuals currently labeled as "associates" from the Database.

- Permanently eliminate and remove the category of "inactive" members and associates from the WPD Gang List.

- Revise Policy 527 to:

  o Limit inclusion on the Gang List to only those people who have been convicted of conduct that constitutes criminal street gang activity, as defined below, in the last 5 years.

  o Define "criminal street gang activity' as "conduct performed to (1) enhance an individual's reputation within a known criminal street gang in Wichita, or (2) enhance such gang as an organization, or (3) provide a direct financial benefit to such gang."

  o Identify the "criminal street gangs" that qualify individuals for inclusion on the Gang List, and limit that list to those gangs which are known to be active in the Wichita area in the last 5 years.

  o Eliminate certain criteria from the list of criteria that can be used to designate someone as a member of a criminal street gang, including:

- ▪ "Frequents a particular criminal street gang's area"

- ▪ Adopts a gang's "style of dress" or "color";

- ▪ "Associates with known criminal street gang members"; and

- ▪ "Has been stopped in the company of known criminal street gang members two or more times."

- o Require that additional criteria be revised as follows:

  - ▪ "Self-identification" must be verified via a sworn declaration from a law enforcement officer who accepts the verbal self-identification and requests inclusion of the individual on the Gang list, and confirmed by officer body camera footage where available.

  - ▪ Specify that being arrested in the company of a known criminal street gang member can only be grounds for inclusion if the arrest was for a crime related to a criminal enterprise.

- o Specify that individuals on the Gang List or in the Gang Database will not be subjected to "stop and frisk" activities, including stops for alleged minor traffic infractions, unless there is otherwise probable cause for such stops. Further specify that designation as a gang member does not constitute reasonable suspicion or probable cause for the purpose of searching, detaining, or arresting individuals, or searching individuals' vehicles, and that WPD officers will not request consent to search or conduct warrantless searches of people on the Gang List unless there is specific, concrete reasonable suspicion for doing so that is not based solely on the presence of the individual on the Gang List.

- o Provide procedures to notify current and future Class Members that they have been included on the Gang List, which notification shall explain their right to appeal and the process by which they can make an appeal or seek removal from the Gang List.

  - ▪ Provide an appeals process for individuals to challenge their designation as a gang member, that will involve an independent neutral arbiter of the evidence that WPD claims justifies the person's inclusion on the Gang List/Database.

  - ▪ Provide that, if a person is successful in their appeal, they will automatically be removed from the Gang List.

  - ▪ Provide a process for those who have been on the Gang List to request removal if they are no longer involved in the conduct that permitted their inclusion per WPD's revised policy, and have not been involved in such activity for the last three years.

- Provide a process by which third-parties, including but not limited to the Kansas Bureau of Investigation, who have received information regarding an individual's inclusion on the Gang List are notified and requested to remove such designation from their own records upon the successful appeal by an alleged gang member or the removal of an individual from the Gang List.

- Prepare an annual public report on the Gang List, which shall at minimum include statistics on the number of individuals who have been added to the Gang List, the number of individuals who have challenged their designation, and the number of individuals who have been removed from the Gang List with demographic detail including age, race, ethnicity, gender, and zip code.

- Conduct an immediate audit of the Gang List against the newly revised policy and criteria, and remove anyone who does not meet that criteria.

- Provide everyone who remains on the Gang List with proper notice of their inclusion on the Gang List and the opportunity to appeal it, including instructions on how to appeal the designation.

- Provide for an independent audit of the Gang List every year by an independent auditor selected by the Wichita Citizen's Review Board to identify any errors, check compliance of actual policing practices with the requirements of the revised policy, and make recommendations for improving the operations and use of the Gang List.

- Train all members of the WPD on their obligations under the injunction within 60 days of the entry of the injunction, through mandatory in-person trainings.

- Provide additional in-person in-service training to members of the Gang/Felony Assault Section or other unit responsible for implementing Policy 527 regarding the revised WPD Policy 527 and how it affects their operations and duties.

- Hire an independent compliance administrator, through a joint selection process with Plaintiffs, who will oversee compliance with the injunction and issue periodic public reports filed with the Court.