## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF WICHITA, KANSAS,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 6:21-cv-01100-EFM-ADM<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

On June 30, 2023, Plaintiffs filed their Motion for Class Certification provisionally under seal. ECF No. 175. Plaintiffs also filed 15 exhibits provisionally under seal:

1. Exhibit 2:  Easter Deposition, ECF No. 175-2
2. Exhibit 3:  Hemmert Deposition, ECF No. 175-3
3. Exhibit 4:  McKenna Deposition, ECF No. 175-4
4. Exhibit 5:  Inkelaar Deposition, ECF No. 175-5
5. Exhibit 6:  Beard Deposition, ECF No. 175-6
6. Exhibit 7:  Nicholson Deposition, ECF No. 175-7
7. Exhibit 8:  Johnson Deposition, ECF No. 175-8
8. Exhibit 9:  Salcido Deposition, ECF No. 175-9
9. Exhibit 10:  Thatcher Deposition, ECF No. 175-10
10. Exhibit 11:  Corey Deposition, ECF No. 175-11
11. Exhibit 12:  Beard 30(b)(6) Deposition, ECF No. 175-12
12. Exhibit 13:  Parker-Givens Deposition, ECF No. 175-13

13. Exhibit 14: E. Costello Deposition, ECF No. 175-14

14. Exhibit 15: Declaration of Progeny, ECF No. 175-15

15. Exhibit 16: Gilmore Deposition, ECF No. 175-16

Plaintiff seeks to maintain Exhibits 14 and 15 under seal and, as required by D. Kan. Rule 5.4.2(c), will file a separate motion to seal. Plaintiffs are not requesting that the Court leave the motion for class certification sealed because it does not quote or cite the confidential parts of Exhibit 14 and Exhibit 15.

As required by D. Kan. Rule 5.4.2(b), Plaintiffs identify Defendant City of Wichita as responsible for requesting permanent sealing of the motion and the other exhibits.

Dated: June 30, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

# **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ *Mitchell F. Engel*

Attorney for Plaintiffs