## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations,  )
Inc., CHRISTOPHER COOPER, ELBERT            )
COSTELLO, MARTEL COSTELLO, and             )
JEREMY LEVY, JR., on behalf of themselves      )
and others similarly situated,                 )
                                           )
          Plaintiffs,                       )
                                           )
vs.                                        )          Case No. 6:21-cv-01100-EFM-ADM
                                           )
CITY OF WICHITA, KANSAS,                   )
                                           )
          Defendant.                        )

## PLAINTIFFS' MOTION TO SEAL

On June 30, 2023, Plaintiffs filed their Motion for Class Certification.  ECF No. 175.

Plaintiffs filed Exhibit 14, ECF No. 175-14, and Exhibit 15, ECF No.175-15, provisionally under

seal and now move to maintain that document under seal under D. Kan. Rule 5.4.2(c).  Plaintiffs

acknowledge the "common-law right of access to judicial records, but this right is not absolute."

*JetAway Aviation, LLC v. Bd. of Cnty. Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014) (internal

quotation marks and citation omitted).   Indeed, Exhibits 14 and 15 contain confidential

information and implicate privacy interests that overcome the presumption in favor of public

access.

Plaintiffs ask the Court to maintain under seal Exhibit 14 because it contains confidential

information.  Specifically, the exhibit contains deposition testimony that mentions a non-party

has been labelled as a gang member.  The deposition testimony also implicitly refers to that non-

party.  The parties' Protective Order explicitly categorizes information like this—"[p]ersonal and

private information from and about parties and non-parties related to their presence on the Gang

List"—as "Confidential Information."  ECF No. 41 at 3.  Plaintiffs seek to protect the privacy of

the non-party mentioned in Exhibit 14 and do not want to publicly share that he has been labeled

as a gang member because it could result in serious injury to the non-party's reputation. If the

Court restricts public access, it will adequately protect the non-party's reputation because he will

not be publicly labeled as a gang member because of this lawsuit—a lawsuit that seeks to help,

not harm, people on the Gang List.

Similarly, Plaintiff Progeny's Declaration names Progeny staff members and youth

leaders who are on the Gang List. Plaintiff Progeny does not want to take any risks with its

members' privacy. So, for the same reasons as Exhibit 14, Plaintiffs ask the Court to maintain

Exhibit 15 under seal to protect the privacy of the Progeny members and avoid harm to their

reputations.

Plaintiffs ask the Court to maintain Exhibit 14, ECF No. 175-14 and Exhibit 15, ECF No.

175-15, under seal.

Dated: June 30, 2023                            Respectfully submitted,

                                                SHOOK, HARDY & BACON LLP

                                                */s/ Mitchell F. Engel*
                                                Mitchell F. Engel KS #78766
                                                Paul M. Vogel KSD #79022
                                                Thomas J. Sullivan (admitted *pro hac vice*)
                                                Jordan C. Baehr KS #27213
                                                2555 Grand Boulevard
                                                Kansas City, MO 64108
                                                Phone: (816) 474-6550
                                                tsullivan@shb.com
                                                mengel@shb.com
                                                jbaehr@shb.com
                                                pvogel@shb.com

                                                KANSAS APPLESEED CENTER FOR
                                                LAW AND JUSTICE, INC.

                                                */s/ Teresa A. Woody*
                                                Teresa A. Woody KS #16949

211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN  CIVIL  LIBERTIES  UNION
FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

*/s/ Mitchell F. Engel*

Attorney for Plaintiffs
