## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, )
Inc., CHRISTOPHER COOPER, ELBERT )
COSTELLO, MARTEL COSTELLO, and )
JEREMY LEVY, JR., on behalf of themselves )
and others similarly situated, )
                                                                   )
        Plaintiffs, )
                                                                   )
vs. )        Case No. 6:21-cv-01100-EFM-ADM
                                                                  )
CITY OF WICHITA, KANSAS, )
                                                                  )
        Defendant. )

## PLAINTIFFS' RULE 5.4.2(d) NOTICE

As required by D. Kan. Rule 5.4.2(d), Plaintiffs hereby notify the Court that it may unseal some of the documents that Plaintiffs previously filed under provisional seal, listed below. Plaintiffs filed their Motion for Class Certification on June 30, 2023. ECF No. 175. Plaintiffs filed the motion itself and 15 exhibits provisionally under seal. *See* ECF No. 175, No. 176. Plaintiffs also filed a Notice of Proposed Sealed Record, as required by D. Kan. Rule 5.4.2(b), that identified Defendant as the potential proponent for sealing or redacting the rest of the record and electronically served the notice on Defendants. ECF No. 177 at 4. That filing triggered a seven day clock for a proponent to file a motion to seal or redact the documents filed provisionally under seal. D. Kan. Rule 5.4.2(c). Plaintiffs filed a timely motion to seal two exhibits. ECF No. 178. That motion remains pending.

D. Kan. Rule 5.4.2(c)'s seven day deadline for filing other motions to file under seal or redact expired on July 7, 2023. So, Plaintiffs notify the Court that it may unseal the following documents that they previously filed provisionally under seal.

First, the Court may unseal Plaintiffs' Motion for Class Certification. ECF No. 175. Second, the Court may unseal the following exhibits:

| **Exhibit No.** | **Exhibit ECF No.** |
|---|---|
| Exhibit 2 | 175-2 |
| Exhibit 3 | 175-3 |
| Exhibit 4 | 175-4 |
| Exhibit 5 | 175-5 |
| Exhibit 6 | 175-6 |
| Exhibit 7 | 175-7 |
| Exhibit 8 | 175-8 |
| Exhibit 9 | 175-9 |
| Exhibit 10 | 175-10 |
| Exhibit 11 | 175-11 |
| Exhibit 12 | 175-12 |
| Exhibit 13 | 175-13 |
| Exhibit 16 | 175-16 |

Dated: July 10, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550

tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ *Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ *Mitchell F. Engel*

Attorney for Plaintiffs