IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 6:21-cv-01100-EFM-ADM<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF ROBERT MATEO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(b)(4) AND 30**

To:  City of Wichita, Kansas, by and through its attorneys of record:

David R. Cooper
Charles E. Branson
Fischer, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606

Jennifer L. Magaña
Sharon L. Dickgrafe
City Hall – 13th Floor
455 North Main
Wichita, Kansas 67202

PLEASE TAKE NOTICE that Plaintiffs, Progeny, a program of Destination Innovations Inc., Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr. on behalf of themselves and others similarly situated by agreement with Defendant City of Wichita, Kansas, will take the deposition upon oral examination of **Robert Mateo** pursuant to Fed. R. Civ. P. 26(b)(4) and 30 and by order of this Court. The deposition will take place on **August 4, 2023** beginning at **10:00 am ET** and will take place remotely and in person at the offices of Shook, Hardy & Bacon located at 100 N. Tampa St., Suite 2900, Tampa, FL 33602.

The deposition will be an oral examination taken before an officer duly authorized by law to take testimony and administer oaths and will continue from day to day, excluding Saturdays, Sundays, and holidays, until completed. The testimony will be recorded by sound, visual, and stenographic means. The stenographic means may include the use of an instant visual display of the deposition transcripts. The deposition may be used for all purposes, including use at trial.

Pursuant to Federal Rule of Civil Procedure 34, the documents further identified in Exhibit A are to be produced by the witness by **July 26, 2023**.

Dated: July 11, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/* Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

*/s/* Sharon Brett
Sharon Brett KS #28696
10561 Barkley St. Ste 500

Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2023, a true and correct copy of the foregoing document was electronically served on counsel of record.

BY: */s/ Mitchell F. Engel*
Mitchell F. Engel

## **EXHIBIT A**

1. All documents and tangible items that you considered, reviewed, cited, or relied on in forming your mental impressions and opinions in connection with this case;

2. All documents and tangible items reflecting your mental impressions and/or opinions formed or made in connection with this case;

3. All documents, presentations, and/or other tangible things that you intend to utilize or publish to the Court or the jury at the time of trial;

4. Documents sufficient to show all cases in which you have provided testimony, whether deposition, trial, hearing, or other sworn testimony;

5. Your complete time and billing records relating to this case, including any notes, diaries, journals, time sheets, or similar documents relating to your work, or work performed by others at your request, on this case;

6. All documents, tangible things, reports, models, videos, or data compilations that have been provided to, reviewed by, or prepared by or for you in anticipation of your deposition or trial testimony in this case, including all drafts thereof;

7. Your current resume and bibliography; and

8. Your complete file in this case, including any documents not specifically requested herein.