# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                     Plaintiffs,

      vs.                                  Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                     Defendant.

---

### Unopposed Motion for Extension of Time to Respond to Plaintiffs'
### Motion for Class Certification

Defendant, City of Wichita, moves for an extension of time to and including August 11, 2023, within which to respond to plaintiffs' [Doc. 175] motion for class certification.  In support of said motion, defendant states that with the departure of an associate, vacation schedules, and briefing deadlines in other cases, and the deposition of defendant's expert herein, additional time is necessary to respond to plaintiffs' motion. Plaintiffs counsel has been consulted and consents to the extension of time.

For the foregoing reasons, defendant requests an extension of time to respond to plaintiffs' motion for class certification to and including August 11, 2023.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

| | |
|---|---|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

**Certificate of Service**

I hereby certify that I caused the foregoing to be electronically filed on the 11th day of July, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com | mengel@shb.com | jbaehr@shb.com | pvogel@shb.com
**Attorneys for Plaintiffs**

**s/David R. Cooper**