IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, <br> a program of Destination Innovations Inc., <br> CHRISTOPHER COOPER, <br> ELBERT COSTELLO, <br> MARTEL COSTELLO, and <br> JEREMY LEVY, JR., <br> on behalf of themselves <br> and others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> CITY OF WICHITA, KANSAS, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 6:21-cv-01100-EFM-ADM <br> ) <br> ) <br> ) <br> ) |

**WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Under D. Kan. Rule 83.5.5(c), the undersigned gives notice of a substitution of counsel and entry of appearance of substituted counsel. Bria Nelson hereby withdraws their appearance for all Plaintiffs as they have completed their legal fellowship with the ACLU of Kansas and are no longer employed by that office as of July 31, 2023. Karen Leve, of the ACLU of Kansas, hereby enters her appearance as attorney for all Plaintiffs. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Sharon Brett, Teresa Woody, Mitchell Engel, Jordan Baehr, and Paul Vogel.

    s/ Bria Nelson
    Bria Nelson    KS # 29046
    ACLU Foundation of Kansas
    10561 Barkley Street, Suite 500
    Overland Park, KS 66212
    Phone: (913) 490-4100
    Fax: (913) 490-4119
    bnelson@aclukansas.org

s/ Karen Leve
Karen Leve        KS # 29580
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
Fax: (913) 490-4119
kleve@aclukansas.org

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of August, 2023, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which will serve all registered participants. A copy will be served on all Plaintiffs via First Class U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

s/ Karen Leve