Martel Costello identified himself as an "Associate Pirus" on his signed intake and assessment form when incarcerated at Ellsworth Correctional Facility. Ex. 20, M. Costello dep., 46:3-17.

**The named plaintiffs met the criteria to be documented as gang members**

Plaintiff Christopher Cooper was first documented in the Gang Database as an assciate in August 2015 employing the criteria: Criteria 4 – Clothing and Dress and Criteria 6 – Photos with documented members and posts regarding documented members. Cooper was then validated as an Active gang member and added to the Master Gang List on 01/30/2018 employing following criteria: Criteria 10 – photo observed posted by Cooper associating with an active member. Ex. 22, Declaration of J. Bernard.

There after Cooper was audited and found to meet criteria to remain as a criminal street gang member the following criteria: Criteria 10 – Observed associating with other active members; and Criteria 4 – Cooper was observed in a photo flashing hand blood gang signs. *Id.*

On August 24, 2022, Plaintiff Cooper's status was changed to Inactive, and he was removed from the Master Gang List. Cooper remains in Inactive status. *Id.*

Plaintiff Elbert Costello was first documented in the Gang Database on 3/27/1997 as an "Associate" under the following criteria: Identification by a Law Enforcement Officer and having been contacted with gang members on more than one occasion. Plaintiff Elbert Costello's status was changed to "incarcerated" on 9/21/1999, and then validated as an Active gang member and added to the Master Gang List on 1/14/2002 under the following criteria: Contacted by officers with other active members. *Id.*

Plaintiff Elbert Costello was audited and found to meet criteria to remain as an Active criminal street gang member under the following criteria: Criteria 4 – Gang Tattoo; Arrests for gang activity; Criteria 4 – Dress and Clothing; arrests for a person misdemeanor; Criteria 7 –

Contacted with active members 2 or more times; arrested for Felony persons crime; Criteria 7 – Contacted with active members 2 or more times; Arrested for felony drug crimes; Criteria 3 – Identified by an informant to be a known blood gang member; Criteria 10 – Observed associating with other active members; and Criteria 9 – Observed at a known gang hang out location with other active members. *Id.*

Elbert Costello is currently scheduled to remain Active until 1/2/24. *Id.*

Plaintiff Martel Costello was first documented in the Gang Database on 11/17/2011 as an "Associate" under the following criteria: Criteria 4 – observed on social media flashing blood hand signs and wearing blood gang colors; and Criteria 6 – utilizes gang terminology. Martel Costello was audited and found to remain as an "Associate" in the Gang Database under Criteria 7 – Contacted with active members 2 or more times. Martel Costello was validated as an Active gang member and added to the Master Gang List on 4/8/2013 under the following criteria: Arrested for felony persons crime; Criteria 10 – Observed associating with other active members. *Id.*

Plaintiff Martel Costello was audited and found to meet criteria to remain an Active criminal street gang member on under the following criteria: Criteria 4 – Observed on social media flashing blood hand signs and wearing blood gang colors; Criteria 7 – Contacted with active members 2 or more times; Criteria 10 – Observed associating with other active members; multple arrests for arrest felony drug crimes; Criteria 9 – Frequents known gang location / hangout; arrests for misdemeanor persons crime. Martel Costello's status changed to incarcerated on 2/24/20, then to active after released from work release by KDOC on 1/26/2023. Martel Costello is scheduled to remain Active until 11/29/2025. *Id.*

Plaintiff Jeremy Levy was first documented in the Gang Database and on the Master

Gang List on 5/10/2017 as "Active" under the following criteria: Criteria 3 – Identified by an informant; Criteria 5 – Arrested with other members; Criteria 7 – Contacted with other members 2 or more times; and arrested for felony drug crime. On 2/21/2018, Jeremy Levy's status changed to incarcerated and remains in that status currently. *Id.*

Progeny's motion identified four members as being on the gang list. Two are active listed on the Master Gang List and two are inactive and remain in the database.

### III. Argument and Authorities

Inclusion on the Master Gang List creates no deprivation of life, liberty or property because the list, by policy, is confidential. As claimed by Plaintiffs, "most individuals never know they are included in the Wichita's Gang List until … following his or her arrest …." Doc. 1, ¶ 23.

Plaintiffs only speculate that their encounters with law enforcement have been because of their inclusion on the gang list. Plaintiffs acknowledge it is the court that sets bond and probation officers impose restrictions for probation. Because Plaintiffs can show no harms caused by the statute or the policy, class certification is inappropriate.

**A.    Standard of review**

Fed. R. Civ. P. 23 governs class actions in federal court. The prerequisites for class certification are set forth in Rule 23(a) which requires

> (1) Numerosity, that "the class is so numerous that joinder of all members is impracticable,"
>
> (2) Commonality, that "there are questions of law or fact common to the class,"
>
> (3) Typicality, that "the claims or defenses of the representative parties are typical of the claims or defenses of the class," and
>
> (4) Representative Adequacy, that "the representative parties will fairly and adequately protect the interests of the class."