**Index of Exhibits**

Ex 1: Index of Exhibits

Ex 2: Easter deposition excerpts

Ex 3: Salcido deposition excerpts

Ex 4: Beard deposition excerpts

Ex. 5: Beard 30(b)(6) deposition excerpts

Ex 6: Gilmore deposition excerpts

Ex 7: Bartel deposition excerpts

Ex 8: Inkelaar deposition excerpts

Ex 9: McKenna deposition excerpts

Ex 10: Hemmert deposition excerpts

Ex 11: Speer deposition excerpts

Ex 12: Thatcher deposition excerpts

Ex 13: Cory deposition excerpts

Ex 14: Johnson deposition excerpts

Ex 15: Parker-Givens deposition excerpts

Ex 16: Atkins 30b6 deposition excerpts

Ex 17: Levy deposition excerpts

Ex 18: Cooper deposition excerpts

Ex 19: E. Costello deposition excerpts

Ex. 20: M. Costello deposition excerpts

Ex. 21: Declaration of Jess Bernard

Ex 22: Declaration of Jess Bernard re plaintiffs' database entries