IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of        )
Destination Innovations,     )
Inc., CHRISTOPHER COOPER,    )
ELBERT COSTELLO, MARTEL      )
COSTELLO, and JEREMY LEVY,   )  Case No. 6:21-CV-
JR., on behalf of themselves )  01100-EFM-ADM
and others similarly situated,)
Plaintiffs,                  )
vs                           )
CITY OF WICHITA, KANSAS,     )
Defendant.                   )
_____)

DEPOSITION OF
JASON BARTEL
January 31, 2023
12:59 p.m.

Taken at:
Joseph, Hollander & Craft
500 North Market
Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

1

APPEARANCES:
  On behalf of the Plaintiffs:
    Mr. E.J. Odigwe
    Shook, Hardy & Bacon, LLP
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    (816)474-6550
    Fax: (816)421-5547
    iodigwe@shb.com

  On behalf of the Defendant:
    Mr. Charles E. Branson
    Fisher, Patterson, Sayler & Smith, LLP
    3550 SW 5th Street
    Topeka, Kansas 66606
    (785)232-7761
    Fax: (785)232-6604
    cbranson@fpsslaw.com

  On behalf of the Kansas Appleseed Center for
  Law and Justice, Inc.: (By Zoom)
    Ms. Teresa A. Woody
    211 East 8th Street, Suite D
    Lawrence, Kansas 66044
    (785)251-8160

2

    twoody@kansasappleseed.org

  On behalf of the American Civil Liberties Union
  Foundation of Kansas: (By Zoom)
    Ms. Sharon Brett
    6701 West 64th Street, Suite 210
    Overland Park, Kansas 66202
    (913)490-4100
    sbrett@aclukansas.org

3

TRANSCRIPT INDEX

APPEARANCES.................  2

EXAMINATION OF JASON BARTEL:
BY MR. ODIGWE..............   6
BY MR. BRANSON.............  166
BY MR. ODIGWE..............  168

REPORTER'S CERTIFICATE......  171

4

working on that?

A. No. Typically that investigation would be assigned to the appropriate section or division, but if there was something in particular, a concern that they had. Let's say somebody is documented as a gang member and they are in the gang database, if during the course of that investigation the investigator wanted information, then they would go to the Gang Intelligence section or what was known as the Gang Intelligence section. It's changed over the years a little bit but --

Q. Is the Gang Intelligence section part of the Gang Unit?

A. Yes.

Q. And below Salcido who was in charge of the Gang Unit when it first started?

A. When the Gang Unit first started?

Q. Sorry. Actually let me rephrase that question. That's a compound question there. Currently today who is in charge of the Gang Unit?

A. Christian Corey or I'm sorry, in charge of the Gang Unit?

Q. Yes.

A. Would be Chad Beard.

Q. And he's a lieutenant?

A. Yes.

Q. How long has the Gang Unit been around?

A. My entire career. I think since the early '90s.

Q. I'm going to briefly diverge here so I'm not from the Midwest or even Kansas or Wichita area. So in your opinion is there a major gang problem in Wichita?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Based upon your experience how would you describe the gang problem in Wichita?

A. I would say that currently criminal street gangs drive a lot of our violent crime.

Q. When you say a lot of your violent crime, is that more or less than 70 percent of violent crime?

A. I would say 70 percent is high. I would say it's maybe closer to 40 or 50 percent but I would have to look at statistics to be completely accurate.

Q. Just for clarity on the record, that's just your kind of guesstimate?

A. Yeah. That would be based off of what I was asked to assist in supervising what is now

54

known as the Violent Crime Community Response Team. There was a temporary assignment that was done in 2017 because we had a lot of gang activity driving our violent crime, so there was a temporary unit that was put together to address that violent crime and I want to say some of the statistics that I heard in the reduction over that 90-day assignment was between 40 and 60 percent.

Q. So you just mentioned or you previously mentioned that the Gang Unit has been around ever since you joined the police department?

A. That is correct.

Q. When did you realize the Gang Unit was a possible assignment?

A. In the academy they come and provide training on like a basic, a gang training so that you get some education and training as you go out to the streets to start dealing with calls for service in crime. So I received training on gangs in the police academy.

Q. When you were in the academy did it ever cross your mind that you wanted to be a member of the Gang Unit?

A. I don't think at that time. When I was in the police academy obviously when you are in

55

that situation as a recruit you get a lot of information that's thrown at you all at once so it's pretty overwhelming. I can remember at that stage of my career just wanting to make sure that I really understood how to keep myself and others safe and not go out and make any major mistakes that would hurt, harm or effect my team mates or citizens or things of that nature.

Q. Was the Gang Unit considered a desirable position?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) When you were in the academy did you consider the Gang Unit to be a desirable posting or position?

A. I would say that back then those were probably looked at as more experienced, highly regarded officers that typically that experience helped you become a detective and gain other experience as an officer. So I think that some of the experience and training that you get in those positions is appealing for sure. Some of it is not offered to street level officers that respond to 9-1-1 calls. It's more advanced training. It's search and seizure and other different categories.

Q. So do you know when the Wichita Police

56

**Page 117**

you that much. I try to stay and focus on my roles and responsibilities so concerning myself with changes that he made or things that he undid I didn't really concern myself with. They saw fit to put him back in charge. That means I feel like they trust his decision making and if he decided to make changes or the person he put in charge of the unit and that's within his roles and responsibilities. So if he made additional changes, I didn't really pay a lot of attention or concern myself with that too much. I tried to focus on my new role and figuring out how I could best serve in my new position.

    Q. Did any officers in the Gang Unit discuss changes with you when Beard came back on?

    A. Yes.

    Q. What were those discussions?

    A. Some of those discussions revolved around I guess management, leadership and different supervisor styles, I guess I would say. Like I said, we had a difference in management philosophy and I feel like you do your best to make sure that people have the resources they need and the guidance that they need to do their jobs and then you oversee what they are doing. You don't

**Page 118**

necessarily get in there and dictate and do it yourself unless a situation requires you to do that or you identify some issue or problem that needs to be changed or dealt with. Like I said, I think that especially when it comes to gang intelligence he has a lot of technical expertise and wants things done a certain way based on his training and experience and so there's a difference in philosophy there. I also communicate and I think I relied on the gang intelligence officers very differently. I mean, I told them what my expectation on what I wanted them to accomplish. Then I would give them guidance on how they should go about accomplishing that and as long as they were doing and working within those expectations and accomplishing those tasks I didn't micromanage a lot. So I think there was some concerns with that when he was coming back.

    Q. Before your reassignment were there other changes or solutions that you were planning on implementing but didn't get a chance to?

    A. So I would say the big thing was one of the things that Deputy Chief Salcido asked me to do was look at a removal process for the gang database which involved a committee of people. Previously

**Page 119**

it was basically a meeting with the gang commander and the gang commander would make the decision and he wanted to look at a committee that would review and make that decision. So that was one of the things that I started to look at. I did research on some best practices and things that were done in different areas such as Los Angeles in California, Chicago, places like that. The challenge that I saw was that those communities and those situations and the way that they handle their intelligence information was far different than ours. California had a statewide database whereas we don't. We have one that is maintained just within our organization and so I felt like some of the challenges that they had that led to their committee review process was also changes to their state law or with legislative changes where the State Attorney General was put in charge of overseeing that board, electing its members and making the decisions. I didn't feel like that really fit here because our database is not statewide; it's tailored specifically to this community, and then one of the other things I looked at was an assessment that was done in Chicago where each one of their precincts or

**Page 120**

bureaus, as we would call them, had their own individual databases and that created a lot of issues and lacked oversight. They did not have a good vetting process before they included people in their gang database and we also, we don't have gang lists that are specific by bureau. It's maintained centrally within our Investigations Division. The entire organization works off of that and we have a standard where information when people are nominated is vetted and researched prior to them being included in the database and so I didn't feel like either one of those situations fit Wichita, Kansas and we already had this process set in place where people could object to their inclusion in the database and sit down with the gang commander and go over why they were in there and offer information to potentially have their status changed. So what I wanted to do or what I started to do while I was there as the gang commander was our Deputy Chief Duff is the contact for our partnership with PSP or the Public Safety Partnership. So they did the assessment for the non-fatal shooting assessment, so really what I wanted to look at while I was there was I wanted somebody to come in and independently evaluate our

processes and see what we were doing good, where we
could improve, how we compared to other places, how
we were doing based on national best practices and
new standards set by the public and those that we
serve based on privacy rights and different things
like that.  I wanted to make sure that we had a
very good understanding and a lot of information
that we could evaluate where we could balance
addressing violent crime driven by criminal street
gang members but at the same time respecting the
privacy rights of the citizens that we serve and
making sure that we had an independent company come
in and evaluate that and give us an honest
assessment and I believe that usually those are
done under grant funds or there's an opportunity
for those assessments to be published which
increases transparency and I think that we can then
be held accountable for implementing a number of
those recommended best practices going forward and
that I would use that assessment to make changes
within the Gang Unit to implement different
strategies and get more in-line with what our
expectations are in today's society.
     Q.   Is there like a -- what is the current
removal process to get off the list, the gang list?

                                                    121

     A.   Yeah.  So there's some debate, I think,
in that.  The current removal process is that if
you go three years without being involved in
anything that would fit the state statute of gang
criteria that would keep you documented as being
involved in gang activity; if you go three years
without being involved in any of that activity then
you are basically removed from the gang list and
that means you are no longer considered an active
gang member.  You are taken out of our records
management system as a documented gang member and
your status which is from active to inactive in our
actual database and then the gang intelligence
officers inquiry are the only ones in theory that
have access to view that information and/or
disseminate it.  The other thing you can do is you
can come in and meet with the gang commander and
like I said, you can offer any kind of information
about challenge your inclusion in the database and
then offer any kind of mitigating circumstances or
offer opinions about why you should be removed and
then the gang commander can take that under
consideration and make a decision to change your
status.
     Q.   So in regards to meeting with the gang

                                                    122

commander, how do you -- right now the gang
commander would be Mr. Beard; correct?
     A.   Yes.
     Q.   How do you request a meeting with him
to be removed from the list?
     A.   You can call him; you can e-mail him.
You could reach out to another member of command
staff who can relay that information to him.
Sometimes I think that that information is relayed
sometimes by our community leaders such as our
council people who are contacted by members of the
people they represent in the community and
sometimes they will voice concerns with being on
the list and that information is sometimes provided
by council representatives as well.  So there's a
number of avenues that they can use to reach out.
Contact the Gang Unit.  Especially if they are not
comfortable talking to law enforcement, like I
said, they can reach out to our council members or
council.  That information sometimes gets relayed
when they are contacted about hey, so and so
doesn't think they should be on the gang list.
Here's their contact information if you want to
reach out to them and I think there were a few
instances of that being done when Lieutenant

                                                    123

Gilmore was the gang commander.
     Q.   Would it be accurate to say there is
not a formal application process?
     A.   There's not, no.
     Q.   Has Mr. Beard ever spoken with you
about how he evaluates that information when he
receives a request for removal?
     A.   No.
     Q.   Did you ever receive a request for
removal?
     A.   I did not.
     Q.   Just to make sure I'm understanding
correctly, so during your like ten months or
one year in charge of the Gang Unit you never
received any of those requests?
     A.   Not that I recall, no.  I definitely
never had any sit-downs with anybody, but there are
instances where people may express concern to a
council person.  That information is relayed and
then you proactively try to reach out with them but
a lot of times they don't want to be contacted by
law enforcement.  They don't necessarily want to
meet with you because of the way they view or see
law enforcement and so sometimes that can create a
hurdle.

                                                    124

Q. So I guess in this informal process, when someone is removed from the list do they receive any formal notice?

A. No, not to my knowledge. They may receive a phone call but I've never seen drafts of any kind of like certified letter or anything that was sent except for when Lieutenant Gilmore ran like a pilot project with Councilman Johnson involving juveniles.

Q. What do you think members of the Gang Unit -- how do you think members of the Gang Unit would have reacted if you had a chance to put in place a formal removal process?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Did you discuss your removal process with members of the Gang Unit?

A. Yeah, there was some discussion with members of the unit. Some members are obviously open and welcomed the idea. Some people oppose. I mean like everything, people look at pros and cons and they offer different opinions or concerns about particular processes. I think the main concern that was brought up with having a formal removal process is how are we going to get the additional resources that we need to complete this. Obviously

125

that's much more labor intensive. I also had conversations with Lieutenant Gilmore about how labor intensive the pilot program that he ran with Councilman Johnson was when they were trying to address issues with juveniles and my understanding was that was very labor intensive with a very, very small response or success rate. So there are general conversations about okay, this is going to involve a lot of additional tasks and responsibilities, commitment for time and resources and how are we going to get the resources that we need if something like this is implemented to do it properly and to do it well. So I think most of the concerns about discussions within the unit about setting that up were really more about resources than anything.

Q. So the only push back you received was related to resources?

A. Well, I mean, some people would offer opinions that we have a removal process. It's very simple and streamlined. If people want to be removed from the list as an active gang member they can call and come up here and sit down and so there's discussions about why do we need another process if we already have one in place and all it

126

takes is a phone call if people want to be removed and sometimes sit down and go over information. So there's some opinions that are offered along those lines, but for the majority of it you have very limited resources since the gang intelligence section was taken from four to two. They already had a lot of work when they were four. Now it's two and they are responsible for auditing, for entering what we call TOPS cards, for disseminating information, for doing a number of things that they already have a very challenging time sometimes keeping up with and how, if we add additional tasks are they ever going to be able to manage that was a lot of the conversation.

Q. So we discussed being removed from the gang list. I think I may have jumped over, how does someone even get added to the gang list to begin with?

A. So some of that is done by research and contacts that the gang intelligence officers have out on scenes or people that are identified during criminal investigations as being involved in criminal activity and then during the course of that investigation they see signs or indicators that people may belong to certain gangs and meet

127

certain criteria. Some of it is off folks admitting to officers on the streets or contacts that officers have with individuals on the street where they will fill out what we call a TOPS card or a Blue Card where they nominate people for inclusion on the database based on state criteria that they see when they are interacting with these people or when they self admit to being a gang member and then those TOPS card are forwarded to the Gang Intelligence section. They will review them for accuracy and they will verify to see if they meet the criteria that they are nominated based on if they are the gang intelligence officers make a decision whether to include them in the list or not.

Q. So when you use the phrase or word nominate, what do you mean by that?

A. Well, I mean, it's not automatic that people are just included and documented. Just because an officer submits a TOPS card does not mean they are going to be put on the gang list. There still has to be a vetting process for that, so I guess that's why I'm describing it as nominate because in my mind that's really -- it's a recommendation that these guys go on the gang list

128

```
 1  because of certain criteria that they have verified
 2  during their contact with them.  But that
 3  information is still vetted and reviewed and
 4  researched before they are included in the list.
 5  So I guess that's why I refer to it as a
 6  nomination.
 7      Q.  When someone is nominated or
 8  recommended to be placed on the gang list does that
 9  individual know that that nomination or
10  recommendation has occurred?
11      A.  No.  I mean, there's not -- we don't
12  have a process where officers say hey, I'm filling
13  out a TOPS card and nominating you for the gang
14  list.  They don't notify them verbally and we do
15  not notify them in writing when we receive that.
16      Q.  So an individual could be surprised
17  with being placed on the gang list in theory?
18      A.  It's possible.
19      Q.  So if individuals are not notified in
20  writing or verbally, how does an individual know
21  that they have been placed on the gang list?
22      A.  So sometimes that comes from law
23  enforcement contact.  If an officer has -- if they
24  are included in the gang list and let's say an
25  officer is having an interaction with them, if they
                                                  129
```

```
 1  run their personal -- if they run their information
 2  or conduct a criminal background, like on a
 3  warrants check, that information will be provided
 4  and sometimes they hear that.  I mean, a lot of
 5  people know our ten codes and we have a specific
 6  code for what gang member means and if they hear
 7  that come across the radio related to their name or
 8  their warrant check sometimes they will inquire,
 9  what do you have me as or sometimes that
10  information will be documented in arrest reports
11  and they will inquire about that at that time.  But
12  I would say that's not overly prevalent.  Most
13  people are not surprised.  Most people that are in
14  gangs are very proud that they are in those gangs
15  and that they are representing those things and
16  they know that they are in them and they are very
17  proud to be a part of them so a lot of times that
18  information isn't challenged even if people aren't
19  notified.  They are well aware through
20  interactions, through discussions.  A lot of them
21  will self-admit to being in gangs so a lot of times
22  it's not a surprise, especially because it's
23  something that they are proud of.
24      Q.  You mentioned the state statute.  Can
25  you tell me more about the state statute that you
                                                  130
```

```
 1  keep referencing.
 2      A.  Yeah.  So as we talked about I think
 3  earlier, I think it's 21-6313 is what governs the
 4  state criteria, but I haven't been in the Gang Unit
 5  for about a year and I don't have all that stuff
 6  committed to memory as far as all of the criteria.
 7  I know that there's several criteria that involve
 8  self-admit.  Your parent or guardian, maybe a
 9  confidential informant letting law enforcement know
10  that you are a documented gang member.  Being
11  identified by another law enforcement agency or
12  correctional facility can be part of the criteria;
13  gang signs and symbols.  Different things like
14  that.  So there's several criteria.  By state law
15  you have to fit three or more unless it's a
16  self-admit.  That's part of the statute to fit the
17  criteria and then obviously there's certain
18  criteria that there has to be three or more to be
19  considered a gang or things like that that are
20  included in the statute.
21      Q.  21-6313, that's what you mentioned;
22  right?
23      A.  Yes.
24          (Off the record discussion.)
25          VIDEOGRAPHER: Going off the record at
                                                  131
```

```
 1  4:35 p.m..
 2          (Whereupon a short recess was taken
 3  from 4:35 p.m. to 4:39 p.m.)
 4          VIDEOGRAPHER: We're back on the record
 5  at 4:39 p.m..
 6      Q.  (By Mr. Odigwe) I think we worked our
 7  way through all of that.  While we were off the
 8  record I believe I handed you Exhibit 5 and can you
 9  read the first line that is bolded.
10      A.  Criminal street gang definitions.
11      Q.  And there's a number before that?
12      A.  21-6313.
13      Q.  To the best of your knowledge, is that
14  the statute that you have been referencing
15  throughout this deposition?
16      A.  Yes.
17      Q.  So I'm going to just go down this and
18  ask you questions about what certain things mean.
19      A.  Okay.
20      Q.  So first, in Section A(1) it states, "A
21  criminal street gang means any organization,
22  association or group, whether formal or informal,
23  consisting of three or more persons."  Do you see
24  that?
25      A.  Yes.
                                                  132
```

33 (Pages 129 to 132)

Q. Do you know why the number three was chosen?
A. I don't.
Q. In your experience like how large are gangs usually?
A. They can go anywhere from -- I don't know. I guess it depends on whether it's a gang set or subset or we could get a little bit into that because you can have smaller groups within a larger set. For example, like the Bloods, you may have different subsets that consist of different numbers of gang members so the Blood gang may have hundreds, where certain sets maybe smaller numbers; five or more maybe.
Q. Okay. Can you read Section A(3) out in the record.
A. "Which has a common name or common identifying sign or symbol."
Q. What is an example of a common identifying sign or symbol?
A. So common signs and symbols for the Gangster Desciples, for example, would use a pitch fork. They will wear black. They will have a six point star sometimes to represent or identify as a member of the Gangster Desciples would be an

133

example of that.
Q. So simply wearing the same clothes would be -- the same color of clothes would be part of that criteria?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Go ahead and answer.
A. It could be part of it, yes.
Q. Can you read Section A(4) into the record, please.
A. (Whose members individually or collectively engage in or have engaged in the commission or conspiracy committed or solicitation of two or more persons, felonies, persons misdemeanors, felony violation of K.S.A. 2022; sub 21-5701 through 21-5717, and amendments thereto, any felony violation of any provision of the Uniform Controlled Substances Act prior to July 1, 2009 or the comparable juvenile offenses which if committed by an adult will constitute the commission of such felonies or misdemeanors or any substantially similar offense from another jurisdiction."
Q. So just to make sure I'm understanding this, the Gang Unit was focussed basically on finding individuals involved in that type of

134

criminal activity?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Let me rephrase that. How do you understand that statute? Sorry. How do you understand what you just read?
A. I understand this as members who are engaged in those offenses that were mentioned, those violations are considered criminal street gang activity and would speak to whether those offenses, if committed, constitute a criminal street gang and the crimes that they are involved in as part of their membership of that gang.
Q. So from my understanding, was the Gang Unit out looking for these types of crimes or were they called when a suspected gang member was involved?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Yeah. Let me rephrase that question and make sure it's more clear. How did the Gang Unit get involved in -- how does the Gang Unit get involved in responding to a criminal scene?
A. So there are numerous ways. Sometimes they can be contacted by supervision. Sometimes they can hear that violent crime come out.

135

Sometimes they can hear dispatch drive-by or shooting at a residence that they know is occupied by a criminal street gang member. Sometimes that information, their name, moniker, different things can be included in dispatch calls. Sometimes they are just out driving around and they have nothing better to do so they just show up to violent crime scenes to figure out what is going on and be curious about what has happened in the city related to violent crime. So it can happen a variety of ways as far as their response to some of those statutes.
Q. Moving on to the next section, Section B there, can you read the first line of Section B that starts with, "Criminal."
A. You want "criminal street gang member is a person who" --
Q. Yes, sir. So you mentioned admits to -- sorry. I think several times today you have testified that sometimes people admit to being in a criminal street gang?
A. Yes.
Q. How often does that happen?
A. I would say that it happens quite a bit. I don't have numbers in front of me or

136

statistics but I would say maybe 50 percent or more.

Q. They openly -- people openly admit to police officers that they are in a gang?

A. Yes.

Q. Can you look at Section B(2)(a) where it states that, "Is identified as a criminal street gang member by parent or guardian."

A. Okay.

Q. For the sake of clarity, that would mean that someone's mother or father or other guardian says their kid or child is in a gang?

A. Yes.

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Go ahead; answer.

A. Yes.

Q. How often have you seen that happen?

A. I would say that it happens on occasion but I wouldn't say that it happens a lot.

Q. If a parent states that their child is hanging out with gang members, would that satisfy that criteria?

A. No.

Q. Is that your individual understanding or an understanding shared by the general Gang

137

Unit?

A. I would say that it's both. It's both my personal opinion and opinion that is shared by other members of the Gang Unit. What you stated doesn't have specific enough information to make a decision about whether somebody is in a gang or not.

Q. If you could turn your attention to B(2)(b) which says, "Is identified as a criminal street gang member by a state, county or city law enforcement or correctional officer or documented reliable informant." Who or what is a documented reliable informant?

A. My opinion is that that would be an informant that has been deemed by a judge as reliable.

Q. Is that your opinion or the general opinion shared by the Gang Unit?

MR. BRANSON: Just for the record, I'll object to any question the opinion of the Gang Unit. He's not a 30(b)(6). He can only testify to his own personal opinion.

Q. (By Mr. Odigwe) Fair. Go ahead and answer.

A. Again, I would say both. I mean, my

138

understanding of a documented reliable informant is somebody who has acted as an informant maybe for a number of years and in a number of situations and that information has been presented to a judge and he's been deemed reliable. Most informants provide information and then that information is independently corroborated by law enforcement through a controlled buy or some other process with a reliable informant. I think there's a little more leeway based on the opinion of the judge if they have a documented history of their information being good and being able to be relied upon to take legal action, so that is my personal understanding. I think that in general at least the people that I work with such as Chad Beard and the other Gang Unit supervisors, they would also understand that to be the same so I mean I would say that in general it's both, is my opinion.

Q. How would a state, county or city law enforcement identify a criminal street gang member?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Do you know how a state, county or city law enforcement identifies criminal street gang members at least in the Wichita Police Department?

139

A. I would say that other state, county, city law enforcement officers use the same criteria we do which is following state statute.

Q. And that criteria refers back to Section A; is that correct?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) What criteria do you guys use, does the Gang Unit or Wichita Police Department use?

A. So it would go from 21-6313(a) all the way to what I think it's categorized down here as (J)(e)(3). I mean, we work very diligently to make sure that anybody that goes into our database that we document as a gang member fits the criteria that's governed from the definition of a gang to the criminal violations that they are involved in to the criteria set forth as identifying folks as gang members. That primarily would be covered by (B)(1) through J, maybe it looks like.

Q. Yeah. What is the difference between a criminal street gang associate as opposed to a criminal street gang member?

A. So the difference between an associate and a member is usually somebody who self-admitted or meets all three criteria. An associate usually

140

```
 1   you have less information to document them as a
 2   criminal street gang member so let's say you have
 3   two criteria instead of three.  You may document
 4   them as an associate if you have repeated contacts,
 5   information; some criteria there but not enough to
 6   document them as a criminal street gang member.
 7       Q.   And associates are also placed on the
 8   gang list any ways; is that correct?
 9       A.   They are placed in the database, yes.
10       Q.   Oh, so the gang list only has criminal
11   street gang members but the database has members
12   and associates?
13            MR. BRANSON: Object to form.
14       Q.   (By Mr. Odigwe) Let me rephrase that.
15   Actually, go ahead and answer that.
16       A.   Okay.  So the difference would be the
17   gang database would -- the gang database would
18   include all members whether criminal street gang
19   members, associates, deceased; people who are
20   transferred to an inactive status and removed from
21   our records management system.  So I guess you
22   would have to be a little more specific about what
23   you mean by gang list.  There are different, I
24   guess, reports that can be generated out of the
25   database and various lists made so it would
                                                    141
```

```
 1   determine on the criteria set out on the list.  I
 2   think that maybe the difference is who is
 3   documented in our records management system and
 4   receives that information department wide versus
 5   what is maintained in just our intelligence
 6   database.
 7       Q.   Thank you.  So I'm looking now at
 8   Section (B)(f) that states, "Associates with known
 9   criminal street gang members."  How do you define
10   associates with known criminal street gang members?
11       A.   That varies.  Obviously the second part
12   of that you would have to be a documented as a
13   criminal street gang member in our database and
14   then typically if you were with them multiple times
15   and multiple situations where they may be engaged
16   in some sort of criminal street gang activity or
17   violation of state law, that's considered part of
18   street gang activity that we would consider
19   associates with.  But I mean, it just varies based
20   on the circumstances, the nature of the contact,
21   some of the information that is obtained from those
22   contacts.  So it's really kind of very driven by
23   the nature of the contact and the information that
24   is there in that specific situation.
25       Q.   Is that arguably up to the discretion
                                                    142
```

```
 1   of the police officer?
 2            MR. BRANSON: Object to form.
 3       Q.   (By Mr. Odigwe) Go ahead and answer.
 4       A.   So I would say that they could complete
 5   a TOPS card but that information would be reviewed
 6   by the gang intelligence officers and that would be
 7   part of the vetting process.
 8       Q.   How often -- in that vetting process,
 9   how often is a police officer's recommendation or
10   nomination rejected?
11            MR. BRANSON: Object to form;
12   foundation.  You can answer.
13       Q.   (By Mr. Odigwe) Let me actually lay the
14   foundation for that.  Do you have any firsthand
15   knowledge of that review process?
16       A.   I've never done it myself, no.  As far
17   as receiving TOPS cards and vetting information
18   that comes from the officers, I mean I have had
19   discussions with the people that do that and for a
20   number of years I was partners with Beard who did a
21   lot of it in multiple different capacities so I
22   mean, I do know that they research, they review
23   reports, they look at other information that's
24   available to them to evaluate that.  Like now we
25   have the addition of AXON and different things like
                                                    143
```

```
 1   that so sometimes they will go back and review that
 2   information to make sure that it's thoroughly
 3   researched and the context fits what the
 4   expectation is for what an associate would be based
 5   on their expertise and training.
 6       Q.   Based upon your knowledge of that
 7   process, have you ever seen a nomination or
 8   recommendation be rejected?
 9       A.   Yeah.  Yes.  I do believe that there
10   are times when even as an investigator there were
11   people that were believed to be gang members that
12   were not included in the list based on the fact
13   that they didn't meet criteria or enough criteria.
14       Q.   All right.  I'm going to move on from
15   this statute here and actually ask you a few
16   questions about the texting investigation that
17   happened in 2022.
18       A.   Yes, sir.
19       Q.   Does that sound familiar?
20       A.   It does.
21       Q.   So what were the text messages; do you
22   know?
23       A.   I do know some of them, yes.
24       Q.   Did you actually see those text
25   messages?
                                                    144
```