IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, )
MARTEL COSTELLO, and JEREMY LEVY, )
JR., on behalf of themselves and ) Case No.
others similarly situated, ) 6:21-CV-01100
Plaintiffs, ) EFM-ADM
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____ )

VIDEOTAPED DEPOSITION OF
ROBERT THATCHER

December 1, 2022
2:24 p.m.
Taken at:
Joseph, Hollander & Craft
500 North Market
Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

---

APPEARANCES:

On behalf of the Plaintiffs:
  Mr. Jordan C. Baehr
  Mr. Paul M. Vogel
  Mr. Thomas Sullivan (By Zoom)
  Shook, Hardy & Bacon, LLP
  2555 Grand Boulevard
  Kansas City, Missouri 64108
  (816)474-6550
  Fax: (816)421-5547
  jbaehr@shb.com
  pvogel@shb.com

On behalf of the Defendant City of Wichita:
  Mr. Charles E. Branson
  Fisher, Patterson, Sayler & Smith
  3550 SW 5th Street
  Topeka, Kansas 66606
  (785)232-7761
  Fax: (785)232-6604
  cbranson@fpsslaw.com

On behalf of Defendant:
Kansas Appleseed Center For Law
and Justice, Inc.

  Ms. Teresa A. Woody (By Zoom)
  211 East 8th Street, Suite 3
  Lawrence, Kansas 66044
  (785)251-8160
  twoody@kansasappleseed.org

---

TRANSCRIPT INDEX

APPEARANCES.................................. 2

EXAMINATION OF ROBERT THATCHER:
BY MR. VOGEL................................. 5

REPORTER'S CERTIFICATE....................... 109

---

### Page 69

arrest itself?
A. No.
Q. So if SPIDER -- if you arrested somebody, ran them through the system and it came back as this person is a gang member via SPIDER, what then would you necessarily need to look at the criteria for?
A. The only reason I would is if understanding what charge I had, if I needed to use that to put in my narrative because it only applied to like a person's felony so it had to be like a serious crime.
Q. So why is it different if someone is a gang member versus if someone is not a gang member? What is the difference there?
A. I don't know. I just put it in my narrative. I don't know if it had something to do with the bond.
Q. So do you believe it had something to do with the bond?
A. I don't know. That's what I'm saying. I just always did that so the prosecutors and people would know just that it was a documented criminal street gang member.
Q. And you are doing this as part of a

### Page 70

standard operating procedure?
A. Standard investigation purposes.
Q. So now being a part of the Gang Unit itself, do you think there are going to be instances in which you should be familiar with the criteria for identifying a gang member itself, looking specifically back to Exhibit 5, 21-6313?
A. Is there any way I would need to come and review this?
Q. Correct.
A. No, not unless I wanted to look over it again.
Q. So in your function or role as a detective at any point are you necessarily needing to determine whether anybody meets the gang list criteria or certain protocols like that?
A. No, sir.
Q. Are you familiar with how someone gets onto the gang list?
A. Yeah. They have to meet some of these criteria and I don't know if it's 3 or 4 or what the percentage is but I think there's certain protocols set in place.
Q. You mentioned one earlier. You mentioned self admission?

### Page 71

A. Yeah.
Q. That's on here. That's been one so if a person, tell me if I'm accurate here, if a person self admits to being a gang member that's generally enough to label them as a gang member in the gang database, is that accurate?
A. I believe so. I was never acquired that system so I don't know. I apologize.
Q. Okay. Based on what you have in front of you, do you feel that's accurate?
MR. BRANSON: Object to form.
Q. (By Mr. Baehr) You can still answer the question.
A. Are you asking like if someone self-admits to being a gang member?
Q. Yeah. If someone self-admits to being a gang member to you, would you add them to the gang list?
A. I wouldn't add them. I would send up -- like back in the day, years back when I did that, I would send one of those cards.
Q. A TOPS card?
A. Uh-huh.
Q. Would do you that tomorrow?
A. What?

### Page 72

Q. If hypothetically, if you are investigating a case, someone admits to you during the course of that investigation that they are an active gang member in Wichita --
A. Uh-huh.
Q. -- what would you do at that point?
A. Probably ask my boss, my sergeant if he's not documented, if I need to document that. I don't know if the TOPS card thing is still something that's going on since I haven't dealt with that in years. And I might reach out to the gang officers and let them know. As a detective that's what I would do.
Q. So in that -- who, I guess, is then responsible for -- let me rephrase.
Who is responsible within the Gang Unit for identifying gang members within the community?
A. I don't know.
Q. What was that answer?
A. I don't know, sir.
Q. Who in the Gang Unit would be responsible for then identifying an active criminal street gang in the city of Wichita?
A. I think all officers are. Like if you just told me right now that you are a Crip gang

```
 1      Q.  Is it different now?
 2      A.  The reason I say that is because not a
 3  lot of people deck all out like that anymore.
 4      Q.  So you have had a long law enforcement
 5  history, so when you started it was much more
 6  prominent to see people in a particular style of
 7  dress or color than it is today?
 8      A.  Yes.  That's a good assessment.
 9      Q.  So do you feel that if you -- so if --
10  let me rephrase.  If you see somebody wearing a red
11  hat or putting a red bandana on or having a red
12  flag or something like that, is that indicative to
13  you of gang membership?
14      A.  No.
15      Q.  Not particularly?
16      A.  No.  I don't have a lot of interest in
17  what people wear anymore.  I'm getting old.
18      Q.  So back in the day if you saw that you
19  would assume that someone was a gang member?
20      A.  I wouldn't assume.  Just send up a
21  note.  I mean, obviously I would see a lot more
22  than somebody wearing red clothes.  I mean, what
23  are they doing; would are they with?  Is it like a
24  group of like five people; are they throwing up
25  hand gestures?  I mean, it could be -- I mean, we
                                                    97
```

```
    could give examples all day long.
        Q.  I guess the question is, do you feel
    that it was more important to gangs when you
    started to have a particular style of dress or to
    wear a particular color than it is today?
 6      A.  Did I feel it was important to them?
        Q.  More important when you first started
    than it is today.
        A.  For me or for them.
10      Q.  In identifying a gang member, yes.
        A.  I think it just -- it depends on if it
    comes up or applies because some people still do --
    there's a lot of people that are completely fine
    with letting you know that they are a part of a
    gang.  A lot.  They tell you.  It's almost written
16  on a shirt, so I mean it's not like anybody is
    hiding it.
        Q.  So we've only got a couple of more
    criteria here.  Don't worry.  So as we go through
20  this, the next one, a criteria for gang membership
21  is, "Associate with known criminal street gang
    members."
        A.  Uh-huh.
        Q.  What does that mean?
        A.  My interpretation of it means is that
                                                    98
```

```
    maybe you hang out with other individuals that are
    already documented.
        Q.  What does hang out mean?
        A.  Maybe you guys are all together at a
    party.  Maybe you guys all commit a crime together.
 6  I don't know.
        Q.  Once or twice or more or what is kind
    of the definition of associates?
        A.  Maybe you like hang out with
    associates; you hang out with them, you ride around
    with them; you live with them.  I don't know.
        Q.  What if that person is family?  Sorry, I
    do need you to answer verbally, please.  I'll reask
    the question.
        A.  Okay.
16      Q.  Talking about associates with known
    criminal street gang members, you stated hang out
    with them, riding around with them.  What if that
    person is family?  Is that the same as associating
    with them?
        A.  I don't know if it is.
        Q.  How do you determine that?
        A.  I don't know.  I never really dealt
    with that.  Like, you are asking a lot of gang stuff
    from a guy that doesn't have a lot of experience
                                                    99
```

```
    with gangs.
        Q.  So we'll still continue.
        A.  Go ahead.
        Q.  I understand that you don't have a lot
    of experience with gangs, but to the best of your
    knowledge I want you to at least try to work
    through.
        A.  Yeah, I will.
            MR. BRANSON:  You know, he's already
10  told you he doesn't apply these criteria.
        Q.  Yes.  We have --
            MR. BRANSON:  Okay.  You'll get the same
    answer.
        Q.  (By Mr. Baehr) So (G) Someone has been
15  arrested more than once in the company of an
16  identified street gang member for offenses which
17  are consistent with usual criminal street gang."
    What offenses would those be?
        A.  I have no idea.
        Q.  So as a detective you are responsible
    for investigating crimes.
        A.  Right.
        Q.  And 85 percent of those involves some
    sort of overlap with gang --
        A.  Violence.
                                                    100
```

25 (Pages 97 to 100)