IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


PROGENY, a program of           )

Destination Innovations,        )

Inc., CHRISTOPHER COOPER,        ) Case No. 6:21-CV-01100

ELBERT COSTELLO, MARTEL          ) EFM-ADM

COSTELLO, and JEREMY LEVY,       )

JR., on behalf of                )

themselves and others           )

similarly situated,             )

Plaintiffs,                     )

vs                              )

CITY OF WICHITA, KANSAS,          )

Defendant.                      )

_____ )

DEPOSITION OF

BRANDON J. JOHNSON

February 21, 2023

12:50 p.m.


Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas

Page 50

```
 1   around certain activities. So even using all the
 2   shootings we have seen here with gang members, they
 3   may saturate an area. That doesn't mean they are
 4   looking at every house but they are in that area
 5   and if those gang members are engaging and they
 6   collect intelligence on them, now you have this
 7   group identified. That's why I say it kind of
 8   depends on where they were at and who makes up who
 9   is in the database.
10       Q.  As a council member have you had
11   constituents come to you and voice concerns about
12   the gang list or the gang database?
13       A.  Most of my concerns I hear about is
14   just gang violence in general. They don't bring up
15   the database. And I don't think most people know
16   the in's and out's of the database.
17       Q.  I think you said that people who are on
18   the list were concerned because everybody knew that
19   they were listed on the list and it had negative
20   effects on them; is that right?
21          MR. BRANSON: Object to form.
22       A.  It was more that they assumed law
23   enforcement all knew that they were gang members
24   and were being targeted. I don't think the gang
25   members I know have never worried about that going
```

Page 51

```
 1   public and I know at some point there was some push
 2   for that whole database to be made public but then
 3   there were concerns of retaliation if that were to
 4   happen or knowing where certain people live or what
 5   section they were involved in.
 6       Q.  Did you ever have anybody talk to you
 7   about concerns about not being able to get off the
 8   gang list once you were put on?
 9       A.  Yes.
10       Q.  What were those concerns?
11       A.  My former barber who's passed, Jamal,
12   was concerned that it was impacting other folks in
13   certain ways. He started his own business because
14   he got tired of the gang label which he didn't
15   entirely attribute to the database but just people
16   knew he was a former gang member. He was always
17   concerned that it would hold young people back or
18   people who have changed their lives. He mentioned
19   he probably got put on the database now 30 years
20   ago or so and he found God and family and his
21   barber shop and wanting a way off of it if he was
22   on there. But it tends to be stuff like that; just
23   concerns about potential targeting or harm if
24   somebody wanted to start their own business or
25   getting contracts, things like that.
```

Page 52

```
 1       Q.  Because one of the concerns about harm
 2   that were expressed? In an economic way?
 3       A.  All of it. So it was alleged that this
 4   list was being passed around to local businesses.
 5   If you wanted to throw a party; if you were doing a
 6   contract with someone and maybe somebody in the
 7   department had the gang list and would call them
 8   and say that, but none of that was ever -- I never
 9   saw proof of it. I would just hear about it.
10       Q.  Okay, and how would you hear about it?
11       A.  Oh, they would just tell me that these
12   things are going on. The party example I mentioned
13   there was a party at -- I forget what that place is
14   called off of Kellogg. Not the old Rodeo. It was
15   by the west mall. There was a party being held
16   there. One of the individuals was a former Blood
17   and he alleged that WPD went in and talked to the
18   owner and tried to get them to cancel the party.
19   The party was cancelled but he didn't attribute
20   that to the gang file; he just attributed that to
21   officers knew he was a former gang member. He
22   still wears all his colors.
23       Q.  But he doesn't consider himself a gang
24   member now?
25       A.  Former. He highlights the former and
```

Page 53

```
 1   he even helps out when I'm trying to talk to young
 2   people about the benefits of not joining.
 3       Q.  Who is this; what was his name?
 4       A.  He would prefer I not give his name.
 5       Q.  It's under a protective order so --
 6       A.  It won't be in any paperwork?
 7       Q.  Well, it will be in the transcript of
 8   the deposition but that could be designated as
 9   confidential.
10       A.  Yeah. It would have to remain
11   confidential because that impacts his street
12   credibility.
13       Q.  Okay.
14       A.  So there's no way that gets out.
15       Q.  No, not from us.
16          MR. BRANSON: Well --
17       Q.  (By Ms. Woody) I mean, I'm just trying
18   to get as much information as I can about -- you
19   said he's a person who has been held back because
20   he's identified as a gang member.
21       A.  Yeah.
22       Q.  So I'm just trying to get as much
23   information about that as I can.
24       A.  Yeah. He really trusts me not to put
25   him in those positions like that with court
```

14 (Pages 50 to 53)