IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of ) | |
| Destination Innovations, ) | |
| Inc., CHRISTOPHER COOPER, ) | |
| ELBERT COSTELLO, MARTEL ) | |
| COSTELLO, and JEREMY LEVY, ) | Case No.6:21-CV-01100 |
| JR., on behalf of ) | EFM-ADM |
| themselves and others ) | |
| similarly situated, ) | |
| Plaintiffs, ) | |
| vs ) | |
| CITY OF WICHITA, KANSAS ) | |
| _____) | |

DEPOSITION OF

WANDA PARKER-GIVENS

October 12, 2022

9:59 a.m.


Taken at:

Joseph, Hollander & Kraft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

Page 74

1  Q. Were you ever involved in any audits of
2  the gang database?
3  A. No.
4  Q. Not your department?
5  A. Didn't even have access to it.
6  Q. Were you familiar with how the Gang
7  unit used social media to do its work?
8  A. Somewhat.
9  Q. What can you tell me?
10  A. I knew that they would create fake
11  accounts and follow certain members. Who they
12  followed and what names and stuff they used, I
13  don't know.
14  Q. Do you know what they were looking for
15  when they were following people?
16  A. I have to guess that they were looking
17  for any criminal activity. A lot of times gang
18  members, they like to pose with their weapons.
19  Q. Do you know of any policies or
20  procedures for how they should be using their fake
21  social media accounts?
22  A. I don't.
23  Q. I have a couple of more questions in
24  this block and then I think we can take another
25  break.

Page 75

1  A. Okay.
2  Q. This is going to seem like a series of
3  random questions strung together so I apologize for
4  that. Do you know what Operation Triple Beam was?
5  Have you heard that?
6  A. Yes, vaguely. I can't give you the
7  details of it. I think it might have been a 90-day
8  targeted program. Again, this is more Salcido's
9  area.
10  Q. You don't remember any details other
11  than that?
12  A. If I remember correctly they worked
13  with federal agencies, multiple agencies.
14  Q. What was the purpose of it?
15  A. You would have to ask Salcido.
16  Q. What about the Juvenile Mapping
17  program?
18  A. I'm not familiar with that.
19  Q. Do you know what a mapping program is?
20  A. Well, I think it had to do -- years ago
21  we had mapping on Broadway.
22  Q. What is mapping?
23  A. So mapping is a zoned area that they
24  are not supposed to be in.
25  Q. Who is they?

Page 76

1  A. So whether it was someone who had been
2  arrested for prostitution or solicitation there was
3  a mapping in that area and based on what you're
4  saying, I think it might be something along that
5  line. I don't know.
6  Q. In the mapping program that you
7  described, if somebody was in an area that they
8  weren't supposed to be in, what would happen to
9  them?
10  A. There was a charge and usually when they
11  were released the judge would put that on part of
12  their release.
13  Q. So if they were mapped out of a certain
14  area, they weren't supposed to be in that area,
15  that would be part of their probation conditions or
16  parole conditions?
17  A. Yes.
18  Q. So them being in that area would be a
19  violation of those conditions?
20  A. Yes.
21  Q. Do you know of any mapping done
22  associated with the Gang List?
23  A. No.
24  Q. Do you know of any geographic areas
25  that people who on the Gang List are not supposed

Page 77

1  to be in?
2  A. I don't know specifically but again, if
3  it's the 67214, I don't know if that was
4  implemented but if there was a mapping, that could
5  have been it.
6  Q. Was that ever discussed?
7  A. Not with me.
8  Q. Do you know of any businesses that
9  people on the list are not allowed to frequent?
10  A. No.
11  Q. Do you know who else had access to the
12  Gang List besides people in the Gang unit itself?
13  A. I think the Gang unit did; the
14  supervisor, Gilmore, Beard, the Violent Community
15  Response -- I can't remember what it was for, but
16  that team, I believe that they had access to it.
17  Q. Anyone else in WPD?
18  A. Not that I know of.
19  Q. So when you are working as a patrol
20  officer and you want to know if somebody you are
21  interacting within the community is on the list,
22  what would be the process?
23  A. I would have to get ahold of one of
24  them.
25  Q. One of who?

Page 90

1  community. I was part of the community. Some
2  officers, they only work in the community and they
3  were done. You didn't see them after five. Never
4  bump into them in the Walmart. Never going to see
5  them at church, and that was one of the things that
6  the community members would always talk about; that
7  you come in, you police us and then you go home in
8  your neighborhood. But I had to sit in church. So
9  that person may have just got out of prison. They
10 deserve a second chance. You can't just write them
11 off. That young man may have showed up at church
12 and he might have had a flag on him, wearing some
13 colors but at least he made it to a house of
14 worship. So the culture of us versus them, I think
15 I fought that for 34 years.
16     Q.  So you felt that that was the
17 predominant culture within the WPD, us versus them?
18     A.  Yes.
19     Q.  And you were trying to fight against
20 that?
21     A.  It wasn't just me. There's numerous
22 officers that really did want to change the
23 community, really wanted to be a part of it. So
24 it's not the whole department, but there's a pocket
25 of it that it was us; we make the decisions and

Page 91

1  this is what happens to you. Done. I never looked
2  at things like that.
3      Q.  How do you think the community felt
4  about the Gang List?
5          MR. BRANSON: Objection.
6      A.  I think it bothered them. You didn't
7  know who was on it, and if you were on it, if you
8  weren't a gang member, how did you get off of it.
9  I can't remember what year it was when one was
10 lost. I think it was the officer drove off with it
11 on the hood of their car and community got it and
12 went to the news media with it.
13     Q.  (By Ms. Brett) When you say you mean
14 the Gang List itself?
15     A.  Yeah, and that was actually a snail
16 copy.
17     Q.  Can you tell me more about that
18 incident because I wasn't aware of that.
19     A.  You would have to Google. I know there
20 was an investigation over it and I can't remember
21 what news channel it was on but they actually had
22 the Gang List that was actually shared with law
23 enforcement and it fell into their hands.
24     Q.  In your conversations with community
25 members have they ever expressed to you anger about

Page 92

1  the Gang List?
2      A.  Yes.
3      Q.  What do you think was the source of
4  that anger?
5      A.  Again, I think it was once they got on
6  the list, how did they get on the list and if they
7  weren't a member how do they possibly get off of
8  it.
9      Q.  How do you feel about the Gang List?
10     A.  It's pros and cons. It's a very good
11 intel if the right people are on it and not the
12 wrong person. So it scares me that if one person
13 is on it that shouldn't be, that's my biggest fear.
14     Q.  Why is that your biggest fear?
15     A.  It could ruin somebody's life.
16     Q.  What do you mean by that?
17     A.  If we affiliated them with being a gang
18 member, that's a major impact for resources and
19 things I've already mentioned how that could impact
20 them.
21     Q.  We talked a little bit about some of
22 the racial disparity on the Gang List. Do you
23 think that there's racism within the Wichita Police
24 Department?
25     A.  Yes.

Page 93

1      Q.  How so?
2      A.  I would say it's limited and I think
3  with some of the things that are in the news right
4  now, I think we've got to be honest about it, the
5  SWAT texting. When I hired on I remember a
6  conversation that I took a position from a male
7  trying to feed his family and this job was going to
8  be very hard for me and he didn't one f'ing bit and
9  he smiled.
10     Q.  Why was it going to be hard for you?
11     A.  I'm a black female.
12     Q.  Do you think you were treated
13 differently within the department being a black
14 female?
15     A.  In some cases, yes.
16     Q.  You mentioned the SWAT texting incident
17 that's been in the news. Did that surprise you at
18 all?
19     A.  No. I was more hurt.
20     Q.  Can you tell me more about why?
21     A.  Throughout my career there have been
22 jokes that wore a dress; if we would report them
23 but you also had to be careful that you became that
24 one that when you walked in the room it would get
25 quiet because they knew you wouldn't tolerate some

24 (Pages 90 to 93)