Page 1

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
 3                FOR THE DISTRICT OF KANSAS
 4
 5
 6  PROGENY, et al.,
 7        Plaintiffs,
 8  vs.       Case No. 6:21-cv-01100-EFM-ADM
 9  CITY OF WICHITA, KANSAS,
10        Defendant.
11
12
13              DEPOSITION OF
14             MARQUETTA ATKINS
15     AS CORPORATE REPRESENTATIVE OF PROGENY,
16  taken on behalf of the Defendant, pursuant to
17  Notice to Take Deposition, beginning at 8:58 a.m.
18  on the 31st day of May, 2023, at the offices of
19  American Civil Liberties Union Foundation of
20  Kansas, 10561 Barkley Street, Suite 500, in the
21  City of Overland Park, County of Johnson, and
22  State of Kansas, before Barbara J. Hoskinson,
23  Certified Court Reporter, Kansas License No. 0434
24  and Missouri License No. 999.
25
```

Page 2

```
 1              APPEARANCES
 2
 3
 4  ON BEHALF OF THE PLAINTIFFS:
 5
 6     Ms. Sharon Brett
 7     American Civil Liberties
 8     Union Foundation of Kansas
 9     10561 Barkley Street, Suite 500
10     Overland Park, Kansas, 66212
11     913-490-4100
12     sbrett@aclukansas.org
13
14     Mr. Paul M. Vogel (By Video Conference)
15     Shook, Hardy & Bacon, LLP
16     2555 Grand Blvd.
17     Kansas City, Missouri, 64108
18     816-474-6550
19     pvogel@shb.com
20
21
22
23
24
25
```

Page 3

```
 1  ON BEHALF OF THE DEFENDANT:
 2
 3     Mr. Charles E. Branson
 4     Fisher, Patterson, Sayler & Smith
 5     3550 SW 5th Street
 6     Topeka, Kansas, 66606
 7     785-232-7761
 8     cbranson@fpsslaw.com
 9
10
11  ALSO PRESENT:
12
13     Ms. Kunyu Chin
14     Ms. Manoela Saldanha
15     Mr. Tyler Toelkes
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                 INDEX
 2
 3
 4  Certificate---------------------------- 113
 5
 6
 7              WITNESS
 8  ON BEHALF OF DEFENDANT:                  PAGE
 9  MARQUETTA ATKINS, AS CORP. REP.
10  Direct-Examination by Mr. Branson         5
11  Cross-Examination by Ms. Brett          108
12
13
14             EXHIBITS
15  DEPO EXHIBIT NO.:                     MARKED
16  No 55  Deposition Notice               14
17  No 56  Receipt re: Attorney fees       57
18  No 57  Screen shot of Progeny Events
19     web page                             69
20  No 58  Plaintiff's Responses to
21     Defendant's 1st set                  78
22  No 59  Plaintiff's 1st Supplemental
23     Responses to 1st set of
24     Interrogatories                      78
25
```

Page 29

1  because they didn't have accessibility to masks.
2  We wondered what kind of mandates were coming
3  down, you know, and then we worried about when
4  school opened back up, understanding that these
5  young people were losing socialization, that they
6  were being impacted by depression from being in
7  the house, and understanding that there was going
8  to be a heightened sense of sensitivity when they
9  got back into the schools and wanted to get in
10 front of that.
11     Q.  Okay.  I assume the pandemic had effects
12 on your ability to meet personally with people?
13     A.  Yes.  We just -- we Zoomed.
14     Q.  When did you start in-person meetings
15 again?
16     A.  We didn't really get back into really
17 doing in-person meetings until 2022.
18     Q.  Okay.  Tell me about 2022 and then return
19 to in-person meetings.
20     A.  2022 were hybrid, so, we did mostly Zoom
21 still a lot in 2022.  We just recently moved into
22 our new location just a few months ago, but we
23 meet -- met on Thursdays.  We met on Thursdays via
24 Zoom for a long time until we got our building,
25 yeah.

Page 30

1      Q.  You said you just got your building a few
2  months ago?
3      A.  A few months ago, yeah.
4      Q.  So, you were still meeting on Zoom?
5      A.  We were still meeting on Zoom or we would
6  meet at the Center.
7      Q.  And what's the Center?
8      A.  The Center is just a local nonprofit
9  organization that's just like a community center.
10     Q.  Okay, starting in 2022 how often did you
11 meet at the Center?
12     A.  We met -- we meet on Thursday nights,
13 Monday nights and Thursday nights, and if we had
14 any events -- and events are where we open up for
15 the community young people to come in and have
16 panel discussions and discuss what's impacting
17 them and impacting their community, so, yeah.
18     Q.  So, starting in 2022 you're still doing
19 some things hybrid, but you were still having --
20 you went back to having in-person meetings on
21 Mondays and Thursdays?
22     A.  Mondays and Thursdays, uh-huh.
23     Q.  Is that every Monday and Thursday?
24     A.  Contingent on -- pretty much every Monday
25 and Thursday.  Again it's contingent on what the

Page 31

1  Progeny manager has going on or what our youth
2  have going on.  Or whatsoever it's pretty
3  consistent.
4      Q.  What about 2023, is that consistent?
5      A.  2023, yeah.
6      Q.  Again Monday, Thursdays?
7      A.  Monday, Thursday meetings.
8      Q.  With occasional issues based on whatever
9  programs or events are happening?
10     A.  There you go.
11     Q.  Okay.  How did the pandemic affect your
12 -- I'm trying to figure out how to correctly say
13 the term membership here that captures the right
14 group of people.  How did -- let me ask it this
15 way:  How did the pandemic affect attendance at
16 your events?
17     A.  We met via Zoom, so, of course we
18 couldn't have necessarily events in person, so, it
19 impacted us greatly, but we just shifted like the
20 world shifted to Zoom meetings and --
21     Q.  Okay, so -- I'm sorry.
22     A.  I was just going to say that's also -- we
23 have to realize we're working with young people
24 that have been touched by the system or come from
25 marginalized communities so how it impacts them is

Page 32

1  accessibility.  Do they have accessibility to a
2  WiFi, do they have accessibility to a laptop, do
3  they have accessibility, so, that impacts when you
4  have to do it via Zoom.
5      Q.  Sure.  Before pandemic do you have an
6  idea of what your average attendance was on those
7  Monday-Thursday meetings?
8      A.  It depends on the circumstances.  So, I
9  go back to average attendance if -- we have young
10 people that cycle back into the system, so,
11 sometimes we were missing young people because
12 they were in jail.  Sometimes we were missing
13 young people because they didn't have
14 accessibility to transportation.  Sometimes we
15 were missing young people because they were going
16 through trauma.  So, it just varies week to week.
17     Q.  Okay.  What would be a low attendance for
18 one of these meetings?
19     A.  A low attendance is if we have three or
20 four people show up.
21     Q.  What would be a high attendance?
22     A.  A high attendance is when we can fill up
23 the room, so, you know, we had a community meeting
24 probably about three or four months ago and it was
25 standing room only, so.



Page 33

1  Q. Can you give me an idea what that might
2  be?
3  A. I think there was about 60 people in that
4  space.
5  Q. Post pandemic are your meetings
6  attendance similar to your prepandemic?
7  A. It's about the same. We're building our
8  base, so, we're getting a little bit more young
9  people engaged, but about the same.
10 Q. So, three to four low, up to 60 for a
11 high?
12 A. 60 is for an event. So, typically if we
13 have an event, community event, we'll get about 60
14 or so people there.
15 Q. So, I'm going to break that down a little
16 bit. Your Monday-Thursday meetings, three to four
17 was low. What would be a high for a Monday
18 meeting?
19 A. 11 to 15 people.
20 Q. Okay, and has that been consistent post
21 pandemic?
22 A. It varies.
23 Q. Can you tell me what you mean by it
24 varies?
25 A. What I said earlier, week to week. So,

Page 34

1  it's contingent about what the kids are going
2  through. So, we have some weeks where we have a
3  full house and we have some weeks where the kids,
4  some of the young people are going through things,
5  whether it's in jail, whether or not they have
6  accessibility to transportation, whether or not
7  they're going through some kind of trauma or
8  depression. It varies.
9  Q. The same as it varied prepandemic?
10 A. Same as it varied prepandemic, yes.
11 Q. And again I think you said you had a
12 recent event, standing room only, 60ish people?
13 A. Uh-huh. The community showed up, yeah.
14 Q. And your events like this, is that
15 consistent with what you were seeing prepandemic?
16 A. I will say it varies. There's nothing
17 that's consistent. When you do community work,
18 especially in Wichita, sometimes you can have a
19 full house, sometimes you can have barely -- that
20 just goes along with throwing events. So, I don't
21 want to say consistent because there's no
22 consistency when you do this work. It's just the
23 climate of the community during that time.
24 Q. I understand.
25 A. Yeah.

Page 35

1  Q. Could be the topic, could be time of
2  year, all sorts of things?
3  A. It could be all sorts of things. It's
4  just -- there is nothing consistent about
5  community work. A given experience, when the City
6  did the "No Ferguson Here" event we were in East
7  High School gym, it was a full house. The second
8  time they did it barely anybody showed up. It's
9  never consistent, so, it varies.
10 Q. Does Progeny maintain any type of
11 membership roster?
12 A. We do keep -- so, I wanted to say this:
13 Keep in mind, we're a small grassroots
14 organization. So, do we keep a list of our
15 members? Yeah, we try to track our members. Are
16 we as consistent with it as we need to be? We're
17 small, we're a nonprofit, we're understaffed and
18 overworked, so, it's -- I mean, we're a small
19 nonprofit.
20 Q. When you say you try to track your
21 members, can you just define for me what you
22 consider to be a member of Progeny?
23 A. So, going back to what we said earlier, a
24 youth leader that's done an interview, a youth
25 leader that's done an interview that is -- we have

Page 36

1  our four to six paid youth leaders or we have
2  young people that show up, just show up to be a
3  part of the experience. So, again it varies,
4  yeah.
5  Q. Okay. So, you count anybody that shows
6  up for events then as members?
7  A. No. You don't automatically become a
8  member of Progeny for just showing up to events.
9  It's just the youth that show up consistently
10 every Thursday to be a part of the work, yeah.
11 Q. Okay. Is there a certain number of times
12 they have to show up to be considered a member or
13 is there some way you designate them and say,
14 welcome, you're finally a member?
15 A. If you are one of our four to six youth
16 leaders you fill out an application, you do an
17 interview, and that's how you become an official
18 member of Progeny. So, Progeny has three levels
19 to it. This is just for -- this just happened
20 this year, this change. So, Progeny has three
21 levels. We have our youth leaders, which is our
22 paid stipend youth leaders. We have our youth
23 that are considered to be a part of Progeny but
24 they are not actively paid stipends every single
25 month, but they are connected to opportunities.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street    6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604       Suite 101               Suite 305
785-273-3063           Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com    913-383-1131            316-201-1612

Page 61

1  A. He had -- go ahead.
2     MS. BRETT: Object to form.
3  BY MR. BRANSON:
4  Q. This isn't -- this receipt appears to be
5  dated January 19th, 2022.
6  A. Uh-huh.
7  Q. There's some written notations above the
8  date. Do you see where I'm looking at?
9  A. Yes, that it was reimbursed to us by a
10 donor, yes.
11 Q. Okay, that says donor.
12 A. Uh-huh.
13 Q. Tell me what the process is to get
14 reimbursed by a donor.
15 A. This process in particular, we had a
16 community meeting with different young -- men from
17 the community because we had young men that are,
18 that was consistently cycling in and out of the
19 system. There was a person that was actually
20 visiting from out of town and when we talked to
21 him about what Yusef was going through he donated
22 the money to us to reimburse us for this.
23 Q. How often do you get reimbursed for
24 expenditures --
25 A. Doesn't happen often.

Page 62

1     MR. BRANSON: Take a break, go off the
2  record.
3     (THEREUPON, an off the record discussion
4  was held.)
5  BY MR. BRANSON:
6  Q. The expenditure made on behalf of Yusef
7  Presley, at the time this expenditure was made
8  what was Yusef Presley's status with Progeny?
9  A. I don't want to tell you the wrong thing
10 'cause I'm trying to remember the exact date that
11 we hired Yusef and right now I'm not -- I don't
12 have it clear in my head when we hired Yusef on.
13 I think this happened before he was hired, but I
14 need to double-check that. We hired Yusef because
15 he lost his job. He was spiraling and he was
16 suicidal. He was cycling in and out of the
17 system, he was constantly being profiled or
18 whatsoever and an opportunity became available for
19 him to get hired on because with us he won't lose
20 his job because he goes to jail.
21 Q. When you say he was hired on, was -- you
22 mentioned his name earlier as part of the Progeny
23 team as a youth coordinator?
24 A. Yeah, he just, he became a part of the
25 Progeny team, yeah.

Page 63

1  Q. And you're unsure if he was a youth
2  coordinator when this expenditure actually
3  occurred?
4  A. I can't remember, I can't remember when
5  we hired him on. That part I'm blanking on, so,
6  I don't want to lie to you.
7  Q. That's fine. Before he was hired as a
8  youth leader did he hold any -- was he a --
9  excuse me. Before he was hired as a youth
10 coordinator --
11 A. Uh-huh.
12 Q. -- did he hold any other membership
13 position?
14 A. He was a youth leader. If we can create
15 opportunities, if it makes sense, we've hired four
16 Progeny youth leaders in the past. We have two
17 currently working for us now.
18 Q. Okay, thank you. We've talked about
19 Progeny's source of funding. What is your -- what
20 is Progeny's fiscal year?
21 A. DI as a whole, our fiscal year is
22 December -- calendar year.
23 Q. Okay, January to December?
24 A. Yeah.
25 Q. Does Progeny have separate funding --

Page 64

1  does it have a separate budget from Destination
2  Innovation, Inc.?
3  A. Destination Innovation, Inc. is the hub.
4  All of our programs have budgets. Each one of our
5  programs have budgets. They have their own --
6  Q. What is the 2023 budget for Progeny?
7  A. For -- I know DI specific. I forgot the
8  total Progeny's number. For DI specific is about
9  246,000 -- I mean, sorry, 746,000 dollars, around
10 that amount. I don't want to lie to you about
11 Progeny's numbers, so, I -- it's not fresh on my
12 brain right now.
13 Q. And I'm not trying to pin you down on any
14 of this. Can you just --
15 A. No, I just want to make sure that I'm
16 clear about, I mean that I'm giving you accurate
17 information. I don't want to give misinformation.
18 Q. No, I appreciate that, thank you. Can
19 you give me a rough estimate of Progeny's portion
20 of DI's 746,000 dollar budget?
21 A. It can be anywhere between two to three
22 hundred thousand dollars. Progeny is our
23 heaviest-staffed program, most demanding program.
24 Q. And that's the 18 staff and then four
25 youth leader stipend positions?


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                   Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131                316-201-1612

Page 69

1  those decisions for each program like Progeny?
2      A.  Yes, but we do it collectively as a team.
3  Ultimately it's up to me.
4      Q.  How are -- this may be a similar
5  question, or similar answer.  How, how does
6  Progeny decide it's going to host or participate
7  in the event?
8      A.  Just like any nonprofit, we plan events.
9  It's nothing complicated or rocket science.  We
10 plan out the scope of our work.  Our work is
11 juvenile justice reform.  We're focused on Senate
12 bill 387, we're focused on debt-free justice work,
13 to eliminate fines and fees for youth.  We're
14 focused on transparency when it comes to the gang
15 list and how our young people in our communities
16 are profiled by that list.  We are focused on
17 holistically making sure that we're creating
18 spaces for young people to thrive and be healthy
19 and feel safe in their community.
20      (THEREUPON, Deposition Exhibit No 57 was
21 marked for identification.)
22      BY MR. BRANSON:
23      Q.  I'm going to hand you what's been marked
24 as Exhibit 57.
25      A.  Uh-huh.

Page 70

1      Q.  It's a print-off from your website events
2  page.
3      A.  Yep.
4      Q.  Do you recognize everything that's
5  depicted on there?
6      A.  Absolutely.
7      Q.  Okay.  I know we talked about events
8  earlier, but I just wanted to ask you a little bit
9  about these events.  Page 1, you list the 40
10 million dollar investment.  Is that on October
11 20th, was that 2022?
12     A.  That was 20 -- yeah, 2022, yep.
13     Q.  And it goes over onto the next page if
14 that helps.
15     A.  Uh-huh.
16     Q.  What was that event?
17     A.  That was a conversation around -- when we
18 do this listening sessions with our community to
19 ask young people what would they do if they had
20 money to invest in their community, what does a
21 healthy thriving community look like for you, and
22 so we have had a panel discussion, we had
23 different speakers come in and we had poetry, we
24 had singers.  It was a pretty great event.
25     Q.  Okay.  Can you estimate the attendance?

Page 71

1      A.  That was the standing room only event.
2      Q.  Okay.  Next after that, there's a, the
3  sit-down with Progeny.  What was that?
4      A.  Again, it's a event where we open it up
5  to the community to come and discuss how the
6  system is impacting our youth, how can we come up
7  with restorative justice measures to keep our kids
8  out of prison and from engaging with, with
9  officers.  We discussed gang lists.  We discussed
10 all those, those things.  Anything that impacts
11 our community and young people in a negative way,
12 that's the space to have these discussions.
13     Q.  Was that hosted in August of 2022?
14     A.  I can't give you an exact -- I can't give
15 you an exact date on this kind of stuff.  I don't
16 -- again, I don't want to lie to you.  We have
17 three different programs that I have to, main
18 programs that I manage so we have a lot going on,
19 but this was a -- I don't know when this was.  I
20 remember this event 'cause I was there, but I
21 can't remember the exact date of this event.
22     Q.  Okay.  Do you think it's possibly in
23 2022?
24     A.  It was possibly in 2022, maybe 2023.
25     Q.  Okay, and you said you were at this

Page 72

1  event.  How was, how well was this event attended?
2      A.  We probably, based off of this picture --
3  but there were more young people there -- I'd say
4  we probably had about 20 people in that space.
5      Q.  Okay.  Was that what was expected for
6  that event?
7      A.  No, we wanted more.
8      Q.  Did you believe the event was successful?
9      A.  I believe an event is successful if you
10 have two people in the room.  Impact is impact, no
11 matter small or large.
12     Q.  Moving on, there's another event, Debt
13 Free Justice, Fines and Fees Community listening
14 session?
15     A.  Uh-huh.
16     Q.  Tell me what that is.
17     A.  Debt free Justice is the national
18 program.  We have it on a Kansas-based Debt Free
19 Justice group and we have a national-based Free
20 Justice group.  Our national group came in and did
21 a community listening session to discuss how fines
22 and fees impacted our community -- we have a whole
23 video up, you can go and check it out -- with
24 young people talking about how fines and fees
25 impacted their lives or whatsoever and different

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

Page 73

1 realms that they incur fines and fees from being
2 profiled, from punitive stuff, from getting caught
3 up when they were kids, and how they cycle in and
4 back out of the system and how it harms them.
5 So, that was that event and that event was in May
6 of last year, I believe.
7     Q.  And --
8     A.  I had Covid so I didn't go to that event.
9     Q.  Okay.
10     A.  So, it might not have been in May.  I had
11 Covid, it was in July.
12     Q.  Do you have any idea what the attendance
13 was at that event?
14     A.  I had Covid, so, I wasn't -- I was on
15 Zoom.  They -- I would say they probably had about
16 20 to 30 people.  There probably could have been
17 more.  I'm not sure.  One event that you guys
18 don't have on this list talking about events is
19 the first community event that I -- there's two
20 events -- well, there's a bunch that are not on
21 here, but in the event where we had a community
22 listening session and that's when we had way too
23 much WPD showed up, all the cop cars were out.
24 The kids were too afraid to come in the event
25 because they were scared they were going to be

Page 74

1 profiled.  I was getting calls from kids the whole
2 time, so, we had more cops in that event than we
3 had youth because they were too scared to come in.
4     Q.  I believe you talked about that event in
5 your interrogatories --
6     A.  Uh-huh.
7     Q.  -- answers.
8     A.  Yeah, it's not on this list.
9     Q.  We'll get to that one.
10     A.  Yeah.
11     Q.  The art exhibit, Too Deeply Rooted to be
12 Muted, what was that event?
13     A.  That was in part -- that, Too Deeply
14 Rooted to be Muted was just in Mulberry Art
15 Gallery.  It was just an art piece that we did in
16 response to our fight with the gang list, our
17 fight with Cedric Lofton being murdered at JIAC
18 and young people were in a space where they felt
19 like they weren't being heard, that they don't
20 feel safe in their own communities, and, so, that
21 art was inspired to let people know that these
22 young people are going to continue to speak up and
23 speak out.
24     Q.  Was this a specific timed event, meaning
25 it happened in a day and a certain time or was it

Page 75

1 just a display that was --
2     A.  It was just a display of art, come and
3 go.
4     Q.  I think you talked about the next one,
5 the I Am Why Workshop a little bit.
6     A.  Uh-huh.
7     Q.  But can you tell me about the event
8 listed on this exhibit?
9     A.  So, I Am Why is the national program we
10 partnered with to do facilitation for young women
11 and gender-expansive youth to talk about the
12 policies that impact them and to give affirmation
13 on why they will be the person that opens the door
14 for the next generation of young people to not go
15 through what they went through and their
16 reclaiming their voices and their narrative.
17     THE REPORTER:  I'm sorry?
18     THE WITNESS:  Reclaiming their voices and
19 their narrative.
20     BY MR. BRANSON:
21     Q.  And I believe you may have told me
22 earlier, but this was a four-day event?
23     A.  Lasted four days, yes.
24     Q.  And this is one where participants were
25 paid 30 dollars an hour to --

Page 76

1     A.  To be a part of the work, again because
2 we feel like our youth are the best investment we
3 can make.
4     Q.  The next event that you have listed on
5 here is Yusef's awarded the Spirit of Youth award.
6 Was this an event or just acknowledgment of an
7 award?
8     A.  He just got an award.  That was in
9 Washington D.C., it's not in Wichita.  That was
10 not a local event.
11     Q.  Next one after that, State of youth, part
12 of it appears the Juneteenth Wichita celebration?
13     A.  Yeah.  We have another one coming up on
14 the 17th.  Every -- for the past three years I
15 host a State of Youth at NAACP.  I run the Kansas
16 Kids Corner for Juneteenth ICT and we host a State
17 of Youth as collective, not of just our programs
18 but other programs, and the young people talk
19 about the issues that are impacting them in the
20 city.  So, it's inclusive of environmental
21 justice, gang list profiling, prison to, school to
22 prison pipelines, foster to prison pipelines,
23 victim to prison pipelines, all of the systems
24 that exist that can get our kids incarcerated,
25 environmental justice, lack of jobs, lack of