ELBERT E. COSTELLO  -  06.01.23

1

```
            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
                    WICHITA DIVISION


PROGENY, a program of           )
Destination Innovation, Inc.,   )
CHRISTOPHER COOPER, ELBERT      )
COSTELLO, MARTEL COSTELLO, and  )
JEREMY LEVY, JR., on behalf of  )
themselves and others           )
similarly situated,             )
                                )
           Plaintiffs,          )
                                )
vs.                             ) Case No.
                                )
CITY OF WICHITA,                ) 6:21-cv-01100-EFM-ADM
                                )
           Defendant.           )
                                )


                  D E P O S I T I O N

     The deposition of ELBERT E. COSTELLO, taken on
behalf of the Defendant in the above-styled and
numbered cause, pursuant to the Federal Rules of Civil
Procedure before Jeffrey J. Elliott, Kansas CCR #912,
at City Hall, 455 North Main, 13th Floor, Wichita,
Sedgwick County, Kansas, on the 1st day of June, 2023,
commencing at 10:00 a.m.


             HARRISON-ELLIOTT REPORTING, LLC
                  Certified Court Reporters
          1417 North Saint Paul, Wichita, Kansas 67203
            (316)267-8278 phone   (316)267-8621 fax
                   jeff@harrisonelliott.com
```

---

ELBERT E. COSTELLO  -  06.01.23

2

```
                   A P P E A R A N C E S

FOR THE PLAINTIFF(S):

    Ms. Teresa A. Woody
    KANSAS APPLESEED CENTER FOR LAW & JUSTICE, INC.:
    211 East 8th Street - Suite D
    Lawrence, Kansas 66044
    twoody@kansasappleseed.org

    Ms. Sharon Brett             (VIA VIDEOCONFERENCE)
    ACLU FOUNDATION OF KANSAS:
    10561 Barkley Street - Suite 500
    Overland Park, Kansas 66212
    sbrett@aclukansas.org

    Mr. Ijeoma (EJ) Odigwe
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    iodigwe@shb.com

    Mr. Jordan C. Baehr          (VIA VIDEOCONFERENCE)
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    jbaehr@shb.com


FOR THE DEFENDANT CITY OF WICHITA:

    Mr. Charles E. Branson
    FISHER, PATTERSON, SAYLER & SMITH
    3550 SW 5th Street
    Topeka, Kansas 66606
    cbranson@fpsslaw.com

    Mr. David R. Cooper          (VIA VIDEOCONFERENCE)
    FISHER, PATTERSON, SAYLER & SMITH
    3550 SW 5th Street
    Topeka, Kansas 66606
    dcooper@fpsslaw.com
```

HARRISON-ELLIOTT REPORTING
(316) 267-8278

---

ELBERT E. COSTELLO  -  06.01.23

3

I N D E X

ELBERT E. COSTELLO

    Direct Examination by Mr. Branson     5
    Cross-Examination by Ms. Woody       44
    Redirect Examination by Mr. Branson   49

DEFENDANT DEPOSITION EXHIBIT 60
    Marked for Identification           10
    (Interrogatory Answers - E. Costello)

DEFENDANT DEPOSITION EXHIBIT 61
    Marked for Identification           15
    (Color Photo Image - Family First Star Tattoo)

DEFENDANT DEPOSITION EXHIBIT 62
    Marked for Identification           16
    (Color Photo Image - Four Individuals)

DEFENDANT DEPOSITION EXHIBIT 63
    Marked for Identification           19
    (KS Sentencing Guidelines Journal Entry of
    Judgement - Filed 12/8/97)

DEFENDANT DEPOSITION EXHIBIT 64
    Marked for Identification           22
    (KS Parole Board - Certificate of Release)

DEFENDANT DEPOSITION EXHIBIT 65
    Marked for Identification           28
    (KS Parole Board - Cert. Post Release Discharge)

DEFENDANT DEPOSITION EXHIBIT 66
    Marked for Identification           35
    (12/26/20 Group Color Photo Image - Facebook)

HARRISON-ELLIOTT REPORTING
(316) 267-8278

---

ELBERT E. COSTELLO  -  06.01.23

4

DEFENDANT DEPOSITION EXHIBIT 67
    Marked for Identification           38
    (Five Color Photo Images - Facebook Post)

DEFENDANT DEPOSITION EXHIBIT 68
    Marked for Identification           34
    (Group Color Photo Image - Facebook Post)

DEFENDANT DEPOSITION EXHIBIT 69
    First Reference in Transcript       44
    (Color Photo Image - Five-Point Star Tattoo)

SIGNATURE OF WITNESS                51
CERTIFICATE OF CERTIFIED REPORTER     52

HARRISON-ELLIOTT REPORTING
(316) 267-8278

1     gang member. It's just certain stuff they give
2     you points to classify your level.
3 Q. And how is that you were aware of what things you
4     are classified on?
5 A. Uh, your counselor, he informs you.
6 Q. And I know that it says that you don't remember
7     who your unit team leader was.
8 A. No.
9 Q. Have you had a chance to think about that at all?
10 A. I haven't thought about it. That's something
11     happened over 20 years ago.
12 Q. Were you ever specifically told that your custody
13     level was affected by your inclusion on the
14     Wichita Police Department's gang list?
15 A. Yes.
16 Q. And how were you provided that information?
17 A. Like I said, through my counselor.
18 Q. Did you have to answer any questions related to
19     gang affiliation when you were first brought into
20     custody?
21 A. I can't remember.
22 Q. Sir, do you recall when you were released from
23     jail?
24 A. Yes.
25 Q. Was is it somewhere around November 13th, 2000?

1 A. Yes.
2 Q. Sir, in your Interrogatory No. 11 on page 10, you
3     allege that in paragraph 129 of the complaint
4     that you were subjected to increased surveillance
5     because of your inclusion in the gang list. Do
6     you see that statement?
7 A. Yes.
8 Q. Sir, I'm going to ask you that you review Exhibit
9     64 and the Conditions of Post-Release
10     Supervision, if you will just take some time to
11     review that second page.
12     (REPORTER'S NOTE: Witness
13     reviewing document.)
14 Q. Are you familiar with those conditions now that
15     you've had a chance to review them?
16 A. Yes.
17 Q. And those are the conditions that you signed off
18     on when you were placed on post-release
19     supervision?
20 A. Yes.
21 Q. Sir, is there anything in those conditions that
22     reflect that you are subject to a higher level of
23     surveillance because of any gang affiliation?
24 A. No.
25 Q. Sir, in your Interrogatory No. 12, starts on page

1 A. Yes.
2     (Deposition Exhibit 64 marked
3     for identification.)
4 Q. I'm going to hand you an Exhibit 64. Sir,
5     Exhibit 64 is your Certificate of Release. Is
6     that your signature at the bottom of that
7     certificate?
8 A. Yes.
9 Q. And does this denote your release from prison and
10     your placement on post-release supervision by the
11     Kansas Department of Corrections?
12 A. Yes.
13 Q. And on page 2 of your Conditions of Post-Release
14     Supervision, looks like there's 12 conditions and
15     then a special condition typed onto the form. Do
16     you see that?
17 A. Special condition?
18 Q. Yeah, there's 12 numbered conditions --
19 A. Oh, I see.
20 Q. -- and then under Special Conditions there's an
21     additional thing looks like maybe has been typed
22     on the form.
23 A. Mm-hmm. (Witness motioned head up and down.)
24 Q. Okay. And again, sir, is that your signature at
25     the bottom of this page?

1     11, you allege that in paragraph 132 of the
2     complaint that you were subjected to increased
3     surveillance and harassment by WPD officers and
4     that you continued to be routinely stopped by WPD
5     officers for minor traffic violations. Let me
6     first ask you about the second part of that.
7     Have you been stopped recently by Wichita Police
8     Department?
9 A. No.
10 Q. When was the last time you were stopped by the
11     Wichita Police Department?
12 A. I really don't recall.
13 Q. More than a year ago?
14 A. Yes.
15 Q. More than two years ago?
16 A. Yes.
17 Q. More than three years ago?
18 A. Yes.
19 Q. More than four years ago?
20 A. Don't gotta go that far back.
21 Q. Okay, sure. Sir, when you say you were subjected
22     to increased surveillance and harassment by
23     Wichita Police Department officers, so it's been
24     at least four years ago that you have been -- or
25     close to four years ago that you have been

ELBERT E. COSTELLO - 06.01.23
25

1  stopped.
2  A. Right.
3  Q. When do you alleged that this harassment started?
4  A. Say not too much longer after I was released
5     from prison.
6  Q. So sometime in 2000?
7  A. Yes.
8  Q. Sir, have you been arrested since you've been
9     released from prison?
10 A. Yes.
11 Q. Were you arrested in 2005 for possession of
12    marijuana in September of 2005?
13 A. I -- I really can't recall. I can't remember.
14 Q. Okay. What about July of 2006; were you arrested
15    in July of 2006 for possession of marijuana?
16 A. I can't recall.
17 Q. Okay. Were you arrested in February of 2007 for
18    possession of drug paraphernalia?
19 A. Yes.
20 Q. Do you know the result of that case?
21 A. One-year probation.
22 Q. Were you arrested in September of 2007 for
23    domestic battery?
24 A. Yes.
25 Q. What was the result of that arrest?

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23
26

1  A. Dismissed.
2  Q. Were you arrested in April of 2008 for aggravated
3     domestic battery?
4  A. I believe so, but I can't recall.
5  Q. What was the result of that arrest?
6  A. Dismissed.
7  Q. Were you arrested in September of 2009 for
8     possession of narcotics?
9  A. September of 2009. I don't recall that.
10 Q. Okay. How about October of 2009 for possession
11    of narcotics, were you arrested?
12 A. No. That I can recall, huh-uh.
13 Q. Sir, of the arrests that you can recall, are you
14    alleging that any of those arrests were done
15    without probable cause?
16       MS. WOODY: Objection. Calls for a
17    legal conclusion. You can answer.
18 A. Can you repeat that?
19 Q. Yes. Of the arrests that you can recall, are you
20    alleging that any of those arrests were done
21    without probable cause?
22 A. I don't --
23       MS. WOODY: If you understand, you
24    can't answer.
25 A. I really don't understand the question.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23
27

1  Q. Let me rephrase it, then. Do you believe that
2     those arrests were done without a legal reason?
3  A. Yes.
4  Q. Okay, which ones?
5  A. Hmm, I really don't recall because it's so long
6     ago, but I think the traffic stops were -- if I
7     recall correctly, they were doing traffic stops
8     and I think the traffic stops were illegal.
9  Q. Why do you think they were illegal?
10 A. Around that time I was getting pulled over a lot
11    for not signaling at 100 feet. And to me, that
12    was just a way to pull me over without them
13    having to prove that I actually committed a
14    crime to pull me over.
15 Q. So are you alleging that you did in fact signal?
16 A. Yes.
17 Q. Did you make any complaints to anybody about this
18    treatment?
19 A. At that time, no.
20 Q. Why not?
21 A. I didn't know the proper channels to reach out
22    to.
23 Q. Sir, at some point you were discharged from post-
24    release supervision; is that correct?
25 A. Yes.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23
28

1  Q. Do you know if that was on or around June 22nd,
2     2003?
3  A. Yes.
4        (Deposition Exhibit 65 marked
5        for identification.)
6  Q. Hand you what's been marked as Exhibit 65. Do
7     you recognize that as your Certificate of Post
8     Release Discharge?
9  A. Yes.
10 Q. Sir, in Interrogatory No. 14, it starts on page
11    13, you allege in your complaint at paragraph 136
12    that you were unable to visit certain businesses
13    and establishments?
14 A. Yes.
15 Q. You indicated that this was a condition placed
16    upon you by your probation officer; is that
17    correct?
18 A. Yes.
19 Q. Did anybody else place this condition or
20    restriction on you?
21 A. No.
22 Q. So after you were discharged from post-release on
23    June 22 of 2003, my understanding from your
24    testimony would be that nobody else put any
25    restrictions on you.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23

Page 29

1  A.  No.
2  Q.  Sir, did you continue after that to have en-
3      counters with Wichita Police Department?
4  A.  Yes.
5  Q.  Do you recall on March 30th, 2008, Wichita Police
6      Department showing up to a disturbance where
7      gambling was going on and that you were present?
8  A.  No.
9  Q.  Okay.
10 A.  I don't recall it.
11 Q.  Do you remember encountering the Wichita Police
12     Department on March 11, 2009 when you drove
13     Wendell Gasper to the hospital after he was shot?
14 A.  Yes.
15 Q.  Tell me about that incident.
16 A.  Hmm, I was outside of a club. I seen him get
17     shot. I know him. I helped him in my car and
18     drove him to the hospital.
19 Q.  Did you have encounters with the Wichita Police
20     Department on February 24th of 2011 during a
21     disturbance at The Patron Club?
22 A.  Where was that club located?
23 Q.  Well, the easy answer is in Wichita. Let me see
24     if I have an address here, hang on just a second.
25     I don't have an address for you at the moment.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23

Page 30

1  A.  I don't recall that.
2  Q.  You were possibly with somebody named Tyrone
3      Richardson [sic] at that time?
4  A.  I don't recall.
5  Q.  Sir, did you have an encounter with the Wichita
6      Police Department on October 23rd, 2011 when you
7      were involved in a physical altercation at the
8      Crystal Nights nightclub here in Wichita?
9  A.  Not that I recall.
10 Q.  That same evening a person named Eugene Guy was
11     shot in the parking lot?
12 A.  I don't recall.
13 Q.  Don't recall, okay. Sir, do you have any
14     recollection of an encounter with Wichita Police
15     Department on September 15th, 2013? Were you
16     present when James Gary was shot?
17 A.  Yes.
18 Q.  Okay, tell me about that incident.
19 A.  I was at a party and somebody opened fire on the
20     crowd and several people were shot. I got in my
21     car and left.
22 Q.  Were you later questioned about event by Wichita
23     Police Department?
24 A.  Yes.
25 Q.  Tell me about that questioning.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23

Page 31

1  A.  Uh, they asked me what did I see, if I knew who
2      did it. Things around that line.
3  Q.  Sir, do you recall an encounter with Wichita
4      Police Department on March 5th, 2016 when Shawn
5      Bell was shot next to you in Old Town?
6  A.  Yes.
7  Q.  Tell me about that event.
8  A.  We was walking through Old Town. We heard lot
9      of gunshots and we ran. Didn't notice he was
10     hit until we got in the car. We got in the car
11     and he said he was feeling a burning sensation.
12     That's when we noticed he was hit.
13 Q.  Do you know who shot him?
14 A.  No, I don't.
15 Q.  Do you know any of the circumstances around that
16     shooting?
17 A.  No.
18 Q.  Sir, do you recall an encounter with Wichita
19     Police Department on April 21st, 2018 at 1124
20     South Yale when there was a shooting at that
21     residence?
22 A.  I wasn't there.
23 Q.  Do you know of that event?
24 A.  Yes.
25 Q.  What do you know about that event?

HARRISON-ELLIOTT REPORTING
(316) 267-8278

ELBERT E. COSTELLO - 06.01.23

Page 32

1  A.  Hmm, that was my kids' mother's house. They was
2      there for my granddaughter had passed that day
3      and they were over there mourning the loss for
4      her, and somebody opened fire on 'em and my
5      nephew was shot. That's all I know.
6  Q.  Any idea why anybody would open fire on --
7  A.  No.
8  Q.  -- on this event?
9  A.  No.
10 Q.  Who was your nephew that was shot?
11 A.  Christopher Cooper.
12 Q.  Is Christopher Cooper the same Christopher Cooper
13     that's involved in this lawsuit?
14 A.  Yes.
15 Q.  Sir, I'm going to direct you back to your
16     interrogatory responses.
17 A.  Mm-hmm. (Witness motioned head up and down.)
18 Q.  Page 12, Interrogatory No. 13. You allege in
19     your complaint at paragraph 135 that you cannot
20     get together with many of your lifelong friends
21     because you know that they're on the gang list.
22     Can you elaborate on that statement?
23 A.  Well, when -- if anybody's on probation, that
24     can get 'em violated or it can get 'em
25     classified as I believe active or back on the

HARRISON-ELLIOTT REPORTING
(316) 267-8278

1  Q. $800,000?
2  A. Yes.
3  Q. That was for possession of drug paraphernalia,
4     right?
5  A. Yes.
6         MS. WOODY: Okay. I have no further
7     questions.
8         REDIRECT EXAMINATION
9  BY MR. BRANSON:
10 Q. To follow up on questions counsel asked you, sir,
11    your probation term was served with Sedgwick
12    County; is that right?
13 A. Yes.
14 Q. Are you aware that Sedgwick County is separate
15    from the Wichita Police Department?
16 A. Uh, yes.
17        MS. WOODY: Should say objection, lacks
18    foundation. Sorry.
19 Q. You listed on your Interrogatory No. 3 a
20    conviction for possession with intent to
21    distribute in November of 2011. Do you recall
22    that response?
23 A. Not a conviction.
24 Q. You were charged, though, with possession with
25    intent to distribute?

1  A. Yes.
2  Q. And that's the case that resulted in you being on
3     probation for one year?
4  A. Yes.
5  Q. You accepted a plea to a lesser charge?
6  A. Yes.
7  Q. Is that the case that you had an $800,000 bond
8     set in?
9  A. It was for one of the probation violations, I
10    believe.
11 Q. Are you aware, sir, that the Court sets the
12    amount of bond in your criminal case?
13 A. Yes.
14 Q. Sir, as for your terms of probation, are you
15    aware that it's your probation officer and the
16    court that sets your conditions of probation?
17 A. Yes.
18        MR. BRANSON: I have no further
19    questions.
20        MS. WOODY: No further questions.
21    Thank you very much, Elbert.
22        THE WITNESS: Thank you.
23        MR. BRANSON: Thank you, sir.
24        (DEPOSITION CONCLUDED AT 11:12 A.M.)
25              * * * *

1      I have read the foregoing testimony
2  recorded on pages 5 through 50, inclusive,
3  and the same is true and correct to my
4  knowledge and belief.
5
6
7
8     _____
9         ELBERT E. COSTELLO
10
11
12
13
14
15
16 STATE OF KANSAS    )
                     )
17 _____ COUNTY )
18
19     Subscribed and sworn to before me, the
20 undersigned authority, this, the ____ day of
21 _____, 2023.
22
23
24 _____    _____
25 (Commission Expires)    (Notary Public)

1             CERTIFICATE
2  STATE OF KANSAS )
                   )
3  SEDGWICK COUNTY )
4       I, Jeffrey J. Elliott, a Certified Court
5  Reporter within and for the State of Kansas, do hereby
6  certify the within-named witness was by me first duly
7  sworn to testify the truth, and that the deposition
8  by ELBERT E. COSTELLO, given in response to the
9  questions propounded, as herein set forth, was first
10 taken in computer-aided shorthand by me and afterwards
11 reduced to writing under my direction and supervision,
12 is a true and correct record of the testimony given by
13 the witness, CONSIDERING THE INHERENT LIMITATIONS WITH
14 RESPECT TO ELECTRONIC SOUND REPRODUCTION VIA VIDEO AND
15 TELECONFERENCE COMMUNICATION/TESTIMONY.
16      I further certify that I am not a relative or
17 employee, attorney or counsel of any of the parties,
18 relative or employee of such attorney or counsel, or
19 financially interested in the action.
20      WITNESS my hand and official seal at Wichita,
21 Sedgwick County, Kansas, this ____ day of
22 _____, 2023.
23      _____
        Jeffrey J. Elliott, CCR #912
24      HARRISON-ELLIOTT REPORTING
        14531 East Sundance Road
25 COSTS: _____    Wichita, Kansas 67230