### Page 1

```
 1  .
 2         IN THE UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF KANSAS
 4  .
 5  .
 6  PROGENY, a program of Destination
 7  Innovations, Inc., et al.,
 8        Plaintiffs,
 9     vs.      Case No. 6:21-cv-01100-EFM-ADM
10  CITY OF WICHITA, KANSAS,
11        Defendant.
12  .
13  .
14  .
15             DEPOSITION OF
16             MARTEL COSTELLO
17  taken on behalf of the Defendant, pursuant to
18  Amended Notice to Take Deposition, beginning at
19  9:48 a.m. on the 8th day of June, 2023, at the
20  Wichita Work Release Center, 401 South Emporia
21  Street, in the City of Wichita, County of
22  Sedgwick, and State of Kansas, before Lee Ann
23  Bates, CSR, RPR, CRR.
24  .
25  .
```

### Page 2

```
 1            APPEARANCES
 2  .
 3  .
 4  ON BEHALF OF THE PLAINTIFF:
 5  .
 6     Ms. Teresa A. Woody
 7     Kansas Appleseed Center for Law & Justice
 8     211 East 8th Street, Suite D
 9     Lawrence, Kansas  66044
10     (785) 251-8160
11     twoody@kansasappleseed.org
12  .
13     Ms. Emily Otte
14     Shook, Hardy & Bacon, LLP
15     2255 Grand Boulevard
16     Kansas City, Missouri  64108
17     (816) 474-6550
18     eotte@shb.com
19  .
20  .
21  .
22  .
23  .
24  .
25  .
```

### Page 3

```
 1  ON BEHALF OF THE DEFENDANT:
 2  .
 3     Mr. Charles E. Branson
 4     Fisher, Patterson, Sayler & Smith, LLP
 5     3550 SW 5th
 6     Topeka, Kansas  66606
 7     (785) 232-7761
 8     cbranson@fpsslaw.com
 9  .
10  .
11  ALSO PRESENT:
12  .
13     Ms. Laine Bernard
14  .
15  .
16  .
17  .
18  .
19  .
20  .
21  .
22  .
23  .
24  .
25  .
```

### Page 4

```
 1              INDEX
 2  .
 3  .
 4  Certificate ---------------------------- 66
 5  .
 6  .
 7              WITNESS
 8  ON BEHALF OF DEFENDANT:                 PAGE
 9  MARTEL COSTELLO
10  Direct-Examination by Mr. Branson         6
11  Cross-Examination by Ms. Woody           48
12  Redirect-Examination by Mr. Branson      56
13  Recross-Examination by Ms. Woody         60
14  .
15  .
16             EXHIBITS
17  COSTELLO DEPO EXHIBIT NO.:             MARKED
18  No 73  Plaintiff Martel Costello's
19         Response to Defendant's 1st Set of
20         Interrogatories                    10
21  No 74  Facebook photo marked CONFIDENTIAL -
22         SUBJECT TO PROTECTIVE ORDER        13
23  No 75  Facebook photo marked CONFIDENTIAL -
24         SUBJECT TO PROTECTIVE ORDER        14
25  .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

Page 33

1  June 28th, 2023, that you're referring to?
2    A.  Yes, sir.
3    Q.  All right.  Sir, on page 2 of that, it
4  lists adult convictions.  Can you look at that for
5  me?
6    A.  Yes, sir.
7    Q.  I'll give you a second to look through
8  there.
9    A.  Yeah, I recognize them.
10   Q.  Okay.  Sir, do you recognize those as
11 your adult criminal convictions?
12   A.  Yes, sir.
13   Q.  Okay.  Is there any convictions, adult
14 criminal convictions that you're aware of, that
15 are not listed on here?
16   A.  No, sir.
17   Q.  Okay.  Sir, this document goes on down
18 below, bottom of page 2 and the top of page 3.
19 It appears to list the physical locations where
20 you were held while you were in -- in custody.
21 Do you see that?
22   A.  Yeah.
23   Q.  All right.  So it looks like, starting
24 with the earliest, you first went to El Dorado
25 Correctional Facility in December of 2019?

Page 34

1    A.  Yes, sir.
2    Q.  Okay.  Then you were transported to Cloud
3  County for a period of time?
4    A.  Yes, sir.
5    Q.  Then made your way to Ellsworth County
6  Correctional Facility?
7    A.  Yes, sir.
8    Q.  And then to the Wichita Work Release
9  Center in November of last year.
10   A.  Yes, sir.
11   Q.  Is that right?  Okay.
12      (THEREUPON, Deposition Exhibit No 85
13 marked for identification.)
14   BY MR. BRANSON:
15   Q.  Sir, your complaint states that when you
16 were convicted of your offenses that you were
17 sentenced to probation for, that you were placed
18 on conditions -- gang conditions.  Do you recall
19 that?
20   A.  Yes, sir.
21   Q.  Okay.  I'm going to show you Exhibit 85.
22 Sir, Exhibit 85 is a journal entry of judgment,
23 and have you seen your journal entries before in
24 your criminal cases?
25   A.  Yeah.

Page 35

1    Q.  Okay.  So you're familiar with this type
2  of document?
3    A.  For the most part.
4    Q.  Okay.  This is a journal entry depicting
5  your conviction in 2017-CR-1343 in Sedgwick
6  County.  Do you see that on page 2 at the top, on
7  the county and case number?
8    A.  2017.  Where at, sir?
9    Q.  Where it says "County" and then "Court
10 case number."
11   A.  Okay.  Yeah.
12   Q.  All right.  And sir, in Section 3, where
13 it says "Current Conviction Information," it shows
14 the primary offense of conviction, criminal
15 possession of a weapon by a convicted felon.  Do
16 you see that?
17   A.  Yes, sir.
18   Q.  Okay.  And with an offense date of May 1,
19 2017.
20   A.  Yeah, I see it.
21   Q.  Okay.  Okay.  Sir, and then under section
22 5, under Other Conditions, it lists general and
23 special conditions of probation.  Do you see that
24 section?
25   A.  Yeah.

Page 36

1    Q.  Okay.  And the last condition under there
2  is "Gang conditions are imposed as a condition of
3  probation."
4    A.  Uh-huh.
5    Q.  All right.  And, sir, did the district
6  court judge impose those conditions on you?
7    A.  I don't know if it was him or the
8  probation officer.  I don't --
9    Q.  So you think it was the judge or the
10 probation officer that --
11   A.  Yeah.
12   Q.  -- imposed those conditions of probation
13 on you?
14   A.  I mean, I don't know.  Yeah, somebody
15 did.
16   Q.  Okay.  Sir, did you ever have probation
17 violations?
18   A.  Yeah.
19   Q.  I believe in the complaint on page 35 and
20 paragraph 145, you indicate that you were able to
21 abide by your conditions of probation with the
22 exception of two minor infractions, using alcohol
23 on one occasion, and being six minutes late for
24 curfew on another occasion.
25   A.  Yes, sir.



5111 SW 21st Street   6420 W. 95th Street   800 E. 1st Street
Topeka, KS 66604      Suite 101              Suite 305
785-273-3063          Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com   913-383-1131           316-201-1612

Page 45

1  Q. Okay. But, sir, do you understand it's
2  the judge that decides what conditions that you
3  violated?
4  A. Yeah, I understand.
5      (THEREUPON, Deposition Exhibit No 87
6  marked for identification.)
7  BY MR. BRANSON:
8  Q. Sir, after your probation violation and
9  the judge sentenced you or ordered you remanded to
10 serve your sentence, one of the places that you
11 went to was Ellsworth Correctional Facility.
12 A. Yes, sir.
13 Q. Correct? When you went to Ellsworth
14 Correctional Facility, did you have a period of
15 time that you were in a classification unit or
16 something when you first got there for them to
17 decide where to place you in the jail?
18 A. Yeah, RDU.
19 Q. RDU? And while you were in there, did
20 they give you various forms informing you of the
21 rules and -- of the facility and asking you about
22 your convictions?
23 A. Yes, sir.
24 Q. Okay. Did you also then complete an
25 intake assessment form while you were at the

Page 46

1  facility?
2  A. Yes, sir.
3  Q. Okay. Sir, I'm going to hand you what's
4  marked as Exhibit 87. Is that your signature down
5  there at the bottom of Exhibit 87?
6  A. Yeah.
7  Q. Okay. Sir, this is an intake assessment
8  form from -- from -- from Ellsworth. It depicts
9  your name, Costello, Martel E., at the top.
10 A. Yeah.
11 Q. All right. Sir, Number 5 on this intake
12 and assessment form asks the question "Are you
13 currently or have you been a member of any
14 organization?" and you see that "Yes" circled?
15 A. Yes, an associate.
16 Q. Okay. And it says Associate Pirus?
17 A. Yeah. Associate, yeah.
18 Q. Okay. Sir, back to your interrogatories,
19 Number 7, you listed a possible witness in this
20 case as Latrice Helsel.
21 A. Where?
22 Q. I'm sorry. Interrogatory Number 7, and
23 that is page 6.
24 A. Yeah.
25 Q. All right. You listed a possible witness

Page 47

1  in this case being Latrice Helsel. Who is Latrice
2  Helsel?
3  A. My mom.
4  Q. And what information about this case do
5  you think she has?
6  A. I mean, little to none, I mean. She's a
7  woman. She didn't have no knowledge of what I was
8  doing.
9      MR. BRANSON: Okay. Take a short break?
10     MS. WOODY: Sure.
11     MR. BRANSON: We've been going for a
12 little bit. I'm probably getting pretty close to
13 wrapping up.
14     (THEREUPON, a break was then taken from
15 10:47 a.m. to 10:50 am.)
16 BY MR. BRANSON:
17 Q. Mr. Costello, we've come back from a
18 short break and your attorney's indicated there's
19 something that you wanted to clarify in one of
20 your responses.
21 A. Yeah. On the interrogatory on page 6
22 that you had just asked me about Latrice Helsel,
23 about my mom knowing about me being harassed by
24 the police, yeah, she knows about that, but what I
25 was saying is she don't know anything about my

Page 48

1  case, as far as what I'm in here on.
2      MR. BRANSON: Okay. I understand that
3  clarification. All right. Sir, I have no other
4  questions for you.
5      MS. WOODY: I've just got a few questions
6  I wanted to follow up on.
7  CROSS-EXAMINATION
8  BY MS. WOODY:
9  Q. Earlier in your -- in the deposition, Mr.
10 Branson showed you a number of pictures of you and
11 I believe, in looking at them, they were all from
12 2012 and 2013 of you, as you said, throwing up the
13 middle finger and doing some other stuff. In 2012
14 and 2013, what were you doing?
15 A. In high school.
16 Q. You were in high school. And I think you
17 testified that that was something that was
18 commonly done in high school?
19 A. Yes, ma'am.
20 Q. Mr. Costello, we went through some
21 convictions, starting in 2016. Do you recall
22 that, 2016 and 2017?
23 A. Yes, ma'am.
24 Q. And were any of those convictions gang
25 related in any way?



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604                Suite 101                    Suite 305
785-273-3063            Overland Park, KS 66212         Wichita, KS 67202
www.appinobiggs.com          913-383-1131                  316-201-1612