IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

     vs.                                            Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

### Declaration of Jess Bernard

I, Jess Bernard, am over the age of 18, am competent to give testimony in a court of law and I have personal knowledge of the facts recited in this Declaration.

1. I am an Officer with the Wichita Police Department and work in the Investigations Division, Gang Intelligence Unit.

2. I was requested by counsel to conduct research into the Gang Database for information relating to the named plaintiffs, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, in the current ongoing lawsuit documented under civil case number 6:21-cv-01100-EFM-ADM filed in the State of Kansas. Your Declarant was specifically requested to look for information regarding the date each named plaintiff went on to the list and the criteria they met; the dates for each entry that extended their time on the list and criteria met; and the current status of each individual and their expiration date.

3. Plaintiff Christopher Cooper: First documented in the Gang Database on 8/19/15 as an "Associate" under the following criteria:

      a. Criteria 4 – Clothing and Dress
      b. Criteria 6 – Photos with documented members and posts regarding documented members

4. Plaintiff Christopher Cooper validated as an Active gang member and was added to the Master Gang List on 01/30/2018 under the following criteria:

      a. Criteria 10 – photo observed posted by Cooper associating with an active member.

5. Plaintiff Christopher Cooper was audited and found to meet criteria to remain as a criminal street gang member on the following dates under the following criteria:

      a. 5/24/2018, Criteria 10 – Observed associating with other active members.
      b. 1/31/2019, Criteria 10 – Observed associating with other active members.
      c. 2/24/2020, Criteria 10 – Observed associating with other active members.
      d. 4/6/2021, Criteria 4 – Cooper is observed in a photo flashing hand blood gang signs and Criteria 10 – Cooper is observed in photos with multiple active members.

6. On August 24, 2022, Plaintiff Christopher Cooper's status was changed to Inactive, he was removed from the Master Gang List, removed from EJustice, and no longer identified as a "signal 33" in S.P.I.D.E.R.

7. On this date, Plaintiff Christopher Cooper is in Inactive status.

8. Plaintiff Elbert Costello: First documented in the Gang Database on 3/27/1997 as an "Associate" under the following criteria:

      a. Professional Leo Identification
      b. Contacted with members 2x

9. Plaintiff Elbert Costello's status was changed to "incarcerated" on 9/21/1999

10. Plaintiff Elbert Costello was validated as an Active gang member and added to the Master Gang List on 1/14/2002 under the following criteria:

      a. Contacted by officers with other active members.

11. Plaintiff Elbert Costello was audited and found to meet criteria to remain as an Active criminal street gang member on the following dates under the following criteria:

   a. 2/19/2003, Criteria 4 – Gang Tattoo
   b. 03/03/2006, Arrests for gang activity
   c. 10/17/2006, Criteria 4 – Dress and Clothing
   d. 2/8/2008, Arrests for person misdemeanor.
   e. 3/30/2008, Criteria 7 – Contacted with active members 2 or more times.
   f. 3/11/2009, Arrested for Felony persons crime.
   g. 3/11/2009, Criteria 7 – Contacted with active members 2 or more times.
   h. 11/21/2009, Arrested for felony drug crimes.
   i. 2/24/2011, Criteria 7 – Contacted with active members 2 or more times.
   j. 10/26/2011, Criteria 3 – Identified by an informant to be a known blood gang member.
   k. 3/10/2012, Criteria 7 – Contacted with active members 2 or more times.
   l. 9/15/2013, Criteria 10 – Observed associating with other active members.
   m. 3/26/2015, Criteria 4 – Dress and clothing.
   n. 6/11/2016, Criteria 10 – Observed associating with other active members.
   o. 1/28/2017, Criteria 9 – Observed at a known gang hang out location with other active members.
   p. 3/29/2017, Criteria 10 – Observed associating with other active members.
   q. 2/1/2018, Criteria 10 – Observed associating with other active members.
   r. 1/31/19, Criteria 10 – Observed associating with other active members.
   s. 2/24/2020, Criteria 10 – Observed associating with other active members.
   t. 1/16/2021, Criteria 4 – Dress and clothing
   u. 1/16/2021, Criteria 10 – Observed associating with other active members.

12. Plaintiff Elbert Costello is currently scheduled to remain Active until 1/2/24. On this date, his status is Active. His name is on the Master Gang List, he is flagged in EJustice, and he is identified as "signal 33" in S.P.I.D.E.R.

13. Plaintiff Martel Costello: First documented in the Gang Database on 11/17/2011 as an "Associate" under the following criteria:

   a. Criteria 4 – Observed on social media flashing blood hand signs and wearing blood gang colors.
   b. Criteria 6 – utilizes gang terminology.

14. Plaintiff Martel Costello was audited and found to remain as an "Associate" in the

Gang Database on 3/11/2012 under Criteria 7 – Contacted with active members 2 or more times.

15. Plaintiff Martel Costello was validated as an Active gang member and added to the Master Gang List on 4/8/2013 under the following criteria:

    a. Arrested for felony persons crime
    b. Criteria 10 – Observed associating with other active members.

16. Plaintiff Martel Costello was audited and found to meet criteria to remain an Active criminal street gang member on the following dates under the following criteria:

    a. 3/25/2015, Criteria 4 – Observed on social media flashing blood hand signs and wearing blood gang colors.
    b. 12/10/2015, Criteria 7 – Contacted with active members 2 or more times.
    c. 6/9/2016, Criteria 10 – Observed associating with other active members.
    d. 1/28/2017, Arrest felony drug crime
    e. 3/29/2017, Criteria 9 – Frequents known gang location / hangout
    f. 7/13/2017, Arrest felony drug crime
    g. 8/23/17, Arrest for misdemeanor persons crime
    h. 3/1/2018, Arrest for misdemeanor persons crime
    i. 5/24/2018, Criteria 7 – Contacted with active members 2 or more times.

17. Plaintiff Martel Costello's status changed to incarcerated on 2/24/20.

18. Plaintiff Martel Costello was released from KDOC to work release on 1/26/2023.

19. Plaintiff Martel Costello is scheduled to remain Active until 11/29/2025.

20. On this date, Plaintiff Martel Costello is an Active gang member. His name is on the Master Gang List, he is flagged in EJustice, and he is identified as "signal 33" in S.P.I.D.E.R.

21. Plaintiff Jeremy Levy: First documented in the Gang Database and on the Master Gang List on 5/10/2017 as "Active" under the following criteria:

    a. Criteria 3 – Identified by an informant
    b. Criteria 5 – Arrested with other members
    c. Criteria 7 – Contacted with other members 2 or more times

22. On 7/17/2017, Plaintiff Jeremy Levy was arrested for felony drug crime, felony pick up issued for felony persons crime, and met Criteria 7 – Contacted with other members 2 or

{T0479275}　　　　　　　　　　　　　　　　　　　　4

more times.

      23.     On 2/21/2018, Plaintiff Jeremy Levy's status changed to incarcerated.

      24.     On this date, Plaintiff Jeremy Levy's status is incarcerated.


STATE: UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 11, 2023.

                              *Jess Bernard*
NAME