# EXHIBIT 1

**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


PROGENY, a program of Destination )

Innovations, Inc., CHRISTOPHER     )

COOPER, ELBERT COSTELLO, MARTEL    )

COSTELLO, and JEREMY LEVY, JR.,    ) Case No.

on behalf of themselves and       ) 6:21-CV-01100-

others similarly situated,         ) EFM-ADM

Plaintiffs,                        )

vs                                 )

CITY OF WICHITA, KANSAS,           )

Defendant.                         )

_____)

VIDEOTAPED DEPOSITION OF

JEFFERY S. GILMORE

December 6, 2022

8:31 a.m.


Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas


Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1    remember what year approximately this was?

 2         A.    I could Google it and get it for you

 3    but it's going to be sometime between '99 and 2002,

 4    probably 2003; that time frame.

 5         Q.    And how do you use the gang list in a

 6    case like that?  Like how do you -- how and when do

 7    you access it.  Do you review associates of his?

 8    Can you just walk me through that.  I'm not sure

 9    I'm familiar with that investigation process.

10         A.    Well, anytime you are familiar with

11    someone and you are investigating someone and you

12    have either prior knowledge of that person or no

13    knowledge of that person and you need to find this

14    person, one of the things that you would do is you

15    would look at the gang database to see if that

16    individual was -- you may know, you may not know

17    but you look to see if they are a documented gang

18    member.  The gang database is a very detailed and

19    articulate set of gathered information about an

20    individual and why they are documented or were

21    documented as an associate and this gang database

22    will tell you things as far as where they have

23    lived, previous addresses, who they hang out with,

24    places they are known to hang out, and this can

25    assist you in your investigation in locating that
```

1    person or finding out information about that person

2    that could be pertinent to the investigation.  A

3    lot of times an individual will say I've never seen

4    that person.  I don't know this guy.  I've never

5    hung out with that guy and then I can go to the

6    gang database and say well, he said this but I've

7    got four different times this individual was seen

8    with this individual.  It was documented under this

9    and it's also documented under this case number

10   which the officer gang intel officer put in there,

11   would document that so it's a way to also verify

12   information and assist with the investigation.

13        Q.   Got it.  What was the outcome of that

14   case?

15        A.   Jermain Lowe was found guilty and is

16   serving life in prison.

17        Q.   Okay. I want to jump back a little bit

18   more on your background.  Where did you grow up?

19        A.   Wichita, Kansas.

20        Q.   Okay.  Where in Wichita?

21        A.   I grew up down south.  I grew up at a

22   residence on South Seneca where I lived until I was

23   graduated from high school and then left for the

24   military.

25        Q.   South High School?

1    **was sending it out to every parent and/or guardian**

2    **that was on the list because that's who I felt**

3    **was -- I had discussed this with Brandon Johnson**

4    **and that's who we felt needed to know about it was**

5    **if someone had a child that was on the list then**

6    **that was who I thought needed to know.**

7         Q.    Did you ever think about sending

8    notification to people that were put on the list as

9    juveniles but at the time you sent the letters out

10   were no longer juveniles?

11        **A.    No.**

12        Q.    Did you make a record after you sent

13   those letters out of who called you, who showed up

14   in person, what letters you got back; anything of

15   that nature?

16        **A.    The letters that came back, we kept**

17   **them all and they were all scanned in so there are**

18   **records of all the ones that were returned.  As far**

19   **as the other stuff, I don't believe I kept records**

20   **of that.**

21        Q.    Okay.  Did you make second attempts to

22   any of the letters that came back?

23        **A.    No.**

24        Q.    So for those that have been switched to

25   inactive in the gang database, they remain in the