# EXHIBIT 2
## Filed Under Seal

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS


PROGENY,                          )
a Program of Destination          )
Innovations Inc.,                 )
CHRISTOPHER COOPER,               )
ELBERT COSTELLO,                  )
MARTEL COSTELLO, and              )
JEREMY LEVY, JR.,                 )
on behalf of themselves and       )
others similarly situated,        )
                                  )
            Plaintiffs,           )
                                  )
vs.                               ) Case No.
                                  ) 6:21-cv-01100-EFM-ADM
                                  )
CITY OF WICHITA, KANSAS,          )
                                  )
            Defendant.            )
```

         VIDEOCONFERENCE DEPOSITION OF GORDON RAMSAY
             TAKEN ON BEHALF OF THE PLAINTIFFS
                    FEBRUARY 28, 2023


         VIDEOCONFERENCE DEPOSITION OF GORDON RAMSAY, produced, sworn, and examined on the 28th day of February 2023, between the hours of nine o'clock in the forenoon and six o'clock in the evening of that date, before KARA D. INCE, a Certified Court Reporter within and for the State of Kansas, in a certain cause now pending IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF KANSAS, wherein PROGENY, a Program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated are the Plaintiffs and CITY OF WICHITA, KANSAS, is the Defendant.

```
 1        Q.   And that would -- that would occur if
 2   somebody came and told -- talked to him and said,
 3   Hey, I think I'm on the list and I shouldn't be?
 4        A.   That -- that would how -- how it would
 5   start, yes.
 6        Q.   Okay.  And then what would the process be
 7   from there?
 8        A.   It was Gilmore created a -- kind of some
 9   steps for that to happen and I can't specifically
10   remember what that was.
11        Q.   Okay.  So you were -- you were relying on
12   Mr. Gilmore to kind of try and improve that -- that
13   concern?
14        A.   Yes.
15        Q.   What other -- what other changes did you
16   try to make with respect to the gang list?
17        A.   Well, juvenile notifications where family
18   would be notified and we would give them resources
19   to get -- help get off the list and divert them from
20   that gang lifestyle.  Versus not say anything to
21   anybody about it.
22        Q.   And was that -- did that happen in about
23   2017?
24        A.   Yes.
25        Q.   And were you -- who was responsible for
```

```
 1   creating that policy change?
 2        A.   Jeff Gilmore was the lead on it.
 3        Q.   So how did it work after that?
 4        A.   What do you mean?
 5        Q.   After you -- okay.  So the policy changed
 6   from not saying anything to anybody when a juvenile
 7   got on the list to -- to trying to get -- to notify
 8   their parents or guardians; correct?
 9        A.   Yes.
10        Q.   So how -- do you know how that was done?
11        A.   Yeah, I remember initially Jeff told me
12   they were doing mailings to the home and they
13   weren't getting any calls, so then he changed it to
14   they would go out and visit, he would assign
15   investigators to go out and visit the home, tell the
16   family or the guardians or whoever what was going on
17   and offer resources and help in a -- in a way, you
18   know, a caring way versus a way of just, you know,
19   heavy-handed.
20        Q.   At the time that you were there, was
21   there -- were -- were -- were juveniles being put on
22   the -- the gang list by school resource officers?
23        A.   Potentially.  Yeah.  I -- I couldn't say
24   for sure but I would imagine they would have.
25        Q.   Was -- was there any kind of attempt to
```