# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 6:21-cv-01100-EFM-ADM<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

On August 25, 2023, Plaintiffs filed their Reply in Support of Motion for Class Certification ECF No. 188. Plaintiffs also filed 2 exhibits provisionally under seal:

1. Exhibit 1: Gilmore Deposition, ECF No. 188-1

2. Exhibit 2: Ramsay Deposition, ECF No. 188-2

As required by D. Kan. Rule 5.4.2(b), Plaintiffs identify Defendant City of Wichita as responsible for the other exhibits, under the parties' Protective Order governing deposition testimony.

Dated: August 25, 2023

                                                                         Respectfully submitted,

                                                                         SHOOK, HARDY & BACON LLP

                                                                         */s/ Mitchell F. Engel*
                                                                         Mitchell F. Engel KS #78766
                                                                         Thomas J. Sullivan (admitted *pro hac vice*)
                                                                         Paul M. Vogel KS #79022
                                                                         Jordan C. Baehr KS #27213
                                                                         2555 Grand Boulevard
                                                                         Kansas City, MO 64108
                                                                         Phone: (816) 474-6550
                                                                         tsullivan@shb.com

mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ *Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ *Sharon Brett*
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkely Street, Suite 500
Overland Park, KS 66202
Phone: (913) 490-4100
sbrett@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on August 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ *Mitchell F. Engel*

Attorney for Plaintiffs