**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY, A PROGRAM OF DESTINATION
INNOVATIONS INC., et al., on behalf of
themselves and others similarly situated,

   Plaintiffs,         Case No. 21-1100-EFM-ADM

   v.

CITY OF WICHITA, KANSAS,

   Defendant.

**ORDER**

On August 30, 2023, the court convened a final pretrial conference. The parties appeared through counsel. As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **September 11, 2023**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **September 14, 2023, at 10:00 a.m.** by phone.

   **IT IS SO ORDERED.**

   Dated August 30, 2023, at Kansas City, Kansas.

             s/ Angel D. Mitchell
             Angel D. Mitchell
             U.S. Magistrate Judge