UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, A PROGRAM OF DESTINATION INNOVATIONS INC., et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>Defendant. | Case No. 21-1100-EFM-ADM |

### **CERTIFICATION**

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies to the Kansas Attorney General that plaintiffs in this action challenge the constitutionality of KAN. STAT. ANN. § 21-6313 and § 21-6316.  The record reflects that, in accordance with Rule 5.1(a), plaintiffs served notice of their constitutional challenge on the Attorney General on April 15, 2021.  (ECF 3.)

The Clerk is directed to mail a copy of this Certification to the Kansas Attorney General via certified mail, return receipt requested.

Dated September 1, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge