## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, )
Inc., CHRISTOPHER COOPER, ELBERT )
COSTELLO, MARTEL COSTELLO, and )
JEREMY LEVY, JR., on behalf of themselves )
and others similarly situated, )
                 )
         Plaintiffs, )
                 )
vs. )        Case No. 6:21-cv-01100-EFM-ADM
                 )
CITY OF WICHITA, KANSAS, )
                 )
         Defendant. )

## PLAINTIFFS' RULE 5.4.2(d) NOTICE

As required by D. Kan. Rule 5.4.2(d), Plaintiffs hereby notify the Court that it may unseal some of the documents that Plaintiffs previously filed under provisional seal, listed below. Plaintiffs filed their Reply in Support of Motion for Class Certification on August 25, 2023. ECF No. 188. Plaintiffs filed 2 exhibits provisionally under seal. *See* ECF No. 188-1, No. 188-2. Plaintiffs also filed a Notice of Proposed Sealed Record, as required by D. Kan. Rule 5.4.2(b), that identified Defendant as the potential proponent for sealing or redacting the rest of the record and electronically served the notice on Defendant. ECF No. 189. That filing triggered a seven day clock for a proponent to file a motion to seal or redact the documents filed provisionally under seal. D. Kan. Rule 5.4.2(c).

D. Kan. Rule 5.4.2(c)'s seven day deadline for filing other motions to file under seal or redact expired on September 1, 2023. So, Plaintiffs notify the Court that it may unseal the following documents that they previously filed provisionally under seal.

The Court may unseal the following exhibits:

| Exhibit No. | Exhibit ECF No. |
|---|---|
| Exhibit 1 | 188-1 |
| Exhibit 2 | 188-2 |

Dated:  September 15, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN  CIVIL  LIBERTIES  UNION
FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Mitchell F. Engel

Attorney for Plaintiffs