IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of
Destination Innovations, Inc.,
CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY
LEVY, JR., on behalf of
themselves and others similarly
situated,

               *Plaintiff(s),*            Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

               *Defendant.*

**PLAINTIFFS' UNOPPOSED SECOND MOTION TO EXCEED PAGE LIMITS**

Plaintiffs Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., ("Plaintiffs") respectfully request permission from the Court for ten (10) additional pages for their forthcoming Memorandum in Support of Plaintiffs' Motion for Summary Judgment. Plaintiffs will file this Motion on or before September 20th, 2023, as ordered by the Third Amended Scheduling Order (Doc. 174).

In support of their Second Motion to Exceed Page Limits, Plaintiffs state as follows:

1.     Plaintiffs previously moved this Court to exceed the page limits set forth in the local rules for the District of Kansas on September 12, 2023. (Doc. 194). Therein, Plaintiffs noted that they anticipated needing roughly 75 pages for their Memorandum in Support of Summary Judgment. Plaintiffs moved this Court for additional pages several weeks prior to the deadline for doing so in order to plan their drafting process accordingly.

2. The Court granted Plaintiffs motion that same day. (Doc. 195). The Court's minute entry granting Plaintiffs' motion did not specify a page limit for Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment.

3. As set forth in Plaintiffs' first motion to exceed page limits, the complexity of the case, the multiple plaintiffs involved, its class action nature, the relief sought, and the variety of claims and legal issues that will be presented in Plaintiffs' Motion necessitate additional pages. By allowing for additional pages, Plaintiffs can provide thorough explanations of the factual and legal support for each claim and the justification for the relief sought, ensuring that the Court is able to fully and fairly adjudicate Plaintiffs' request for summary judgement in their favor.Doc. 194 at ¶ 7.

4. In the two weeks since the Court granted Plaintiffs' first motion to exceed page limits, Plaintiffs worked to get their facts and arguments and authorities under the 75 pages they previously noted they may need.

5. After multiple rounds of edits, Plaintiffs were unable to reduce their brief without compromising the presentation of evidence and support for their arguments.

6. Out of an abundance of caution, Plaintiffs now file this Second Motion to Exceed Page Limits, and for an additional 10 pages for their brief, for a total of 85 pages.

7. Prior to filing this Motion, Plaintiffs conferred with defense counsel. Defense counsel indicated that they do not oppose this Motion.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs' Second Motion to Exceed Page Limits and allow Plaintiffs to file a Memorandum in Support of Plaintiffs' Motion for Summary Judgement of 85 pages.

Date: September 26, 2023

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

/s/ Sharon Brett
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org

**SHOOK, HARDY & BACON LLP**

/s/ Thomas J. Sullivan
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550 tsullivan@shb.com
mengel@shb.com jbaehr@shb.com
pvogel@shb.com

**ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Sharon Brett
Sharon Brett
