IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

  vs.                                                     Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

**Unopposed Motion for Leave to Exceed Page Limitation**

    Defendant, City of Wichita, seeks leave to exceed the 40-page limitation for its brief in support of its Motion for Summary Judgment, due September 29, 2023. Defendant requests leave to file a brief of up to 85 pages.

    Defendant seeks to exceed the page limitation for substantially similar reasons stated by plaintiffs in their motion at Doc. 194. Four individual plaintiffs (Cooper, Costello, Costello and Levy), an association plaintiff (Progeny), and on behalf of a putative class assert claims under 42 U.S.C. § 1985 challenging the constitutionality of K.S.A. 21-6313 through K.S.A. 21-6316 both facially and as applied. Each of the claims requires distinct factual basis and legal analysis. Given the complexities and the evidence revealed in the numerous depositions held in this matter, Defendant requests a total of 85 pages (an additional 45 pages) as necessary to fully brief the various facts and issues to the court.

    Plaintiffs' counsel do not oppose this motion and Plaintiffs seek 85 pages on their own motion and brief.

For the reasons stated above, defendant respectfully requests the Court to grant its Motion to Exceed Page Limits granting leave for a brief up to 85 pages.

        **Fisher, Patterson, Sayler & Smith, LLP**
        3550 S.W. 5th
        Topeka, Kansas 66606
        Tel: (785) 232-7761 | Fax: (785) 232-6604
        dcooper@fpsslaw.com | cbranson@fpsslaw.com

        **s/David R. Cooper**
        David R. Cooper    #16690
        Charles E. Branson    #17376
        **Attorneys for Defendant**

        Jennifer L. Magaña, #15519
        City Attorney
        Sharon L. Dickgrafe, #14071
        Chief Deputy City Attorney
        City Hall-13th Floor
        455 North Main
        Wichita, Kansas 67202
        P: (316) 268-4681 | F: (316) 268-4335
        sdickgrafe@wichita.gov
        **Attorneys for City of Wichita**

## Certificate of Service

On September 26, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696 | Bria Nelson
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org
bnelson@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

s/David R. Cooper