IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

   *Plaintiffs*,

v.             **Case No. 6:21-cv-01100-EFM-ADM**

CITY OF WICHITA, KANSAS,

   *Defendant.*

**ENTRY OF APPEARANCE**

 Kunyu Ching of the American Civil Liberties Union Foundation of Kansas enters her appearance as counsel for Plaintiffs in Case No. 6:21-cv-01100-EFM-ADM. All other counsel for Plaintiffs remain in Case No. 6:21-cv-01100-EFM-ADM.

 Dated this 27th day of September, 2023.

                s/ Kunyu Ching
                Kunyu Ching KS #29807
                ACLU Foundation of Kansas
                10561 Barkley St. Suite 500
                Overland Park, KS 66212
                Phone: (913) 490-4100
                Fax: (913) 490-4119
                kching@aclukansas.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2023, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which will serve all registered participants.

s/ Kunyu Ching