**Index of Exhibits**

Ex 1 - Index of Exhibits

Ex 2 - Easter Deposition Excerpts (volumes I and II)

Ex 3 - McKenna Deposition Excerpts

Ex 4 - Beard 30(b)(6) Deposition Excerpts

Ex 5 – WPD Policy 527

Ex 6 - Bernard Declaration

Ex 7 - Salcido Deposition Excerpts

Ex 8 - Beard Deposition Excerpts

Ex 9 - Hemmert Deposition Excerpts

Ex 10 - Inkelaar Deposition Excerpts

Ex 11 - Johnson Deposition Excerpts

Ex 12 - Parker-Givens Deposition Excerpts

Ex 13 - Speer Deposition Excerpts

Ex 14 - Charging affidavit, *State v. Wendell Nicholson*, Sedgwick County Case No. 2023-CR-000628-FE.3

Ex 15 – MOU with U.S. Probation Office

Ex 16 - Bartel Deposition Excerpts

Ex 17 - Gilmore Deposition Excerpts

Ex 18 - Thatcher Deposition Excerpts

Ex 19 - Cory Deposition Excerpts

Ex 20 - Christopher Cooper Deposition Excerpts

Ex 21 - Excerpts of Christopher Cooper's Response to DEF's First Req. for Production

Ex 22 – Excerpts of Christopher Cooper's Response to DEF's First Interrogatories

{T0479751}

Ex 23 - Joseph Levy Deposition Excerpts

Ex 24 - Excerpts of Joseph Levy's Response to Defendant's First Request for Production

Ex 25 - Martel Costello Deposition Excerpts

Ex 26 - Carson Declaration

Ex 27 - Exhibit 84 from M. Costello's Deposition

Ex 28 – Exhibit 85 from M. Costellos' Deposition

Ex 29 - Exhibit 86 from M. Costello's Deposition

Ex 30 - Excerpts of Martel Costello's Response to Defendant's First Interrogatories

Ex 31 - Exhibit 87 from M. Costello's Deposition

Ex 32 - Excerpts of Martel Costello's Response to Defendant's First Request for Production

Ex 33 - Elbert Costello's Deposition Excerpts

Ex 34 - Excerpts of Elbert Costello's Response to Defendant's First Interrogatories

Ex 35 - Excerpts of Elbert Costello's Response to Defendant's First Request for Production

Ex 36 - Marquetta Atkin 30(b)(6) Deposition Excerpts

Ex 37 - Progeny Response to Interrogatories

Ex 38 - Exhibit 63 from E. Costello's Deposition

Ex 39 - Beard Exhibit 37

{T0479751}