IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, MARTEL )
COSTELLO, and JEREMY LEVY, JR., on )
behalf of themselves and others ) Case No.
similarly situated, ) 6:21-CV-01100-
Plaintiffs, ) EFM-ADM
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

VIDEOTAPED DEPOSITION OF
KEVIN MCKENNA
December 1, 2022
8:31 a.m.

Taken at:
Joseph, Hollander & Craft
500 North Market
Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

1

APPEARANCES:
   On behalf of the Plaintiffs:
      Mr. Jordan C. Baehr
      Mr. Paul M. Vogel
      Mr. Thomas J. Sullivan
      Shook, Hardy & Bacon, LLP
      2555 Grand Boulevard
      Kansas City, Missouri 64108
      (816)474-6550
      Fax: (816)421-5547
      jbaehr@shb.com
      pvogel@shb.com
      tsullivan@shb.com

   On behalf of the Defendant:
      Mr. Charles E. Branson
      Fisher, Patterson, Sayler & Smith, LLP
      3550 S.W. 5th Street
      Topeka, Kansas 66606
      (785)232-7761
      Fax: (785)232-6604
      cbranson@fpsslaw.com

   On behalf of Kansas Appleseed Center for Law
   and Justice, Inc. (By Zoom)

2

      Ms. Teresa A. Woody
      211 E. 8th Street, Suite 3
      Lawrence, Kansas 66044
      (785)251-8160
      twoody@kansasappleseed.org

3

TRANSCRIPT INDEX
APPEARANCES................................. 2
INDEX OF EXHIBITS........................... 5

EXAMINATION OF KEVIN MCKENNA:
BY MR. BAEHR................................ 6

REPORTER'S CERTIFICATE...................... 237

EXHIBIT CUSTODY
EXHIBITS RETAINED BY COURT REPORTER

4

1 (Pages 1 to 4)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com

**Page 141**

1  this statute that would tell you as an officer
2  okay, a person who is involved with a criminal
3  street gang member in the context of providing them
4  services, that could not be an associate of that
5  criminal street gang member.
6      A.  You are correct.
7      Q.  Okay.  Now, you as an officer, would
8  you consider someone who was associating with a
9  criminal street gang member in order to provide
10 them professional services, would you say that
11 person is associating with a criminal street gang
12 member?
13     A.  No.
14     Q.  Okay, so you would make a judgment call
15 not to state that that person met this criteria but
16 it wouldn't be strictly based on the language of
17 the criteria; is that right?
18     A.  Correct.
19     Q.  So you would employ some unwritten
20 criteria to distinguish between people who
21 associate with criminal street gang members for
22 some purposes from people who associate with them
23 in a way that would make them a likely criminal
24 street gang member; is that right?
25     A.  No. By state law you have to be

**Page 142**

1  involved in criminal activity.
2      Q.  In order to be identified as a member?
3      A.  Yes.
4      Q.  Okay. Point to me where a criminal
5  street gang member has to be involved in criminal
6  activity in order to be designated as a criminal
7  street gang member.
8      A.  No. 2 says, "Having one of the primary
9  activities, the commission of one or more felony
10 violations," and that's part of a street gang is
11 criminal activity.
12     Q.  Okay.  And just to clarify, a criminal
13 street gang, a gang itself, is defined as an
14 association or group consisting of three or more
15 persons that commits crimes are is involved in
16 crimes as one of its primary activities; correct?
17         MR. BRANSON:  Object to form.
18     A.  Correct.
19     Q.  (By Mr. Baehr) So the definition of
20 gang requires criminal activity; correct?
21     A.  Correct.
22     Q.  Section 2 here, though, doesn't set
23 forth the definition of a criminal street gang
24 member.  Do you agree?
25     A.  Let's make sure we're talking

**Page 143**

1  about the same section.  You're saying this right
2  here, Section 2?
3      Q.  Yeah, that begins having as one of its
4  primary activities.
5      A.  And the question is?
6      Q.  Does that section describe the
7  definition of a criminal street gang member?
8      A.  No.  It's one of the requirements.
9      Q.  Let me ask you this, okay, according to
10 your understanding.  Does a person who -- does a
11 person have to be involved in criminal activity in
12 order to be listed as a gang member in the Wichita
13 Police Department gang database?
14     A.  No.
15     Q.  Okay.  A criminal street gang, in order
16 to be designated as a criminal street gang, has to
17 have as one of its primary purposes the commission
18 of crimes?
19     A.  Yes, sir.
20     Q.  But for an individual to be listed in
21 the gang database, that person doesn't have to be
22 associated with any criminal activity; correct?
23     A.  Correct.
24     Q.  Okay, and so going -- maybe taking a
25 whole step back, let's just look at Policy 527.

**Page 144**

1  Okay?  That would be Exhibit 6.  All right.  Look
2  at the bottom left corner of Exhibit 6 and do you
3  see the word Revised 9-26-2019?
4      A.  Yes, sir.
5      Q.  To your knowledge is that the most
6  recent version of WPD Policy 527?
7      A.  Yes, sir.
8      Q.  We discussed earlier some proposed
9  changes or negotiations regarding changes to this
10 policy; is that right?
11     A.  Yes, sir.
12     Q.  And you understand those to have taken
13 place in the context of the lawsuit that you are
14 being deposed as part of right now; right?
15     A.  Yeah.  Those changes have not happened.
16     Q.  You understand there's some current
17 negotiation going on regarding the policy', right?
18     A.  Yes, sir.
19     Q.  You don't have any knowledge of any
20 discussion of proposed changes to the policy
21 outside the context of this lawsuit?
22     A.  Correct.
23     Q.  In your tenure on the Gang Unit, have
24 you ever been approached by anyone to inform you
25 that there might be some changes to gang list

**Page 153**

A. Yes, and I am very fair and I'm very honest and I have flagged individuals as associates that meet four criteria. I could make them an active member, but I just made them an associate for right now because I don't want to make them active. I would rather have a solid associate flagging than a weak active flagging and so I am very much -- if I was the gang officer that did it, did my research and made sure that everybody matched, would meet the criteria.

Q. Okay. You made sure that every person who was nominated for inclusion into the gang list met all the criteria that they needed to to be included in the gang list?

A. Yes, and every time I've testified in court I've done an audit on the person I went to testify on the person before I testified to insure that they were an active gang member.

Q. Okay. When you say -- what did that audit consist of?

A. So you just -- if you are going to go testify to somebody else's audit because I mean we have a lot of people in the Gang Unit. If you are going to testify to somebody else's audit or you get called over to court to testify to gang

**Page 154**

indicia, it's your responsibility to insure that the audit is correct; that they do meet the criteria. And I will go through and if I'm going to swear before a judge and I'm going to testify to that, I'm going to audit that person. So I'm going to go through and insure that everything in there is factual; that everything in there is correct; that they do meet the criteria and that they have met the criteria to still be flagged active and that audit is going through old cases, going through, making sure that it's correct.

Q. Okay, and is it your testimony that you want to make sure that at that time they still meet the criteria as of the day that you are testifying?

A. Correct, yes, sir.

Q. So when you say going through old case data, how does that inform their status as of the date that you are conducting the audit?

A. So again, I'm not going to testify in court to something that somebody else did. So I'm going to do it myself and so that is insuring that those cases that were used to extend that person another three years is a correct case that can be used. So basically what I'm doing is I'm double-checking my checkbook, right?

**Page 155**

Q. I understand the concept I think but I would like to know more about what exactly that looks like. So how do you verify if, for example, a report that somebody was associating with another gang member is correct?

A. So the report number is listed in the case or in the profile. You would just review that case and see what it's about; read that case and see what it says. If he had contact on this day in this car, that type of stuff.

Q. Okay.

A. Go ahead.

Q. So you wouldn't, for example, go to try to surveil the individual on that date did to see that they were engaging in those activities on that date; correct?

A. Not at all, no.

Q. And somebody that might be in custody or you might not be able to observe them engaging in that type of activities on that date; correct?

A. Yes, sir.

Q. Okay. So you would review police reports regarding their conduct to see that the account given in the report does in fact meet the criteria for inclusion in the gang list within a

**Page 156**

three-year period prior to your testimony?

A. Yes, sir.

Q. Okay. Why was it important to you to insure that anybody that you were going to testify about their gang status was actually a member of the gang they were being identified with?

A. Because you are testifying in court to it and there's an enhancement to the bond and that is the moral and ethical thing to do is to insure that it is correct and I'm not going to just go off of somebody else's work. If I'm going to swear before a judge and a jury I'm going to be correct about it. That's why it's important to me because I would never give my last name a bad name.

Q. Okay. You made a comment -- or actually let me strike that.

Is it your testimony that you would not go in court and testify that someone was a member of a gang based on -- or let's say associate. Is it your testimony that you would not go into court and testify that someone was a gang associate based on having observed them wearing a Washington Nationals jersey in a night club, sitting at a table with other individuals listed on the gang list?

**Page 161**

1  them to decide whether a person who meets the
2  strict express criteria of the statute should be
3  added to the gang database?
4      A.  Yes.
5      Q.  Okay.  So there may be gang
6  intelligence officers who would put someone into
7  the gang database as a gang associate based
8  strictly on seeing someone sitting at a table with
9  other people listed on the gang list and wearing a
10 Washington Nationals jersey?
11         MR. BRANSON:  Object to form.
12     A.  Possibly, yes.
13     Q.  (By Mr. Baehr) Okay. In your personal
14 view, such an individual might not be affiliated
15 with a gang; is that true?
16     A.  Correct.
17     Q.  And you personally would not interpret
18 the simple fact of someone sitting at a table with
19 other people on the gang list and wearing a
20 Washington Nationals jersey as behavior intended to
21 claim membership in the gang.
22     A.  No.  I'm telling you that I would not
23 immediately go enter them into the gang database
24 and flag them as an associate.  Okay.  That's what
25 I'm telling you.

**Page 162**

1      Q.  I understand.  You would need to see
2  something more; correct?
3      A.  Correct.
4      Q.  And some of that something more isn't
5  necessarily listed in Policy 527 or the statute;
6  right?
7      A.  Correct.
8      Q.  Okay.  So there may be -- there may be
9  indicia of gang membership that you, as a gang
10 intelligence officer, would find important to
11 determining whether someone is appropriate for
12 inclusion in the gang database that aren't listed
13 in the policy or in the statute.
14         MR. BRANSON:  Object to form.
15     A.  Correct.
16     Q.  (By Mr. Baehr) Okay.  On the other hand,
17 a different officer could view it differently; is
18 that right?
19     A.  Always.
20     Q.  There could be an officer whose
21 approach to applying Policy 527 and the statute is
22 just to tick the boxes if the person is observed
23 meeting those criteria and enter them in the
24 database; is that right?
25     A.  Yes, sir.

**Page 163**

1      Q.  I know we have been going awhile.  I
2  think this is a good time for a break so let's go
3  off the record.
4          VIDEOGRAPHER:  The time is 12:17 p.m..
5  We are off the record.
6          (Whereupon a recess was taken from
7  12:17 p.m. to 12:30 p.m.)
8          VIDEOGRAPHER:  The time is 12:30 p.m.
9  and we're back on the record.
10     Q.  (By Mr. Baehr) All right.  When we went
11 off we were talking about, I think sort of how you
12 applied Policy 527 and the statute as an officer or
13 as a detective if you observed someone in the
14 community who might meet some of the criteria; is
15 that right?
16     A.  Yes, sir.
17     Q.  Okay.  Part of your role as a gang
18 intelligence officer was to review TOPS cards
19 submitted by other officers; is that correct?
20     A.  Yes, sir.
21     Q.  And other officers might apply Policy
22 527 differently than you would; right?
23     A.  Yes, sir.
24     Q.  They might submit a TOPS card for
25 someone that you would not have submitted a TOPS

**Page 164**

1  card for?
2      A.  Yes, sir.
3      Q.  And they might submit it based on a
4  person meeting the strict criteria of Policy 527
5  without indicia that you would consider important
6  to identifying if that person was involved in gang
7  lifestyle?
8      A.  Yes, sir.
9      Q.  And so part of your job was to review
10 the TOPS card and decide whether to actually add
11 that individual to the database; correct?
12     A.  Yes, sir.
13     Q.  And you would conduct additional
14 research to determine whether you should add that
15 individual to the database; is that right?
16     A.  Yes, sir.
17     Q.  Did you ever add individuals to the
18 database based purely on the information in the
19 TOPS card?
20     A.  Yes.
21     Q.  What would determine whether you added
22 an individual to the database based purely on the
23 TOPS card versus conducting additional research?
24     A.  Like self-admits, that when they
25 self-admit to being in a gang that would be an easy

**Page 165**

1  one to add and not a lot of research has to go into
2  it because they admitted to it.
3      Q.  And in that case the officer would fill
4  out the TOPS card and check the box for
5  self-admission; is that right?
6      A.  Correct.
7      Q.  And then would they provide some
8  explanation of what that admission consisted of?
9      A.  Yes, yes.
10     Q.  They would make a note on the back of
11 the card; is that right?
12     A.  Or in the case file itself if there's a
13 case number related, yes.
14     Q.  Okay, and would they specify, for
15 example, if an individual stated that they had been
16 jumped into a particular gang?
17     A.  Yes.
18     Q.  Or alternatively if the individual had
19 said I am a member of a particular gang?
20     A.  Yes.
21     Q.  Okay. In that case, you wouldn't
22 necessarily have any other way to verify that
23 admission other than the report made by the
24 officer; is that right?
25     A.  Well, now you have AXON so --

**Page 166**

1      Q.  AXON versus body cameras?
2      A.  Yes, so it's not uncommon for officers
3  to say see the AXON video.  So when I was a gang
4  officer we would download the AXON video and put it
5  in the file.
6      Q.  Okay, and so when you were a gang
7  intelligence officer if you got a TOPS card
8  reporting that an individual had self identified as
9  a gang member, and referring you to AXON video,
10 then you would -- before adding that person to the
11 gang database you would view the video and
12 determine whether there was a self-identification;
13 correct?
14     A.  Correct.
15     Q.  Were there times where there wasn't
16 AXON video?
17     A.  Yeah, half my career.
18     Q.  Were there times when you served as a
19 gang intelligence officer, were responsible for
20 reviewing TOPS cards when you weren't -- there
21 wasn't video available to verify a
22 self-identification?
23     A.  Yes.
24     Q.  So there were times when you would get
25 cards, the officer would say that the individual

**Page 167**

1  self-identified, provide some description of that
2  self-identification but that's all you had to go
3  on; is that right?
4      A.  Yes, sir.
5      Q.  In those cases you might add that
6  individual to the database based purely on that
7  account on the TOPS card; is that right?
8      A.  Yes.
9      Q.  Were there cases where you might not
10 add an individual to the database based purely on a
11 TOPS card indicating self-identification?
12     A.  No.  I mean -- if they self-admitted
13 then they got added.  Even if they claimed to be a
14 member of a gang that wasn't in Wichita, right?
15 Let's say you have a guy that wants to be a Skyline
16 Pyru.  Well, we aren't in San Diego but we have a
17 Pyru set in Wichita so you would say he
18 self-admitted to be a Skyline Pyru and that is a
19 subset of Pyru so we'll keep him as a Pyru here in
20 Wichita.
21     Q.  Would officers sometimes submit TOPS
22 cards based on a social media post?
23     A.  Not just on a single social media post,
24 no.
25     Q.  Okay. You can't ever recall an incident

**Page 168**

1  where someone submitted a TOPS card citing a social
2  media post where an individual identified as a gang
3  member in that post?
4      A.  I personally don't recall.  I wouldn't
5  rule it out.
6      Q.  It's possible such --
7      A.  Yeah.
8      Q.  -- such a card has been submitted?
9      A.  Correct.
10     Q.  But you can't recall such an incident?
11     A.  Yes.
12     Q.  Under your interpretation of Policy
13 527, that would be a basis for someone to submit a
14 TOPS card on an individual; right?
15     A.  No, not for a self-admit.  The person
16 has to tell you to your face that you are that.
17 You have to -- you have to hear them say it.  Who's
18 is to say I'm not typing on your account and so an
19 example of a self-admit that I personally have done
20 was on a video visit through the jail.  A guy is
21 talking to his mom and he said he's a Crip.  He
22 even says he's a rolling Crip.  He says this.  I
23 saved that video visit and I documented him as a
24 Rolling Crip.  So a social media post alone does
25 not make you a gang member.  I need more than that.