IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER    )
COOPER, ELBERT COSTELLO, MARTEL   ) Case No.
COSTELLO, and JEREMY LEVY, JR.,   ) 6:21-CV-01100-
on behalf of themselves and       ) EFM-ADM
others similarly situated,        )
Plaintiffs,                       )
vs                                )
CITY OF WICHITA, KANSAS,          )
Defendant.                        )
_____)

VIDEO-RECORDED 30(B)(6) ZOOM DEPOSITION OF

CHAD BEARD

VOLUME II

May 25, 2023

10:04 a.m.

Taken at:

Stinson Law Office

1625 North Waterfront Parkway, Suite 300

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

Page 18

1  a notification process.
2      Q.  Any other issues that you are aware of
3  with regard to Deputy Chief Salcido?
4      A.  No.
5      Q.  What about the racial makeup of the
6  gang list was an issue in your discussions with
7  Deputy Chief Salcido?
8      A.  I'm sorry, you're going to have to say
9  that question again.
10     Q.  Sure. I'll rephrase. Could you
11 describe the nature of concern that Deputy Chief
12 Salcido had when you refer to him raising the issue
13 of the racial makeup of the gang list?
14     A.  Deputy Chief Salcido's concerns were of
15 persons of color being overrepresented in the
16 database; specifically, African American and
17 Hispanic.
18     Q.  Anything beyond that?
19     A.  And again, are you speaking of just of
20 the racial makeup issue or are you talking about
21 the other issues?
22     Q.  Specifically the racial makeup issue at
23 this point.
24     A.  That's the only concern that Deputy
25 Chief Salcido made.

Page 19

1      Q.  Okay. Does the department share those
2  same concerns?
3      A.  Yes.
4      Q.  Why?
5      A.  The department obviously recognizes
6  that policing has evolved and that obviously things
7  have changed throughout the years. There's always
8  going to be a concern if there appears to be an
9  overrepresentation of a certain group and I
10 believe, the City believes that we should work with
11 the community to address any of those types of
12 issues.
13     Q.  You said that there appears to be an
14 overrepresentation. Is there an
15 overrepresentation?
16     MR. BRANSON: Object to form.
17     A.  I just know -- the City is aware of the
18 statistical makeup of the database and what those
19 are. Again, I'm not or I'm not a statistician
20 so -- again, the department is aware of the
21 statistics of the database.
22     Q.  (By Mr. Vogel) What are those -- and
23 we'll get into it in a little more detail but at a
24 high level what are those statistics that you are
25 referring to that the department is aware of when

Page 20

1  answering that question?
2      A.  The department is aware that African
3  American and Hispanic individuals make up the
4  majority of the gang database.
5      Q.  Why is that?
6      MR. BRANSON: Object to form. Why is
7  what?
8      Q.  (By Mr. Vogel) Why -- do you mind
9  reading his answer to the question, please.
10     (Whereupon the Answer: "The department
11 is aware that African American and Hispanic
12 individuals make up the majority of the gang
13 database," was read back.
14     Q.  Why do African American individuals and
15 Hispanic individuals make up the majority of the
16 gang database?
17     MR. BRANSON: Object to form.
18     A.  It's based -- the department is aware
19 that individuals documented into the database based
20 on individual or group criminal activity and if
21 they meet the requirements of K.S.A. 21-6313.
22     Q.  (By Mr. Vogel) So have you done, have
23 you done -- has the department done any research
24 into why African American and Hispanics are
25 overrepresented in the gang database?

Page 21

1      A.  The department is not aware of any
2  research that's been done.
3      Q.  Do you have any plans to do any
4  research to that effect?
5      A.  The department may.
6      Q.  Are there currently any plans?
7      A.  Currently there are no plans.
8      Q.  Has there been any discussion to raise
9  the issue further?
10     A.  Currently, no.
11     Q.  You also mentioned two other issues
12 regarding Deputy Chief Salcido's concerns, one
13 being process of removal. Do you currently have a
14 removal process for the gang database, for members
15 on the gang database? I'm sorry, and what was your
16 answer, I'm sorry?
17     A.  Yes.
18     Q.  What is that removal process?
19     A.  The Wichita Police Department allows
20 individuals to be removed from the gang database
21 after a time period of three years if there is no
22 ongoing criminal activity, arrests or identified
23 gang activity.
24     Q.  What can a person who is listed on the
25 gang list, what can that person do to initiate a

Page 22

1  removal?
2  A. Through the Wichita Police Department
3  there is no official process for a person to become
4  removed if they reach out other than providing that
5  they do not involve themselves in criminal behavior
6  and gang activity.
7  Q. How long has that been the case?
8  A. Since 2003.
9  Q. Has anybody prior to Deputy Chief
10 Salcido raised the issue of there not being a
11 removal process that an individual can initiate?
12 A. The City is unaware of any of that.
13 Q. To your recollection, have there been
14 any discussions regarding such a process?
15 A. There have been discussions, yes.
16 Q. When were those discussions held?
17 A. The City is aware that those
18 discussions took place in reference to mediation in
19 this lawsuit.
20 Q. Any other discussions that you are
21 aware of?
22 A. The City is not aware of any other
23 discussions.
24 Q. And then the 3rd issue that we
25 discussed with Deputy Chief Salcido was a

Page 23

1  notification process; is that accurate?
2  A. Yes.
3  Q. Do you have a notification process
4  for when an individual is added to the gang
5  database?
6  A. That's a yes and no. We have a
7  notification process for juveniles; no notification
8  process for adults.
9  Q. Is there a formal written policy
10 regarding a notification to juveniles when they
11 have been added to the gang list?
12 A. Yes.
13 Q. And what is that?
14 A. Are you asking for the policy or for
15 what?
16 Q. I asked for the policy.
17 A. Policy 527.
18 Q. Okay, and that, and correct me if I'm
19 wrong, that details the formal process that the
20 Wichita Police Department would go through for
21 notifying a juvenile if they have been added to the
22 gang list; is that accurate?
23 A. We would -- the department would notify
24 the legal guardian or the parent of the juvenile.
25 Q. Okay, and is that policy still in

Page 24

1  effect?
2  A. Yes.
3  Q. Has that continued to be the practice
4  of the Wichita Police Department?
5  A. Yes.
6  Q. How does the Wichita Police Department
7  go about notifying the guardian of a juvenile when
8  they have been added to the gang list?
9  A. The current practice of the Wichita
10 Police Department for notification of juveniles
11 will consist of either phone calls or personal
12 contact.
13 Q. Anything beyond that?
14 A. Prior to that the Wichita Police
15 Department had sent notifying letters but that was
16 discontinued because of a lack of response.
17 Q. How often would you say that the
18 officers in the Gang Unit or more broadly the
19 department are able to make contact with the
20 juvenile's guardian?
21 A. The City does not have that exact
22 number.
23 Q. Are you aware of instances when they
24 are unable to contact the guardian?
25 A. Yes.

Page 25

1  Q. And what happens in that case?
2  A. The Wichita Police Department does not
3  set a specific amount of time or excuse me, amount
4  of how many times the Gang Intelligence officers
5  may have to try to reach out but there are
6  several -- it's common practice that they will make
7  several attempts and if they can't then we stop.
8  Q. Is that documented?
9  A. Yes.
10 Q. What is that information documented?
11 A. That information will be documented in
12 the gang database.
13 Q. If a juvenile is reactivated for lack
14 of a better term, please correct me if I'm wrong,
15 but I'm referring to the act of increasing their
16 continued time on the gang list for a three-year
17 period. If a juvenile is reactivated is there any
18 notice in that instance?
19 A. The department is unaware of any
20 renotification if a juvenile is re-added to the
21 list or I guess the question -- if you want to
22 clarify it, are you talking about re-adding
23 somebody or just updating their information?
24 Q. Let's do that. So updating the
25 information.

Page 26

1   A. Updating, there's not a common practice
2   for the Wichita Police Department to re-notify the
3   juvenile.
4   Q. Is there a policy that would describe a
5   notification process for that instance?
6   A. For being re-added?
7   Q. For updating information.
8   A. The Wichita Police Department, there is
9   no notification process if a person is updated.
10  Q. So if they are re-added to the list, so
11  what do you mean by re-added first?
12  A. An individual may come off the database
13  or may be made inactive and if they were going to
14  be reactivated as a member or an associate they
15  would have to meet state criteria again. That's
16  what the City is referring to when we talk about
17  re-adding somebody, so they are added back to or
18  made from inactive back to active. Currently
19  there's no common practice to re-notify or notify
20  them again if they were re-added.
21  Q. Okay. Regarding adults, any
22  notification process for adults?
23  A. No.
24  Q. So let's break that down. Any
25  notification for an adult if they are initially

Page 27

1   added to the gang list?
2   A. No.
3   Q. Any notification to an adult if
4   information is updated on the gang list about that
5   adult?
6   A. No.
7   Q. Any notification to an adult if they
8   are re-added to the gang list?
9   A. No.
10  Q. Then you mentioned you spoke with --
11  let's stick with the documents I guess for a
12  minute. Are there any other documents other than
13  in Deputy Chief Salcido's or Sheriff Easter depo
14  that you reviewed?
15  A. Yes.
16  Q. What were those?
17  A. I reviewed the state statute. I
18  reviewed the Wichita Police Department Standard
19  Operating Procedure for the Persons Crimes Bureau.
20  I also reviewed Policy 527 and also a power point,
21  actually I pulled one slide, looked at one slide.
22  Q. Do you recall what that power point
23  was?
24  A. It was a recruit, a presentation to
25  recruits from 2004.

Page 28

1   Q. Why did you review that particular
2   power point?
3   A. It was prior to the 2006 gang statute
4   being enacted.
5   Q. Why did you feel that that was
6   necessary to review prior to this deposition?
7   A. The City needed to review how a gang
8   was identified prior to 2006.
9   Q. Okay. We'll get into that one a little
10  further so hold some of the questions for just a
11  minute. Going back to the people that you talked
12  to, there's quite a few here. Could you give me a
13  brief -- I'll walk through the list. If you can
14  give me kind of a brief overview, please, of the
15  nature of the conversations that you had with each
16  individual. Is that okay?
17  A. Sure.
18  Q. What was the nature of your
19  conversation with Mr. Carlton Rogers?
20  A. Sergeant Rogers was a Gang Intelligence
21  officer in the late 1990s. The City requested to
22  speak with him to get his input on how he did his
23  work during that time.
24  Q. What was the substance of that
25  conversation?

Page 29

1   A. Sergeant Rogers spoke about how many
2   people were in the unit at the time, the gang
3   database and some of the duties and functions that
4   he normally did during his time as a Gang
5   Intelligence officer.
6   Q. What information did he provide you
7   specifically about the gang database going back to
8   his time as a sergeant?
9   A. The City's conversation with Carlton
10  Rogers consisted more of documenting individuals in
11  the database, the audit process. More of the
12  conversation with Sergeant Rogers was just his
13  duties and functions as a Gang Intelligence
14  officer.
15  Q. What were the differences between how
16  people were added to the database during his tenure
17  and the current practice of adding people to the
18  database?
19  A. The City recognized that when Carlton
20  Rogers was a gang officer that the gang statute was
21  not in effect and so there was other criteria that
22  was very similar to what is in the state statute
23  but not the exact same.
24  Q. Then I may pronounce his name
25  incorrectly, or wrong. Todd, you said Ojile?

Page 98

```
 1        A.  What information?
 2        Q.  Do you provide the information on the
 3   Wichita Police Department gang database;
 4   specifically the name of a person and their
 5   associated gang to the general public?
 6        A.  No.
 7        Q.  How is it possible that a person who
 8   has a gang condition of don't associate with other
 9   gang members that you are actively monitoring with
10   the intent of revoking them understand that they
11   are currently engaging with someone else who is
12   listed on the Wichita Police Department's gang
13   list?
14           MR. BRANSON: Object to form.
15        A.  The City wouldn't know that.
16        Q.  (By Mr. Vogel) I think we can move on a
17   little bit.  I would like to turn attention a
18   little bit more to some of the history including
19   changes in gang policing and the WPD's effects on
20   legislation if that's okay.  Some of the items are
21   listed under Topic 3.
22           So beginning in about 2003-ish, can you
23   give me a general summary of how the criteria for
24   being identified as a gang member has evolved?
25           MR. BRANSON: Are you asking for 2003 or
```

Page 99

```
 1   2003 to present?
 2        Q.  (By Mr. Vogel) 2003 to present, how has
 3   the criteria broadly evolved?  The criteria the
 4   Wichita Police Department follows, how has that
 5   generally evolved?
 6        A.  Wichita Police Department recognizes
 7   that in 2003 there was a different criteria that
 8   was then established in the 2006 state statute and
 9   the Wichita Police Department follows their policy
10   in the state statute for documenting gangs and gang
11   members.
12        Q.  So from 2003 to 2006, what criteria, I
13   guess, did Wichita, the Wichita Police Department
14   follow for documenting gang members?
15        A.  The City of Wichita recognizes there
16   was a specific Policy 527 which identified what the
17   criteria was.
18        Q.  And who developed that policy?
19        A.  City of Wichita does not know.
20        Q.  Was the policy developed by Wichita
21   Police Department at least?
22        A.  Yes.
23        Q.  Okay.  So it's fair to say that the
24   policy at 527 that you were following in 2003 was
25   at some point developed by Wichita Police
```

Page 100

```
 1   Department?
 2        A.  Yes.
 3        Q.  For the purposes and use by Wichita
 4   Police Department?
 5        A.  Yes.
 6        Q.  Okay, and that policy described how a
 7   Wichita Police Department officer would identify a
 8   gang member; accurate?
 9           MR. BRANSON: Object to form.
10        A.  The policy provided the criteria, yes.
11        Q.  (By Mr. Vogel) Okay, and do you
12   recall -- do you know where that criteria came
13   from?
14        A.  The City of Wichita does not know.
15        Q.  Do you know what those criteria were?
16        A.  Could I refer to the policy?
17        Q.  Yes, certainly.
18        A.  Do you want me to read them to you
19   or --
20        Q.  I think we're going to have -- I think
21   we're going to have that on the record at some
22   point.  I don't know if it would be necessary to
23   read.  I think it would be easier if you could give
24   me an idea of whether what you have researched
25   matches what we've identified in the document.
```

Page 101

```
 1        A.  Do you want me to look at that first or
 2   compare this?
 3        Q.  So I'm going to present you with what
 4   we are going to mark as Exhibit 36.
 5           (Whereupon Deposition Exhibit No. 36 was
 6   marked for purposes of identification.)
 7        Q.  Does that look like something that's
 8   familiar to you?
 9        A.  Yes.
10        Q.  What is it?  What do you think that you
11   are looking at?
12        A.  This is a -- the City recognizes this
13   as a gang awareness or gang presentation or a power
14   point presentation on street gangs from Wichita.
15        Q.  Okay, and I will say that it is a -- it
16   spans Bates numbers 038776 through 038978 with a
17   portion of it having been removed just for brevity
18   of the document.  If you could, taking a look at
19   it's almost the next to the last page, I'm going to
20   ask if you can identify what year this was
21   presented and to help answer that I will direct you
22   to page 038786.  It has a density map on it.
23   There's a date in the bottom right corner.  What is
24   the date?
25        A.  3-24 of '03.
```