ELECTRONICALLY FILED
2023 May 23 PM 2:30
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-CR-000628-FE

**THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**

**RELEASED**
**UNREDACTED**

State of Kansas )
 )
 )
vs. ) **Case Number:** 2023-CR-000628-FE
 )
 )
Wendell E Nicholson )

## Unredacted Affidavit

RELEASED UNREDACTED

ELECTRONICALLY FILED
2023 Mar 24 PM 1:35
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-CR-000628-FE

## AFFIDAVIT

| STATE OF KANSAS, | ) | | Wendell E Nicholson |
| --- | --- | --- | --- |
| | ) | SS: | B/M; DOB: XX/XX/1969 |
| SEDGWICK COUNTY, | ) | | SSN: XXX-XX-8572 |
| | | | LEO # 23S000605 |
| | | | KDAR # XXXXXXXXXX |

I, Brandon Monroe, of lawful age, being first duly sworn on oath, on information and belief state:

Your Affiant is a Detective with The Sedgwick County Sheriff's Office. In that capacity your Affiant was assigned case number 23S000605. Your Affiant has probable cause to believe that offenses against the Laws of the State of Kansas have been committed, and Wendell E Nicholson, committed said offenses. All of these events did occur in Sedgwick County on or about October 23rd, 2021 to January 17th, 2023. The basis for probable cause is as follows:

After reviewing reports and/or conducting interviews, your Affiant learned the following information:

On January 17, 2023, Detective Justin Rapp C2350 who works for the Exploited and Missing Child Unit (EMCU) was shown a screenshot of an email by Natasha Hoffner. Hoffner is an employee of Signal 88 Security who is contracted to work at Walmart for the purpose of parking lot security. Hoffner showed Detective Rapp a message sent to her from David Miller appearing to be a screenshot of an email. The email contained information about an EMCU case 22S000391. Hoffner showed the email to Detective Rapp because she knew that he worked at EMCU. Detective Rapp reported the incident to Lt. Chad Beard C1880.

Detective Charlie Davidson C2101 and Detective Anthony Klumpp C1868 with the Wichita Police Department who are assigned to the Gang and Felony Assault Section, were tasked with investigating an official misconduct case and computer crime. During the investigation they

RELEASED
UNREDACTED

contacted David Miller. David was at work at Walmart, 6110 W. Kellogg in Wichita Kansas where he works as a security guard.

David said he received a text message from Wendell Nicholson from phone number 316-207-2912 on January 17th, 2023 at approximately 12:50 AM. Wendell Nicholson is currently employed as a Captain with the Wichita Police Department serving as the Central Bureau Commander. Central Bureau consists primarily of the Accident teams as well as the Traffic Section of the Wichita Police Department.

The text message contained an email sent from Wichita Police Lieutenant Fatkin in reference to a Sedgwick County Sheriff's Office case number 23S000391 and Wichita Police Department outside assist case 22C002322. The email discusses an active investigation involving a one month old child. David said he didn't know why Wendell sent him a screenshot of this email other than because he is previous law enforcement. Det. Davidson asked David for consent to examine his phone further and David agreed.

A forensic exam was conducted on David's cellular phone by Detective Aaron Howard C2124 after Miller consented to a download of his phone on January 17th, 2023. During the analysis of the information obtained from David's phone Det. Howard found the conversation between Wendell and David contained the screenshots of the email. The email contained information about the juvenile victim, date of birth, medical opinions from doctors, the suspect in the case, and the probable cause used for the arrest. Also included in this email were medical opinions and decisions made on the case. Forensic Investigator Jeremy Noel was provided with a copy of the phone extraction on January 18th, 2023 and continued to analyze the data further.

Forensic Investigator Noel found another text message conversation between David and Wendell. Of these there are several PDF documents shared with David from Wendell. On January

9, 2023 the PDF document Wendell shared is titled "Shooting Review 1 4 23.pdf." This document contains several different case synopsis that occurred within the city of Wichita involving firearms offenses. The case synopsis contain location, date and time of incident, suspect names with date of birth and a brief description of the case. The title page and several other pages of this 33 page PDF have in bright yellow writing "law enforcement sensitive/intelligence product-KORA exempt."

Your Affiant also found another PDF document titled "KNR January 3, 2023_DEA-KNR-001-23.pdf." This 35 page PDF was sent by text message from Wendell to David on January 4, 2023. The first page of this document states this is for official use only. Below is a screenshot of the handling notice on the first page of this document:

## Product: DEA-KNR-001-23

> HANDLING NOTICE: All information within the *KNR* is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior DEA Phoenix Field Division approval.

Unclassified//For Official Use Only

Forensic Investigator Noel found a video which was sent to David from Wendell on December 25, 2021 at 11:26 am. The video appears to be a screen recording. At the beginning of the video in the very top part of the screen you can see it says "recording." Text on the screen shows "WichitaPD.evidence.com", the letters "ax" in the top right of the screen. The bottom of the screen says "wichitapd.evidence.com" and appears to be coming from this website. Based on my training and experience with the AXON video system, the video appears to be a from the

WichitaPD axon database. In order to access videos in the Axon database it must be done via a internet/web browser. The video Wendell sent to David shows a Wichita Police Officer in a physical altercation with a black male. The altercation ends with an officer involved shooting.

Forensic Investigator Noel is aware from using the AXON video system that videos are recorded on the AXON system and stored internally on the camera. The camera user must then uploaded the video to the AXON computer server in order to store it for archiving. By accessing a website that has the words "evidence.com" in the website name, a user can view AXON videos. While the video was playing the user activated a screen recording method and captured this video, later sending it to David.

Forensic Investigator Noel found a website titled https://www.wichita.gov/WPD/WPDPolicyAndProcedureManual/Policy%20716%20-%20Body%20Worn%20Cameras.pdf that shows the Wichita Police Departments policy on body worn cameras. It is policy "716-Body worn camera." On page 5 of the policy under section D, 8 it states "Users shall not make copies of any recordings for their personal use and are prohibited from using a recording device (such as a camera phone or secondary video camera) to record media from Evidence.com or any device utilized to view data recorded on BWCs. (Refer to City of Wichita Acceptable Use Policy)." In section F, 3 it states "A supervisor may review a specific incident contained on digital media for training, critique, early intervention inquiries, civil claims, administrative inquiry, or other articulated reasons." Section F, 5 states "The release of requested digital media through written public records request will be subject to the same statutory exemptions from disclosure as any other department records classified under Kansas State Statute." Your Affiant could not find a section of this policy that would allow a user to

RELEASED UNREDACTED

record an AXON video and release it to a citizen without proper approvals. As an employee of the Wichita Police Department, Wendell is subject to this AXON policy.

Your Affiant was given David Miller's phone download for the purpose of investigating the items that were sent to David Miller from Wendell Nicholson. Your Affiant found there was a private conversation message thread between Nicholson and Miller, as well as a Group Message thread with David Miller, Alan Gales, Paul Zamorano, and Wendell Nicholson.

Your Affiant interveiwed Alan Gales. Gales states that he became friends with Zamorano, Nicholson, and Miller because their children played on the same basketball team in the early 2010's. Gales states in the interview that he has never been in Law Enforcement and did not know it was wrong to receive the messages. Gales said he has been receiving messages like the screenshot of the email from Wendell in the group chat for years. Alan stated the frequency was approximately once a week.

Your Affiant asked for consent to download Gales phone. Gales signed the consent form and then informed your affiant that he had already wiped the phone. Forensic Investigator Noel downloaded Gales phone and confirmed that there was no data of investigative value on his phone.

Your Affiant continued to investigate the download of David Miller's phone and found several PDF files, screenshots of emails, and axon video recording that were sent to Miller from Nicholson in both the group chat and private messages. To obtain the information, Wendell would have had to access the City of Wichita or AXON computers, computer systems, computer networks or other property. The following descriptions are what Your Affiant found in the group chat with dates ranging from January 1st, 2023 to January 17th, 2023:

RELEASED
UNREDACTED

**(#1) 1-17-2023 12:50 AM**

Sent 23S000391 Night note from EMCU. This includes information about the Suspect and Victim such as names and date of births. This email contains opinions from Medical staff and probable cause for the arrest of the suspect.

**(#2) 1-15-2023 12:53 PM**

Sent 2 screenshots of a case summary about a shooting at the Jumpstart located at 730 N Broadway. The email details the shooting with names, employment information and that the employee that was involved in the shooting.

**(#3) 1-14-2023 11:28 AM**

Sent 2 screenshots of a Gang shooting and summary of how the WPD investigation was going. The email details names of the Gang members as well as the gangs that they associate with. It also details the probable cause to arrest an individual and the felony pick up being issued.

**(#4) 1-14-2023 11:16 AM**

Sent a screenshot of an email involving a homicide that occurred at 2221 S Millwood. The email details the location, time, victim by name and date of birth, suspect by name and date of birth, and that the suspect was booked.

**(#5) 1-14-2023 06:12 AM**

Sent a screenshot of an email involving a shooting at 816 S Broadway with gang information. The email contains details about case number 23C002726. Where the suspect was located and arrested as well as detailing who the suspect is.

**(#6) 1-14-2023 05:36 AM**

Sent a screenshot of an email involving a homicide at 2221 S Millwood. The email states the case number is 23C002773, the suspect by name, what gang they affiliate with, and the victim in the case.

**(#7) 1-13-2023 4:56 PM**

Sent 3 screenshots of emails involving 22C002418 Shooting at 1202 N Loraine. The email details identifying information for the victim and suspect, as well as location.

**(#8) 1-8-2023 2:23 PM**

Sent a screenshot of an email involving a DV call at 2249 N Kansas. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

**(#9) 1-8-2023 06:31 AM**

Sent 2 screenshots of an email of a shooting call at 2620 E Mossman. The email details identifying information for the victim and suspect, as well as location.

RELEASED
UNREDACTED

### (#10) 1-8-2023 02:54 AM
Sent 2 screenshots of an email of a shooting call at Harry and I135 22C001444. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#11) 1-7-2023 1:56 PM
Sent 4 screenshots of emails involving at kidnapping case at 370 S Hydraulic and 22C001122 another shooting. The email details identifying information for the victims and suspects, as well as locations. The email contains information about the arrest of the suspects.

### (#12) 1-6-2023 7:50 PM
Sent 2 screenshots of an email involving 23C001138 Child Abduction Attempt Case. The email details identifying information for the victim and location. The email details what information they have for the suspect and that the suspects appears to be attempting to abduct Middle School children.

### (#13) 1-6-2023 1:00 PM
Sent a screenshot of an email involving a shooting at 8401 W Kellogg #142. The email details identifying information for the victim and location. The email contains investigatory information that could lead to an arrest at a later date.

### (#14) 1-2-2023 12:15 PM
Sent 5 screenshots of emails involving a homicide at 5205 W 8th St. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#15) 1-1-2023 5:31 PM
Sent 3 screenshots of emails involving a Domestic Violence call at 2209 S Vine. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#16) 1-1-2023 2:58 PM
Sent 6 screenshots of emails involving 23C000037 Shooting, 23C000044 shooting, 23C000039 Shooting, 23C000021 Shooting, 22C081346 Aggravated Battery Firearms. The emails details identifying information for the victims and suspects, as well as locations. The emails contains information about the arrest of the suspects.

The following descriptions are what Your Affiant found in the private message thread between David Miller and Wendell Nicholson:

### (#17) 1-13-2023 05:07 PM
Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

RELEASED UNREDACTED

### (#18) 1-12-2023 2:08 PM

Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#19) 1-9-2023 12:37 PM

Sent the Shooting Review from 1-4-2023. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#20) 1-4-2023 02:04 AM

Sent DEA KNR for January 3, 2023. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the *KNR* is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#21) 12-27-2022 2:09 PM

Sent the Morning Updates for WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#22) 12-26-2022 1:01 PM

Sent a Gang Bulletin. Gang Bulletins are internal reports produced by the Wichita Police Department for internal use only. The Bulletins detail gang affiliations, gang members by name, date of birth, address, height, weight, and employment. The Bulletins are clearly marked "LEO USE ONLY."

### (#23) 12-26-2022 1:00 PM

Sent a Gang Feud Bulletin. Gang Bulletins are internal reports produced by the Wichita Police Department for internal use only. The Bulletins detail gang affiliations, gang members by name, date of birth, address, height, weight, and employment. The Bulletins are clearly marked "LEO USE ONLY."

**RELEASED UNREDACTED**

### (#24) 12-19-2022 2:33 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#25) 12-12-2022 2:32 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#26) 12-9-2022 2:33 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#27) 12-7-2022 2:01 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#28) 12-2-2022 8:00 PM

Sent the shooting review from 11/30/2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#29) 11-11-2022 12:26 AM

Sent Shooting review from 11/7/2022, Gang Feud Bulletin 22-03, Gang Bulletin 22-04. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt." Gang Bulletins are internal reports produced by the Wichita Police Department for internal use only. The Bulletins detail gang affiliations, gang members by name, date of birth, address, height, weight, and employment. The Bulletins are clearly marked "LEO USE ONLY."

### (#30) 10-25-2022 11:06 AM

Sent DEA KNR from 10-24-2022. . This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature

and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the KNR is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#31) 10-6-2022 8:56 PM
Sent Shooting Review from 10-5-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#32) 9-24-2022 6:12 PM
Sent a screenshot about a gang shooting email. This email details a shooting victim and his gang affiliation. The email also details a possible reason why the victim was shot.

### (#33) 9-19-2022 3:24 PM
Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#34) 9-15-2022 3:59 PM
Sent shooting review from 9-14-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#35) 9-11-2022 12:26 AM
Sent shooting review from 9-7-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#36) 9-2-2022 3:52 AM
Sent shooting review from 9-1-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals

as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#37) 8-26-2022 2:39 AM

Sent shooting review from 8-25-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#38) 8-5-2022 3:49 PM

Sent shooting review from 8-4-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#39) 8-3-2022 3:31 AM

Sent DEA KNR from 8-1-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the KNR is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#40) 7-23-2022 7:38 PM

Sent shooting review from 7-21-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#41) 7-14-2022 11:08 PM

Sent shooting review from 7-6-2022 and shooting review from 7-14-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information

RELEASED
UNREDACTED

Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#42) 6-30-2022 1:02 AM

Sent shooting review from 6-29-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#43) 6-27-2022 4:02 PM

Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#44) 6-1-2022 2:02 AM

Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#45) 5-31-2022 8:17 PM

Sent shooting review from 5-31-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#46) 5-25-2022 3:29 PM

Sent a screenshot of an email about a shooting at 524 N Milstead. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#47) 5-23-2022 4:22 PM

Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#48) 5-20-2022 11:34 PM

Sent a screenshot of an email about a shooting that occurred at 3540 S Meridian. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

RELEASED
UNREDACTED

### (#49) 5-12-2022 12:27 PM

Sent shooting review from 5-11-2023. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#50) 5-5-2022 11:38 PM

Sent shooting review from 5-4-2022. Shooting Reviews are presentations that are generated by the Wichita Police Department. The review contains identifiable information for the victims, suspects, locations, and any gang affiliations. The reviews contain any prior arrest information for the individuals as well as NIBIN (National Integrated Ballistics Information Network) information. The Shooting reviews are clearly marked on the first page as "Law Enforcement Sensitive/Intelligence Product-KORA Exempt."

### (#51) 4-18-2022 11:32 PM

Sent DEA KNR from 4-18-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the KNR is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#52) 4-18-2022 1:15 PM

Sent the morning update for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#53) 4-15-2022 12:18 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#54) 4-13-2022 7:15 PM

Sent DEA KNR from 4-7-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report

RELEASED
UNREDACTED

is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the *KNR* is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#55) 3-30-2022 12:55 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#56) 3-30-2022 11:16 AM

Sent DEA KNR from 3-29-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the *KNR* is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#57) 3-22-2022 5:12 PM

Sent screenshot of an email about a shooting at Towne East. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#58) 3-15-2022 9:43 PM

Sent DEA KNR from 3-15-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the *KNR* is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the

public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#59) 3-13-2022 3:34 AM

Sent 3 screenshots of an email about an Aggravated Assault LEO. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#60) 3-7-2022 10:00 PM

Sent DEA KNR from 3-7-2022. This document is prepared by the Phoenix Field Division of the DEA. The top of the first page of the Document says, "Unclassified//For Official Use Only (U//FOUO) WARNING: This is an information report that contains ray unevaluated information. This information is provided for intelligence and lead purposes only. This product is not intended to be analytical in nature and does not make assessments or determine the credibility of the sources contained within. This report is Unclassified//For Official Use Only" in red letter. At the bottom of the front page of the document it states, "HANDLING NOTICE: All information within the KNR is gathered from open source reporting, which includes internet and social media postings, with varying degrees of reliability. This product may be distributed to federal, state, local, tribal, and territorial counterterrorism and law enforcement officials. This document contains information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have valid "need to know" without prior DEA Phoenix Field Division approval."

### (#61) 3-6-2022 2:11 AM

Sent several images involving the investigation into the Swat team. They appear to be copies of the internal investigation that the WPD conducted 21PSB-5114 and 21PSB2918.

### (#62) 2-15-2022 1:30 PM

Sent the morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#63) 2-14-2022 6:26 PM

Sent 2 screen recordings of axon videos from Homicide Case 22C008696. These videos appear to be Nicholson using his cell phone to record a computer monitor that is playing axon videos. The video shows two individuals that appear to be deceased laying on a couch.

### (#64) 2-11-2022 2:44 PM

Sent morning updates from the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#65) 2-11-2022 12:25 PM

Sent screenshot of an email involving 22C008201. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

**RELEASED UNREDACTED**

### (#66) 2-11-2022 7:57 AM

Sent a screenshot of an email involving cases 22C008172 and 22C008157. The email details identifying information for the suspect and location. The email contains information for the arrest of the suspect.

### (#67) 2-4-2022 8:42 PM

Sent a Gang Feud Bulletin involving 22C005766. Gang Bulletins are internal reports produced by the Wichita Police Department for internal use only. The Bulletins detail gang affiliations, gang members by name, date of birth, address, height, weight, and employment. The Bulletins are clearly marked "LEO USE ONLY."

### (#68) 2-3-2022 12:11 AM

Sent 3 videos of Axon involving case 22C006363. These videos appear to be of an officer conducting an interview in the back seat of his Law Enforcement vehicle as well as arriving to the call.

### (#69) 2-1-2022 5:21 AM

Sent 2 screenshots of an email involving case 22C006168. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#70) 1-25-2022 2:00 PM

Sent a copy of the investigative report from 21PSB-5114. This report details the investigation the Wichita Police Department was conducting at the time on Former Sedgwick County Sheriff's Sergeant Justin Maxfield.

### (#71) 1-23-2022 7:20 AM

Sent 2 screenshots of an email involving case 22C004199. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#72) 1-13-2022 1:39 AM

Sent 2 gang bulletins on case 22C001166 and 22C001558. Gang Bulletins are internal reports produced by the Wichita Police Department for internal use only. The Bulletins detail gang affiliations, gang members by name, date of birth, address, height, weight, and employment. The Bulletins are clearly marked "LEO USE ONLY."

### (#73) 1-10-2022 4:42 PM

Sent the morning updates for the WPD. The morning updates are summaries of the Wichita Police Department activities from the previous day. This report contains identifying information for the suspect, victims, and location. This report also detail the probable cause for any arrests that were made.

### (#74) 1-8-2022 3:05 AM

Sent 5 screenshots of an email involving a homicide case 22C001166. The email details identifying information for the victim and suspect, as well as location. The email contains information

for arrest of a suspect. The email also details the Wichita Police Department's plans moving forward with the case.

### (#75) 1-4-2022 3:23 AM

Sent 2 screenshots of an email involving 22C00340 and 22C000333 as well as a copy of an axon video for those cases. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect. The axon video appears to be recorded while being played on a computer monitor and shows two officers contacting a male and arresting him.

### (#76) 12-31-2021 11:41 AM

Sent 4 screenshots of an email involving case 21C000422. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

### (#77) 12-25-2021 5:26 PM

Sent a recording of an axon camera for 21C079312 case. It appears to be a screen recording of a black male in a closet fighting with Officers and ends in an Officer Involved Shooting.

### (#78) 12-13-2021 5:51 AM

Sent 3 screenshots of an email involving Homicide 21C076682. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

### (#79) 12-4-2021 9:12 AM

Sent 2 screenshots of an email involving case 21C074841. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#80) 11-26-2021 1:04 PM

Sent 3 screenshots of an email involving Homicide case 21C073078. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#81) 11-19-2021 12:50 PM

Sent a screenshot of an email involving 21C071639. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

### (#82) 11-14-2021 1:40 PM

Sent 2 screenshots of an email involving 21C070551. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

RELEASED UNREDACTED

### (#83) 11-2-2021 1:37 PM

Sent 3 screenshots of an email involving Homicide 21C067827. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#84) 11-2-2021 3:53 AM

Sent 3 screenshots of a separate email involving Homicide 21C067827. The email details identifying information for the victim and suspect, as well as location. The email contains information for the arrest of the suspect.

### (#85) 10-31-2021 5:03 AM

Sent a screenshot of an email involving Homicide case 21C067404. The email details identifying information for the victim and location. The email contains information for the arrest of the suspect.

### (#86) 10-31-2021 2:06 AM

Sent a screenshot of an email involving case 21C067386. The email details identifying information for the victim and suspect, as well as location. The email contains information about the arrest of the suspect.

### (#87) 10-23-2021 5:52 AM

Sent 2 screenshots of an email involving 21C065592. The email details identifying information for the victim and location. The email contains information for the arrest of the suspect.

To gain access to the information he disseminated, Nicholson had to access computers, computer systems or networks belonging to the City of Wichita or Axon.

During the investigation Your Affiant was provided by the Wichita Police Department a Security Awareness Acknowledgement form that Wendell Nicholson signed on March 1st, 2018. This form states, "Criminal Justice Information which consists of Criminal History Record Information and Personally Identifiable Information which can be used to distinguish or trace and individual's identity, such as name, social security number, or biometric records, alone or when combined with other personal or identifying information which is linkable to a specific individual, such as date and place of birth, or mother's maiden name." The form also advised Nicholson, "Misuse or disclosure of the Criminal Justice Information and other sensitive information may result in disciplinary action, including immediate dismissal, civil and criminal

RELEASED UNREDACTED

penalties including confinement and significant civil penalties as provided in KSA 22-4707(c); 28 CFR 20.25 and 28 CFR 85.5."

Your Affiant found during the course of this investigation that Wendell Nicholson was disciplined on December 29th, 2022 for a previous incident where he disseminated Criminal History Records to an individual that was not authorized to receive such information. This discipline was recorded in Wichita Police Department Case 21PSB-6418.

FURTHER AFFIANT SAITH NOT.



Detective Branden Monroe D1862, AFFIANT

Subscribed and sworn to, before me this 23rd day of March, 2023.

NOTARY PUBLIC

amm

NOTARY PUBLIC - State of Kansas
AUDREY K. BEARD
My Appt Expires 11/18/24