AGREEMENT FOR USE OF THE WICHITA POLICE DEPARTMENT GANG DATABASE

I Officer/Detective___Bryce Beckett_____ of the ___U.S. Probation Office_____ agree to the following conditions for the use of the Wichita Police Department Gang Database.

1.  I have been advised of the computer program needed to install the Gang Database
2.  I understand that my agency will receive a downloaded "Read Only" copy of the Gang Database.
3.  I understand and agree that the WPD Gang Database is to be used only for intelligence purposes.
4.  I understand and agree that only the Officers and Detectives of the Wichita Police Department are responsible for the content of the Gang Database.
5.  I understand and agree that the Wichita Police Department retains proprietary rights to the downloaded contents of the Gang Database.
6.  I understand and agree that the information contained in the Gang Database will only be disseminated to authorized law enforcement officers.
7.  I understand and agree that the downloaded copy of the Gang Database will be updated twice yearly at my agencies request, after the annual audit and in August.
8.  I understand and agree that, in the event that the downloaded copy of the Gang Database is subpoenaed in my jurisdiction that the Wichita Police Department Gang Intelligence Section supervisor or the Gang Felony Assault Section supervisor will be contacted immediately.

Officer/Detective_____[signature]_____ for U.S. Probation Office_____ Date 04/29/2022
                                                          (Agency)

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER