IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of )
Destination Innovations, )
Inc., CHRISTOPHER COOPER, )
ELBERT COSTELLO, MARTEL )
COSTELLO, and JEREMY LEVY, ) Case No. 6:21-CV-
JR., on behalf of themselves ) 01100-EFM-ADM
and others similarly situated,)
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

DEPOSITION OF
JASON BARTEL
January 31, 2023
12:59 p.m.

Taken at:
Joseph, Hollander & Craft
500 North Market
Wichita, Kansas
Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

1

APPEARANCES:
On behalf of the Plaintiffs:
Mr. E.J. Odigwe
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
(816)474-6550
Fax: (816)421-5547
iodigwe@shb.com

On behalf of the Defendant:
Mr. Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street
Topeka, Kansas 66606
(785)232-7761
Fax: (785)232-6604
cbranson@fpsslaw.com

On behalf of the Kansas Appleseed Center for
Law and Justice, Inc.: (By Zoom)
Ms. Teresa A. Woody
211 East 8th Street, Suite D
Lawrence, Kansas 66044
(785)251-8160

2

twoody@kansasappleseed.org

On behalf of the American Civil Liberties Union
Foundation of Kansas: (By Zoom)
Ms. Sharon Brett
6701 West 64th Street, Suite 210
Overland Park, Kansas 66202
(913)490-4100
sbrett@aclukansas.org

3

TRANSCRIPT INDEX

APPEARANCES................................. 2

EXAMINATION OF JASON BARTEL:
BY MR. ODIGWE.............................. 6
BY MR. BRANSON............................. 166
BY MR. ODIGWE.............................. 168

REPORTER'S CERTIFICATE...................... 171

4

you that much. I try to stay and focus on my roles
and responsibilities so concerning myself with
changes that he made or things that he undid I
didn't really concern myself with. They saw fit to
put him back in charge. That means I feel like
they trust his decision making and if he decided to
make changes or the person he put in charge of the
unit and that's within his roles and
responsibilities. So if he made additional
changes, I didn't really pay a lot of attention or
concern myself with that too much. I tried to
focus on my new role and figuring out how I could
best serve in my new position.
    Q. Did any officers in the Gang Unit
discuss changes with you when Beard came back on?
    A. Yes.
    Q. What were those discussions?
    A. Some of those discussions revolved
around I guess management, leadership and different
supervisor styles, I guess I would say. Like I
said, we had a difference in management philosophy
and I feel like you do your best to make sure that
people have the resources they need and the
guidance that they need to do their jobs and then
you oversee what they are doing. You don't

117

necessarily get in there and dictate and do it
yourself unless a situation requires you to do that
or you identify some issue or problem that needs to
be changed or dealt with. Like I said, I think
that especially when it comes to gang intelligence
he has a lot of technical expertise and wants
things done a certain way based on his training and
experience and so there's a difference in
philosophy there. I also communicate and I think I
relied on the gang intelligence officers very
differently. I mean, told them what my
expectation on what I wanted them to accomplish.
Then I would give them guidance on how they should
go about accomplishing that and as long as they
were doing and working within those expectations
and accomplishing those tasks I didn't micromanage
a lot. So I think there was some concerns with
that when he was coming back.
    Q. Before your reassignment were there
other changes or solutions that you were planning
on implementing but didn't get a chance to?
    A. So I would say the big thing was one of
the things that Deputy Chief Salcido asked me to do
was look at a removal process for the gang database
which involved a committee of people. Previously

118

it was basically a meeting with the gang commander
and the gang commander would make the decision and
he wanted to look at a committee that would review
and make that decision. So that was one of the
things that I started to look at. I did research
on some best practices and things that were done in
different areas such as Los Angeles in California,
Chicago, places like that. The challenge that I
saw was that those communities and those situations
and the way that they handle their intelligence
information was far different than ours.
California had a statewide database whereas we
don't. We have one that is maintained just within
our organization and so I felt like some of the
challenges that they had that led to their
committee review process was also changes to their
state law or with legislative changes where the
State Attorney General was put in charge of
overseeing that board, electing its members and
making the decisions. I didn't feel like that
really fit here because our database is not
statewide; it's tailored specifically to this
community, and then one of the other things I
looked at was an assessment that was done in
Chicago where each one of their precincts or

119

bureaus, as we would call them, had their own
individual databases and that created a lot of
issues and lacked oversight. They did not have a
good vetting process before they included people in
their gang database and we also, we don't have gang
lists that are specific by bureau. It's maintained
centrally within our Investigations Division. The
entire organization works off of that and we have a
standard where information when people are
nominated is vetted and researched prior to them
being included in the database and so I didn't feel
like either one of those situations fit Wichita,
Kansas and we already had this process set in place
where people could object to their inclusion in the
database and sit down with the gang commander and
go over why they were in there and offer
information to potentially have their status
changed. So what I wanted to do or what I started
to do while I was there as the gang commander was
our Deputy Chief Duff is the contact for our
partnership with PSP or the Public Safety
Partnership. So they did the assessment for the
non-fatal shooting assessment, so really what I
wanted to look at while I was there was I wanted
somebody to come in and independently evaluate our

120

processes and see what we were doing good, where we could improve, how we compared to other places, how we were doing based on national best practices and new standards set by the public and those that we serve based on privacy rights and different things like that. I wanted to make sure that we had a very good understanding and a lot of information that we could evaluate where we could balance addressing violent crime driven by criminal street gang members but at the same time respecting the privacy rights of the citizens that we serve and making sure that we had an independent company come in and evaluate that and give us an honest assessment and I believe that usually those are done under grant funds or there's an opportunity for those assessments to be published which increases transparency and I think that we can then be held accountable for implementing a number of those recommended best practices going forward and that I would use that assessment to make changes within the Gang Unit to implement different strategies and get more in-line with what our expectations are in today's society.

Q. Is there like a -- what is the current removal process to get off the list, the gang list?

A. Yeah. So there's some debate, I think, in that. The current removal process is that if you go three years without being involved in anything that would fit the state statute of gang criteria that would keep you documented as being involved in gang activity; if you go three years without being involved in any of that activity then you are basically removed from the gang list and that means you are no longer considered an active gang member. You are taken out of our records management system as a documented gang member and your status which is from active to inactive in our actual database and then the gang intelligence officers inquiry are the only ones in theory that have access to view that information and/or disseminate it. The other thing you can do is you can come in and meet with the gang commander and like I said, you can offer any kind of information about challenge your inclusion in the database and then offer any kind of mitigating circumstances or offer opinions about why you should be removed and then the gang commander can take that under consideration and make a decision to change your status.

Q. So in regards to meeting with the gang

commander, how do you -- right now the gang commander would be Mr. Beard; correct?

A. Yes.

Q. How do you request a meeting with him to be removed from the list?

A. You can call him; you can e-mail him. You could reach out to another member of command staff who can relay that information to him. Sometimes I think that that information is relayed sometimes by our community leaders such as our council people who are contacted by members of the people they represent in the community and sometimes they will voice concerns with being on the list and that information is sometimes provided by council representatives as well. So there's a number of avenues that they can use to reach out. Contact the Gang Unit. Especially if they are not comfortable talking to law enforcement, like I said, they can reach out to our council members or council. That information sometimes gets relayed when they are contacted about hey, so and so doesn't think they should be on the gang list. Here's their contact information if you want to reach out to them and I think there were a few instances of that being done when Lieutenant

Gilmore was the gang commander.

Q. Would it be accurate to say there is not a formal application process?

A. There's not, no.

Q. Has Mr. Beard ever spoken with you about how he evaluates that information when he receives a request for removal?

A. No.

Q. Did you ever receive a request for removal?

A. I did not.

Q. Just to make sure I'm understanding correctly, so during your like ten months or one year in charge of the Gang Unit you never received any of those requests?

A. Not that I recall, no. I definitely never had any sit-downs with anybody, but there are instances where people may express concern to a council person. That information is relayed and then you proactively try to reach out with them but a lot of times they don't want to be contacted by law enforcement. They don't necessarily want to meet with you because of the way they view or see law enforcement and so sometimes that can create a hurdle.

Q. So I guess in this informal process, when someone is removed from the list do they receive any formal notice?

A. No, not to my knowledge. They may receive a phone call but I've never seen drafts of any kind of like certified letter or anything that was sent except for when Lieutenant Gilmore ran like a pilot project with Councilman Johnson involving juveniles.

Q. What do you think members of the Gang Unit -- how do you think members of the Gang Unit would have reacted if you had a chance to put in place a formal removal process?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Did you discuss your removal process with members of the Gang Unit?

A. Yeah, there was some discussion with members of the unit. Some members are obviously open and welcomed the idea. Some people oppose. I mean like everything, people look at pros and cons and they offer different opinions or concerns about particular processes. I think the main concern that was brought up with having a formal removal process is how are we going to get the additional resources that we need to complete this. Obviously

125

that's much more labor intensive. I also had conversations with Lieutenant Gilmore about how labor intensive the pilot program that he ran with Councilman Johnson was when they were trying to address issues with juveniles and my understanding was that was very labor intensive with a very, very small response or success rate. So there are general conversations about okay, this is going to involve a lot of additional tasks and responsibilities, commitment for time and resources and how are we going to get the resources that we need if something like this is implemented to do it properly and to do it well. So I think most of the concerns about discussions within the unit about setting that up were really more about resources than anything.

Q. So the only push back you received was related to resources?

A. Well, I mean, some people would offer opinions that we have a removal process. It's very simple and streamlined. If people want to be removed from the list as an active gang member they can call and come up here and sit down and so there's discussions about why do we need another process if we already have one in place and all it

126

takes is a phone call if people want to be removed and sometimes sit down and go over information. So there's some opinions that are offered along those lines, but for the majority of it you have very limited resources since the gang intelligence section was taken from four to two. They already had a lot of work when they were four. Now it's two and they are responsible for auditing, for entering what we call TOPS cards, for disseminating information, for doing a number of things that they already have a very challenging time sometimes keeping up with and how, if we add additional tasks are they ever going to be able to manage that was a lot of the conversation.

Q. So we discussed being removed from the gang list. I think I may have jumped over, how does someone even get added to the gang list to begin with?

A. So some of that is done by research and contacts that the gang intelligence officers have out on scenes or people that are identified during criminal investigations as being involved in criminal activity and then during the course of that investigation they see signs or indicators that people may belong to certain gangs and meet

127

certain criteria. Some of it is off folks admitting to officers on the streets or contacts that officers have with individuals on the street where they will fill out what we call a TOPS card or a Blue Card where they nominate people for inclusion on the database based on state criteria that they see when they are interacting with these people or when they self admit to being a gang member and then those TOPS card are forwarded to the Gang Intelligence section. They will review them for accuracy and they will verify to see if they meet the criteria that they are nominated based on if they are the gang intelligence officers make a decision whether to include them in the list or not.

Q. So when you use the phrase or word nominate, what do you mean by that?

A. Well, I mean, it's not automatic that people are just included and documented. Just because an officer submits a TOPS card does not mean they are going to be put on the gang list. There still has to be a vetting process for that, so I guess that's why I'm describing it as nominate because in my mind that's really -- it's a recommendation that these guys go on the gang list

128

because of certain criteria that they have verified during their contact with them. But that information is still vetted and reviewed and researched before they are included in the list. So I guess that's why I refer to it as a nomination.

Q. When someone is nominated or recommended to be placed on the gang list does that individual know that that nomination or recommendation has occurred?

A. No. I mean, there's not -- we don't have a process where officers say hey, I'm filling out a TOPS card and nominating you for the gang list. They don't notify them verbally and we do not notify them in writing when we receive that.

Q. So an individual could be surprised with being placed on the gang list in theory?

A. It's possible.

Q. So if individuals are not notified in writing or verbally, how does an individual know that they have been placed on the gang list?

A. So sometimes that comes from law enforcement contact. If an officer has -- if they are included in the gang list and let's say an officer is having an interaction with them, if they

129

run their personal -- if they run their information or conduct a criminal background, like on a warrants check, that information will be provided and sometimes they hear that. I mean, a lot of people know our ten codes and we have a specific code for what gang member means and if they hear that come across the radio related to their name or their warrant check sometimes they will inquire, what do you have me as or sometimes that information will be documented in arrest reports and they will inquire about that at that time. But I would say that's not overly prevalent. Most people are not surprised. Most people that are in gangs are very proud that they are in those gangs and that they are representing those things and they know that they are in them and they are very proud to be a part of them so a lot of times that information isn't challenged even if people aren't notified. They are well aware through interactions, through discussions. A lot of them will self-admit to being in gangs so a lot of times it's not a surprise, especially because it's something that they are proud of.

Q. You mentioned the state statute. Can you tell me more about the state statute that you

130

keep referencing.

A. Yeah. So as we talked about I think earlier, I think it's 21-6313 is what governs the state criteria, but I haven't been in the Gang Unit for about a year and I don't have all that stuff committed to memory as far as all of the criteria. I know that there's several criteria that involve self-admit. Your parent or guardian, maybe a confidential informant letting law enforcement know that you are a documented gang member. Being identified by another law enforcement agency or correctional facility can be part of the criteria; gang signs and symbols. Different things like that. So there's several criteria. By state law you have to fit three or more unless it's a self-admit. That's part of the statute to fit the criteria and then obviously there's certain criteria that there has to be three or more to be considered a gang or things like that that are included in the statute.

Q. 21-6313, that's what you mentioned; right?

A. Yes.

(Off the record discussion.)

VIDEOGRAPHER: Going off the record at

131

4:35 p.m..

(Whereupon a short recess was taken from 4:35 p.m. to 4:39 p.m.)

VIDEOGRAPHER: We're back on the record at 4:39 p.m..

Q. (By Mr. Odigwe) I think we worked our way through all of that. While we were off the record I believe I handed you Exhibit 5 and can you read the first line that is bolded.

A. Criminal street gang definitions.

Q. And there's a number before that?

A. 21-6313.

Q. To the best of your knowledge, is that the statute that you have been referencing throughout this deposition?

A. Yes.

Q. So I'm going to just go down this and ask you questions about what certain things mean.

A. Okay.

Q. So first, in Section A(1) it states, "A criminal street gang means any organization, association or group, whether formal or informal, consisting of three or more persons." Do you see that?

A. Yes.

132

Q. Do you know why the number three was chosen?
A. I don't.
Q. In your experience like how large are gangs usually?
A. They can go anywhere from -- I don't know. I guess it depends on whether it's a gang set or subset or we could get a little bit into that because you can have smaller groups within a larger set. For example, like the Bloods, you may have different subsets that consist of different numbers of gang members so the Blood gang may have hundreds, where certain sets maybe smaller numbers; five or more maybe.
Q. Okay. Can you read Section A(3) out in the record.
A. "Which has a common name or common identifying sign or symbol."
Q. What is an example of a common identifying sign or symbol?
A. So common signs and symbols for the Gangster Desciples, for example, would use a pitch fork. They will wear black. They will have a six point star sometimes to represent or identify as a member of the Gangster Desciples would be an

133

example of that.
Q. So simply wearing the same clothes would be -- the same color of clothes would be part of that criteria?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Go ahead and answer.
A. It could be part of it, yes.
Q. Can you read Section A(4) into the record, please.
A. (Whose members individually or collectively engage in or have engaged in the commission or conspiracy committed or solicitation of two or more persons, felonies, persons misdemeanors, felony violation of K.S.A. 2022; sub 21-5701 through 21-5717, and amendments thereto, any felony violation of any provision of the Uniform Controlled Substances Act prior to July 1, 2009 or the comparable juvenile offenses which if committed by an adult will constitute the commission of such felonies or misdemeanors or any substantially similar offense from another jurisdiction."
Q. So just to make sure I'm understanding this, the Gang Unit was focussed basically on finding individuals involved in that type of

134

criminal activity?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Let me rephrase that. How do you understand that statute? Sorry. How do you understand what you just read?
A. I understand this as members who are engaged in those offenses that were mentioned, those violations are considered criminal street gang activity and would speak to whether those offenses, if committed, constitute a criminal street gang and the crimes that they are involved in as part of their membership of that gang.
Q. So from my understanding, was the Gang Unit out looking for these types of crimes or were they called when a suspected gang member was involved?
MR. BRANSON: Object to form.
Q. (By Mr. Odigwe) Yeah. Let me rephrase that question and make sure it's more clear. How did the Gang Unit get involved in -- how does the Gang Unit get involved in responding to a criminal scene?
A. So there are numerous ways. Sometimes they can be contacted by supervision. Sometimes they can hear that violent crime come out.

135

Sometimes they can hear dispatch drive-by or shooting at a residence that they know is occupied by a criminal street gang member. Sometimes that information, their name, moniker, different things can be included in dispatch calls. Sometimes they are just out driving around and they have nothing better to do so they just show up to violent crime scenes to figure out what is going on and be curious about what has happened in the city related to violent crime. So it can happen a variety of ways as far as their response to some of those statutes.
Q. Moving on to the next section, Section B there, can you read the first line of Section B that starts with, "Criminal."
A. You want "criminal street gang member is a person who" --
Q. Yes, sir. So you mentioned admits to -- sorry. I think several times today you have testified that sometimes people admit to being in a criminal street gang?
A. Yes.
Q. How often does that happen?
A. I would say that it happens quite a bit. I don't have numbers in front of me or

136

**Page 137**

statistics but I would say maybe 50 percent or more.
    Q.  They openly -- people openly admit to police officers that they are in a gang?
    A.  Yes.
    Q.  Can you look at Section B(2)(a) where it states that, "Is identified as a criminal street gang member by parent or guardian."
    A.  Okay.
    Q.  For the sake of clarity, that would mean that someone's mother or father or other guardian says their kid or child is in a gang?
    A.  Yes.
    MR. BRANSON: Object to form.
    Q.  (By Mr. Odigwe) Go ahead; answer.
    A.  Yes.
    Q.  How often have you seen that happen?
    A.  I would say that it happens on occasion but I wouldn't say that it happens a lot.
    Q.  If a parent states that their child is hanging out with gang members, would that satisfy that criteria?
    A.  No.
    Q.  Is that your individual understanding or an understanding shared by the general Gang

**Page 138**

Unit?
    A.  I would say that it's both. It's both my personal opinion and opinion that is shared by other members of the Gang Unit. What you stated doesn't have specific enough information to make a decision about whether somebody is in a gang or not.
    Q.  If you could turn your attention to B(2)(b) which says, "Is identified as a criminal street gang member by a state, county or city law enforcement or correctional officer or documented reliable informant." Who or what is a documented reliable informant?
    A.  My opinion is that that would be an informant that has been deemed by a judge as reliable.
    Q.  Is that your opinion or the general opinion shared by the Gang Unit?
    MR. BRANSON: Just for the record, I'll object to any question the opinion of the Gang Unit. He's not a 30(b)(6). He can only testify to his own personal opinion.
    Q.  (By Mr. Odigwe) Fair. Go ahead and answer.
    A.  Again, I would say both. I mean, my

**Page 139**

understanding of a documented reliable informant is somebody who has acted as an informant maybe for a number of years and in a number of situations and that information has been presented to a judge and he's been deemed reliable. Most informants provide information and then that information is independently corroborated by law enforcement through a controlled buy or some other process with a reliable informant. I think there's a little more leeway based on the opinion of the judge if they have a documented history of their information being good and being able to be relied upon to take legal action, so that is my personal understanding. I think that in general at least the people that I work with such as Chad Beard and the other Gang Unit supervisors, they would also understand that to be the same so I mean I would say that in general it's both, is my opinion.
    Q.  How would a state, county or city law enforcement identify a criminal street gang member?
    MR. BRANSON: Object to form.
    Q.  (By Mr. Odigwe) Do you know how a state, county or city law enforcement identifies criminal street gang members at least in the Wichita Police Department?

**Page 140**

    A.  I would say that other state, county, city law enforcement officers use the same criteria we do which is following state statute.
    Q.  And that criteria refers back to Section A; is that correct?
    MR. BRANSON: Object to form.
    Q.  (By Mr. Odigwe) What criteria do you guys use, does the Gang Unit or Wichita Police Department use?
    A.  So it would go from 21-6313(a) all the way to what I think it's categorized down here as (J)(e)(3). I mean, we work very diligently to make sure that anybody that goes into our database that we document as a gang member fits the criteria that's governed from the definition of a gang to the criminal violations that they are involved in to the criteria set forth as identifying folks as gang members. That primarily would be covered by (B)(1) through J, maybe it looks like.
    Q.  Yeah. What is the difference between a criminal street gang associate as opposed to a criminal street gang member?
    A.  So the difference between an associate and a member is usually somebody who self-admitted or meets all three criteria. An associate usually

you have less information to document them as a criminal street gang member so let's say you have two criteria instead of three. You may document them as an associate if you have repeated contacts, information; some criteria there but not enough to document them as a criminal street gang member.

Q. And associates are also placed on the gang list any ways; is that correct?

A. They are placed in the database, yes.

Q. Oh, so the gang list only has criminal street gang members but the database has members and associates?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Let me rephrase that. Actually, go ahead and answer that.

A. Okay. So the difference would be the gang database would -- the gang database would include all members whether criminal street gang members, associates, deceased; people who are transferred to an inactive status and removed from our records management system. So I guess you would have to be a little more specific about what you mean by gang list. There are different, I guess, reports that can be generated out of the database and various lists made so it would

141

determine on the criteria set out on the list. I think that maybe the difference is who is documented in our records management system and receives that information department wide versus what is maintained in just our intelligence database.

Q. Thank you. So I'm looking now at Section (B)(f) that states, "Associates with known criminal street gang members." How do you define associates with known criminal street gang members?

A. That varies. Obviously the second part of that you would have to be a documented as a criminal street gang member in our database and then typically if you were with them multiple times and multiple situations where they may be engaged in some sort of criminal street gang activity or violation of state law, that's considered part of street gang activity that we would consider associates with. But I mean, it just varies based on the circumstances, the nature of the contact, some of the information that is obtained from those contacts. So it's really kind of very driven by the nature of the contact and the information that is there in that specific situation.

Q. Is that arguably up to the discretion

142

of the police officer?

MR. BRANSON: Object to form.

Q. (By Mr. Odigwe) Go ahead and answer.

A. So I would say that they could complete a TOPS card but that information would be reviewed by the gang intelligence officers and that would be part of the vetting process.

Q. How often -- in that vetting process, how often is a police officer's recommendation or nomination rejected?

MR. BRANSON: Object to form; foundation. You can answer.

Q. (By Mr. Odigwe) Let me actually lay the foundation for that. Do you have any firsthand knowledge of that review process?

A. I've never done it myself, no. As far as receiving TOPS cards and vetting information that comes from the officers, I mean I have had discussions with the people that do that and for a number of years I was partners with Beard who did a lot of it in multiple different capacities so I mean, I do know that they research, they review reports, they look at other information that's available to them to evaluate that. Like now we have the addition of AXON and different things like

143

that so sometimes they will go back and review that information to make sure that it's thoroughly researched and the context fits what the expectation is for what an associate would be based on their expertise and training.

Q. Based upon your knowledge of that process, have you ever seen a nomination or recommendation be rejected?

A. Yeah. Yes. I do believe that there are times when even as an investigator there were people that were believed to be gang members that were not included in the list based on the fact that they didn't meet criteria or enough criteria.

Q. All right. I'm going to move on from this statute here and actually ask you a few questions about the texting investigation that happened in 2022.

A. Yes, sir.

Q. Does that sound familiar?

A. It does.

Q. So what were the text messages; do you know?

A. I do know some of them, yes.

Q. Did you actually see those text messages?

144

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com