**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, )
MARTEL COSTELLO, and JEREMY LEVY, )
JR., on behalf of themselves and ) Case No.
others similarly situated, ) 6:21-CV-01100
Plaintiffs, ) EFM-ADM
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

VIDEOTAPED DEPOSITION OF
ROBERT THATCHER

December 1, 2022
2:24 p.m.
Taken at:
Joseph, Hollander & Craft
500 North Market
Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

**Page 2**

APPEARANCES:
  On behalf of the Plaintiffs:
    Mr. Jordan C. Baehr
    Mr. Paul M. Vogel
    Mr. Thomas Sullivan (By Zoom)
    Shook, Hardy & Bacon, LLP
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    (816)474-6550
    Fax: (816)421-5547
    jbaehr@shb.com
    pvogel@shb.com

  On behalf of the Defendant City of Wichita:
    Mr. Charles E. Branson
    Fisher, Patterson, Sayler & Smith
    3550 SW 5th Street
    Topeka, Kansas 66606
    (785)232-7761
    Fax: (785)232-6604
    cbranson@fpsslaw.com

  On behalf of Defendant:
  Kansas Appleseed Center For Law
  and Justice, Inc.

**Page 3**

 1  Ms. Teresa A. Woody (By Zoom)
 2  211 East 8th Street, Suite 3
 3  Lawrence, Kansas 66044
 4  (785)251-8160
 5  twoody@kansasappleseed.org

**Page 4**

TRANSCRIPT INDEX

APPEARANCES.................................. 2

EXAMINATION OF ROBERT THATCHER:
BY MR. VOGEL................................. 5

REPORTER'S CERTIFICATE...................... 109

Q. Is it different now?
A. The reason I say that is because not a lot of people deck all out like that anymore.
Q. So you have had a long law enforcement history, so when you started it was much more prominent to see people in a particular style of dress or color than it is today?
A. Yes. That's a good assessment.
Q. So do you feel that if you -- so if -- let me rephrase. If you see somebody wearing a red hat or putting a red bandana on or having a red flag or something like that, is that indicative to you of gang membership?
A. No.
Q. Not particularly?
A. No. I don't have a lot of interest in what people wear anymore. I'm getting old.
Q. So back in the day if you saw that you would assume that someone was a gang member?
A. I wouldn't assume. Just send up a note. I mean, obviously I would see a lot more than somebody wearing red clothes. I mean, what are they doing; would are they with? Is it like a group of like five people; are they throwing up hand gestures? I mean, it could be -- I mean, we

97

could give examples all day long.
Q. I guess the question is, do you feel that it was more important to gangs when you started to have a particular style of dress or to wear a particular color than it is today?
A. Did I feel it was important to them?
Q. More important when you first started than it is today.
A. For me or for them.
Q. In identifying a gang member, yes.
A. I think it just -- it depends on if it comes up or applies because some people still do -- there's a lot of people that are completely fine with letting you know that they are a part of a gang. A lot. They tell you. It's almost written on a shirt, so I mean it's not like anybody is hiding it.
Q. So we've only got a couple of more criteria here. Don't worry. So as we go through this, the next one, a criteria for gang membership is, "Associate with known criminal street gang members."
A. Uh-huh.
Q. What does that mean?
A. My interpretation of it means is that

98

maybe you hang out with other individuals that are already documented.
Q. What does hang out mean?
A. Maybe you guys are all together at a party. Maybe you guys all commit a crime together. I don't know.
Q. Once or twice or more or what is kind of the definition of associates?
A. Maybe you like hang out with associates; you hang out with them, you ride around with them; you live with them. I don't know.
Q. What if that person is family? Sorry, I do need you to answer verbally, please. I'll reask the question.
A. Okay.
Q. Talking about associates with known criminal street gang members, you stated hang out with them, riding around with them. What if that person is family? Is that the same as associating with them?
A. I don't know if it is.
Q. How do you determine that?
A. I don't know. I never really dealt with that. Like, you are asking a lot of gang stuff from a guy that doesn't have a lot of experience

99

with gangs.
Q. So we'll still continue.
A. Go ahead.
Q. I understand that you don't have a lot of experience with gangs, but to the best of your knowledge I want you to at least try to work through.
A. Yeah, I will.
   MR. BRANSON: You know, he's already told you he doesn't apply these criteria.
Q. Yes. We have --
   MR. BRANSON: Okay. You'll get the same answer.
Q. (By Mr. Baehr) So (G) Someone has been arrested more than once in the company of an identified street gang member for offenses which are consistent with usual criminal street gang." What offenses would those be?
A. I have no idea.
Q. So as a detective you are responsible for investigating crimes.
A. Right.
Q. And 85 percent of those involves some sort of overlap with gang --
A. Violence.

100