IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of )
Destination Innovations, )
Inc., CHRISTOPHER COOPER, )
ELBERT COSTELLO, MARTEL ) Case No. 6:21-CV-01100
COSTELLO, and JEREMY LEVY, ) EFM-ADM
JR., on behalf of )
themselves and others )
similarly situated, )
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

DEPOSITION OF

CHRISTIAN COREY

February 22, 2023

8:32 a.m.

Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas 67214

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

Page 78

1  someone gets onto the gang list?
2      A. No, not particularly; hun-uh.
3      Q. The things that you would like to see
4  changed are relate to how someone would come off
5  the gang list; is that accurate?
6      A. Yeah, like a mechanism; absolutely.
7      Q. Is there currently a mechanism for
8  getting off the gang list?
9      A. There is not.
10     Q. Has there ever been --
11     A. Let me --can I rephrase that? Besides
12  expiration.
13     Q. How does the expiration work?
14     A. I'm not an expert on this stuff. I've
15  never audited or even been in the gang database,
16  but just nonactivity will get you off there.
17     Q. And by getting off of the list what do
18  you mean?
19     A. It expires. You're not an active gang
20  member.
21     Q. So when it expires are you removed from
22  the gang list?
23     A. Yeah. You're not an active gang
24  member.
25     Q. So I'll ask, are you then just

Page 79

1  transferred to an inactive gang member?
2      A. Yes.
3      Q. Okay. The gang list still contains the
4  inactive members?
5      A. Their database does.
6      Q. Okay. What is the difference there?
7      A. One is active and still currently --
8  would be by state criteria involved in the gang or
9  gang activity and the other is inactive. He's
10  fallen off; he or she has fallen off.
11     Q. How do you go from inactive -- first, I
12  guess, can you go from active to being inactive?
13     A. Yes.
14     Q. How does that process look like, what
15  does that process look like?
16     A. State criteria.
17     Q. So you would go back through -- you
18  would go back to the policy, look at the state
19  criteria and determine again whether they meet the
20  criteria that they would have originally met. Is
21  that accurate?
22     A. No. I don't know in how you phrased
23  that. It would just be if they met state criteria
24  for being a gang member again.
25     Q. Okay. So they wouldn't have to meet

Page 80

1  just one of the criteria, right? Like -- I'll go
2  back. So the state criteria stays either they
3  admit or they meet three or more of the following.
4  So to go from active to -- to go from inactive to
5  active you would have to meet these criteria of
6  21-6313; right?
7      A. That's my understanding.
8      Q. Okay. So if somebody was inactive and
9  were identified as -- were seen wearing gang colors
10  or something like that and that's it, could they
11  then be moved back to the active list?
12     A. I think if there's a time frame. You
13  know, I don't know. I'll say that.
14     Q. No. That's fair. So looking at the
15  gang list, so you have some familiarity with it
16  because you have used it in the past; accurate?
17     A. Uh-huh.
18     Q. And you are the commander over the unit
19  that is involved with maintaining that gang list;
20  accurate?
21     A. Uh-huh.
22     Q. Are you familiar with the racial makeup
23  of that list?
24     A. Vaguely.
25     Q. What is your understanding of it?

Page 81

1      A. Whatever -- well, the Bar just put
2  something out recently given that actual dynamic or
3  the racial breakdown but I don't recall the
4  numbers.
5      Q. Do you recall your reaction to any of
6  the numbers?
7      A. No.
8      Q. Do you recall any of the thoughts you
9  may have had about the gang list when you saw those
10  numbers?
11     A. No.
12     Q. But you know at some point you have
13  seen some sort of publication on the racial makeup
14  of the gang list itself?
15     A. Yes.
16     Q. Do you recall about when that was?
17     A. Whenever that -- I think I read that
18  report right when it came out.
19     Q. Do you recall what report that was?
20     A. It was something the Bar did over here.
21  I have no idea.
22     Q. Okay. Based on, I guess, what you know
23  of the gang list and what you have read that the
24  Bar has put out, do you recall whether the -- do
25  you recall whether the percentages that you saw

21 (Pages 78 to 81)

Page 82

1  were indicative of what your understanding of
2  Wichita generally having lived here for so long?
3       MR. BRANSON: Object to form.
4    A.  Can you explain Wichita generally for
5  me?
6    Q.  (By Mr. Vogel) Yeah, so you have lived
7  in Wichita for a long time; right?
8    A.  Uh-huh.
9    Q.  So I think you have some anecdotal
10 experience of the racial makeup of Wichita; is that
11 correct?
12   A.  Demographics.
13   Q.  The demographics of Wichita.  Do you
14 recall whether the racial makeup or the
15 demographics of the gang list comported with your
16 anecdotal experience of Wichita generally?
17   A.  The demographics is what you are
18 asking?
19   Q.  The demographics; sorry.
20   A.  No, they are not the same.
21   Q.  How so?
22   A.  I think the gang list has a -- if you
23 are comparing it to just that and I do not know
24 what the demographics of Wichita are by percentage
25 and I do not know what the gang list are by

Page 83

1  percentage, but there's a high percentage of
2  African Americans on the gang list.
3    Q.  When you say high percentage --
4    A.  Higher than the benchmark you just gave
5  me with the demographics of Wichita, if that is
6  indeed a benchmark.
7    Q.  Okay. So as the commander over the unit
8  that is in charge of the gang list, how do you feel
9  about that?
10   A.  I have no feelings on it.
11   Q.  If there were a large disparity in the
12 makeup of the gang list versus the demographic of
13 Wichita, would you see -- would that be an issue
14 for you that you would want to look at in your
15 capacity as a captain?
16   A.  I think --
17       MR. BRANSON: Object to form.
18   A.  I think as data you would want to look
19 at it from a data standpoint.
20   Q.  (By Mr. Vogel) Why would you want to
21 look at it from a data standpoint?
22   A.  Because at face value it doesn't -- it
23 doesn't tell us anything.  There can only be
24 implications made.  You have to dig deeper; other
25 datasets you are looking at, what is going on, what

Page 84

1  is causing this.
2    Q.  So your understanding is that there is
3  a disparity between the makeup of the gang list and
4  the demographics of Wichita?
5    A.  There is a difference, yes.
6    Q.  Have you looked to see what is going on
7  or the reason for that?
8    A.  I have not done any studies on it, no.
9    Q.  Do you know of anybody that has?
10   A.  I do not.
11   Q.  Any reason those haven't come about?
12   A.  I have no idea.
13   Q.  I think it's been another hour since we
14 have been going so why don't we take another five,
15 10-minute break.  Off the record.
16       VIDEOGRAPHER: Going off the record at
17 10:23 a.m..
18       (Whereupon a recess was taken from
19 10:23 a.m. to 10:44 a.m.)
20       VIDEOGRAPHER: We're back on the
21 record.  The time is 10:44 a.m.
22   Q.  Back on the record now.  We took a few
23 minutes of a break and before jumping on the break
24 we were talking a little bit about the gang list,
25 about the demographics of Wichita, about the racial

Page 85

1  makeup of the gang list and some of that
2  comparison.  A little bit before that we were also
3  talking about some of the changes that have been
4  discussed within the Wichita Police Department for
5  a number of years.  I think you recall 2018 some of
6  the conversations; is that right?
7    A.  No.  It would have been a little bit
8  later than that that I know about.
9    Q.  Okay; that you are aware of it would
10 have been in 2019 then?
11   A.  Nineteen or '20.
12   Q.  Okay.  So 2020, but fair to say those
13 conversations were happening prior to this lawsuit
14 being filed that you can recall; is that accurate?
15   A.  Yes.
16   Q.  Okay, and if I remember correctly, you
17 gave a couple of reasons for why some of those
18 policy changes may not have been implemented, the
19 first being this lawsuit and the second being some
20 staffing or high level staffing changes between
21 lieutenants.  Is that kind of an accurate
22 reflection of our previous conversation?
23   A.  Yes.
24   Q.  Okay.  So I kind of want to just go
25 back to that a few minutes and ask, prior to this

Page 86

1  lawsuit being filed do you recall the reasons that
2  those changes that were being discussed were not
3  implemented beyond just staffing changes?  Were
4  there any, I guess, reasons beyond that?
5      MR. BRANSON: Object to form.  You can
6  answer if you know.
7      A.  I don't know.
8      Q.  (By Mr. Vogel) Okay. So to the best of
9  your recollection it's just mainly due to staffing
10 changes?
11     MR. BRANSON: Object to form.
12     A.  That's all I can attribute it to.
13     Q.  (By Mr. Vogel) Okay.  Can you recall
14 what staffing changes would have hindered getting
15 new policies in place surrounding the Gang Unit and
16 the gang list?
17     MR. BRANSON: Object for form.
18     A.  Say that again. Sorry.
19     Q.  (By Mr. Vogel) Yeah.  If one of the
20 reasons for not changing the policy based on the
21 discussions that were being had at that time were
22 some of the staffing changes going on, can you
23 recall what staffing changes, what positions or
24 persons would have hindered new policies from being
25 put in place?

Page 87

1      MR. BRANSON: Well, object to form;
2  asked and answered and answer if you know.
3      A.  Okay.  Well, there's a lot -- I don't
4  know, but in that time period Chad Beard had moved
5  out to the field and then Jason Bartel had taken
6  over for a short time there and I think that was
7  the end of 2001-ish. I don't know. I'll just say
8  that, and then then there was I think -- yeah. I
9  don't know.
10     Q.  What is your understanding of the
11 reason that Chad Beard was moved out of that
12 position and Jason Bartel was moved into that
13 position?
14     A.  My understanding?
15     Q.  To your knowledge, yes.
16     A.  I don't really know the circumstances.
17 I know there was some issues but I don't know what
18 they are.
19     Q.  Okay, and then there's been some hold
20 on enacting new policy changes because of this
21 litigation, fair to say; accurate?
22     A.  Yes.
23     Q.  Okay.  Is there anyone specifically who
24 has told you to hold off on making any changes with
25 regard to gang list?

Page 88

1      A.  You mean the policies we're talking
2  about and what not?
3      Q.  Correct, based on this litigation.
4      A.  These have been internal discussions
5  with counsel.
6      Q.  Okay.  So to your understanding it has
7  been your discussions with -- have there been
8  discussions outside of your discussions with
9  counsel, say like with the command staff where you
10 have been provided with a directive not to do
11 anything until the outcome of this litigation is
12 known?
13     A.  No.
14     Q.  Okay.  So to the best of your
15 knowledge, that's just been based on the advice of
16 counsel?
17     A.  Yes.
18     Q.  Okay.  Then we talked about, a little
19 bit about how you got off of the gang list; you
20 went from active to inactive and I think you used
21 the word expired.  So, is that the only way to your
22 knowledge that you can get off the gang list is
23 having that expiratory period term?
24     A.  I don't know.
25     Q.  Okay.  So to your knowledge the only

Page 89

1  way you know of is the expiration of that period of
2  time; is that accurate?
3      MR. BRANSON: Object to form; asked and
4  answered.
5      A.  Yes.
6      Q.  (By Mr. Vogel) Let's -- okay.  So let's
7  jump into another topic and this won't be a long
8  verbose topic, don't worry, but I have some
9  questions on how new gangs in Wichita are
10 identified and determined.  So can you provide
11 me -- can you identify or describe how a new gang
12 in Wichita is identified under the Gang/Felony
13 Assault Unit?
14     MR. BRANSON: Object to form;
15 foundation.  You can answer if you know.
16     A.  I don't know.
17     Q.  (By Mr. Vogel) Okay.  So do you know
18 who would be -- okay.  So we'll go back.  So as
19 part of the state statute there's a definition for
20 who is a gang member; right?
21     A.  Uh-huh.
22     Q.  And there's also a definition for a
23 criminal street gang; is that accurate?
24     A.  Yes.
25     Q.  Okay.  Who in the department is

23 (Pages 86 to 89)

Page 90

1  responsible for looking at that statute and
2  identifying a gang in Wichita based on that
3  statute?
4     A.  I don't think there's necessarily one
5  person.
6     Q.  Who would be the people then?
7     A.  I mean, it would be the -- well, I
8  don't know because it's -- what if I'm out on my
9  beat and I'm taking a burglary report and someone
10 says hey, this gang has been active here.  I talk
11 to some of those.  It's just a -- sometimes it's a
12 lot of different sources or it could be.
13    Q.  Okay.  But -- so you're not aware of
14 any person or group of people that would take the
15 information from those different sources and say
16 this is a new gang in Wichita; this is the name of
17 that gang, these are the people, kind of et cetera?
18    A.  Well, that would -- yeah.  I want to
19 make sure I'm answering your questions
20 appropriately.  Maybe I didn't understand the last
21 question, but that's the job of the Gang Intel
22 unit.
23    Q.  So the Gang Intel unit would identify
24 new gangs, new criminal street gangs in Wichita?
25    A.  Yeah.  See, I think I'm probably

Page 91

1  splitting hairs here with you.  I don't know who
2  would identify a gang because I don't know what is
3  going on on the streets of Wichita right now but
4  you have people out there talking to other people
5  involved, making reports and what not and that's
6  where that information is generated on; traffic
7  stops, and police reports and talking with
8  neighbors, that kind of thing.  That's what I was
9  saying.  But to house that information and to pull
10 that data together would be the Gang Intel unit.
11    Q.  Anybody specifically within the gang
12 unit or the Gang Intel Unit that has that authority
13 to designate a criminal street gang in Wichita?
14    A.  It would just be reviewing that data,
15 the aforementioned data reports and what not and
16 determining do we have a new gang.  Because they
17 are self-identifying as XYZ gang or whatever it
18 might be or an older gang and just putting them in
19 the right silo, so to speak.
20    Q.  You are not the one making that
21 decision?
22    A.  No.
23    Q.  Would the lieutenant then be the one
24 making that decision?
25    A.  He might be involved.

Page 92

1     Q.  So the lieutenant and the sergeant or
2  just the lieutenant?
3     A.  It would probably been a collaborative
4  process in looking at something like that and
5  seeing what these reports are saying or what
6  different beat officers are involved in.
7     Q.  So once that decision is made, so when
8  the Gang Intel Unit decides this is a new criminal
9  street gang in Wichita, how does or does policing
10 with respect to that criminal street gang or those
11 individuals in it, does that change?
12    A.  How do you mean?
13    Q.  So let's say we have a new criminal
14 street gang identified in Wichita --
15    A.  Okay.
16    Q.  -- in a particular area.  What then
17 would the Gang Unit do differently with respect to
18 now they have identified that criminal street gang?
19       MR. BRANSON: Object to form.
20    A.  That's a pretty broad question.
21 There's a lot of caveats to that, I think, but how
22 do they get identified.  Was there a shooting, is
23 there a problem going on, is there several
24 individuals that are fighting over some particular
25 subject or something.  I don't know, but if they

Page 93

1  are involved in like an ongoing feud, let's say, or
2  something like that, they may be involved in other
3  cases.  I don't know.  There may be something that
4  we need to watch, one of those hot spot areas that
5  I mentioned a couple of hours ago or something.
6     Q.  So how would, I guess, the Gang Unit
7  then go about watching that particular street gang?
8        MR. BRANSON: Object to form.
9     A.  Yeah.  I don't know that the Gang Unit
10 necessarily would.  They are an investigative
11 section and the Gang Intel officers are two
12 officers that work eight to five.  A lot of times
13 it's just putting out information to bureau
14 commanders, when I was mentioning comp stat that I
15 mentioned; kind of sharing of information; hey,
16 this particular house has been shot up several
17 times or we're seeing a feud between ABC and XYZ
18 individuals.
19    Q.  Okay. Do you have any opinions as to
20 the procedure for how the Gang Unit should go about
21 identifying new gangs?
22    A.  No. If there's an actual process like
23 they have to declare a new gang or something, I
24 don't know.  Usually it's just taking the
25 information we have gathered from police operations

24 (Pages 90 to 93)

Page 94

1  and putting it together, talking with individuals;
2  doing an investigation, corroborating that
3  information they may have had. It just depends.
4      Q. Okay. So we kind of briefly hit on it
5  earlier when I asked you whether there were
6  particular policies in place but I want to circle
7  back to it in a little more detail about the notice
8  and appeal procedure. So to your knowledge, is
9  there a policy within the WPD that pertains to an
10 appeal procedure for getting off the gang list?
11     A. By notice and appeal you're talking for
12 gang list specifically, not court cases?
13     Q. Correct.
14     A. No.
15     Q. So you're not aware of any policies
16 that pertain to notice or appeal of getting off the
17 gang list or getting put on the gang list; is that
18 accurate? Sorry.
19     A. Well, I think you had a couple of
20 questions there.
21     Q. Yeah. So we'll just break it down with
22 the appeal procedure. To your knowledge, you're
23 not aware of a policy within the WPD that has an
24 appeal procedure for getting off the gang list;
25 right?

Page 95

1      A. Correct.
2      Q. Do you know of any -- outside of there
3  being a policy, do you know whether members of the
4  Gang Unit have some sort of appeal process for
5  getting off the list?
6      A. Members in the --
7      Q. Yeah. The Gang Unit, Gang/Felony
8  Assault Unit.
9      A. Okay.
10     Q. Those more heavily involved with gang
11 policing. Do you know whether they are going
12 through a procedure or a process without that
13 policy being in place for someone to appeal them
14 being on the gang list?
15     A. So do they have a process? Do the
16 members of the Gang Unit investigative section have
17 a process?
18     Q. Yeah. Are you aware of one that they
19 are going through?
20     A. No. That they are going through?
21     Q. Or that there's a process that they
22 currently have.
23     A. No.
24     Q. So if someone in the community found
25 out they were on the gang list how would they go

Page 96

1  about getting off of that list?
2      A. Right now there's no mechanism.
3      Q. Okay. Same with notice. You're not
4  aware of a policy within WPD that pertains to
5  notice if you are put on the gang list; right?
6      A. Like saying hey, we just put you on the
7  gang list --
8      Q. Correct.
9      A. To an individual or parents, no.
10     Q. Okay. Do you know whether the members
11 of the gang, primarily responsible for gang
12 policing, do you know if they are providing some
13 sort of notice despite there not being a policy in
14 place?
15     A. Providing notice to whom? Is that what
16 you are asking me?
17     Q. Yeah. If someone is added to the gang
18 list, are they providing that person notice even if
19 there's no policy in place of that?
20     A. Not necessarily. Sometimes in street
21 interactions someone may know they are on the gang
22 list for whatever reason.
23     Q. How would someone find out, I guess,
24 for whatever reason they were on the gang list?
25     A. Well, if they put something in their

Page 97

1  affidavit about their bond, something like that.
2  Maybe someone told them. I don't know.
3      Q. Who would tell somebody, I guess, that
4  they were on the gang list?
5      A. That's a hypothetical and I do not
6  know. It would be interactions that are beyond my
7  knowledge.
8      Q. Okay. So you said there were two
9  officers that work eight to five that are primarily
10 responsible. These are the Gang Intel officers; is
11 that right?
12     A. Yeah, and I think they work different
13 hours but generally they work during the day.
14     Q. What are they generally doing as gang
15 intel officers?
16     A. Right now with the two of them they
17 just basically maintain the list and distribute
18 information.
19     Q. Distribute what type of information?
20     A. Gang information.
21     Q. How do they maintain the list?
22     A. I think through the gang database.
23     Q. Okay. So these two officers are
24 primarily responsible for maintaining the gang
25 database?

25 (Pages 94 to 97)