Declaration of Cale Carson

I, Cale Carson, am over the age of 18, am competent to give testimony in a court of law and I have personal knowledge of the facts recited in this Declaration.

1.  I am an Officer with the Wichita Police Department and work in the Investigations Division, Gang Intelligence Unit.

2.  I was requested by counsel to conduct research into the Gang Database for information relating to the named plaintiffs, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, in the current ongoing lawsuit documented under civil case number 6:21-cv01100-EFM-ADM filed in the State of Kansas. Your Declarant was specifically requested to look for information regarding the date each named plaintiff went on to the list and the criteria they met along with an explanation of how that criteria was applied; the dates for each entry that extended their time on the list and criteria met with an explanation as to how that criteria was applied; and the current status of each individual and their expiration date.

3.  Plaintiff Christopher Cooper: First documented in the Gang Database on 8/19/15 as an "Associate" under the following criteria:

    a.  Criteria 4 – Clothing and Dress

        **---8/19/15...ON 6/25 - 6/27/14, SGT BEARD OBSERVED COOPER'S PERSONAL FACEBOOK PROFILE WHERE COOPER IS OBSERVED WEARING "POLO" CLOTHING, RED AND BLACK CLOTHING BOTH OF WHICH ARE POPLAR CLOTHING & COLORS WITH PIRU BLOOD GANG MEMBERS.**

        *Red and black are the traditional colors adopted by Blood gang members.  In Wichita, at this time, Piru gang members were known for routinely wearing "Polo" branded clothing and style of shirts.*









b. Criteria 6 – Photos with documented members and posts regarding documented members.

**ADDITIONALLY, COOPER IS SEEN IN PHOTOGRAPH WITH ELBERT COSTELLO (PIRU), MARTEL COSTELLO (PIRU), DAMETRUS WILLIAMS (IFGB), ELBERT COSTELLO SR (IFGB) AND WITH MARKELL MYLES (GD). COOPER ALSO POSTED PHOTOGRAPHS OF "FREE KEJUAN", FOR KEJUAN SHUGART (PIRU) WHO IS INCARCERATED. ANOTHER PHOTOGRAPH SHOWS "RIP PIGG" FOR DARIUS GASPER (PIRU) WHO WAS A VICTIM OF A HOMICIDE ON 9/25/11 AT 1258 N PENNSYLVANIA UNDER CASE NUMBER 11C067224 BY GD GANG MEMBERS. ON 9/25/11 AT 1258 N PENNSYLVANIA UNDER CASE NUMBER 11C067224 BY GD GANG MEMBERS...ON 6/21/14, UNDER CASE NUMBER 14C040366, COOPER AND DAMETRUS WILLIAMS (PIRU) WERE ARRESTED AND CHARGED WITH THE MURDER OF JUAN ORONA (VLB) AT A HOUSE PARTY AT 906 S CYPRESS**

*Gang Intelligence Officers for the Wichita Police Department were able to locate multiple photos on Christopher Cooper's facebook page "Chris Costello Cooper" showing him Associating with multiple documented blood gang members and paying tribute to a deceased known gang member (Darius Gasper).  Officers located case information showing that Cooper was found to*

*have worked with another blood gang member, Dametrus Williams, that resulted in the homicide of a Vato Loco Boy gang member. Vato Loco Boys are members of the larger umbrella of the Folk Nation gang where Bloods are members of the larger People Nations gang which are known rivals.*





 **Chris Costello Cooper**
Big R.I.Pigg gone but never forgotten!!! [P]layer [O]nly [l]ive [O]nce....



4. Plaintiff Christopher Cooper validated as an Active gang member and was added to the Master Gang List on 01/30/2018 under the following criteria:

   a. Criteria 10 – photo observed posted by Cooper associating with an active member.

   **---1/30/18...COOPER'S PERSONAL FACEBOOK PAGE " CHRIS COSTELLO COOPER" WAS OBSERVED BY BLK2304 IN A PHOTO WITH DEAUNDRE JAMISON (PIRU) ON 3/3/16 WITH THE CAPTION "ME AND MY BIG BRO MANE DEAUNDRE JAMISON"...COOPER IS NO LONGER ON COMMUNITY CORRECTIONS...WILL REMAIN ACTIVE UNTIL 3/3/19...BLK2304**

   *Gang Officer Kampling #2304 located a photo of Cooper and another documented blood gang member, Deaundra Jamison, showing Cooper continued to associate with members of the Piru Blood gang.*



5. Plaintiff Christopher Cooper was audited and found to meet criteria to remain as a criminal street gang member on the following dates under the following criteria:

   a. 5/24/2018, Criteria 10 – Observed associating with other active members.

   **---5/24/18...ON 4/21/18 COOPER WAS THE SHOT DURING A DRIVE BY SHOOTING WHILE AT A LARGE BLOOD PARTY AT 1124 S. YALE. SUSPECTS ARE BELIEVED TO BE RIVAL GD'S. OTHER BLOODS AT THE PARTY WERE DENNIS MCGAUGH, ALBERT THOMAS, AND**

MARTEL COSTELLO. 18C25156...WILL REMAIN ACTIVE UNTIL 4/21/21...SJB2340

*Officer Boatright #2340 was on scene and assisted with this investigation and documented that Cooper was present at this party associating with other Blood gang members.*

b.  1/31/2019, Criteria 10 – Observed associating with other active members.

---1/31/19...ON 11/4/18 COOPER WAS INVOLVED IN A LARGE PHYSICAL DISTURBANCE INSIDE A BAR IN OLD TOWN AND WAS OBSERVED WITH SEVERAL ACTIVE BLOODS. VIDEO OF THE INCIDENT SHOWED COOPER AND SEVERAL BLOODS FIGHTING WITH SEVERAL NHC'S. A WARRANT WAS ISSUED FOR COOPER IN REFERENCE TO THIS INCIDENT AND HE HAS NOT BEEN PICKED UP ON IT TO DATE 18C073223...WILL REMAIN ACTIVE ASSOCIATE UNTIL 11/4/21...JPS2227

*During the 2018 Audit Officer Schepis #2227 identified a case where Gang Intelligence Officer Sage Hemmert reported reviewing surveillance video footage of a fight at Heros's Sports Bar.  Officer Hemmert reported observing known documented Neighborhood Crips Terry Garner, Montrez Brown, and Marvin Karney start physically fighting a known Blood gang member Elbert Costello Jr.  In the video Cooper and another known Blood gang member Joseph Bouligny are seen running in and begin punching the Crip members. Showing Cooper is still associating with Blood gang members.*

c.  2/24/2020, Criteria 10 – Observed associating with other active members.

---2/24/20...COOPER CURRENTLY HAS A CITY UCC WARRANT...ON 8/24/19, UNDER CASE # 19C054773, COOPER WAS OBSERVED BY GANG OFFICERS WITH SEVERAL OTHER BLOOD GANG MEMBERS AT THE FUNERAL OF ELBERT COSTELLO (BLOOD)...WILL REMAIN ACTIVE UNTIL 8/24/22...CMH2272

*In the past Gang Intelligence Officers would monitor funerals of known gang members, and be present if any problems were to occur from a rival gang and to gather intelligence on the individuals that were known to associate with the deceased and their families.*

d.  4/6/2021, Criteria 4 – Cooper is observed in a photo flashing hand blood gang signs and Criteria 10 – Cooper is observed in photos with multiple active members.

---04/6/21...LT. BEARD LOCATED A CASE WHERE IS LISTED AS AN OTHER WITH ELBERT COSTELLO JR. (PIRU), DEADRIAN JOHNSON (BLOOD), MARTEL COSTELLO (PIRU), KEANDRE SUMMERS (BLOOD), DAIZHON REED (BLOOD), KEVIS WALKER (PIRU), MALECK TRIGG (BLOOD) UNDER CASE #12C044617. LT. BEARD ALSO OBSERVED COOPER'S SOCIAL MEDIA PAGE WHERE HE USED THE NAME "TRACK NATION 17".  THE "17 REPRESENTS THE PIRU BLOOD GANG. LT. BEARD OBSERVED POSTS MADE BY COOPER WITH ANOTHER UNKNOWN B/M WHO IS FLASHING BLOOD GANG HAND SIGNS.  THE GANG UNIT HAS PHOTOS OF COOPER MAKING AN "L" HAND SIGN FOR LEON WILLIAMS (DECEASED BLOOD).

*Lt. Beard added these photos to Cooper displaying an "L" hand sign and the Intstagram name showing evidence that Cooper is still associating with the Blood gang.  However, Lt. Beard's entry does not indicate that this information was used to extend Cooper's time on the list.*

COOPER IS ALSO IN PHOTOS WITH OTHER BLOODS INCLUDING JAYLA REED, DASHEA HENDERSON, ELBERT COSTELLO SR. AND DONTAE PATTERSON. GANG UNIT HAS THE PHOTOS...CB 1880.

*Lt. Beard added these photos to Cooper's gang file though his entry does not indicate that these photos were used to extend his time on the list.  This is probably due to most of these photos were captured during Cooper's initial documentation process.*



6. On August 24, 2022, Plaintiff Christopher Cooper's status was changed to Inactive, he was removed from the Master Gang List, removed from EJustice, and no longer identified as a "signal 33" in S.P.I.D.E.R.

> **---8/24/22...STATUS CHANGED TO INACTIVE DUE TO NO NEW GANG CASES OR CONTACTS...FB REVIEWED https://www.facebook.com/chris.c.cooper.5 NO OTHER ACTIVE FB LOCATED...UNABLE TO LOCATE INSTAGRAM "TRACKNATION17"...JMB2416**

7. On this date, Plaintiff Christopher Cooper is in Inactive status.

8. Plaintiff Elbert Costello: First documented in the Gang Database on 3/27/1997 as an "Associate" under the following criteria:

   a. Professional Leo Identification
   > **---3/27/97...ADDED IDENTIFICATION FROM 3/21/97 AND HOMICIDE ARREST INFORMATION...TBR 1517.---IDENTIFIED BY SALINA P.D. (CAPT. MARSHALL) ON 3/21/97, (97-7767), WHILE INVESTIGATING A HOMICIDE.  ALSO, LISTED WITH OTHER ORIGINAL WICHITA VILLAIN BLOODS UNDER CASE NUMBER 93C 53370 AND 93C 95480.**

   > *A TOPS card was entered by Officer J. Espinosa #1583 indicating that he received information from Salina PD Capt Marshall that they had identified Elbert Costello as a gang member that included his street name of "Pooh Bear".  The Wichita Police Department routinely receives information from surrounding law enforcement agencies regarding the identification of individuals from the Wichita area.*

   b. Contacted with members.

   > **ALSO, LISTED WITH OTHER ORIGINAL WICHITA VILLAIN BLOODS UNDER CASE NUMBER 93C 53370 AND 93C 95480.**

   > *On 6/9/1993 Elbert Costello was reported to have been contacted by Officers from the Wichita Police Department with Damien Evans (Original Wichita Villain Blood) under case no. 93C095480. On 10/3/1993 Elbert Costello was reported to have been contacted by Officers from the Wichita Police Department under case no. 93C095480.  This supported the identification as an Original Wichita Villain Blood by Salina PD.*

9. Plaintiff Elbert Costello's status was changed to "incarcerated" on 9/21/1999

   > **---9/21/99...CHANGED STATUS TO INCARCERATED DUE TO A SHOOTING IN SALINA, KS...CH 1697**

*Elbert was sentenced on Saline County Charges and was admitted to KDOC on 12/19/1997 and paroled back to Sedgwick County on 11/13/2000. An individual's time on the gang list is placed in a hold status if they are incarcerated for more than one consecutive year. The individual's time on the list will restart once they are released from incarceration.*

10. Plaintiff Elbert Costello was validated as an Active gang member and added to the Master Gang List on 1/14/2002 under the following criteria:

   a. Contacted by officers with other active members.

   **---1/14/02...CHANGED STATUS TO ACTIVE AFTER RECEIVING INFO FROM EAST SCAT THAT COSTELLO IS NO LONGER IN CUSTODY AS THEY HAVE HAD SEVERAL CONTACTS WITH HIM...DH 1887.**

   *Elbert Costello's time on the gang list was restarted when he was released from KDOC on 11/13/2000. Case information will have to be pulled from "legacy database" as there are no records in Laserfiche from this time.*

11. Plaintiff Elbert Costello was audited and found to meet criteria to remain as an Active criminal street gang member on the following dates under the following criteria:

   a. 2/19/2003, Criteria 4 – Gang Tattoo

   **---2/19/03...ADDED GANG TATTOO OF "STRAIGHT VILLAIN"**

   *Elbert Costello is documented as an Original Wichita Villain Blood this is a common tattoo for members of this gang set. There is no indication of extension as the 2006 Act had not come into existence at this time. Mug photos taken in 2007 by Sedgwick County Detention Facility shows the Tattoo. It is a common practice, especially Gang Intelligence Officers for the Wichita Police Department, to document tattoos seen on individuals that are believed to be gang related.*



b. 03/03/2006, Arrests for gang activity

---03/03/06...COSTELLO WAS ARRESTED FOR POSS. OF MJ UNDER CASE #05C72719 IN SEPTEMBER 2005. STATUS REMAINS ACTIVE AT THIS TIME. COSTELLO HAS HAD VARIOUS GANG ARRESTS SINCE HIS ORIGINAL FLAGGING TO KEEP HIM AS AN ASSOCIATE...CB 1880.

*Gang Officer Beard reported multiple gang arrests since the original documentation back in 1997. Elbert Costello was arrested on the following cases through the Wichita Police Department during this time frame:*
> *Domestic Battery – Case no. 01C086772,*
> *Domestic Battery – Case no. 02C039607*
> *Domestic Battery - Case no. 02C081838*
> *Domestic Violence Criminal Threats – Case no. 02C102413*
> *Domestic Battery - Case no. 04C082094*

c. 10/17/2006, Criteria 4 – Dress and Clothing

---10/17/06...COSTELLO WAS CONTACTED BY OFF. CORY 1927 ON A CAR STOP ON 9/16/06. ELBERT WAS VERY UNCOOPERTIVE BUT WAS WEARING A RED HAT AND A RED AND WHITE SHIRT AT TIME OF CONTACT...JAM 1990

*On 9/16/06 Officer Corey #1927 submitted a tops card to the Gang Unit documenting his observations during his contact with Elbert Costello. The colors Red and White are colors that have been used to represent the Blood gang since its inception.*

d. 2/8/2008, Arrests for person misdemeanor.

---2/8/08...ELBERT WAS ARRESTED FOR DV BATTERY UNDER CASE NUMBER 07C74561 ON 9/17/07 AND ARRESTED FOR POSSESSION OF DRUG PARAPHERNALIA ON 2/24/07 UNDER CASE NUMBER 07C 14214...CES 1921.

*The Domestic Battery arrest under WPD case no. 07C074561 is what extended Elbert Costello's time on the gang list.*

e. 3/30/2008, Criteria 7 – Contacted with active members 2 or more times.

---3/4/08...ON 1/30/08 ELBERT WAS CONTACTED DURING A CAR STOP BY OFF. LANG 1744. ELBERT WAS DRIVING TYRONE RICHARDSON (BLOOD) VEHICLE. INFO UPDATED...JAM 1990

---3/30/08...ELBERT WAS CONTACTED BY OFF. MILLER 1990 AND OFF GUETE 2035 AT A DISTURBANCE CALL AT 1900 S ROCK RD

APT 6202 HOME OF GARY FRANKLIN (APG). ELBERT WAS THERE GAMBLING WITH ANTHONY DAILEY (OWV), MARCUS YARBROUGH (IFGB), CHRIS WILLIAMS (WABASH), AND WADE PATTERSON (JR BOY)...JAM 1990

*Elbert Costello had been documented being contacted in the past with other Blood Gang members, specifically in his original flagging with case no. 93C053370 and 93C095480. The incident marks additional contact with known members. A TOPS card was also submitted by Officer Lang #1744 documenting the contact he had with Elbert Costello on 1/30/08 during a traffic stop where Elbert was driving a vehicle registered to Tyrone Richarson, a known Blood gang member, evidence that Elbert is still associating with known members.*

f.  3/11/2009, Arrested for Felony persons crime.

   ---3/11/09...ELBERT AND JAMAICUS RICKS (BLOOD) WERE CONTACTED AFTER THE GAVE WENDALL GASPER (2ND) A RIDE TO THE HOSPITAL AFTER HE WAS SHOT AT CLUB LA FAY ON 3/16/08 UNDER 08C21793. ELBERT WAS ARRESTED FOR AGG BATTERY DV ON 4/14/08 UNDER 08C31166. ELBERT AND MIKKEL PARKER (OWV) WERE CONTACTED TOGETHER AT A RESIDENCE ON 5/4/08 UNDER 08C35362...JAM 1990

   *This appears to be an Annual Audit entry recording that Elbert Costello was extended out because he was arrested for Aggravated Domestic Battery under WPD case no. 08C031166.*

g.  3/11/2009, Criteria 7 – Contacted with active members 2 or more times.

   ---3/11/09...ELBERT AND JAMAICUS RICKS (BLOOD) WERE CONTACTED AFTER THE GAVE WENDALL GASPER (2ND) A RIDE TO THE HOSPITAL AFTER HE WAS SHOT AT CLUB LA FAY ON 3/16/08 UNDER 08C21793. ELBERT WAS ARRESTED FOR AGG BATTERY DV ON 4/14/08 UNDER 08C31166. ELBERT AND MIKKEL PARKER (OWV) WERE CONTACTED TOGETHER AT A RESIDENCE ON 5/4/08 UNDER 08C35362...JAM 1990

   *This appears to be an Annual Audit entry recording that Elbert was contacted with Jamaicus Ricks, a known Blood gang member documented under WPD case no. 08C021793, and contacted with Mikkel Parker, a known Original Wichita Villain Blood, under WPD case no. 08C035362.*

h.  11/21/2009, Arrested for felony drug crimes.

   ---11/21/09...COSTELLO WAS ARRESTED WITH DAMIEN EVANS (BLOOD) FOR POSSESSION OF NARCOTICS WITH INTENT TO SELL

**ON 10/08/09, CASE #09C76228...COSTELLO WAS ARRESTED WITH FREDERICK CRABTREE (BLOOD) FOR POSSESSION OF NARCOTICS ON 8/4/09, CASE #09C58039...JMS 2134.**

*Elbert Costello was arrested for felony drug crimes that extended his time on the list. During these cases Elbert was arrested with known Blood gang members, Damien Evans and Frederick Crabtree.*

i.   2/24/2011, Criteria 7 – Contacted with active members 2 or more times.

**---2/24/11...COSTELLO WAS CONTACTED ON 4/11/10 ON CASE #10C23738 BY OFF. STEARNS #2134 AND OFF. WATSON #2159 WITH TYRONE RICHARDSON (OWV) DURING A DISTURBANCE AT THE PATRONE CLUB...JMS 2134.**

*Elbert Costello was again contacted with another Blood gang member from the same set, Tyrone Richardson, a known Original Wichita Villian Blood.*

j.   10/26/2011, Criteria 3 – Identified by an informant to be a known blood gang member.

**---10/26/11...COSTELLO WAS SEEN AT CHRYSTA NIGHTS NIGHT CLUB WITH MARQUEZ GAILS, AIREUS FINLEY, SAUNTSYE LOVE, WENDELL GASPER, AND MARCUS MARTINEZ ON 10/23/11, 11C074151. COSTELLO WAS INVOLVED IN A PHYSICAL ALTERCATION INSIDE THE CLUB THAT LED TO GAILS SHOOTING EUGENE GUY (ASH PARK) IN THE PARKING LOT. SURVEILLANCE VIDEO TAKEN INSIDE THE CLUB SHOWS COSTELLO GIVING GAILS AND MARTINEZ A HANDSHAKE. DURING THE HANDSHAKE THEY BOW AND PLACE A FIVE POINT CROWN ON THEIR FOREHEAD. A WITNESS FROM THE SHOOTING IDENTIFIED COSTELLO AS A BLOOD GANG MEMBER. CASE # 11C074151. COSTELLO REMAINS ACTIVE UNTIL 10/23/14...DLW 2159**

*Gangs are commonly known to develop a handshake that represent their gang. In this case the entry states while shaking, the parties involved "bow and place a 5point star crown on the forehead". The 5point star is affiliated with the People's Nation, in which the Blood set is aligned with.*

k.   3/10/2012, Criteria 7 – Contacted with active members 2 or more times.

**---3/10/12...COSTELLO , ALONG WITH MULTIPLE BLOOD GANG MEMBERS, WAS SEEN AT DARIUS GASPER'S (PIRU) FUNERAL BY DET. BEARD ON 10/1/11. THIS WAS DOCUMENTED UNDER CASE # 11C069389. COSTELLO WAS CONTACTED WITH TYRONE**

**RICHARDSON (WVB) ON 1/6/12 UNDER CASE # 12C001178. COSTELLO WILL REMAIN ACTIVE UNTIL 1/6/15... JEG 2035**

l.  9/15/2013, Criteria 10 – Observed associating with other active members.

**"---09/15/13...COSTELLO WAS CONTACTED ON 9/09/13 IN REFERENCE TO HIS ATL ISSUED BY HOMICIDE DETECTIVES. COSTELLO WAS PRESENT ON 7/14/13 UNDER 13C045519 AT 800 E. 11TH WHEN JAMES GARY (BLOOD) WAS SHOT AND KILLED. COSTELLO WAS QUESTIONED AND RELEASED. DURING CONTACT WITH COSTELLO HE STATED THAT HE IS IN THE BUSINESS OF PROMOTING LOCAL RAP ARTISTS AND RAP ARTISTS FROM AROUND THE COUNTRY TO COME TO WICHITA AND PERFORM. COSTELLO STATED THAT HE MAKES HIS MONEY ON DOOR ENTRIES AND IS CURRENTLY WORKING OUT OF THE DELUSIONS CLUB LOCATED AT 2600 S. OLIVER. COSTELLO ALSO PROVIDED INFORMATION ON LATRICE THOMAS (THE MOTHER OF HIS SON'S MARTEL AND ELBERT JR.) LATRICE REMAINS TO LIVE AT 1124 S. YALE IN HOUSE THAT BELONGS TO ALLAN J. HELSEL W/M 12/29/42 WHO LIVES AT 1817 S. HOOVER. COSTELLO PROVIDED THAT LATRICE HAS A CHILD WITH ALLAN AND WILL RELY ON HIM TO PAY FOR EXPENSES AROUND HER HOUSE AND FOR HER VEHICLES. COSTELLO ALSO ADDED THAT LATRICE WILL HIDE MARTEL AND ELBERT JR. OUT AT ALLAN'S RESIDENCE WHEN THEY ARE WANTED BY POLICE. COSTELLO WAS STOPPED DRIVING A BLACK JEEP (869ASC) WHEN HE WAS STOPPED ON 9/09/13. STATUS REMAINS ACTIVE...RAM1968"**

m.  3/26/2015, Criteria 4 – Dress and clothing.

**"---3/26/15...COSTELLO HAS NO NEW GANG CASES...COSTELLO CURRENTLY HAS A CBW...COSTELLO POSTED A PHOTO OF HIMSELF WEARING GANG COLORS AS RECENT AS 2/14/15...COSTELLO WILL REMAIN ACTIVE UNTIL 2/14/18...DWM2343"**

*In the photo Costello is seen wearing an all-red shirt, red/ white belt, and red/ white shoes. Gangs commonly dress in the colors that supports their gang colors. In this instance Costello is wearing the known colors for the Blood Gang set.*



n.    6/11/2016, Criteria 10 – Observed associating with other active members.

**"---6/11/16...COSTELLO WAS OBSERVED BY THE GANG UNIT WITH TYRONE RICHARDSON (BLOOD), CLARENCE NEWTON (BLOOD), AND MARTEL COSTELLO (BLOOD) AT THE "WIZ KHALIFA" CONCERT ON 6/9/16...ON 4/24/16 COSTELLO WAS SEEN BY THE GANG UNIT ON VIDEO SURVEILLANCE MANNING THE DOOR TO CLUB DAIQUIRIS. MULTIPLE KNOWN GANG MEMBERS WERE ALSO OBSERVED AT THE CLUB. MULTIPLE GUNS WERE FIRED IN THE PARKING LOT AND CALVIN WILLIAMS (CRIP) WAS SHOT IN THE FOOT. THIS WAS DOCUMENTED UNDER 16C027976...ON 3/5/16 COSTELLO WAS STANDING WITH SHAUN BELL (BLOOD) WHEN HE WAS SHOT IN OLD TOWN. HIAWATHA SCOTT (BLOOD) WAS ALSO SHOT DURING THE SAME INCIDENT. THIS WAS DOCUMENTED UNDER 16C015222...WILL REMAIN ACTIVE UNTIL 6/9/19...BCK2324"**

*It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

o.  1/28/2017, Criteria 9 – Observed at a known gang hang out location with other active members.

> **"---1/28/17...ON 1/28/17 BERNARD BIRCH (INACTIVE VILLAIN) HAD A GOING AWAY PARTY FOR HIMSELF AT CLUB BOUNCE BEFORE HE GOES TO FEDERAL PRISON. GANG OFFICERS OBSERVED SEVERAL BLOOD GANG MEMBERS IN ATTENDANCE, INCLUDING ELBERT COSTELLO, ADRON BUTLER, ARIEUS FINLEY, DEAUNDRE GASPER, JEVANTE OLIVER, JERMAINE OLIVER, AND OTHERS. DOCUMENTED UNDER 17C6205...CRITERIA 9 ADDED...WILL REMAIN ACTIVE UNTIL 1/28/20...SMH2401"**

> *It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

p.  3/29/2017, Criteria 10 – Observed associating with other active members.

> **"--3/29/17...ON 3/25/17 COSTELLO WAS OBSERVED AT CLUB BOUNCE BY THE GANG UNIT DURING THE "RICH THA FACTOR" CONCERT WITH NUMEROUS OTHER KNOWN GANG MEMBERS DOCUMENTED UNDER 17C019845...WILL REMAIN ACTIVE UNTIL 3/25/20...BCK2324"**

> *It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

q.  2/1/2018, Criteria 10 – Observed associating with other active members.

> **"---2/1/18...ON 4/21/17 COSTELLO WAS OBSERVED AT A GANG MEMBERS FUNERAL WITH NUMEROUS OTHER GANG MEMBERS DOCUMENTED UNDER 17C026278...ON 6/23/17 COSTELLO WAS OBSERVED AT A GANG MEMBERS FUNERAL WITH NUMEROUS OTHER GANG MEMBERS DOCUMENTED UNDER 17C042464...WILL REMAIN ACTIVE UNTIL 6/23/20...BLK2304"**

> *the funeral mentioned was for Deandre Parker, documented Junior Boy who was killed in a vehicle accident. It is known that different sets of gang members are known to associate together.*

> *In the past Gang Intelligence Officers would monitor funerals of known gang members, and to be present if any problems were to occur from a rival gang and to gather intelligence on the individuals that were known to associate with the deceased and their families.*

r.  1/31/19, Criteria 10 – Observed associating with other active members.

"---1/31/19...ON 4/21/18 COSTELLO WAS AT 1124 S. YALE WITH SEVERAL OTHER BLOOD GANG MEMBERS. A SHOOT OUT WITH RIVAL GD'S OCCURRED AT THE RESIDENCE AND ONE PERSON WAS SHOT 18C025156...6/23/17 COSTELLO WAS OBSERVED AT A GANG MEMBERS FUNERAL WITH NUMEROUS OTHER GANG MEMBERS DOCUMENTED UNDER 17C042464...WILL REMAIN ACTIVE UNTIL 4/21/21...JPS2227"

*After reviewing case 18C025156, Christopher Cooper, who was documented as a PIRU Blood gang member at the time, was shot while at 1124 S Yale. There were other Blood gang members at the residence that were also contacted. – Entered by Officer BCK2324.*

s.    2/24/2020, Criteria 10 – Observed associating with other active members.

"---2/24/20...ON 4/20/19, UNDER CASE # 19C023996, COSTELLO WAS OBSERVED BY GANG OFFICERS WITH SEVERAL OTHER BLOOD GANG MEMBERS AT THE FUNERAL OF FREDDIE TREZVANT (BLOOD)...WILL REMAIN ACTIVE UNTIL 4/20/22...CMH2272"

*In the past Gang Intelligence Officers would monitor funerals of known gang members, and to be present if any problems were to occur from a rival gang and to gather intelligence on the individuals that were known to associate with the deceased and their families.*

t.    1/16/2021, Criteria 4 – Dress and clothing

"---1/16/21...ON 1/2/21 COSTELLO IS OBSERVED IN A FACEBOOK PHOTO WEARING A RED PHILLIES HAT STANDING IN A GROUP ON FACEBOOK "SPOOK G'SUS" WITH BRIAN MITCHELL (PIRU), DASHEA HENDERSON (PIRU), JERMAINE OLIVER (PIRU), JOHNNY JAMES (PIRU), EUGENE NICHOLSON (BLOOD), CONQUAL LEWIS (PIRU), DOUGLAS FLORENCE (PIRU/INACTIVE), IRA RAY (PIRU/INACTIVE). PHOTO RETAINED...WILL REMAIN ACTIVE UNTIL 1/2/24...HMG2421"

*The "P" logo for the red Phillies hat is known to be used to stand for "PIRU" which is commonly used to represent PIRU Blood gang members. It is known for other Blood gang members to wear the "P" hat in support of another Blood Gang set. The color of the hat also signifies the known gang color for the Bloods. In this case a majority of the gang members mentioned above were flagged as PIRU Blood gang members.*

u.    1/16/2021, Criteria 10 – Observed associating with other active members.

"---1/16/21...ON 1/2/21 COSTELLO IS OBSERVED IN A FACEBOOK PHOTO WEARING A RED PHILLIES HAT STANDING IN A GROUP

**ON FACEBOOK "SPOOK G'SUS" WITH BRIAN MITCHELL (PIRU), DASHEA HENDERSON (PIRU), JERMAINE OLIVER (PIRU), JOHNNY JAMES (PIRU), EUGENE NICHOLSON (BLOOD), CONQUAL LEWIS (PIRU), DOUGLAS FLORENCE (PIRU/INACTIVE), IRA RAY (PIRU/INACTIVE). PHOTO RETAINED...WILL REMAIN ACTIVE UNTIL 1/2/24...HMG2421"**

*The "P" logo for the red Phillies hat is known to be used to stand for "PIRU" which is commonly used to represent PIRU Blood gang members. It is known for other Blood gang members to wear the "P" hat in support of another Blood Gang set. The color of the hat also signifies the known gang color for the Bloods. In this case a majority of the gang members mentioned above were flagged as PIRU Blood gang members.*



12. Plaintiff Elbert Costello is currently scheduled to remain Active until 1/2/24. On this date, his status is Active. His name is on the Master Gang List, he is flagged in EJustice, and he is identified as "signal 33" in S.P.I.D.E.R.

13. Plaintiff Martel Costello: First documented in the Gang Database on 11/17/2011 as an "Associate" under the following criteria:

a. Criteria 4 – Observed on social media flashing blood hand signs and wearing blood gang colors.

**"COSTELLO WAS IDENTIFIED AS AN ASSOCIATE OF THE PIRU BLOODS FROM GANG ID CARD SUBMITTED BY DET. BEARD. DET. BEARD OBSERVED MARTEL'S PERSONAL FACEBOOK PAGE WHERE HE USES PIRU BLOOD GANG TERMS, COLORS AND IDENTIFIES HIMSELF AS A PIRU BLOOD. MARTEL HAS PHOTOS OF HIMSELF WITH OTHER PIRU BLOODS INCLUDING DAVONTAE SELLERS FLASHING PIRU BLOOD GANG HAND SIGNS AND WEARING COLORS. THE GANG UNIT HAS COPIES OF THE PHOTOS SAVED ON THE GANG HUB UNDER THE PIRU BLOODS."**

*Photos were not able to be located. According to the entry by CB1880 the photos were saved to the "gang hub" under "PIRU Bloods". Current evidence for the gang data base is saved on Laserfiche. According to the entry it appears that the evidence may have once been saved on the WPD Internet Hub which is not the current process today.*





b. Criteria 6 – utilizes gang terminology.

**"COSTELLO WAS IDENTIFIED AS AN ASSOCIATE OF THE PIRU BLOODS FROM GANG ID CARD SUBMITTED BY DET. BEARD.  DET. BEARD OBSERVED MARTEL'S PERSONAL FACEBOOK PAGE WHERE HE USES PIRU BLOOD GANG TERMS, COLORS AND IDENTIFIES HIMSELF AS A PIRU BLOOD.  MARTEL HAS PHOTOS OF HIMSELF WITH OTHER PIRU BLOODS INCLUDING DAVONTAE SELLERS FLASHING PIRU BLOOD GANG HAND SIGNS AND WEARING COLORS.  THE GANG UNIT HAS COPIES OF THE PHOTOS SAVED ON THE GANG HUB UNDER THE PIRU BLOODS."**

*Photos were not able to be located. According to the entry by CB1880 the photos were saved to the "gang hub" under "PIRU Bloods". Current evidence for the gang data base is saved on Laserfiche. According to the entry it appears that the evidence may have once been saved on the WPD Internet Hub which is not the current process today.*






14. Plaintiff Martel Costello was audited and found to remain as an "Associate" in the Gang Database on 3/11/2012 under Criteria 7 – Contacted with active members 2 or more times.

> **"COSTELLO WAS ARRESTED ON 8/14/11 FOR POSSESSION OF MARIJUANA AND TRESPASS. HE WAS WITH DARIUS GASPER (PIRU). CASE # 11C056340"** – *ENTERED BY JEG2035*

> **"COSTELLO WAS CONTACTED ON 10/30/11 WITH DAIJOUR PARKER (PIRU), DOMINICK GORDON (PIRU), RASHAAD COLBERT (BLOOD), AND**

SEVERAL OTHER BLOOD GANG MEMBERS. CASE # 11C075885." - *ENTERED BY JEG2035*

*According to the case there were 8 documented gang members were all contacted together under the case number of 11C075885*

15. Plaintiff Martel Costello was validated as an Active gang member and added to the Master Gang List on 4/8/2013 under the following criteria:

a. Arrested for felony persons crime

"ON 6/29/12 UNDER 12C044617 OFFICERS RESPONDED TO 1124 S. YALE THE HOME OF MARTEL AND ELBERT COSTELLO. OFFICERS WERE THERE TO ARREST ELBERT ON HIS WARRANTS. ONCE ON SCENE OFFICERS HAD TO FIGHT THE FAMILY TO GAIN ACCESS INTO THE RESIDENCE AFTER ELBERT RAN INSIDE ON OFFICERS. AT THE END ELBERT WAS ARRESTED FOR AGG. ASSAULT, POSS. FIREARM BY JUV, AND RESIST ARREST, MARTEL WAS ARREST ALONG WITH HIS MOTER LATRICE THOMAS FOR OBSTRUCT AND BATTERY LEO." – ENTERED BY RAM1968

b. Criteria 10 – Observed associating with other active members.

"ON 3/09/13 UNDER 13C014651 COSTELLO AND OTHER BLOODS LISTED ON THE CASE ALONG WITH HIS BROTHER ELBERT COSTELLO (BLOOD) ATTENDED A PARTY IN THE 1400 BLOCK OF BLUFF. WHILE AT THE PARTY COSTELLO WAS JUMPED AND WALKED HIMSELF TO THE HOSPITAL WHERE HE REQUIRED HOSPITALIZATION FOR A FEW DAYS. THE GANG UNIT LATER LEARNED THAT THE SUSPECTS ARE RIVAL GD'S AND THAT THE PARTY WAS A POSSIBLE SET UP TO GET COSTELLO TO THE PARTY. NO ARREST HAVE BEEN MADE AND COSETLLO IS UNCOOPERATIVE WITH THE INVESTIGATION. THIS INCIDENT IS ONE OF MANY DOCUMENTED FEUDS BETWEEN THE BLOODS AND FOLKS." - ENTERED BY RAM1968

"ON 12/28/12 UNDER 12C088649 COSTELLO WAS MEETING UP WITH RIVAL GD DERRICK BURNETT TO FIGHT WHEN A GUN WAS PULLED AND DEVON ANDREWS (GD) WAS SHOT IN THE RIGHT THIGH AND DOMINICK NIMS (GD) SUFFERED A GRAZE WOUND. COSTELLO WAS THE SUSPECTED SHOOTER IN THIS CASE BUT AT THIS TIME NO ARREST HAVE BEEN MADE." - ENTERED BY RAM1968

"ON 8/26/12 UNDER 12C059233 THE GANG UNIT WAS SITTING OFF A PARTY THAT WAS BEING HELD BY DEVIN GASPER (BLOOD). DURING THE PARTY RIVAL GD'S LISTED ON THE CASE CONDUCTED A DRIVE BY ON THE PARTY ONLY STRIKING VEHICLES. ALL FIVE LISTED GD'S WERE ARRESTED. COSTELLO WAS CONTACTED THAT NIGHT AT THE

**PARTY ALONG WITH NUMEROUS BLOODS THAT ATTENDED THE PARTY." -** ENTERED BY RAM1968

> *It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

**"ON 3/24/12 UNDER 12C020134 COSTELLO WAS DOCUMENTED ATTENDING A PARTY AT THE WICHITA BALL ROOM ALONG WITH MULTIPLE OTHER BLOODS DOCUMENTED ON THE CASE." -** ENTERED BY RAM1968

> *It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

**"ON 4/07/12 UNDER 12C023582 GANG OFFICER CHAFFEE DOCUMENTED OBSERVING COSTELLO AND NUMEROUS BLOODS ATTENDING A PARTY THAT ENDED IN A DISTURBANCE LOCATED AT THE WICHITA BALL ROOM." -** ENTERED BY RAM1968

> *It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

16. Plaintiff Martel Costello was audited and found to meet criteria to remain an Active criminal street gang member on the following dates under the following criteria:

    a. 3/25/2015, Criteria 4 – Observed on social media flashing blood hand signs and wearing blood gang colors.

    > **"---3/25/15...COSTELLO WAS RELEASED FROM JIAC PRIOR TO BECOMING AN ADULT ON HIS AGG INTIMIDATION SENTENCE...DURING AUDIT RESEARCH OFFICER MOORE OBSERVED COSTELLOS PERSONAL FACEBOOK PROFILE "MARTELL COSTELLO" WHERE COSTELLO POSTS PHOTOS OF HIMSELF WEARING GANG COLORS, USING GANG HAND SIGNS, AND USING GANG TERMINOLGY AS RECENT AS 3/20/15. GANG UNIT HAS COPIES OF THESE PHOTOS...COSTELLO WILL REMAIN ACTIVE UNTIL 3/20/18...DWM2343"**

    > *Several face book photos were located by Officer Moore dated 3/25/15 where Costello is seen wearing a white/ red shirt with "Young PIRU in Peace 1700" printed on the back. "1700" represents 17th and Poplar which is a known location in Wichita that the PIRU Bloods claim. He is seen in other photo's using a hand sign "P" that represent "PIRU". Another photo was located where Martell is using a gang hand sign "Y P" which stands for "Young PIRU". In this same photo he is wearing a red Phillies hat with a white "P" on the front which is common for PIRU gang members to wear due to the "P" (PIRU) and the red color signifying the Bloods color.*




b. 12/10/2015, Criteria 7 – Contacted with active members 2 or more times.

**"ON 11/20/15, UNDER CASE NUMBER 15C077780, OFFICER J THOMPSON #2353 SUBMITTED GANG INTELLIGENCE CARDS ON DEVIN JAMISON (PIRU), DEAUNDRE GASPER (PIRU) AND MARTEL COSTELLO (PIRU) DURING A TRAFFIC STOP IN A 2000 GOLD CHEVY MONTE CARLO WITH KANSAS TAG 906GNM AT 402 N MARKET....DL CODE UPDATED...WILL REMAIN ACTIVE UNTIL 11/20/18...GCO1992"**

*Time was extended due to officers contact.*

c. 6/9/2016, Criteria 10 – Observed associating with other active members.

**"COSTELLO WAS OBSERVED WITH CLARENCE NEWTON (BLOOD), TYRONE RICHARDSON (BLOOD), AND ELBERT COSTELLO (BLOOD) AT THE "WIZ KHALIFA" CONCERT ON 6/9/16"** - Entered by BCK2324

*It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

d. 1/28/2017, Arrest felony drug crime

**"---1/28/17...ON 10/5/16 DENNIS MCGAUGH (BLOOD) WAS ARRESTED FOR THE MURDER OF DEBRYLAN BELL (FOLK) AT COSTELLO'S HOUSE AT 1124 S YALE. A SEARCH WARRANT WAS EXECUTED ON THE HOUSE REFERENCE THE HOMICIDE INVESTIGATION, AND 6 POUNDS OF MARIJUANA, METH, COCAINE, AND 10 FIREARMS WERE SEIZED. COSTELLO WAS NOT HOME AT THE TIME, AND A PICKUP WAS ISSUED**

FOR HIS ARREST FOR FELONY DRUG CRIMES AND FELON IN POSS FA. HIS MOTHER LATRICE THOMAS WAS BOOKED. THE PICKUP WAS CANCELED PENDING TEST RESULTS. 16C70130...ON 7/31/16 COSTELLO WAS ARRESTED FOR FELON IN POSSESS FA AT 1600 S OLIVER, 16C53213...PHOTO UPDATED...WILL REMAIN ACTIVE UNTIL 10/5/19...SMH2401"

*After further review of case no 16C070130 officers had contact with Costello on 10/5/16 with Dennis McGaugh (Blood) at the residence at the time of the execution of the warrant. At the time of first contact, Costello had no charges and there was no reason to detain him and he was released from the residence. This incident would have extended him out to 10/5/19 due to being contacted with another gang member.*

*After further review of case 16C053213, Costello was arrested by officers on 7/31/16 for Felony marijuana charges.*

e. 3/29/2017, Criteria 9 – Frequents known gang location / hangout

"---3/29/17...ON 3/25/17 COSTELLO WAS OBSERVED BY THE GANG UNIT AT CLUB BOUNCE DURING THE RICH THE FACTOR CONCERT 17C019845...ON 3/24/17 COSTELLO WAS NTA'D FOR MARIJUANA... ACTIVE UNTIL 3/25/20...DWM2343"

*After further review of case # 17C019845 it was apparent that the reason for entry was that there were several documented Bloods & Crips attending the concert. It was also documented that both rappers performing were known gang members.*
*It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection. For example, in the above case, after officers reviewed video footage it was believed that a local Blood and a local Crip fought in the club.*

f. 7/13/2017, Arrest felony drug crime

"---7/13/17...ON 7/12/17 TASK FORCE OFFICERS CONDUCTED A SEARCH WARRANT AT 1124 S. YALE. COSTELLO WAS NOT ON SCENE BUT OVER 2 LBS OF MARIJUANA WAS SEIZED FROM HIS ROOM. CHARGES WILL BE PENDING. 17C047416...ON 5/1/17 COSTELLO WAS STOPPED BY HENRY #2271 AND HORNBERGER #2272 AND ARRESTED FOR POSSESSION OF A FIREARM BY FELON AN MARIJUANA. 17C028715...DURING THE CONTACT ON THE PREVIOUS STOP, COSTELLO REPORTED HIS WHITE CAMARO HAD BEEN SHOT IN OLD TOWN SOMETIME IN FEBRUARY...ON 4/10/17 COSTELLO WAS OBSERVED BY THE GANG UNIT DURING

SURVEILLANCE AT THE FUNERAL OF DASHAUN SMITH (PIRU) AND THE FOLLOWING CELEBRATION AT 1124 S. YALE. SEVERAL DOZEN BLOODS WERE ALSO OBSERVED. 17C023646...WILL REMAIN ACTIVE UNTIL 7/12/20...DWM2343"

g. 8/23/17, Arrest for misdemeanor persons crime

"---8/23/17...ON 8/10/17 A PICKUP FOR DV BATTERY WAS ISSUED FOR COSTELLO AFTER AN INCIDENT WHERE HIS GF ERAZIA SMITH WAS THE VICTIM. COSTELLO WAS BOOKED ON THIS PICKUP ON 8/16/17. 17C54855...ON 7/30/17 COSTELLO WAS STOPPED BY TASK FORCE OFFICERS WITH SANTINO DUPREE, MAURICE CARTER, DEAUNDRE JAMISON. NO ONE WAS BOOKED. 17C51986...PHOTO UPDATED...WILL REMAIN ACTIVE UNTIL 8/16/20...SMH2401"

*Santino Dupree, Maurice Carter, and Deaundre Jamison were all flagged PIRU Bloods at the time of the stop on 7/30/17.*

h. 3/1/2018, Arrest for misdemeanor persons crime

"---3/1/18...ON 8/26/17 AND 9/25/17 COSTELLO WAS SEEN BY OFFICERS IN OLDTOWN AT VARIOUS CLUBS WITH OTHER DOCUMENTED BLOOD GANG MEMBERS.DOCUMENTED UNDER 17C058707 AND 17C066049...ON 1/25/18 COSTELLO WAS INVOLVED IN A DV WITH ERAZIA SULLIVAN.COSTELLO WAS ARRESTED FOR THIS ON 2/6/18. 18C005611...WILL REMAIN ACTIVE UNTIL 2/6/21...BLK2304"

*It is common for gang members to attend social events together due to the "brotherhood" nature of the gang life and for protection.*

i.    5/24/2018, Criteria 7 – Contacted with active members 2 or more times.

"---5/24/18...ON 4/21/18 COSTELLO WAS CONTACTED ON SCENE OF A DRIVEBY SHOOTING WHERE CHRISTOPHER COOPER (BLOOD) WAS SHOT AT 1124 S. YALE. OTHER BLOODS ON SCENE WERE DENNIS MCGAUGH AND ALBERT THOMAS. SUSPECTS ARE BELIEVED TO BE RIVAL GD'S. SURVEILLANCE VIDEO OBTAINED FROM THE SCENE SHOWED COSTELLO WITH A GUN IN HIS HAND. A FIREARM WAS LATER RECOVERED FROM HIS ROOM. FELONY PICKUP WAS ISSUED FOR COSTELLO UNDER CASE 18C25156...PHOTO UPDATED...WILL REMAIN ACTIVE UNTIL 4/21/21...SJB2340"

17. Plaintiff Martel Costello's status changed to incarcerated on 2/24/20.

18. Plaintiff Martel Costello was released from KDOC to work release on 1/26/2023.

19. Plaintiff Martel Costello is scheduled to remain Active until 11/29/2025.

20. On this date, Plaintiff Martel Costello is an Active gang member. His name is on the Master Gang List, he is flagged in EJustice, and he is identified as "signal 33" in S.P.I.D.E.R.

21. Plaintiff Jeremy Levy: First documented in the Gang Database and on the Master Gang List on 5/10/2017 as "Active" under the following criteria:

a. Criteria 3 – Identified by an informant

**"ON 5/6/17 LEVY WAS IDENTIFIED AS A GD DURING A DEBRIEF WITH AN ACTIVE BLOOD GANG MEMBER. THE CI ALSO ADVISED THAT LEVY'S STREET NAME IS "LIL WICK" – SUBMITTING OFFICER SMH2401**

**"LEVY HAS BEEN NAMED BY AN INFORMANT AS A SUSPECT IN SEVERAL INCIDENTS INVOLVING THE FOLK VS BLOOD FEUD, INCLUDING THE SHOOTING OF SHUNDELL BARKUS (BLOOD) ON 1/17/17, AN INCIDENT WHERE ANTHONY COLLINS (BLOOD) WAS PISTOL WHIPPED ON 3/9/17, AND THE SHOOTOUT AT 717 S CLIFTON ON 3/16/17 INVOLVING SEVERAL BLOODS AND FOLKS. OFFICER HEMMERT LEARNED THAT THIS PORTION OF THE FEUD STEMMED IN LARGE PART FROM LEVY AND DEADRIAN JOHNSON (BLOOD) FIGHTING OVER A GIRL NAMED NAUTICA WIMBLEY. OFFICER HEMMERT INTERVIEWED WIMBLEY IN NOVEMBER OF 2017 AND SHE CONFIRMED THAT SHE WAS DATING JOHNSON AND THAT LEVY WAS JEALOUS, AND THAT THEY STARTED FEUDING AS A RESULT" – SUBMITTING OFFICER SMH2401**

b. Criteria 5 – Arrested with other members

**"ON 5/6/17 LEVY WAS STOPPED IN A 2012 SILVER IMPALA KS TAG 561HZV. CJ WILLIAMS (GD) WAS THE PASSENGER AND RAN ON FOOT. WILLIAMS WAS BOOKED FOR DRUGS AND WARRANTS, LEVY WAS NTA'D FOR DWS. 17C29931" - SUBMITTING OFFICER SMH2401**

**"ON 2/9/17 LEVY WAS STOPPED WITH JAMAAL LANDRUM (357) AND STEVEN JONES (GD). ALL THREE WERE BOOKED ON VARIOUS CHARGES AND WARRANTS. 17C9009" - SUBMITTING OFFICER SMH2401**

**"ON 11/7/14 LEVY WAS CONTACTED AND ARRESTED WITH DEVON LOVE (CRIP). 14C74951" - SUBMITTING OFFICER SMH2401**

c. Criteria 7 – Contacted with other members 2 or more times.

**"ON 5/18/10 LEVY WAS CONTACTED WITH KEVIN WILLIAMS (GD) ON A SUSPICIOUS CHARACTER CASE, 10C33768"- SUBMITTING OFFICER SMH2401**

**"ON 7/08/17 GANG TASK FORCE OFFICERS STOPPED LEVY IN A CAR WITH CHRISTIAN WATERS (FOLK), SHANNON CAVITT (FOLK), GRADY RAGSDALE AND DONNIE BENNETT (FOLK) AND ARRESTED HIM ON HIS PICKUP FOR MURDER. OFFICERS LOCATED A HANDGUN, PARAPHERNALIA AND PRESCRIPTION NARCOTICS. LEVY WAS INTERVIEWED BUT WAS NOT BOOKED FOR MURDER. HE WAS BOOKED FOR PRESCRIPTION PILLS UNDER 17C046367" – SUBMITTING OFFICER SMH2401**

**"ON 5/18/10 LEVY WAS CONTACTED WITH KEVIN WILLIAMS (GD) ON A SUSPICIOUS CHARACTER CASE, 10C33768" – SUBMITTING OFFICER SMH2401**

22. On 7/17/2017, Plaintiff Jeremy Levy was arrested for felony drug crime, felony pick up issued for felony persons crime, and met Criteria 7 – Contacted with other members 2 or more times.

23. On 2/21/2018, Plaintiff Jeremy Levy's status changed to incarcerated.

24. On this date, Plaintiff Jeremy Levy's status is incarcerated.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH IN THIS DECLARATION ARE TRUE AND CORRECT. EXECUTED ON SEPTEMBER 28, 2023.

Cale Carson

p