EXHIBIT NO. 84
APPINO & BIGGS

## Names

| Name Type | Name |
|---|---|
| Conviction | COSTELLO, MARTEL E |
| True | COSTELLO, MARTEL EUGENE |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Feb 04, 1996 | 27 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-2" | 178 | Male | Black |



(/kasper/search/image?kdocNumber=0123239&imageNumber=1)

**COSTELLO, MARTEL E**

Approx Picture Date

2021-02-22

## Current Status reported by Dept. of Corrections

**Work or Program Participation**  Work Release

**Earliest Possible Release Date (1)**  Jun 28, 2023

**Current Status**  Incarcerated

**Admission Date**  Dec 11, 2019

**Current Location (2)**  Wichita-Work Release Center (http://www.doc.ks.gov/facilities/wwrf)

**Custody Level**

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 17CR2076 | Jul 12, 2017 | Oct 12, 2017 | N/A | Poss of Para w/intnt to manuf,grow,etc GE5 plants | 1 | Drug-grid Severity Level 5 | Active | KS |
| Sedgwick | 16CR2592 | Jul 31, 2016 | Oct 12, 2017 | N/A | Criminal Possess weapon felon/5 years non firearm | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Sedgwick | 16CR2592 | Jul 31, 2016 | Oct 12, 2017 | N/A | Possession of Marijuana 1st Offense | 1 | Class B Misdemeanor | Active | KS |
| Sedgwick | 17CR1343 | May 01, 2017 | Oct 12, 2017 | N/A | Criminal Possess weapon felon/5 years non firearm | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Sedgwick | 17CR1192 | Oct 05, 2016 | Oct 12, 2017 | N/A | Poss of Para w/intnt to manuf,grow,etc GE5 plants | 1 | Drug-grid Severity Level 5 | Active | KS |
| Sedgwick | 17CR1192 | Oct 05, 2016 | Oct 12, 2017 | N/A | Criminal Possess weapon felon/5 years non firearm | 1 | Non Drug-Grid Severity Level 8 | Active | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Wichita-Work Release Center | Nov 29, 2022 | Inter-Facility Movement |
| Ellsworth CF | Feb 22, 2021 | Intra-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Ellsworth CF | Jan 30, 2020 | Inter-Facility Movement |
| Cloud County | Jan 30, 2020 | Contract Jail-KDOC Placement |
| El Dorado CF-RDU | Dec 11, 2019 | Probation Viol. No New Sent |

## Completed Programs

| Name | Completion Date |
|---|---|
| GED Preparation | Jun 25, 2021 |
| KS WorkReady Certificate | Jun 15, 2021 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 29, 2021 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |