ELECTRONICALLY FILED
2018 May 14 PM 1:41
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2017-CR-001343-FE

DEC 1 1 2017



EXHIBIT NO. 10
APPINO & BIGGS

COPY

**Court:** Sedgwick County District Court

**Case Number:** 2017-CR-001343-FE     #     0 1 2 3 2 3 9

**Case Title:** State of Kansas vs. Martel E Costello

**Type:** 2016 Journal Entry of Judgment

SO ORDERED.

/s/ Honorable, Ben Burgess, District Judge

Electronically signed on 2018-05-14 13:41:53   page 1 of 4

KDOC - Costello, M. 000151

TM/dkf

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2016 JOURNAL ENTRY OF JUDGMENT

### SECTION I. CASE IDENTIFYING INFORMATION

Transaction Number: 3087G1738664

STATE v. MARTEL E. COSTELLO
SSN: XXX-XX-4429
ADDRESS: 1124 S Yale
Wichita, KS 67218

☒ Male

Court O.R.I. Number: KS087025G

K.B.I. Number: 33284269

| County | Court Case Number | Sentencing Judge | Sentencing Date |
|---|---|---|---|
| SEDGWICK | 17CR1343 | BENJAMIN L. BURGESS | 10/12/17 |

**Defense Counsel:** ☒ Retained    Counsel Name: Steven D. Mank

**Type of Proceeding:** ☒ Guilty Plea

**Date of Conviction:** 08/24/17

**Pre-Trial Status of Offender:** ☒ Released on Bond

### SECTION II. CRIMINAL HISTORY CLASSIFICATION

Offender's Overall Criminal History Classification as Found by the Court: ☒ E

Objections to Criminal History? ☒ No

### SECTION III. CURRENT CONVICTION INFORMATION

Name of PRIMARY Offense of Conviction:

CRIMINAL POSSESSION OF A WEAPON BY A CONVICTED FELON

Count No.: 1    Date Of Offense: 05/01/17

K.S.A. Title, Section, Subsection(s):    21-6304(a)(2)

**Grade of Offense:** ☒ Felony, Severity Level 8    ☒ Nonperson

**Offense Category:** ☒ Nondrug

**Presumptive Sentencing Range:**

Mid 14    High 15    Low 13    ☒ Presumptive Probation
☒ Special Rule Applies

THIS FORM MUST BE ACCOMPANIED BY A COPY OF THE PRESENTENCE INVESTIGATION FORM PURSUANT TO K.S.A. 2012 Supp. 22-3439 AND A DOCUMENT CONTAINING INFORMATION REQUIRED BY K.S.A. 2012 Supp. 22-3426.

| | |
|---|---|
| **SPECIAL RULE APPLICABLE:** ☒ Yes <br> ☒ 10. Crime Committed While on Felony Bond | |

**SENTENCE IMPOSED:**

| | |
|---|---|
| **Guideline Range Imposed:**    ☒ High | |
| **Prison Term:**   KDOC ___15___ months | ☒ Underlying with probation granted. |
| **Postrelease Supervision Term:**   ☒ 12 months | |
| **Probation Term:**   ☒ 18 months <br> **Probation Supervision to:**   ☒ Community Corrections | |

## SECTION V. OTHER CONDITIONS

**General/Special Conditions of Probation**

In addition to the provisions set forth in K.S.A. 21-6607, the defendant is ordered to comply with the following special conditions of probation:

-- Pay the costs on a schedule set by the probation department.
-- Obey the laws of the United States, the State of Kansas, and any other jurisdiction to whose laws he/she may be subject.
-- Report to Community Corrections, Field Service for intake and supervision.
-- Obey all directives of your probation officer.
-- Remain within the area of the State of Kansas unless permission to leave is first obtained from the Court.
-- Notify the CSO/ISO within 24 hours of changes in employment, residence, and phone number.
-- Immediately report to your probation officer any contact with law enforcement.
-- Restitution in the amount ordered, on a schedule set by the probation department.
-- Do not possess, use, or consume alcohol and/or drugs without a legal prescription from a physician, nor be present where others possess, use, or consume alcohol or drugs.
-- Submit to breath, blood, urinalysis testing as directed by CSO/ISO at defendant's own expense.
-- Gain and maintain full-time employment of at least 40 hours per week; when not working full time defendant shall spend at least 40 hours a week working, seeking employment, attending school, or performing community service.
-- Possess and/or own no firearms or weapons as defined by K.S.A. 21-6304.
-- Gang Conditions are imposed as a condition of probation.

**Costs Ordered:**

| | |
|---|---:|
| Total Restitution ............................................................... $ | 0.00 |
| Court Costs ......................................................................... $ | 195.00 |
| Correctional Supervision Fee .............................................. $ | 120.00 |
| Booking/Fingerprint Fee ..................................................... $ | 33.00 |

## SECTION VI. RECAP OF SENTENCE

**Sentence Imposed:**

Total Underlying Prison Term (if sentence imposed is probation): ___15___ months

**Good Time Credit:**

☒ For each count, the Court pronounced the complete sentence, including the maximum potential good time percentage. [K.S.A. 21-6804(e)(2) and 21-6805(c)(2)]
   ☒ 20%

---

State vs. Martel E. Costello                Page 3 of 4                Case No. 17CR1343
                                                                       KDOC - Costello, M. 000153