## INTAKE ASSESSMENT FORM

EXHIBIT NO. 87
APPINO & BIGGS

Name: Costello   Martel   E   Number 123739   Date: 2-22-21
 LAST      FIRST      M.J.

Please complete the following questionnaire and return it to the Clinic Officer. If you have any additional information concerning your safety, please address under Question #3. This information will remain confidential from other inmates.

If you do not have any concerns, please answer "no" to the questions.

Circle the appropriate answer and respond to the questions answered "yes".

1. Do you have any special security/safety needs?

   YES   (NO)   If YES, explain.

2. To your knowledge, are you centrally monitored with another inmate or should be centrally monitored?

   YES   (NO)   If YES, explain.

3. Do you have concerns for your safety at Ellsworth Correctional Facility?

   YES   (NO)   If YES, explain.

4. Are there any special security/safety transportation or escort requirements when you are moved?

   YES   (NO)   If YES, explain.

5. Are you currently or have you ever been a member of any organization?

   (YES)   NO   If (YES) explain.

ASSOCIATE Cirus

Inmate Signature _____   Number 123739

Original:     Unit Team File