**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY,                                          )
a program of Destination Innovations Inc.,        )
CHRISTOPHER COOPER,                               )
ELBERT COSTELLO,                                  )
MARTEL COSTELLO, and                              )
JEREMY LEVY, JR.,                                 )
on behalf of themselves                           )
and others similarly situated,                    )
                                                  )
      Plaintiffs,                             )
                                                  )
v.                                                )          Case No. 6:21-cv-01100-EFM-ADM
                                                  )
CITY OF WICHITA, KANSAS,                          )
                                                  )
      Defendant.                              )

---

**PLAINTIFF PROGENY'S SECOND SUPPLEMENTAL RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Progeny

hereby submits its objections and responses to Defendant City of Wichita's First Set of

Interrogatories. Plaintiff's investigation in this matter is ongoing; Plaintiff reserves the right to

supplement or amend its objections to the extent allowed by the Federal Rules of Civil Procedure

and the Local Rules of this Court.

The following responses and objections are based upon the facts and information presently

known and available to Plaintiff. Discovery, investigation, research, and analysis are still ongoing

and may disclose the existence of additional facts, add meaning to known facts, establish entirely

new factual conclusions, establish entirely new legal contentions, or possibly lead to additions,

variations, or changes to these responses. These responses are, therefore, based only upon

Plaintiff's knowledge as of the date of these responses and are given without prejudice to Plaintiff's

1

right to produce evidence of any subsequently discovered information. Plaintiff reserves the right to change or supplement these responses as additional facts are discovered, revealed, recalled, or otherwise ascertained, and as further analysis and research discloses additional facts, contentions, or legal theories that may apply.

To the extent that Plaintiff responds to Defendant's requests, Plaintiff does not concede to the relevance of the responses or documents produced, nor does Plaintiff concede that the responses or documents may be used for any purpose in this or any other action, lawsuit, or proceeding. By producing documents, Plaintiff does not accept or adopt the statements or implications set forth in Defendant's requests for production as true, accurate, or complete.

Any private information produced regarding Progeny or any of its individual members is CONFIDENTIAL and is protected by the Protective Order entered by the Court (Doc. 21).

## **INTERROGATORIES**























9.     State the principal and material facts which you contend support the allegation in Paragraphs 107 and 108 that Progeny members and Youth Leaders "have experienced repeated harassment by WPD officers, including being pulled over while on their way to school or work and questioned about gang activity, including:

a.     Identify the Progeny member or Youth Leader,

b.     The date, time, and location of the alleged incident,

c.     The identity of any witness to the incident.


**ANSWER:** Objection. Plaintiff objects to this interrogatory on grounds that it contains multiple sub-parts and, considering the other interrogatories, is in excess of those allowed under the rules. Plaintiff objects to this interrogatory on the grounds that it seeks information already within Defendant's possession, custody, or control.

Subject to and without waiving objections, Plaintiff responds as follows: Progeny members and youth leaders have been harassed by WPD officers on numerous occasions. The following list is representative and is not an exclusive list of each incident of harassment:

(1) Metcalf

a.  Name: Nijah Metcalf

b.  Date, Time, Location of Alleged Incident: July 15, approximately 12:12 pm.

c.  Identity of Witness(es): Marquetta Atkins

(2) Presley

a.  Name: Yusef Presley

b.  Date, Time, Location of Alleged Incident: Plaintiff will supplement this response, if possible.

14

c.   Identity of Witness(es): Marquetta Atkins

(3) Metcalf

a.   Name: Nijah Metcalf

b.   Date, Time, Location of Alleged Incident: April 4, 2015. Plaintiff will supplement this response, if possible.

c.   Identity of Witness(es): Plaintiff will supplement this response, if possible.

(4) Metcalf

a.   Name: Nijah Metcalf

b.   Date, Time, Location of Alleged Incident: Various dates throughout 2017, outside of his home; Plaintiff will supplement this response, if possible.

c.   Identity of Witness(es): Plaintiff will supplement this response, if possible.

(5) Metcalf

a.   Name: Nijah Metcalf

b.   Date, Time, Location of Alleged Incident: August 21, 2017. Plaintiff will supplement this response, if possible.

c.   Identity of Witness(es): Plaintiff will supplement this response, if possible.

(6) Metcalf

a.   Name: Nijah Metcalf

b.   Date, Time, Location of Alleged Incident: August 16, 2020, outside of his apartment. Plaintiff will supplement this response, if possible.

c.   Identity of Witness(es): Plaintiff will supplement this response, if possible.

(7) Metcalf

a.   Name: Nijah Metcalf

    b.  Date, Time, Location of Alleged Incident: Approximately end of 2021, Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(es): Plaintiff will supplement this response, if possible.

(8) Metcalf

    a.  Name: Nijah Metcalf

    b.  Date, Time, Location of Alleged Incident: Somewhere between May and August 2022, Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(es): Plaintiff will supplement this response, if possible.

(9) Bryant White

    a.  Name: Desmond Bryant-White

    b.  Date, Time, Location of Alleged Incident: Multiple incidents between 2007 and 2014; Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(es): Plaintiff will supplement this response, if possible.

(10) Williams

    a.  Name: Tyler Williams

    b.  Date, Time, Location of Alleged Incident: May 4, 2021, Tyler's apartment complex. Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(es): Plaintiff will supplement this response, as needed.

Investigation and discovery are ongoing, and Plaintiff reserves the right to supplement its response to this request as appropriate.

**SUPPLEMENTAL ANSWER**:

(4) Metcalf

    a.  Name: Nijah Metcalf

    b.  Date, Time, Location of Alleged Incident: Various dates throughout 2017, outside of his home; Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(es): One incident was witnessed by a friend sitting on top of his car.  The friend's mother called or sent a Facebook message to Marquetta Atkins. Plaintiff will supplement this response, if possible.

(11) Metcalf

    a.  Name: Nijah Metcalf

    b.  Date, Time, Location of Alleged Incident: Plaintiff will supplement this response, if possible.

    c.  Identity of Witness(s): Marquetta Atkins, Nijah Metcalf's uncle or cousin. Plaintiff will supplement this response, if possible.

Plaintiffs anticipate identifying additional evidence to support their claims during preparation of the pretrial order and briefing for summary judgment, and will include additional citations to the record at such time.

**SECOND SUPPLEMENTAL ANSWER:**

(2) Presley

    a.  Name: Yusef Presley

    b.  Date, Time, Location of Alleged Incident: January 5, 2023.

    c.  Identity of Witness(es): Marquetta Atkins





Respectfully submitted,

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/* Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


AMERICAN   CIVIL   LIBERTIES   UNION
FOUNDATION OF KANSAS

*/s/* Sharon Brett
Sharon Brett KS #28696
10561 Barkley St, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org


SHOOK, HARDY & BACON LLP


Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard

Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 9, 2023, I emailed the foregoing to the e-mail addresses of all counsel of record.

<u>/s/ Teresa Woody</u>

Attorney for Plaintiffs

## VERIFICATION OF INTERROGATORY RESPONSES

I, Marquetta Atkins, am Executive Director of Progeny and Destination Innovation Inc. I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury that the foregoing is true and correct. Executed on June 8 , 2023, in Wichita, Kansas.

Marquetta Atkins
Executive Director
Progeny, a program of Destination
        Innovation Inc.