**DEPOSITION EXHIBIT 63**

FILED
SALINE COUNTY, KS
'97 DEC -8 P2:51

RECEIVED
'97 DEC 10 PM 2:41
COUNTY SHERIFF

# KANSAS SENTENCING GUIDELINES JOURNAL ENTRY OF JUDGMENT

## SECTION I. CASE IDENTIFYING INFORMATION

| Case Name | Court ORI Number | KBI Number |
|---|---|---|
| STATE v. ELBERT E. COSTELLO | KS085015J | |

| County | Court Case Number | Sentencing Judge | Sentencing Date |
|---|---|---|---|
| Saline | 97CRM 423 | DANIEL L. HEBERT | 11-24-97 |

| Type of Counsel | Type of Trial | Date of Conviction | Pre-Trial Status of Offender |
|---|---|---|---|
| ☐ Appointed ☒ Retained ☐ Self ☐ Other | ☐ Bench Trial ☒ Jury Trial ☐ Plea | 9-5-97 | ☒ In Custody ☐ Released on Bond ☐ Other Release |

## SECTION II. CRIMINAL HISTORY CLASSIFICATION

Offender's Overall Criminal History Classification as Found by the Court, please circle:

Nondrug:  A  B  C  D  E  F  G  (H)  I
Drug:  A  B  C  D  E  F  G  H  I

| Objection to Criminal History? | If Yes, By: |
|---|---|
| ☒ Yes  ☐ No | ☒ Defendant  ☒ State |

Court's Ruling on Objection:
☒ Criminal history was amended  ☐ Criminal history was not amended

## SECTION III. CURRENT CONVICTION INFORMATION

| Name of PRIMARY Offense of Conviction | K.S.A. Title, Section, Subsection | Grade of Offense | Offense Severity Level | Case Tracking No. |
|---|---|---|---|---|
| Voluntary Manslaughter | 21-3403 | ☒ Felony  ☐ Misd. Class ___ | Level 3  ☒ Nondrug Grid  ☐ Drug Grid | |
| Count No. 1  Date of Offense 3-22-97 | ☐ Attempt ☐ Consp. ☐ Solic. | ☒ Person  ☐ Nonperson | ☐ Off-grid  ☐ Nongrid | |

| Presumptive Sentencing Range | Standard | Aggravated | Mitigated | |
|---|---|---|---|---|
| | 55 | 59 | 51 | ☒ Presumptive Prison |
| | | | | ☐ Presumptive Probation |
| | | | | ☐ Border Box |

**Sentence Imposed:**
☒ Prison - DOC  51 mos.
☐ Life Imprisonment (for Off-grid crime)
  ☐ Hard 10  ☐ Hard 25  ☐ Hard 40
☐ Death Sentence

☐ County Jail ___ days ___ mos.
(For misdemeanor or nongrid felony)

☐ Probation for: ☐ 24 mos  ☐ 36 mos.
  ☐ 60 mos  ☐ Other ___
(Underlying Prison Term is ___ mos.)

**Guideline Range Imposed:**
☐ Standard
☐ Aggravated
☒ Mitigated
☐ Departure - Complete Section IV

**Special Rule Applicable to Sentence, If Any**
☒ Person Felony Committed With a Firearm
☐ Aggravated Battery L.E.O
☐ Aggravated Assault L.E.O
☐ Crime Committed for Benefit of Criminal Street Gang
☐ Felony DUI
☐ Felony Criminal Deprivation/Motor Vehicle
☐ Felony Domestic Battery
☐ Crime Committed While on Probation, Parole, Etc.
☐ Other ___

| Postrelease Supervision Term: | Probation To: | County Jail Time Imposed as Condition of Probation ___ days |
|---|---|---|
| ☐ 24 mos.  ☒ 36 mos. | ☐ Court Services | Comments: ___ |
| ☐ 60 mos. (sex offense) - Complete Section IV | ☐ Community Corrections | Assignment to Labette Correctional Conservation Camp: ___ days |
| ☐ Other ___ | | Comments: ___ |

State of Kansas, County of Saline, S.S.
I hereby certify the within to be a true copy of the original writ with the endorsements thereof.
/s/ ___ Sheriff

PLEASE USE SUPPLEMENTAL PAGE FOR ADDITIONAL OFFENSES OF CONVICTION

KDOC - Costello, E. 000013

WICHITA 124354

# KANSAS SENTENCING GUIDELINES JOURNAL ENTRY OF JUDGMENT (SUPPLEMENTAL PAGE)

| Name of Additional Offense of Conviction | K.S.A. Title, Section, Subsection(s) | Grade of Offense | Offense Severity Level | Case Tracking No. |
|---|---|---|---|---|
| Aggravated Assault | 21-3410(a) | ☒ Felony ☐ Misd. Class ___ | Level 7 ☒ Nondrug Grid ☐ Drug Grid | |
| Count No. 2   Date of Offense 3-22-97 | ☐ Attempt ☐ Consp. ☐ Solic. | ☒ Person ☐ Nonperson | ☐ Offgrid ☐ Nongrid | |

**Presumptive Sentencing Range:** (Use Criminal History Classification "I" for nonbase sentences)

| Standard | Aggravated | Mitigated |
|---|---|---|
| 12 | 13 | 11 |

☒ Presumptive Prison
☐ Presumptive Probation
☐ Border Box

**Sentence Imposed:**
☒ Prison - DOC   12 mos.
☐ Life Imprisonment (for Offgrid crime)
   ☐ Hard 10  ☐ Hard 25  ☐ Hard 40
☐ Death Sentence
☐ County Jail ___ days ___ mos. (For misdemeanor or nongrid felony)
☐ Probation (Underlying Prison Term is ___ mos.)

**Guideline Range Imposed:**
☒ Standard
☐ Aggravated
☐ Mitigated
☐ Departure - Complete Section IV

**Special Rule Applicable to Sentence, If Any**
☒ Person Felony Committed With a Firearm
☐ Aggravated Battery L.E.O.
☐ Aggravated Assault L.E.O.
☐ Crime Committed for Benefit of Criminal Street Gang
☐ Felony DUI
☐ Felony Criminal Deprivation/Motor Vehicle
☐ Felony Domestic Battery
☐ Crime Committed While on Probation, Parole, Etc.
☐ Other ___

**Postrelease Supervision Term:**
☐ 24 mos. ☒ 36 mos. ☐ 60 mos. (sex offense) - Complete Section IV
☐ Other ___

**Concurrent/Consecutive**
☒ Concurrent   ☐ Consecutive   To Count(s) 1

---

| Name of Additional Offense of Conviction | K.S.A. Title, Section, Subsection(s) | Grade of Offense | Offense Severity Level | Case Tracking No. |
|---|---|---|---|---|
| | | ☐ Felony ☐ Misd. Class ___ | Level ___ ☐ Nondrug Grid ☐ Drug Grid | |
| Count No. ___ Date of Offense ___ | ☐ Attempt ☐ Consp. ☐ Solic. | ☐ Person ☐ Nonperson | ☐ Offgrid ☐ Nongrid | |

**Presumptive Sentencing Range:** (Use Criminal History Classification "I" for nonbase sentences)

| Standard | Aggravated | Mitigated |
|---|---|---|
| | | |

☐ Presumptive Prison
☐ Presumptive Probation
☐ Border Box

**Sentence Imposed:**
☐ Prison - DOC ___ mos.
☐ Life Imprisonment (for Offgrid crime)
   ☐ Hard 10  ☐ Hard 25  ☐ Hard 40
☐ Death Sentence
☐ County Jail ___ days ___ mos. (For misdemeanor or nongrid felony)
☐ Probation (Underlying Prison Term is ___ mos.)

**Guideline Range Imposed:**
☐ Standard
☐ Aggravated
☐ Mitigated
☐ Departure - Complete Section IV

**Special Rule Applicable to Sentence, If Any**
☐ Person Felony Committed With a Firearm
☐ Aggravated Battery L.E.O.
☐ Aggravated Assault L.E.O.
☐ Crime Committed for Benefit of Criminal Street Gang
☐ Felony DUI
☐ Felony Criminal Deprivation/Motor Vehicle
☐ Felony Domestic Battery
☐ Crime Committed While on Probation, Parole, Etc.
☐ Other ___

**Postrelease Supervision Term:**
☐ 24 mos. ☐ 36 mos. ☐ 60 mos. (sex offense) - Complete Section IV
☐ Other ___

**Concurrent/Consecutive**
☐ Concurrent   ☐ Consecutive   To Count(s) ___

KDOC - Costello, E. 000014

WICHITA 124355

KANSAS SENTENCING GUIDELINES JOURNAL ENTRY OF JUDGMENT - PAGE 2

## SECTION IV. DEPARTURE INFORMATION

Type of Departure:
☐ Downward Durational  ☐ Downward Dispositional  ☐ Upward Durational  ☐ Upward Dispositional  ☐ Postrelease Supervision (sex offense)

Reasons Cited as Basis for Departure:

## SECTION V. OTHER CONDITIONS

General/Special Conditions of Probation (ATTACH ORDER OF PROBATION TO THIS JOURNAL ENTRY)

Costs Ordered: Taken under advisement
Total Restitution: $ _____
Total Court Costs: 164.50
Atty. Fee
Total Fines: n/a
Prob. Fee: ~~XXXXX~~
Total Fees:

## SECTION VI. RECAP OF SENTENCE

Total Period of Confinement in DOC (please state): 51 months

Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive: include Case No., County of Conviction, and Sentence Length, and state whether concurrent or consecutive.

Probation Period: ☐ 24 mos ☐ 60 mos. ☐ 36 mos. ☐ Other ___
Postrelease Period: ☐ 24 mos ☒ 36 mos. ☐ 60 mos. ☐ Other ___

Jail Time Credit: 247 days
Sentence Begins Date (to include jail credit):

Maximum Good Time Credit: ☒ 15%  ☐ 20%  ☐ Under KSA 22-3725

Additional Comments:
XXX  The Court has informed the offender of the prohibition against carrying a firearm pursuant to K.S.A. 21-4204 and amendments thereto.

Motion for New Trial Denied?  ☐ Yes ☐ No      Motion for Judgment of Acquittal Denied?  ☐ Yes ☐ No

## SECTION VII. SIGNATURES

Judge's Signature: _____   Date: 12-8-97

Name of Prosecuting Attorney                            Name of Defense Attorney
Date: 10-5-97                                           Date: 12/4/97

By: Julie McKenna #11512
County Attorney
300 W. Ash
P.O. Box 5040
Salina, KS 67402-5040
Phone No. (785) 826-6580

Richard Ney #11985
225 N. Market, Suite 100
Wichita, KS 67202
Phone No. (316) 264-0100

I hereby certify the foregoing to be a true and correct copy of the original of which is filed and of record in the court.
Date 12-10-97
Clerk of the District Court
_____ Deputy

The Sheriff of Saline County shall transport Defendant to Secretary of Corrections of Corrections.

WICHITA 124356