## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

---

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Christopher Cooper, Elbert Costello, Martel Costello, Jeremy Levy Jr. (collectively, "Individual Plaintiffs"), organizational Plaintiff Progeny, and the entire putative class[1] hereby move the Court to enter summary judgment in their favor on their claims against Defendant City of Wichita, Kansas. Plaintiffs seek injunctive and declaratory relief based on the policies and practices of the Wichita Police Department ("WPD"), a department of the City of Wichita, in maintaining a Gang Database and Master Gang List pursuant to K.S.A. 21-6313 and WPD Policy 527. Individual Plaintiffs move for summary judgement on all counts. Plaintiff Progeny moves for Summary Judgement on counts two (2) and six (6).

Plaintiffs' Memorandum in Support of this Motion is filed contemporaneously herewith. As further detailed in that Memorandum, there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law.

---

[1] Plaintiffs' Motion for Class Certification, Doc. 175, is currently pending before the Court.

For the reasons contained therein, Plaintiffs respectfully request that the Court grant their motion for summary judgment on their claims for injunctive and declaratory relief against Defendant City of Wichita, Kansas.

Dated:  September 29, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ *Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org

kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED