**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL COSTELLO,
and JEREMY LEVY, JR., on behalf of
themselves and others similarly situated,

                *Plaintiff(s)*,           Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

                *Defendant*.

**PLAINTIFFS' APPENDIX OF EXHIBITS TO STATEMENT OF MATERIAL FACTS**

| Exhibit | Description |
|---|---|
| 1 | WPD Gang/Felony Assault Unit Webpage |
| 2 | Chad Beard Deposition Transcript Excerpts |
| 3 | Jason Bartel Deposition Transcript Excerpts |
| 4 | WPD Policy 527 |
| 5 | Wendell Nicholson Deposition Transcript Excerpts |
| 6 | Jeff Easter Deposition Transcript Vol. 1 Excerpts |
| 7 | Chad Beard (City of Wichita 30(b)(6)) Deposition Transcript Excerpts |
| 8 | Jeffrey Gilmore Deposition Transcript Excerpts |
| 9 | E-mail from J. Salcido to G. Ramsay (Sept. 24, 2021 3:54 PM) |
| 10 | Timothy Baird (City of Wichita 30(b)(6)) Deposition Transcript Excerpts |
| 11 | Kevin McKenna Deposition Transcript Excerpts |
| 12 | City of Wichita's Responses to Plaintiffs' First Request for Admissions |

| 13 | Ana Muñiz Deposition Transcript Excerpts |
|---|---|
| 14 | David Inkelaar Deposition Transcript Excerpts |
| 15 | Selected E-mails between WPD and Outside Agencies |
| 16 | Selected Gang Database Entries |
| 17 | Robert Mateo Deposition Transcript Excerpts |
| 18 | Jose Salcido Deposition Transcript Excerpts |
| 19 | E-mail from C. Beard to C. Pinkston (Apr. 19, 2021 2:39 PM) |
| 20 | SOP for Entries into the Gang Database |
| 21 | Equal Justice Under Law: Report of the Racial Justice Task Force to the Board of Governors of the Wichita Bar Association |
| 22 | Gordon Ramsay Deposition Transcript Excerpts |
| 23 | Mark Hartman Declaration |
| 24 | 2020 Census query results for the Wichita, Kansas Metropolitan Area |
| 25 | 2020 Census query results for Sedgwick County |
| 26 | Jeff Easter Deposition Transcript Vol. 2 Excerpts |
| 27 | Identification of Gang Members and Associates Using Niche |
| 28 | October 2011 Gang Bulletin Leak Documents |
| 29 | Selected WPD Affidavits |
| 30 | J. Houston Bales Declaration |
| 31 | Bach Hang Declaration |
| 32 | Jorge De Hoyos Declaration |
| 33 | Sonya Strickland Declaration |
| 34 | John Speer Deposition Transcript Excerpts |
| 35 | Wichita Street Gang/LEO Update 2012 Presentation Excerpts |
| 36 | Sage Hemmert Deposition Transcript Excerpts |

| 37 | Wanda Parker-Givens Deposition Transcript Excerpts |
| --- | --- |
| 38 | Jason Tidd, *FBI: Glasses found with jail search warrant help ID shooter at American Legion*, The Wichita Eagle (Mar. 10, 2021 10:34pm) |
| 39 | Affidavit of Brandon Monroe (Nicholson Charging Affidavit) |
| 40 | Wichita Police Department Performance Appraisal |
| 41 | Gang Awareness and Domestic Terrorism: Understanding Gangs |
| 42 | Strategies to Address Gang Activity: Suppression, Intervention and Prevention |
| 43 | Wichita Gang Data Base Presentation Excerpts |
| 44 | Wichita Gang Database Presentation Excerpts |
| 45 | Christopher Cooper Declaration |
| 46 | Elbert Costello Declaration |
| 47 | Martel Costello Declaration |
| 48 | Jeremy Levy Declaration |
| 49 | Wichita Citizen's Review Board Report and Recommendation |
| 50 | U.S. Attorney's Office for the District of Columbia Press Release, |
| 51 | Stanford University, Mapping Militant Organizations: "Three Percenters," |
| 52 | Robert Thatcher Deposition Transcript Excerpts |
| 53 | Selected Gang Mapping Documents |
| 54 | E-mail from D. Harty to B. Mumma (July 26, 2019 10:38 PM) |
| 55 | Selected Gang Conditions E-mails |
| 56 | Juvenile Notice Attempt Log |
| 57 | Ramsay Right to Sue Letter |
| 58 | Wichita Street Gangs: Gang Identification and Introduction to Criminal Street Gang Investigation Presentation |
| 59 | Street Gangs in Wichita Presentation |
| 60 | Wichita Gang Unit 2003 Basic Gang Manual |

| 61 | Wichita Police Department Street Gang Awareness 2011 |
|---|---|
| 62 | Selected TOPS Cards |
| 63 | Wichita Street Gang Identifiers |
| 64 | 2012 – General Gang Info |
| 65 | Robert Layton Deposition Transcript Excerpts |
| 66 | Sample Gang Conditions of Release |
| 67 | Selected Gang Conditions E-mails |
| 68 | Drug Court Eligibility Criteria |
| 69 | Brandon Johnson Deposition Transcript Excerpts |
| 70 | Criminal Investigation Record of surveillance and traffic stop |
| 71 | Marquetta Atkins Declaration |
| 72 | Progeny's 2nd Supplemental Response to City of Wichita's Interrogatories |
| 73 | Facebook Messages |
| 74 | E-mail from C. Carson to C. Beard (Sept. 8, 2022 1:22 PM) |
| 75 | Juvenile Notification List |
| 76 | Progeny Staff Text Messages |
| 77 | Progeny Facebook Post |
| 78 | Progeny's Objections and Responses to City of Wichita's Interrogatories |
| 79 | Marquetta Atkins (Progeny 30(b)(6)) Deposition Transcript Excerpt |
| 80 | Christopher Cooper Deposition Transcript Excerpts |
| 81 | Christopher Cooper's Objections and Responses to City of Wichita's Interrogatories |
| 82 | Martel Costello Deposition Transcript Excerpts |
| 83 | Martel Costello's Objections and Responses to City of Wichita's Interrogatories |
| 84 | 2019 Journal Entry of Probation Violation Hearing |
| 85 | Elbert Costello Deposition Transcript Excerpts |

| 86 | Elbert Costello's Supplemental Objections and Responses to City of Wichita's Interrogatories |
| --- | --- |
| 87 | Elbert Costello's Objections and Responses to City of Wichita's Interrogatories |
| 88 | Jeremy Levy Deposition Transcript Excerpts |
| 89 | Jeremy Levy Objections and Responses to City of Wichita's Interrogatories |

Dated:  September 29, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ *Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED