# EXHIBIT 01

Sign In

Visit www.wichitapolice.com



# WPD Gang/Felony Assault Unit

## Mission

The Gang/Felony Assault unit strives to successfully resolve violent crimes by thorough and efficient investigative efforts. The investigations are completed in an ethical, professional, compassionate, and competent manner. The unit works in conjunction with community partners and outside law enforcement agencies to address violent crime and improve the quality of life for our citizens by reducing the fear of crime. Additionally, the Gang/Felony Assault unit works in partnership with the Juvenile Intervention Unit to refer youth to local community-based diversion and mentoring programs to provide youth with positive adult contacts reducing risk factors and intervene in their involvement in crime.

## Function

The Gang/Felony Assault unit consists of twelve detectives, three detective task force officers that are partnered with federal agencies that are supervised by one sergeant and one lieutenant.  The team also consists of a Violent Crime Community Response Team comprised of a sergeant, six officers, and a community service officer. Additionally, two officers are assigned to the Juvenile Intervention Unit.

The section is tasked with the investigation of Aggravated Battery/Assault and Weapon Violation cases. The unit presents cases in jurisdictions to include the City of Wichita Municipal Court, the 18th Judicial District Court of Kansas, and the Kansas US Attorney's Office.

## WICHITA POLICE DEPARTMENT
## GANG UNIT

455 N Main • Wichita, KS 67202

P: (316) 268-4156

Email Wichita Police Department

Visit www.wichitapolice.com

### JOIN US ON

Facebook • Twitter • YouTube