# EXHIBIT 03



**PohlmanUSA**
Court Reporting and Litigation Services

Jason Bartel

January 31, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF KANSAS
 3
 4     PROGENY, a program of           )
 5     Destination Innovations,        )
 6     Inc., CHRISTOPHER COOPER,       )
 7     ELBERT COSTELLO, MARTEL         )
 8     COSTELLO, and JEREMY LEVY,      )   Case No. 6:21-CV-
 9     JR., on behalf of themselves    )   01100-EFM-ADM
10     and others similarly situated,  )
11     Plaintiffs,                     )
12     vs                              )
13     CITY OF WICHITA, KANSAS,        )
14     Defendant.                      )
15     _____ )
16                       DEPOSITION OF
17                       JASON BARTEL
18                     January 31, 2023
19                       12:59 p.m.
20
21                       Taken at:
22                Joseph, Hollander & Craft
23                     500 North Market
24                      Wichita, Kansas
25     Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

```
 1   Department -- well, actually, before I start that
 2   question, do you need a break? Let's go with a
 3   ten-minute break.
 4              VIDEOGRAPHER: Going off the record at
 5   2:18 p.m..
 6              (Whereupon a recess was taken from 2:18
 7   p.m. to 2:28 p.m.)
 8              VIDEOGRAPHER: Back on the record at
 9   2:28 p.m..
10         Q.   (By Mr. Odigwe) So before we took a
11   break we were discussing the Gang Unit and you
12   mentioned something the Violent Crime Community
13   Response Team?
14         A.   Yes.
15         Q.   What is that?
16         A.   So that is a team that was created I
17   believe in 2018 that was responsible for addressing
18   violent crime.  They took over some of the Gang
19   Intelligence roles.  Part of their responsibilities
20   included audit of the gang database but their
21   primary function was dealing with issues of violent
22   crime within the city and their roles have
23   obviously changed and been reshaped since they were
24   created.  Part of their other roles are we received
25   a grant for the Crime Gun Intelligence Center so
```

57

1  they are also responsible for investigating and
2  following up on NIBIN leads which is information
3  that's gathered from an ATF database regarding
4  cartridge casings.
5       Q.   Was the Violent Community Response Team
6  under the Investigations Division?
7       A.   Yes, sir.
8       Q.   And that would be under the Crimes
9  Against Person?
10      A.   Yes.
11      Q.   Who is in charge or who oversees the
12 Violent Crime Community Response Team?
13      A.   So there's several layers of
14 supervision there. Currently Captain Corey would be
15 the bureau commander; Lieutenant Beard would be the
16 lieutenant and Sergeant Cooper would be their front
17 line supervisor on the streets.
18      Q.   You mentioned they sometimes do an
19 audit of the gang database?
20      A.   Yes.
21      Q.   Do they work with the Gang Unit?
22      A.   So I guess the best way to articulate
23 that is that in 2017 I mentioned that there was a
24 temporary assignment that was done over a 90-day
25 period to address violent crime in the city.  Based

1  on the results and the reduction of crime that
2  occurred during that 90 days our executive or
3  command staff made the decision to restructure the
4  department to add that team in a full-time
5  capacity.  Once that team was added to the
6  department in a full-time capacity the Gang
7  Intelligence Unit was kind of absorbed into the
8  Violent Crime Community Response Team.  So
9  originally there were four Gang Intelligence
10 officers that were assigned to the Gang
11 Intelligence section.  They became part of the
12 Violent Crime Response Team and those
13 responsibilities were then absorbed by the members
14 of that team which expanded initially from four I
15 think to 20 officers and then it's changed off and
16 on since its implementation.  I think currently
17 maybe they have six or eight assigned just in a
18 daytime capacity.  There used to be two teams; one
19 during the day and one at night.  The night team
20 was disbanded and those positions were absorbed by
21 the field to help them address vacancies that were
22 occurring because of staffing and things and things
23 that were occurring.  It's changed several times
24 since its implementation in 2018 I believe when it
25 was implemented.

1    Q.   Just to make sure I understand this
2  correctly, there was an Gang Intelligence -- there
3  were Gang Intelligence officers within the Gang
4  Unit previously.
5    A.   Yes.
6    Q.   And when the Violent Crime and
7  Community Response Team -- I think I said that
8  wrong.  If the Violent Crime Community Response
9  Team were formed, those intelligence officers
10  started working with them instead?
11    A.   Yes.
12    Q.   Currently today, audits of the gang
13  database would be completed by the Violent Crime
14  Community Response Team and not the Gang Unit?
15    A.   So I mentioned they changed several
16  times over the last several years.  When I became
17  the gang commander and the decision was made to
18  move me upstairs and put me in charge of the Gang
19  /Felony Assault section, at the same time the
20  decision was made to disband that night team that I
21  spoke about that consisted, there was initially ten
22  positions.  I think over sometime maybe it was
23  reduced down from that but I don't remember exactly
24  the number of positions when I came in.  But that
25  team was disbanded and those positions were sent

```
 1   back out and redistributed to the Field Services
 2   Bureau.  So there was one daytime team that
 3   consisted of eight officers.  Now, at the same time
 4   between those two teams, the daytime team was
 5   mainly responsible for working with the partnership
 6   that we have under the Gun Crime Intelligence
 7   Center which consisted of the ATF and Wichita State
 8   University and so the daytime team primarily
 9   followed up on NIBIN leads and assisted with the
10   investigative leads that were developed as part of
11   the Gun Crime Intelligence Center program.  The
12   night team was primarily responsible for conducting
13   the gang intelligence audits at that time.  So when
14   the night team was disbanded they took two of those
15   positions and they added them to what was called
16   the Crime Linkage Unit or is called the Crime
17   Linkage Unit which is made up of a supervisor, I
18   think five crime analysts, and then they added two
19   positions that took over the gang intelligence
20   aspect once that night team was disbanded.
21        Q.   Is that the current structure now
22   today?
23        A.   No.
24        Q.   What is the current -- let me rephrase
25   that.  Who is currently responsible for auditing
```

```
 1         A.   That I'm not sure.  Maybe a year or a
 2   little more.
 3         Q.   He was the one before you; correct?
 4         A.   Yes.
 5         Q.   So when did you start in the Gang Unit?
 6         A.   I was promoted in '21 to lieutenant, I
 7   think.  He may have been there from 2020 to 2021
 8   primarily during Covid which created some other
 9   challenges I think for not only him but all law
10   enforcement in general.
11         Q.   You mentioned that responsibilities
12   were added to the section that may have made his
13   position more challenging; is that correct?
14         A.   Yes.
15         Q.   What are those responsibilities that
16   were added to the section?
17         A.   So when he was there I think the Gang
18   Unit initially started as ten detectives.  I think
19   that by the time he was the commander the Gang Unit
20   was allotted 15 detective positions.  In addition
21   to that, at the time they were responsible for gang
22   intelligence officers as well as overseeing the
23   gang database and gang intelligence operations.
24   Also added to that section was the Violent Crime
25   Community Response Team that came with the two
```

83

1  additional supervisors and then he would have
2  managed somewhere between 16 and 20 officers in
3  that capacity under the Violent Crime Community
4  Response Team role and then in addition to that the
5  roles and responsibilities of the Crime Gun
6  Intelligence Center, all of the grant
7  responsibilities, creating the strategic agenda,
8  the plans.  Implementing all of those operations
9  were also added to the gang section commander as
10 well.  During that time also there was a large
11 increase in violent crime and so he had a very
12 heavy caseload to manage and distribute and by far
13 I think at the time it was the largest
14 investigative section in the division by quite a
15 bit.
16        Q.   So just to make sure I understand how
17 the Gang Unit formation or I guess the structure of
18 the Gang Unit, there are detective positions, there
19 are gang intelligence officers that are different
20 from the detectives?
21        A.   Yes.
22        Q.   Are those the only two, I guess, roles
23 in the Gang Unit?
24        A.   No.
25        Q.   What are the other roles?

```
 1            A.    The other roles -- the Gang
 2   Intelligence positions morphed into the Violent
 3   Crime Community Response Team and then transitioned
 4   to a combination of the two, and then there was
 5   also a civilian position that was added to fire
 6   weapons as part of the SGIC program so there were
 7   additional responsibilities such as overseeing the
 8   operations of those cartridge casings and evidence
 9   being discharged and to where our NIBIN machine is
10   located at Wichita State.  In addition to that he
11   had a lot of involvement or interaction with the
12   civilian, the NIBIN tech which was Erin Penney.  He
13   didn't directly supervise her but he did have a lot
14   of involvement in her day-to-day work because of
15   the Crime Gun Intelligence Center and then he was
16   responsible for completing all of the obligations
17   under the grant for the Crime Gun Intelligence
18   program.
19            Q.    You said the NIBIN tech?
20            A.    Yes.
21            Q.    What is that?
22            A.    So that's a National Information
23   Ballistics something network.  I can't remember the
24   exact name of the acronym, but that's an acronym
25   for something that was developed by the ATF which
```

85

1   is examining cartridge casings where they can
2   examine those to see if a casing comes from a
3   particular gun.
4          Q.   Got it.  So going back to Beard's time
5   or first tenure with the Gang Unit, am I
6   understanding correctly that the unit increased
7   from 10 detectives to 15 detectives?
8          A.   Somewhere in that ballpark.  They may
9   have incrementally added those over the years but I
10  remember being there as a detective.  I think we
11  had 10 positions and then five additional positions
12  have been added over the years.  I don't know if
13  all of them were added during Beard's tenure but I
14  know at least two or three were.
15         Q.   And is there anything you think Beard
16  could have done better as the supervisor of the
17  Gang Unit?
18         A.   I mean, we obviously have different
19  management and leadership philosophies so when I
20  came in I did do things differently.  My focus was
21  on different priorities and different areas,
22  especially as a manager that oversaw that amount of
23  different activities so our approach was quite a
24  bit different based on our training and experience,
25  I would say.  Does that answer your question?

86

1  takes is a phone call if people want to be removed
2  and sometimes sit down and go over information.  So
3  there's some opinions that are offered along those
4  lines, but for the majority of it you have very
5  limited resources since the gang intelligence
6  section was taken from four to two.  They already
7  had a lot of work when they were four.  Now it's
8  two and they are responsible for auditing, for
9  entering what we call TOPS cards, for disseminating
10 information, for doing a number of things that they
11 already have a very challenging time sometimes
12 keeping up with and how, if we add additional tasks
13 are they ever going to be able to manage that was a
14 lot of the conversation.
15         Q.    So we discussed being removed from the
16 gang list.  I think I may have jumped over, how
17 does someone even get added to the gang list to
18 begin with?
19         A.    So some of that is done by research and
20 contacts that the gang intelligence officers have
21 out on scenes or people that are identified during
22 criminal investigations as being involved in
23 criminal activity and then during the course of
24 that investigation they see signs or indicators
25 that people may belong to certain gangs and meet

1  certain criteria. Some of it is off folks
2  admitting to officers on the streets or contacts
3  that officers have with individuals on the street
4  where they will fill out what we call a TOPS card
5  or a Blue Card where they nominate people for
6  inclusion on the database based on state criteria
7  that they see when they are interacting with these
8  people or when they self admit to being a gang
9  member and then those TOPS card are forwarded to
10 the Gang Intelligence section. They will review
11 them for accuracy and they will verify to see if
12 they meet the criteria that they are nominated
13 based on if they are the gang intelligence officers
14 make a decision whether to include them in the list
15 or not.
16       Q.   So when you use the phrase or word
17 nominate, what do you mean by that?
18       A.   Well, I mean, it's not automatic that
19 people are just included and documented. Just
20 because an officer submits a TOPS card does not
21 mean they are going to be put on the gang list.
22 There still has to be a vetting process for that,
23 so I guess that's why I'm describing it as nominate
24 because in my mind that's really -- it's a
25 recommendation that these guys go on the gang list

128

1  because of certain criteria that they have verified
2  during their contact with them.  But that
3  information is still vetted and reviewed and
4  researched before they are included in the list.
5  So I guess that's why I refer to it as a
6  nomination.
7         Q.   When someone is nominated or
8  recommended to be placed on the gang list does that
9  individual know that that nomination or
10 recommendation has occurred?
11        A.   No.  I mean, there's not -- we don't
12 have a process where officers say hey, I'm filling
13 out a TOPS card and nominating you for the gang
14 list.  They don't notify them verbally and we do
15 not notify them in writing when we receive that.
16        Q.   So an individual could be surprised
17 with being placed on the gang list in theory?
18        A.   It's possible.
19        Q.   So if individuals are not notified in
20 writing or verbally, how does an individual know
21 that they have been placed on the gang list?
22        A.   So sometimes that comes from law
23 enforcement contact.  If an officer has -- if they
24 are included in the gang list and let's say an
25 officer is having an interaction with them, if they

```
 1    keep referencing.
 2            A.   Yeah.  So as we talked about I think
 3    earlier, I think it's 21-6313 is what governs the
 4    state criteria, but I haven't been in the Gang Unit
 5    for about a year and I don't have all that stuff
 6    committed to memory as far as all of the criteria.
 7    I know that there's several criteria that involve
 8    self-admit.  Your parent or guardian, maybe a
 9    confidential informant letting law enforcement know
10    that you are a documented gang member.  Being
11    identified by another law enforcement agency or
12    correctional facility can be part of the criteria;
13    gang signs and symbols.  Different things like
14    that.  So there's several criteria.  By state law
15    you have to fit three or more unless it's a
16    self-admit.  That's part of the statute to fit the
17    criteria and then obviously there's certain
18    criteria that there has to be three or more to be
19    considered a gang or things like that that are
20    included in the statute.
21            Q.   21-6313, that's what you mentioned;
22    right?
23            A.   Yes.
24                 (Off the record discussion.)
25                 VIDEOGRAPHER: Going off the record at
```

```
 1   determine on the criteria set out on the list.  I
 2   think that maybe the difference is who is
 3   documented in our records management system and
 4   receives that information department wide versus
 5   what is maintained in just our intelligence
 6   database.
 7          Q.    Thank you.  So I'm looking now at
 8   Section (B)(f) that states, "Associates with known
 9   criminal street gang members."  How do you define
10   associates with known criminal street gang members?
11          A.    That varies.  Obviously the second part
12   of that you would have to be a documented as a
13   criminal street gang member in our database and
14   then typically if you were with them multiple times
15   and multiple situations where they may be engaged
16   in some sort of criminal street gang activity or
17   violation of state law, that's considered part of
18   street gang activity that we would consider
19   associates with.  But I mean, it just varies based
20   on the circumstances, the nature of the contact,
21   some of the information that is obtained from those
22   contacts.  So it's really kind of very driven by
23   the nature of the contact and the information that
24   is there in that specific situation.
25          Q.    Is that arguably up to the discretion
```