# EXHIBIT 05



Wendell Nicholson

December 2, 2022

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF KANSAS

 3

 4    PROGENY, a program of Destination )
 5    Innovations, Inc., CHRISTOPHER    )
 6    COOPER, ELBERT COSTELLO, MARTEL   )
 7    COSTELLO, and JEREMY LEVY, JR.,   )
 8    on behalf of themselves and       )
 9    others similarly situated,        )
10    Plaintiffs,                       )
11    vs                                )
12    CITY OF WICHITA, KANSAS,          )
13    Defendant.                        )
14    _____)
15                 VIDEOTAPED DEPOSITION OF
16                    WENDELL NICHOLSON
17                     December 2, 2022
18
19                        Taken at:
20               Joseph, Hollander & Craft
21                    500 North Market
22                    Wichita, Kansas
23
24
25    Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

```
 1        A.   Never.
 2        Q.   To your recollection, have there ever
 3   been people in policy making positions in that
 4   group that have ever reflected the community in
 5   which it polices?
 6        A.   Never.
 7        Q.   What do you think the result of that
 8   ultimately is?
 9        A.   Well, I think when you don't have
10   diversity at the table, like we discussed with the
11   SWAT team decision as far as discipline, if you
12   have one person who comes from a particular
13   background and he thinks that's just how people
14   talk and that's the only person that -- and he's
15   the only person at the table that looks like him
16   and you don't have some other people saying no,
17   that's not a good thing, I think you have problems.
18   I think with the Gang Unit, I think it can affect,
19   if you are not culturally competent about certain
20   things as far as how the list is administered or
21   how people are selected, I think that could have a
22   deleterious effect on how it's administered or who
23   is put on that list.
24        Q.   So the makeup of the Gang Unit and
25   those in charge of policy making positions in there
```

110

```
 1   about the numbers I was giving, 85 percent persons
 2   of color; 66 black and 19 percent Hispanic is what
 3   I was referring to if that helps.  So you have also
 4   had discussions with community members about people
 5   riding with other family members and being included
 6   on the list?
 7        A.   Correct.
 8        Q.   So in your interaction with the
 9   community do you feel that people are deterred from
10   even riding with family members because of the gang
11   list?
12             MR. BRANSON: Object to form.
13        A.   Definitely.  It's a concern for people;
14   another concern in underserved communities are
15   faced with when dealing with possibly having to
16   deal with the police department.
17        Q.   (By Mr. Vogel) So I'll ask this.  It's
18   fair to say you have had conversations with
19   community members who have voiced concerns in those
20   conversations about riding with family members
21   because one or more of those family members may be
22   on the gang list?
23             MR. BRANSON: Object to form.
24        A.   Yes.
25        Q.   (By Mr. Vogel) Have you had
```

```
 1           A.    Yes.
 2           Q.    (By Mr. Vogel) Why?
 3           A.    Just because necessarily you are
 4  hanging out at a specific place doesn't necessarily
 5  mean that you are a gang member, just in my
 6  opinion.  I mean, you might live in that area.  You
 7  might have family that's there.  If you live in a
 8  food desert, if that's like a place that you go get
 9  soda or something like that, then that might be the
10  place that you go, so that in and of itself
11  shouldn't be a criteria that should be used to
12  label someone as a gang member, at least in my
13  opinion.
14           Q.    Do you have any understanding of how
15  the Wichita Police Department identifies a criminal
16  street gang area?
17           A.    No.
18           Q.    Do you know what a criminal street gang
19  area is?
20           A.    I actually never heard that term
21  before.
22           Q.    So let's look at the next one.  One of
23  the criteria is, "Adopt such gang style of dress,
24  color, use of hand signs or tattoos."  Do you think
25  that criteria is problematic when a WPD officer
```

142

```
 1          A.   I think those are all subjective sorts
 2   of things now.  Sometimes when something walks like
 3   a duck it's a duck but it doesn't mean it's a duck.
 4   So just because I may wear North Carolina Tarhill
 5   stuff, maybe I have friends that are gang members
 6   or I go to a place that gang members go to, that
 7   doesn't mean that I'm a gang member.  Might just be
 8   my friends, might be my family.  The people and
 9   what they do when they are not around me, that
10   doesn't have anything to do with me as a person.
11   That's something completely in and of itself.
12          Q.   So could application of this statute
13   through Policy 527 lead to incorrectly identifying
14   people in the community as gang members?
15               MR. BRANSON: Object to form.
16          A.   I think so.
17          Q.   (By Mr. Vogel) Can you recall an
18   instance or a particular point in time when -- that
19   an officer may have incorrectly identified a group
20   as a gang member or as people involved in gang
21   activity of some sort?
22          A.   I can only just go off my personal
23   experience of 30 years on the police department.  I
24   remember when I started we would -- obviously I was
25   a patrol officer and you are riding with folks that
```

145

```
 1   experience in which that's been true?
 2          A.   Not that I can recall.
 3          Q.   Do you recall a conversation at any
 4   point --
 5          A.   I take that back.
 6          Q.   Go ahead.
 7          A.   So when I was a sergeant, I think maybe
 8   a sergeant or a detective, there was a party at
 9   Tallgrass, the country club or something like that
10   and it was a party for a fraternity Kappa Alpha Psi
11   and they obviously, their colors are crimson and
12   cream.  I remember, I don't know who was over the
13   Gang Unit at the time but there was a bunch of
14   e-mails sent out concerning that they were going a
15   gang party there and so the e-mail got to me and I
16   said and they said it was a Kappa Alpha Psi party
17   and I said that's not a gang; that's a historically
18   black fraternity.  I'm a member of Omega Psi Phi.
19   I wear purple and gold.  And when they started
20   telling me some of the names that were attending
21   the party, it was like Dr. DeHart who was a member
22   of Kappa Alpha Psi and couple of other doctors and
23   other people that were in the high up in the
24   community definitely weren't gang members and I
25   said, you guys probably should do a little bit of
```

147

```
 1  research.  Kappa Alpha Psi is a historically black
 2  fraternity and probably Dr. DeHart has probably
 3  delivered most of the babies on the police
 4  department here.  So that would be a case that
 5  somebody wearing some colors was an example of not
 6  having that cultural competency and assuming
 7  because had I not said anything they planned to
 8  have enforcement activities up there that evening
 9  to deal with them and probably wouldn't have went
10  over very well.
11       Q.   So these were e-mails that you
12  ultimately got that originated from the Gang Unit?
13       A.   I don't know who it came from but I
14  know that there was a concern that they were having
15  a party there and that they thought was a Blood
16  party and I had to explain some of the differences
17  between a Blood and a member of Kappa Alpha Psi.
18       Q.   Was that a problem?
19       A.   Yes.
20       Q.   Why?
21       A.   Cultural competency, not having
22  diversity of people in a unit that doesn't know
23  that there's such thing as black fraternities and
24  sororities.  That's an issue because just because
25  you wear a particular color doesn't necessarily
```