# EXHIBIT 10



# PohlmanUSA®
## Court Reporting and Litigation Services

Corporate Representative of City of Wichita, Kansas - Timothy Baird - Volume II

June 2, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, MARTEL ) Case No.
COSTELLO, and JEREMY LEVY, JR., ) 6:21-CV-01100
on behalf of themselves and others ) EFM-ADM
similarly situated, )
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

VIDEO-RECORDED 30(B0(6) ZOOM DEPOSITION OF

TIMOTHY BAIRD

June 2, 2023

8:36 a.m.


Taken at:

Wichita City Building

455 North Main Street

Wichita, Kansas


Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1        A.   The due date of the review.
 2        Q.   Okay, and so do just all the policies
 3   throughout the department go through this cyclical
 4   process?
 5        A.   Yes.
 6        Q.   Okay.  So the most -- the one I'm
 7   familiar with the most is Policy 527 currently so
 8   as an example, Policy 527 would be reviewed, would
 9   be up for review every 12 or 24 months?
10        A.   Yes.
11        Q.   Okay.  Is that one reviewed every 12 or
12   24 months or is there another time frame?
13        A.   That one is every 24 months.
14        Q.   Okay.  What is the reason for the
15   difference in the review time frames?
16        A.   There are policies that are considered
17   critical policies and those are use of force
18   policies.  So our Use of Force policy, the Firearms
19   Policy, Impact Weapons Policy, they are reviewed
20   annually instead of every two years to ensure that
21   there aren't changes to the Use of Force or the
22   types of use of force or how force is used more
23   frequently than other administrative policies.
24        Q.   Okay. So Policy 527, just to be clear,
25   falls in the 24-month category?
```

PohlmanUSA Court Reporting
(877) 421-0099   PohlmanUSA.com

```
 1        A.    Yes.
 2        Q.    Okay.  Does that 24-month review
 3   category just encompass all policies that aren't
 4   considered like your critical policies such as your
 5   Use of Force and Firearms policies?
 6        A.    Yes.
 7        Q.    Okay. So when 527 comes up for review,
 8   where does that one go?  Who reviews that policy
 9   every 24 months?
10        A.    That goes to the Persons Crimes
11   commander or captain.
12        Q.    Okay. So currently that one would go to
13   Captain Corey?
14        A.    Yes.
15        Q.    Okay.  When is the last time that
16   policy, Policy 527 went through the review process?
17        A.    August 16, 2019.
18        Q.    Now, based on that it would appear that
19   that would come up for a review process sometime
20   around August 2021; is that right?
21        A.    Yes.
22        Q.    Was it reviewed then?
23        A.    No.
24        Q.    Do you know the reasons for that?
25        A.    I sent the review notice out to the
```

```
 1   commander at that time and was told that the policy
 2   is currently on hold because of the impending
 3   lawsuit.
 4           Q.   Okay.  What do you mean by on hold?
 5           A.   When I send a policy out for review I
 6   instruct the recipient to reply to me within
 7   30 days, give or take weekends, whatever, to let me
 8   know of any changes that are needed or if it needs
 9   more time to be worked on.  The reply I got there
10   is that there will be no changes made to this
11   policy yet because of an issue with the gang list.
12           Q.   Okay. Who was the commander at that
13   time?
14           A.   I believe it was Jason Stevens, and if
15   I can clarify one thing from who I send it to.
16   Just because I send it to the commander doesn't
17   necessarily mean they are the ones who make the
18   changes.  If they feel there is an expert within
19   their ranks or rank and file, they can assign it to
20   somebody else.
21           Q.   Okay. That's helpful.  So you stated
22   that who you believe to be -- I would assume
23   Captain Jason Stevens?
24           A.   Yes.
25           Q.   Okay. You say that he told you that it
```

```
 1   was on hold because of the pending, the lawsuit.
 2   Did he provide you any other reasons beyond just
 3   the pending lawsuit that the Policy 527 would be on
 4   hold?
 5        A.   No.
 6        Q.   So he didn't provide you any reasons
 7   why specifically it was on hold because of the
 8   pending lawsuit?
 9             MR. BRANSON: Object to form.
10        A.   Just that it had to do with the gang
11   list.
12        Q.   (By Mr. Vogel) So it's been not quite
13   two years since that August 2021 e-mail, but
14   based on -- let me ask this differently.  Have you
15   since that August 2021 e-mail or contact with
16   Captain Stevens, have you requested that that
17   policy be reviewed at all?
18        A.   Yes.
19        Q.   When did you request that?
20        A.   Approximately a year later.
21        Q.   So is that fair to say that would be
22   maybe around August 2022?
23        A.   Yes.
24        Q.   Was that policy reviewed at that time?
25        A.   No.  I was told by Chad Beard that it
```

```
 1   was still on hold because of the working lawsuit.
 2        Q.   Any other reasons or context
 3   surrounding the statement by Chad Beard that it's
 4   still on hold that he provided to you for reasons
 5   that it wasn't reviewed in August of 2022?
 6        A.   No.
 7        Q.   Have you since August of 2022 asked
 8   that the policy again be reviewed?
 9        A.   No.
10        Q.   As part of your procedure or in your
11   role, do you anticipate reaching back out this year
12   to ask once again whether or not the policy should
13   be reviewed?
14        A.   Now that I'm aware that more of what is
15   happening here today is happening, no, I will wait
16   to hear from somebody that we can move forward with
17   changes.
18        Q.   Okay.
19        A.   Or reviews, rather.
20        Q.   So you kind of touched on it a little
21   bit about how a policy is reviewed and then kind of
22   the general flow for that.  Could you give me an
23   idea of what the general procedure is for let's say
24   a new policy.  If you were going to enact a new
25   policy, how would that new policy proceed
```

1   request that would have, what you say would likely
2   have ended up in Policy 527?
3           A.   Initially I was told by Lieutenant
4   Bartel that Jose Salcido wanted to create a board
5   or panel to review -- I think it was described to
6   me as to review, I think it was described to me, I
7   guess, requests for review of people on the gang
8   list and that I received Exhibit 1 from Mr.
9   Branson.
10          Q.   Okay, and I went ahead and provided you
11  at least electronically so that you could view
12  Exhibit 1 that we're currently referring to.  So I
13  would just like the record to reflect that I'm
14  providing the witness that exhibit marked as
15  Exhibit No. 1.  I would like you to scroll through
16  it.  I would like you to go ahead and tell me if
17  this what I provided you is what you are referring
18  to as Deputy Chief Salcido's recommendation.
19          A.   Yes.
20          Q.   Okay.  So you have seen this -- you
21  have seen at least this document before?
22          A.   Yes.
23          Q.   And you testified that you were told of
24  -- that you became aware for the first time of the
25  changes that Deputy Chief Salcido was proposing

1      Q.   That's no problem at all.  If there's
2  anything that you feel like you need to correct or
3  add onto, please feel free to do that.  So in your
4  discussions with Lieutenant Bartel he is at least
5  aware of some of the opposition to the idea based
6  on the California statewide list that you just
7  mentioned.  Is it your understanding that
8  Lieutenant Bartel was opposed to it or is it your
9  understanding that he was just aware of opposition
10 in general? Can you tell me based on your
11 conversations with Lieutenant Bartel who was it
12 that was the opposition he was referring to is what
13 I'm asking.
14      A.   He was opposed to it and said that he
15 was asking Salcido questions about how -- if we're
16 going to compare or not compare.  If we're going to
17 create processes based on California's process,
18 where are those resources going to come from; will
19 you be creating new positions.  This is a full-time
20 job and he said that once he started asking more
21 detailed questions about how that process would be
22 built in Wichita, again, in comparison to the
23 entire state of California, his words were Salcido
24 began to backpedal and stop talking about it.
25      Q.   Did he give you any idea of what he

1  meant by backpeddling or stop talking about it?
2        A.   No.
3        Q.   Are you aware of whether the changes
4  Deputy Chief Salcido proposed have been brought up
5  since Lieutenant Bartel's conversation with Deputy
6  Chief Salcido?
7        A.   Not specifically, no.  Lieutenant
8  Bartel mentioned that it was difficult to get
9  Deputy Chief Salcido to understand that no changes
10 can be made currently, which led me to believe that
11 he tried several times to initiate changes just
12 based on that comment.
13       Q.   Who tried several times to initiate
14 changes?
15       A.   Salcido.
16       Q.   Are you aware of any specific instances
17 or changes other than the one that we're talking
18 about with the exhibits?
19       A.   No.
20       Q.   You mentioned that it was difficult to
21 get Deputy Chief Salcido to understand why changes
22 can't be made.  What was the reason given for why
23 the changes can't be made in the context of that
24 discussion?
25       A.   Because of the ongoing lawsuit and it

1  **would affect our prevailing party status.**
2  **Q. Any other reasons beyond the lawsuit**
3  **that you are aware of?**
4  **A. No. Well, other than what I already**
5  **said about it being a City of Wichita program that**
6  **he's trying to implement from the entire state of**
7  **California and the difficulties and challenges**
8  **behind that.**
9  **Q. Okay. So your understanding is that**
10 **Lieutenant Bartel's opposition had to do with the**
11 **difficulties and challenges with the implementation**
12 **of Deputy Chief Salcido's proposal that we have**
13 **been looking at entitled New Beginnings?**
14 **A. Yes, and he included that the issues**
15 **were also with not being able to make changes right**
16 **now anyway.**
17      Q.   Okay.  I'm almost kind of almost
18 finished up here.  Just a couple of wrap-up
19 questions.  Back to Deputy Chief Salcido's
20 recommendation as provided in the exhibit, one of
21 the recommendations was for what I would refer to
22 as a notice procedure.  Did you see that piece of
23 the recommendation in Deputy Chief Salcido's note?
24      A.   Yes.
25      Q.   Okay. Are you aware of -- outside of