# EXHIBIT 17



# PohlmanUSA
## Court Reporting and Litigation Services

Robert Mateo

August 4, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


PROGENY,
a program of Destination
Innovations Inc.,
CHRISTOPHER COOPER,
ELBERT COSTELLO,
MARTEL COSTELLO, and                  Case No.
JEREMY LEVY, JR.,                     6:21-cv-01100-EFM-ADM
on behalf of themselves
and others similarly
situated,

       Plaintiffs,

v.

CITY OF WICHITA, KANSAS,

Defendant.
_____/



VIDEOTAPED DEPOSITION OF
ROBERT MATEO

Taken on behalf of the Plaintiffs



DATE TAKEN:   August 4, 2023
TIME:         10:02 a.m. - 1:01 p.m.
PLACE:        Shook, Hardy & Bacon
              100 N. Tampa Street
              Suite 2900
              Tampa, Florida 33602




Stenographically Reported by:

Lisa Gropper, RPR, FPR-C

```
 1   in red are actually part of the current policy?
 2        A    I cannot.
 3        Q    Okay.  Okay.  You take -- you take -- you
 4   disagree with the assertion that the majority of Wichita
 5   citizens, including most judges, lawyers, clergy, union
 6   members and other professional and social service
 7   providers, could be discretionally designated as a gang
 8   member associate and added to the gang list.  Do you see
 9   that?
10        A    Yes, ma'am.
11        Q    And you say this fundamentally changes the --
12   the definition of a criminal street gang as defined by
13   KSA 20-6313, correct?
14        A    Yes, ma'am.
15        Q    But the -- but the -- and that's the
16   definition of a gang, correct?
17        A    Yes, ma'am.  It -- it resides in there, yes.
18        Q    Okay.  But there's nothing in there -- there's
19   nothing in either -- in the policy or the SOP that says
20   that the person who's being added to the gang list
21   has -- has been charged with a crime, correct?
22        A    Correct.
23        Q    Or that they --
24             So -- so an individual who's not charged with
25   a crime could be added to the gang database as a gang
```

```
 1   member; it's -- even if there -- if there isn't any
 2   criminal activity?
 3        A    Correct.
 4        Q    So I guess --
 5             That's it.
 6             So you're talking about, in this one, in your
 7   assertion here, your disagreement.  You're saying that's
 8   the definition of a -- that what these people are doing
 9   don't fit the definition of a -- of a gang, correct?
10        A    Correct.
11        Q    But people can be added to the gang list
12   without reference to whether they've actually engaged in
13   any criminal activity that's gang-related?
14        A    Correct.
15        Q    Okay.  And you say in paragraph 3 of your
16   opinion there at the end that WPD officers received two
17   8-hour in-service trainings, including on gangs, to
18   obtain updates and refreshers on gang identification
19   according to Captain Christian Cory's deposition,
20   correct?
21        A    Yes.
22        Q    Are you -- and have you done any examination
23   of the training materials that are supposedly provided
24   in those -- in those two annual trainings?
25        A    I reviewed several training files.  I don't
```