# EXHIBIT 22



Gordon Ramsay

February 28, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS


PROGENY,                          )
a Program of Destination          )
Innovations Inc.,                 )
CHRISTOPHER COOPER,               )
ELBERT COSTELLO,                  )
MARTEL COSTELLO, and              )
JEREMY LEVY, JR.,                 )
on behalf of themselves and       )
others similarly situated,        )
                                  )
            Plaintiffs,           )
                                  )
vs.                               ) Case No.
                                  ) 6:21-cv-01100-EFM-ADM
                                  )
CITY OF WICHITA, KANSAS,          )
                                  )
            Defendant.            )
```

           VIDEOCONFERENCE DEPOSITION OF GORDON RAMSAY
                TAKEN ON BEHALF OF THE PLAINTIFFS
                       FEBRUARY 28, 2023


        VIDEOCONFERENCE DEPOSITION OF GORDON RAMSAY, produced, sworn, and examined on the 28th day of February 2023, between the hours of nine o'clock in the forenoon and six o'clock in the evening of that date, before KARA D. INCE, a Certified Court Reporter within and for the State of Kansas, in a certain cause now pending IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF KANSAS, wherein PROGENY, a Program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated are the Plaintiffs and CITY OF WICHITA, KANSAS, is the Defendant.

```
 1      A.   They thought it would help the -- their
 2  angle was to help with relationships and bring in a
 3  different lens inside that unit.
 4      Q.   When you say a different lens, compared to
 5  what?
 6      A.   Someone who had maybe experienced police
 7  interactions from a standpoint, like, you know,
 8  Wanda Givens would talk about how she had a family
 9  member on the list and, you know, how that impacted
10  her.  Things like that.
11      Q.   And how did she feel that that impacted
12  her?
13      A.   Well, she was worried to be seen with him,
14  if other police officers saw her with this family
15  member was one thing I remember her saying.
16      Q.   Okay.  So -- so that the black officers
17  felt that there should be more black officers in the
18  gang unit.  What -- were there other concerns about
19  the gang unit?
20      A.   That was the big one.
21      Q.   Anything else?  I'm sorry.
22      A.   That was the big one.
23      Q.   Okay.  Any -- any little ones that you
24  recall?
25      A.   Oh, well, you know, obviously, the
```

```
 1    have officers, whether they were SROs or other
 2    officers, use more discretion in putting juveniles
 3    on the list?
 4         A.    Well, there was kind of the set criteria
 5    that they went by.
 6         Q.    What do you recall about that criteria?
 7         A.    I'd have to review it so I don't get
 8    anything wrong.
 9         Q.    Okay.  Were there concerns about the
10    criteria within the department?
11         A.    I remember there was some conversations,
12    but in all honesty, I don't exactly remember now
13    what they were.  But we did talk about it.  There
14    was the issue with -- there was one issue that is
15    coming to me now, it was if you were in the presence
16    of a gang member, and, you know, we had
17    conversations about being a family member or a
18    neighbor or a friend and -- and so there was talk --
19    Gilmore and I talked about recognizing that and
20    making sure that that was addressed as well.  And I
21    can't remember --
22         Q.    I'm sorry.  Go ahead.
23         A.    And I can't remember what action was taken
24    on that.
25         Q.    And -- and what was the concern about that
```

```
 1    it says "gang list" there.  Do you see that?
 2         A.   Yes.
 3         Q.   And there it says that -- I'm -- I'm just
 4    going to read that whole paragraph.
 5              "The gang list is predominantly
 6    compromised of people of color, especially
 7    African-American and Latino men.  Chief Ramsay and
 8    his executive staff recognize the immense problems
 9    with the gang list, especially regarding racial
10    issues, the lack of transparency, and the
11    unregulated placement of individuals on the list.
12    Chief Ramsay and the deputy chiefs implemented
13    notification for parents of children placed on the
14    list and added intervention for juveniles in 2016
15    and 2017.  Chief Ramsay and the executive staff also
16    wanted to employ a due process procedure to remove
17    adults from the list.  Deputy Chief Salcido proposed
18    a five-member panel compromised of three officers
19    and two citizens, with the citizens being a member
20    of the African-American community and the other from
21    the Latino community, since both groups are
22    overrepresented on the gang list.  The City of
23    Wichita and the FOP reacted with hostility and
24    resentment toward these recommendations."
25              Do you see that?
```