# EXHIBIT 37



**PohlmanUSA**
Court Reporting and Litigation Services

Wanda Parker-Givens

October 12, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of           )
Destination Innovations,        )
Inc., CHRISTOPHER COOPER,       )
ELBERT COSTELLO, MARTEL         )
COSTELLO, and JEREMY LEVY,      ) Case No.6:21-CV-01100
JR., on behalf of               ) EFM-ADM
themselves and others           )
similarly situated,             )
Plaintiffs,                     )
vs                              )
CITY OF WICHITA, KANSAS         )
_____ )

DEPOSITION OF

WANDA PARKER-GIVENS

October 12, 2022

9:59 a.m.

Taken at:

Joseph, Hollander & Kraft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1    it gives you the language.  I know some of the
 2    language.  I'm around some of these kids.  I know
 3    what they are looking into but I know how they are
 4    dressing, too and they are trying to fit in.  It
 5    doesn't necessarily mean you are a gang member.
 6         Q.   But would they put on the Gang List
 7    anyway?
 8         A.   I don't know.  I would have to have a
 9    name and verify that name.
10         Q.   Is it your contention that there were
11    people on the Gang List who were not actually gang
12    members?
13              MR. BRANSON: Object to form.
14         A.   In my opinion, yes, because I had that
15    fear.
16         Q.   (By Ms. Brett) Why did you have that
17    fear?
18         A.   In policy there's an association that
19    you could be associated with a gang member.  Again,
20    I'm very unique.  I'm an African American female.
21    I coach in this community and I'm talking northeast
22    Wichita.  I go to church in this community.  All my
23    family live in this community so again, if I was
24    seen with one of my nieces or nephews in the wrong
25    place, if I was in the wrong zip code, I fear that
```

1  would I be associated and the impact that had on my
2  career, that causes a lack of trust within my own
3  peers.
4       Q.   And when you say if you had been
5  associated, do you mean if you had been marked as
6  an associate on the list?
7       A.   Yes.
8       Q.   So you had a fear that that was a
9  possibility?
10      A.   Yes.
11      Q.   Why is that?
12      A.   I'm always in 67214.  Our business is
13  in 67214.  That's where I go to church, so I chose
14  to not affiliate with nieces and nephews because of
15  a fear that I would be associated.
16      Q.   Do you mean you chose not to interact
17  with members of your own family?
18      A.   Yes.
19      Q.   What is it about 67214?
20      A.   That's pretty much the area that is
21  African American, but I will say now it's also 218.
22  A lot of African Americans have moved into the
23  southeast area of Wichita, but predominantly 67214.
24      Q.   Do you think it was different in other
25  places?

```
 1        A.   Okay.
 2        Q.   Can you talk a little bit about that.
 3        A.   So my own experience, I think I just
 4   shared that.
 5        Q.   Sure.
 6        A.   So my concern was would I be
 7   associated.  So the only time I would see the two
 8   nieces and nephews was usually at a funeral or a
 9   family get together.  Yes, it made me change
10   coaching.  Would I take some of them kids home, no.
11        Q.   What do you mean by that?
12        A.   So if we were at practice and the kid
13   needed a ride home and there was a possibility of
14   an association or a house, no.
15        Q.   Remind me what you coached again.
16        A.   From Hoop It Up to track and field and
17   basketball sports teams.
18        Q.   Got it.  So you would refrain from
19   driving home one of your athletes because of the
20   fear that being with them would cause you to be
21   placed on the Gang List?
22        A.   I was afraid of being seen and I was
23   afraid of explaining to a peer why I was taking
24   this kid home and I always tried to keep my
25   personal life and my professional life separate.
```

1  When these kids came to me they had blank slates.
2  I didn't care where they came from.  They had an
3  opportunity as every other kid that was out there
4  on that practice field.  Again, I say some of them
5  we would save, some of them we didn't, but it
6  doesn't mean we give up on them.
7         Q.   But you mentioned earlier you refrained
8  from being with family members because of fear of
9  being placed on the Gang List?
10        A.   I've never been to my niece's house, my
11 nephew's house and they are grown.  They are 30's,
12 late 20's, no, and they have never been to my
13 house.
14        Q.   How does that make you feel?
15        A.   You know, I'm okay.  The real question
16 is how do they feel.
17        Q.   Do you think that people on the Gang
18 List are subjected to traffic stops more
19 frequently?
20        A.   I don't know the statistics of that so
21 I'm going to say no.  So I hope there is a probable
22 cause that you are stopping that person besides
23 being a gang member.
24        Q.   So you worked patrol for a number of
25 years; right?

```
 1   this is what happens to you.  Done.  I never looked
 2   at things like that.
 3          Q.   How do you think the community felt
 4   about the Gang List?
 5          MR. BRANSON: Objection.
 6          A.   I think it bothered them.  You didn't
 7   know who was on it, and if you were on it, if you
 8   weren't a gang member, how did you get off of it.
 9   I can't remember what year it was when one was
10   lost.  I think it was the officer drove off with it
11   on the hood of their car and community got it and
12   went to the news media with it.
13          Q.   (By Ms. Brett) When you say you mean
14   the Gang List itself?
15          A.   Yeah, and that was actually a snail
16   copy.
17          Q.   Can you tell me more about that
18   incident because I wasn't aware of that.
19          A.   You would have to Google.  I know there
20   was an investigation over it and I can't remember
21   what news channel it was on but they actually had
22   the Gang List that was actually shared with law
23   enforcement and it fell into their hands.
24          Q.   In your conversations with community
25   members have they ever expressed to you anger about
```

```
 1   the Gang List?
 2        A.   Yes.
 3        Q.   What do you think was the source of
 4   that anger?
 5        A.   Again, I think it was once they got on
 6   the list, how did they get on the list and if they
 7   weren't a member how do they possibly get off of
 8   it.
 9        Q.   How do you feel about the Gang List?
10        A.   It's pros and cons.  It's a very good
11   intel if the right people are on it and not the
12   wrong person.  So it scares me that if one person
13   is on it that shouldn't be, that's my biggest fear.
14        Q.   Why is that your biggest fear?
15        A.   It could ruin somebody's life.
16        Q.   What do you mean by that?
17        A.   If we affiliated them with being a gang
18   member, that's a major impact for resources and
19   things I've already mentioned how that could impact
20   them.
21        Q.   We talked a little bit about some of
22   the racial disparity on the Gang List.  Do you
23   think that there's racism within the Wichita Police
24   Department?
25        A.   Yes.
```