# EXHIBIT 45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,        Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

### DECLARATION OF CHRISTOPHER COOPER

1. My name is Christopher Cooper. I am capable of making this declaration and have personal knowledge of the facts herein stated.

2. I am a 28 year old Black man residing in Wichita, Kansas.

3. I have never been and am not currently involved in or associated with a criminal street gang in Wichita or anywhere else.

4. In 2014, I was a student at Highland Community College in St. Joseph, Missouri. I was preparing to transfer to Kansas State University (K-State) on an athletic scholarship. When I was home visiting during a summer school break, I attended a party where a fight and shooting occurred. I was not involved in the altercation or the shooting. Unbeknownst to me, one of the individuals who left the party in my car had been involved in the shooting. At that time, I did not know that this individual had been involved in the altercation or the shooting. Eager to leave the party, I drove away. The next day my mother and uncle called me when I was working my summer job at T.J. Maxx to say that the police wanted to talk to me, I had no

idea why they wanted to talk to me, so I contacted the police. When I went to the police station I was arrested and taken into custody. I was later charged with first degree murder.

5. Before this arrest, I had no criminal record or history, even as a juvenile.

6. After my arrest, my bail was set at $50,000 because I was on the Gang List.

7. I did not have any family members or friends who could afford to pay my bail or bond so I remained incarcerated.

8. Eventually, I was offered a plea deal where I was offered 18 months of probation if I would plead guilty of obstruction of justice. By the time I was offered the plea, I had been in jail for a year because I could not pay the bond.. I did not want to be incarcerated anymore and was desperate to go home. My attorney also indicated to me that if I went to trial, the WPD would testify at trial that I was a gang member. I felt like this was my only option, so I took the plea deal.

9. My probation terms included strict gang conditions. I had a 6 p.m. curfew for over a year. I could not live with my family because some of them were also on the Gang List. I had to move away from and have no contact with some members of my family.

10. During my probation, I was employed by Metro PCS. Because of my status on the Gang List, I wasn't able to go to lucrative sales events in public places like the mall, certain neighborhoods and parks, and the annual Riverfest. I was also fearful of working in Metro PCS storefronts. I was nervous that if I worked in these spaces, I could inadvertently violate my probation by unknowingly interacting with other members of the Gang List, causing my status to be renewed.

11. I have avoided jobs in retail and sales because they require me to interact with members of the public. I have been limited to working jobs in warehouses to limit my exposure to inadvertent interactions with people on the Gang List.

12. In around 2020, I applied for a job at Spirit Aerospace that would have been in a promotion in position and salary. I believe that I was a qualified applicant for the job but that I did not get the job because they ran a background check on me and identified me as an active gang member.

13. I completed my probation with no violations.

14. Even after my probation ended, I experienced harassment and surveillance by the WPD. I got stopped regularly for minor traffic infractions. I was almost always pulled over for failure to signal within 100 feet of an intersection. When the officers approached my car, they already knew my name and I felt like I was treated like a criminal.

15. I started driving a car registered to one of my family members. After I changed cars, I stopped being pulled over by the WPD for minor infractions.

16. As a result of my arrest, incarceration, and plea, I lost my scholarship to K-State. I also was unable to participate in track at Wichita State University, where I had the possibility of a track scholarship, because I had to run with an ankle monitor and could not go to track meets that were at schools outside the county. I was unable to go back to college.

17. I am afraid that the WPD will perceive my clothing, tattoos, or social media activity as gang-related and renew my status based on those perceptions. I am also afraid that gathering with family and friends for funerals or other events will either cause me to be renewed or cause my family and friends to be added or renewed on the Gang List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September 2023, in Wichita, Kansas.

_____
Christopher Cooper