# EXHIBIT 46

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

## DECLARATION OF ELBERT COSTELLO

1. My name is Elbert Costello. I am capable of making this declaration and I have personal knowledge of the facts herein stated.

2. I am a 47 year old Black man residing in Wichita, Kansas.

3. I am not involved in or associated with a criminal street gang in Wichita or anywhere else, and I believe I have never been a criminal street gang member.

4. I am aware that some of my relatives are involved with gangs.

5. In 1997, when I was 22 years old, I was put on the Gang List.

6. Although I have been incarcerated, I have never been charged or convicted of any gang-related crimes. When I was incarcerated, I was placed in a higher custody level because of my inclusion on the Gang List.

7. In 2011, I pled to one charge of possession of paraphernalia, and received one year of probation. While I was on probation, I was subject to special conditions because of my status on the Gang List. These conditions included not wearing certain colors of clothing, not visiting

certain places, and submitting to full searches of my car by the police any time I was pulled over. Due to the harshness of the probation conditions, I received several probation violations, for issues such as being seen with others that the WPD had included on the Gang List. The WPD said that I had violated my probation by interacting with friends who they believed were gang affiliated. I did not know or believe that those friends were members of or affiliated with any gangs.

8. During my probation and even after I completed my probation, the WPD would regularly follow me and harass me. I would almost always be stopped for minor traffic violations, most often for not signaling within 100 feet. When the WPD would stop me, they would ask me invasive questions.

9. Because of how often the WPD would stop me and harass me, I avoid going to certain business or places in my community, even gas stations, because I think that the WPD may consider those places to be gang hangouts.

10. Once, a probation officer threatened me with additional sanctions because I was wearing a shirt that had red writing on it.

11. None of the alleged violations involved criminal, violent, or gang-related issues. Because of these minor violations of the gang-related conditions, I ended up spending at least six months in jail and was on probation for over three years.

12. A few years ago, a friend and I organized a community Christmas party for a family in need at a local skating rink. I later learned that the WPD called the rink to tell them that gang members would be in attendance. The rink canceled our event, and we were unable to have the Christmas party.

13. I am afraid that the WPD will perceive my clothing, tattoos, or social media activity as gang-related and renew my status as an active gang member based on those perceptions.

14. I am afraid that spending time with my friends or family might renew my status as an active gang member or result in them being considered gang members. I am apprehensive about going to barbecues, family gatherings, or even funerals.

15. I no longer spend time with a friend I have known my entire life because I know that he sometimes spends time with others on the Gang List, and I do not want to cause my status on the list to be renewed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September 2023, in Wichita, Kansas.

_____
Elbert Costello