# EXHIBIT 47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

      *Plaintiff(s)*,

Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

      *Defendant*.

## DECLARATION OF MARTEL COSTELLO

1. My name is Martel Costello. I am capable of making this declaration and have personal knowledge of the facts herein stated.

2. I am a 27 year old Black man residing in Wichita, Kansas.

3. I am not involved in or associated with a criminal street gang in Wichita or anywhere else, and I believe I have never been a criminal street gang member.

4. Despite this, I have been on the WPD Gang List since at least 2011. I was never told why I was initially placed on the Gang List.

5. I only learned that I was on the Gang List when I was charged with a marijuana offense and possession of a gun that belonged to my aunt.

6. When I was charged with these crimes, my bail was set very high because I was on the Gang List. My mother had to use her home as collateral in order to bond me out of jail.

7. Since then, I have had other interactions with the criminal legal system due to alleged probation or parole violations, and I believe that my bail has always been set to at least $50,000 because of my inclusion on the Gang List.

8. After I was convicted for the marijuana and firearm offenses, I was sentenced to probation. During that time, I had to follow very strict conditions because of my designation as an active gang member on the Gang List, such as abiding by a very strict curfew and not interacting with any other known gang members.

9. During my pre-trial release, and later when I was on probation, the WPD would repeatedly harass me and pull me over for traffic stops and searches.

10. The WPD would also come to my home and search my residence. On at least one of these searches, the officers conducting the search damaged my property and threw my things on the floor.

11. During one such search, the officers took every item of red clothing I owned and used them to make the shape of a person lying down on my bed. It looked like the outline of a victim's body. I took this to be a threat that the WPD wanted to physically harm me.

12. Because I was constantly being stopped and watched, I believe that the officers were specifically looking for minor ways in which they could say I violated probation. I went back to jail on several occasions because of these alleged violations.

13. I once received 90 days of house arrest because I missed my curfew by less than 10 minutes.

14. I also received a probation violation when my baby niece's wake was held at my house after she passed away, where family and others were gathered. At the time, I was on house arrest, living with my mother, at the house where the wake was held. WPD officers were

2

surveilling the wake. At some point during the wake, someone shot at the house we were gathered in. I was charged with possession of a firearm at that time. Even though there was no evidence that I had a firearm and that charge was dismissed, I was still found to be in violation of my probation.

15. I was sent to prison after I was found to have violated my probation by having contact with certain family members that I was not allowed to have contact with. We were all at my brother's funeral. At that point I was incarcerated at Ellsworth Correctional Facility for a sentence of 6 years, 7 months.

16. When I was incarcerated at Ellsworth Correctional Facility, I participated in several programs that allowed me to work outside the prison at a private company. I then qualified for the work release program, which allowed me to leave the prison and relocate to Wichita to do roadwork and maintenance for the City of Wichita.

17. On one occasion while on work release, I went to a convenience store on my lunch break to heat up my food, something the work release program allowed me to do. While at the store, a WPD officer approached me, told me that he knew me, and called me by my name. The officer would not let me leave the store and told me that he knew that I was working for the City. Because of the way he was talking to me and the things he was saying, I understood his statements to be a warning that the WPD is watching me and would be watching me when I was eventually released back into the community.

18. I am concerned about interactions with the WPD because of the way they have treated me. Now that I am released from prison and living in the community, I do not feel safe around them and am concerned that they will continue to harass me and intimidate me.

19. I am afraid that the WPD will perceive my clothing, tattoos, or social media activity as gang-related and renew my status based on those perceptions. I am also afraid that gathering with family and friends for funerals or other events will either cause me to be renewed or cause my family and friends to be added or renewed on the Gang List.

20. I am currently on parole for a year with the more severe gang conditions that restrict my activity, such as a 10 pm curfew, and restrictions regarding the places I am allowed to be and who I am allowed to be with.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September 2023, in Wichita, Kansas.

_____
Martel Costello