# EXHIBIT 48

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

              *Plaintiff(s)*,            Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

              *Defendant*.


## <u>DECLARATION OF JEREMY LEVY</u>

1.      My name is Jeremy Levy. I am capable of making this declaration, which is based on my personal knowledge of the facts stated herein.

2.      I am a 24 year old Black man from Wichita, Kansas. I am currently incarcerated at the Hutchinson Correctional Facility following a conviction for first degree felony murder.

3.      I first became aware that the WPD had added me to its Gang List when I was 13 years old.

4.      I am not, and never have been, involved in any gang activity and am not a member or associate of a gang in Wichita or elsewhere.

5.      At my trial, the prosecutor was allowed to introduce evidence through Wichita police officers of my alleged gang status and evidence of an alleged gang feud that took place for a period of over six months before the incident for which I was charged and ultimately convicted. This was allowed because I was on the Gang List.

6.      I did not participate in the alleged gang feuds that the prosecution described at trial, and the crime for which I was ultimately convicted of was not gang related.

7.      Before I was incarcerated, I had a very hard time finding work. I think I was denied many jobs because the employer become aware that I was on the Gang List. Being on the Gang List affected my ability to get jobs, wear certain color clothing, go to certain places, and hang out with certain friends and family members.

8.      My earliest possible release date is in 2042. If released, I expect that I will have to abide by very strict parole gang conditions because I am on the Gang List.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of September 2023, in Hutchinson, Kansas.


Jeremy Levy, Jr.