# EXHIBIT 49

**Wichita Citizen's Review Board**

**Wichita Police Department**

**Report and Recommendation**

(Case Nos. 21-PSB-2918, 21-PSB-4054, 21-PSB-4547, 21-PSB-5114, 21-PSB-5116, 21-PSB-5117, 21-PSB-5118 and 21-PSB-5321)

The CRB reviews cases on a selective basis. It does not have the ability to change or modify discipline decisions. It has the authority and is specifically charged with the responsibility to recommend policy changes regarding discipline or other matters based on its review. Pursuant to authority granted to the CRB by Ordinance No. 51-728 enacted by the City Council on April 5, 2022, it now also has the authority to issue a public report regarding its findings. This report is issued under that revised authority.

The reviewed cases involve text messages and images exchanged between WPD officers, as found on a cell phone belonging to a Sedgwick County Sheriff's deputy. The evidence reviewed will be summarized below. But first it will be helpful to understand the process used by the CRB in selecting cases for review and in making those reviews.

The CRB can review closed cases, post-discipline. That means the complaint, internal or external, has been investigated by Professional Standards, and the investigation concluded. Each month, a report is submitted to the CRB identifying "closed" cases eligible for review. Any CRB member may ask for a case to be pulled for review. When that happens the WPD prepares the case for presentation and provides the CRB with information on the case, which includes a summary, and may include documents and other evidence—including Axon video evidence, when available. The review of the evidence that occurs in executive session, includes questioning by CRB members and a discussion by the board regarding each case. The WPD has been cooperative with the review process and forthcoming with regard to information provided. When the CRB has requested additional information be produced, the WPD has always complied with those requests.

That background is important to the review of the cases identified in this report and recommendation. The community should understand that the CRB has received the cooperation of the WPD in the review of these cases. Our review was thorough and the process informative. In addition to CRB members, the review included participation of the Chief, two deputy chiefs, Professional Standards personnel, and other members of the command staff. There were detailed and heartfelt discussions over the evidence reviewed and the board's concern. The CRB commends the WPD's commitment to this review process.

**Timing of Review**

This matter came to the attention of the CRB when 21-PSB-5114 was closed and appeared on the November 2021 list of closed cases. When the board met on December 10,

1

2021, it requested review of that case with the review initially set for January 27, 2022. However, that meeting was cancelled, for unrelated reasons. The review was then set for the next regular meeting on February 24, 2022. By that time, the related cases had been closed (or were in the process of being closed) and the WPD advised the board that there were other related cases. The CRB decided to review Case No. 21-PSB-5114 at the February 24, 2022, meeting, knowing that additional related cases would be added to the review later. As a result of the review undertaken on February 24, 2022, the CRB became aware of the conduct involved and expressed concern about the conduct reported and the adequacy of discipline imposed. It then scheduled all cases for further review and had additional meetings on March 10, 24 and 31, 2022, to complete its review.

## Summary of Cases and Conduct Involved

Eight cases were reviewed, involving 12 WPD officers. While the text messaging subject to review took place as early as December of 2015, most of the reviewed messaging occurred between May of 2018 and February of 2021. It is important to note that not all officers participated in all the messaging. The common denominator was a sheriff's officer, who was the link to all the communications and whose cell phone was searched in an unrelated crime investigation. The only text messaging available for review were those found on the sheriff officer's phone.

All the involved officers served on the SWAT team. WPD personnel included a captain, four sergeants, one detective, and six officers. A summary of the text messaging and conduct specific to each case reviewed is in the Appendix to this Report and Recommendation. That summary reflects the rank, length of service, and current employment status for each officer. At the time of our review, four of the involved personnel had resigned or retired from the Department. While our review was pending, the sergeant involved in 21-PSB-5114 also retired.

All the reviewed cases were initially charged as Conduct Unbecoming, a serious charge that carries a "D" penalty, with the expectation of a suspension on a first offense. Case No. 21-PSB-4054 was sustained for that violation, but it was subsequently reduced after retirement to a "B" violation related to insulting a supervisor. No discipline was imposed, as that officer had retired.

Case No. 21-PSB-5114 was sustained as a "B" violation for Failure to Use Good Judgment. A written reprimand was given. On all the other cases, the conduct involved was reclassified from Conduct Unbecoming to Failure to Use Good Judgment before the cases were closed. In each of those instances, those officers did not receive discipline, but they were given Non-Disciplinary Education, Coaching and Mentoring.

## The Standards—Community Expectation

WPD officers are bound by Regulation 1—the Code of Ethics—to not engage in activities that may bring discredit upon the Department, the law enforcement community or

themselves. Our police officers are public servants and should conduct themselves with respect, courtesy, and professionalism. Their activities, on or off duty, should not cast doubt on their integrity, honesty, judgment, or character. Their conduct should not discredit the WPD. The WPD has codified this requirement in Regulation 3.2, which prohibits Conduct Unbecoming an Officer:

> 3.201 Conduct Unbecoming an Officer shall include that which brings the Department into disrepute or reflects discredit upon the officer as a member of the department, or which impairs the operation or efficiency of the Department or officer.

> 3.202 Each member of the Department shall conduct themselves in the manner to reflect most favorably on the Department whether on or off duty.

### Discussion—Concerns

The content of the messages reviewed was disturbing and unacceptable. We have attached the Appendix to this report that summarizes the material reviewed. But our review involved more than just the summary. We looked at the text messages themselves and the images transmitted. We questioned the command staff, Professional Standards, and gathered detailed evidence regarding the background of the officers, the investigation process, and the purported explanations for the conduct. Suffice to say, we were offended and disappointed.

We heard from the community in public comment. We heard that the conduct jeopardized public trust in the Department. We agree. Trust is critically important to the function of a police department. The issues raised by this conduct must be addressed.

The conduct involved members of the SWAT team.  SWAT is an elite team that deals with dangerous situations.  They can be faced with life and death decisions at a moment's notice. Judgment is critically important.  Bias, whether directly demonstrated or implicit, can impair performance and must be addressed.  While these cases only address the conduct of a limited number of officers, those officers come from all parts of the Department and that fact cannot be ignored.  Our board believes it is necessary to address this conduct on an institutional basis with training on cultural bias embedded in all aspects of training.

Addressing cultural issues, and working toward public trust, requires treating people with dignity and respect – and it requires accountability. This means all members of the WPD should have a responsibility to address and report behavior violating standards of conduct.  In public comment at one of our meetings addressing this issue, a citizen reminded us that the WPD encourages the community to report potential criminal activity with the slogan "See something, say something." That same approach should be expected of WPD members when confronted with conduct that is not acceptable.  Understanding what is expected of a professional police officer in the WPD, officers and supervisors must say "no" to improper communications and conduct, and supervisors must intervene to define what is expected.

The CRB believes that the Department failed to appropriately discipline the officers involved. We are not authorized to change discipline, but we are all of the opinion that the conduct observed was Conduct Unbecoming an Officer, meriting suspension or more significant sanction. While there may be individual circumstances as to a particular officer or text that may mitigate punishment, the conduct observed violated Regulation 1—the WPD Code of Ethics—and Regulation 3.201 and 3.202, as actions that bring the Department into disrepute and reflect discredit on the officer.

We do not accept as a defense to the conduct that the messages were "private messages" or that the Department should not regulate this conduct because it is "protected speech" under the First Amendment or did not involve officers on duty. On duty or not, these officers were communicating with fellow officers related to their policing activity. WPD Standards of Conduct apply on and off duty. In fact, officers receive "Code of Conduct" pay under the FOP contract, which is paid because officers are "held to a high standard of conduct, while on duty or off duty."

The Department appropriately rejected arguments that the messages should not be regulated conduct. Where we are concerned is the how and why the discipline process moved from serious Conduct Unbecoming charges to a non-disciplinary resolution of education, coaching, and mentoring. As a result of the information that came forward during our CRB review process, the City Manager has convened a separate group to review the WPD disciplinary process. Our review was of the conduct that occurred and not specifically the disciplinary process that followed. But that task needs to be separately undertaken.

During our review, we became aware that the FOP may have intervened in the process, first to argue that no review should be done and then to argue for no discipline. Our information on this subject is incomplete and requires further inquiry. We understand the FOP's proper role as an advocate for officers and as a participant in a grievance proceeding following discipline. We do not believe the FOP is a proper "decider" of discipline. If there is a dispute between the FOP and WPD regarding discipline imposed after the review process, it should be addressed in the grievance process set forth in the FOP contract.  In that process, any issues can be fully vetted.  The WPD should not defer to the FOP as it adjudicates discipline matters. We flag this concern for further review.

We are also concerned about the adequacy of the initial PSB investigation of the complaints. The command staff candidly admitted during our review that there were "holes" in the initial investigations. Those "holes" included the failure to follow up on the source of the image referenced in Case No. 21-PSB-5114 and the failure to request access to text messages from the officers involved. As a result of the CRB review, additional interviews were conducted by the command staff. The CRB has been advised that those officers interviewed— those remaining on the force—declined to provide access to their cell phones for the review.

4

## Recommendations

1. The WPD must clearly define what conduct is unacceptable. The Code of Ethics and existing regulations provide a basis for understanding what is acceptable, but that may not be enough. WPD training should emphasize that police officers must conform to standards of conduct that reflect favorably on themselves and the WPD, both on and off duty. The WPD should consider amending its social media and personnel policies to make it clear there is no "private messaging" exception to regulations prohibiting Unbecoming Conduct.

2. The cases reviewed reflect the conduct of a relatively small number of officers working in a team environment. The contents of some messages show racial bias—or at minimum, a lack of cultural sensitivity and bad judgment. Other messages reveal disrespect for command authority and disrespect for efforts by the Department to promote de-escalation as a policy and to reduce use of force. This conduct, by itself, does not implicate the WPD as a whole, but it presents a learning opportunity for the Department. The WPD should use the example of these cases, both in the academy and in in-service training, as a basis for discussion of what is expected of a WPD officer and as part of an ongoing dialogue on racial bias, use of force, and related training.

3. The WPD should address the responsibility of officers and supervisors to maintain and reinforce conformance with appropriate standards of conduct. Inappropriate communications should be promptly identified and addressed. Officers should be encouraged to report to their supervisors any behavior inconsistent with WPD policy. Supervisors should be alert to behavior or communications that may reflect a racial or cultural bias, or other problematic conduct. The Department should consider a duty to intervene or a mandatory reporting requirement when conduct is observed that falls below appropriate standards of professional behavior.

4. The public's confidence in its police officers is essential to the WPD. That confidence is built on a relationship of trust and fair treatment. Our WPD officers must build that trust by actions that demonstrate courtesy, respect, and dignity. This concept must be an integral part of the WPD's mission and training. The CRB is aware of the Department's training and efforts on this subject, particularly regarding public outreach. But those efforts may not be enough. The cases under review jeopardize longstanding efforts to improve relationships with the community. The WPD should consider how to build a "public confidence" program that includes a focus on internal training. Dignity and respect are critical to building that trust and those concepts must be part of WPD culture.

5. Some of the messages and images received suggest affiliation with or support for groups that promote or are known for racial bias, discrimination, or other activities contrary to the rule of law. This information was limited and inconclusive. But affiliation with such groups has a potentially significant adverse impact on the reputation of officers. The WPD should be alert to these concerns and develop an

appropriate training protocol to address officer affiliation or support for groups that advocate or are aligned with activities and beliefs inconsistent with the public service obligation of a WPD officer.

6.  The CRB is aware of public concern about the length of time between the initiation of complaint and the resolution of a complaint to a "closed" status. In this instance, the CRB understands the complexity of the record, the steps taken by the WPD to investigate, and the separate effort by the FBI and Department of Justice to assess the conduct involved. The board also understands that it is WPD policy not to proceed with PSB investigations when a criminal investigation is pending. Those factors—and the recognition that an individual officer is entitled to due process—means that delay is expected. Nonetheless, the CRB recommends the WPD review its policy of deferring investigations of individual officer conduct pending other investigations. This recommendation is not intended to suggest that any officer's rights be disregarded. But in this instance, the concerns regarding potential criminal violations were not directed to a WPD officer and there was no finding of a criminal civil rights violation by a WPD officer. CRB requests that the WPD evaluate how it can expedite conduct reviews consistent with its contractual obligations under the FOP contract and the rights afforded any officer under review.

7.  The CRB is concerned that certain statements in the messaging and images received reflect potential racial bias on the part of the officers involved in those communications. Conduct related to racial bias impairs an officer's ability to perform his or her duties under the *Brady/Giglio* disclosure requirements. The CRB is aware that *Brady/Giglio* issues are being handled separately with implementation and required disclosures to be addressed by either the District Attorney or the United States Attorney as appropriate. Recommendations as to *Brady/Giglio* requirements are beyond the scope of this Report and Recommendation. Officer training already includes discussion of *Brady/Giglio* issues, but the CRB recommends the WPD review its training on *Brady/Giglio* issues to reinforce the point that actions or comments, public or private, reflecting potential racial bias or creating the appearance of bias may be disqualifying factors for service as a police officer.

8.  The CRB believes the discipline process requires further review. The City Manager has tasked a separate group to review the discipline process. That review is needed. Particular attention should be given to the involvement of the FOP in determining the discipline imposed. The FOP has a proper role in advocating for officers and in the grievance process if discipline is challenged. But an assessment needs to be made to determine if FOP involvement improperly influenced the discipline outcomes in these cases. The CRB recommends that the City Manager's discipline review consider that issue in the context of its ongoing investigation.

## Response Requested

It is important that the conduct identified in this report be assessed on an institutional basis. Our Department must have a culture of courtesy, respect, and dignity. All our recommendations are important and have the same priority. The CRB is aware that Chief Moore and the City are actively addressing these issues and implementing programs to respond to the community's concern. The CRB requests that the WPD and City Manager respond to this Report and Recommendation and address the board's recommendations. The CRB asks that the response be provided within 60 days, with the expectation that the response will be discussed at a meeting of the CRB held in public session.

## Conclusion

Our Board is frustrated by this entire case. The WPD has made great progress in its relationship with the community in recent years. It has affirmatively worked on building a culture of respect. Our Board has been operating for four years now. We have reviewed many cases, interacted with officers from all parts of the Department, and had the opportunity to see and evaluate the Department's interaction with the community. We know our officers as good people, with a commitment to public service, diversity, inclusion, and fair and just policing. The attitude in the culture shown by these text messages is harmful to our community. But it is also harmful to the good men and women of the WPD who are committed to their jobs and the standard of conduct expected of WPD officers. We—the community, and the men and women of the WPD—must now work together to rebuild trust and make the WPD and our community better.

Adopted this 5th day of April, 2022.

The following members of the CRB participated in the proceedings related to this review and adopt and approve the Report and Recommendations.

> Jay F. Fowler, Chair
> Odell Harris, Jr., Vice Chair
> Riccardo LaMonte Harris
> Dennis H. Bender
> Shaun Rojas
> Kaleigh Kornfeld
> Jaime O. Lopez
> Paul A. Kitchen
> Sharon M. Ailslieger

**Wichita Citizen's Review Board**

**Wichita Police Department**

# Appendix to Report and Recommendation

# dated April 5, 2022

**Ultimate De-Escalators (21PSB-2918)**
**Officer A:** 22 Years, Actively Employed
**Officer B:** 11 Years, *Resigned from Department*
**Officer C:** 20 Years, Actively Employed

**Insulting Language of Chief Ramsay and Executive Staff (21PSB-4054)**
**Officer D:** 27 Years, *Retired from Department*

**Field Inquiries (21PSB-4575)**
**Officer E:** 17 Years, Actively Employed
**Officer F:** 20 Years, Actively Employed
**Officer G:** 18 Years, Actively Employed
**Officer H:** 11 Years, Actively Employed

**Inappropriate Image (21PSB-5114)**
**Officer I:** 26 Years, Actively Employed

**Patches (21PSB-5116)**
**Officer J:** 22 Years, Actively Employed

**Targets (21PSB-5117)**
**Officer K:** 15 Years, *Retired from Department*

**Jamaican Goony Hook (21PSB-5118)**
**Officer L:** 16 Years, Actively Employed

**Snitches (21PSB-5321)**
**Officer B:** 11 Years, *Resigned from Department*

# Ultimate De-Escalators
## 21PSB-2918

**Officer A:** Rank (Officer), History (One (1) O.I.S. Incident), 22 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education / Coaching & Mentoring

**Officer B:** Rank (Officer), History (Two (2) O.I.S. Incident), 11 Years, **Resigned**
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Resigned Under Investigation

**Officer C:** Rank (Officer), History (One (1) O.I.S. Incident), 20 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education / Coaching & Mentoring

**Sergeant A:** Sedgwick County Sheriff Sergeant.

### Message Conversation – Instant Message

- **02/13/2021 (12:35 PM)** – *"For the record, you three are the "Ultimate De-Escalators" on the team...each you not only descalated a SWAT call or soon to be a SWAT call, but permanently descalated people who needed permanent de-escalation...and I'm proud of you guys. I know that isn't PC to say and would be complained about on the WhatsApp, but that doesn't make it less true[.]"*
  - Sergeant A sent message above to Officer A, Officer B, and Officer C.

- **02/13/2021 (12:36 PM)** – Officer B **"LIKED"** the message from Sergeant A.

- **02/13/2021 (12:36 PM)** – Sergeant A **"LOVED"** his own message.

- **02/13/2021 (12:37 PM)** – Officer C **"LOVED"** the message from Sergeant A.

- **02/13/2021 (12:37 PM)** – *"Yourself include [Sergeant A]. You've also de-escalated some personas that needed it."*
  - Officer B sent message above to Officer A, Officer C, and Sergeant A.

- **02/13/2021 (12:37 PM)** – *"*included"*
  - Officer B sent message above to Officer A, Officer C, and Sergeant A.

- **02/13/2021 (12:46 PM)** – Sergeant A **"LIKED"** the first message (*"Yourself include [Sergeant A]. You've also de-escalated some personas that needed it."*) from Officer A.

- **02/13/2021 (1:06 PM)** – *"Good stuff, [Sergeant A]. Thank you."*
  - Officer C sent message above to Officer A, Officer B, and Sergeant A.

- **02/13/2021 (1:12 PM)** – *"Very nice words [Sergeant A]...And you most definitely are on that list!!!"*
  - Officer A sent message above to Officer B, Officer C, and Sergeant A.

- **02/13/2021 (1:13 PM)** – *"Thanks boys, wasn't compliment shopping. Just proud of you gyy's"*
  - Sergeant A sent message above to Officer A, Officer B, and Officer C.

- **02/13/2021 (1:14 PM)** – *"Proud of you too!!"*

○ Officer A sent the above message to Officer B, Officer C, and Sergeant A.

# <u>Insulting Language of Chief Ramsay and Executive Staff</u>

# <u>21PSB-4054</u>

<mark>**Officer D:**</mark>  Rank (Captain), History (One (1) O.I.S. Incident), 27 Years, **Retired**
- **Original Violation(s):** Conduct Unbecoming (3.201 (D))
- **Revised Violation(s):** Insulting Language of Supervisor (3.1305 (B))
- **Discipline Received:** Retired Under Investigation

<mark>**Sergeant A:**</mark> Sedgwick County Sheriff Sergeant.

### <u>Message Conversation – Instant Message</u>

- **12/21/2020 (7:06 PM)** – *"Hey boss, you were great on the radio coordinating things while you responded today. You and Lee were both super calm and cool on the radio. I am proud of you both"*
  - Sergeant A sent the above message to Officer D.

- **12/21/2020 (7:08 PM)** – *"Thx [Sergeant A]…im trying to keep him "quiet" now. He tends to ramble…you know what im saying"*
  - Officer D sent the above message to Sergeant A.

- **12/21/2020 (7:09 PM)** – *"Hahahahaha yep, tell him to shut the fuck up! Do you guys hafta interview tonight or can he take a day or two?*
  - Sergeant A sent the above message to Officer D.

- **12/21/2020 (7:12 PM)** – *"He has a lawyer now so he will prob talk tonight…."*
  - Officer D sent the above message to Sergeant A.

- **12/21/2020 (7:13 PM)** – *"I strongly disapprove…especially since he has probably been up since 0430 or so, but surely his Atty wo t let him say anything toooooo stupid"*
    Sergeant A sent the above message to Officer D.

- **12/21/2020 (7:14PM)** – *"Ahhhhh yaaaaa…and its (Other WPD Officer)"*
  - Officer D sent the above message to Sergeant A.

- **12/21/2020 (7:14 PM)** – *"Hahahahahaha"*
- **12/21/2020 (7:33 PM)** – *"[Other WPD Officer] sounded good on the radio too…. You guys and [Other WPD Officer] were great, everyone else was screaming little bitches"*
    Sergeant A sent the above messages to Officer D.

- **12/21/2020 (7:58 PM)** – *"Dealing with patrol folks…as u know…will make a guy stress the fuck out!!! I envisioned 10 dead citizens at a lulu lemons boutique!!!"*
  - Officer D sent the above message to Sergeant A.

- **12/21/2020 (7:58 PM)** – *"Hahahahahhahaha"*
    Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:00 PM)** – *"[Other WPD Officer] did good…Cmd staff doesnt think so but I say 100%"*

o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:00 PM)** – *"Well, your command staff...."*
    Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:01 PM)** – *"Ya...nuff said"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:02 PM)** – *"How does the DA see it, that's all that really matters..."*
    o   Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:03 PM)** – *"Yes...bennett didnt seem to concerned...but i think he had a card game to get to...lol"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:03 PM)** – *"Shit, all that REALLY matters is how [Other WPD Officer] sees it, nothing any of those fucks decide is what he has to live with for the rest of his life"*
    o   Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:04 PM)** – *"Exactly. Thats what i told him. His eyes matter...fuck these dipshits."*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:05 PM)** – *"Add up all the shootings those jumps have been in.... bet it's a big fucking zero"*
- **12/21/2020 (8:11 PM)** – *"Humps, not jumps....fuck you autocorrect"*
- **12/21/2020 (8:15 PM)** – *"What don't they like? Was the guy unarmed...I mean except for the stolen fucking truck he rammed them with???"*
    o   Sergeant A sent the above messages to Officer D.

- **12/21/2020 (8:29 PM)** – *"They dont like that we have guns...fuck, who knows"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:30 PM)** – *"Exactly"*
- **12/21/2020 (8:41 PM)** – *"And by 'they' we mean Gordo"*
    o   Sergeant A sent the above messages to Officer D.

- **12/21/2020 (8:51PM)** – *"All of them"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:51 PM)** – *"Gordo and the gordettos"*
    o   Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:52PM)** – *"Yep...they hate police"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:55 PM)** – *"Cause they never were ones...hate us cause they ain't us boss"*
    o   Sergeant A sent the above message to Officer D.

- **12/21/2020 (8:58 PM)** – *"You are soooo right [Sergeant A].. and they hate us cuz they got picked on by us...lol"*
    o   Officer D sent the above message to Sergeant A.

- **12/21/2020 (8:59 PM)** – *"Hahahahaha well, maybe a lack of forethought on our part...fucking nerds always end up running the world"*

- o   Sergeant A sent the above message to Officer D.

- **12/21/2020 (9:02 PM)** – *"Bastards"*
- **12/22/2020 (10:54 AM)** – *"Fwd.Fwd.https://www.kake.com/story/43088990/suspect-in-bank-robbery-police-chase-dead-after-officer-involved-shooting"*
- **12/22/2020 (10:54 AM)** – *"Hear anything odd on the news clip?"*
  - o   Officer D sent the above messages to Sergeant A.

- **12/22/2020 (10:59 AM)** – *"Hahajajahhhah EXCELLENT WORK CHIEF!!!!! HahahahaHahH"*
  - o   Sergeant A sent the above message to Officer D.

- **12/22/2020 (11:00 AM)** – *"Fucking tool. Hes in orlando!!"*
  - o   Officer D sent the above messages to Sergeant A.

- **12/22/2020 (11:00 AM)** – *"HahahahhahahahahahhahHahahJhhHhahHhHhhHahahahahhahahah"*
- **12/22/2020 (11:01 AM)** – *"I'll have him Giglio's if he doesn't repeal it"*
  - o   Sergeant A sent the above messages to Officer D.

- **12/22/2020 (11:01 AM)** – *"Us Northerners all sound a like i guess."*
  - o   Officer D sent the above messages to Sergeant A.

- **12/22/2020 (11:01 AM)** – *"Hahahahaha that's prejudiced"*
  - o   Sergeant A sent the above message to Officer D.

- **12/22/2020 (11:02 AM)** – *"Lol"*
  - o   Officer D sent the above messages to Sergeant A.

# Field Inquiries
# 21PSB-4575

**Officer E:** Rank (Sergeant), History (No O.I.S. Incidents), 17 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education

**Officer F:** Rank (Officer), History (One (1) O.I.S. Incident – Less Lethal), 20 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education/ Coaching & Mentoring

**Officer G:** Rank (Sergeant), History (Two (2) O.I.S. Incidents), 18 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education/ Coaching & Mentoring

**Officer H:** Rank (Officer), History (No O.I.S. Incidents), 11 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education/ Coaching & Mentoring

**Sergeant A:** Sedgwick County Sheriff Sergeant.

## Message Conversation – Instant Message

**Messages Between Officer E and Sergeant A:**

- **04/03/2019 (8:26 AM)** – *"[Other WPD Officer] is here. I'll shoot him up for you"*
  - o Sergeant A sent the above message to Officer E.

- **04/03/2019 (8:27 AM)** – *"Omg yes"*
  - o Officer E sent the above message to Sergeant A.

- **04/03/2019 (8:34 AM)** – *"I got you buddy 😊"*

- **12/25/2019 (6:57 PM)** – *"http://www.kake.com/clip/14974125/wichita-officer-robbed-of-christmas-presents"*

- **12/25/2019 (6:57 PM)** – *"Oh your BFF is a dummy, left his garage open and got his shit stole…."*
  - o Sergeant A sent the above messages to Officer E.

- **12/25/2019 (6:58 PM)** – *"Yes he is. A bunch of officers donated and bought gifts for his family. I have mixed feelings about that"*
  - o Officer E sent the above message to Sergeant A.

- **12/25/2019 (7:00 PM)** – *"Ummmm….FUCK THAT"*
  - o Sergeant A sent the above message to Officer E.

- **12/25/2019 (7:04 PM)** – *"He posted all that shit on Facebook. He is a dramatic victim"*
  - o Officer E sent the above message to Sergeant A.

- **12/25/2019 (7:15 PM)** – *"What. A. Faggot."*
  - o Sergeant A sent the above message to Officer E.

- **02/05/2020 (6:27 PM)** – *"Fixing things that aren't broke. I think my official leadership days are done. I think I am burnt goods for a while. My name keeps coming up on things that are negative. Just keeping my head down"*
  - Officer E sent the above message to Sergeant A.

- **02/05/2020 (6:31 PM)** – *"Don't get it confused [Officer A], your SUPERVISOR days may be on hold but you don't have to be a supervisor to be a LEADER...you can co tiniest to be a leader, I expect you to because you are a good one"*
  - Sergeant A sent the above message to Officer E.

- **02/05/2020 (6:33 PM)** – *"True. I meant the official spots. [Other WPD Officer] is placing [Other WPD Officer] people in positions and I don't think I will be one unless I get back 'in'. I will keep pushing like I always have"*
  - Officer E sent the above message to Sergeant A.

- **02/05/2020 (6:34 PM)** – *"Atta kid...and the current monarchy won't be here as long as US."*
  - Sergeant A sent the above message to Officer E.

- **02/05/2020 (6:34 PM)** – *"18 years to go. There is no way they can outlast me"*
  - Officer E sent the above message to Sergeant A.

- **02/05/2020 (6:36 PM)** – *"Hahaha"*
- **08/24/2020 (7:23 PM)** – *"http://www.abilene-rc.com/new-chief-anna-hatter/image_54d5ccd6-e655-11ea-9d9e-bf0d743dd3b98.html"*
- **08/24/2020 (7:23 PM)** – *"What the fuck is going on [Officer A]?! Who the fuck are you talking to [Officer A]?!"*
  - Sergeant A sent the above messages to Officer E.

- **08/24/2020 (7:24 PM)** – *"I can't give away all of my secrets. The real question is who will replace her. The choices are really good"*
- **08/24/2020 (7:25 PM)** – *"Current rumor is [Other WPD Officer] retires early next year. More chaos to come"*
  - Officer E sent the above messages to Sergeant A.

- **08/24/2020 (7:26PM)** – *"Perfect...."*
  - Sergeant A sent the above message to Officer E.

- **08/24/2020 (7:27 PM)** – *"Maybe maybe not. You never know what is coming next"*
  - Officer E sent the above message to Sergeant A.

- **08/24/2020 (7:29 PM)** – *"It couldn't possibly get worse...right????"*
  - Sergeant A sent the above message to Officer E.

- **08/24/2020 (7:30 PM)** – *"I cannot agree with that. DC [Other WPD Officer]"*
  - Officer E sent the above message to Sergeant A.

- **08/24/2020 (7:32 PM)** – *"Yes, that was sarcasm...can't be sure what ends first 2020 or my liver..."*
  - Sergeant A sent the above message to Officer E.

- **08/24/2020 (7:36 PM)** – *"Dude. I hear about the ass kidding and back stabbing up in the ivory tower. I think someone is going to get made an example of to show the supervisory skill"*
  - Officer E sent the above message to Sergeant A.

- **08/24/2020 (7:40 PM)** – *"Hahahaha like a higher level of what [Other WPD Officer] tried to do to [Other WPD Officer]? Not that [Other WPD Officer] doesn't make bad choices, he just didn't in that case"*

   o  Sergeant A sent the above message to Officer E.

- **05/30/2020 (8:45 PM)** – *"No shit it would be game on!! Not sure our bosses will go for that one tho"*
- **06/04/2020 (4:43 PM)** – *"I'll let you deal with this how you see fit…just got it, hit off press upstairs sounds like[.] Attachment IMG_4457.JPG [Attachment: Chief Ramsay standing during the BLM movement that states "I STAND HERE" and another photo of the SWAT that states "NOWHERE TO BE FOUND HERE"]"*
- **06/10/2020 (7:12 PM)** – *"No all the testosterone is over let's throw bags. U warmed up"*
  - o Officer F sent the above messages to Sergeant A.

- **DATE AND TIME UNKNOWN** – *"One more lap"*
  - o Sergeant A sent the above message to Officer F.

- **08/29/2018 (1:43 PM)** – *"Yea it felt good to do some old school type work…you know buying drugs and kickin doors"*
  - o Officer F sent the above message to Sergeant A.

- **08/29/2018 (1:46 PM)** – *"Right! I was surprised when you said it was a CI buy….thought that wasn't CRT business anymore…"*
  - o Sergeant A sent the above message to Officer F.

- **08/29/2018 (1:54 PM)** – *"Yea they say we can so I'm just trying to work but I'm sure it pisses them off. The last one was a crack buy as well so we will see if they let us do anymore..everyone is ok with it other than [Other WPD Officer]..he s the problem I hear, had to take out all the breaching verbiage in the swat warrant and I hear the chief wanted flashbangs out of warrant as well but not sure if that was true..they are all fat pussies"*
  - o Officer F sent the above message to Sergeant A.

- **08/29/2018 (1:56 PM)** – *"Fuck yes they are, I just hope we can talk some sense into them before someone gets hurt letting these fucking nerds dicate our tactics"*
  - o Sergeant A sent the above message to Officer F.

- **08/29/2018 (1:58 PM)** – *"Not gonna lie I'm scared it is going to happen..guessing by them wanting all that out they weren't happy with the breach on st Clair the other day. Can only assume"*
  - o Officer F sent the above message to Sergeant A.

- **08/29/2018 (2:00 PM)** – *"I guess the chief wasn't asked about it and heard after the fact….he lost his shit"*
  - o Sergeant A sent the above message to Officer F.

- **08/29/2018 (2:00 PM)** – *"That explains it"*
  - o Officer F sent the above message to Sergeant A.

- **08/29/2018 (2:00 PM)** – *"I told [Other WPD Officer] to reassure him he did t have a tiny penis and ask if he didn't mind we just did our fucking job"*
  - o Sergeant A sent the above message to Officer F.

- **08/29/2018 (2:01 PM)** – *"Lol"*
  - o Officer F sent the above message to Sergeant A.

- **05/01/2018 (1:00 AM)** – *"https://pjmedia.com/trending/ignorant-police-chief-spotted-in-americas-heartland/amp/#comments [Attachment: Article that states, "Ignorant Police Chief Spotted in America's Heartland"]"*
  - o Sergeant A sent the above message to Officer G.

- **05/01/2018 (7:20 AM)** – *"I saw that. Whoever that is, is spot on with his assessment"*
  - o Officer G sent the above message to Sergeant A.

- **05/02/2018 (9:51 AM)** – *"Attachment IMG_1446.JPG. [Attachment: Unable to make out picture.]"*
- **05/04/2018 (8:16 AM)** – *"Can you screenshot that Duluth officers comment? I can't find it"*
  - o Sergeant A sent the above messages to Officer G.

- **05/04/2018 (8:21 AM)** – *"This what was sent to me: This was one of the comments under that article....if you go to the bottom of it, there were some good ones!!!"*
- **05/04/2018 (8:21 AM)** – *"My friend let me start by saying I am a Duluth MN police officer that unfortunately served under Chief Ramsey. I just read you article about his ignorance to real Police work and man did you hit the nail on the head. Keep up the fine work, FYI Ramsey was almost fired in field trading because of poor performance. He was taken in by a Community Sergeant and he was a, Community Officer, Community Sergeant, then a Community Lieutenant. He never work the street responding to 911 calls. He in my opinion has never and will"*
- **05/04/2018 (8:21 AM)** – *"Ramsey. I just read you article about his ignorance to real Police work and man did you hit the nail on the head. Keep up the fine work, FYI Ramsey was almost fired in field trading because of poor performance. He was taken in by a Community Sergeant and he was a, Community Officer, Community Sergeant, then a Community Lieutenant. He never work the street responding to 911 calls. He in my opinion has never and will never be a Cop. I appreciate that you can see it like the rest of us RPG's. Regular Patrol Guys"*
  - o Officer G sent the above messages to Sergeant A.

**Messages Between Officer H and Sergeant A**

- **04/25/2020 (7:22 PM)** – *"I totally understand. Our agencies timing being off now is a huge pain in the ass for both side of the SWAT team right now"*
  - o Sergeant A sent the above message to Officer H.

- **04/25/2020 (7:51 PM)** – *"Is [Other WPD Officer] going to be able to help out?*
  - o Officer H sent the above message to Sergeant A.

- **04/25/2020 (7:52 PM)** – *"[Other WPD Officer] says he is, I pulled him just to get him away from that East side bullshit"*
  - o Sergeant A sent the above message to Officer H.

- **04/25/2020 (7:54 PM)** – *"Good. Their headhunting him. Its frustrating when people that have no business being supervisors are able to target guys that are out there doing work.*
  - o Officer H sent the above message to Sergeant A.

- **04/25/2020 (7:55 PM)** – *"Yeah, [Other WPD Officer] is a bitch....an I'm probably gong to tell him soon"*
  - o Sergeant A sent the above message to Officer H.

- **04/25/2020 (7:55 PM)** – *"Unfortunately we have a culture of supervisors 'proving' themselves by trying to hammer people."*
  - o Officer H sent the above message to Sergeant A.

- **04/25/2020 (7:57 PM)** – *"Yep, and a chief who supports it"*
- **04/25/2020 (8:02 PM)** – *"Just between us....The chief tried to have me removed from the team because my shit got stolen. The Sheriff called him and reminded him I don't fucking work for the chief....it was heading towards the team splitting so the compromise was this guns & vests inside, pelican vault stuff... [Other WPD Officers] said they would take whatever the chief did to them but wouldn't remove me. [Other WPD Officer] even stepped up and kept it all together"*
    - o   Sergeant A sent the above messages to Officer H.

- **04/25/2020 (8:06 PM)** – *"I wondered if that was what was going on. I just don't understand why they don't just pull CP cars, and issues them to the team with vaults. Is the Sheriff preparing to pull you guys at some point? I hope that doesn't happen, but I know the chief and sheriff don't see eye to eye"*
    - o   Officer H sent the above message to Sergeant A.

- **04/25/2020 (8:08 PM)** – *"The chief says no vaults because cars can get stolen... the Sheriff and the chief fucking HATE each other. I have been very up front with the Sherriff...it isn't the best thing for US if we split, it isn't the best thing for WPD, and it isn't the best thing for the CITIZENS we serve & who elected you if we split.... I'm trying very hard to avoid it.*
    - o   Sergeant A sent the above message to Officer H.

# Inappropriate Image
# 21PSB-5114

==Officer I==:  Rank (Sergeant), History (Two (2) O.I.S. Incidents), 26 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Written Reprimand


==Sergeant A:== Sedgwick County Sheriff Sergeant.


### Message Conversation – Instant Message

- **05/30/2020 (2:12 AM)** – *"Attachments: [Naked African American male sitting on another African American male behind a police vehicle.] File name: ~Library/SMS/Attachments/ca/10/483A0B743-1F76-4F44-B98C-AE353AEFFA06/received_jupg"*
  - Officer I sent the above attachment to Sergeant A.

- **05/30/2020 (2:13 AM)** – *"HshAgaha"*
  - Sergeant A sent the above message to Officer I.

# Patches
## 21PSB-5116

**Officer J:** Rank (Officer), History (No O.I.S. Incidents), 22 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education / Coaching & Mentoring


**Sergeant A:** Sedgwick County Sheriff Sergeant.


### Message Conversation – Instant Message

- **09/01/2017 (10:07 AM)** – *"The threeper mobile. [Attachment: Photo of skull on back of silver truck, and two (2) other stickers (unable to verify)]"*
  - o   Sergeant A sent the above message to Officer J.

- **09/01/2017 (10:16 AM)** – *"Nice! I need that tailgate one…."*
- **11/30/2018 (9:41 PM)** – *"Gonna have to glue on some more Velcro…outa real estate. [Attachment: Photo of patches on bag.]"*
- **02/8/2018 (3:36 PM)** – *"Screenshot_20180208-153509~2.jpg [Attachment: Picture of Dark Alliance Firearms gun.]"*
  - o   Officer J sent the above messages to Sergeant A.

- **03/31/2018 (3:03 PM)** – *"Attachment-1.jpeg [Attachment: Picture of tattoos "We the People"]"*
- **07/28/2018 (12:55 PM)** – *"Attachment-1.jpeg [Attachment: Picture of soldier helmet and rifle that says "Professionally Violent".]"*
  - o   Sergeant A sent the above message to Officer J.

- **07/28/2018 (12:59 PM)** – *"I saw that shit on a T-shirt the other day….needs to be a patch."*
  - o   Officer J sent the above message to Sergeant A.

- **07/28/2018 (12:59 PM)** – *"Fuck yeah?"*
- **01/29/2019 (1:39 AM)** – *"Nice! I just finished a little 32/taser/hit a dude w my flashlight"*
  - o   Sergeant A sent the above message to Officer J.

- **01/29/2019 (1:41 AM)** – *"Don't tease me…"*
  - o   Officer J sent the above message to Sergeant A.

- **01/29/2019 (1:48 AM)** – *"Stupid Mexicans, hauling ass down the suicide lane on Seneca, couple dips and dodges then bailed. Tased passenger in back, had 2 felony warrants & cocaine in his pocket. Driver didn't like me tasing his brother and earned a maglite to the dome for his interference"*
  - o   Sergeant A sent the above message to Officer J.

- **01/29/2019 (7:46 AM)** – *"Been a looooong time since I got to chilli whop a dude with my flashlight. Course we've always had the plastic streamlights so you'd just break the fuckin thing. Good for you getting some licks in, Sarge."*
  - o   Officer J sent the above message to Sergeant A.

- **01/29/2019 (7:46 AM)** – *"Thanks bro!"*

  o  Sergeant A sent the above message to Officer J.

- **01/29/2019 (8:01 AM)** – *"You're a great cop, bro...even as a sarge you're still finding work...[thumbs up emoji]"*
  o  Officer J sent the above message to Sergeant A.

- **02/02/2019 (11:01 AM)** – *"Attachment~1.jpeg [Attachment: Picture of Confederate-looking Flag with "III 1776" in middle of circle.]"*
  o  Sergeant A sent the above message to Officer J.

- **02/02/2019 (11:25 AM)** – *"[Thumbs up emoji]"*
  o  Officer J sent the above message to Sergeant A.

- **04/13/2019 (8:41 AM)** – *"Attachment~1.jpeg [Attachment: Picture of Confederate Flag with Patriot male holding a rifle.]"*
  o  Sergeant A sent the above message to Officer J.

- **04/13/2019 (8:47 AM)** – *"Fuckin A"*
  o  Officer J sent the above message to Sergeant A.

- **04/13/2019 (8:55 AM)** – *"Three per"*
  o  Sergeant A sent the above message to Officer J.

- **04/13/2019 (8:57 AM)** – *"Fuck yeah 3 per"*
  o  Officer J sent the above message to Sergeant A.

- **04/28/2019 (11:47 AM)** – *"Hahaha okay, I'll get 10-8 about 1400 and kick up a chase up north to brighten your day"*
- **04/28/2019 (11:48 AM)** – *"I about due for another shooting too"*
  o  Sergeant A sent the above messages to Officer J.

- **04/28/2019 (11:50 AM)** – *"I'd be down..."*
  o  Officer J sent the above message to Sergeant A.

- **06/14/2019 (8:55 AM)** – *"Attachment~1.jpeg [Attachment: Picture of a snake and writing states, "LEARN FROM HISTORY OR BE DAMNED BY IT. WE ARE III. Don't interfere with anything in the Constitution. That must be maintained, for it is the only safeguard of our liberties]"*
  o  Sergeant A sent the above message to Officer J.

- **06/14/2019 (1:06 PM)** – *"Fuckin A"*
  o  Officer J sent the above message to Sergeant A.

- **06/21/2019 (6:23 PM)** – *"Attachment~1.jpeg [Attachment: Picture of a circle with writing states, "I AM THE DESCENDANT OF MEN WHO WOULD NOT BE RULED, SONS OF LIBERTY"]"*
  o  Sergeant A sent the above message to Officer J.

- **06/21/2019 (6:24 PM)** – *"I need that on a patch in my life..."*
  o  Officer J sent the above message to Sergeant A.

- **12/07/2019 (2:45 PM)** – *"Screenshot 2019-12-07 at 14.45.02.png [Attachment: Picture of George Washington that states, "Then George said 'Yall can tax this dick' and started the first boogaloo. Boogalations 7:4"]"*

- **01/12/2020 (1:37 PM)** – *"Attachment~1.png [Attachment: Picture of a blonde female with writing that states, "A guy walks into a bar and asks the bartender 'isn't that Trump & Cruz sitting over there?' The bartender answers 'yup, that's them'. So the guy walks over and says 'wow, this is a real honor! What are you guys doing here?' Cruz answers 'we're planni8ng WWIII'. The guy replies 'really? What's going to happen?' Trump answers 'well, we're going to kill 140 million muslims and 1 blonde with big tits.' The guy exclaimed 'a blonde with big tits?! Why kill a blonde with big tits?!' Trump turns to Cruz and says 'see, I told you, no one gives a crap about the 140 milli8on muslims!'"]"*
    - o Sergeant A sent the above messages to Officer J.

- **01/12/2020 (1:39 PM)** – *"Bah! Awesome"*

- **05/29/2020 (2:12 PM)** – *"My cbd came in today. Do you take it throughout the day like it says, or just before bed?"*
    - o Officer J sent the above messages to Sergeant A.

# Targets
# 21PSB-5117

**Officer K:** Rank (Sergeant), History (Two (2) O.I.S. Incidents), 15 Years, **Retired**
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education / Coaching & Mentoring

**Sergeant A:** Sedgwick County Sheriff Sergeant.

## Message Conversation – Instant Message

- **01/30/2019 (8:55 PM)** – *"Hey Wyatt Earp. How about saving some bad guys for us to deal with. [Other WPD Officers] and I are about to hit the street but don't feel too confident we will find anything good because you keep putting holes in all the good targets"*
    - o   Officer K sent the above message to Sergeant A.

- **01/30/2019 (8:58 PM)** – *"Hahahaha no worries bro, there is plenty out there. I just wound em anyway, you can sweep up when they get released"*
    - o   Sergeant A sent the above message to Officer K.

# Jamaican Goony Hook
## 21PSB-5118

**Officer L:**  Rank (Detective), History (One (1) O.I.S. Incident), 16 Years, Actively Employed
- **Violation(s):** Fail to Use Good Judgement (3.207 (B))
- **Discipline Received:** Non-Discipline Education / Coaching & Mentoring

**Sergeant A:** Sedgwick County Sheriff Sergeant.


### Message Conversation – Instant Message

- **12/30/2015 (9:11 PM)** – *"https://youtu.be/pDbAm8SCPOA"*
  o Sergeant A sent the above message to Officer L.

- **12/30/2015 (9:13 PM)** – *"BITCH SLAP!!!"*
- **12/30/2015 (9:13 PM)** – *"There mama felt that one!"*
  o Officer L sent the above messages to Sergeant A.

- **12/30/2015 (9:13 PM)** – *"That kid lays the PIMP hand on those dudes, then the last one is just collateral damage"*
- **12/30/2015 (9:14 PM)** – *"Those are Jamaican Goony Hooks"*
  o Sergeant A sent the above messages to Officer L.

- **12/30/2015 (9:15 PM)** – *"LMFAO!!! Oh I love that! Jamaican Goony Hooks! He does look like some of my distance relatives"*
  o Officer L sent the above message to Sergeant A.

# Snitches
## 21PSB-5321

<mark>Officer B:</mark>  Rank (Officer), History (One (1) O.I.S. Incident), 11 Years, **Resigned**
- **Violation(s):** None noted.
- **Discipline Received:** Resigned Under Investigation

<mark>Sergeant A:</mark> Sedgwick County Sheriff Sergeant.

### Message Conversation – Instant Message

- **06/04/2020 (7:06 PM)** – *"Attachment. [Attachment: Picture of Chief Ramsay speaking with SWAT officer. Wording on picture, "Snitches Get Stiches."] [Other WPD Officer] nose was a little brown"*
  - Other WPD Officer sent message to Sergeant A and four (4) other individuals.

- **06/04/2020 (7:09 PM)** – *"Put [Other WPD Officer] is in shock! Look at his face. He wants to get up and run a way sooooo bad. Weird awkward moment for [Other WPD Officer]. [Other WPD Officer] trying to pretend to be working, but forgot his lock in password. Kinda like being fireman!! [Other WPD Officer] WTF????? I have no words."*
- **06/04/2020 (7:09 PM)** – *"Pour [Other WPD Officer]"*
- **06/04/2020 (7:10 PM)** – *"Obviously I can't Text for shit. So back to my whisky. Boys stay safe tonight!!!"*
  - Other individual sent message to Officer B, Sergeant A, and two (2) other individuals.

- **06/04/2020 (7:10 PM)** – *"You can't spell either"*
  - Other WPD Officer sent message to Sergeant A and four (4) other individuals.

- **06/04/2020 (7:19 PM)** – *"No shit all the keys look the same!!"*
  - Other individual sent message to Officer B, Sergeant A, and two (2) other individuals.

- **06/04/2020 (7:35 PM}** – *"Hahahaha! Stupid firemen!*
  - Other WPD Officer sent message to Sergeant A and four (4) other individuals.

- **06/04/2020 (7:51 PM)** – *"Meat the chief asked which fireman sucked the meanest dick and I had to recommend you…"*
  - Officer B sent the above message to another WPD Officer and four (4) other individuals.

- **06/04/2020 (7:52 PM)** – *"Well [Other WPD Officer] gayed that up real quick….i could see why the chief would ask, but how would [Other WPD Officer]' know…"*
  - Sergeant A sent the above message to Officer B, another WPD Officer and four (4) other individuals.

- **06/04/2020 (7:53 PM}** – *"[Other WPD Officer] is obviously the gayest brown noser I ever saw in my life"*
  - Other individual sent message to Officer B, Sergeant A, and two (2) other individuals.

- **11/29/2019 (1:54 PM)** – *"Attachment [Attachment: Picture of a Twitter post stating, "Imagine being the kind of person who looks at the present situaton in America and think to him/herself, 'Wow, we really need Joe Biden as president.' Oooorrr…Gordon Ramsay for chief???]"*
  - Sergeant A sent the above message to Officer B.

- **06/05/2020 (11:58 PM}** – *"Yes!"*

o   Officer B sent the above message to Sergeant A.