# EXHIBIT 50

Department of Justice

U.S. Attorney's Office

District of Columbia

FOR IMMEDIATE RELEASE                                            Thursday, June 10, 2021

## Six California Men, Four of Whom Self-Identify as Members of "Three-Percenter" Militias, Indicted on Conspiracy Charges Related to Jan. 6 Capitol Breach

### Defendants Planned Group Travel, Communicated, Organized and Prepared to Obstruct Congress in Advance

Six California men, four of whom identify as members of Three Percenter militias, were arrested today for crimes related to the breach of the U.S. Capitol on Jan. 6, which disrupted a joint session of the U.S. Congress in the process of ascertaining and counting the electoral votes related to the presidential election.

Allan Hostetter, 56, of San Clemente; Russell Taylor, 40, of Ladera Ranch; Erik Scott Warner, 45, of Menifee; Felipe Antonio "Tony" Martinez, 47, of Lake Elsinore; Derek Kinnison, 39, of Lake Elsinore; and Ronald Mele, 51, of Temecula are charged with federal offenses that include conspiracy, obstructing an official proceeding, and unlawful entry on restricted building or grounds. Taylor is also charged with obstructing law enforcement during a civil disorder and unlawful possession of a dangerous weapon on Capitol grounds. Warner and Kinnison are also charged with tampering with documents or proceedings.

As alleged in the indictment, through the late fall and early winter of 2020, the defendants communicated with each other to plan and coordinate their effort to obstruct and interfere with the joint session of Congress at the Capitol on Jan. 6, to certify the electoral college vote. The defendants

communicated through various messaging applications and social media, including the encrypted messaging application Telegram, to share information regarding the election; coordinate travel to Washington, D.C.; and promote events sponsored by the American Phoenix Project, which Hostetter founded to oppose government-mandated restrictions related to the COVID-19 pandemic.

On Dec. 28, Warner initiated a group text message thread in which he, Mele, Kinnison and Martinez discussed logistics and expenses for a cross-country road trip. On Dec. 29, Hostetter and Taylor texted each other regarding travel and whether they would bring firearms.

On Jan. 1, Taylor created a Telegram chat called "The California Patriots-DC Brigade," which the defendants, along with more than 30 others, joined and used to identify themselves, communicate and coordinate with each other. In the "about" section, Taylor wrote: "This group will serve as the Comms for able bodied individuals that are going to DC on Jan 6. Many of us have not met before and we are all ready and willing to fight. We will come together for this moment that we are called upon."

All of the defendants joined this Telegram group and used it to plan and coordinate their actions together and with others. He explained the purpose of the group and stated, "This thread is exclusive to be utilized to organize a group of fighters to have each other's backs and ensure that no one will trample on our rights. Also, if there is key intel that we need to be aware of [or] possible threats." He added: "I am assuming that you have some type of weaponry that you are bringing with you and plates as well." Taylor also asked members to identify if they had previous law enforcement experience, military experience or "special skills relevant to our endeavors."

Also in the chat, Kinnison explained that he, Mele and Warner "are part of so cal 3%[.] we work well and train with each other" and that the group was "[l]eaving tomorrow and driving instead of flying because our luggage would be too heavy. We will have lots of gear from medical kits, radios, multiple cans of bear spray, knives, flags, plates, goggles, helmets…I think we should clear all text in this chat in the morning of the 5th just in case for opsec purposes."

Prior to leaving California for Washington, D.C., Kinnison, Mele, Martinez and Warner continued to exchange messages on a group text threat to coordinate and plan their trip, including whether they wanted to bring firearms with them on their cross-country drive. Mele told the group "shorter the better. Mine will be able to be stashed under the seat. I'll bring it. 18" barrel."

At 11:28 p.m. on Jan. 5, Taylor posted a photo to a chat on another encrypted messaging service showing gear arranged on a bed, including a khaki backpack, a black plate-carrier vest, two hatchets, a walkie talkie-type radio, a stun baton, a helmet, a scarf and a knife. In the caption, he wrote, "Now getting ready for tomorrow."

On Jan. 6, the defendants congregated on the National Mall for the rally, where Mele, Martinez, Kinnison and Warner posed for a photo. Martinez, Kinnison and Warner flashed a hand signal showing affiliation with the Three Percenter group. Taylor, Hostetter and others walked down Pennsylvania Avenue toward the Capitol, and Taylor took a selfie-style video as he walked, in which he stated, "We are on the move. Heading up to the Capitol." At 2:13 p.m., Warner entered the Capitol through a broken window. At approximately 2:30 p.m., Taylor and Hostetter joined rioters on the lower west terrace who were pushing through the line of law enforcement officers. Taylor was carrying a knife in the front chest pocket of his plate carrier vest and urged on rioters before pushing through the police line and moving up the stairs and onto the upper west terrace.

The case is being prosecuted by the U.S. Attorney's Office for the District of Columbia and the Department of Justice National Security Division's Counterterrorism Section. Valuable assistance was provided by the U.S. Attorney's Office for the Central District of California.

The case is being investigated by the FBI's Washington Field Office, as well as the Metropolitan Police Department and U.S. Capitol Police, with significant assistance provided by the FBI's Los Angeles Field Office.

In the 150 days since Jan. 6, approximately 465 individuals have been arrested on charges related to the Jan. 6 Capitol breach, including over 130 individuals charged with assaulting or impeding law enforcement. The investigation remains ongoing.

*Anyone with tips can call 1-800-CALL-FBI (800-225-5324) or visit tips.fbi.gov.*

*The charges contained in any criminal complaint or indictment are allegations. The defendant is presumed innocent unless and until proven guilty beyond a reasonable doubt in a court of law.*

**Attachment(s):**
Download DC Brigade Indictment

**Topic(s):**
Counterterrorism
National Security

**Component(s):**
Federal Bureau of Investigation (FBI)
National Security Division (NSD)
USAO - California, Central
USAO - District of Columbia

Updated June 10, 2021