# EXHIBIT 51

Stanford University



**MENU**

A program of the Center for International Security and Cooperation (CISAC), CISAC is a research center at the Freeman Spogli Institute for International Studies.

Search MAPPINGMILITANTS CISAC

Home

About

Profiles

Reports



# Three Percenters

The Three Percenters (also known as 3%ers, III%ers, and Threepers) is a far-right, anti-government extremist group founded in 2008 in the United States.

## KEY STATISTICS

| 1004 | 1007 | 1011 |
|------|------|------|
| FIRST RECORDED ACTIVITY | FIRST ATTACK | PROFILE LAST UPDATED |

## PROFILE CONTENTS



Stanford University

A program of the Center for International Security and Cooperation (CISAC), CISAC is a research center at the Freeman Spogli Institute for International Studies.

Home

About

Profiles

Reports

## Organization

Leadership, Name Changes, Size Estimates, Resources, Geographic Locations

ORGANIZATION (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33907)

## Strategy

Ideology, Aims, Political Activities, Targets, and Tactics

STRATEGY (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33915)





Stanford University

Stanford | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

Foreign Designations and Listings, Community Relations, Relations with Other Groups, State Sponsors and External Influences

INTERACTIONS (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33922)

# Maps

Mapping relationships with other militant groups over time

MAPS (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33929)

# Contact MMP

Send a message to the Mapping Militants team.

**MAPPINGMILITANTS@LISTS.STANFORD.EDU** (MAILTO:MAPPINGMILITANTS@LISTS.STANFORD.EDU)

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**, CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

6259PWPTSKM0PAF3B78)

ers." Stanford University. Last ModifiedApril 2022.
/profiles/three-percenters

# Organizational Overview

**Formed:** 2008

**Disbanded:** Group is Active.

**First Attack:** April 2014: Members of the Three Percenters, including Eric Parker, the leader of the Idaho III%ers, joined far-right groups from across the nation in Bunkerville, Nevada, to participate in an armed standoff between the U.S. Bureau of Land Management and Cliven Bundy, a rancher who refused to pay federal grazing fees. They successfully prevented the confiscation of rancher Cliven Bundy's cattle. This operation – one of the organization's first – helped the Three Percenters gain national attention.[1] (# ftn1) (0 killed, 0 wounded)

**Last Attack:** January 6, 2021: The Three Percenters participated in the storming of the U.S. Capitol alongside other far-right groups, including the Oath Keepers, Proud Boys, and QAnon supporters, in an attempt to halt the certification of Joe Biden's election. One police officer who engaged with protesters during the insurrection, Brian Sicknick, died of natural causes the day after the attack.[2] (# ftn2) Four protesters died at various points throughout the event: one (Ashli Babbitt) was shot by Capitol Police, two died of natural causes and another of drug intoxication.[3] (# ftn3) Approximately one hundred forty police officers were injured. The number of injured rioters remains unknown. Four police officers who responded to the attack died by suicide within seven months.[4] (# ftn4) (5 killed, about 140 wounded)[5] (# ftn5)

## Executive Summary

The Three Percenters (also known as 3%ers, III%ers, and Threepers) is a far-right, anti-government extremist group founded in 2008 following the election of President Barack Obama. Considered to be one of the largest umbrella groups in the militia movement, the Three Percenters gain its name from the historically incorrect notion that only 3% of the population fought against the British in the American Revolution. The Three Percenters believe that small groups of armed citizens have a patriotic duty to defend the public from governmental tyranny. Three Percenter chapters often form traditional militia groups, though some chapters are not armed or only maintain an online presence. The concept for the Three Percenters group was created by Mike Vanderboegh, an Alabama-based right-wing extremist who also organized a group called the Sons of Liberty. Since the III%ers group structure remains largely decentralized, the organization is particularly prone to splinters and internal upheaval. The Three Percenters label now alludes to numerous militia chapters, including the III% Security Force, the III% United Patriots, the American Patriots III%, the II% Originals, and more. The Three Percenters are ardent supporters of the

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the Center for International Security and Cooperation (CISAC). CISAC is a research center at the Freeman Spogli Institute for International Studies.

Home

About

Profiles

Reports

...rd armed protests against mosques. Others express anti-
...offers protection to political leaders aligned with III%
...2021, the group played an active role in storming the U.S.

...[# ftn6] It is composed of a loose coalition of local
...egional, State, Zone, District, County), though in reality
...d trends in the evolution and activities of the group's
...rity Force, the American Constitutional Elite III%, the III%
...6, the III% Republic (III%R), the III% Originals (III%O), and

## 2008-2014: Early Beginnings

Before creating the Three Percenters, Vanderboegh was a longtime leader of the 1990s militia movement, during which he served as an organizer for the Sons of Liberty and allegedly headed an Alabama militia group called the First Alabama Cavalry Regiment.[9](# ftn9) In the mid-1990s, Vanderboegh became popular for his online newspaper, the Joe Doe Times, where he promoted anti-government conspiracy theories. In 2008, inspired by the ideology of the militia movement—namely the "New World Order" (NWO) conspiracy, which posits the secret emergence of a tyrannical world government— Vanderboegh created the Three Percenters.[10](# ftn10)

The group centers around the debunked claim that only 3% of American colonists fought against the British during the fight for American independence. Three Percenters view themselves as modern day counterparts of those revolutionaries, fighting not against the British but rather the alleged tyranny of the U.S. federal government.[11](# ftn11) According to Vanderboegh, "The Three Percent idea, the movement, the ideal, was designed to be a simple, powerful concept that could not be infiltrated or subjected to agents provocateurs like many organizations that I observed in the constitutional militia movement of the 90s."[12](# ftn12)

Along with other right-wing, anti-government groups, the Three Percenters experienced a significant growth in membership following the election of U.S. President Barack Obama in 2008. The rise of social media allowed the group to spread its ideas online, particularly to young audiences. According to the Anti-Defamation League, individual Three Percenters "created Facebook pages or Facebook groups; by the mid-2010s, some of the latter had thousands and even tens of thousands of members."[13](# ftn13) Unlike other right-wing groups, membership into the Three Percenters does not require law enforcement experience or paramilitary involvement.[14](# ftn14) Consequently, the group gained many members who self-identified as Three Percenters, and rapidly established itself as one of the largest anti-government, right-wing umbrella groups in the United States.[15](# ftn15)

From 2008 to 2014, the group remained relatively under the radar with most of its activity occurring online. There were several incidents, however, that called attention to Vanderboegh and the Three Percenters. For example, in 2011, four militia members from Georgia were arrested for plotting to attack four cities in the United States using explosives and the biological agent ricin.[16](# ftn16) According to federal prosecutors, the men were inspired by Vanderboegh's self-published online novel *Absolved*, which Vanderboegh described as a "a cautionary tale for the out-of-control gun cops of the ATF" and "a combination field manual, technical manual and call to arms for my beloved gunnies of the armed citizenry."[17](# ftn17) Vanderboegh denied having any connection to the plot.[18](# ftn18) Additionally, in April 2013, a group of police officers in the Jersey City Police Department's Emergency Services Unit were disciplined for wearing Three Percenters patches.[19](# ftn19)

## 2014-2017: A Rise to Prominence by Controversial Activities



Stanford University

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

g in a 2014 armed standoff with federal agents in Nevada. le land by the U.S. Bureau of Land Management.[21] d standoffs with officers from the U.S. Forest Service.[22]

ms in Kansas. Specifically, three militia members affiliated rom Somalia lived. Their militia group, known as the y could carry out their plans and were convicted with y Force, Chris Hill, attempted to distance themselves ple, in late 2016, III% SF members made headlines for nd for the Islamic State. Many of the protestors showed

b a bank in Oklahoma City and testified in court that he ar Al-Farooq Islamic Center in Minnesota was also identified as a Three Percenters affiliate.[26] (# ftn26)

**2017-2020: Ideological Pivots and Splintering**

In 2015, the Three Percenters began to strongly back Donald Trump's candidacy in the U.S. presidential election. As with other militia groups, the Three Percenters supported his pro-gun stance as well as his anti-Islamic and anti-immigrant rhetoric.[27] (# ftn27) President Trump's victory in 2016 drove a shift in Three Percenter activity. With Trump at the head of the federal government, the group began to abandon its anti-government rhetoric and instead focus on opposing left-wing activists and protesters.[28] (# ftn28)

The group's new focus on right-wing and left-wing politics was evidenced by the presence of Three Percenters at several political events. In August 2017, the Three Percenters were present at two left-leaning events in Kansas City, Missouri, to "monitor" proceedings as armed "observers."[29] (# ftn29) Also in 2017, the Three Percenters appeared at several white supremacist events, including the "Unite the Right" rally in 2017 in Charlottesville, from which they later attempted to distance themselves.[30] (# ftn30) Starting in 2019, the Three Percenters were present as "security" at pro-Trump rallies and offered to "protect" Republican representatives who oppose climate change legislation and gun control policies.[31] (# ftn31) At the end of 2019, the Three Percenters showed up as counter-protesters at a rally where left-wing protestors demanded that Senate Majority Leader Mitch McConnell support the impeachment of Trump.[32] (# ftn32)

The Three Percenters also targeted immigrants and Muslims. Group members mobilized against the presence of mosques and Muslim communities in Georgia.[33] (# ftn33) Several chapters in the Three Percenter umbrella also participated in "vigilante border patrols" at the U.S.-Mexico border and have reportedly held immigrants at gunpoint.[34] (# ftn34)

As the Three Percenters adopted a more political focus, schisms emerged within the group. Disagreements developed among constituent Three Percenters chapters, and group members criticized and defected to other chapters within the broader movement. In 2018, a Three Percenter chapter called the III% Originals issued a forceful statement against the III% Security Force. The III% Originals condemned Chris Hill (the leader of the III%SF) for creating an anti-government and Islamophobic environment within the III% SF and reaffirmed their commitment to "protect the rights of all citizens regardless of their skin color, creed, or religious affiliation." The statement also asserted that any member of the III% Originals found to be associating with the III% SF would be "immediately removed from our group permanently."[35] (# ftn35) Then, in late 2019, several III% SF members publicly denounced Hill for a string of abuses and aggressive behavior. After audio leaked from an exchange in which Hill discussed killing and raping a member of the militia movement, the Security Force began to disintegrate.[36] (# ftn36) After further disagreements with Hill, more than six out of the nine Security Force chapters defected from Hill and aligned with Skylar Steward, the leader of the III%SF Ohio. Steward and the six new chapters subsequently formed the American Constitutional Elites III% (A.C.E. III%).[37] (# ftn37)

After the onset of the COVID-19 pandemic, Three Percenters both organized and participated in protests against state lockdown requirements.[38] (# ftn38) In May 2020, for example, Three Percenter members breached the grounds of Kentucky Governor Andy Beshear's mansion, where they heckled the occupants about the state's COVID-19 policies and hung an



Stanford University

A program of the **Center for International Security and Cooperation (CISAC)**, CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

s Matter demonstrations following the death of George [...] anti-fascist (antifa) demonstrations.[40] (#_ftn40)

[...] to pressure officials to overturn the allegedly fraudulent [...] al rally at the Georgia State Capitol on November 7, 2020. [...] clared, "These next 45 days are going to be packed with [...]

[...] at period. According to the *Anti-Defamation* League, "the [...] rship is likely a result of both the splintering of Three [...] e federal government and support of the Trump [...]

On January 6, 2021, the Three Percenters participated in the storming of the U.S. Capitol, seeking to prevent the certification of Joe Biden as the victor of the 2020 presidential election. The Three Percenters were present at the Capitol alongside a large group of Donald Trump supporters and right-wing militia groups, including the Oath Keepers, the Proud Boys, and adherents of the QAnon conspiracy theory.[44] (#_ftn44) A journalist present during the Capitol Riot reported that some people wore "Three Percenter badges."[45] (#_ftn45) As Congress convened to determine electoral vote counts, an estimated 800 rioters stormed and entered the Capitol building.[46] (#_ftn46) Representatives were forced to postpone the electoral count for several hours. 138 police officers were injured during the Capitol riot and one, Officer Brian Sicknick, died the following day of natural causes.[47] (#_ftn47) Four protestors died during the event: one (Ashli Babbit) was shot by Capitol Police, two died of natural causes and another of drug intoxication.[48] (#_ftn48) The number of protestors injured remains unknown.[49] (#_ftn49)

In March 2021, prosecutors in Washington, D.C., released court documents indicating that the Three Percenters coordinated with leaders of the Oath Keepers and Proud Boys. The documents reveal that the three right-wing militia groups were "in close contact" prior to the event and "formed an alliance" to conspire against the certification of Biden's victory. [50] (#_ftn50) The Three Percenters, Oath Keepers, and Proud Boys also became the focus of an FBI investigation of the January 6 violence.[51] (#_ftn51)

Several Three Percenters have faced charges in relation to the Capitol riot. Guy Wesley Reffitt, a self-described Three Percenter from Texas, was arrested on January 18, 2021 on charges of trespassing on restricted grounds at the U.S. Capitol and obstruction of justice.[52] (#_ftn52) On March 8, 2022, a federal jury convicted Reffitt on five counts.[53] (#_ftn53). Reffitt will be sentenced on June 8, 2022. He could face up to 60 years in prison.[54] (#_ftn54) In addition, Robert Gieswein of Colorado, another member of the Three Percenters, was charged in late January 2021 with assaulting a federal officer with an aerosol irritant spray and baseball bat, obstructing an official proceeding, destroying government property, and trespassing.[55] (#_ftn55) Gieswein's trial was originally scheduled for February 1, 2022, although it had to be postponed due to an outbreak of COVID-19 at the jail where he is being held. The jury selection for his trial is set to begin on April 28.[56] (#_ftn56) On June 10, 2021, federal prosecutors filed a conspiracy indictment against six men affiliated with the Three Percenters. The prosecutors reported that the six accused men communicated via text, Facebook, and the chatting app, Telegram, to attend the January 6 protests and be "ready and willing to fight."[57] (#_ftn57)

The insurrection divided the Three Percenter organization, and several chapters sought to distance themselves from the violence. The Three Percenter's "National Council," which allegedly "oversaw the group," was dissolved in February 2021, writing in a statement that "the DC riots and Capitol breach has hurt the patriot movement drastically and as a result brought an end to our organization."[58] (#_ftn58) The Three Percenters still maintain a national presence, though the fallout of the Capitol riot may cause additional fracturing within the movement.

[1] (#_ftnref1) Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Anthony Shafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada (https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada) .; Wyler,

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

s://www.vice.com/en/article/dpwykw/an-armed-
ff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias) .;
*ontline.* May 16, 2017.
unkerville/) .

9, 2021.
-r·u (https://www.npr.org/2021/04/19/988876722/capitol-police-officer-

*y.* April 7, 2021.
8040002/

https://www.reuters.com/world/us/officer-who-responded-
e-by-suicide-2021-08-02/) .

[5] (#_ftnref5) Schmidt, Michael S. and Luke Broadwater. "Officers' Injuries, Including Concussions, Show Scope of Violence at Capitol Riot." *The New York Times.* February 11, 2021. https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html (https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html) .; McEvoy, Jemima. "Woman Possibly 'Crushed To Death': These Are The Five People Who Died Amid Pro-Trump Riots." Forbes. January 8, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c (https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c) .

[6] (#_ftnref6) "Michael Brian Vanderboegh." *Southern Poverty Law Center.* N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0) .

[7] (#_ftnref7) Three Percenters." *Anti-Defamation League*. N.d.

https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[8] (#_ftnref8) Stall, Hampton et al. "Right-Wing Militia Groups & the US Election." ACLED. October 23, 2020. https://acleddata.com/2020/10/21/standing-by-militias-election/ (https://acleddata.com/2020/10/21/standing-by-militias-election/) .; "Antigovernment Movement." *Southern Poverty Law Center.* 2020. https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment) .

[9] (#_ftnref9) "Michael Brian Vanderboegh." *Southern Poverty Law Center.* N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0) .; "Three Percenters." *Anti-Defamation League.* N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[10] (#_ftnref10) "Three Percenters." *Anti-Defamation League.* N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[11] (#_ftnref11) Perliger, Arie. *American Zealots: Inside Right-Wing Domestic Terrorism*. Columbia University Press, New York: 2020.; "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/glossary-terms/three-percenters (https://www.adl.org/resources/glossary-terms/three-percenters) .

[12] (#_ftnref12) Vanderboegh, Mike. "A Brief Three Percent Catechism – A discipline not for the faint-hearted." *Sipsey Street Irregulars*. June 29, 2014. http://sipseystreetirregulars.blogspot.com/2014/06/a-brief-three-percent-catechism.html (http://sipseystreetirregulars.blogspot.com/2014/06/a-brief-three-percent-catechism.html) .

[13] (#_ftnref13) "Three Percenters." *Anti-Defamation League.* N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .



Stanford University

A program of the **Center for International Security and Cooperation (CISAC)**, CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

ment. The organization has two tiers of members: "full membership; others must join as associate members.

emist-files/individual/michael-brian-vanderbegh-0
ne Three Percenters: A Look Inside an Anti-Government
25-Three-Percenter-PR-NISAP-1.pdf

emist-files/individual/michael-brian-vanderbegh-0
nspired Georgia terrorism suspects." *Los Angeles Times*.
/jacketcopy/2011/11/online-novel-inspired-georgia-terrorism-suspects.html) .

[18] (#_ftnref18) Rhett Miller, Joshua. "Author of Novel Cited by Georgia Militia Suspects Says His Work Was Misinterpreted." *Fox News*. November 29, 2015. https://www.foxnews.com/us/author-of-novel-cited-by-georgia-militia-suspects-says-his-work-was-misinterpreted (https://www.foxnews.com/us/author-of-novel-cited-by-georgia-militia-suspects-says-his-work-was-misinterpreted) .

[19] (#_ftnref19) Conte, Michaelangelo. "Jersey City police brass identify a pro-militia clique in the department and say they've been stopped." *The Jersey Journal*. April 29, 2013. https://www.nj.com/jjournal-news/2013/04/jersey_city_police_brass_ident... (https://www.nj.com/jjournal-news/2013/04/jersey_city_police_brass_ident.html) .

[20] (#_ftnref20) Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Anthony Shafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada (https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada) .

[21] (#_ftnref21) Wyler, Grace. "The Bundy Ranch Standoff Was Only the Beginning for America's Right-Wing Militias." *VICE News*. April 16, 2014. https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias (https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias/) .; Childress, Sarah. "The Battle Over Bunkerville: The Bundys, the Federal Government and the New Militia Movement." *PBS Frontline*. May 16, 2017. https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/ (https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/) . For more information on the Bundy Ranch Standoff and the role of the Oath Keepers, see the Mapping Militants Project's profile on the Oath Keepers, accessible at https://cisac.fsi.stanford.edu/mappingmilitants/profiles/oath-keepers (https://cisac.fsi.stanford.edu/mappingmilitants/profiles/oath-keepers) .

[22] (#_ftnref22) Allam, Hannah. "Militia Leader Known As The 'Bundy Ranch Sniper' Seeks A New Title: State Senator." *NPR*. October 22, 2020. https://www.npr.org/2020/10/22/926279072/militia-leader-known-as-the-bundy-ranch-sniper-seeks-a-new-title-senator (https://www.npr.org/2020/10/22/926279072/militia-leader-known-as-the-bundy-ranch-sniper-seeks-a-new-title-senator/) .

[23] (#_ftnref23) Barrouquere, Brett. "3 Members of a Kansas Militia Once Plotted To Bomb a Mosque, Now Are Going to Prison." *Southern Poverty Law Center*. January 25, 2019. https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison (https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison) .; Piggott, Stephen. "Men Arrested in Plot to Bomb Kansas Apartment Complex, Mosque Following Presidential Election." *Southern Poverty Law Center*. October 14, 2016. https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election (https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election) .; "Revisiting GSFIII: 'Civil disobedience,' anti-abortion activism, and splinters new and old." *Militia Watch*. June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .

[24] (#_ftnref24) Teague, Matthew. "Armed '3%' militia fights against proposed mosque in tiny Georgia town." *The Guardian*. October 13, 2016. https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville (https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville) .;

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

://militia.watch/read/gsfiii-civdis-schism/

August 14, 2017.
/oklahoma-van-bomb-domestic-terrorism.html).; "Jury convicted

tps://revealnews.org/blog/hate-report-get-to-know-the-

" Haaretz. August 16, 2017. https://www.haaretz.com/us-
om/us-news/.premium-why-anti-government-militias-are-suddenly-

https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[29] (#_ftnref29) "Armed militia at peaceful Missouri protests raises concerns." *KY3.* September 2, 2017. https://www.ky3.com/content/news/Armed-militia-at-peaceful-Missouri-protests-raises-concerns-442549833.html (https://www.ky3.com/content/news/Armed-militia-at-peaceful-Missouri-protests-raises-concerns-442549833.html).

[30] (#_ftnref30) Kozlowska, Hanna. "Who were the armed, camouflaged men in Charlottesville who have nothing to do with the military?" *Quartz.* August 15, 2017. https://qz.com/1053604/who-were-the-armed-camouflaged-men-in-charlottesville-who-have-nothing-to-do-with-the-military/ (https://qz.com/1053604/who-were-the-armed-camouflaged-men-in-charlottesville-who-have-nothing-to-do-with-the-military/).; McKenzie, Bryan. "Militia member speaks about group's role at rally." *The Daily Progress.* https://dailyprogress.com/news/local/militia-member-speaks-about-group-s-role-at-rally/article_e6765d00-85f9-11e7-82cf-3baf6f9c497a.html (https://dailyprogress.com/news/local/militia-member-speaks-about-group-s-role-at-rally/article_e6765d00-85f9-11e7-82cf-3baf6f9c497a.html).

[31] (#_ftnref31) Boothe, Daniel. "Pro-Trump rally draws militia to Calder Plaza." *WGVU News.* March 4, 2017. https://www.wgvunews.org/post/pro-trump-rally-draws-militia-calder-plaza (https://www.wgvunews.org/post/pro-trump-rally-draws-militia-calder-plaza).; Shen-Berro, Julian. "Oregon Paramilitary Group Pledges To Defend GOP Climate Bill Opponents In Hiding." *HuffPost.* June 25, 2019. https://www.huffpost.com/entry/three-percenters-oregon-senate_n_5d0d08a5e4b0a3941861ee1a (https://www.huffpost.com/entry/three-percenters-oregon-senate_n_5d0d08a5e4b0a3941861ee1a).

[32] (#_ftnref32) Jackson, Kyeland. "Protesters Rally in Louisville, Demanding McConnell Remove Trump From Office." *89.3 WFPL.* December 17, 2019. https://wfpl.org/protesters-rally-in-louisville-demanding-mcconnell-remove-trump-from-office/ (https://wfpl.org/protesters-rally-in-louisville-demanding-mcconnell-remove-trump-from-office/).

[33] (#_ftnref33) Beutel, Alejandro J and Daryl Johnson. "The Three Percenters: A Look Inside an Anti-Government Militia." *Newlines Institute for Strategy and Policy.* February 2021. https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf (https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf).; Teague, Matthew. "Armed '3%' militia fights against proposed mosque in tiny Georgia town." *The Guardian.* October 13, 2016. https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville (https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville/).

[34] (#_ftnref34) Krause, Kevin. "Feds are looking for militia man with 'violent tendencies' who mounted armed patrol on South Texas border." *The Dallas Morning News.* August 9, 2019. https://www.dallasnews.com/news/crime/2019/08/09/feds-are-looking-for-militia-man-with-violent-tendencies-who-mounted-armed-patrols-on-south-texas-border/ (https://www.dallasnews.com/news/crime/2019/08/09/feds-are-looking-for-militia-man-with-violent-tendencies-who-mounted-armed-patrols-on-south-texas-border/).; Feldbab-Brown, Vanda and Elisa Norio. "What border vigilantes taught US right-wing armed groups." *The Brookings Institution.* March 12, 2021. https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/ (https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/).

[35] (#_ftnref35) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).; Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat.* August 25, 2019. https://triad-

Stanford University

Stanford | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

es-national-leader-reorganizes-new-name/) .

https://militia.watch/read/percent-of-a-percent/

6, 2019.
w.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-

20, 2020. https://www.adl.org/blog/extremists-involved-
onavirus-restrictions) .

rally." *CNN.* May 25, 2020.
ntucky-governor-andy-beshear-effigy/index.html) .; Stracqualursi,
0. https://www.cnn.com/2020/05/25/us/kentucky-

[40] (# ftnref40) Kenning, Chris et al. "Opposing armed militias converge in Louisville, escalating tensions but avoiding violence." *Louisville Courier Journal.* July 25, 2020. https://www.courier-journal.com/story/news/local/2020/07/25/louisville-protests-nfac-three-percenters-expected-demonstrate/3288198001/ (https://www.courier-journal.com/story/news/local/2020/07/25/louisville-protests-nfac-three-percenters-expected-demonstrate/3288198001/) .

[41] (# ftnref41) Boone, Christian, Chris Joyner, and Janel Davis. "Trump supporters rally at Georgia Capitol, elsewhere in Atlanta." *The Atlanta-Journal Constitution.* November 7, 2020. https://www.ajc.com/politics/election/trump-supporters-rally-at-georgia-capitol-elsewhere-in-atlanta/V4LEZAEPDJEAJMNYX5UTDTLCNQ/ (https://www.ajc.com/politics/election/trump-supporters-rally-at-georgia-capitol-elsewhere-in-atlanta/V4LEZAEPDJEAJMNYX5UTDTLCNQ/) .; "Antigovernment Movement." *Southern Poverty Law Center.* N.d. https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment) .; "SPLC Action." *Southern Poverty Law Center.* May 26, 2021. https://www.splcactionfund.org/sites/default/files/final%20SPLC%20Action%20Fund%20statement%20House%20Oversight%20Civil%20Rights%20and%20Civil%20Liberties%20Rise%20o (https://www.splcactionfund.org/sites/default/files/final%20SPLC%20Action%20Fund%20statement%20House%20Oversight%20Civil%20Rights%20and%20Civil%20Liberties%20Rise%20of%20Militia%20Extremism.pdf) .

[42] (# ftnref42) Joyner, Chris. "Georgia at high risk of militia threat around elections, new report says." *The Atlanta Journal-Constitution.* October 22, 2020. https://www.ajc.com/news/georgia-at-high-risk-of-militia-threat-around-elections-new-report-says/5ZWUJWXY35DMXHCCEN735CSPFY/ (https://www.ajc.com/news/georgia-at-high-risk-of-militia-threat-around-elections-new-report-says/5ZWUJWXY35DMXHCCEN735CSPFY/) .

[43] (# ftnref43) "Three Percenters." *Anti-Defamation League.* N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .; "Standing By: Right-Wing Militia Groups & the US Election." *Armed Conflict Location & Event Data Project.* October 2020. https://acleddata.com/acleddatanew/wp-content/uploads/2020/10/ACLEDMilitiaWatch_StandingByMilitiaGroups_2020Web.pdf (https://acleddata.com/acleddatanew/wp-content/uploads/2020/10/ACLEDMilitiaWatch_StandingByMilitiaGroups_2020Web.pdf) .

[44] (# ftnref44) Valentino-DeVries, Jennifer, Denise Lu, Eleanor Lutz, and Alex Leeds Matthews. "A Small Group of Militants' Outsize Role in the Capitol Attack." *The New York Times.* February 21, 2021. https://www.nytimes.com/interactive/2021/02/21/us/capitol-riot-attack-militants.html (https://www.nytimes.com/interactive/2021/02/21/us/capitol-riot-attack-militants.html) .

[45] (# ftnref45) Liu, Diana. "Who are these militia seen charging up the steps during the US Capitol siege?" *The Observers.* January 12, 2021. https://observers.france24.com/en/americas/20210112-us-militia-oath-keepers-three-percenters-capitol-assault (https://observers.france24.com/en/americas/20210112-us-militia-oath-keepers-three-percenters-capitol-assault) .

[46] (# ftnref46) Hsu, Spencer S., Peter Hermann, and Emily Davies. "Two arrested in assault on police officer Brian D. Sicknick, who died after Jan. 6 Capitol riot." *The Washington Post.* March 15, 2021. https://www.washingtonpost.com/local/legal-issues/two-arrested-in-assault-on-police-officer-brian-d-sicknick-who-died-after-jan-6-capitol-



Stanford University

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

in-assault-on-police-officer-brian-d-sicknick-who-died-after-jan-6-

at Capitol Riot." *The New York Times.* February 11, 2021.
/politics/capitol-riot-police-officer-injuries.html) .; Wise, Alana.
.org/2021/04/19/988876722/capitol-police-officer-brian-
-of-natural-causes-medical-examiner-ru) .

*day.* April 7, 2021.
8040002/

Riots." Forbes. January 8, 2021.
ho-died-amid-pro-trump-riots/?sh=64f9e77d737c
/?sh=64f9e77d737c) .

[50] (#_ftnref50) Lambe, Jerry. "'Wait for the 6th When We Are All in DC to Insurrection': New Communications Indicate Coordination Between Oath Keepers, Proud Boys, and Three-Percenters." March 24, 2021. https://lawandcrime.com/u-s-capitol-siege/wait-for-the-6th-when-we-are-all-in-dc-to-insurrection-new-communications-indicate-coordination-between-oath-keepers-proud-boys-and-three-percenters/ (https://lawandcrime.com/u-s-capitol-siege/wait-for-the-6th-when-we-are-all-in-dc-to-insurrection-new-communications-indicate-coordination-between-oath-keepers-proud-boys-and-three-percenters/) .

[51] (#_ftnref51) Barrett, Devlin and Spencer S. Hsu. "FBI probes possible connections between extremist groups at heart of Capitol violence." *The Washington Post.* January 18, 2021. https://www.washingtonpost.com/national-security/oath-keeper-three-percenter-arrests/2021/01/17/27e726f2-5847-11eb-a08b-f1381ef3d207_story.html (https://www.washingtonpost.com/national-security/oath-keeper-three-percenter-arrests/2021/01/17/27e726f2-5847-11eb-a08b-f1381ef3d207_story.html) .

[52] (#_ftnref52) Diaz, Jaclyn and Rachel Treisman. "Members of Right-Wing Militias, Extremist Groups are Latest Charged in Capitol Siege." *NPR.* January 19, 2021. https://www.npr.org/sections/insurrection-at-the-capitol/2021/01/19/958240531/members-of-right-wing-militias-extremist-groups-are-latest-charged-in-capitol-si (https://www.npr.org/sections/insurrection-at-the-capitol/2021/01/19/958240531/members-of-right-wing-militias-extremist-groups-are-latest-charged-in-capitol-si) .; Cheney, Kyle. "Capitol rioter boasted he could access powerful weapons to 'take back' country, prosecutors say." *Politico.* March 13, 2021. https://www.politico.com/news/2021/03/13/capitol-rioter-weapons-475744 (https://www.politico.com/news/2021/03/13/capitol-rioter-weapons-475744) .; Hill, Clara. "'Three Percenter' first to be federally charged with transporting firearm for unlawful use in Capitol riot." *Independent.* June 18, 2021. https://www.independent.co.uk/news/world/americas/crime/capitol-riot-trump-firearms-violation-b1868431.html (https://www.independent.co.uk/news/world/americas/crime/capitol-riot-trump-firearms-violation-b1868431.html) .

[53] (#_ftnref53) Feuer, Alan. "Texas Man Convicted in First Jan. 6 Trial." *The New York Times.* March 8, 2022. https://www.nytimes.com/2022/03/08/us/politics/guy-reffitt-jan-6-trial… (https://www.nytimes.com/2022/03/08/us/politics/guy-reffitt-jan-6-trial.html) .

[54] (#_ftnref54) Legare, Robert. "Guy Reffitt, first January 6 defendant to stand trial, found guilty on all charges." *CBS News.* March 9, 2022. https://www.cbsnews.com/news/guy-reffitt-january-6-capitol-riot-guilty/ (https://www.cbsnews.com/news/guy-reffitt-january-6-capitol-riot-guilty/) .

[55] (#_ftnref55) Oravetz, Janet. "Woodland Park man indicted on 6 counts related to Capitol riot appears in court Friday." *9News Denver.* January 28, 2021. https://www.9news.com/article/news/crime/robert-geiswein-indicted-capitol-riots/73-8d2fa5d8-100b-493b-bd8f-9a9a17a6602b (https://www.9news.com/article/news/crime/robert-geiswein-indicted-capitol-riots/73-8d2fa5d8-100b-493b-bd8f-9a9a17a6602b) .; "Robert Gieswein – Indictment – Department of Justice." *Department of Justice.* January 27, 2021. https://www.justice.gov/opa/page/file/1361206/download (https://www.justice.gov/opa/page/file/1361206/download) .

[56] (#_ftnref56) Sarakshi, Rai. "Colorado man accused in Capitol riot has trial delayed after DC Jail goes into COVID-19 lockdown." *The Hill.* January 20, 2022. https://thehill.com/regulation/court-battles/590662-jan-6-accused-trial… (https://thehill.com/regulation/court-battles/590662-jan-6-accused-trial-delayed-after-dc-jail-goes-into-covid-lockdown) .

Stanford University

**Stanford** | Center for International
Security and Cooperation
*Freeman Spogli Institute*

A program of the **Center for International Security and Cooperation (CISAC)**, CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

pitol Riot." *The New York Times.* June 10, 2021.
s/three-percenter-capitol-riot.html) .

Them." *Newsweek*. March 16, 2021.
76663 (https://www.newsweek.com/capitol-rioter-guy-reffitt-denied-
lf Because of the Capitol Riots." *Vice.* February 26, 2021.
://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-

| LEADERSHIP | ⌄ |
|---|---|

| Leadership | ✓ |
|---|---|
| Name Changes | |
| Size Estimates | |
| Resources | |
| Geographic Locations | |

tiers. Generally, leaders name themselves with military titles.[4] (#_ftn4) The main leader of the group is given the designation of "General," though lower ranks do not seem to represent an official chain of command. The groups also refer to one another with "callsigns," or codenames, to disguise their identity online or over radio-comms. For example, Chris Hill, the leader of the III% Security Force, one of the splinter groups of the Three Percenters, refers to himself as "General Bloodagent."[5] (#_ftn5)

The Three Percenter label refers to a broad collection of splintered chapters, which include the III% Security Force, the American Constitutional Elite III%, the III% United Patriots, the American Patriots the III%, the We the People III%, the III% Nation (III%N), the American Patriots the III%, the III% Republic (III%R), the III% Originals (III%O), and more.[6] (#_ftn6) The organization is particularly prone to internal upheaval, and there are continual changes in leadership. The following section outlines the most important founders and leaders within the movement.

**Michael Vanderboegh (2008-2016):** The Three Percenters were founded by Michael (Mike) Vanderboegh in 2008 following the rise of the Tea Party nationalism movement in the United States and the election of President Barack Obama.[7] (#_ftn7) Vanderboegh was previously a member of the 1990s Patriot militia movement and of the Sons of Liberty militia in Alabama before leading the Alabama Cavalry Regiment Constitutional Militia. In the 2000s, Vanderboegh also affiliated with an anti-immigrant group known as the Alabama Minuteman Support Team.[8]



Stanford University

**Center for International Security and Cooperation**
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**, CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

a groups. On the blog, Vanderboegh announced the formation nd Amendment movement.[9] (# ftn9) He claimed that the Three up at the passage of the next gun control act." Vanderboegh d to kill "in the defense of ourselves and the Constitution."[10] ic offices during the passing of a health care reform bill in 2010. ship position or membership within the organization. In 2016, reet Irregulars blog continue to permeate the Three Percenter

rgest faction of the loose-knit Three Percenter movement.[13] chapters nationally. As of 2011, reports indicated that Hill was any Three Percenter rallies and training sessions. To publicize vities and events. Hill has encouraged open discussions about the Three Percenters with media sources and even starred in a *Vice* documentary film in 2017.[14] (# ftn14) However, since 2016, there has been internal pushback against Hill's influence in the organization. In 2018, another branch of the Three Percenter movement, the III% Originals, released a statement in which they condemned Chris Hill as Islamophobic and an "anti-government extremist."[15] (# ftn15) In 2019, III%SF members publicly denounced Hill for abuses and aggressive behavior. After a leaked audio exchange in which Hill discussed killing and raping a member of the militia movement, the Security Force began to disintegrate.[16] (# ftn16) Six out of the nine chapters that Hill led ultimately defected from him and aligned with Skylar Steward, the leader of the III%SF Ohio. Steward and the six new chapters subsequently formed the American Constitutional Elites III% (A.C.E. III%).[17] (# ftn17)

**Skylar Steward: (Unknown-present):** Skylar Steward, also known as "Skydog," has led the Ohio III%SF for several years.[18] (# ftn18) Following the internal III%er schism in September 2019, Steward inherited more than six of the nine III% Security Force chapters and formed the American Constitutional Elites (A.C.E.) III%.[19] (# ftn19) Steward also mended ties with Chris Hill's adversary, James Stachowiak, also known as "Johnny Infidel."[20] (# ftn20) Steward left his leadership position in the A.C.E. III% to continue developing his new organization, the Ohio Patriots III%.[21] (# ftn21) Steward has insisted that he is not Islamophobic or racist, despite having equated antifa and Black Lives Matter with white supremacist groups like the Ku Klux Klan.[22] (# ftn22) Steward was also actively involved in III%er anti-abortion activism after 2019 and armed rallies against Black Lives Matter protests after 2020.[23] (# ftn23)

**Other Prominent Leaders: (Unknown-present)**: One of the larger collections of Three Percenter chapters outside of the Security Force III% is the III% United Patriots, headquartered in Colorado. Ex-Marine **Tim Delpiero** is a prominent leader of the III% United Patriots. As of 2016, Delpiero led a III% United Force quick-response force known as the "Ghost of our Forefathers."[24] (# ftn24) The American Patriots III% has considerable overlap with the III% United Patriots and was founded by **Scott Seddon**.[25] (# ftn25) The III% Originals, known for its criticism of Chris Hill, is partially led by **Kaleb Hill**, an infantry combat veteran.[26] (# ftn26) Other prominent leaders include **Eric Parker**, who founded the Real 3% of Idaho, and **Matt Marshall**, the founder and leader of the Washington Three Percent.[27] (# ftn27)

[1] (# ftnref1) "The Three Percenters: Framework of Freedom, A guide to being a Three Percenter." October 14, 2016. http://anyflip.com/lfui/enst/basic (http://anyflip.com/lfui/enst/basic/).

[2] (# ftnref2) Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters/).

[3] (# ftnref3) Owen, Tess. "This Three Percenter Militia Group Just Cancelled Itself Because of the Capitol Riots." *Vice.* February 26, 2021. https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots (https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots/).

[4] (# ftnref4) Hampton, Stall. "GSFIII, Resistance, and Elections 2016." *Medium.* November 6, 2016. https://medium.com/militiawatch/gsfiii-resistance-and-elections-2016-645f088b6257 (https://medium.com/militiawatch/gsfiii-resistance-and-elections-2016-645f088b6257/).

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

). https://militia.watch/read/percent-of-a-percent/

data.com/2020/10/21/standing-by-militias-election/

0. https://www.splcenter.org/fighting-hate/extremist-
y/antigovernment).

tremist-files/individual/michael-brian-vanderboegh-0
oegh-0).

tremist-files/individual/michael-brian-vanderboegh-0
oegh-0).

rsity. 2016. https://wayback.archive-
it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/ (https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/).

[10] (#_ftnref10) Vandeboegh, Mike. "Spisey Street Irregulars Blog." June 29, 2014.

[11] (#_ftnref11) Thomas, Judy. "Only a Matter of Time?" *The Kansas City Star.* 2015. https://www.kansascity.com/news/special-reports/domestic-terrorism/article19374360.html (https://www.kansascity.com/news/special-reports/domestic-terrorism/article19374360.html). ;

Vandeboegh, Mike. "Sipsey Street Irregulars Blog." Mike Vandeboegh Archives. Brown University. 2016. https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/ (https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/);

Thomas, Judy. "Longtime militia and 'Patriot' leader Mike Vanderboegh dies at 64." *The Kansas City Star.* August 10, 2016. https://www.kansascity.com/news/politics-government/article94813217.html (https://www.kansascity.com/news/politics-government/article94813217.html).

[12] (#_ftnref12) Morlin, Bill. "Long-time Militia Leader Mike Vanderboegh Has Died." *Southern Poverty Law Center.* August 10, 2016. https://www.splcenter.org/hatewatch/2016/08/10/long-time-militia-leader-mike-vanderboegh-has-died (https://www.splcenter.org/hatewatch/2016/08/10/long-time-militia-leader-mike-vanderboegh-has-died).

[13] (#_ftnref13) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).

[14] (#_ftnref14) "Inside America's Largest Right Wing Militia." *Vice* (Hysteria S1: E5). October 18, 2017. https://www.youtube.com/watch?v=j7rJstUseKg&t=121s (https://www.youtube.com/watch?v=j7rJstUseKg&t=121s).

[15] (#_ftnref15) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/). ; Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat.* August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-under-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-under-new-name/).

[16] (#_ftnref16) "Percent of a Percent: Assessing the transformation of a fractured III%." *Militia Watch.* September 11, 2020. https://militia.watch/read/percent-of-a-percent/ (https://militia.watch/read/percent-of-a-percent/).

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

2019. https://www.splcenter.org/hatewatch/2019/09/06/three-
nt-security-forces-split-highlights-plague-infighting/).

ugust 25, 2019. https://triad-city-beat.com/iii-security-force-
ional-leader-reorganizes-new-name/).

2019. https://www.splcenter.org/hatewatch/2019/09/06/three-
nt-security-forces-split-highlights-plague-infighting/).

2019. https://www.splcenter.org/hatewatch/2019/09/06/three-
nt-security-forces-split-highlights-plague-infighting/).

20. https://militia.watch/read/percent-of-a-percent/

[22] (#_ftnref22) Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat.* August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/).

[23] (#_ftnref23) Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).

[24] (#_ftnref24) Crump, John. "Ghost Of Our Forefathers – Quick Response Forces, Interview." *Ammoland.* July 6, 2016. https://www.ammoland.com/2016/07/ghost-of-our-forefathers/#axzz6y0O8gdZb (https://www.ammoland.com/2016/07/ghost-of-our-forefathers/#axzz6y0O8gdZb).

[25] (#_ftnref25) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).

[26] (#_ftnref26) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).; Crump, John. "We Interview The Three Percenters' Leaders on Bogus ALT Right Claims." *AmmoLand.* December 21, 2016. https://www.ammoland.com/2016/12/interview-three-percenters-leaders/#axzz728KbjUlZ (https://www.ammoland.com/2016/12/interview-three-percenters-leaders/#axzz728KbjUlZ).

[27] (#_ftnref27) Valentine, Eric. "The Evolution of Eric Parker." *Wood River Weekly.* June 24, 2020. https://woodriverweekly.com/index.php/2020/06/24/the-evolution-of-eric-parker/ (https://woodriverweekly.com/index.php/2020/06/24/the-evolution-of-eric-parker/).; Needles, Allison. "Eatonville school board founder of group 'with history of violence' activists say." *The News Tribune.* June 27, 2019. https://www.thenewstribune.com/news/local/article231976082.html (https://www.thenewstribune.com/news/local/article231976082.html).

# Strategy

Ideology, Aims, Political Activities, Targets and Tactics

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

s to those American revolutionaries, fighting not against the

On their website, Three Percenters claim that they are "not a militia" and "not antigovernment." They group's goal is "to reign [*sic*] in an overreaching government and push back against tyranny."[4] (# ftn4) The Three Percenters are also committed to protecting gun rights and opposing gun control laws.[5] (# ftn5) Despite their rejection of the antigovernment label, much of Three Percenter ideology draws on the anti-government ideas of the 1990s militia movement. This movement was driven by a belief in the conspiracy of the "New World Order" (NWO), which holds that the government is secretly a socialist coalition of leaders attempting to strip Americans of their rights and make them slaves to a tyrannical government. The Three Percenter concept can be understood as a simplification of the NWO theory, which is harder to sell to a mainstream audience than a tale of patriotism about a small minority of Americans.[6] (# ftn6) The *Anti-Defamation League* has described the concept as "the most powerful marketing tool for the militia movement in its history."[7] (# ftn7)

The Three Percenters do not officially adhere to racist ideologies. Three Percenters' founder Michael Vanderboegh declared that he "fought white supremacists and neo-Nazis all [his] life."[8] (# ftn8) Nonetheless, the group has exhibited significant hostility towards Muslims and immigrants. Facebook forums and posts created by group members are often blatantly Islamophobic, and many Three Percenter leaders have been recorded making anti-Muslim statements.[9] (# ftn9) For example, Chris Hill, the leader of the III% Security Force, claimed in a video posted to Facebook in 2019 that Muslims "want to fucking destroy us and our way of life."[10] (# ftn10) Other Three Percenters have focused on immigrants, joining anti-immigrant extremists in vigilante border patrols along the U.S.-Mexico border.[11] (# ftn11)

---

[1] (# ftnref1) Hafner, Josh. "Three Percenters: What is the gun-toting group? And what do its supporters want?" *USA Today*. March 1, 2018. https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want/385463002/ (https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want/385463002/) .; "Three Percenters." *Anti-Defamation League*. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[2] (# ftnref2) Tures, John A. "More Americans Fought in the American Revolution Than We Thought." *Observer*. July 3, 2017. https://observer.com/2017/07/soldiers-militia-american-revolution/ (https://observer.com/2017/07/soldiers-militia-american-revolution/)

[3] (# ftnref3) Perliger, Arie. *American Zealots: Inside Right-Wing Domestic Terrorism*. Columbia University Press, New York: 2020.; "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/glossary-terms/three-percenters (https://www.adl.org/resources/glossary-terms/three-percenters) .

[4] (# ftnref4) Hafner, Josh. "Three Percenters: What is the gun-toting group? And what do its supporters want?" *USA Today*. March 1, 2018. https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-

Stanford University

**Stanford** | Center for International Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

*eal News*. March 16, 2018. https://revealnews.org/blog/hate-
-the-three-percenters/).

ers (https://www.adl.org/resources/backgrounders/three-percenters).

ers (https://www.adl.org/resources/backgrounders/three-percenters).

tia-movement-2020 (https://www.adl.org/resources/backgrounders/the-

fice." *The Kansas City Star*. October 15, 2015.
ws/politics-government/article39322989.html).

15, 2019. https://militia.watch/read/gsfiii-civdis-schism/

[10] (#_ftnref10) Green, Jordan. "First responders and public safety personnel joined militia Facebook group." *Triad City Beat*. October 2, 2019. https://triad-city-beat.com/first-responders-public-safety-personnel-joined-militia-facebook/ (https://triad-city-beat.com/first-responders-public-safety-personnel-joined-militia-facebook/).

[11] (#_ftnref11) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).
Feldbab-Brown, Vanda and Elisa Norio. "What border vigilantes taught US right-wing armed groups." *The Brookings Institution*. March 12, 2021. https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/ (https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/).

# Major Attacks

**Disclaimer:** This list includes instances in which the militant group engaged in or threatened violence. It is not a comprehensive listing but captures some of the most notable examples of participation in violent events.

**April 2014:** Members of the Three Percenters, including Eric Parker, the leader of the Idaho III%ers, joined far-right groups from across the nation in Bunkerville, Nevada, to participate in an armed standoff between the U.S. Bureau of Land Management and Cliven Bundy, a rancher who refused to pay federal grazing fees. They successfully prevented the confiscation of rancher Cliven Bundy's cattle. This operation – one of the organization's first – helped the Three Percenters gain national attention.[1] (#_ftn1) (0 killed, 0 wounded)

**April 2015:** In April 2015, Eric Parker and other Three Percenter members were involved in an armed standoff between miners and the Bureau of Land Management in Grants Pass Oregon.[2] (#_ftn2) (0 killed, 0 wounded)

**August 2015:** Eric Parker and other Three Percenter members took part in a protest in Lincoln, Montana, where they again supported miners banned from working on federal land. Parker allegedly set up an armed checkpoint on public lands to prevent U.S. Forest Service agents from taking any regulatory action against the White Hope mine.[3] (#_ftn3) (0 killed, 0 wounded)



Stanford University

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

plotting to bomb a mosque and an apartment building
years in prison.[4] (0 killed, 0 wounded)

Fighters Militia, bombed a mosque, the Dar Al-Farooq
three men were arrested in March 2018 and were
s of 35 years in prison.[5] (0 killed, 0 wounded)

ng to bomb a bank in Oklahoma City. The attempted
nst to Varnell, the bombs were fake, supplied by an
g) (0 killed, 0 wounded)

uding the Oath Keepers, Proud Boys, and QAnon
ring the insurrection, Brian Sicknick, died of natural
s shot by Capitol Police, two died of natural causes and
rioters remains unknown. Four police officers who
responded to the attack died by suicide within seven months.[9] (5 killed, about 140 wounded)[10]

[1] Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Anthony Shafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada (https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada) .; Wyler, Grace. "The Bundy Ranch Standoff Was Only the Beginning for America's Right-Wing Militias." *VICE News*. April 16, 2014. https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias (https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias) .; Childress, Sarah. "The Battle Over Bunkerville: The Bundys, the Federal Government and the New Militia Movement." *PBS Frontline.* May 16, 2017. https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/ (https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/) .;

[2] "Live updates: Bundy Ranch Trial." *Southern Poverty Law Center*. January 8, 2018. https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial (https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial) .; Sowell, John. "Four Idahoans among 14 newly indicted in 2014 Bundy Ranch standoff." March 3, 2016. https://www.idahostatesman.com/news/local/crime/article63878682.html (https://www.idahostatesman.com/news/local/crime/article63878682.html) .; Wiles, Tay. "Sugar Pine Mine, the other standoff." *High Country News*. February 2, 2016. https://www.hcn.org/issues/48.2/showdown-at-sugar-pine-mine (https://www.hcn.org/issues/48.2/showdown-at-sugar-pine-mine) .

[3] "Live updates: Bundy Ranch Trial." *Southern Poverty Law Center*. January 8, 2018. https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial (https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial) .; Sowell, John. "Four Idahoans among 14 newly indicted in 2014 Bundy Ranch standoff." March 3, 2016. https://www.idahostatesman.com/news/local/crime/article63878682.html (https://www.idahostatesman.com/news/local/crime/article63878682.html) ..

[4] Barrouquere, Brett. "3 Members of a Kansas Militia Once Plotted To Bomb a Mosque, Now Are Going to Prison." *Southern Poverty Law Center*. January 25, 2019. https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison (https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison) .; Piggott, Stephen. "3 Men Arrested in Plot to Bomb Kansas Apartment Complex, Mosque Following Presidential Election." *Southern Poverty Law Center*. October 14, 2016. https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election (https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election) .

[5] U.S. Department of Justice. "Two Illinois Men Plead Guilty to Bombing of Islamic Center." January 24, 2019. https://www.justice.gov/usao-mn/pr/two-illinois-men-plead-guilty-bombing-islamic-center (https://www.justice.gov/usao-mn/pr/two-illinois-men-plead-guilty-bombing-islamic-center) .; Ibrahim, Mukhtar. "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

Levenson, Michael. "Militia Leader Is Convicted in Bombing of a Minnesota Mosque." *The New York Times*. December 9, 2020. https://www.nytimes.com/2020/12/09/us/minnesota-militia-mosque-bombing.html (https://www.nytimes.com/2020/12/09/us/minnesota-militia-mosque-bombing.html) .; Montemayor, Stephen. "Illinois militia members accused in Bloomington

Stanford University

**Stanford** | Center for International
Security and Cooperation
Freeman Spogli Institute

A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

680a4fdd85b514109b4e54ed

ugust 14, 2017.

/oklahoma-van-bomb-domestic-terrorism.html).; "Jury convicted
8684652b4e67751c6735c05 Bank Gets 25 Years in Prison." *The New York Times*. March
/oklahoma-city-bomb-sentenced.html).; Stelloh, Tim. "Man, 23,
news.com/news/us-news/man-23-charged-oklahoma-
er-domestic-terrorism-n792726).

9, 2021.

-ru (https://www.npr.org/2021/04/19/988876722/capitol-police-officer-

[8] (# ftnref8) Jansen, Bart. "Cause of death released for 4 of 5 people at Capitol riot – but not Officer Brian Sicknick." *USA Today*. April 7, 2021. https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/ (https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/).

[9] (# ftnref9) Wolfe, Jan. "Four officers who responded to U.S. Capitol attack have died by suicide." *Reuters*. August 2, 2021. https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/ (https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/).

[10] (# ftnref10) Schmidt, Michael S. and Luke Broadwater. "Officers' Injuries, Including Concussions, Show Scope of Violence at Capitol Riot." *The New York Times.* February 11, 2021. https://www.nytimes.com/2021/02/11/politics/capitol-riot-police-officer-injuries.html (https://www.nytimes.com/2021/02/11/politics/capitol-riot-police-officer-injuries.html).; McEvoy, Jemima. "Woman Possibly 'Crushed To Death': These Are The Five People Who Died Amid Pro-Trump Riots." Forbes. January 8, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c (https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c).

## Interactions

Foreign Designations and Listings, Community Relations, Relations with Other Groups, State Sponsors and External Influences

DESIGNATED/LISTED ⌄

Designated/Listed ✔

Community Relations

Stanford University



A program of the **Center for International Security and Cooperation (CISAC)**. CISAC is a research center at the **Freeman Spogli Institute for International Studies**.

Home

About

Profiles

Reports

nt extremism." *Reuters*. June 25, 2021.

https://www.reuters.com/world/americas/canada-puts-us-right-wing-three-...ity." *The Washington Post*. June 25, 2021.

...com/world/2021/06/25/canada-three-percenters-terrorist-entity/).

The project develops a series of interactive diagrams that "map" relationships among groups and show how those relationships change over time. The user can change map settings to display different features (e.g., leadership changes), adjust the time scale, and trace individual groups.

---

RETURN TO TOP OF THE PAGE (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER)



**OUR ADDRESS**

Encina Hall
616 Jane Stanford Way
Stanford University
Stanford, CA 94305-6055

**NAVIGATE**

Research
Education
Policy
People
Centers
News
Events

**FOLLOW US**

General inquiries
650-723-4581

**SUPPORT US**

Learn more about how your support makes a difference or make a gift now

MAKE A GIFT



A program of the Center for International Security and Cooperation (CISAC), CISAC is a research center at the Freeman Spogli Institute for International Studies.

Home

About

Profiles

Reports