# EXHIBIT 52



**PohlmanUSA®**
Court Reporting and Litigation Services

Robert Thatcher

December 1, 2022

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, )
MARTEL COSTELLO, and JEREMY LEVY, )
JR., on behalf of themselves and )Case No.
others similarly situated, )6:21-CV-01100
Plaintiffs, )EFM-ADM
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
__________________________________)

VIDEOTAPED DEPOSITION OF

ROBERT THATCHER

December 1, 2022

2:24 p.m.

Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

the individuals or collecting evidence or anything like that, is there ever a time that a patrol officer is asked to go out and monitor an individual or something like that and report back?

A. I guess that could be, yeah.

Q. What circumstances would that occur?

A. When you have like suspects and shootings or drive-by's and you want to focus on those suspects with car stops to see if you can get a gun recovered that might help with the investigation. That would be something or if you are expecting something to happen, like I know that we get calls sometimes from citizens saying that a particular event might be going down and they are worried and they want a police presence. So those guys will go and monitor those areas.

Q. What type of events would we be talking about here?

A. Funerals.

Q. So there are individuals that call the police department and report a funeral?

A. Uh-huh.

Q. Why -- let me rephrase. What are the circumstances at which a citizen might find it necessary for police to be at a funeral?

A. Some violence has happened in the community and someone has lost their life to that violence and it's gang-related and they are foreseeing that something could transpire at the funeral or after at the wake so we try to keep a police presence.

Q. When you say police presence at a funeral, what does a police presence mean to you?

A. To me that they know we're in the area. Kind of like you said, monitor, hope diffusing anything from happening.

Q. And what do you mean by monitor?

A. I don't know. Drive by; set off a location where you are kind of visible, so you know the police are in the area so hopefully will keep things calm when things are happening at the funeral, funeral or activity.

Q. Sorry, go ahead.

A. Funeral or activity.

Q. So it your understanding that if there's a police presence at a funeral or monitoring a funeral that that is generally the result of a citizen's request?

A. Sometimes it is, yes, sir.

Q. Are there circumstances in which

officers would be at a funeral or there's a police presence generally at the funeral and there's been no citizen request at all?

A. Yes.

Q. What are those circumstances?

A. Suspects possibly related to it, to whatever incident may be attending. I guess that would really be it, the only time.

Q. When you say there might be a suspect attending a funeral, what does that generally mean?

A. Basically you get a case and you have several people who either have been -- the streets have said they did it or Crime Stoppers said someone is involved or a citizen has said this person I think did it. So officers will go out and detectives will go out and monitor and/or see if these people attend these functions. It's basically just investigative. I mean, you are trying to solve a case and names have been brought up so you are trying to rule those names out however you have to contact them, whether it be traffic stops or whether it be calling them in for an interview. Whatever the case might be.

Q. I guess what type of intelligence are you then collecting from that funeral?

A. Sometimes you can see who is hanging out together, the types of vehicle they may be in. There's a lot you can get just from watching.

Q. Why is that important?

A. What?

Q. Why is that generally important?

A. To watch?

Q. Yes.

A. To try to verify whether or not these people do hang out together could be one. To see what they may be driving; to see who -- I guess that's kind of it. Just overall you are trying to gain intelligence to help solve an investigation.

Q. So then let me ask this. When there's a police presence at a funeral and you are gathering information, is it always related to a specific ongoing investigation?

A. Most of the time something has occurred and we're investigating what has occurred or there's tension in the community. Maybe even -- I know there's been some cases where individuals have been arrested for said crime and there's tension in the community between different groups, different gangs, and so you are watching for that to make sure no more violence happens.

Q. So to be clear, we're primarily talking about funerals of gang members. Is that a correct statement?

A. I wouldn't say like all the time. Not all the time but sometimes, yes, sir.

Q. What circumstances would a police I guess go to a funeral to gather intelligence or anything like that in which case the deceased is not a gang member?

A. Like families are feuding or the type of violence that occurred. It's hard to be specific. Sometimes when you are investigating you can tell there's either tension between groups and/or family members and like I said, sometimes people call and say hey, we're worried something might happen because of whatever they have heard so you try to do your best to be in that area or monitor in case something does happen or prevent something from happening.

Q. Do you feel that it's generally helpful then to have a visible -- in those situations where there may be some tension in the community, maybe issues between families or issues between gangs or something like that, do you feel that it's helpful to have a visible police presence in those

Q. So in your case you are in a marked car so visible it's accurate to say?

A. Yes, sir.

Q. In other cases there are police officers that are in unmarked cars?

A. There could be; yes, sir.

Q. What type of intelligence gathering is occurring during those events?

A. A lot of it in my experience is just how big the crowd is and you are just watching to make sure no one is getting into it or if an argument is breaking out. Things like that. Just kind of overseeing the crowd or the attendees there to make sure nothing is happening.

Q. What types of things would you see at these funerals that would make you have pause for concern? Like what types of things are you looking for in the idea that you might have to step in for something?

A. A lot of representation of gang paraphernalia.

Q. So if you are monitoring a funeral and you see a lot of representation of gang paraphernalia, what do you do then?

A. Just take note. It's like you said,

you are monitoring. There's a whole car load of people wearing all red from head to toe, flying colors. They are putting out that they are possibly associated with Bloods. If that car is starting to pull in or show up at a funeral that may be involved with Crips then that's something we watch to make sure they are not there to do harm. It's just monitoring and kind of keeping an eye on everybody's safety.

Q. In the monitoring aspect is anybody photographing that?

A. Not that I know of. I don't know. I never did.

Q. Okay. So if in the event, let's say same scenario, you have got a car full of people dressed in red showing up to a member of somebody who passed away that's been identified as somebody like a Crips member. That's an element of concern?

A. It could be. You just take note of it because those are sometimes rival gangs.

Q. So let's say that there's a car full of people wearing red and the deceased is a Blood, a member of the Blood gang, does anything change at that point?

A. Not really. As far as I guess what do

you mean by change?

Q. Yeah. So are you still looking for the same issues; right? I assume that if you are concerned that there might be a group of Bloods coming into a Crip funeral that you would have some concern, but if there's a group of people that have similar colors or something like that or the deceased was identified as a member of that same gang, is there that same level of concern?

A. Somewhat. It just depends on the investigation. You know, you're just overseeing for safety. You don't know who is mad at who or who may be attending these that are frustrated where something could happen.

Q. So at any event, unless there is some reason to step in, the main goal is just to monitor and log and report?

A. That's all I've been a part of.

Q. I guess what is the result of this monitoring?

A. Nothing happens at the funeral.

Q. Sorry. Let me -- maybe let me clarify. When you gather some sort of information from like a funeral or something, right, you identify certain people there. You identify people associating with

certain colors. What do you then do with that information?

A. Me, nothing.

Q. Did you do anything with it as a member of the SCAT team?

A. No. I don't know. I guess I'm having a hard time understanding how you are wanting me to answer that, I guess.

Q. I just want you to answer truthfully and tell me. This is me trying to get an idea of kind of what is happening in these scenarios. So if you do identify people at a funeral or somebody that you believe gang members or anything like that, what is the protocol or standard operating procedure from that point forward?

A. Nothing. Just take a mental note, I guess, in case you run across it again.

Q. At any point would you fill out like a TOPS card or something like that?

A. Oh, I'm sorry. We used to do those years ago if you had a contact but there's a lot of requirements. You can't just fill one out because you saw somebody wearing red.

Q. What would be instances when you would fill those out then?

A. Someone that meets certain criteria that's -- I don't know. Or they agree or maybe they want to be an informant. I mean, there's several ways you can become one. I mean, there's no like set standard.

Q. So there's no standard for what is or who is and who is not a reliable informant?

A. I don't know. Somebody could walk in and say hey, I want to give you information but I don't want to be -- I don't want my name on anything and it just depends on whether or not that information is credible, reliable or how the officers want to utilize that. I don't know. You want me to kind of swim around and stuff and I can't do that.

Q. No. So if you have an informant then it's necessary to identify whether their information is credible?

A. I guess it depends on the investigation and how you are using it.

Q. Okay. So just to make sure I'm clear, there is something that defines or suggests what a documented reliable informant is. You are just unaware of where to access that information?

A. Like right now you have got me so

confused I don't have any idea what you are talking about.

Q. Okay.

A. So --

Q. So then in the next criteria you have someone that's identified as a criminal street gang member by an informant of previously untested reliability. What is the difference between a documented reliable informant and an informant of previously untested reliability?

A. I don't know.

Q. So let's look to the next criteria then. Someone frequents a particular street gang's area. Does this mean anything to you?

A. No.

Q. None?

A. Hun-uh.

Q. Do you have -- do you know what street gang areas are in the city of Wichita?

A. I don't.

Q. Does the group define areas in Wichita as a particular criminal street gang's area?

A. I don't know.

Q. You don't know?

A. No, sir.

Q. Okay. So there's never been any discussion among you or anyone else, to you or to anyone else of what it means for someone to frequent a particular street gang's area?

A. No.

Q. So if you were out -- let's do this hypothetically or with an example.

A. Sure.

Q. If you are out, you get a case and you need to go out into the field and interview a witness. Do you know if you are in a particular street gang's area?

A. No.

Q. Would you know where to find that information?

A. An area?

Q. Yes.

A. It's the city of Wichita. It's everywhere. As far as I know there's no particular place that's like designated for people to be. So I wouldn't know. I just go to whatever address they last gave; start there.

Q. So to the best of your knowledge, you're not aware of any particular areas in Wichita that are defined by the Gang Unit as being a

particular street gang's area?

A. No.

Q. And if you wanted to find out let's say if this address were in a particular street gang's area, is there a resource you could go to to find that out?

A. I have no idea.

Q. So the next one, E, a criteria that says, "Adopt such gang's style of dress, color or use of hand signs."

A. Uh-huh.

Q. Are you familiar with what a gang style dress is?

A. Somewhat.

Q. What is that?

A. Like back in the day when I was going through some trainings it was very prominent for people to wear that paraphernalia; like a red hat with a P on it for Phillies; wearing a red shirt, red shoes, buying a red flag. It's telling you something. It's just consistent stuff that's with the Blood gang members. Same way with blue, certain types of colors. So those are examples.

Q. You said back in the day.

A. Yeah, I'm sorry.

Q. Is it different now?

A. The reason I say that is because not a lot of people deck all out like that anymore.

Q. So you have had a long law enforcement history, so when you started it was much more prominent to see people in a particular style of dress or color than it is today?

A. Yes. That's a good assessment.

Q. So do you feel that if you -- so if -- let me rephrase. If you see somebody wearing a red hat or putting a red bandana on or having a red flag or something like that, is that indicative to you of gang membership?

A. No.

Q. Not particularly?

A. No. I don't have a lot of interest in what people wear anymore. I'm getting old.

Q. So back in the day if you saw that you would assume that someone was a gang member?

A. I wouldn't assume. Just send up a note. I mean, obviously I would see a lot more than somebody wearing red clothes. I mean, what are they doing; would are they with? Is it like a group of like five people; are they throwing up hand gestures? I mean, it could be -- I mean, we