# EXHIBIT 65



# PohlmanUSA®
## Court Reporting and Litigation Services

Robert Layton

February 23, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF KANSAS
 3
 4   PROGENY, a program of           )
 5   Destination Innovations,        )
 6   Inc., CHRISTOPHER COOPER,       )
 7   ELBERT COSTELLO, MARTEL         ) Case No. 6:21-CV-
 8   COSTELLO, and JEREMY LEVY,      ) 01100-EFM-ADM
 9   JR., on behalf of themselves    )
10   and others similarly situated, )
11   Plaintiffs,                     )
12   vs                              )
13   CITY OF WICHITA, KANSAS,        )
14   Defendant.                      )
15   _____)
16                    ZOOM DEPOSITION OF
17                      ROBERT LAYTON
18                    February 23, 2023
19                       8:31 a.m.
20
21
22
23
24
25   Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

```
 1            A.    Yes.
 2            Q.    Do you have any understanding, sir, as
 3    to how the Wichita Police Department assesses
 4    admissions by people with regard to criminal street
 5    gang membership?
 6            A.    I don't have any detailed information.
 7    I believe from our meeting that we had with council
 8    member Johnson there was some reference to social
 9    media representation but that's all I really
10    remember from that meeting.
11            Q.    Do you recall specific concerns that
12    were suggested at that meeting about social media
13    representations?
14            A.    That was one way of identifying someone
15    who self-identified as a member of a gang.
16            Q.    And your understanding, sir, do you
17    know whether that would be sufficient for
18    identifying somebody as admitting to membership in
19    a criminal street gang?
20            A.    I don't know.  That would be more of a
21    legal answer.
22            Q.    Has there been any assessment, sir, by
23    your office into the standards used for assessing
24    whether somebody has admitted to membership in a
25    criminal street gang?
```