# EXHIBIT 69



# PohlmanUSA®
## Court Reporting and Litigation Services

Brandon J. Johnson

February 21, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of         )
Destination Innovations,      )
Inc., CHRISTOPHER COOPER,     ) Case No. 6:21-CV-01100
ELBERT COSTELLO, MARTEL       ) EFM-ADM
COSTELLO, and JEREMY LEVY,    )
JR., on behalf of             )
themselves and others         )
similarly situated,           )
Plaintiffs,                   )
vs                            )
CITY OF WICHITA, KANSAS,      )
Defendant.                    )
_____)

DEPOSITION OF

BRANDON J. JOHNSON

February 21, 2023

12:50 p.m.


Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas

```
 1   officially as an activist.  I knew about it as a
 2   juvenile as well, though.
 3        Q.   So let's go -- let's talk about that a
 4   little bit.  You knew as a juvenile.  How did you
 5   come to know about it as a juvenile?
 6        A.   Friends of mine who was either close to
 7   gang members.  I, too, was.  I was never a gang
 8   member.  My favorite color was red and best friends
 9   who were Bloods, of course, were red but I had
10   friends that were Crips, LVL, GD's as well.  They
11   would talk about a gang file.  I didn't know what
12   that meant back then and being with them sometimes
13   I would see them being targeted, I would say, by
14   law enforcement.
15        Q.   When you say targeted what do you mean
16   by that?
17        A.   Their car might be recognized and they
18   would just get pulled over.  They would be -- there
19   would be no ticket; just a what are you doing,
20   where are you going, that type of thing and kind of
21   we know who you are.
22        Q.   Did that happen frequently?
23        A.   When I was around them it happened a
24   few times.  I won't say frequently because I wasn't
25   with them all the time but they would complain
```

```
 1          Q.   Because one of the concerns about harm
 2   that were expressed?  In an economic way?
 3          A.   All of it.  So it was alleged that this
 4   list was being passed around to local businesses.
 5   If you wanted to throw a party; if you were doing a
 6   contract with someone and maybe somebody in the
 7   department had the gang list and would call them
 8   and say that, but none of that was ever -- I never
 9   saw proof of it.  I would just hear about it.
10          Q.   Okay, and how would you hear about it?
11          A.   Oh, they would just tell me that these
12   things are going on.  The party example I mentioned
13   there was a party at -- I forget what that place is
14   called off of Kellogg.  Not the old Rodeo.  It was
15   by the west mall.  There was a party being held
16   there.  One of the individuals was a former Blood
17   and he alleged that WPD went in and talked to the
18   owner and tried to get them to cancel the party.
19   The party was cancelled but he didn't attribute
20   that to the gang file; he just attributed that to
21   officers knew he was a former gang member.  He
22   still wears all his colors.
23          Q.   But he doesn't consider himself a gang
24   member now?
25          A.   Former.  He highlights the former and
```

```
 1   he even helps out when I'm trying to talk to young
 2   people about the benefits of not joining.
 3         Q.    Who is this; what was his name?
 4         A.    He would prefer I not give his name.
 5         Q.    It's under a protective order so --
 6         A.    It won't be in any paperwork?
 7         Q.    Well, it will be in the transcript of
 8   the deposition but that could be designated as
 9   confidential.
10         A.    Yeah.  It would have to remain
11   confidential because that impacts his street
12   credibility.
13         Q.    Okay.
14         A.    So there's no way that gets out.
15         Q.    No, not from us.
16               MR. BRANSON: Well --
17         Q.    (By Ms. Woody) I mean, I'm just trying
18   to get as much information as I can about -- you
19   said he's a person who has been held back because
20   he's identified as a gang member.
21         A.    Yeah.
22         Q.    So I'm just trying to get as much
23   information about that as I can.
24         A.    Yeah.  He really trusts me not to put
25   him in those positions like that with court
```

```
 1   paperwork.  He doesn't want his name on anything
 2   court wise.
 3         Q.   But he believes that because he was
 4   known as a gang member it's hampered him in his
 5   life now?
 6         A.   Yes.
 7         Q.   And can you describe to me the ways
 8   that he feels like it's hampered him?
 9         A.   That party is an example.  He has said
10   that when he's trying to do events in different
11   spaces or one time he was trying to do a contract
12   to bring artists here that law enforcement brought
13   his name up and encouraged them to break that
14   contract and not do the event.
15         Q.   Was it his belief that law enforcement
16   tried to have the contract broken because they
17   believed he was a gang member?
18         A.   And that he would bring trouble.
19         Q.   Okay.  Any other complaints that you
20   have had or concerns that have been raised about
21   people who are on the list not being able to get
22   off?
23         A.   I think the main thing is everyone
24   wants an opportunity to get off and there's not one
25   for adults.
```

```
 1   the gang unit or members of the police within that
 2   unit?
 3        A.   Yes, but again, most of those concerns
 4   were expressed to me prior to me taking office.
 5        Q.   Okay.
 6        A.   The gang unit under Lieutenant Gilmore
 7   was never praised but it was said to be better
 8   under his leadership than it had been prior.
 9        Q.   How about after he left, were there --
10   did people feel it got better or worse after
11   Lieutenant Gilmore was no longer leading that unit?
12        A.   I have not heard specifically any
13   thoughts on that.  Again, some of the folks knew
14   Lieutenant Gilmore and appreciated him.  To be
15   honest, since the pandemic and all of that stuff
16   was going on I haven't heard a whole lot about the
17   gang unit.
18        Q.   When you were hearing concerns about
19   it, what were the concerns that were being
20   expressed?
21        A.   Aside from a few times as an activist,
22   a lot of that was high school college and it was
23   the targeted harassment of individuals who were
24   identified as gang members.  Some of them would
25   talk about this list they were on.  It was the
```

1  **harassment at places like QuikTrip on 13th and**
2  **Oliver where people were said to fit the**
3  **description of certain gang members and that would**
4  **be talked about.**
5      Q.   Because they felt that it was
6  inaccurate; correct?
7           MR. BRANSON: Object to form.
8      A.   **Right.**
9      Q.   (By Ms. Woody) They were concerned that
10 we were being considered gang members when they
11 weren't?
12     A.   **Right.**
13     Q.   Do you belong to any professional
14 associations?
15     A.   **Define association.**
16     Q.   Any group that you are a member of.
17     A.   **I am a member of the National Black**
18 **Caucus of Local Elected Officials and the Young**
19 **Elected Officials organizations.**
20     Q.   Are those both national organizations?
21     A.   **Yes.**
22     Q.   Any other professional organizations
23 that you belong to?
24     A.   **It's not an organization.  I serve as**
25 **the chair of CPOST, which is Kansas Commission on**

```
 1   specifics.  It was similar to the club event that I
 2   talked about where this potential landlord knew a
 3   police officer and the police officer mentioned
 4   that this person was either a gang member or
 5   related and they couldn't get that house because
 6   the landlord didn't want that type of trouble
 7   there.
 8        Q.   Okay.  So the landlord just contacted
 9   somebody on the police force and they said yeah,
10   you don't want this guy living there; is that
11   right?
12             MR. BRANSON: Object to form.
13        A.   I don't know how the contact happened.
14   I just know that that was this individual's story.
15        Q.   (By Ms. Woody) Okay. How about
16   employment?  Did you ever hear about anybody -- we
17   have mentioned some entrepreneurs that people felt
18   the police were interfering with.  Any other kind
19   of employment where you had people be concerned
20   that because they were alleged to be a gang member
21   they were not getting employment that they sought?
22        A.   I can't recall any right now but
23   probably.
24        Q.   Okay.  All right. That's all the
25   questions I have.  Thank you very much.
```