# EXHIBIT 71

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## **DECLARATION OF MARQUETTA ATKINS**

1. My name is Marquetta Atkins. I am capable of making this declaration and am personally acquainted with the facts herein stated.

2. I am the Founder and Executive Director of Destination Innovation, Inc., a nonprofit organization located in Wichita, Kansas.

3. Progeny is one of three nonprofit programs operated by Destination Innovation Inc. Progeny seeks to help youth involved in the criminal legal system.

4. To fulfill its mission, Progeny host town halls and educates our members and community leaders about juvenile justice reform. Progeny hosts meetings and organizes peaceful assemblies. Progeny also partners with Kansas government officials to provide education and feedback on policies that relate to juvenile justice. Progeny creates and publishes reports and other documents that translate youths' insights and needs into calls for government action.

5. Progeny employs a small executive staff and a team of Youth Leaders who are either on the WPD Gang List themselves, or have friends and family members who are on the List. Of the four Progeny staff who have been included in the Gang List, none are active gang members.

6. Because of how the WPD operates its Gang List, Progeny is limited in how it can fulfil its mission and help young people in the community.

7. Many of the Progeny members and staff do not know if they or other Progeny participants are included on the Gang List. This means that at large meetings or in one-on-one meetings, members and staff have no way of knowing if they are interacting with someone on the Gang List, which in turn, puts them at risk of inclusion on the Gang List.

8. Progeny is effectively prevented from providing services or support to youth who Progeny knows are included on the Gang List or who have been involved in gangs in the past, because any interaction with someone known to be on the Gang List carries the risk that other staff or members will then be added to the Gang List as either members or associates.

9. Any time Progeny wishes to engage in protest or assembly, it must talk to participants about their connection to the juvenile legal system, because if participants are arrested while protesting, it could affect their probation and/or Gang Database status. Progeny must determine whether that individual's participation is worth the risk to that individual, thereby changing the way the organization protests.

10. Progeny has hesitated or refrained from organizing, hosting, or attending events and meetings out of fear that simply attending could be seen as grounds for the WPD to add youth members and event attendees to the Gang List, subjecting them to increased surveillance, detention, harassment, and other negative consequences. I do not want any Progeny members or

people attending to be added to the Gang List or have their status on the list renewed because of their participation in a Progeny event or activity.

11. In February 2019, Progeny was scheduled to hold a community action against violence event. The event was open to the entire community, including the WPD. Progeny requested that, if WPD officers chose to attend, they not attend in uniform. Despite that request, there was a strong uniformed police presence at the event, with many WPD squad cars parked at the event..

12. I am aware that the WPD presence at the event caused confusion within the community about whether Progeny was collaborating with or connected to the WPD. This confusion led some people to not attend the event or signing up to be a part of Progeny. Some youth did not attend the event out of fear that the WPD would use their attendance as grounds to add them to the Gang List as either members or associates.

13. In April 2021, Progeny planned to protest at an event where Governor Laura Kelly was scheduled to speak, to communicate its members' displeasure with the Governor's decision to divert $20 million that had been previously earmarked for community intervention programs for youth affected by the criminal justice system. Progeny planned to hold a silent protest with signs outside the location where the Governor would be speaking. However, prior to the event, the WPD contacted Progeny about the planned protest, resulting in Progeny canceling the protest. On the day of the planned protest, a WPD officer stationed himself outside of the Progeny office while Progeny members were meeting to make signs. When Progeny staff noticed the officer, they asked the officer to leave. We ultimately decided not to hold the protest because we were concerned for the safety and wellbeing of some participants who were on parole at the time.

14. In the past, the WPD has approached Progeny and asked if we would host an event for Youth Leaders to meet with new WPD officers. The event did not take place because the Youth Leaders were not comfortable around the officers and feared that they may be profiled for gang involvement.

15. I am afraid that the WPD will perceive Progeny members' clothing, tattoos, or social media activity as gang-related and renew their status based on that.

16. I am aware that Progeny members and staff have experienced increased surveillance and harassment from the WPD, including those who are on the Gang List. I am aware of members being pulled over on their way to school or work to be questioned about their gang involvement.

17. On or about August 22, 2023, while driving home from the Progeny office, a Progeny staff member was followed by WPD officers in a squad car. The WPD officers followed his every movement, including changing lanes immediately after he did. The next morning, he awoke to a WPD squad car parked outside his home.

18. On August 10, 2023, Progeny hosted a juvenile probation focus group meeting. During that meeting, a Progeny staff member saw a WPD officer across the street from the Progeny office using binoculars to look into the building windows.

19. WPD officers' presence at Progeny events causes stress, intimidates the staff and members, diverts staff time and attention, and causes general disruption to Progeny's activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September 2023, in Wichita, Kansas.

_____
Marquetta Atkins