# EXHIBIT 73

**12:40**  ◀ Facebook  •📶 5G 🔋



MAY 26, 2019 AT 7:44 PM

> Hey Redacted AM and their other friend called me. The police are profiling them right now. I made them keep me on the phone and I spoke with officers. Redacted does have a gun on him which he told the officers. They said someone called in suspicious characters.

> AM is my nephew

MAY 26, 2019 AT 8:07 PM



> OMG!! Thank you for telling me I'm trying to call him now let me know if you know more

> So you know where they are and if they are getting arrested?

> I am on the phone, they made them put the phone down. Redacted did admit to the officer that he had a gun. They did not tell me where they were at before the cops had them put the phone. They are searching the car right

    Aa  



> I am on the phone, they made them put the phone down. Redacted did admit to the officer that he had a gun. They did not tell me where they were at before the cops had them put the phone. They are searching the car right now

> I wish they would've seen me their location. AM mom said they went to the mall today

> sent*

> I am having Redacted check Redacted facebook to see if he has his location on, if anyone has hi on snap chat, have them look up his location

> Omg... I've told him he does not need to carry a gun!!!!

> Right. Or, now that he is old enough at least get a registered one so its legal. Don't give these officers any reason. They took them away from the car, the officers are too quiet while they

12:40
◀ Facebook

 Redacted

> Right. Or, now that he is old enough at least get a registered one so its legal. Don't give these officers any reason. They took them away from the car, the officers are too quiet while they are searching the car, they know I'm on the phone. I told them I was going to call our attorney.

Redacted: I really need to know where so I can pull up

> AM told me he was in his friends neighborhood. Like they were close to home. I just don't know where or which friend.

> They couldn't get the phone to go on speaker, or else I would yell out to the officers

> They are on Redacted in front of AM house Redacted Redacted

> AM mom Redacted said call her Redacted

Redacted



12:40  
◀ Facebook  
.ıl 5G



Redacted  Omw there

k

MAY 27, 2019 AT 12:29 PM

Redacted  Hey so, they let him out and he said they didn't give him a court date so idk if they are dropping it or what. But when I had got there he was already arrested n in the car. But thank you for letting me know! He insists on carrying a gun (he's just like my dad) all I can do is insist that HE read up on the laws, his rights and safety of being a gun owner! He doesn't realize how important thst is!

👍

Redacted  

Redacted is a good kid. I used to mentor in Rise Up for youth so I know him throw brotherhood. We are trying to get him to sign up for R___ ny. They were just profiling those kids and I told the

    Aa  



**Redacted** is a good kid. I used to mentor in Rise Up for youth so I know him throw brotherhood. We are trying to get him to sign up for Progeny. They were just profiling those kids and I told the cop he was profiling those kids. Suspicious call, smell weed...all steps to profiling. I'm happy they let him out. They didn't do anything wrong



Aww thank you! Him AND **Redacted** have been so blessed to have you and the rest of Rise up for Youth in their lives. I swear you, **Redacted** have no idea how yawl have helped me and my husband in raising them! I just want him to be a responsible gun carrier if thats what his stubborn self insists on lol

MAY 27, 2019 AT 1:00 PM



❤️. Exactly. Tell him to go get