# EXHIBIT 76

2:35

< 396

**AM**

Sorry laundry place

a couple blocks down yea

You home safe?

Yes

Fri, Jul 15, 12:12 PM

Ain't I against the law for them to be harassing like they is

Fri, Jul 15, 1:15 PM

Sorry, what's going on? They still profiling you?

Tue, Jul 19, 2:20 PM

