# EXHIBIT 77

Progeny
December 1, 2022 ·
ACLU
Kansas
I have gotten pulled over so many times with police using the gang list as an excuse to search my car – never receiving a ticket but constantly harassed.
Dante Bristow, Progeny
ACLU of Kansas
December 1, 2022 ·
Wichita's gang list is unconstitutional and harms the very community members the police should instead be helping.
2