# EXHIBIT 79

```
 1   .
 2                IN THE UNITED STATES DISTRICT COURT
 3                    FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   PROGENY, et al.,
 7           Plaintiffs,
 8       vs.              Case No. 6:21-cv-01100-EFM-ADM
 9   CITY OF WICHITA, KANSAS,
10           Defendant.
11   .
12   .
13                          DEPOSITION OF
14                         MARQUETTA ATKINS
15            AS CORPORATE REPRESENTATIVE OF PROGENY,
16   taken on behalf of the Defendant, pursuant to
17   Notice to Take Deposition, beginning at 8:58 a.m.
18   on the 31st day of May, 2023, at the offices of
19   American Civil Liberties Union Foundation of
20   Kansas, 10561 Barkley Street, Suite 500, in the
21   City of Overland Park, County of Johnson, and
22   State of Kansas, before Barbara J. Hoskinson,
23   Certified Court Reporter, Kansas License No. 0434
24   and Missouri License No. 999.
25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1   the juvenile justice system to teach them
2   leadership, how to change policy in a way that it
3   impacts them, and they chose the name Progeny
4   because they want to adults to know that we are
5   what you created.
6        Q.   How does Progeny carry out its mission?
7        A.   We recruit and connect young people who
8   have been touched by the system or are passionate
9   about juvenile justice reform and we teach them
10  about organizing, we teach them leadership, we
11  connect them to fellowship on a state, local and
12  national level.  They learn policy work, how to
13  create policies, and we also care about their
14  health and their wellness, so, making sure we
15  create a space that's healthy and conducive to
16  helping young people thrive.  We burst the bubble
17  and show them a life outside of the one they know.
18       Q.   What is the age group that you focus on
19  in Progeny?
20       A.   Our goal is to work with young people
21  from 14 to 25 years old is what we consider youth,
22  so, we typically hit about 16 to 25 because again,
23  we travel a lot.
24       Q.   What do you travel for?
25       A.   We travel for conferences, we travel for

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street            6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604               Suite 101                  Suite 305
785-273-3063                   Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com            913-383-1131               316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

1   event.  How was, how well was this event attended?
2       A.   We probably, based off of this picture --
3   but there were more young people there -- I'd say
4   we probably had about 20 people in that space.
5       Q.   Okay.  Was that what was expected for
6   that event?
7       A.   No, we wanted more.
8       Q.   Did you believe the event was successful?
9       A.   I believe an event is successful if you
10  have two people in the room.  Impact is impact, no
11  matter small or large.
12      Q.   Moving on, there's another event, Debt
13  Free Justice, Fines and Fees Community listening
14  session?
15      A.   Uh-huh.
16      Q.   Tell me what that is.
17      A.   Debt free Justice is the national
18  program.  We have it on a Kansas-based Debt Free
19  Justice group and we have a national-based Free
20  Justice group.  Our national group came in and did
21  a community listening session to discuss how fines
22  and fees impacted our community -- we have a whole
23  video up, you can go and check it out -- with
24  young people talking about how fines and fees
25  impacted their lives or whatsoever and different

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

1  realms that they incur fines and fees from being
2  profiled, from punitive stuff, from getting caught
3  up when they were kids, and how they cycle in and
4  back out of the system and how it harms them.
5  So, that was that event and that event was in May
6  of last year, I believe.
7          Q.    And --
8          A.    I had Covid so I didn't go to that event.
9          Q.    Okay.
10         A.    So, it might not have been in May.  I had
11 Covid, it was in July.
12         Q.    **Do you have any idea what the attendance**
13 **was at that event?**
14         A.    I had Covid, so, I wasn't -- I was on
15 Zoom.  They -- I would say they probably had about
16 20 to 30 people.  There probably could have been
17 more.  I'm not sure.  One event that you guys
18 don't have on this list talking about events is
19 the first community event that I -- there's two
20 events -- well, there's a bunch that are not on
21 here, but in the event where we had a community
22 listening session and that's when we had way too
23 much WPD showed up, all the cop cars were out.
24 The kids were too afraid to come in the event
25 because they were scared they were going to be

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street    6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604       Suite 101                   Suite 305
785-273-3063           Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com    913-383-1131                316-201-1612

1   profiled.  I was getting calls from kids the whole
2   time, so, we had more cops in that event than we
3   had youth because they were too scared to come in.
4          Q.    I believe you talked about that event in
5   your interrogatories --
6          A.    Uh-huh.
7          Q.    -- answers.
8          A.    Yeah, it's not on this list.
9          Q.    We'll get to that one.
10         A.    Yeah.
11         Q.    The art exhibit, Too Deeply Rooted to be
12  Muted, what was that event?
13         A.    That was in part -- that, Too Deeply
14  Rooted  to be Muted was just in Mulberry Art
15  Gallery.  It was just an art piece that we did in
16  response to our fight with the gang list, our
17  fight with Cedric Lofton being murdered at JIAC
18  and young people were in a space where they felt
19  like they weren't being heard, that they don't
20  feel safe in their own communities, and, so, that
21  art was inspired to let people know that these
22  young people are going to continue to speak up and
23  speak out.
24         Q.    Was this a specific timed event, meaning
25  it happened in a day and a certain time or was it

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604           Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612