# EXHIBIT 80

1

1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF KANSAS
2                  WICHITA DIVISION

3

4    PROGENY, a program of          )
     Destination Innovation, Inc.,  )
5    CHRISTOPHER COOPER, ELBERT      )
     COSTELLO, MARTEL COSTELLO, and  )
6    JEREMY LEVY, JR., on behalf of  )
     themselves and others          )
7    similarly situated,            )
                                     )
8              Plaintiffs,          )
                                     )
9    vs.                            ) Case No.
                                     )
10   CITY OF WICHITA,                ) 6:21-cv-01100-EFM-ADM
                                     )
11                                   )
               Defendant.            )
12                                   )

13

                 D E P O S I T I O N
14

15       The deposition of **CHRISTOPHER COOPER**, taken on

16   behalf of the Defendant in the above-styled and

17   numbered cause, pursuant to the Federal Rules of Civil

18   Procedure before Jeffrey J. Elliott, Kansas CCR #912,

19   at Wichita City Hall, 455 North Main, 13th Floor,

20   Wichita, Sedgwick County, Kansas, on the 16th day of

21   June, 2023, commencing at 10:00 a.m.

22

23          **HARRISON-ELLIOTT REPORTING, LLC**
              Certified Court Reporters
24    1417 North Saint Paul, Wichita, Kansas 67203
         (316)267-8278 phone  (316)267-8621 fax
25             jeff@harrisonelliott.com

CHRISTOPHER COOPER    -    06.16.23

4

1                          CHRISTOPHER COOPER,

2      of lawful age, having been first duly sworn on his

3      oath to state the truth, the whole truth, and nothing

4      but the truth, deposes and says:

5                          DIRECT EXAMINATION

6      BY MR. BRANSON:

7      Q.    All right, good morning, Mr. Cooper.  Could you

8            please state your name for the record?

9      A.    Yes, Christopher Cooper.

10     Q.    And, sir, what is your date of birth?

11     A.    02/03/95.

12     Q.    And what is your address?

13     A.    4818 East New Jersey Drive.

14     Q.    Are you employed?

15     A.    Yes.

16     Q.    Where are you employed?

17     A.    Dold's.

18     Q.    Dold's?

19     A.    Dold's Food, Hormel.

20     Q.    Is that here in Wichita?

21     A.    Yes.

22     Q.    And how long have you been employed there?

23     A.    Two years.

24     Q.    And what do you do there?

25     A.    Um, they call -- well, they call it like smoke-

CHRISTOPHER COOPER   -   06.16.23

12

1              the Bloods gang.

2    A.    They're Bloods, like they're gang members.

3    Q.    And tell me how you first heard about them?

4    A.    I think it was a movie called Colors.  Like, a

5          long time ago I want to say.

6    Q.    Okay.  Anything else?

7    A.    Huh-uh.

8    Q.    Anything local to Wichita?

9    A.    I mean, I heard that there was Bloods here.

10   Q.    And tell me what circumstances where you heard

11         that there was Bloods here?

12   A.    Just people talking about crazy stuff like -- I

13         don't know.

14   Q.    Okay.  Sir, have you ever been a member of the

15         Bloods gang?

16   A.    No.

17   Q.    Have you ever been associated with the Bloods

18         gang?

19   A.    No.

20   Q.    Have you ever heard the Pirus gang?

21   A.    No.

22   Q.    Sir, have you ever been a member of the Pirus

23         gang?

24   A.    No.

25   Q.    Associate of the Pirus?

CHRISTOPHER COOPER    -    06.16.23

13

1    A.    No.

2    Q.    And how about if I say it as pie-roos.  Does that

3          make a difference?

4    A.    No.

5    Q.    Sir, have you ever heard of the Polo Boys?

6    A.    Yes.

7    Q.    Okay, tell me how you've heard them?

8    A.    It was people that wore Polos back in the day and

9          they just called theirselves Polo Boys.

10   Q.    Okay, what people?

11   A.    People I just knew back in the day that -- well,

12         not knew, but heard of like -- you know what I'm

13         saying?

14   Q.    Well, no, I don't I guess.

15   A.    Okay, so maybe like, ah, he's wearing a Polo.

16         Okay?  Well, they call theirselves the Polo Boys.

17         Ah, cool.

18   Q.    Who was that?

19   A.    I don't know.

20   Q.    Okay.

21   A.    I really don't know.

22   Q.    Did you ever call yourself a Polo Boy?

23   A.    No.

24   Q.    Sir, have you ever used any hand signs or hand

25         gestures to express any type of membership or

CHRISTOPHER COOPER    -    06.16.23

14

1          affiliation with a group?

2     A.   No.

3                              (Deposition Exhibit 89 marked

4                               for identification.)

5     Q.   I'm going to show what has been marked as Exhibit

6          89.

7     A.   Okay.

8     Q.   Do you recognize yourself in that picture?

9     A.   Yes.

10    Q.   And which one are you?

11    A.   Yellow hat.

12    Q.   Yellow hat.  Is that a Polo hat?

13    A.   Yes.

14    Q.   And are you also wearing a Polo shirt?

15    A.   Yes.

16    Q.   All right.  Sir, you appear to be doing something

17         with your right hand in this picture?

18    A.   Mm-hmm.  (Witness motioned head up and down.)

19    Q.   Can you tell me what that is?

20    A.   Just a pose.

21    Q.   A pose?

22    A.   Yes.

23    Q.   What does a pose mean?

24    A.   Nothing at all.

25    Q.   There appears to be other people in the picture

CHRISTOPHER COOPER    —    06.16.23

17

1                          (Deposition Exhibit 91 marked

2                              for identification.)

3      Q.     Sir, this is Exhibit 91.

4      A.     Okay.

5      Q.     Is that you in that exhibit?

6      A.     Yes.

7      Q.     Again, you seem to be making kind of the same

8             hand gesture in this exhibit as the prior two

9             exhibits, your middle two fingers crossed and

10            your outside fingers spread out.

11     A.     (Witness motioned head up and down.)

12     Q.     Sir, is there any reason for this pose?

13     A.     Just the same pose, just a pose.

14     Q.     So there's at least three pictures here with you

15            making that same gesture.  Is there any type of

16            reason that you make that gesture over and over?

17     A.     No, it's just a pose.

18     Q.     Sir, in your interrogatories you were asked about

19            your criminal history.  I believe your answer is

20            on page 4, this is Interrogatory No. 3.

21     A.     You said 4?

22     Q.     4.  Sir, your answer says that you were involved

23            in some type of incident in 2014.  Can you tell

24            me about that?

25     A.     Yes.

CHRISTOPHER COOPER    -    06.16.23

18

1    Q.    What's your recollection of that incident?

2    A.    What do you want to know?

3    Q.    Well, just tell me about what happened.

4    A.    Just going to a party.   Got crazy after and had

5          to go to jail.

6    Q.    Okay, what do you mean it got crazy after?

7    A.    People started fighting.   Guy shot.

8    Q.    Were you involved in the fight?

9    A.    No.

10   Q.    What party was this?

11   A.    Don't remember.

12   Q.    Who did you go to the party with?

13   A.    I cannot recall.

14   Q.    Okay.  Do you know what the purpose of the party

15         was?

16   A.    Have fun.

17   Q.    Okay.  How did you learn about the party?

18   A.    I think it was a status, but I don't recall.

19   Q.    When you say status, what do you mean?

20   A.    Like Facebook status.

21   Q.    Somebody posted something about it on social

22         media?

23   A.    I think.

24   Q.    Sir, who is Dametrius Williams?

25   A.    Uh, a guy that I went to the party with.  I think

CHRISTOPHER COOPER    -    06.16.23

19

1      he -- yeah.

2   Q.    So that is somebody that you went to the party

3      with?

4   A.    Yes.

5   Q.    Do you remember anybody else you went to the

6      party with?

7   A.    No.

8   Q.    Okay.  Do you know who Juan Orona is?

9   A.    Yes.

10  Q.    Who is Juan Orona?

11  A.    A family friend.

12  Q.    Family friend?

13  A.    Well, family's -- basically, a family's grandson,

14     I think.

15  Q.    Okay, walk me through that.  What does that mean

16     to you?

17  A.    Basically, his family grew up with my family.

18  Q.    So did you know Juan Orona?

19  A.    Not on the -- I'm trying to think.  No.  Not that

20     I remember.

21  Q.    Okay.

22  A.    I'm trying to think if that was what we was

23     talking about that one day, but . . .

24  Q.    Okay, so Juan Orona is not --

25  A.    No, no.

HARRISON-ELLIOTT REPORTING
(316) 267-8278

CHRISTOPHER COOPER   -   06.16.23

20

1    Q.    -- a friend or a family member?

2    A.    No, no.  I had to think about that.

3    Q.    Sir, would it refresh your memory if I told you

4          that Juan Orona was killed by gunfire that night?

5    A.    I think I recall it now, yeah.

6    Q.    And Dametrius Williams and you were charged with

7          his murder?

8    A.    Yes.

9    Q.    Sir, you were in fact charged with first degree

10         murder in his death on July 21st, 2014; is that

11         correct?

12   A.    I think.

13   Q.    Is that your answer, I think?

14   A.    Yeah, I -- yeah.

15   Q.    Were you also charged with Dametrius Williams?

16   A.    Yeah.

17   Q.    Sir, tell me what happened that night for you to

18         be charged.

19   A.    I can't even tell you why I was even charged.  I

20         mean . . . I don't know, I heard about a party.

21   Q.    Just taking me a second here, I need to find

22         something in your complaint.  Sir, in your

23         complaint do you remember giving information to

24         your attorneys that you were at a party in 2014

25         and there was gunfire and somebody jumped in your

CHRISTOPHER COOPER    -    06.16.23

21

1          car and you drove off?

2     A.   Yes.

3     Q.   Does that refresh your memory about this event?

4     A.   Yes.

5     Q.   Okay.  Explain what happened, then.

6     A.   We were just here at the party.  It was a fight

7          that broke off [sic] and I heard guns shooting

8          and stuff.  I was already in the car and I waited

9          for whoever rode with me and we left.  We left

10         right after.

11    Q.   And was Dametrius Williams one of the people that

12         jumped in your car?

13    A.   Yes.

14    Q.   And then you drove off after the gunfire?

15    A.   Yes.

16    Q.   Sir, were you offered a plea in your case if you

17         testified in Dametrius Williams' case?

18    A.   I think, yes.

19    Q.   And did you in fact testify in Dametrius

20         Williams' case?

21    A.   Yes.

22    Q.   And what did you testify to?

23    A.   Um, basically -- was it obstruction of justice?

24         Something like that.

25    Q.   That's what you pled to --

CHRISTOPHER COOPER    -    06.16.23

22

1    A.    Yeah.

2    Q.    -- but can you tell me what you testified to?

3    A.    I don't recall that day, like, I don't recall all

4          the answers -- I mean the questions that they was

5          asking, so . . .

6    Q.    And did you plead to obstruction because you knew

7          that there was a shooting and you drove Dametrius

8          Williams away from the scene?

9    A.    No.

10   Q.    Why did you plead to obstruction?

11   A.    So I could get out of jail.

12                         (Deposition Exhibit 92 marked

13                          for identification.)

14   Q.    Sir, I'm going to hand you Exhibit 92.  Sir, this

15         is a printout from the Kansas Department of

16         Corrections.  The first page has a bunch of

17         instructions about their website, and I'm going

18         to ask you to look at page 2.  Sir, does that

19         list your name and your date of birth?

20   A.    Yes.

21   Q.    Okay.  At the bottom of it, sir, does it list

22         your conviction in 2016 for obstructing

23         apprehension/prosecution?

24   A.    I'm sorry, I was looking at this.  Can you say

25         that again?

CHRISTOPHER COOPER    -    06.16.23

23

1    Q.    Down at Convictions towards the bottom --

2    A.    Mm-hmm, yes.

3    Q.    -- it has the Sedgwick County case and the case

4           number with an offense date of June 21st, 2014

5           and a conviction of obstructing apprehension/

6           prosecution.  Do you recognize that as the crime

7           that you were convicted of?

8    A.    Yes.

9    Q.    All right.  Sir, it has an offense date of June

10          21st, 2014.  Is that the party and the shooting

11          that we have been talking about?

12    A.    I think.  I don't recall the date.

13    Q.    No reason to believe that it's not the date?

14    A.    Yeah.

15    Q.    All right.  Then it gives you a sentencing date

16          of February 4th, 2016.  Does that sound correct,

17          the date that you were actually sentenced?

18    A.    I think.

19    Q.    And above that, sir, it also gives a discharge

20          date from Community Corrections.  Do you see that

21          date, August 7th of 2017?

22    A.    Yes.

23    Q.    Do you believe that that's the date you were dis-

24          charged from Community Corrections?

25    A.    I think so.

CHRISTOPHER COOPER   -   06.16.23

32

1   A.   Yes.  Yes, sorry.  My mouth was kind of dry.

2   Q.   No problem.  And before you answer that I will

3        say that if at any time you need a break, as long

4        as I don't have a question pending, you say, hey,

5        I need a break, need to go use the restroom or

6        get a drink or whatever --

7   A.   Okay.

8   Q.   -- please feel free.  Okay?

9   A.   (Witness motioned head up and down.)

10  Q.   Only thing I ask is that if there is a question

11       pending, that you answer that question before we

12       break.  Okay?

13  A.   Gotcha.

14  Q.   All right.  So you said you graduated from

15       Wichita East High School.

16  A.   Yes.

17  Q.   And that was 2013?

18  A.   Yes.

19  Q.   What did you do after high school?

20  A.   Um, went to college.

21  Q.   Where was that at?

22  A.   That was at Highland Community College.

23  Q.   Where was Highland Community College located?

24  A.   Outside of St. Joe, Missouri.

25  Q.   When did you start attending Highland Community

1   Q.   Okay, what's pretty decent?

2   A.   I don't recall, but I'm pretty sure I was passing

3        classes.

4   Q.   You think you were passing?

5   A.   Yes.

6   Q.   All right.  Did you go back to Highland after

7        your freshman year?

8   A.   No.

9   Q.   Was that because you were convicted in the

10       Sedgwick County case?

11  A.   Yes.

12  Q.   In your Sedgwick County case, you were arrested

13       shortly after the shooting; is that correct?

14  A.   Yes.

15  Q.   And you were stayed in custody until you were

16       placed on -- until you were sentenced and you

17       were placed on Community Corrections?

18  A.   Yes.

19  Q.   Sir, were you receiving any type of scholarship

20       or aid when you were at Highland Community

21       College?

22  A.   Yes.

23  Q.   And what was that?

24  A.   My scholarship was for football and also I was

25       getting another one because my father was in the

CHRISTOPHER COOPER    -    06.16.23

37

1         Army, so . . .

2    Q.   Sir, you allege in your complaint that you were

3         going to receive some type of scholarship or some

4         sort of help from Kansas State University?

5    A.   Yes.

6    Q.   Tell me about that.

7    A.   Um, just talked to the coach.  He was looking at

8         picking me up.

9    Q.   What coach?

10   A.   I cannot remember at the time.  Who was -- I

11        don't recall the coach.

12   Q.   How did they get in touch with you?

13   A.   A friend that already went to school there.

14   Q.   Okay, who was that friend?

15   A.   Jessie.

16   Q.   Do you know the last name?

17   A.   No.  He was a roommate.

18   Q.   He was a roommate?

19   A.   Yeah.

20   Q.   When was he a roommate?

21   A.   When I went to college.

22   Q.   Was he a roommate with you at Highland?

23   A.   Yes.

24   Q.   And then he went to K-State?

25   A.   Yes.

CHRISTOPHER COOPER    -    06.16.23

38

1    Q.    And that's how you got introduced to a coach at

2         K-State?

3    A.    Yes.

4    Q.    All right.  But you don't remember who the coach

5         was?

6    A.    No.

7    Q.    Was the head coach or assistant coach?

8    A.    Pretty sure it was assistant.

9    Q.    You allege in your complaint that you were pre-

10       paring to transfer there.  Tell me what that

11       means.

12    A.   Well, basically, he was looking at picking me up

13       the next coming season.

14    Q.   Had you made an application to K-State?

15    A.   No.  I haven't actually filled out -- I hadn't

16       had time to.

17    Q.   Why didn't you have time to?

18    A.   Because I was -- well, I went to jail, so . . .

19    Q.   So you went to jail before you could do anything

20       as far as --

21    A.   Yeah, anything as to school, yeah.

22    Q.   -- making any commitment to K-State or anything

23       like that?

24    A.   Yeah.

25    Q.   Sir, when did you first learn that you may be

CHRISTOPHER COOPER   -   06.16.23

39

1          included in the gang list?

2     A.   I think when I got pulled over and -- well, not

3          pulled over, but when I went to jail.

4     Q.   When you were arrested?

5     A.   Yes.

6     Q.   And that's for the shooting incident in 2014?

7     A.   Mm-hmm, yes.

8     Q.   You ever been arrested at any other time?

9     A.   No.

10    Q.   That's your only arrest?

11    A.   Yes.

12    Q.   And how did you learn that you were on the gang

13         list?

14    A.   Um, I didn't.  Just after my attorney.  Like,

15         after I talked to my attorney and she was telling

16         me.

17    Q.   So your attorney told you that you were on the

18         gang list?

19    A.   Later, like later on that I'm on the gang list,

20         yeah.

21    Q.   Tell me how that happened.  I just want to know

22         how you first became aware that you were on the

23         gang list.

24             MS. WOODY:  I need to clarify some-

25             thing.  He's not talking about us going

CHRISTOPHER COOPER    -    06.16.23

43

1    A.    High school.

2    Q.    -- from high school.  You had been stopped?

3    A.    Yes.

4    Q.    How many times before you graduated from high

5          school?

6    A.    I can't give you exact number.

7    Q.    All right.  Sir, on page 9 of your answers to

8          interrogatories, in your response to

9          Interrogatory No. 10 you state that you believe

10         since 2013, you estimate that you had been pulled

11         over five to six times.

12   A.    Probably.

13   Q.    Is that your testimony?

14   A.    Probably, yes.

15   Q.    How many times before you graduated from high

16         school do you think were part of that five to six

17         times?

18   A.    Maybe two.

19   Q.    How many times after graduation and before your

20         arrest were you pulled over?

21   A.    You said after?

22   Q.    After your graduation and before your arrest in

23         2014.

24   A.    Yeah, I don't recall, but a few.

25   Q.    A few, okay.  Do you think you were pulled over

CHRISTOPHER COOPER    -    06.16.23

44

1          after your arrest?  Not counting the arrest

2          itself, but do you think you were pulled over

3          after your arrest?

4     A.   Like, after I got arrested and --

5     Q.   Yes.  So you were custody for quite a while.

6     A.   Yes.

7     Q.   Then you went on probation in August of 2017.

8     A.   Mm-hmm.  (Witness motioned head up and down.)

9     Q.   Do you think you were pulled over after your

10         arrest in 2017?

11    A.   Huh-uh, no, I -- I don't recall, sir.

12    Q.   Sir, do you remember anything about any of the

13         times that you were pulled over?

14    A.   Yes.

15    Q.   What do you remember?

16    A.   Just being harassed for no reason.

17    Q.   Okay.  And why do you say it was for no reason?

18    A.   I mean, when you get pulled over and let go for

19         no reason.

20    Q.   So are you alleging that somebody in the Wichita

21         Police Department pulled you over and they said

22         they didn't have any reason for pulling you over?

23    A.   Well, no.  They had a reason I guess.

24    Q.   What were the reasons that you were given for

25         your stops?

CHRISTOPHER COOPER    -    06.16.23

45

1    A.    They said the hundred feet, the signal thing.

2    Q.    Were you ever issued any citations for that?

3    A.    No.

4    Q.    Did you ever make any complaints about being

5          pulled over?

6    A.    Family.

7    Q.    Did you ever complain to anybody with the Wichita

8          Police Department?

9    A.    No.

10   Q.    Sir, you allege in your complaint that you

11         started driving a family car around.  Did you

12         have your own car?

13   A.    Yes.

14   Q.    What kind of car did you have?

15   A.    Um, what time?

16   Q.    Like, what type of car did you have?

17                  MS. WOODY:  He said at what time.

18   Q.    Oh, that's fair.  Did you have a car in high

19         school?

20   A.    Yes.

21   Q.    Was this your own personal car registered to you?

22   A.    No.

23   Q.    So you had a car you used in high school, then?

24   A.    Pass down.

25   Q.    All right.  What car did you use in high school?

CHRISTOPHER COOPER    -    06.16.23

52

1    A.    No.

2    Q.    Did you hear from anybody again --

3    A.    No.

4    Q.    -- from Spirit?

5    A.    No.

6    Q.    No phone call, no letter?

7    A.    No.

8    Q.    No nothing.

9    A.    No.

10   Q.    So, sir, do you have any knowledge that any back-

11         ground check was run on you?

12   A.    Um, pretty sure.  They background check every-

13         body.

14   Q.    What makes you say that?

15   A.    Don't all jobs?

16   Q.    So you're assuming that there's some type of

17         background check.

18   A.    Yes.

19   Q.    But you don't have any knowledge or information

20         that one was actually conducted?

21   A.    That was what I said, I assumed.

22   Q.    And as it stands today, you don't have any idea

23         why you did not get that job, do you?

24   A.    No, I mean -- no.  Never thought about it.

25   Q.    Sir, as part of your complaint you allege that

CHRISTOPHER COOPER    -    06.16.23

53

1    you had to stop associating with family members.

2    A.    Yes.

3    Q.    Was that while you were on Community Corrections?

4    A.    Yes.

5    Q.    Is that a condition of your Community

6          Corrections?

7    A.    Yes.

8    Q.    Do you know why you were told to stop associating

9          with those family members?

10   A.    I assumed.  I'm pretty sure.

11   Q.    You assumed and you're pretty sure what, though?

12   A.    I'm -- they -- I think they said they -- well, I

13         think they told me they were on the gang file at

14         the time, so . . . yeah.

15   Q.    What family members was this?

16   A.    Like Elbert and Martel, I think they said they

17         were on that, so . . .

18   Q.    Anybody else?

19              MS. WOODY:  Can I clarify something?

20         Which Elbert?

21   A.    Little Elbert.

22              MS. WOODY:  Okay.

23   Q.    Thank you.  Little Elbert and then Martel.

24   A.    Yes.

25   Q.    Anybody else?

54

1    A.    I'm not too for sure.  But I knew they were for

2          sure.

3    Q.    Did you know if little Martel or -- I apologize

4          for referring to him as little Martel, but --

5    A.    He's a grown man.

6                MS. WOODY:  Little Elbert.

7    A.    Yeah, little Elbert.

8    Q.    I'm sorry, little Elbert.  And then Martel, were

9          you aware if either of those individuals had

10         criminal convictions at that time?

11   A.    At the time probably, yes.  Elbert for sure.  I

12         think Elbert was in jail before, so . . .

13   Q.    Was one of your conditions of probation not to

14         associate or be around other convicted felons?

15   A.    Yes.

16                MR. BRANSON:  So we've been going just

17            a little over an hour.  This be a good time

18            for a short break?

19                MS. WOODY:  Yeah.

20                MR. BRANSON:  And I can see what else

21            if anything I need to do, but we're pretty

22            close.

23   (REPORTER'S NOTE:  At this time a brief recess was

24   taken at 11:10 a.m., whereupon, the following

25   proceedings were had at 11:15 a.m.:)

CHRISTOPHER COOPER    -    06.16.23

56

1          2014?

2     A.    Of me getting pulled over?

3     Q.    Right.

4     A.    No.

5     Q.    Okay, just it was a different vehicle --

6     A.    Yes.

7     Q.    -- besides the Mustang.

8     A.    Yes.

9               MR. BRANSON:  Okay, makes sense.

10          Thanks, I appreciate that.  That's all the

11          questions I have.

12                    CROSS-EXAMINATION

13    BY MS. WOODY:

14    Q.    Okay, I just have a few questions for you.  Mr.

15          Cooper, I want to ask you just a little bit about

16          the Mustang because I think it's gotten pretty

17          confused.

18    A.    Yeah, it was so confusing.

19    Q.    Were you actually stopped when you were driving

20          the Mustang?

21    A.    Yes.

22    Q.    And because you bought the Mustang sometime

23          between 2017 and 2018, those stops would have

24          been in that timeframe --

25    A.    Yeah.

CHRISTOPHER COOPER   -   06.16.23

57

1    Q.    -- that it right?

2    A.    Yeah, pretty sure around there.

3    Q.    Tell me what happened when you were stopped in

4          the Mustang.

5                MR. BRANSON:   Object to form.   Asked

6          and answered earlier.

7    Q.    Go ahead.

8    A.    So, like, I would just get followed by like a

9          random car and so like I -- like me not knowing

10         who it is, I mean, I always turn on my blinkers

11         before a hundred feet.   Like, that has always

12         been me.   And I got -- I want to say it was

13         Hillside and I was turning to go on Kellogg, the

14         highway, so I turned out to go towards Kellogg

15         and the car that was -- well, it was a truck that

16         was following me kept straight.   And a police

17         place car pulls out from parking lot maybe that

18         was -- maybe like the parking lot over or two,

19         but it was a wooden gate, but the police wouldn't

20         have been even able to see me coming regardless.

21         But I'm making my turn and they pull out as well,

22         so they kind of go right behind -- well, I pulled

23         out, they pulled out -- (Indicating) -- right

24         behind me and they don't bother me the whole way

25         until after I passed the highway and then they

CHRISTOPHER COOPER   -   06.16.23

58

1       pull me over.  And before anything they're

2       calling me by my first name like -- it's crazy,

3       but they'd be calling me by my first name.  And

4       then I asked them, like, what's the reason that

5       you're pulling me over.  And then they'd be like,

6       well, you didn't turn your signal on a hundred

7       feet before your turn, the turn signal.  And me

8       not wanting to into get into it on how they would

9       know, so I'm, like, okay.  And then they're

10      instantly asking me if I have guns and drugs on

11      me.  And I'm, like, no.  And then they're like,

12      well, can we search your car.  Well, if it's

13      going to let me go home fast as possible, I mean,

14      I guess you can.  And they're bringing cops,

15      extra cop cars for no reason.  Then after they

16      searched my car, they let me go home.  No ticket,

17      no nothing.

18  Q.  Did this happen to you more than once?

19  A.  Yeah, like probably -- yeah, like, probably two

20      or three times.  So by then I'm, like, tired of

21      being pulled over and then I started switching

22      cars driving.

23  Q.  And did you then get rid of the Mustang?

24  A.  Yes.

25  Q.  And then did you get another car?

CHRISTOPHER COOPER    -    06.16.23

59

1    A.    Yes, ma'am.

2    Q.    And did you actually give that car to your

3          grandfather?

4    A.    Uh --

5    Q.    Put it in his name?

6    A.    Yes.

7    Q.    Okay.

8    A.    Yes.

9    Q.    And since you started driving the car --

10   A.    Never pulled over since.

11   Q.    Wait until I'm finished.  Since you started

12         driving the car that you gave to your grand-

13         father, have you been pulled over?

14   A.    No.

15   Q.    Let me ask you a little bit about your back-

16         ground.  You went to East, correct, for high

17         school?

18   A.    (Witness motioned head up and down.)

19   Q.    Did you ever get in trouble or did you ever have

20         any arrests --

21   A.    No.

22   Q.    -- any charges, anything like that?

23   A.    No.

24   Q.    How about between the time you got out of high

25         school or during the whole year that you were

CHRISTOPHER COOPER    -    06.16.23

62

1   Q.   And what did you do after you talked to your mom?

2   A.   The police were already there.

3   Q.   Police were there, okay.

4   A.   (Witness motioned head up and down.)

5   Q.   And so did you agree to talk to the police?

6   A.   Yeah.

7   Q.   And you said that you were then charged with

8        first-degree murder; is that correct?

9   A.   Yes.

10  Q.   And after you went to the police station, did you

11       go directly to jail?

12  A.   Yes.

13  Q.   And you said there was a bond hearing and you

14       think your bond was set at least at $50,000; is

15       that right?

16  A.   Yes.

17  Q.   Were you able to pay that?

18  A.   No.

19  Q.   So how long did you actually sit in jail without

20       being able to pay the bond?

21  A.   I stayed in jail that whole time.

22  Q.   How long was it roughly?

23  A.   Like a year or a little over, maybe.

24  Q.   Okay.  Was it during that time after you had been

25       in jail for about a year that you agreed to plead

CHRISTOPHER COOPER    -    06.16.23

63

1          to obstruction of justice?

2    A.    Yes.

3    Q.    And why did you agree to plead to that?

4    A.    Because they were basically telling me they were

5          just going to -- basically, they were going to be

6          telling me like, ah, you're a gang member and

7          you're going to get charged with this.  And I'm,

8          like, no, I'm not.

9    Q.    You pled because you felt like if they tried you,

10         they were going to say you were a gang member.

11               MR. BRANSON:  Object to form.

12   Q.    Is that correct?

13   A.    Yes.

14   Q.    So once you got -- once you pled and you got let

15         out of jail, were you told that you had what were

16         called gang conditions on your parole?

17               MR. BRANSON:  Object to form.

18   A.    Yes.

19   Q.    What kind of curfew did you have for instance?

20   A.    6:00.

21   Q.    So you had to be home at 6:00 every night?

22   A.    Yes.

23   Q.    And I believe you said it was for 18 months; is

24         that correct?

25   A.    I think -- I was I believe so.

CHRISTOPHER COOPER    -    06.16.23

64

1    Q.    And you also couldn't hang out with anybody who
2          was on the gang list; is that right?
3                    MR. BRANSON:   Object to form.
4    A.    Yes.
5    Q.    Did you complete all the terms of your probation?
6    A.    Yes.
7    Q.    Did you have any probation or parole violations
8          during that time?
9    A.    No.
10   Q.    Since that time after you completed your parole,
11         have you ever had any charges or arrests?
12   A.    No, ma'am.
13   Q.    Now, you had said that you were going to apply to
14         go to K-State; is that right?
15   A.    Yes.
16   Q.    And did you understand or believe that once you
17         applied, you were going to get a football
18         scholarship?
19   A.    Yes.
20   Q.    But after you got out of jail, were you able to
21         do that?
22   A.    No.
23   Q.    And why not?
24   A.    For one, they couldn't -- for me to play -- well,
25         since I was a felon, I wasn't able to stay on the

CHRISTOPHER COOPER    -    06.16.23

65

1      campus.  So for me -- they told me if I wanted to

2      come there, I would have to get like my own

3      place, like basically my own house down there and

4      live and basically just make my roundabouts going

5      to the school, coming back, going back off

6      campus.  And that was doing too much.  I couldn't

7      do it, I couldn't afford it.  Yeah, I -- that was

8      a lot.

9   Q.  So did you try another way to try to go to

10      college?

11   A.  Yes.

12   Q.  What was that?

13   A.  I tried to go to WSU.

14   Q.  And what's WSU?

15   A.  Wichita State University.

16   Q.  And what did you do to try to go to Wichita

17      State?

18   A.  I had a friend that he basically was running

19      track with WSU and he kinda talked to the coach

20      for me because that's what he was doing, so he

21      was -- the coach was willing to give me a

22      scholarship to run back for them.  So when I was

23      coming up, I was doing track practices.  Then

24      when it was time for meets, since I was on

25      corrections and I had ankle monitor, so it was

CHRISTOPHER COOPER    -    06.16.23

66

1          hard for me to practice with it because, like,

2          the ankle monitor would be hitting my ankle all

3          the time every day.  Or for track meets that

4          would be right outside of Wichita, Kansas and I

5          wasn't able to go run in them, so there was no

6          point for me to stay.

7     Q.   So you weren't able to get the track scholarship,

8          then?

9     A.   No.

10    Q.   Were you able to afford to go to Wichita State

11         without it?

12    A.   No, I -- I'm sorry -- because after I went to

13         jail and everything, I lost basically the

14         scholarship the Army was giving me for my father,

15         so I wasn't able to.

16    Q.   And so let's talk about the incident with that

17         Mr. Branson brought up about when you got shot in

18         the leg in 2018.

19    A.   Mm-hmm.   (Witness motioned head up and down.)

20    Q.   You were over at your aunt's house; is that

21         right?

22    A.   Yes.

23    Q.   With family?

24    A.   Yes.

25    Q.   Why was everybody gathered over at your aunt's

CHRISTOPHER COOPER    -    06.16.23

67

1      house?

2   A.    My niece passed away that morning.

3   Q.    And how old was your niece?

4   A.    Like a month.

5   Q.    Okay, so had you just found out about this that

6      morning?

7   A.    Yes.

8   Q.    And so who all was gathered at the house there?

9   A.    Grandmas, aunts.  Of course, the parents of the

10      baby that passed.  Hmm, just people like that.

11   Q.    And you said that when the shooting happened you

12      were sitting in the garage; is that right?

13   A.    Yes.

14   Q.    Who all was in that garage?

15   A.    My uncle, my aunt.  Not Elbert.  But like my

16      nieces, little cousins.  Just family, lot of

17      family.

18   Q.    Were there children in the garage?

19   A.    Yes.

20   Q.    Were there elderly people in the garage?

21   A.    Yes.

22   Q.    And what were people doing in the garage?

23   A.    Just grieving and doing -- sipping on couple

24      beers.

25   Q.    Just being with family?

CHRISTOPHER COOPER    -    06.16.23

68

1    A.    Yeah.

2    Q.    And you said the garage door was closed?

3    A.    Yes, all the way.

4    Q.    And tell us what happened when you knew there was

5          a shooting and how you knew there was a shooting.

6    A.    Really, I didn't know that there was a shooting

7          until I got hit, actually, because we were

8          listening to music and so, like, we didn't really

9          hear anything on the outside.  And the only way I

10         really knew there was shooting is I seen a spark

11         hit the ground.  By the time I seen that, I was

12         already hit, so . . .

13   Q.    With the garage doors closed, did anybody from

14         the outside even know that you were in the

15         garage?

16   A.    No.

17   Q.    So they couldn't see you in the garage?

18   A.    No.

19   Q.    And they couldn't see anybody else in the garage?

20   A.    They couldn't see nobody.

21   Q.    And you never found who fired the shots or why?

22   A.    Don't know.

23   Q.    And you went to the hospital after that, correct?

24   A.    Yes.

25   Q.    Were you ever charged with anything related to

CHRISTOPHER COOPER   -   06.16.23

69

1          that shooting?

2     A.   No.

3     Q.   And again, have you ever been in any kind of

4          arrest, charges, trouble after you completed your

5          parole and probation?

6     A.   No.

7     Q.   And you are currently employed and have been

8          continuously?

9     A.   Yes.

10    Q.   Okay.  What effect would you say being on the

11         gang list has had on you?

12               MR. BRANSON:  Object to form.

13    A.   Well, for one, when I worked at Metro, like,

14         there was a lot of sales I couldn't participate

15         in.  So, like, we have a big promotional sale for

16         a new phone that was just coming out and they

17         wanted to promote it at something like the

18         Riverfest, and I wouldn't be able to go up there

19         because -- and I was like the store manager at

20         the time, so if the store manager is not able to

21         be at the Riverfest to make sales, it was -- it

22         was a lot because that was part of the conditions

23         and I couldn't go to like Riverfest.  They wanted

24         me to go flyering, like put flyers on people's

25         cars and stuff like that, and so I wouldn't be

CHRISTOPHER COOPER    -    06.16.23

70

1        able to go to certain QuikTrips.  So one of the

2        Metros I was managing was next door to a QuikTrip

3        and so, like, I couldn't even go there to get a

4        snack or give flyers there, to give people flyers

5        for the new promotions.  It was -- yeah, I

6        couldn't do anything.

7  Q.    Now, any other effects do you think that having

8        been on the gang list has had on you?

9  A.    Just me being targeted and me missing, like, not

10        ever being able to go back to school.  I mean, it

11        messed up a lot for me because I wasn't able to

12        finish school and so, therefore, I wasn't able to

13        go do what I wanted to pursue in life.  I wanted

14        to be like a sports trainer/therapist, and I

15        couldn't go back to school because they'd think

16        I'm a criminal or, you know, or violent offender

17        and I couldn't stay on their property.

18  Q.    Okay.  You mentioned that the police stopped you

19        frequently when you had the Mustang.  Did they

20        usually ask to search your car when they stopped

21        you?

22                MR. BRANSON:  Object to form.

23  A.    Yes.

24  Q.    And did you ever not allow them to search your

25        car?

CHRISTOPHER COOPER    -    06.16.23

71

1    A.    Always let 'em.  Just so I could go home fast as

2          possible.

3    Q.    Did they ever find anything that --

4    A.    No.

5    Q.    Just let me finish my question.  Did they ever

6          find anything like drugs or firearms or anything

7          in your car?

8    A.    No, ma'am.

9    Q.    Okay.  You also mentioned a time when you were at

10         some family funerals.  Do you recall that?

11   A.    Yes.

12   Q.    What happened there that -- well, did anything

13         happen there that was related to you being on the

14         gang list or being on the gang list?

15              MR. BRANSON:  Object to form.  Lacks

16         foundation.

17   A.    Just people telling us that people -- that police

18         are in the bushes watching us for, like, no

19         reason.  Like all -- we were at my niece's that

20         we were already talked abut that passed away that

21         morning of me getting the shot.  So I want to say

22         it was the weekend, the weekend, that Friday

23         after all that or so, but police was watching us

24         from the bushes.  Pretty sure taking pictures.  I

25         mean, we can't even grieve in peace.  That's not

72

1         even like -- I could see if it was like older

2         folks.  But, no, it's a baby funeral.

3    Q.   Mr. Branson mentioned an incident where you were

4         in a club and you and the younger Elbert Costello

5         were attacked.  Do you recall that?

6    A.   Yes.

7    Q.   And did you recognize anybody who attacked you as

8         being a gang member?

9    A.   No.  Too many people.

10   Q.   Were you ever charged with anything as a result

11        of that --

12   A.   No.

13   Q.   -- of that fight?

14   A.   No.

15   Q.   And is that the only time that you have been in

16        an altercation like that?

17   A.   Yes.

18   Q.   During the time that you were in jail, did you

19        ever get any bad conduct or anything like that?

20   A.   No.

21   Q.   Just give me one second.  Mr. Branson asked you

22        about using the social media handle, if you will,

23        of TrackNation 17.  Do you recall that?

24   A.   Yes.

25   Q.   Does that have anything to do with being a gang

CHRISTOPHER COOPER    -    06.16.23

75

```
 1            the 905 or whatever they call it down on -- yeah,
 2            they told me like that's part of the gang --
 3    Q.      I'm sorry, the nine one five?
 4    A.      905 building or whatever.
 5    Q.      Okay, that's you're referring to?
 6    A.      Yeah, the probation building, yeah, that's where
 7            I was at.  So they told me that it was part of
 8            our gang conditions and I wasn't able to go to
 9            QuikTrips, the mall, and stuff like Riverfest,
10            festivals and stuff like that.
11    Q.      But that was being enforced as a condition of
12            your probation; is that right?
13    A.      Yes, they told me it was gang conditions.
14    Q.      As a condition of your probation on Community
15            Corrections.
16    A.      Yes.
17    Q.      Okay.  So Wichita State, you brought up Wichita
18            State.  Did you ever apply for admission to
19            Wichita State University?
20    A.      Uh, no.
21    Q.      What was the name of the coach?
22    A.      I'm sorry, um -- sorry, I'm burping, I just want
23            to want to --
24    Q.      You're all right.
25    A.      At the time, I do not recall.  I wish I could
```

CHRISTOPHER COOPER   -   06.16.23

76

1            look, but I -- I don't remember his name.

2   Q.    So the only school that you have ever applied to

3         and been accepted at has been Highland Community

4         College.

5   A.    Yes.

6   Q.    You never applied to K-State.

7   A.    Didn't have time.

8   Q.    Never applied to WSU.

9   A.    No.

10  Q.    And you didn't go to K-State because they would

11        not let a convicted felon live on campus.

12  A.    Yes.

13  Q.    You talked or you testified a little bit about

14        the funeral of the young child.

15  A.    Mm-hmm.  (Witness motioned head up and down.)

16  Q.    You said people are saying that police are in the

17        bushes taking pictures.

18  A.    Yes.

19  Q.    Were you ever stopped by anybody at that funeral?

20  A.    I wasn't driving, so . . .

21  Q.    Did you come into contact with police at the

22        funeral?

23  A.    I mean, my mother was driving and I don't think

24        they pulled her over.

25                  MR. BRANSON:  That's all the questions