# EXHIBIT 82

# MARTEL COSTELLO

1    .

2              IN THE UNITED STATES DISTRICT COURT

3                  FOR THE DISTRICT OF KANSAS

4    .

5    .

6    PROGENY, a program of Destination

7    Innovations, Inc., et al.,

8              Plaintiffs,

9         vs.           Case No. 6:21-cv-01100-EFM-ADM

10   CITY OF WICHITA, KANSAS,

11             Defendant.

12   .

13   .

14   .

15                       DEPOSITION OF

16                       MARTEL COSTELLO

17   taken on behalf of the Defendant, pursuant to

18   Amended Notice to Take Deposition, beginning at

19   9:48 a.m. on the 8th day of June, 2023, at the

20   Wichita Work Release Center, 401 South Emporia

21   Street, in the City of Wichita, County of

22   Sedgwick, and State of Kansas, before Lee Ann

23   Bates, CSR, RPR, CRR.

24   .

25   .

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## MARTEL COSTELLO

1   and it says plaintiff pled -- pleaded guilty to

2   intimidation of a witness in case number 13-JV-

3   967-FE.  Do you recognize that conviction?

4        A.   Yes, sir.

5        Q.   Okay.  Can you tell me the circumstances

6   of that case?

7        A.   I got probation.

8        Q.   I'm sorry, sir.  I didn't understand your

9   answer.

10        A.   I got probation in that case.

11        Q.   Can you tell me what caused you to be

12   convicted of that?

13        A.   I don't remember.  I had a lot of cases

14   in 2016 and 2017.

15        Q.   Sir, were you arrested -- well, this --

16   sir, this is a case from 2013.  Do you see that?

17        A.   Yeah.  Well, okay.  Well, yeah, I see it.

18   That's a long time ago.

19        Q.   Okay.  Sir, were you arrested in October

20   of 2013 for using social media to post threats to

21   the victims of a shooting?

22        A.   I don't remember posting any threats,

23   sir.

24        Q.   Sir, the next entry is 2016.  The

25   plaintiff was charged with marijuana offenses and

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com       913-383-1131               316-201-1612

6/8/2023                                                                              30

## MARTEL COSTELLO

1    possession of firearms.  You see that?

2           A.     Yes, sir.

3           Q.     Sir, can you tell me what caused you to

4    be convicted of that?

5           A.     I was pulled over with some marijuana and

6    a firearm.

7           Q.     And were you eventually placed on

8    probation for those convictions?

9           A.     It ran concurrent with the case I'm in

10   here on now.

11          Q.     Okay.  When you were originally

12   convicted, though, were you placed on probation in

13   that case?

14          A.     Yes, sir.

15          Q.     And since that time, has that probation

16   been revoked?

17          A.     Yeah, clearly.

18          Q.     Okay.  I appreciate that, sir.  Sir,

19   you're still in the custody of the Department of

20   Corrections?

21          A.     Yes, sir.

22          Q.     Is that right?

23          A.     Yes, sir.

24          Q.     Okay.  And you've been in the custody of

25   Department of Corrections for several years now?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## MARTEL COSTELLO

1      Q.   Okay.  And the last condition under there

2   is "Gang conditions are imposed as a condition of

3   probation."

4      A.   Uh-huh.

5      Q.   All right.  And, sir, did the district

6   court judge impose those conditions on you?

7      A.   I don't know if it was him or the

8   probation officer.  I don't --

9      Q.   So you think it was the judge or the

10  probation officer that --

11     A.   Yeah.

12     Q.   -- imposed those conditions of probation

13  on you?

14     A.   I mean, I don't know.  Yeah, somebody

15  did.

16     Q.   Okay.  Sir, did you ever have probation

17  violations?

18     A.   Yeah.

19     Q.   I believe in the complaint on page 35 and

20  paragraph 145, you indicate that you were able to

21  abide by your conditions of probation with the

22  exception of two minor infractions, using alcohol

23  on one occasion, and being six minutes late for

24  curfew on another occasion.

25     A.   Yes, sir.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**MARTEL COSTELLO**

1    Q.   Okay.  Do you believe that those are your

2   only probation violations?

3    A.   I know they wasn't my only probation

4   violations.

5    Q.   Okay.  But you -- you said in the

6   complaint that you were able to abide by --

7    A.   Yeah.

8    Q.   -- your conditions of probation with the

9   exception of two minor infractions.

10   A.   Yes.

11   Q.   Was that statement not accurate?

12   A.   Yeah, that's accurate.

13   Q.   Okay.  But you also had other --

14   A.   Yes.

15   Q.   -- violations?

16   A.   Yes, sir.

17   Q.   In addition to those?

18   A.   Yes, sir.

19   Q.   Okay.  Sir, do you remember approximately

20  what -- when you were placed on probation the

21  first time?

22   A.   October -- the very, very first time or

23  just in this case?

24   Q.   The very first time.

25   A.   2013, February 3rd.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604            Suite 101                    Suite 305
785-273-3063               Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com         913-383-1131                 316-201-1612

## MARTEL COSTELLO

1    Q.   Were you subsequently after that arrested

2  again on May 1st, 2017, for being in possession of

3  a firearm and marijuana?

4    A.   Yeah.

5    Q.   Were you subsequently again arrested on

6  August 10th, 2017, for domestic battery?

7    A.   No, sir.

8    Q.   On Arisa Smith?

9    A.   No, sir.

10    Q.   You don't believe you were ever arrested

11  for domestic battery?

12    A.   I know I wasn't arrested.

13    Q.   Sir, in February of 2018, were you

14  arrested for domestic battery of Arisa Sullivan

15  Costello -- or excuse me -- Arisa Sullivan?

16    A.   No.

17    Q.   Sir, you've testified that your probation

18  was subsequently revoked and you were sentenced to

19  serve your underlying sentences in the criminal

20  case.

21    (THEREUPON, Deposition Exhibit No 86

22  marked for identification.)

23    BY MR. BRANSON:

24    Q.   I'm going to hand you what's marked as

25  Exhibit 86.   Sir, this is another journal entry.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

## MARTEL COSTELLO

1   This is a journal entry of a probation violation

2   hearing and this is for court case 2017-CR-1348 in

3   Sedgwick County.   Sir, are you familiar with this

4   journal entry?

5        A.    Yeah.

6        Q.    Okay.

7        A.    Well, I know the case.   I've never seen

8   these documents, but I know the case.

9        Q.    All right.   Sir, was your probation in

10  that case revoked?

11       A.    Yes, sir.

12       Q.    Okay.   And I'm going to ask you to take a

13  look at page 3 with me.

14       A.    Okay.

15       Q.    Page 3, under section 3, and it says

16  "Violations of" -- "Violation Sanction History."

17  It appears that there are two sanctions there

18  where you were violated, and it looks like 60-day

19  jail sanctions were imposed.   Do you see that?

20       A.    Yeah, I see it.

21       Q.    Okay.   One for May 25th, 2018, and then

22  one for November 27th, 2018?

23       A.    This is on page 3; right?

24       Q.    Yeah.

25       A.    Yeah, I see it.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## MARTEL COSTELLO

1      Q.    Okay.   Yeah, right here at the top.

2      A.    Yeah.

3      Q.    All right.   Sir, do you remember what

4  those probation violations were for?

5      A.    Yeah, I was on residential.

6      Q.    And what does that mean?

7      A.    Residential?

8      Q.    Yes, sir.

9      A.    It's like a work release facility before

10  you -- before they send you to prison.

11      Q.    Okay.   Do you recall what those probation

12  violation sanctions were for?

13      A.    I didn't know that they were for this,

14  but I know I had some probation violations.   I

15  know I had -- I had messed up in residential, but

16  I didn't know that it was for gang conditions or

17  none of that.

18      Q.    Okay.   So there's nothing there that says

19  anything about gang conditions.   Do you agree?

20      A.    I mean, down here, this says --

21      Q.    Well, I see that below.   I'm asking about

22  the ones under section 3 at the top.

23      A.    No, sir.

24      Q.    Okay.   So you said you messed up in

25  residential, but you're not -- are you unsure what

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

6/8/2023                                                                                    42

## MARTEL COSTELLO

1   those were for?

2           A.    Well, I know what I did, but --

3           Q.    Okay.   Can you tell me what you did?

4           A.    I was saying I was going to work and I

5   wasn't there.   My hours didn't match my -- my away

6   hours didn't match my on work hours.

7           Q.    Okay.   Was that for both of those

8   sanctions?

9           A.    Yeah.   That's when I got both of those

10  sanctions at the same time.

11          Q.    All right.   Sir, if we go down to section

12  4, section IV.

13          A.    Uh-huh.

14          Q.    This is on the disposition of the -- of

15  this violations hearing.   You see down at the

16  bottom, it says a brief description of violation.

17  It depicts that there's a warrant filed on June

18  12th, 2019, that you failed to obey the laws of

19  the United States and State of Kansas by

20  committing the offense of possession of drug

21  paraphernalia.

22          A.    Mm-hmm.

23          Q.    Is that a yes, sir?

24          A.    Yes, sir.

25          Q.    Okay.   Sir, is that the offense that

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## MARTEL COSTELLO

1  caused your probation to be revoked and -- and for

2  you to serve your time now?

3        A.    No, I bonded out again after that.

4        Q.    Well, sir, but this is for a probation

5  violation.

6        A.    Uh-huh.

7        Q.    Was violating the law the reason that you

8  were placed into prison?

9        A.    No.

10       Q.    Why were you placed in prison?

11       A.    I mean, violating the law, of course, but

12  this violation, I had -- I was out of jail again

13  after this violation.

14       Q.    Okay.  After that, though, did you have a

15  probation violation hearing?

16       A.    Yeah.

17       Q.    Okay.  And did the court find that you

18  were in violation of your probation by committing

19  the offense of possession of drug paraphernalia?

20       A.    Yes, sir.

21       Q.    Okay.  Below that, it also says a warrant

22  filed on 8/29/19, and it lists four different

23  probation violations for -- for being out past

24  curfew set by his gang conditions.  Do you see

25  that?

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

6/8/2023                                                                              44

## MARTEL COSTELLO

1        A.    Yeah.

2        Q.    Okay.  And, sir, were you in fact

3  violated on your probation for being out past your

4  curfew in violation of your probation conditions?

5        A.    Yeah, but what they told me was, on this,

6  they told me I have curfew violations and I had

7  gang member violations for being around gang

8  members.

9        Q.    Okay.  Sir, do you see that it says that

10  you were violated for being out past your curfew?

11        A.    I see what it say, but I'm telling you

12  what they told me.

13        Q.    Okay.  Who told you that?

14        A.    My probation officer.  The polices, when

15  they -- the polices, when they was booking me into

16  the county jail.  My bail bondsman.  That's the

17  same thing they told my bail bondsman.

18        Q.    All right.  Sir, do you understand that

19  this is a journal entry signed by the judge --

20        A.    Yeah.

21        Q.    -- finding that those were the violations

22  that you were responsible for?

23        A.    Yeah, I get it.  I see that what they

24  tell me and what they tell the judge is two

25  different things.



6/8/2023                                                                              49

## MARTEL COSTELLO

```
 1       A.    No, ma'am.
 2       Q.    Were any of those -- were you arrested in
 3  any of those instances with gang members?
 4       A.    No, ma'am.
 5       Q.    Were you -- but you did have gang
 6  conditions imposed on you on your probation;
 7  correct?
 8       A.    Yes, ma'am.
 9       Q.    And walk us through, if you would, the
10  various probation violations and how that all
11  worked out, because I think it was a little
12  confused in your earlier testimony.
13       A.    When I first got on probation, I had my
14  first probation was for -- was for alcohol.  My
15  second one -- my second probation violation was
16  for -- my second probation violation was for being
17  late for curfew by six minutes.
18       Q.    And who determined that you were late for
19  curfew?
20       A.    The WPD.
21       Q.    And so that was your second violation,
22  and then were you put back in some kind of
23  incarceration after that?
24       A.    They placed me on house arrest for 90
25  days.
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## MARTEL COSTELLO

1     Q.    Okay.  And what happened after that?

2     A.    While I was on house arrest, they --

3  while I was on house arrest, they -- my house was

4  shot up and I was violated for it.

5     Q.    Was that something that -- were you

6  involved in any shooting in that?

7     A.    No, ma'am.

8     Q.    Do you recall when that was?

9     A.    April 20th -- April 20th, 2018.

10    Q.    And what was going on at your house at

11 that time?

12    A.    We were conducting a wake for my niece

13 that had just passed away earlier that day.

14    Q.    And you say your house was shot up, but

15 were any shots directed at you?

16    A.    I hope not.

17    Q.    Were you injured in that shooting?

18    A.    No, ma'am.

19    Q.    Was there any shooting back at anybody

20 from your house?

21    A.    No, ma'am.

22    Q.    Okay.  So that was -- but that was a

23 probation violation?

24    A.    Yes, ma'am.

25    Q.    Did that lead to additional charges, that

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

6/8/2023                                                                    51

**MARTEL COSTELLO**

1    particular instance?

2         A.    Yes, a couple probation violations, and

3    they tried to charge me with possession of a

4    firearm that was later dismissed.

5         Q.    And whose firearm was it?

6         A.    My aunt's.  I had never seen it.

7         Q.    Was that an instance where they searched

8    your bedroom?

9         A.    Yes, ma'am.

10        Q.    And who searched your bedroom?

11        A.    The WPD.

12        Q.    What did they do to your room?

13        A.    They tore it apart.

14        Q.    Did they -- did they do anything with

15    anything in your closet?

16        A.    Yeah, they ripped my clothes.  They tore

17   my house apart.  Everything that on the incident

18   prior, when they raided my house in 2016, they had

19   laid out an outfit on my bed, and the outfit that

20   was not put together.  They took a red shirt out,

21   a red hat out of my -- out of my closet and some

22   red pants, and in my closet, the pantses is on --

23   the pants are on one side and the shirts are on

24   one side, and I have various hats.  I got like 40

25   hats, so they had to go and search and put this

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**MARTEL COSTELLO**

1  outfit together, and it was a red shirt, red pair

2  of pants, a red hat and a white pair of shoes

3  that was laid across my bed with pictures of me

4  and my friends, me and some old pictures from a

5  long time ago, spread around the outfit, and then

6  they had a shirt of me and my brother, of me and

7  my brother on my bed as well.

8       Q.   And were you -- when you saw that, what

9  did you -- what did you think?

10      A.   They out to get me.

11      Q.   Why did you feel that way?

12      A.   They just laid a full-fledged outfit on

13  my bed.   That's almost a body outline.

14      Q.   So you felt -- did you feel threatened?

15      A.   Yes, ma'am.

16      Q.   Are there other times that you felt

17  threatened by the police?

18      A.   Yes, several times.

19      Q.   Have you felt threatened by the police

20  recently, while you were on work release?

21      A.   Yes, ma'am.

22      Q.   Can you tell us about that?

23      A.   At my job, I work for the City, and I

24  work for the City and so we got to go to public

25  places to use the bathroom, such as QuikTrip or a

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

## MARTEL COSTELLO

1   gas station.  So when I go into the bathroom, I
2   put my food in the microwave, and when I come out
3   to get my food -- I go to the bathroom and when I
4   come out to get my food, the police is standing
5   there.
6          I don't -- I don't say nothing to them.  I
7   just try to grab my food and move, and he stopped
8   me and says, "I know who you are.  What's up,
9   Elbert?  Are you paying for my lunch today?"  I
10  told him no, and I told him, "I'm not Elbert."
11         I grabbed my food and tried to move, but he
12  had me nervous so I kind of spilled my food, so
13  I'm trying to clean up my mess and he like -- and
14  he stops me again, like, "Hey, man, you look
15  familiar.  I know who you are."  He like, "If
16  you're not Elbert, you're Martel."
17         I'm like, "I don't know who that is," and
18  then when he -- then he like, he stopped me again.
19  As I'm trying to move around him, he stopped me
20  again, like "Now I know who you are.  You're
21  Martel.  You use to be over there on Yale."  I'm
22  like, "I don't know what you're talking about,"
23  and as I was moving away from him, he says, "I
24  see you work for the City.  I see you work for
25  the City.  I hope you staying out of trouble."  I

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

**MARTEL COSTELLO**

1  said, "I'm doing the same thing you doing, keeping

2  the streets clean," and I went on about my day.

3      Q.    Did you feel concerned that he had

4  contacted you like that?

5      A.    Yeah.

6      Q.    And were you doing anything that would

7  have caused the police to come up and talk to you?

8      A.    No.  I was at work.

9      Q.    Okay.  Does that leave you -- does that

10 make you concerned in any way for your future?

11     A.    Yes.

12          MR. BRANSON:  Object to form.

13          MS. WOODY:  Go ahead.  You can answer.

14          THE WITNESS:  Yes, ma'am.

15 BY MS. WOODY:

16     Q.    Why?

17     A.    Because, you know, if the police has a --

18 I know I've changed a lot since I was a kid, you

19 know, but the police still recognize me who I am

20 and still have the nerve enough to walk up on me

21 at my job at that, while I'm in the midst of

22 work, you know, it's something to it.

23     Q.    Okay.  Let me just take a quick look

24 here.  Oh, let's go back to the parole violations.

25 I'm sorry.  So you were -- you had a couple, one

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

**MARTEL COSTELLO**

1  for alcohol and you got residential, and then you

2  got the parole violation when they came and

3  searched your house.  Then what happened?

4        A.  The alcohol, I got -- I had to take a

5  drug class.  I completed that.  The -- the -- the

6  curfew that I got house arrest for that, and then

7  when my house got shot up, that's when they sent

8  me to residential.  I got wrote for residential,

9  and then when they sent me -- they put me on the

10  120-day sanction.  They sent me back to

11  residential, I completed it, and then I -- I

12  caught my -- the June 6, 2019 -- I mean, June

13  12th, 2019, when they pulled me over, the police

14  was sitting right down the street from my house,

15  like normal, and they pulled me over, said that I

16  had a bad tag.

17        I went back to jail and then I was in jail

18  till August, when my brother passed away, and when

19  my brother passed away, I was taken to jail twice;

20  once for -- they said the first time they took me

21  to jail, they said it was for gang members, and

22  the second time, they said it was out -- being out

23  past curfew.

24        Q.  Okay.  When they said it was for gang

25  members, what did they tell you?



5111 SW 21st Street     6420 W. 95th Street     800 E. 1st Street
Topeka, KS 66604     Suite 101     Suite 305
785-273-3063     Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com     913-383-1131     316-201-1612

**MARTEL COSTELLO**

1      A.    For being at my brother's --

2            MR. BRANSON:   I'll object to form.   Who

3  is "they"?

4            THE WITNESS:   The WPD.   When they was

5  putting me in the back of the police car, they

6  were asking me like, "You were around gang members

7  at the time of the funeral."

8      BY MS. WOODY:

9      Q.    And -- and ultimately, were you -- you

10  testified previously that you were told by your

11  bail bondsman and your probation officer that you

12  violated parole because you were around other gang

13  members; is that right?

14      A.    Yes, ma'am.

15            MS. WOODY:   Okay.   I don't have any

16  further questions.

17      REDIRECT-EXAMINATION

18      BY MR. BRANSON:

19      Q.    Sir, a few follow-ups.   You testified

20  about the April, 2018 shooting at your house on

21  Yale earlier.   Were you aware that there's

22  surveillance video of that incident?

23      A.    Yeah, we got cameras on my house.

24      Q.    Okay.   Were you aware that there was a

25  depiction of you with a handgun?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

6/8/2023                                                                                          59

## MARTEL COSTELLO

```
1    my sandwich and my sandwich and stuff in a -- in
2    my -- and some soup and they -- and when I left,
3    I put my food in the microwave when I went to the
4    bathroom.  When I came back, he was standing
5    there.
6         Q.   He was standing where?
7         A.   In front of my food.  In front of the
8    microwave with my food.
9         Q.   Okay.  You left your food in the
10   microwave, went to the bathroom, and when you came
11   out, there was a police officer standing in front
12   of the microwave?
13        A.   Yeah.
14        Q.   Okay.  And at that point in time, he
15   engaged you with conversation?
16        A.   Yeah.
17        Q.   Okay.  Did he place you under arrest?
18        A.   No, sir.
19        Q.   Did he threaten to place you under
20   arrest?
21        A.   No, sir.
22        Q.   Did he tell you that you weren't free to
23   leave?
24        A.   No, sir.  He did stop me when I was
25   trying to move, though, but --
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## MARTEL COSTELLO

1      Q.    **What do you mean, he stopped you when you**
2    **were trying to move?**
3      A.    He told me to stop.
4      Q.    **Okay.  Tell me about that.**
5      A.    He -- when he asked me if I was Elbert,
6    or I was like, "No, I'm not Elbert."  When he --
7    when I got my stuff together and cleaned up my
8    food, he said -- and I was moving away from him,
9    he says, "Stop.  I know you.  I recognize you
10   from somewhere," and that's when he told me,
11   "You're -- if you're not Elbert, you're Martel."
12     Q.    **And what did you tell him?**
13     A.    I told him I don't know what he talking
14   about.
15     Q.    Okay.  But your name's Martel?
16     A.    Yeah.
17     Q.    Okay.  So you refused to tell the officer
18   your name?
19     A.    No, I didn't refuse.  I just told him I
20   didn't know what I was -- what he was talking
21   about.
22          MR. BRANSON:  Okay.  I have no further
23   questions.
24          RECROSS-EXAMINATION
25          BY MS. WOODY:



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612