# EXHIBIT 84

DEC 1 1 2019

ELECTRONICALLY FILED
2019 Dec 03 PM 2:00
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2017-CR-001343-FE





| | |
|---|---|
| **Court:** | Sedgwick County District Court |
| **Case Number:** | 2017-CR-001343-FE |
| **Case Title:** | State of Kansas vs. Martel E Costello |
| **Type:** | 2019 JOURNAL ENTRY OF PROBATION VIOLATION HEARING |

SO ORDERED.

/s/ Honorable Eric Williams, District Court Judge

Electronically signed on 2019-12-03 14:01:28   page 1 of 4

STATE OF KANSAS
SEDGWICK COUNTY
I hereby certify that the foregoing is a true and correct copy of the original instrument on file in this court. Dated: 12-3-19
Clerk of the District Court
By _____
Deputy Clerk

KDOC - Costello, M. 000208

**WICHITA 130712**

For Court Use Only

RRS/vp

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2019 JOURNAL ENTRY OF PROBATION VIOLATION HEARING

| SECTION I. CASE IDENTIFYING INFORMATION | | | Transaction Number: 3087G1738664 | |
|---|---|---|---|---|
| STATE v. MARTEL E. COSTELLO | | ☒ Male | Court O.R.I. Number KS087025G | K.B.I. Number KS33284269 |
| County | Court Case Number | Name of Judge at Violation Hearing | | Date of Violation Hearing |
| SEDGWICK | 2017CR001343 | ERIC N. WILLIAMS | | 11/15/19 |
| Defense Counsel at Violation Proceeding: ☒ Appointed   Counsel Name: Douglas L. Adams Jr | | | | |
| Agency Requesting Hearing: ☒ Community Corrections | | | | |
| Reason for Violation Hearing: ☒ Condition Violation   ☒ Committed New Crime | | | | |
| **SECTION II. ORIGINAL CONVICTION AND SENTENCE INFORMATION** | | | | |
| Original Sentencing Date: 10/12/17 | | Name of Original Sentencing Judge:   BENJAMIN L. BURGESS | | |
| Original Journal Entry: ☐ Attached | | | | |
| Name of PRIMARY Offense of Conviction:  CRIMINAL POSSESSION OF A WEAPON BY A CONVICTED FELON  Count No.: 1   Original date of Offense: 05/01/17 | | | | |
| K.S.A. Title, Section, Subsection(s):   2016 Supp. 21-6304(a)(2) | | | | |
| Grade of Offense: ☒ Felony, Severity Level 8   ☒ Nonperson | | | | |
| Offense Category: ☒ Nondrug | | | | |
| Criminal History Classification: ☒ E | | | | |

State vs. Martel E. Costello          Page 2 of 4          KDOC - Costello, M. 000209   Case No. 2017CR001343

WICHITA 130713

| | |
|---|---|
| Imprisonment Term Pronounced for Primary Offense: | 15 months |

| | |
|---|---|
| Postrelease Supervision: | ☒ 12 months |

| | |
|---|---|
| Probation Term: | ☒ 18 months |

| | |
|---|---|
| Original Total Prison Term: | KDOC ___15___ months |

## SECTION III. VIOLATION SANCTION HISTORY

The 1st sanction was a __60__ jail sanction imposed by the ☒ Court (05/25/18)
The 2nd sanction was a __60__ jail sanction imposed by the ☒ Court (11/27/18)

## SECTION IV. DISPOSITION OF THIS VIOLATION HEARING

Disposition:   ☒   The court finds sufficient evidence and grounds to show and orders
  ☒   Violations Determined, Probation Revoked and Defendant Ordered to Serve:
  ☒   Original Sentence
  ☒   Court revoked per K.S.A. 22-376(c)(7) because:
      ☒   Committed new crime (state reasons in comments box)
  ☒   Court remand Defendant to custody of Sheriff to begin serve sentence.

**Comments:**
Court finds defendant committed new crime and that based on his supervision history, defendant is not amenable to probation. Defendant admits to all of the allegations of the warrant filed on 08/29/19 and allegation #2 of the warrant filed on 06/12/19. State withdraws allegation #1 and #3 of the 06/12/19 warrant.

**BIDS FEES ORDERED:**
Application Fee Assessed $____ (Per K.S.A. 22-4529, $100 unless reduced or waived for "manifest hardship")
Attorney Fee Assessed $____ (Per K.S.A. 22-4513)

**Brief Description of Violation:**

Warrant filed on 06/12/19

- Defendant failed to obey the laws of the United States, the State of Kansas and any other jurisdiction to whose laws he may be subject; on 06/08/19, the defendant committed the offense of Possession of Drug Paraphernalia as alleged in Wichita Police Department Incident Report 19C35913.

Warrant filed on 08/29/19

- Defendant failed to abide by all gang conditions as ordered by the Court or his ISO; on 08/23/19, the defendant was out past curfew set by his gang conditions.
- Defendant failed to abide by all gang conditions as ordered by the Court or his ISO; on 08/24/19, the defendant was out past curfew set by his gang conditions.
- Defendant failed to abide by all gang conditions as ordered by the Court or his ISO; on 08/25/19, the defendant was out past curfew set by his gang conditions.
- Defendant failed to abide by all gang conditions as ordered by the Court or his ISO; on 08/26/19, the defendant was out past curfew set by his gang conditions.

State vs. Martel E. Costello        Page 3 of 4        KDOC Case No. 2017CR001343
KDOC - Costello, M-000210

WICHITA 130714

| Incarceration Credit: | Jail Credit Awarded at Original Sentencing __0__ |
|---|---|
| | + Credit Actually Awarded While on Probation for Current Crime (to include any KDOC violation sanction time) __60__ |
| | = Total Number of Days of Jail Credit Actually Awarded __60__ |

Revocation Date: 11/15/19 Total Number of Days of Credit Actually Awarded __60__ = Sentence Begins Date: To Be Determined

| Location | | Dates in Custody | Number of Days | Awarded/Not Awarded |
|---|---|---|---|---|
| J | Sedgwick County Jail | 05/01/17 to 05/03/17 | 3 | ☒ N |
| J | Sedgwick County Jail | 04/26/18 to 06/06/18 | 41 | ☒ N |
| RES | Residential Community Corrections | 06/06/18 to 10/01/18 | 117 | ☒ N |
| J | Sedgwick County Jail | 10/01/18 to 01/28/19 | 119 | ☒ N |
| RES | Residential Community Corrections | 01/28/19 to 05/28/19 | 121 | ☒ N |
| J | Sedgwick County Jail | 06/10/19 to 08/08/19 | 60* | ☒ A |
| J | Sedgwick County Jail | 08/09/19 to 08/22/19 | 14 | ☒ N |
| J | Sedgwick County Jail | 08/27/19 to 08/30/19 | 4 | ☒ N |

Note: For dates not awarded, defendant also held on 17CR1192. As this case is concurrent to 16CR2592 and consecutive to 17CR1192, defendant is not eligible for duplicate credit for these dates in 17CR1343.

*-Per violation hearing on 11/27/18; defendant 60 day sanction shall run concurrent.

**Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive:**

| Case No. | 17CR1192 | ☒ Felony | County Sedgwick | ☒ Consecutive |
|---|---|---|---|---|
| Case No. | 16CR2592 | ☒ Felony | County Sedgwick | ☒ Concurrent |

## SECTION V. SIGNATURES

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

| /s/ Robert R. Short       November 26, 2019 | Approved via email 12/2/19 by       December 2, 2019 |
|---|---|
| **ROBERT R. SHORT, #20763**       DATE | **DOUGLAS L. ADAMS JR, #16092**       Date |
| Assistant District Attorney | Attorney For Defendant |
| | |
| Address:   Sedgwick County Courthouse | Address: Ney Adams & Miller |
|            535 North Main |          200 North Broadway # 300 |
|            Wichita, Kansas  67203 |          Wichita, Kansas  67202 |
| | |
| Phone No.: (316) 660-3600 | Phone No.:   (316) 264-0100 |

2