# EXHIBIT 85

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
 2                  WICHITA DIVISION

 3

 4    PROGENY, a program of            )
      Destination Innovation, Inc.,    )
 5    CHRISTOPHER COOPER, ELBERT       )
      COSTELLO, MARTEL COSTELLO, and   )
 6    JEREMY LEVY, JR., on behalf of   )
      themselves and others            )
 7    similarly situated,              )
                                       )
 8              Plaintiffs,            )
                                       )
 9    vs.                              ) Case No.
                                       )
10    CITY OF WICHITA,                 ) 6:21-cv-01100-EFM-ADM
                                       )
11                                     )
                Defendant.             )
12                                     )

13
                      D E P O S I T I O N
14

15       The deposition of **ELBERT E. COSTELLO**, taken on

16    behalf of the Defendant in the above-styled and

17    numbered cause, pursuant to the Federal Rules of Civil

18    Procedure before Jeffrey J. Elliott, Kansas CCR #912,

19    at City Hall, 455 North Main, 13th Floor, Wichita,

20    Sedgwick County, Kansas, on the 1st day of June, 2023,

21    commencing at 10:00 a.m.

22

23            **HARRISON-ELLIOTT REPORTING, LLC**
                   Certified Court Reporters
24        1417 North Saint Paul, Wichita, Kansas 67203
             (316)267-8278 phone   (316)267-8621 fax
25                  jeff@harrisonelliott.com
```

1   A.   Yes.
2   Q.   Sir, what I wanted to ask you today is you
3        recognize this Exhibit 60 as your answers to
4        interrogatories; are those in fact your answers
5        that you supplied for these questions?
6   A.   Yes.
7   Q.   And are your answers provided on Exhibit 60 true
8        and correct to the best of your knowledge,
9        information and belief?
10  A.   Yes.
11  Q.   All right.  Sir, I'm going to ask you to look at
12       interrogatory question number 9, and it starts on
13       page 8.  Sir, the question asks if you have ever
14       been a member or affiliated with any group,
15       organization or gang known as the Bloods or the
16       Original Wichita Villain, and your response is
17       that you have not been.
18            Sir, my question to you:  Have you ever been
19       an Original Wichita Villain gang member?
20  A.   No.
21  Q.   Are you or have you ever been a member of the
22       Bloods gang?
23  A.   No.
24  Q.   Are you or have you ever been a member of the
25       Piru Bloods gang?

```
 1    A.    No.
 2    Q.    Have you ever heard the term Neighborhood Pirus?
 3    A.    Yes.
 4    Q.    And when did you hear that term?
 5    A.    Uh, it's been years.  Term that's from way back
 6          in middle school days.
 7    Q.    Okay, what is your understanding -- what does
 8          that term mean to you?
 9    A.    Neighborhood Pirus?  The term Neighborhood
10          Pirus?
11    Q.    Yes.
12    A.    Um, a gang.
13    Q.    Okay.
14    A.    Mm-hmm.  (Witness motioned head up and down.)
15    Q.    And when you say gang, can you tell me what you
16          mean by a gang?
17    A.    My definition of a gang would be groups of guys
18          that grew up with each other.
19    Q.    Okay, anything else with your definition of a
20          gang?
21    A.    No.
22    Q.    What about criminal activity associated with a
23          gang?
24    A.    Don't know of any.
25    Q.    Sir, you were asked in your interrogatories about
```

1           stopped.
2    A.     Right.
3    Q.     When do you alleged that this harassment started?
4    A.     Say not too much longer after I was released
5           from prison.
6    Q.     So sometime in 2000?
7    A.     Yes.
8    Q.     Sir, have you been arrested since you've been
9           released from prison?
10   A.     Yes.
11   Q.     Were you arrested in 2005 for possession of
12          marijuana in September of 2005?
13   A.     I -- I really can't recall.  I can't remember.
14   Q.     Okay.  What about July of 2006; were you arrested
15          in July of 2006 for possession of marijuana?
16   A.     I can't recall.
17   Q.     Okay.  Were you arrested in February of 2007 for
18          possession of drug paraphernalia?
19   A.     Yes.
20   Q.     Do you know the result of that case?
21   A.     One-year probation.
22   Q.     Were you arrested in September of 2007 for
23          domestic battery?
24   A.     Yes.
25   Q.     What was the result of that arrest?

| | | |
|---|---|---|
| 1 | A. | Hmm, that was my kids' mother's house.  They was |
| 2 | | there for my granddaughter had passed that day |
| 3 | | and they were over there mourning the loss for |
| 4 | | her, and somebody opened fire on 'em and my |
| 5 | | nephew was shot.  That's all I know. |
| 6 | Q. | Any idea why anybody would open fire on -- |
| 7 | A. | No. |
| 8 | Q. | -- on this event? |
| 9 | A. | No. |
| 10 | Q. | Who was your nephew that was shot? |
| 11 | A. | Christopher Cooper. |
| 12 | Q. | Is Christopher Cooper the same Christopher Cooper |
| 13 | | that's involved in this lawsuit? |
| 14 | A. | Yes. |
| 15 | Q. | Sir, I'm going to direct you back to your |
| 16 | | interrogatory responses. |
| 17 | A. | Mm-hmm.  (Witness motioned head up and down.) |
| 18 | Q. | Page 12, Interrogatory No. 13.  You allege in |
| 19 | | your complaint at paragraph 135 that you cannot |
| 20 | | get together with many of your lifelong friends |
| 21 | | because you know that they're on the gang list. |
| 22 | | Can you elaborate on that statement? |
| 23 | A. | Well, when -- if anybody's on probation, that |
| 24 | | can get 'em violated or it can get 'em |
| 25 | | classified as I believe active or back on the |

| | | |
|---|---|---|
| 1 | | gang list if we're associated or around each |
| 2 | | other. |
| 3 | Q. | Okay.  You said it could? |
| 4 | A. | It have. |
| 5 | Q. | It what? |
| 6 | A. | It have. |
| 7 | Q. | It have? |
| 8 | A. | Yeah. |
| 9 | Q. | What do you man by that? |
| 10 | A. | It have got us classified as active gang members |
| 11 | | for associating with each other. |
| 12 | Q. | Who has? |
| 13 | A. | Me personally, I have. |
| 14 | Q. | Okay.  How do you know that? |
| 15 | A. | From the police telling me for one. |
| 16 | Q. | Okay, so a police officer told you that you were |
| 17 | | on the gang list? |
| 18 | A. | Yes. |
| 19 | Q. | Do you recall who that officer was? |
| 20 | A. | No, I don't. |
| 21 | Q. | Do you know what the circumstances were where you |
| 22 | | had contact with that officer? |
| 23 | A. | I can't recall. |
| 24 | Q. | Sir, part of your answer, you talk about an event |
| 25 | | in January of 2020 where you attended a funeral. |

1           Tell me about that event.
2    A.     Hmm, went to a funeral.  Uh, talking about
3           the -- should I talk about that entire day, what
4           happened that day?
5                   MS. WOODY:  He asked me should I talk
6           about that entire day.
7    A.     One of my old friends had passed away and we
8           went to his funeral afterwards, went to a repast
9           and I left after that.
10   Q.     Okay.  Who was the friend that passed away?
11   A.     Van.
12   Q.     Ben?
13   A.     Van, Van Adams.
14   Q.     Van Adams?
15   A.     (Witness motioned head up and down.)
16   Q.     V-A-N?
17   A.     Yes.
18   Q.     And how did he pass away?
19   A.     I believe it was kidney failure.
20   Q.     And how did you know this person?
21   A.     Childhood friend.
22   Q.     Same age as you or older or --
23   A.     He about two years older than me.
24                                  (Deposition Exhibit 68 marked
25                                   for identification.)

1   Q.   Okay, I'll hand you Exhibit 68.  Is that a
2        picture that was taken at that funeral?
3   A.   Yes.
4   Q.   And can you identify yourself in that picture?
5   A.   Yes.
6   Q.   Where are you at?
7   A.   Right here.
8   Q.   All right.  I think I know, but --
9   A.   (Indicating)
10  Q.   Okay, standing in what I'll call the back row
11       with a red ball cap on?
12  A.   Yes.
13  Q.   Do you know what kind of ball cap that is?
14  A.   Phillies Hat.
15  Q.   And that's towards the center in the back row?
16  A.   Yes.
17  Q.   And as I am looking at the picture -- well, I
18       tell you what, why don't I just have you
19       actually -- that's Exhibit 68.  Why don't you
20       just go ahead and draw a circle around yourself
21       in that photo, please.
22  A.   (Indicating)
23                    (Deposition Exhibit 66 marked
24                     for identification.)
25  Q.   Okay, thank you.  Sir, I'm going to hand you

```
 1   A.    Old friend of mine's.
 2   Q.    Any gang affiliations?
 3   A.    None.
 4   Q.    What would he be able to testify to?
 5   A.    Same thing.
 6   Q.    A. J. Bohannon?
 7   A.    Friend of mine's that I do a lot of community
 8         work with and mentoring.
 9   Q.    What kind of community work?
10   A.    Mentoring young boys, at-risk young boys and
11         probably going to be in gangs and stuff like
12         that.
13   Q.    Okay.  Any gang affiliations that you are aware
14         of --
15   A.    No.
16   Q.    -- for Mr. Bohannan?  What would he be able to
17         testify to?
18   A.    Harassment on community work that we have tried
19         to do that was stopped because of harassment for
20         being labeled as gang members and stuff like
21         that.
22   Q.    Who was being labeled as gang members?
23   A.    Me and him.
24   Q.    When did this harassment occur?
25   A.    One particular time there was a lady kind in a
```

1              park a few years back and she was burnt up.  We
2              were going to host event for her kids and so it
3              was right around or before Christmas, we was
4              going to host event for her kids to get toys and
5              stuff for them for Christmas.  We were going to
6              host skating event where you had to donate a toy
7              to get in to the -- to the skating party so we
8              could donate all the toys to her kids.  I
9              believe she had like five kids.  And the police
10             department called the skating rink and had them
11             cancel the event because they told 'em there was
12             a bunch of gang members going to show up.
13        Q.   How did you find this information out?
14        A.   From the building, from the skating rink when
15             they called us and told us that they couldn't
16             host the event no more.
17        Q.   Who did you talk to at the skating rink?
18        A.   It was the manager at that time.
19        Q.   Do you know their name?
20        A.   Uh -- I can't recall.
21        Q.   Do you recall the name of the skating rink?
22        A.   Carousel.
23        Q.   Carousel?
24        A.   Yes.
25        Q.   And where is this located at?

1  A.  West Street.  On West -- I don't know physical
2      address, but it's on West Street.
3  Q.  Do you know if that business is still open?
4  A.  Yes.
5  Q.  And you said it was a while back.  Any idea what
6      year?
7  A.  I can't recall what year that was.
8  Q.  Okay.
9  A.  Probably about four years ago, five years ago.
10 Q.  Did you personally talk to anybody at the Wichita
11     Police Department about this event being
12     cancelled?
13 A.  I can't -- I didn't, but I think A. J. might
14     have.  But I didn't personally.
15 Q.  So the only information you have about this event
16     being canceled is through the manager?
17 A.  Yes.
18          MR. BRANSON:  All right.  We've been
19     going about an hour.  Want to take a break
20     here?  I usually like to give the court
21     reporter a break after an hour and I'll just
22     gather my thoughts here, because I'm pretty
23     close to being done.
24          MS. WOODY:  All right, let's take a
25     break.

```
 1            were you ever charged with anything for that?
 2     A.     No.
 3     Q.     Okay, I want to ask you a little bit about the
 4            drug paraphernalia conviction that you had.  Do
 5            you recall that?
 6     A.     Yes.
 7     Q.     And I think you said you got a year's worth of
 8            probation; is that correct?
 9     A.     Yes.
10     Q.     And did you have restrictions as part of that
11            probation?
12     A.     Yes.
13     Q.     Can you tell us what some of those restrictions
14            were?
15     A.     As far as color of clothes I wore, certain
16            places I couldn't go.  People I couldn't be
17            with.  Things along that line.
18     Q.     And were you successful in meeting those
19            probation terms?
20     A.     With the probation or the parole?
21     Q.     The probation.
22     A.     The probation, no.
23     Q.     What happened?
24     A.     I was PV'd a few times.
25     Q.     And you when you say PV, you mean parole
```

47

1		violated, right?
2	A.	Probation.
3	Q.	Probation, excuse me.  So what happened, what
4		caused you to have the PV's?
5	A.	Been so long I can't really recall what the PV's
6		were for, but I believe one of 'em was for being
7		around gang members.
8	Q.	And were those your friends?
9	A.	Yes.
10	Q.	Did you think they were gang members?
11	A.	No.
12	Q.	Were there any other PV's that you can remember?
13	A.	I can't remember exactly what they were for.
14	Q.	Did your probation officer ever tell you he was
15		going to PV you because you had a shirt on with
16		red writing on it?
17			MR. BRANSON:   Object to form.
18	A.	Yes.
19	Q.	And did he?
20	A.	No, he didn't that day.
21	Q.	Okay.
22	A.	He threatened me with it.
23	Q.	As a result of those parole violations, what
24		happened?
25	A.	Uh, sanctioned in the county jail.

| | | |
|---|---|---|
| 1 | Q. | And how long were you in the county jail? |
| 2 | A. | Hmm, if I recall, maybe a total of about six |
| 3 | | months. |
| 4 | Q. | Okay, so you had a 12-month probation and you |
| 5 | | ended up spending six months in jail because of |
| 6 | | parole violations; is that right? |
| 7 | A. | Yes. |
| 8 | Q. | Did any of those parole violations involve any |
| 9 | | kind of violent violent behavior or criminal |
| 10 | | behavior? |
| 11 | A. | No. |
| 12 | Q. | It was all violations of those restrictions; is |
| 13 | | that right? |
| 14 | A. | Yes. |
| 15 | Q. | How long all told did it take you to serve that |
| 16 | | probation and get that done with after the drug |
| 17 | | paraphernalia? |
| 18 | A. | I believe I was on it a total of close to three |
| 19 | | years, three years. |
| 20 | Q. | At any time that you were in jail, did you ever |
| 21 | | have bail assessed against you after that? |
| 22 | A. | Yes. |
| 23 | Q. | How much was that bail? |
| 24 | A. | I can recall one time it was I believe around |
| 25 | | 800,000. |