# EXHIBIT 88

```
 1   .
 2                IN THE UNITED STATES DISTRICT COURT
 3                     FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   PROGENY, a program of Destination
 7   Innovations, Inc., et al.,
 8            Plaintiffs,
 9   .
10       vs.              Case No. 6:21-cv-01100-EFM-ADM
11   .
12   CITY OF WICHITA, KANSAS,
13            Defendant.
14   .
15   .
16                         DEPOSITION OF
17                        JEREMY LEVY, JR.,
18   taken on behalf of the Defendant, pursuant to
19   Amended Notice to Take Deposition, beginning at
20   10:04 a.m. on the 7th day of June, 2023, at the
21   Hutchinson Correctional Facility, 500 Reformatory
22   Street, in the City of Hutchinson, County of Reno,
23   and State of Kansas, before Lee Ann Bates, CSR,
24   RPR, CRR.
25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1      MS. WOODY:  The answer to that is right
2  here.  That's where the answer is.
3      THE WITNESS:  Okay.
4      MS. WOODY:  Okay.
5      THE WITNESS:  I would say -- I would say
6  that's everything.  Everything is right.
7      MR. BRANSON:  Okay.  Thank you very much.
8      THE WITNESS:  Thank you.
9   BY MR. BRANSON:
10     Q.   Sir, I want to back up.  You heard Ms.
11 Woody put on the record earlier that you're
12 appearing in shackles today.  This deposition is
13 taking place in the Hutch Correctional Facility
14 and you're incarcerated here; is that right?
15     A.   Yes, sir.
16     Q.   And how long have you been incarcerated
17 here?
18     A.   Three years and -- May, 2020.  May 19th
19 of 2020.
20     Q.   Okay.  Sir, are you under any doctor's
21 care or taking any medication today?
22     A.   No, sir, other than allergy pills or
23 ibuprofen or something like that.
24     Q.   Okay.  Understanding your situation here
25 today, sir, is there anything that will prevent

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street      6420 W. 95th Street    800 E. 1st Street
Topeka, KS 66604         Suite 101              Suite 305
785-273-3063             Overland Park, KS 66212 Wichita, KS 67202
www.appinobiggs.com      913-383-1131           316-201-1612

1  hearing, if you don't plead to anything or if they
2  don't give you a write-up on the initial hearing
3  or whatever.  I'm waiting on my final hearing.
4      Q.   Okay.  Have you been moved within the
5  population of the prison because of this?
6      A.   Yeah, from population to segregation.
7      Q.   Okay.  Segregation is what you're in now?
8      A.   Yes.
9           (THEREUPON, Deposition Exhibit No 71 was
10 marked for identification.)
11     BY MR. BRANSON:
12     Q.   Okay.  Sir, I'll hand you what's been
13 marked as Deposition Exhibit 71, and I know these
14 are jumped out of order a little bit.  I'm just
15 going to have you take a look at this.
16     Sir, this is a document from the Kansas
17 Department of Corrections website that reports
18 your stay here in the prison.  Do you -- is that
19 your name at the top?
20     A.   Yes, sir.
21     Q.   Okay.  And does this accurately reflect
22 your birth date and age?
23     A.   Yes, sir.
24     Q.   Okay.  It also reflects that your
25 earliest possible release date is July 25th, 2042.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1   Does that sound correct to you?
2       A.   Yes, sir.
3       Q.   Is that when you become eligible for
4   parole?
5       A.   Yes, sir.
6       Q.   All right.  And I think you'd given me an
7   admission date earlier.  This says September 12,
8   2018.  Does that sound about right?
9       A.   No.
10      Q.   Okay.  What do you think your admission
11  date here was?
12      A.   Here at Hutchinson?
13      Q.   Yeah.
14      A.   May 19th, 2020.
15      Q.   Okay.  Before you were in Hutchinson,
16  were you actually at Ellsworth first?
17      A.   Yes, sir.
18      Q.   Okay.  And before Ellsworth, did you
19  appear in El Dorado?
20      A.   Yes, sir.
21      Q.   Okay.  On page 2 of that document, it
22  reflects convictions, sir.  The document reflects
23  that you were convicted in Sedgwick County
24  District Court in Case Number 17-CR-2032 for
25  murder in the first degree.  Is that your

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604           Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612

```
1   understanding of your conviction?
2        A.   Yes, sir.
3        Q.   All right.  Do you recall what sentence
4   you received for that conviction?
5        A.   Yes, sir.
6        Q.   What is your sentence?
7        A.   25 to life.
8        Q.   Okay.
9        A.   Parole after 25.
10       Q.   All right.  Sir, does this record I'm on,
11  starting on page 2, does this also include various
12  disciplinary reports since you've been in custody?
13       A.   Yes, sir.
14       Q.   Okay.  And, sir, I'm not asking if you
15  agree with any of these disciplines, but after
16  you've taken some time and looked through there,
17  do you have any reason to believe this doesn't
18  accurately represent the discipline that you've
19  received since you've been in custody?
20       A.   I need you to ask that question again,
21  please.
22       Q.   Okay.  I'm not -- I'm not asking if you
23  agree whether or not you should have received
24  discipline.  I'm only asking if -- if this is an
25  accurate representation of the discipline that's
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## JEREMY LEVY, JR.

1   A.   I've had -- well, I have multiple family
2   members that are associated -- that are -- I have
3   multiple family members that are associated or are
4   the Folks, so --
5        Q.   Okay.  So they're part of the Folks gang?
6        A.   Yeah, I have multiple family members,
7   yeah.
8             MS. WOODY:  You're going to have to speak
9   up just a little bit.
10            THE WITNESS:  Yes, I have multiple family
11  members.  I'm sorry, Miss.
12            BY MR. BRANSON:
13       Q.   Sir, have you ever been a member of the
14  Folks gang?
15       A.   No, sir.
16       Q.   Are you familiar with the term Gangster
17  Disciples?
18       A.   Yes, sir.
19       Q.   And how are you familiar with the term
20  Gangster Disciples?
21       A.   Folks, Gangster Disciples are the same
22  thing.
23       Q.   Okay.  Do you have any family members
24  that consider themselves Gangster Disciples?
25       A.   Yes, sir.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

JEREMY LEVY, JR.

```
1      Q.   Sir, have you ever been -- have you ever
2  been a member or associated yourself as a Gangster
3  Disciple?
4      A.   No, sir.
5      Q.   Sir, have you ever gone by the nickname
6  Little Wick or Baby Wick?
7      A.   No, sir.
8      Q.   Have you ever heard that nickname used
9  for you?
10     A.   I've have -- I've never took on a name.
11 It was never -- no, it's not me.
12     Q.   Sir, you indicated that you had family
13 members that are Folks or Gangster Disciple
14 members or associated with those gangs.  Have you
15 ever seen those family members use hand gestures
16 to express their membership or affiliation with a
17 gang?
18     A.   Yes, sir.
19     Q.   And what kind of hand gestures or -- what
20 kind of hand gestures have you seen?
21     A.   Multiple hand gestures.
22     Q.   Okay.  Can you describe some of them for
23 me?
24     A.   Yeah.  I mean, you want me to physically
25 do it?
```



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

1    Q.   Okay.  Sir, I don't want to ask you
2 anything about any conversations you have with
3 your appellate counsel in this matter.  I'm just
4 asking you if you could tell me, in your own
5 words, what caused you to be convicted of this
6 case, your understanding of what caused you to be
7 convicted in this case.
8    A.   What caused me to be convicted in this
9 case?  The overwhelming accusations about things I
10 did by the WPD, as far as gang evidence and things
11 of that nature; things I've never been tried for
12 or questioned about or nothing like that, that was
13 presented at my trial.
14    Q.   Okay.
15    A.   That tainted the image of the jury.
16    Q.   Okay.  You're talking about the Wichita
17 Police Department's testimony in your case about
18 gang affiliation?
19    A.   Yes, sir.
20    Q.   Okay.  Sir, were you present for your
21 entire trial?
22    A.   Yes, sir.
23    Q.   Were you present for any of the pretrial
24 hearings?
25    A.   Yes, sir.



1    Q.   Sir, on page 51 of the complaint,
2 paragraph 221 at the bottom, the second sentence
3 says "Plaintiff Jeremy Levy, Jr. was" -- "has
4 experienced significant deprivations of life,
5 liberty and property."  Sir, can you tell me what
6 is meant by that statement?
7         MS. WOODY:  Objection; calls for a legal
8 conclusion.  You can answer it as far as you
9 understand.
10        THE WITNESS:  Okay.  Well, due to me
11 being on the gang file hindered me from doing
12 things that a normal person would be able to do.
13   BY MR. BRANSON:
14   Q.   And what is that?
15   A.   Applying certain jobs.  Wear certain
16 colors.  Have the ability to go to certain
17 QuikTrips and hang out with certain people without
18 them being afraid of getting on the gang file and
19 being harassed and things like that.
20   Q.   Okay.  What jobs have you applied for
21 that you were denied because of the Wichita Police
22 Department's Gang List?
23   A.   Lids.  Lids, L-i-d-s.
24   Q.   Okay.  Sir, you just testified that you
25 don't know why Lids didn't give you a job.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street      6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604         Suite 101                  Suite 305
785-273-3063             Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com      913-383-1131               316-201-1612

1      A.   Yeah, and I assumed it was just gang
2  file.  It had to have been the gang file.  That's
3  the only reason it could have been.  Wasn't
4  nothing else wrong.
5      Q.   Sir, has any employer ever told you you
6  cannot have a job with them because of the gang
7  file?
8      A.   This construction job I applied for, they
9  questioned me about it and asked me about it.
10     Q.   Which construction job?
11     A.   Just I was 17 at the time.  I'm not very
12 sure.  I don't know.  Told me I couldn't apply
13 and be a gang member.
14     Q.   They told you you couldn't apply and be a
15 gang member?
16     A.   I couldn't get the job because I was a
17 gang member.  On the gang file, I mean.
18     Q.   Okay.  What construction company was
19 this?
20     A.   I don't know.
21     Q.   Where were they located?
22     A.   I don't know.
23     Q.   What kind of construction did they do?
24     A.   Basically like -- like in hospitals.
25 They would like clean up hospital stuff and fix

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## JEREMY LEVY, JR.

```
1        MS. WOODY:  Can we take a quick break?
2        MR. BRANSON:  We got eight minutes.
3             (THEREUPON, an off-record discussion was
4   had between the witness and Ms. Woody.)
5        MS. WOODY:  He has a correction he wants
6   to make to his -- to his prior testimony.
7        BY MR. BRANSON:
8        Q.   Okay.  Go ahead, sir.  What do you think
9   you need to correct?
10       A.   My -- about when I got pulled over and my
11  cousin Herschel being in the car, my mother's
12  little brother was in the car, too.  His name was
13  Travis Jones.
14       Q.   Okay.  And was Mr. Jones on the Gang
15  List?
16       A.   I believe so, yes, sir.
17       Q.   Okay.
18       A.   I'm almost a hundred percent for sure.
19       Q.   Okay.
20       A.   He actually raised me.  That's my
21  mother's little brother; baby brother, actually.
22       Q.   Okay.  And he raised you?
23       A.   Yeah, he -- he was my father figure.
24       Q.   Why do you believe he was on the Gang
25  List?
```



5111 SW 21st Street         6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604            Suite 101                   Suite 305
785-273-3063                Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com         913-383-1131                316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

```
 1        A.   Well, just one incident happened one time
 2   and the WPD had came to my grandmother's house and
 3   just asked was Travis there.  He has no criminal
 4   history or nothing like that, but I guess they
 5   wanted to question him about something, and it was
 6   the gang unit that came to the house, so -- and
 7   he has, you know, a bunch of gang tattoos so,
 8   again, he had to be on the gang file.
 9        Q.   Okay.  Did anybody ever tell you he was
10   on the gang file?
11        A.   Did the WPD ever tell me?  No.
12        Q.   Did anybody ever tell you?
13        A.   Yeah.  I mean, I had a cousin tell me
14   that.  My cousin's my age.  He's like, "Your uncle
15   probably on the gang file, too.  That's probably
16   why the gang unit came over here."  So it only
17   made sense that the gang unit would show up to the
18   house asking about my uncle.
19        Q.   Sir, in Interrogatory Answer Number 7,
20   you list two people that may have information
21   about your case.  It's on page number 6.  The
22   first person you identified, that we've corrected,
23   is Kevis Williams.  Sir, what do you think Kevis
24   Williams knows about this case or about your
25   situation?
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612