# EXHIBIT 09

# Filed under Seal

| | |
|---|---|
| **From:** | Salcido, Jose |
| **To:** | Ramsay, Gordon |
| **Subject:** | New Beginning |
| **Date:** | Friday, September 24, 2021 3:54:00 PM |
| **Attachments:** | New Beginning.docx |

Jefe,

Here is what I came up with.  Please add whatever else you deem necessary, or you would like to see.

Jose

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 055482

# New Beginning

Gang List Project

Since the WPD's gang list contains a disproportionate amount of persons of color in relation to the population of the City of Wichita.  Staff would like to implement the following:

1. Form a 5 person panel that will have the following functions:
    a. Any adult or parent of a juvenile on the gang list who wishes to contest their inclusion on the gang list may petition the panel for a hearing and explanation of why they are on the list.
    b. The panel will review the written application for a panel hearing and, should they collectively decide that a hearing is warranted, will schedule the petitioner for a hearing. Should the inclusion be clear and convincing that the petitioner is actively engaged in gang crimes, the panel will issue a written denial explaining why the hearing was denied.
    c. Any adult or parent of a juvenile who has remained crime-free for 14 months since they met the elements for inclusion on the list may petition the panel for suspension of inclusion.
    d. Should the panel hear a compelling argument for suspension, they will enter into a written agreement with the petitioner, including job training, school attendance, etc... They will support the petitioner with whatever wraparound services are needed and available.
    e. The five-person panel will include a member from the Latino and African American Communities
    f. The gang list will no longer contain inactive members.
2. Parents of a juvenile who is potentially going to be included in the gang list will be contacted by whichever means are the most effective to notify them of their child's potential inclusion and reasons for it.
3. Adults will be mailed a letter of pending inclusion and reasons for it.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 055483