# EXHIBIT 20

## Filed Under Seal

# SOP for Entries into the Gang Database

**Criminal Street Gang**- any organization, association or group, whether formal or informal consisting of three or more persons having as one of its primary activities the commission of one or more person felonies, person misdemeanors, felony violations of the uniform controlled substances act, or the comparable juvenile offenses which if committed by an adult would constitute the commission of such felonies or misdemeanors; which has a common name or common identifying sign or symbol, and whose members, individually or collectively, engage in or have engaged in the commission, attempted commission, conspiracy to commit or solicitation of two or more person felonies, person misdemeanors, felony violations of the uniform controlled substances act, the comparable juvenile offenses which if committed by an adult would constitute the commission of such felonies or misdemeanors or any substantially similar offense from another jurisdiction. (K.S.A. 21-6313)

**Criminal Street Gang Member**- a person who:
1.  Admits to criminal street gang membership; or
2.  ACTIVE - Meets three (3) or more of the following criteria

    ASSOCIATE- Meets two (2)

A. Is identified as a criminal street gang member by a parent or guardian.
B. Is identified as a criminal street gang member by a state, county, or city law enforcement officer or correctional officer or documented reliable informant.
C. Is identified as a criminal street gang member by an informant of previously untested reliability and such identification is corroborated by independent information.
D. Resides in or frequents a particular criminal street gang's area and adopts such gang's style of dress, color, use of hand signs or tattoos.
E. Has been arrested more than once in the company of identified criminal street gang members for offenses which consistent with usual Criminal Street gang activity.
F. Is identified as a criminal street gang member by physical evidence including, but not limited to: photographs or other documentation.
G. Has been stopped in the company of known criminal street gang members two or more times.
H. Has participated in or undergone activities self-identified or identified by a reliable informant as a criminal street gang initiation ritual. (K.S.A. 21-6314)

I. Associates with known criminal street gang members.

**Criminal Street Gang Activity**-the commission or attempted commission of, or solicitation or conspiracy to commit, one or more person felonies, person misdemeanors, felony violations of the uniform controlled substances act, or the comparable juvenile offenses which if committed by an adult would constitute the commission of such felonies or misdemeanors on separate occasions. (K.S.A. 21-6313)

**Criminal Street Gang Associate**-a person who admits to criminal street gang association; or meets two (2) or more defining criteria for criminal street gang membership. (K.S.A. 21-6313)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 028988

**Gang Related Incident**- (for purpose of law enforcement identification and tracking only) an incident upon investigation that meets any of the following conditions;

      1.participants are identified as criminal street gang members or associates, acting individually or collectively, to further any criminal purpose of the gang.

      2. a state, county or city law enforcement officer or correctional officer or reliable informant identifies an incident as criminal street gang activity; or

      3. An informant of previously untested reliability identifies an incident as criminal street gang activity and it's corroborated by independent information. (K.S.A. 21-6313)

**Flagging in the WPD Gang Database**

1. Initial flagging based on aforementioned Criminal Street Gang Member or Associate criteria.
2. Initial flagging is for three (3) years, if after three years there is no documented activity the status will be changed to "Inactive" in the gang database and the flagging will be removed from E*Justice.
3. Three year time element starts over if:
    a. Documentation of criminal street gang member or associate criteria.
    b. A person is involved in Criminal Street Gang Activity or a Gang Related Incident as defined by K.S.A. 21-6313.
    c. Documented wearing gang's style of dress, colors, or has new gang tattoos.
    d. Documented on police case with other gang member(s) of same set, or if gang member(s) of a different set, documentation must be shown as to why the contact is significant.
    e. Contact with other documented gang members who are "family members" to be used as meeting criteria K.S.A. 21-6313 to continue flagging will be at the discretion of the Gang Intel Officers.
4. If flagged individual is incarcerated (city, county, state, federal) the three year time element stops until released from custody. Upon the members release the three (3) flagging will start over.
5. INCARCERATED is defined as being in custody for a term of 12 consecutive months.
    a. Incarcerated will not be used in E*Justice, only Active and Associate will be used.
6. If an Active or Associate member is on the run for a "street gang related crime" that has been charged and has a warrant but has not been sentenced or gone to trial, they will remain in Active or Associate status until taken into custody. Once taken into custody the three (3) flagging will start over.

**Entries in the WPD Gang Database**

1. No person documented in the gang database shall be deleted without the approval of a VCCRT Sergeant or Crimes Against Persons Bureau Lieutenant.
2. If an "Inactive" person is to be added back to the database, that person must meet gang member/associate requirements set forth by K.S.A. 21-6313. Previously documented

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

cases/arrests will not be used however tattoos may be used if the member has made no attempt to remove or conceal them.

3. Entries into the WPD Gang Database will be made only by officers assigned to the Violent Crimes Community Response Team or Detectives assigned to the Gang/Felony Assault Section.

4. All appropriate boxes on the Gang Intelligence Form will be completed with provided information.

5. Narrative/Comments entries will have the date the entry was made followed by the description of the activity to include dates, case number, witnesses, etc.  At the end of the entry, identify the expiration date of the member's active status by stating, "Will remain active until -insert date - i.e. 3/3/2021."  Finally, the person imputing the information shall place their initials and ID number.

6. Not all information sent to the Gang Intelligence Section is of intelligence value or meets the criteria for entry into the Gang Database.  The value of information will be determined by the VCCRT Officers or the Gang/Felony Assault Detectives tasked with updating the database and will be entered at their discretion.

## Annual Audit of the WPD Gang Database

1. The Gang Database will be audited annually by the VCCRT Officers.

2. The audit will begin on a date determined by VCCRT Sergeants and will continue until completed.

3. Each person in the Gang Database will be researched to see if they continue to meet the criteria of gang member, associate, incarcerated, or deceased.

## Audit Checklist

Each subject in the WPD Gang Database will be audited at the beginning of every year. The below outline is a reminder for how to complete a thorough background check for the yearly database audit.

Every "Active" member will be have the following categories searched during the audit and information recorded in the database comments if they apply:

☐  Update/Verify all personal information



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Always try to locate the "best" address. Read cases and do not trust EJustice. Check KCJIS for updated addresses and photos from ID/DL cards.

☐ Update photo – Most current Mug photo, DL photo, or photo from KBI Offender page. Use a photo from Facebook if no other photo can be located. If a Federal prisoner is being released we can request a photo through Mirrors Inc. or US Probation.

☐ Read through previous comments to learn about the subject and also verify criteria.

☐ Begin audit by checking EJustice history. Start from the most current event and work backwards to the last date of entry.

You should be looking for any cases where the subject was contacted with other gang members, involved in a gang related activity, was arrested for a person felony, person misdemeanor, felony drug crime…or where probable cause exists for an arrest on such a crime.

If a subject has a pickup for a crime that would extend him/her, their time will not start over until the arrest is made. If a pickup is cancelled and the case is not charged, the correct date would be the date of incident.

☐ Check Mugs – Update database with new photo, but also check for arrests that are not documented in EJustice (County arrests)

Arrests not in EJustice need to be checked through ADAM. ADAM is located on the Sedgwick County Remote Desktop. In this program you can locate date of arrest, charges, when the inmate was released or transferred, and to what location. Call ADF booking desk (660-0766) or S.O. Records (660-3888) for further questions.

JIAC will need to be called on Juvenile arrests not located in EJustice (316-660-5350)

☐ Run name through KCJIS – Check the State of Kansas for arrests outside of Sedgwick County but within the State.

☐ Look at Sedgwick County Inmates to see if subject is located at ADF

☐ Look at KDOC – KASPER to see if subject is incarcerated in State prison, on State Parole, or has been released. The dates located in KASPER are usually accurate and provide needed information. If a subject has been incarcerated for more than 12 months (jail or prison), their 3 year time period will stop and start over upon release.

☐ Look at Federal Bureau of Prisons to see if subject is in Federal prison

☐ Sedgwick County Warrant website

☐ Check Facebook profiles. Information from Facebook will be saved and used to meet criteria. When updating the subject, include the Facebook profile name in the comments and change the text color to blue. This is done so it is easier to locate.

☐ Google Search- a basic Google search can locate non-criminal justice information. This includes family members, obituaries, other social media profiles

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 028991

☐ If member is set to become Inactive during the year of the Audit (Within next 12 months), add "Until …..(date of status change)" into EJS Gang Tab. ADAM also needs to be used for the 12 month period, continued incarceration

Incarcerated-

☐ Locate and update location, photo, any new tattoos observed
☐ Determine when they were incarcerated and when they will be released
☐ If released during the year, check for 12 month requirement

Check for Parole address (Parole, Community Corrections, DL, KBI)

Check Community Corrections and Federal Parole/Probation

☐ Update conditions if on Probation or Parole
☐ Use Paul Holmes (pholmes@wichita.gov) for Federal Inquisitions non-ICE related. You can also contact the US Marshals for locations of Federal prisoners

Inactive and deceased-

☐ Verify they are not listed as "Gang" in EJustice

This is the <u>ONLY</u> auditing done on Inactive members.

Make sure they are listed as deceased in EJustice as well gang status.

**<u>Making entries into the Gang Database Comments Section</u>**

---1/12/17...MCGAUGH IS CURRENTLY IN CUSTODY AT THE SEDGWICK COUNTY JAIL AWAITING TRIAL FOR MURDER AND HAS BEEN SINCE 10/5/16...ON 10/5/16 MCGAUGH WAS ARRESTED FOR THE MURDER OF DEBRYLAN BELL (GD). ALSO ARRESTED WAS TERASHA PRESLEY-DUPREE (BLOOD), ZAHKAYJA BEANS, AND JAMASIA DEAR...PHOTO UPDATED...WILL REMAIN MAIN ACTIVE UNTIL 10/5/19 OR UPON RELEASE...BCK2324
---1/14/16...ON 11/20/15 UNDER 15C075008 MCGAUGH WAS ARRESTED FOR 3 COUNTS OF AGGRAVATED ASSAULT WITH A FIREARM, WHICH OCCURRED ON 11/9/15 AT LAVON AND YALE. MCGAUGH WAS SHOOTING AT MONICA RODRIGUEZ, JOSEPH GODBEE (CRIP) AND VONTREL VAUGHN (GD) AFTER AN ALTERCATION AT SOUTHEAST HIGH SCHOOL...MCGAUGH HAS BEEN IN JDF CUSTODY SINCE 11/20/15 AND HAS AN INITIAL APPEARANCE ON 1/14/16...PHOTO UPDATED... WILL REMAIN ACTIVE UNTIL 11/20/18...EG2242

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   WICHITA 028992

Every entry into the database will begin with 3 "-" marks. This signifies a new entry or paragraph into the comments section.

The 3 "---" will immediately be followed by the date of entry. The date of entry is important to show the most current date of audit and how up to date the information on the page is. Each entry into the database should be consistent with a "mini Audit", updating all personal information.

The date of entry will be followed by 3 periods "…" The 3 periods will be used to separate events or thoughts.

Every entry into the gang database needs to be as consistent as possible to other entries. Type your entries in the same format and same word styles as other entries. The easiest way to explain this is to read previous entries!

Stick to only inputting necessary information into the comments section. Think about what is important to locate quickly? What can help me in the street? How would locate this information if I had to search for it? Do not cloud the database with extra and unnecessary words and comments.

Include the date of event, a short description (Usually no more than a sentence or two), and the case number. If contacted with other gang members include their names and gang… "arrested for the murder of Debrylan Bell (GD)"…

The last comments in your entry should include the phrase "WILL REMAIN ACTIVE UNTIL _____". This date is set from 3 years out from the most current gang related activity documented.

This final entry should be your Initials and ID – "BCK2324". This identifies you as inputting the entire comment.

**Setting up Filemaker (Banger database)**

The first time you click on Filemaker this screen will appear



Click My Apps and this next screen will pop up.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 028993



Click add app and click the plus sign near search hosts.  What appears below will pop up and you should type in the IP address 10.5.0.61 in the Host's internet address space.



This next screen should appear and you'll selected "Banger"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 028994



Once you've selected Banger you will get the log-on screen where you'll enter "gang*unit" or "gang*update" as the account name and account password



Username and passwords:  for read only purposes "gang*unit" for account name and password.  Enter "gang*update" for account name and password if updating the database (use this during the audit)

**The Gang Database SAVES automatically. Every alteration is saved. If you delete something, it is gone. If you are concerned about accidentally erasing content you should use the "Read-Only" access to view the database.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Once you have successfully set up the database the next time you click on Filemaker you'll only need to click on Banger to open and use the program.



## Searching the Gang Database

Every field in the database is searchable. Multiple fields can be searched at one time.

A search is done by pressing "Ctrl + F" (Control and F)



In the above example, a search was done for Female, Blood, Piru…results are below

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



4 Active, Piru Blood females were found in this search. The other 3 can be found by using the right arrow.  The 5120 number is how many total people are listed in the database.



Data and Card – **Data** is the front sheet that contains all personal information and gang/set/sub set, and what status the gang member is currently on. **Card** is where comments are input and photos are shown.

New Record- This button will make a new record. This is used when inputting a new member into the database. It will create a completely blank new record

Duplicate Record- This option is found under the Records drop down screen, but it is rarely used. This will make an exact copy of the current record. An instance when this would be used is to save time if adding brothers/twins.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                WICHITA 028997

<u>Delete Record</u>- Records are only to be deleted when authorized by the Gang Sergeant or Lieutenant. Most common use is when a duplicate record is made on accident or a second profile is created.

<u>Sort</u>- All records are sortable. This function is used to put records in alphabetical order during the audit. Click on sort and then select which field you want to sort… "Name" is the field that will sort by last name.

<u>Show All Records</u>- To switch from looking at individual records after a search, click on this icon to access all records. This must be done when attempting to put records in alphabetical order. Check the left side of the pages for what record you are viewing out of how many records.



Photos are inputted by the standard "Copy and Paste". Copy the source photo and then right click on the database image, then click "Paste Bitmap".

## **EJUSTICE Flagging instructions (New Gang Members):**

1. Open EJUSTICE and click on **LEA Incidents** tab
2. Then click "**Gang Mgmt"**
   a. Click "**Search**"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3.  Select any gang name (doesn't matter which gang)



4.  Select "**ADD PERSON**"
5.  Then add the person's name in the appropriate fields then click "**SEARCH**"
    a.  Select the person you are adding
6.  Select "**ADDITIONAL INFO**"
    a.  Select the "**GANG**" tab
    b.  Select "**ADD GANG**"
    c.  Type in the individual's *Gang Name* in the space provided and select "***search***" (*i.e. BLOOD, CRIP, VOTO LOCO BOY, etc.*)



7.  Select the appropriate gang name

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Note**: You will notice when you click "**select**" of each option provided you will notice the different gang sets seen in the picture below. Select the appropriate "*gang set*". (You may have to select several different options until you find the right gang set)



(**Note**: as you are attempting to locate the right gang set and you click "return" to select a different gang set a window will pop up each time (seen below).
Select "*KEEP SEARCHING*" and it will take you back to the same window as seen in **#7**)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



8.  Once you select the appropriate Gang Set, select "**RETURN**"

    a.  Click on "***SELECT THIS GANG***"



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

b. This will then take you to the window below. This will show that you have added in the gang summary the street gang.



c. You will then Type the appropriate <u>gang set</u> in the "COMMENTS" space provided. In this example it will be "PIRU". Always have a space between PIRU / ACTIVE.

   i. You will either type ACTIVE or ASSOCIATE depending on the criteria the individual meets. Then click "**RETURN**". See the example below:



(<span style="color:red">**Note**</span>: when updating individuals who are already flagged and about to become inactive within the 12 months you will type in the comments area **GANG SET / ACTIVE "-INACTIVE DATE-"** (the date they become inactive )- *this info is found in the gang database*)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



ii.   Click "YES" when completed.



iii.   Then you will select "**KEEP SEARCHING**"



iv.   Then click "**RETURN**" until you go back to the first screen of EJUSTICE

v.   Then look up the individual you added the way you would normally look someone up to conduct a history search. Go to the gang tab and make sure that the information you added was imputed correctly and they are flagged.

**Laserfiche Gang Intel Folder**

All Gang Intel evidence is stored in Laserfiche in a locked folder labeled "Gang Intelligence"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029003



Inside the Gang Intelligence folder are folders labeled with letters. Each person that the Gang Unit has any gang intelligence on, whether documented or not, has a folder in this location. Each individual folder can be located by last name.

When creating a new folder make sure you use the correct sub folder. The folder should be named by "LAST, FIRST". Use all capital letters. Names that are identical will include date of birth following the name "LAST, FIRST 120217".

Each item saved into Laserfiche should be labeled. Metadata needs to be filled out properly.



This is what the folder looks like for Keenan Hickles. The name of the entry is not overly important (See below for how to label photos). The Metadata will allow you to label photos, TOPS CARD, Video...ect.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 029004



**How to save Images and Videos from Facebook**

When saving images from Facebook there are two way to choose from. You can right click and save on the image or use the Snipping Tool.



Snipping tool allows you to capture as much or as little of the screen as you want. When saving a Facebook profile, it is encouraged to include the URL in the snip. You can also name the image. The standard Gang Unit way to name a saved image is "date time ID"...

"110317 0005 2343". This will allow you to testify when you observed the image or post and when you saved it.

If you make a folder on your desktop to put all of your saved images, videos, TOP's cards...ect into you can dump them all into Laserfiche once a week or two instead of opening Laserfiche every time you save an image.

Videos can be saved from Facebook and Youtube. To save a video from Facebook you need to make the page into a mobile format. At the beginning of the URL, replace the "www" with the letter "m". This will reopen the page in a mobile format. Now locate the video and you will be

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 029005

able to right click and save. Name the video similar to photos and include a snip of where you took the video from.

Saving videos from Youtube can be done by opening the video in Internet Explorer, and right clicking twice on the video while it is playing. You will then be able to "save video as".


**Click Links to resources**

**https://ssc.sedgwickcounty.org/internetmugs/muglogon.aspx**

**https://ssc.sedgwickcounty.org/sheriffinmates/SheriffInmateSearch.aspx**

**https://ssc.sedgwickcounty.org/sheriffwarrants/warrantnamesearchform.aspx**

**https://kdocrepository.doc.ks.gov/kasper/search/disclaimer**

**http://www.kbi.ks.gov/registeredoffender/**

**https://sso.kcjis.ks.gov/idp/RS1Kh/resumeSAML20/idp/SSO.ping?pfidpadapterid=ad..SecurID&rememberChoice=true**

**https://www.bop.gov/inmateloc/**

**http://cityapps/CISLookup**

**https://wichitapd.evidence.com/?class=UIX&proc=Login&return_url=%2f%3fcl%3dUIX%26pr%3dDashboard**

**https://esp.usdoj.gov/icam/authenticationendpoint/login.do?passiveAuth=false&forceAuth=false&commonAuthCallerPath=%2Fsamlsso&relyingParty=esp.usdoj.gov&type=samlsso&null=&sessionDataKey=7dbc0cee-c575-437e-981f-bc074e0a9bb5&relyingParty=esp.usdoj.gov&type=samlsso&sp=ESPonPROD&isSaaSApp=false&authenticators=SAMLSSOAuthenticator:HSIN-IDP;FedRegAuthenticator:LOCAL;BasicAuthenticator:LOCAL;PkiAuthenticator:LOCAL;PkiRegAuthenticator:LOCAL**

**https://commandcenter.securustech.net/SignonWeb/login/entrypage.jsp;jsessionid=9fKOFGBIAz5Om3oNwBe-78GmN9qCDeUA!315013359!-727701849**


**Quick Audit List**

1. **Open all your tabs in order that you are going to go through them-  1. Mugs 2. Current SGCO Inmate 3. KDOC 4. FBOP 5. County Warrants---Will also need EJUS, KCJIS portal, Remote Desktop, and Laserfiche Bridge open**
2. **Pull up your person to be audited- Verify and update personal information**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029006

3. <u>Read the last year or two years of entries</u>
4. <u>Start going through cases in EJustice, seeing what needs to be in the database. Remember, most current at the top, so it reads chronologically.</u>
5. <u>When finished with EJS cases, look at Mugs to see if they have been booked on something that is not in EJS.  If they have, go into ADAM through your remote desktop and see what the charges were, and also what happened when they were let out. Were they released on Bond, released to KDOC, out on pre-trial, etc.</u>
6. <u>Make sure they are not a current Jail inmate</u>
7. <u>Check KASPER.  This will also tell you if they are on parole, on community corrections, are an absconder, have previous felony convictions, etc.  Check it on every person.</u>
8. <u>Check FBOP</u>
9. <u>Check County Warrants</u>
10. <u>Run background on KCJIS-  See if they have been arrested outside of Wichita but in Kansas.  You can also see who has what type of criminal history and felony convictions (Kansas only), which is useful</u>
11. <u>If you haven't found anything that will start their time over, look at their Facebook. This is especially important if they will go inactive before the next audit.  Typically we will view Facebook and gather intelligence regularly during the year, it is not a large part of the audit.  Only go to Facebook if you don't have anything else, otherwise you will be very slow.</u>
12. <u>Finish your entry with ACTIVE UNTIL.  Also always include if they are on probation, parole, or community corrections and who their ISO is if you can see it.</u>

<u>***NOTE***- sometimes you can save a lot of time by reading the last year's worth of entries.  If their last entry says they were arrested for an aggravated robbery, you may want to go straight to KASPER and see if they are incarcerated.  If they are, your update for that person is done when you have the KASPER info in.  If their last update says they were arrested on a Federal warrant, check FBOP, and that might be all you need to do, etc.</u>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029007