# EXHIBIT 27

# Filed Under Seal




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

# IMPORTANT REMINDERS

The Wichita Police Dept documentation of gang status (active member / assoc etc.) is law enforcement sensitive information and should only be shared with commissioned officers or the identified gang member/associate; unless otherwise determined by the Gang Unit. An individuals gang status should only be researched and disseminated for legitimate law enforcement purposes. A persons gang status should NOT be shared with apartment managers, club owners, non commissioned friends of the officer etc.

Everything you do in Niche is tracked. Do not research the gang status of family, friends, neighbors, associates of ex partners etc. You are subject to discipline if a persons gang status is researched or shared by you for non legitimate reasons.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          WICHITA 029187




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## IMPORTANT REMINDERS

The language in the flagging "meets criteria to be listed as an active member of criminal street gang until" is NOT the language used in affidavits for booking purposes. This language is to provide the gang status and gang of the individual to the Niche user.

When using the below gang language for booking, the officer will use the date they have contact with the individual if NICHE is showing a current gang flag

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on **[TODAYS DATE]** as a member of the **[NAME OF GANG]** criminal street gang.

Make sure that your language is accurate when arresting (member / associate). If someone is a documented associate and you use the gang language; ensure it reads as "associate". This can change bond amount/conditions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



Select "Person" - you can use the fast find or the traditional search.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 029189




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



When searching from the home screen by name, your result will show a red [G] on the right and a red flag next to the name for ACTIVE MEMBERS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 029190




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



When searching from the home screen by name, your result will show a **FLAG IDENTIFIER** under the profile icon for **ASSOCIATES**. You will NOT see a red flag or red [G]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



Once you have located the individual you are researching, click the drop down arrow next to the [G]. This arrow is also used to show associate flags.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



Here you will see the status of the individual [Gang member] or [Gang associate]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



Gang sub-set
Rollin 60s

Gang set
Neighborhood Crip

In the FLAG, you will locate the gang set and sub-set of the individual

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                           WICHITA 029194




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE HOME SCREEN



Most of the FLAGS will contain the status expiration date in the entry.

*By the end of the gang audit all of the expiration dates will be in the flagging language.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE NICHE PROFILE



Double click into your individual and it will bring up his Niche profile. In here you will see the list of any FLAGS (Gang member / Gang associate)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 

# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE NICHE PROFILE



Here you can see the "Gang member Expiry" which will be on EVERY flagging. This is the date when the flag is active until.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          WICHITA 029197

 

# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE NICHE PROFILE



From here you can arrow into the flagging and see the entire entry. This shows the "Expiry date" the flagging language, and who entered the flagging

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 029198




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

## LOCATING THE FLAGGING STATUS FROM THE CASE DISPLAY



When looking at the people involved in the case you will see a red flag next to the profile icon for **ACTIVE MEMBERS**. This indicates this person has some type of active flag assigned to them. The flagging of an ASSOCIATE will NOT populate this red flag icon

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

Please assist us with documenting current and accurate information by completing TOPS cards and placing them in the Cases to Be Entered folder. Field CRT and Patrol Officers will have drastically more contacts with gang members and associates than the VCCRT team or Gang Intel officers will. Any information you provide in a TOPS card could help solve future cases. Do not be afraid to ask the person if he/she is a gang member.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        WICHITA 029200




# IDENTIFICATION OF GANG MEMBERS AND ASSOCIATES USING NICHE

# Questions?

- **Lt. Bartel – jbartel@wichita.gov**
- **Sgt. Balthazar – mlbalthazar@wichita.gov**
- **Officer Zachary Jensen – zjensen@wichita.gov**
- **Officer Jess Bernard – jbernard@wichita.gov**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER