# EXHIBIT 29

# Filed Under Seal

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **MARCUS R. HUTTON** |
| | ) ss | **B/M: DOB: XX-XX-1973** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-6904** |
| | | **LEO CASE # 19C006388** |

I, Aaron M. Moses #2409, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C006388**. This incident occurred on **January 30, 2019**, at 2621 E. Stadium Drive in Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On Wednesday January 30, 2019 at 1:05pm **Officer David Goodman #1395** was dispatched to 2621 E Stadium Drive in reference to a disturbance. Upon arrival, Officer Goodman contacted **Sierra Gwyn** who reported that her boyfriend, **Marcus Hutton**, was buying guns and that he was keeping a gun in the bedroom closet. Marcus was no longer on scene due to the disturbance. Sierra told Officer Goodman that she was scared that Marcus would hurt her if the gun was left at the residence due to his violent history. Sierra allowed Officer Goodman into the residence and asked him to remove the firearm from the house. Officer Goodman located a Ruger 22 Caliber handgun with Serial Number 820-99547 which was loaded on a top shelf in the closet, which was visible without moving any items.

Officer Goodman submitted the gun for fingerprint analysis which did not return any identifiable fingerprints. Your affiant conducted a records check of Marcus; he was convicted in the 18th Judicial District Court on January 20, 2017, for Attempted Battery Against a Law Enforcement Officer under court case number 16CR1580 in violation of Kansas State Statute 21-5301(a)(c)(1) and 21-5413(c)(2)(B)(g)(3)(B).

Marcus is a documented criminal street gang member as defined in K.S.A. 21-6313. Marcus meets the state guidelines for a criminal street gang member, and was documented in the

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
ATTORNEY EYES ONLY
WICHITA 098107

Wichita Police Department gang database on January 30, 2019 as a member of the Neighborhood Crip Street Gang.

**FURTHER AFFIANT SAITH NOT**

_____
**Aaron M. Moses #2409, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 2019.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

## AFFIDAVIT

STATE OF KANSAS    )
                       ) ss
SEDGWICK COUNTY    )

**Alfred J. Green**
**B/M; DOB: XX/XX/1985**
**SSN: XXX-XX-9131**
**KADR: 3087G1954548**
**LEO Case: 19C039456**

I, Long Nguyen, of lawful age, being first duly sworn on oath, depose and state:

Your Affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department (WPD) case 19C039456 that occurred within Sedgwick County, Kansas involving Alfred J. Green.

After reading the reports of the officers involved, your Affiant has learned the following information:

On June 22, 2019 at approximately 11:21 PM, Officers Cale Carson #2399 and Matthew Fisher #2349 were conducting follow-up investigation in reference to a homicide case documented under WPD case 19C039397 in the area of 800 block of North Crestway Avenue, within Wichita, Sedgwick County, Kansas.

Officer Carson was sitting off a residence in the area of 800 North Crestway while Officer Jeremy Boyd #2294 was in an undercover capacity watching the same residence looking for the possible suspect concerning the homicide investigation. Officer Carson heard Officer Boyd over the radio informing him that a black male wearing a white tank top shirt was standing near his undercover vehicle with a handgun in the hand. Officer Boyd informed him that it appeared as if the black male was using his vehicle for cover. Officer Boyd said on the radio that he felt the black male was possibly going to do a walk-up shooting at the residence they were watching in the 800 block of North Crestway.

Officer Carson and Officer Fisher went to the residence to contact the male with the gun, later identified as Alfred J. Green. They observed Green with a handgun in his hand, standing at the rear of the light colored van that was parked along the west curb of the street. They attempted to contact Alfred when he ran from them. Green ran into the backyard of 853 North Crestway where they took him into custody, but did not locate a handgun on his person and believed Green threw the gun when he ran from officers. Officer Carson searched Green and located a 9mm bullet in his right front pocket, a 9mm bullet in his left front pocket, and another 9mm bullet inside a red glove that Green was wearing on his right hand. Officer Carson learned that Green was upset because his brother was the victim of the homicide.

Sergeant Benjamin Jonker #2002 responded to 853 North Crestway with his Police Service Dog

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER        ATTORNEY EYES ONLY        WICHITA 099067

(PSD) "Oz." He ran "Oz" through the backyard where Green was taken into custody and located a black Bryco Arms, Jennings, 9mm handgun with serial number 1417279. Sergeant Jonker also located the magazine to the handgun within the same area.

Officer Timothy Wescott #2466 was in the backyard of 853 North Crestway assisting Sergeant Jonker. He collected the handgun located by Sergeant Jonker and his PSD "Oz."

Officer Nick Jones #2521 heard over the radio from Officer Fisher that the male had tossed the handgun as he was running from officers and went to assist. Officer Jones was in the backyard of 853 N. Crestway where Officer Wescott located and photographed the magazine for the handgun and he collected the item.

Detective Timothy Relph #1280 conducted post Miranda interview with Alfred Green. Green did not explain why he was at the location of 800 North Crestway. He stated the handgun located by officers belonged to him.

Alfred J. Green was previously convicted of Attempted Aggravated Indecent Liberties with a Child, K.S.A. 21-3301 and K.S.A. 21-3504(a)(2)(A), on November 30, 2006, in the Sedgwick County District Court under case 2006CR001154. He was sentenced to thirty-four months prison term and twenty-four months post release supervision.

Alfred J. Green was previously convicted of Aggravated Battery, K.S.A. 21-3414(a)(2)(B), on January 22, 2010, in the Sedgwick County District Court under case 2009CR002959. He was sentenced to eighteen months prison term and twelve months post release supervision.

Alfred J. Green was previously convicted on Offender Registration Violation, K.S.A. 22-4093(a)(c)(1)(A) and K.S.A. 22-4905(b), on August 28, 2014, in Sedgwick County District Court under case 2013CR000786. He was sentenced to thirty-four months prison term and twenty-four months post release supervision.

Alfred J. Green is a documented criminal street gang "MEMBER" as defined in K.S.A. 21-6313. Alfred Green meets State guidelines for a criminal street gang "MEMBER" and was documented in the W.P.D gang database on June 22, 2019 as an "MEMBER" of the Blood criminal street gang.

**FURTHER AFFIANT SAITH NOT.**

_____
**Long Nguyen #1816, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____, 2019.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

# WITNESS LIST

## OFFICERS

| | | |
|---|---|---|
| **Detective Long Nguyen #1816** | **455 N. Main** | **268-4378** |
| **Officer Cale Carson #2399** | **455 N. Main** | **350-3440** |
| **Officer Matthew Fisher #2349** | **455 N. Main** | **350-3440** |
| **Officer Jeremy Boyd #2294** | **455 N. Main** | **350-3440** |
| **Officer Timothy Wescott #2466** | **455 N. Main** | **350-3460** |
| **Officer Nick Jones #2521** | **455 N. Main** | **350-3460** |
| **Sergeant Benjamin Jonker #2002** | **455 N. Main** | **350-3440** |
| **Detective Timothy Relph #1280** | **455 N. Main** | **268-4650** |

## CIVILIANS

None

## DUCES TECUM

Records Custodian 18th Judicial District of Kansas re: 2006CR001154, 2009CR002959, 2013CR000786

911 Records Custodian re: 19C039456

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER   ATTORNEY EYES ONLY

## AFFIDAVIT

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **EMANUEL E. GOINES JR.** |
| | ) ss | **B/M; DOB: XX-XX-1988** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-6296** |
| | | **LEO CASE # 19C040058** |
| | | **KDR #3087A1956884** |

I, Darren M. Hicks, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C040058**. This incident occurred on **June 25, 2019** Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On June 25, 2019 at approximately 1358 hours, Officer Henry #2271 and Officer Hornberger #2272 attempted to locate Quantezz Butler and **Emanuel Goines** in reference to pick-ups that were issued for them in reference to a homicide that occurred on June 22ⁿᵈ, 2019 (WPD 19C039397).

Officer Henry located a snapchat posted by Emanuel Goines depicting him and others at the funeral of Freddie Trezvant showing a male that looked very similar to Quantezz Butler. Officer Hornberger learned this funeral was taking place at 25ᵗʰ and Hillside. They responded to that area and as they arrived the funeral procession was starting to travel south on Hillside.

Officer Thompson #2353, who was in an unmarked vehicle, observed a silver Chevrolet Trailblazer with KS veteran tag 02CGY in the procession. Officer Hornberger conducted a records check for the tag and found it was registered to Kenneth Butler. He knew that Kenneth Butler was Quantezz's. Officer Henry and Office Hornberger observed the Trailblazer drive by them. The driver appeared to be either Quantezz or Kenneth Jr. They could see there were four occupants in the vehicle, but could not tell who was in the rear of the vehicle.

Officer Hornberger learned that Kenneth Jr. had an ID card only, no driver's license. Officer Henry located another snapchat video that appeared to be inside the vehicle and thought Emanuel was in the rear passenger side of the vehicle. Officer Thompson continued to follow the procession and advised she observed the Trailblazer swerving back and forth driving in both lanes, while east bound on 17ᵗʰ near Bluff.

Officers Henry and Hornberger attempted to conduct a traffic stop on the vehicle at 1400 N. Oliver. The driver refused to stop and a vehicle pursuit ensued. At several points during the pursuit the passenger doors opened as if the occupants were going to run. At 4100 E. Vesta, the front passenger, later identified as **Kevin Johnson II, (28, B/M)** fled from the vehicle on foot and was apprehended by Officer Hornberger.

The Trailblazer continued to flee. On Belmont the rear passenger, wearing a white t-shirt and khaki pants, later identified as Emanuel Goines, fled from the vehicle east behind the address

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

of 1528 N. Belmont.  Officer Henry observed this male carrying his left arm and hand at his front waist and held it close to his body as he ran.  Based on his training and experience, this behavior was indicative of someone that is armed.  At the same time the rear driver's side passenger, wearing a Hawaiian shirt, later identified as **Demonte Hill, (29, B/M)** fled on foot west behind the address of 1527 N. Belmont .  The Trailblazer continued fleeing and finally came to stop in front of 848 N. Dellrose.  The driver, **Kenneth Butler Jr., (30, B/M)**, fled on foot east behind the residence. Officer Henry pursued Kenneth across Oliver and took him into custody behind the residence of 846 N. Oliver.

Officer Henry then assisted K9 Officer Nail and Patrol Service Dog (PSD) Nash searching the area where Mr. Goines and the other male fled.  They began searching the east side of Broadview.  Officer Nail and his K9 located Demonte Hill in the alley still wearing his Hawaiian shirt and he was taken into custody.

Officer Nail noticed the gate on the north side of 1528 N. Belmont had been knocked down and sent PSD Nash into the backyard.  Officer Henry walked to the gate and immediately observed an extended 9mm Glock magazine just inside the gate of 1528 N. Belmont.  The magazine did not have debris on it and did not match the surroundings around it as if it had just been placed there. PSD Nash then downed on the magazine and K9 Officer Nail continued searching with Nash. Officer Nail located a Glock 9mm handgun (Model # 19, serial # BDUG687) without a magazine at the southeast corner of the residence in the backyard. This firearm was on top of a fence panel and also did not match its surroundings as if it had just been placed there.  A records check was conducted on the firearm and it was confirmed through SPIDER to be stolen, under WPD case number 18C502378. The magazine and firearm were submitted for latent print comparison and DNA swabbing.  The latent print examination did not reveal any AFIS quality prints.  DNA swabs were submitted.

Officer Thompson located Emanuel walking hurriedly north from the south curb, about mid-block between Broadview and Belmont.  She recognized he matched the description given by Officer Henry and he was taken into custody.

Your Affiant viewed AXON video from Officer Henry and Officer Nail and verified the magazine was located just inside the fenced backyard of 1528 N. Belmont where Mr. Goines was observed running after bailing from the Trailblazer.  The Glock 9mm handgun was located in the same backyard on the southeast corner of the residence.  Also, it was learned that this address is an abandoned house that has not been occupied for some time.

Your Affiant conducted a records check for Emanuel Goines and found a prior felony adult conviction through Sedgwick County District Court, 18th Judicial for:

1.  01/09/2013 – 2012CR3094 for Aggravated Burglary, 21-5807 (b)(c)(2), with a prison term of 55 months and post release supervision term of 24 months.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ATTORNEY EYES ONLY

Emanuel E. Goines Jr. is a documented criminal street gang member as defined in K.S.A. 21-4226.  The arrested party meets State of Kansas guidelines for a criminal street gang member, and was documented in the WPD gang database on June 26, 2019 as a member of the Piru/Blood criminal street gang.

**FURTHER AFFIANT SAYETH NOT**


_____

**Darren M. Hicks #2168, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 2019.

_____

**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 099173

## WITNESS LIST

### OFFICERS

| | | |
|---|---|---|
| Det. Darren M. Hicks #2168 | 455 N. Main | 268-4377 |
| Sgt. Michael O'Brien #1541 | Patrol North | 350-3400 |
| Officer Charlie Byers #2053 | Patrol North | 350-3400 |
| Officer Seth Creighton #2211 | Patrol North | 350-3400 |
| Officer Luis Franco #1741 | Patrol North | 350-3400 |
| Officer Joshua Gilmer #2452 | Patrol North | 350-3400 |
| Officer David Goodman #1395 | Patrol North | 350-3400 |
| Officer Joshua Hageman #2548 | Patrol South | 350-3440 |
| Officer Jared Henry #2271 | 455 N. Main | 268-4604 |
| Officer Chris Hornberger #2272 | 455 N. Main | 268-4604 |
| Officer Ryan Hudgins #2341 | Patrol North | 350-3400 |
| Officer Alli Larison #2402 | Patrol North | 350-3400 |
| Officer Dustin Meier #2307 | Patrol East | 350-3420 |
| Officer Dustin Nail #2222 | Patrol South | 350-3440 |
| Officer Travis Pepperd #2431 | Patrol North | 350-3400 |
| Officer Jesston Seachris #1941 | Patrol North | 350-3400 |
| Officer Ryan Snyder #2191 | Patrol East | 350-3400 |
| Officer Andrew Tapia #2049 | Patrol North | 350-3400 |
| Officer Stacey Teague #2130 | Patrol East | 350-3420 |
| Officer Jamie Thompson #2353 | 455 N. Main | 268-4604 |
| Officer Anthony Villegas #2311 | Patrol East | 350-3420 |

### OTHER

Kenneth R. Butler (K.B.), b/m, 04-04-1989
11700 E. Waterman Lot#506, Wichita, KS (816)330-5977

Demonte A. Hill (D.H.), b/m, 11-18-1989
1441 N. Pinecrest, Wichita, KS (316)992-6768

Kevin S. Johnson (K.J.), b/m, 01-10-1991
1703 E. 23rd, Wichita, KS (316)765-3446

### DUCES TECUM

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main
Wichita, KS  67203
Location: 1400 N. Oliver, Wichita, KS
Time/Date: 1358hrs/06-25-2019
Case #19C040058

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 099174

District Court of Sedgwick County, Kansas
Custodian of Records
525 N. Main
Wichita, KS  67202

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 099175

### AFFIDAVIT

| STATE OF KANSAS | ) | | ADONIJAH Z. METCALF |
|---|---|---|---|
| | ) ss | | B/M; DOB: XX-XX-1998 |
| SEDGWICK COUNTY | ) | | SSN: XXX-XX-9423 |

                                                                     **LEO CASE # 19C043994**

                                                                     **KDR #3087A1957223**

I, Darren M. Hicks, of lawful age, being first duly sworn on oath, depose and state:

      Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C043994**. This incident occurred on **July 11, 2019** Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

      On July 11, 2019 at approximately 2134 hours, Officer Perry #2432 observed a tan Lexus ES 300 with Kansas tag 374LMN, occupied by the driver only and had a cracked windshield obstructing the drivers view. Officer Perry recognized that the vehicle could possibly be associated with **Adonijah Metcalf, (20, B/M),** who is known to Officer Perry to be an active gang member and has prior firearm history.

      Officer Jensen #2379 and Officer Fisher #2349 initiated a traffic stop on the vehicle on S. Washington at E. Morris at 2134 hours for the cracked windshield. The traffic stop came to a rest on the south side of Lincoln, just east of Washington. Officer Fisher identified the driver as Adonijah Metcalf. Officer Fisher advised Adonijah that he needed to exit the vehicle because he was going to conduct a protective sweep. Adonijah then informed Officer Fisher that he had a firearm under the seat and marijuana on his person.

      Adonijah was removed from the vehicle and detained. Officer Fisher located approximately two grams of a green botanical substance he recognized from his training and experience to be marijuana from Adonijah's front left pants pocket and under the driver's seat Officer Fisher located a .45cal semi-automatic Springfield XD handgun, SN#XD726208.

      Officer Jensen conducted a post Miranda interview with Adonijah, who confirmed that he knew the windshield was cracked, he knew that marijuana was illegal, and he knew he did not have a valid driver's license. Adonijah confirmed with Officer Jensen that prior to getting into the vehicle, he was carrying the firearm in his waistband. He confirmed that he took the firearm out of his waistband and placed it under the driver seat of the vehicle. Adonijah also said that he thought his DNA would be on the firearm because he has handled it.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 099299

Adonijah Metcalf is a documented criminal street gang member as defined in K.S.A. 21-4226.  The arrested party meets State of Kansas guidelines for a criminal street gang member, and was documented in the WPD gang database on July 11, 2019 as a member of the Piru/Blood criminal street gang.

**FURTHER AFFIANT SAYETH NOT**

_____
**Darren M. Hicks #2168, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 2019.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

## WITNESS LIST

**OFFICERS**

| | | |
|---|---|---|
| Det. Darren M. Hicks #2168 | 455 N. Main | 268-4377 |
| Officer Matt Fisher #2349 | 455 N. Main | 268-4604 |
| Officer Zachary Jenson #2379 | 455 N. Main | 268-4604 |
| Officer Kyle Perry #2432 | 455 N. Main | 268-4604 |

**DUCES TECUM**

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main
Wichita, KS  67203
Location: E. Morris/S. Washington, Wichita, KS
Time/Date: 2134hrs/07-11-2019
Case #19C043994

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 099301

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **Carlos Robledo** |
| | ) ss | **H/M; DOB: XX-XX-1995** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-0000** |
| | | **LEO CASE # 19C049547** |
| | | **KDAR #3087G1955618** |

I, David Inkelaar, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C049547**. This incident occurred on **August 3, 2019, 2019** in Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On **August 3, 2019, Officer Husen #2374** and **Officer Balderas #2139** seen Carlos Robledo loitering in the parking lot of the Emely Apartments at 1916 S Broadway. Carlos took off, running south to avoid officers.

**Officer Johanson #2427 and Officer Jameson #2425** were riding as a two-officer unit. Carlos was contacted at 300 E Clark by officer Johanson #2427 and Officer Jameson #2425 after he matched the physical description given by officers. Officer Johanson approached Carlos and immediately seen the grip of a pistol sticking out of his right front pocket. Officer Johanson grabbed ahold of Carlos and took into custody and retrieved the gun out of his pant. Carlos made voluntary statements that he knew it was a gun in his pocket and he had bullets in his front left pant pocket. Carlos also made the voluntary statement he was a felon.

The handgun was a Walther P22 handgun with serial #L349610 and was reported stolen under **10c019515**. The Walther handgun was not chambered but had seven .22cal rounds in the magazine that was seated in the gun. A plastic bag in Carlos left pant pocket was collected and contained fourteen .22cal rounds were found inside the bag.

Your affiant completed a criminal records check on Carlos Robledo. Carlos Robledo has a felony conviction for Burglary K.S.A 21-5807(a) (1) (c) (1) (A) (i) in the 18th Judicial District Court Sedgwick County under court case number **2018CR001954** with a conviction date of August 17, 2019.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

The arrested party is a documented criminal street gang member as defined in K.S.A.21-6313. The arrested party meets State guidelines for a criminal street gang member and was documented in the W.P.D. gang database on August 5, 2019, as a member of the SUR 13 criminal street gang.

**FURTHER AFFIANT SAYETH NOT**


_____
**David Inkelaar , AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____
**NOTARY PUBLIC**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**          **ATTORNEY EYES ONLY**          **WICHITA 101181**

## WITNESS LIST

### OFFICERS

| | | |
|---|---|---|
| Det. Carl Lemons #2105 | 455 N. Main | (316)268-4517 |
| Off. Joey Husen #2374 | | |
| Off. Trinidad Balderas #2139 | | |
| Off. Trevor Johanson #2427 | | |
| Off. Marque Jameson #2425 | | |

### DUCES TECUM

| | | |
|---|---|---|
| Sedgwick County Emergency Communications- Custodian of Records. All records pertaining to 19C049547. | 714 N Main Wichita, KS 67203 | (316)660-4977 |
| Sedgwick County Adult Detention Facility: Custodian of Records. All Records Pertaining to the Secures Inmate Account Assigned to Carlos Robledo, H/M, DOB 04/29/1995 From 08/03/2018 until release. | 141 W Elm Wichita, KS 67203 | (316)660-3900 |
| Sedgwick County Regional Forensics Science Center Custodian of Records | 1109 N Minneapolis Wichita, KS 67214 | (316)660-4800 |
| 18th Judicial District Court Sedgwick Court Clerk. All Records Pertaining to The Journal Entry of Judgement under 2018CR001954. | 525 N Main Wichita, KS 67203 | (316)660-5833 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          ATTORNEY EYES ONLY          WICHITA 101182

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **Brandon J. Chicalas** |
| | ) ss | **B/M; DOB: XX-XX-2001** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-3124** |
| | | **LEO CASE # 19C040872** |
| | | **KDAR #408781923477** |

I, Carl W Lemons, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C040872**. This incident occurred on **June 28th, 2019**, in Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On June 28, 2019, at 1802hrs **Officer T. Wiles #2510** with the Violent Crimes Community Response Team conducted a traffic stop in the 2600 block of N. Wellesley. The vehicle stopped was a gold Chevy Impala bearing KS handicap tag 21673. Officer Wiles radioed for back up and **Officer Matthew Fisher #2349** and **Officer Cale Carson #2399** arrived to assist.

Officer Wiles noticed the vehicle traveling north on Wellesley pull to the east curb without signaling. The driver was a female who identified herself as **Rochelle Gray,** there was a male occupant seated in the back passenger seat who later identified himself as **Brandon Chicalas**.

Officer Wiles approached the vehicle, the rear back passenger Brandon had already opened the back car door to exit. Officer Wiles advised Brandon to stay in the car, upon approach Officer Wiles recognized Brandon's face from a previous car stop that involved a firearm. Officer Wiles asked Brandon to exit the vehicle and conducted a pat down of Brandon along with a sweep of the immediate area Brandon occupied. Officer Wiles located a black and grey Smith & Wesson 9mm SW9VE handgun bearing serial number DWK6480. The handgun was under the front passenger seat directly in front of where Brandon was seated. The handle of the gun was facing Brandon, and the barrel of the gun was facing the front of the car. The firearm was run through spider and confirmed stolen under case number **18c003897**.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER      ATTORNEY EYES ONLY      WICHITA 101418

Officer Carson spoke with Rochelle; she said Brandon flagged her down and asked for a ride to a friend's house offering two dollars for gas. Rochelle noted that when Brandon got into her vehicle, he kept adjusting the waistline of his shorts but did not know what he was doing. Rochelle said she knows nothing about a firearm and the only weapon she owns is a box cutter in the front seat.

Officer Wiles read Brandon Miranda warning, Brandon said he did not know anything about a firearm. Brandon said he never touched the gun that was in the vehicle and did not know about the weapon until he was informed. He also said he does hang out with several people who carry firearms, but he does not carry a gun. Brandon also denied being in the Junior Boy gang.

The arrested party is a documented criminal street gang member as defined in K.S.A.21-6313. The arrested party meets State guidelines for a criminal street gang member and was documented in the W.P.D. gang database on **June 28th, 2019** as a member of the **Junior Boys** criminal street gang.

**FURTHER AFFIANT SAYETH NOT**

_____
**Carl W. Lemons, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY EYES ONLY

## WITNESS LIST

### OFFICERS

| | | |
|---|---|---|
| Det. Carl Lemons | 455 N. Main | (316)268-4517 |
| Off. Truman Wiles #2510 | | |
| Off. Cale Carson #2399 | | |
| Off. Matthew Fisher #2349 | | |

### CIVILIANS

| | | |
|---|---|---|
| Rochell Gray<br>B/F, 04/27/1961, 444706976 | 1207 N PERSHING AVE<br>WICHITA, KS<br>67208 | (316) 371 - 2781 |
| John Shatzer<br>W/M, 03/25/1984, 510927324 | 1301 N BITTING AVE<br>WICHITA, KS<br>67203 | (316) 390 - 9602 |

### DUCES TECUM

| | | |
|---|---|---|
| Sedgwick County Emergency<br>Communications- Custodian of<br>Records. All records pertaining to<br>19C040872. | 714 N Main<br>Wichita, KS<br>67203 | (316)660-4977 |
| Sedgwick County Regional Forensics<br>Science Center Custodian of Records | 1109 N Minneapolis<br>Wichita, KS<br>67214 | (316)660-4800 |

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 101420

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **Jermaine T. Wiley** |
| | ) ss | **W/M; DOB: XX-XX-1996** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-6696** |
| | | **LEO CASE # 19C052253** |
| | | **KDR # 3087F1981130** |

I, Jeremy A. Miller, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C052253**. This incident occurred on **August, 14, 2019**, Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

Officer Brock Kampling #2304 and Officer Skyler Boatright #2340 were patrolling and checking addresses of known gang members. The officers drove past 1403 E 52nd St S which is the home of **Jermaine Wiley (23, B/M)** who is a flagged Inglewood Family Gangster Blood. They observed a Black 2004 Audi S4 bearing KS tag 068JZL. The tag was ran and found to come back to a Toyota Camry.

The officers continued to patrol the area and later observed the Audi near 47th St south. The Audi was pulled over for the tag violation in the 4400 S. Hydraulic. Off. Boatright contacted the driver who was identified as Jermaine Wiley. Jermain stated his brother had recently purchased the vehicle. Jermaine did not have his driver's license but, he did have a valid DL.

Off. Boatright ran Jermaine on SPIDER and learned he had a Wichita City bench warrant 19TM014355 and a suspended DL K03117446. Jermaine was taken into custody and Off. Kampling spoke with him about the owner of the vehicle and asked if there was anything in the vehicle that they needed to be worried about. Jermaine stated that his firearm under his seat that was registered to him.

Off. Boatright has seen while doing a records check on Jermaine he found that Jermaine had domestic violence and felony arrest.

Off. Boatright contacted Sherriff Records when he saw that Jermaine had been arrested for violation of a PFA. It was found that Jermaine had a active PFA against him under Sedgwick County court case 19DM1613. The PFA was final and active from 3/12/2019 to 2/28/2020.

Off. Kampling located a loaded Springfield XD 9mm semi-auto with serial number GM809290 under the front driver's seat. Also in the vehicle he located two loaded magazines.

Off. Boatright conducted a post Miranda interview with Jermaine. He told Off. Boatright that he bought the handgun on his 21st birthday at Academy Sports at K96 and Greenwich. He paid $499 for the

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 102157

gun. Jermaine stated that he bought the gun for protection and that after the PFA was issued he was not told that he could not possess a firearm.

On 8/15/19 Det. Jeremy Miller 1990 located the PFA under Sedgwick County court case 19DM1613. The PFA was final and active from 3/12/2019 to 2/28/2020. On page 5 of 5 in the warning to defendant section it explains that the defendant is not allowed to possess a firearm.

The arrested party is a documented criminal street gang "MEMBER" as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang "MEMBER", and was documented in the W.P.D. gang database on 8/14/19 as a "MEMBER" of the Inglewood Family Gangster Blood criminal street gang.


**FURTHER AFFIANT SAYETH NOT**

_____
**Jeremy A. Miller 1990, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER          ATTORNEY EYES ONLY          WICHITA 102158

## WITNESS LIST

### OFFICERS

Det. Jeremy A. Miller #1990          455 N. Main                    352-4838
Off. Brock Kampling #2304
Off. Skyler Boatright #2340
Sgt. Chad Cooper

### CIVILIANS

W/F Shannon R. Morse               1403 E. 52nd St S              316-339-8235
DOB 3/11/1976

### DUCES TECUM

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 102159

<u>**AFFIDAVIT**</u>

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **HILLARD E. HARPER III** |
| | ) ss | **B/M: DOB: XX-XX-2001** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-5115** |
| | | **LEO CASE # 19C061185** |
| | | **KADR #** |

I, Donald W. Moore #2343, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C061185**. This incident occurred on September 19, 2019 Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On September 19, 2019 Officer S. Boatright #2340 observed Hillard E. Harper II (b/m, 18) get into an Orange Dodge Caliber with Kansas temporary tag C166616 in the 2000 block of S. Grove St. in Wichita Sedgwick County Kansas. Officer Boatright had previous knowledge Hillard E. Harper III was wanted on warrants from Jackson County, Missouri and the City of Wichita. Officer Boatright and Officer Kampling #2304 stopped the vehicle and took Harper into custody. During a post arrest search of Harper's person, Officer Boatright located a black Smith and Wesson M&P 40 Shield with serial number HUM0360, concealed inside Harper's front left shorts pocket. Harper made a spontaneous statement during the search to Officer Boatright, "that's mine, it's not illegal". A post Miranda interview was conducted by Officer Kampling and Harper stated he purchased the firearm four or five days ago.

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on September 19, 2019 as a member of the Junior Boys criminal street gang.

**FURTHER AFFIANT SAYETH NOT**

_____

**Donald W. Moore #2343, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 2019.

_____

**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER   ATTORNEY EYES ONLY   WICHITA 103492

# WITNESS LIST

## OFFICERS

Detective Donald Moore #2343                    Wichita Police Department

Officer Brock Kampling #2304                    Wichita Police Department

Officer Skyler Boatright #2340                  Wichita Police Department

## CIVILIANS

Shamari L. Mitchell b/f, 8/9/2001
1210 S. Bleckley Wichita, KS 67218 ph. 207-2994

Felton T. Williams III b/m, 9/02/2000
1122 N. Volutsia Wichita, KS 67214 ph. 883-7961

## DUCES TECUM

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main, Wichita, KS  67203
Case #19C061185

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 103493

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **Romeo A Blackburn** |
| | ) ss | **W/F: DOB: XX-XX-2000** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-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** |
| | | **LEO CASE # 19C066070** |
| | | **KADR # 3087F1982630** |

I, Steven M. Jerrell #1840, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C066070**. This incident occurred on and **October 9, 2019** Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On October 9, 2019 Officer Jessica Helwi #2496 responded to 14th and Spruce for a disturbance with a weapon (19C066065). Officer Helwi made contact with Romeo Blackburn at the Dollar General store, 1918 E 13th N. Romeo advised his vehicle was still near 14th and Spruce. Officer Helwi learned that Officer Jared Thomas #2435 was with the vehicle in front of 1520 N Ash.

Officer Helwi told Romeo she could transport him to 1520 N Ash so he could get his vehicle. Before transporting Romeo, Officer Helwi asked him if he had any weapons on his person. Romeo advised he had a firearm on his left side. Officer Helwi located a Glock 19, serial number BDDA934, inside Romeo's left front shorts pocket. Officer Helwi also located a small black scale, with residue on it. This was also located in his left front pocket.

Officer Helwi conducted a post Miranda interview and Romeo stated the Glock 19 handgun was his and he had bought it from a 3rd party and had it on him today for his protection. Romeo stated the scale is for personal use and that he uses it when he buys marijuana so he can make sure he gets what he paid for.

Romeo was convicted of Felony Theft on August 12, 2015 from the 18th Judicial District Juvenile Court under case number 2015JV000709.

Romeo Blackburn is a documented criminal street gang "MEMBER" as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang "MEMBER", and was documented in the W.P.D. gang database on October 9, 2019 as a "MEMBER" of the Folk / Gangster Disciple criminal street gang.

**FURTHER AFFIANT SAYETH NOT**

_____
**Steven M. Jerrell #1840, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 2019.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 104346

## WITNESS LIST

### OFFICERS

Detective Steven Jerrell #1840                    Wichita Police Department

Officer Jessica Helwi #2496                       Wichita Police Department

Officer Jared Thomas #2435                        Wichita Police Department

### DUCES TECUM

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main, Wichita, KS  67203
Case #19C065098

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 104347

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **Thomas J. Cook** |
| | ) ss | **B/M; DOB: XX-XX-1989** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-1505** |
| | | **LEO CASE # 20C026919** |
| | | **KDR #** |

I, David Inkelaar #2125, of lawful age, being first duly sworn on oath, depose and state:
Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **20c026919**. This incident occurred on **May, 06, 2020**, Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On 5/6/20 Officer Jones#2521 and Officer Wescott #2466 were conducting surveillance on the residence of 335 N. Fern, due to recent theft and other disturbance investigations. While the Officers were watching the residence they observed a male leave in a black Honda Accord with Kansas Tag 366MXX. Officer Wescott recognized the male to be Thomas J. Wood. Officer Wescott said he immediately recognized Thomas and had prior knowledge Thomas was an active Vato Loco Boyz Street gang member. Officer Wescott conducted a records check on the vehicle and learned the vehicle was registered to Thomas and Thomas had a Kansas identification card only. Officer Wescott looked up a mug for Thomas and confirmed Thomas was the driver.

The Officers conducted a traffic stop on the vehicle and Officer Jones contacted Thomas who was the only occupant in the vehicle. As Officer Jones was contacting Thomas on the driver side of the vehicle Officer Wescott was on the passenger side of the vehicle. Officer Wescott noticed a loaded handgun magazine on the front passenger seat. Thomas was removed from the vehicle due to Officer Jones being concerned Thomas had a firearm on his person or within his immediate reach. Officer Jones asked Thomas if he had a gun on him and Thomas said he had a gun in his back pocket. Thomas also told Officer Jones he was not a felon. The firearm was removed from Thomas's pocket and Officer Wescott secured it in their Patrol vehicle. Officer Wescott said the gun was Springfield XD .45 ACP with a serial number of S3170044.

Officer Jones conducted a records check on Thomas and Officer Wescott stayed with Thomas. Thomas told Officer Wescott he knew he couldn't purchase a gun from a dealer, but thought he could purchase one from a third party. Thomas said he believed he could possess a gun because he wasn't a felon. He said he didn't have any protection orders against him and didn't have any domestic battery charges. He said he had a valid Oklahoma license, but has been living in Kansas for at least a couple months.

The records check showed Thomas had a valid Oklahoma Driver's License (DL code L083831473). On October 7th, 2019 in Wichita Municipal Court, Thomas was convicted of Misdemeanor Domestic Battery under Court Case Number 19DV001915.

The arrested party is a documented criminal street gang member as defined in K.S.A.21-6313. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on May 6th, 2020 as a member of the Vato Loco Boyz criminal street gang.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 108646

**FURTHER AFFIANT SAYETH NOT**

_____
**David Inkelaar #2125, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____
**NOTARY PUBLIC**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**          **ATTORNEY EYES ONLY**          **WICHITA 108647**

# WITNESS LIST

## OFFICERS

| | | |
|---|---|---|
| Det. David Inkelaar #2125 | 455 N. Main | 352-4838 |
| Officer Jones #2521 | 455 N. Main | 350-3440 |
| Officer Wescott #2466 | 455 N. Main | 350-3440 |

## CIVILIANS

| | | |
|---|---|---|
| Marci Chastain<br>W/F, 08/04/1968 | 1208 N Lewellen Ave<br>Wichita, KS, 67203 | (316) 213 – 4365 |

## DUCES TECUM

| | | |
|---|---|---|
| Sedgwick County Emergency Communications- Custodian of Records. All records pertaining to 20c026919. | 714 N Main<br>Wichita, KS<br>67203 | (316)660-4977 |
| Sedgwick County Adult Detention Facility: Custodian of Records. All Records Pertaining to the Securus Inmate Account Assigned to Thomas J. Cook W/M, DOB 04/27/1989 From 5/06/2020 until release. | 141 W Elm<br>Wichita, KS<br>67203 | (316)660-3900 |
| City of Wichita<br>City Clerk. All Records Pertaining to The Journal Entry of Judgement under 19DV001915 | 455 N Main<br>Wichita, KS<br>67202 | (316)268-4111 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 108648

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 108649

**AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | ) | **STERLING PATRICK FRANKS** |
| | ) ss | **B/M; DOB: XX-XX-1988** |
| **SEDGWICK COUNTY** | ) | **SSN: XXX-XX-2649** |
| | | **LEO CASE # 19C008523** |
| | | **KDR #** |

I, Officer Kevin M. McKenna, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is an Officer with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **19C008523**. This incident occurred on, **February 9th, 2019**, Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On February 9th, 2019 at 0436 hours, Officer Weatherby #2601 and Officer Espinoza #2565 were riding as a two officer unit, when they were traveling eastbound on Kinkaid, when they observed a male wearing a dark colored jacket, walking Northbound in the 2100 block of South Santa Fe. Officer Weatherby advised that, this black male who was later identified as Sterling Patrick Franks Jr. (B/M XX-XX-1988), was walking Northbound in the east curb lane and was walking with the flow of traffic.

Officer Weatherby and Officer Espinoza conducted a stop on Sterling, for the violation of not walking against the flow of traffic, when a sidewalk is not present. Upon stopping Sterling for the pedestrian violation, Sterling placed his hands up in the air and spontaneously stated to the officers that he had a firearm in the left sleeve of his jacket. Officers instructed Sterling to keep his hands up and to not move, while Officer Espinoza retrieved the firearm from the left sleeve of Sterling's jacket.

This firearm was identified as a black, brown and green Springfield Armory XDM .45acp semiautomatic pistol, which had a serial number of MG511502. This firearm serial number was ran through spider. Spider advised that the firearm was reported stolen out of Cowley County Sheriff's Department case number C17-08696.

After the firearm was retrieved, Sterling made a spontaneous statement to Officer Espinoza that he (Sterling) was probably going to go to jail because he (Sterling) was not supposed to be in possession of a firearm. Officers did conduct a records check for prior felony convictions. Officers were told that Sterling had a 2006 conviction for one count of aggravated assault with a deadly weapon and one count of discharge a firearm at an occupied dwelling, under Sedgwick County court case number 06CR1083. The Judgement date for this case was May 31st, 2006 and the sentencing date was July 21st, 2006.

On June 25th, 2011 Sterling was arrested for criminal possession of a firearm under Wichita Police Department case number 11C043114. This case was charged in Sedgwick County District Court

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 110988

under court case number 11CR1877.  The judgement date for this case was July 28th, 2011 and the sentencing date was October 20th, 2011.

Officer Espinoza did read Sterling his Miranda rights at 0452 hours.  Sterling advised that he did understand each of his rights and he did wish to remain silent.  Sterling was arrested for one count of pedestrian must walk facing traffic (8-1537C), felon in possession of a firearm (21-6304) and possession of stolen property (21-5801).

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-4226. The arrested party meets state guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on the date of this incident, February 9th, 2019, as a member of the 357 Clown Crips criminal street gang.


**FURTHER AFFIANT SAYETH NOT**

_____

**Kevin M. McKenna #2221, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____

**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER          ATTORNEY EYES ONLY          WICHITA 110989

## WITNESS LIST

### OFFICERS

Officer Kevin M. McKenna #2221          455 N. Main                    316-268-4135

Officer Zachary Weatherby #2601

Officer Juan Espinoza #2565

### CIVILIANS

### DUCES TECUM

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                        ATTORNEY EYES ONLY                        WICHITA 110990

# A F F I D A V I T

STATE  OF  KANSAS)                  **Vincent L. Baxter**
                   )   ss            **W/M DOB:XX-XX-1992**
SEDGWICK COUNTY)               **SSN: XXX-XX-2955**
                                       **LEO CASE #21C047566**
                                       **KADR #**
                                       **FBI # 85437TD9____**

I, Det. Charles Rogers #2331of lawful age, being first duly sworn on oath, depose and state:

Your Affiant is a Detective with the Wichita Police Department, and in that capacity assisted in the follow-up investigation of Wichita Police Department case 21C047566.

Your Affiant has learned the following information:

On August 6th, 2021, at 0800 hours, Officer R. Main #2797, and Officer D. Kellenbarger #2523 were dispatched to 1216 E. Boston, Wichita, Sedgwick County, Kansas, in reference to a Domestic Violence disturbance.  Officer's arrived and made contact with Alicia Booker.  Alicia had a small abrasion to her left palm of her hand. Alicia said that she was injured during the altercation with her boyfriend and father of her children. Alicia refused to allow photos to be taken of her injury.  Alicia refused to tell officers the name of the individual who she had been in the altercation with. Alicia told Officer Main that the person was her child's father. Officers learned through previous cases that Vincent Baxter, was the person in question. Alicia verified that Vincent Baxter is the father of her children and her boyfriend.

Alicia said that on 08-06-21, Baxter had become angry after she had returned home from Quick Trip where she bought some cigarettes. Alicia said that Baxter began arguing with her. Alicia reports that after a few minutes of arguing, Baxter grabbed her by the hair, and pushed her into the dresser. Alicia said that she hit her head on the dresser. Alicia had no visible injuries on her head.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER             **ATTORNEY EYES ONLY**             **WICHITA 118903**

Baxter left prior to officer arrival on scene and was not located at the time of the call. Baxter was found to have a positive III for DV Battery on 08-06-21. Baxter was convicted under Sedgwick County court case 2016CR001772 for two separate counts of Domestic Violence Battery. Baxter's conviction date under 2016CR001772 is January 27, 2017.

Officer. McKenna #2405 and Officer McClure #2459, located Baxter at St. Joseph Hospital located at 3600 E. Harry. The hospital is located in the City of Wichita, Sedgwick County, Kansas. Baxter had told officers that he wished to speak to detectives about the incident that he was being arrested for.

Baxter was brought to 455 N. Main, on the 6th floor for an interview with your affiant. Det. Noll assisted your affiant with the interview. Baxter gave the following post Miranda statements. Baxter told your affiant that he and Alicia have been in a dating relationship for approximately 7 years. Baxter said that he does not have very many arguments with Alicia. Baxter said that the argument was a petite' argument and he did not remember what the argument was about. Baxter said that Alicia had told him to leave and that he had told her no. Alicia called 911, using his cellphone, because 1 of the children had her phone. Baxter left out of the residence through the back yard and over a fence. Baxter said that he did not want to stay to talk to police because it is his belief that the male half of the Domestic Violence Disturbance always gets arrested, so he did not want to talk to police. Baxter said that he did not have a physical disturbance with Alicia and that he did not remember her having any injury.

Baxter was asked if he was affiliated with a street gang and he replied no. Baxter said that KDOC has him listed as a Blood and that he had been arrested with Travis Johnson, who is a GD gang member and had also been arrested with a Terrance, who is a Blood gang member, so he is documented as both with the Wichita Police Department. Baxter said that he is not part of any gang.

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang member, and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ATTORNEY EYES ONLY

was documented in the W.P.D. gang database on 08-09-21 as a member of the GD criminal street gang.

FURTHER AFFIANT SAITH NOT

_____

Charles Rogers II, Affiant

SUBSCRIBED AND SWORN to before me on this __, day of _____ 2021.

_____

NOTARY PUBLIC

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 118905

**WITNESS LIST**

<u>**Officers**</u>

Detective Rogers #2331
Off. D. Kellenbarger #2523
Off. R. Main #2797
Detective Noll#2224
<u>**Citizens**</u>
Alicia N.  Booker
B/F 04-19-94
1216 E. Boston
Wichita, Ks, 67211
316-208-1279

**DUCES TECUM**

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main
Wichita, KS  67203
Location: 1216 E. Boston
Time/Date: 08:42hrs/ 08-06-21
Case #21C047566

Custodian of Records
Sedgwick County Adult Detention Facility
Custodian of Phone Records
141 W. Elm
Wichita, KS  67202
316-660-3888

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER          ATTORNEY EYES ONLY          WICHITA 118906

# A F F I D A V I T

STATE   OF   KANSAS)                                    **Jason Davion Dejuan Smith**
                                 )       ss              **W/M DOB:XX-XX-1999**
SEDGWICK COUNTY)                                        **SSN: XXX-XX-7473**
                                                        **LEO CASE #21C048193**
                                                        **KADR # 3087A2174079**
                                                        **FBI # ____**


I, Det. Charles Rogers #2331of lawful age, being first duly sworn on oath, depose and state:

Your Affiant is a Detective with the Wichita Police Department, and in that capacity assisted in the follow-up investigation of Wichita Police Department case 21C048193. Your Affiant has learned the following information:

On August 8th, 2021, at 2140 hours, Officer R. Burkhart #2699, and Officer J. Thornton #2634 were dispatched to 6011 W. Central, Wichita, Sedgwick County, Kansas, in reference to a Domestic Violence disturbance.  Officer Burkhardt and Officer Thornton approached a black male, wearing a white shirt and red hat, the male was approximately six foot in height. The male was standing next to a silver Kia Forte with tag 290NPL, that belonged to the victim Shakaisha Garrett. When the officers told the male that they wanted to talk to him, he took off running. The male later identified as Jason Smith, by the officers was not located.

Shakaisha was contacted by Officer Thornton #2634. Shakaisha said that Mr. Smith had dropped her off at work and then used her Kia Forte until she got off of work. Shakaisha said that Mr. Smith picked her up from work at approximately 18:00 hours. Shakaisha said that she got into the driver's seat of the vehicle and then Mr. Smith got into the front

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER                          ATTORNEY EYES ONLY                          **WICHITA 119347**

passengers seat. Shakaisha said that Mr. Smith has a gun on him all the time. Shakaisha said that Mr. Smith had the gun on his lap.  Shakaisha said that Mr. Smith had seen a snap chat on her phone and became upset. Shakaisha said that Mr. Smith told her to drive so she did. Shakaisha then continued explaining that Jason told her to drive west on 35th St, towards Woodlawn, south on Woodlawn towards K96, west on K96 to 135, then north on 135, then south on 235 all the way to the Southwest Blvd exit south of Kellogg. Shakaisha said they then drove west on Southwest Blvd, all the way out to the area of K42 and Maize. Shakaisha said she doesn't know exactly where they stopped, but they were out in that area on dirt roads. Shakaisha said that once they were out on a random dirt road, Mr. Smith told her to pull off to the side. Shakaisha said that Mr. Smith then told Shakaisha that he was going to kill her if she didn't admit that she was cheating on him. Shakaisha said she continued telling Mr. Smith that she wasn't cheating on him. Shakaisha said that Mr. Smith then handed her cell phone back to Shakaisha and told her to get onto Facebook, and go live. Shakaisha said she asked Mr. Smith why he wanted her to go onto Facebook Live, and Mr. Smith told Shakaisha that she needed to say goodbye to her friends and family. Shakaisha said that they parked in 3 to 4 different places during this incident, all in the area of K42 and Maize. Shakaisha said that once they parked in the last place, Mr. Smith told Shakaisha that he was going to kill her and then kill himself. Shakaisha said that Mr. Smith told her he was going to shoot her in the head, and then shoot himself. Shakaisha said that after he made that statement, Mr. Smith pressed the barrel of the gun against the right side of Shakaisha's head. Shakaisha said that she then used her right hand to smack the gun away from her head, but Mr. Smith put it back to the side of her head and told Shakaisha not to touch his gun. Shakaisha said that

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 119348

at this moment she believed that Mr. Smith was going to shoot her in the head, and kill

her. Shakaisha said that Mr. Smith talked to a friend Xiomire on the phone, and was able

to calm down. Shakaisha said that they drove back to her residence.  Shakaisha said that

they stayed at her residence for approximately 30 minutes. Shakaisha said that Mr. Smith

then wanted to leave again, and she went with him because she was scared for her safety.

Shakaisha said that she drove east on Central and Mr. Smith sat in the front passenger

seat. Shakaisha said that she needed gas pulled into the quick trip and went inside and

called for help.

Shakaisha said that the vehicle was locked and that Mr. Smith had the keys to the vehicle.

Officer Burkhardt said that the Kia was locked and there were no sign of the keys.

Officer Burkhardt noticed a plastic bag in the passenger front floor board. Next to the bag

was a live 9mm round, and a black Glock 19 handgun with an extended magazine and a

tactical light on it. Shakaisha signed a waiver to search the vehicle. The Glock 19 had a

serial number of BNSN803 and was found to be stolen when checked through Spider

under WPD case #21C030561. Inside of the plastic bag was 32 grams of Marijuana. In

the cup holder next to the passenger front seat a digital scale was also located.      The

evidence was collected and a felony pickup was issued for Mr. Smith.

 On 08-09-21, Off. Kurtz#2278 and Off. Lam R2616 arrested Mr. Smith.

Mr. Smith was brought to the six floor to be interviewed by Det. Rogers and Officer

Kurtz. Mr. Smith was read his Miranda warning wear he was given a copy and followed

while it was being read. Mr. Smith placed an X next to each statement saying that he

understood the statement. Mr. Smith said that he did not initial many documents, but the

X was his way to initial it. Mr. Smith signed and agreed to talk about the incident to

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
ATTORNEY EYES ONLY
WICHITA 119349

officers without a lawyer present. Mr. Smith said that he never pointed the gun to Shakaisha's head and never threatened to kill her or himself.  Mr. Smith said that the Marijuana was his and that he had a Marijuana problem. Mr. Smith said that he ran because officers are always harassing him. Mr. Smith said that the gun that was recovered was his gun. Mr. Smith said that he did not know where he had got the gun but it was a gift. Mr. Smith said that he is not a gang member and doesn't run with gang members. Mr. Smith has a negative III for felony convictions checked with records. Mr. Smith had a positive III for possession of Marijuana. His conviction cases are; 18C046079 conviction date of 09-11-18, and 19C006628 conviction of 06-21-19.  On 08-26-21, the Sedgwick County Regional Forensic Science Center tested the green botanical substance and found that it was 30.44 grams of Marijuana containing Tetrahydrocannabinol.

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on 08-09-21 as a member of the GD criminal street gang.

FURTHER AFFIANT SAITH NOT

_____

Charles Rogers II, Affiant

SUBSCRIBED AND SWORN to before me on this __, day of _____ 2021.

_____

NOTARY PUBLIC

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER          ATTORNEY EYES ONLY          WICHITA 119350

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 119351

# WITNESS LIST

**<u>Officers</u>**

Detective Rogers #2331
Off. R. Burkhart #2699
Off. Thornton #2634
Off. K. Kurtz #2278
Reserve Officer Lam #R2616
**<u>Citizens</u>**
Shakaisha R. Garrett
08-05-1996
6801 W. Par Ln Apt. #1221
Wichita, Ks, 67212
316-461-4713

Cassandra L. Smith
12-01-1974
3540 N. Inwood Apt. #3103
Wichita, Ks, 67226
316-518-8548


**DUCES TECUM**

Sedgwick County Emergency Communications / 911
Custodian of Records
714 N. Main
Wichita, KS  67203
Location:
Time/Date:
Case #21C020475


Custodian of Records
Sedgwick County Adult Detention Facility
Custodian of Phone Records
141 W. Elm
Wichita, KS  67202
316-660-3888

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 119352

**AFFIDAVIT**

| STATE OF KANSAS | ) | | Trillion G. Ross |
|---|---|---|---|
| | ) ss | | B/M; DOB: XX-XX-2004 |
| SEDGWICK COUNTY | ) | | SSN: XXX-XX-4823 |

LEO CASE # 21C059016

KDR #

I, David Inkelaar #2125, of lawful age, being first duly sworn on oath, depose and state:

Your affiant is a Detective with the Wichita Police Department, and in that capacity was assigned the follow-up investigation of Wichita Police Department case **21C059016**. This incident occurred on **September, 24, 2021**, Wichita, Sedgwick County, Kansas. After reading the reports of the officers involved, your affiant has learned the following information.

On 9/24/21 Officer Hill was called to 943 N. Glendale #4 reference a found property call.

Officer Hill said she talked to Antwain Ross via phone and was told that Antwain had spoken with Officer Watson, who told him to call 911 reference a firearm belonging to his brother Trillion.

Officer Hill went to the residence in attempt to pick up the firearm but did not contact anyone at the residence.

On 9/24/21 at approximately 1400hrs Officer Rapp, Officer Hicks and Officer Watson went to the residence of 943 N. Glendale #4 and contacted Antwain Thomas.

Officer Watson said while he was off-duty he received a call from Travis Warren (Sedgwick County Juvenile Probation) saying that Antwain Thomas wanted to turn in a gun that belonged to Trillion Ross. Officer Watson said that he told Antwain to call 911 to have Officers come out and collect the firearm.

Officer Watson said he spoke to Antwain Thomas over the phone and Antwain said the Officer that was sent to the residence asked too many questions and made him nervous.

Officer Rapp said he had arrested Trillion, an active and documented member of the Neighborhood Crips criminal street gang, for a probation violation. Trillion's probation had been violated because on the morning of 9/23/21, he had been observed flashing a gun on social media

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
ATTORNEY EYES ONLY
WICHITA 119430

and the video had been brought to the attention of Officer Pham, who is the SRO at Southeast High School. Officer Pham then contacted Trillion's probation officer who issued the warrant. At the time we arrested Trillion on 9/23/21, he was unarmed.

At approximately 1545hrs, the Officers met with Officers at Antwain residence of 943 N. Glendale #4. Antwain gave the firearm, wrapped in a towel, to Officer Hicks.  Officer Rapp said the firearm was a black Glock 26 handgun with an extended magazine. Officer Hicks advised that the serial number on the firearm was AFSE200.

Officer Rapp conducted a records check on the firearm and learned that the firearm was not stolen.   Officer Hicks and Rapp submitted the firearm for latent print and DNA analysis, authority SGT Henning.

On October 6th, 2021 your Affiant spoke with Antwain Thomas who said he did not believe the firearm belonged to his Trillion Ross and thought it belonged to one of Trillion Ross's friends.  Antwain said he seen Trillion with the firearm when the Officers came to pick up Trillion and Trillion came running in the house and threw the firearm on the couch.

Trillion Ross is a documented criminal street gang member as defined in K.S.A. 21-6313. Ross meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on 9/24/21 as a member of the Neighborhood Crips criminal street gang.

**FURTHER AFFIANT SAYETH NOT**

_____
**David Inkelaar #2125, AFFIANT**

SUBSCRIBE AND SWORN to before me on this _____ day of _____ 20___.

_____
**NOTARY PUBLIC**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

## WITNESS LIST

### OFFICERS

| | | |
|---|---|---|
| Det. David Inkelaar #2125 | 455 N. Main | 352-4838 |
| Officer Hill # 2706 | 455 N. Main | 350-3440 |
| Officer Rapp # 2350 | 455 N. Main | 350-3440 |
| Officer Watson # | 455 N. Main | 350-3440 |
| Travis Warren (Sedgwick County Juvenile probation) | | 660-5386 |

### CIVILIANS

| | | |
|---|---|---|
| Antwain G. Thomas<br>B/M, 03/29/2000 | 531 N. Poplar<br>Wichita, Ks, 67214 | 316-816-3896 |

### DUCES TECUM

| | | |
|---|---|---|
| Sedgwick County Emergency Communications- Custodian of Records. All records pertaining to 21C059016. | 714 N Main<br>Wichita, KS<br>67203 | (316)660-4977 |
| Wichita Police Department Latent print Records Pertaining to 21C059016 | 455 N. Main<br>Wichita, KS | (316)660-7994 |

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

ATTORNEY EYES ONLY

WICHITA 119432

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER                    ATTORNEY EYES ONLY                    WICHITA 119433