# EXHIBIT 43

## Filed Under Seal



# WICHITA
Gang Data Base
3866 Documented Criminal Street Gang Members

WICHITA  085373 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)

# Identification / Documentation

- Proper documentation = accurate information

- Are they "real gangsters"?
    - Does it matter? Traditional ties, or not, they have adopted the lifestyle.

- Don't make assumptions on a single factor
    - "baggy/saggin'" look doesn't mean "gangster"

- Distribution of inaccurate information enhances the problem

WICHITA 085383 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)