# EXHIBIT 44

# Filed Under Seal



WICHITA  085546 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)

# WICHITA STREET GANG GRAFFITI

- Graffiti is the newspaper of the gangs.

- Marks territory or turf.

- Can be written on anything or anywhere.

- Identifies which gangs are present in the area.

- Challenges rival gangs.

- Offers a roster or "roll call" of members within the gang or set.



WICHITA  085572 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)

# WICHITA STREET GANG GRAFFITI

- Kansas State Social Services Building located at 230 E. William.

- Unknown H/M exits the suspect vehicle and begins to "tag" the building.



WICHITA  085573 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)

# Street Tagging






WICHITA  085574 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)



WICHITA  085575 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)

# Main Sources of Identification

- ## Social Media

  

- ## Night Clubs / Private Parties

  

WICHITA  085578 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEY EYES ONLY)