# EXHIBIT 58

## Filed Under Seal

# WICHITA STREET GANGS



**Gang Identification and Introduction to Criminal Street Gang Investigations**

**Wichita Police Department Violent Crime Community Response Team Spring 2020**

WICHITA  089476 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )

# Folks

- **Colors: Black, Grey, White**
- **Traditionally "flag" to the right side**
- **Recently started to align with local Crip sets**
- **Chicago influence**

WICHITA 089508 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )

# People

## Colors: Black, Gold, Red

## Traditionally "flag" to the left side

## Fact:
## Very small local representation

WICHITA 089516 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )

# North Side Gangsters

**Colors : Red and White**

**Fact :**

**Originally VLB's that broke away and adopted Norteno ideology due to their location in north Wichita**

WICHITA  089552 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )

# Vato Loco Boys

**Colors : Black and Silver / Grey**

**Traditional "flag" to the right side**

**Fact :**

**A Hispanic gang significant to Wichita that adopted Folk ideology. Some VLB's consider themselves SD or SGD's**

WICHITA  089568 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )

# Player for Life

**Colors : Orange and Grey (MCG)**

**Facts :**

**Initially started as a break dance crew at North High and were allowed to function as a gang by the VLB's**

WICHITA  089578 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )



**Colors: Navy Blue and sometimes Black**

**Originated in the Planeview area and are of Cambodian and Vietnamese descent. Originally named Asian Boy Crips and used Crip terms.**

**Terms / Significant #'s / Symbols**
- **"ABZ" / "A B" – Asian Boyz**
- **"1 2 26" – "A B Z"**