# EXHIBIT 60

# Filed Under Seal

# WICHITA POLICE



# GANG UNIT

# 2003



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038734

# Gang Information Manual
## Table of Contents

Contents                                                                    Pages

Gang Investigations –Mission Statement                                         1

Definition of a Gang-Gang Sets-Subsets                                         2

Criteria for Gang Membership-Blue cards                                        3

Criteria for Gang Status-methods of becoming a member-identifiers   4

Gangs in the Wichita Area                                                      5

Prominent Gangs in Wichita                                                     5

Colors, Clothing, Graffiti, Tattoos                                            6

Hand Signs in Wichita/Letters of the Alphabet                        13, 14, 15

Gang Graffiti                                                                  16

Warning Signs (For Parents, Teachers, etc…)                            17, 18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Gang Investigations

Lieutenant John Speer                                    268-4298

Detective Loren Johnson                                  268-4191
Detective Robert Gulliver
Detective Carl Hill
Detective Jose Salcido
Detective Randy Reynolds
Detective Chris Halloran
Detective Mike Zajkowski
Detective James Hosty

Lieutenant Hasan Ramza                                   268-4646

Officer Jeff Gilmore
Officer Dan Harty
Officer Chad Beard
Officer Scott Moon

Mission statement:

- Focus on crimes by gang members.

- With the intent to identify and formulate any viable criminal charges.

- Assemble and disseminate intelligence information on active gang members.

- Eliminate gang violence.

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038736

**Street Gang Definition:**  An ongoing organization, association or group of three (3) or more persons, whether formal or informal, which meets both of the following criteria:

1.  Has a common name or identifying signs, colors, or symbols,

2.  Has members or associates who individually or collectively, engage in or have engaged in the following criminal activity; homicide, rape, robbery, aggravated assault, arson, drive-by shootings, kidnapping, burglary, auto theft, weapons arrests, witness intimidation, narcotics and drug violations, prostitution, simple assault, vandalism, bias or hate crimes.

**Gang Set Definition:**  Seen mostly in black street gangs, a gang set usually identifies a subgroup of a specific street gang.

Example- Neighborhood Crips
          (Set)        (Gang)

**Gang Sub Sets:**  An additional identifier that gives certain sets their own identity.

Example- Neighborhood Crips Rollin 60's
         (Set)      (Gang)   (Sub Set)

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      WICHITA 038737

# Criteria for Gang/Associate Membership Identification

Two (2) or more of the following criteria are required to enter an individual into Active Gang Membership.

One (1) of the criteria's are required to enter an individual as an Associate Member.

1. The individual admits to gang membership and displays knowledge of gang activities consistent with such membership; or

2. A **trained** criminal justice professional identifies the individual as a gang member i.e. (outside law enforcement agency, JIAC, Kansas Department of Corrections); or

3. When the individual resides in or frequents a particular gang's area and affects their style of dress, use of hand signs, symbols, or tattoos; maintains ongoing relationships with known gang members, and where the law enforcement officer believes there is reasonable suspicion that the individual is involved in gang related criminal activity or enterprise; or

4. An individual who has not been previously identified as a gang member, has been arrested several times in the company of identified gang members, for offenses which are consistent with gang activity or criminal enterprise; or

5. When an individual does not meet the above criteria, but is known to Affiliate with active gang members, and law enforcement personnel have established a reasonable suspicion that the individual is involved in criminal activity or enterprise, or promotes the criminal activity of the gang that individual shall be identified as a gang affiliate.

When contacting Gang Members, officers should fill out a blue TOP card to,
- Identify a new gang member
- Update a active member
- To conduct a intelligence field interview

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 038738

## Current Gang Status

**Active Members-** After being documented as a gang member, continuing to be involved with gang crimes with gang members.

**Inactive Members-** A gang member who has not been arrested or convicted of gang crimes within the past three (3) years.

**Incarcerated-** Currently in custody of a County, State or Federal prison.

**Deceased-** A gang member that is a victim of a Homicide that is yet to be solved.

**Associate-** See gang criteria identification number five (5).

## Gang Identifiers

Jewelry
Tattoos
Burns
Necklace beads
Shoestrings

Clothing (jerseys, caps, jackets, bets, bandanas)
Graffiti  (notebooks, lockers, etc.)
Colored pants pockets turned inside
Hair beads or extensions/weaves

## Methods of becoming a Gang Member

**Jumped In-**an initiation ceremony in which the gang member is required to demonstrate their courage and fighting ability so that they can attain membership and gains acceptance.

**Blessed In-**becoming a member due to a relative being in leadership.

**Commit a crime-**usually a felony crime that is ordered or witness by fellow gang members.

**Sexed In-**Having sex or performing different sex acts on selected gang members.

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038739

# Gangs in Wichita

White Supremacist (W)
Bloods (B, W, H, A)
Folks (B,W,H)
Hispanic (H,W,N)
Junior Boys (B,W)
Crips (B,W,H)
Asian (A,W)

Members race
A) Asian
B) Black
H) Hispanic
N) Native American
W) White

## Prominent Gangs in Wichita

River City Skin Heads (W)
    (R.C.S.H.)
        A gang that promotes white power and commit criminal activity towards
minorities and gays.
        These individuals dress attire consists of white shirts and blue jeans or military
fatigues.  This represents the devotion to the white working class man.  An addition, other
pieces of clothing represent their beliefs.
Shaved heads-This is done to allow more visibility of their pure white skin.

Boots-Doc Martens in any color that have 10,12,or 14 holes for laces that are commonly
colored red.

Suspenders or "Braces"- Usually red in color.

Tattoos-Some of the most common used by skinheads: the swastika, lighting bolts,
crossed hammers, Nazi-flags, or Confederate flags.

Skin head slang
Bashing-Term used to describe attacks on minorities.
Boot Boys-Skinheads who beat up people by kicking them with steel-toed boots.
Boot Party-Stomping a victim with Doctor Marten boots.
Caucasians-A derogatory term for non-racists white people.
Crow-Term used for the shaved head hair style.
Flights-Skinhead jackets.
Muds-Refers to minorities.
Quack-someone who has been fooled or a fool.
Skins Night Out-Skinhead battle cry, means a fight is about to begin.
Subhumans-a term used for minorities.
Taxing-Taking property from someone, robbery.
WP-White Power or White Pride.
"88"-refers to the eighth letter of the alphabet. "HH" Heil Hitler.

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        WICHITA 038740

## Bloods Sets

Original Wichita Villain (B)
     (OWV)
Inglewood Family Gangster (B)
     (IFG)
Lincoln Park Bloods (B)
     (LP)
Piru Bloods (B)

Dark Side Bloods (W, H, A)

Tattoos/clothing

"Villain" OWV
"M.O.B." Members Of Bloods/ Money Over Bitches/My Other Brothers
"CK" Crip Killa.  When bloods gang members write the letter C they will
write it backwards or place a slash through it.
"Crab Killer" the term used for crip killer.

The colors red and white is what these members often wear. Sports teams
and fashion names are used to represent their gang.

Calvin Klein "CK"
Kansas City Chiefs
Chicago Bulls
Philadelphia Philly's
St. Louis Cardinals

To disrespect a Blood gang member the term "SLOB" is used.

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER           WICHITA 038741

## Junior Boys

21st Junior Boys (B)
     (JRB's)
Second Street Junior Boys (B, W)
     (2 Block)
Ash Park Gangster (B)
     (Grove Park)
Hill Bloc (B)

Common tattoos of Junior Boy gang members JB/Jr. B. or 21st.
Common tattoos found on Second Street gang members 2 blk, Block,
II Block, 2nd street, CK.
Common tattoos found on Ash Park gangsters: APG, GP, or 26th.

Clothing that is worn by Second Street members are Green.  Sports teams
that have the color green are popular with this gang. These teams include:

-Seattle Super Sonics
-Miami Hurricanes
-Green Bay Packers

Junior Boy gang members wear the Montreal Expos baseball caps.  Over
recent years they have not continued to practice this tradition.

Both Ash Park Gangsters and Hill Bloc Junior Boys do not have a specific
color.

To disrespect a Second Street gang member a common name of Sesame
Street is used.

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     WICHITA 038742

# Crips

The majority of Crip gang members wear the color blue.  Any and all clothing that is blue can and will been worn to represent the crip gang. The biggest crip set in Wichita are the Neighborhood Crips.

Neighborhoods (B,H)
(NHC)
Insane's (B)
(ICG)
357 Mafia Crip (B)
Fountain Street (B)
107 Hoover (B)


Tattoos that are common among crip gang members consist of the following:
BK (blood killer)
Cuzz
FK (folk killer)
The letter C


Many of the gang members will use initials of their gang and use numbers to replace the letters.
Example: Neighborhood Crips use NHC =14-8-3.


To disrespect Crips several terms are used.
Crips "Crabs"        Neighborhood "Nappies"
Insane "Insect"

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 038743

## Folk Nation

Beginning in the late 1970's the Folk Nation began in Chicago Illinois and was started by an individual named Larry Hoover. The Folk Nation became the largest organized street gang in America and it's members expanded across the country. Larry Hoover later demonstrated his power by controlling drug trafficking and gang activity from his prison cell and at one point was making over 180,000 dollars a day from his prison cell.

In the late 1980's the Black Gangster Disciples started a group in Wichita. There are no confirmed ties to the original Folk Nation but the Wichita gang has used many of their symbols and colors.

The two gangs in Wichita are as follows:

Black Gangster Disciples (B)
     (BGD)
Tru Boys (B)


Both gangs use black, blue or green as an identifying colors and display's a pitchfork in an upward manner as their symbol.

Tattoos/clothing
Houston Astros clothing
Star of David
Pitchfork
Six pointed star
"CK"
Heart with wings and a devils tail
Right side is dominant

To disrespect a Folk Nation gang member the term "JOKE" is used.

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER WICHITA 038744

# People Nation

The rival gang against the Folk Nation is the People Nation. Started by the black gang the Vice Lords, they made a treaty with Hispanic gangs to establish themselves as the opposing force against the Folk Nation to control the Chicago drug trade.

People Nation gang in the Wichita area as follows:

Latin Kings (H)
Vice Lords (B)

Tattoos/ symbols

Pitchfork pointing down
Three pointed crown
Five pointed crown
Five pointed star
Left side dominants

The colors that Latin kings wear are Yellow, Gold and Black.

To disrespect a Latin King member the term "Latin Queen" is used.

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038745

# Asian

Wichita sees a numerous amounts of Asians coming to the United States. These Asians include: Cambodian, Vietnamese, and Laos. Asians gang members attempt to recruit new arrivals or F. O. B.'s (Fresh Off the Boat's). Many of these Asians are looking for a group to fit in. These are the Asian gangs that are prominent in the Wichita area.

Dead Everlasting Gangsters (no colors)
(DEG)
Buc Lao Killers (blue)
(BLK)
Asian Boyz (blue)
(ABZ)
Viet Boyz(yellow)
(VBZ)
Flat Line or Kai Bang (no colors)

Hater Crew (no colors)

Gang Members can use the following marks to represent the five T's. Burning five marks in their skin or five dots. Some Asians have 5 T's tattoos.
5 T's
Tinh=Love
Tien=Money
Tu=Prison
Toi=Sin
Thu=Revenge

Asians commonly use tattoos of dragons and tigers to indicate a meaning of power.

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038746

# Hispanics

In the Wichita area Hispanic gangs consist of several gangs and gang sets. Although there are several gang sets the most poplar Hispanic gangs are the Vato Loco Boys and Surenos, also known as a Sur 13.

The Vato Loco Boys started at North High school in the late 1980's. This was due to the increasing gang violence with the black gangs of Wichita.

Vato Loco Boys (H,B)                 Colors that are worn by VLB's and their other sets
    (VLB's)                                are black and white
Vato Loco Girls (H)
    (VLG)
Junior Loco Boys (H)
    (JLB's)
Spanish Disciples (H)
    (SD)
Nortenos                             Nortenos wear the color red.
    (14)
Surenos                              Surenos wear the color blue and black.
    (13)
Play Boy Loco (H)
    (PBL's)
East Side Loco (H)
    (ESL)
South Side Locos
Latin Kings (see People Nation)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038747

Hand Signs seen in Wichita



13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   WICHITA 038748



PIRU SIGN

CRIPS

"BLOOD"

"COUSIN"

Hoover Crips

Villians Bloods

Swans Bloods

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 038749

Letters Symbols –
Most common used – "B" and "C"

"C"

"B"







General Gang Handsigns
Letters Symbols –
Variations on handsign for letter
"B" and "b" (Blood/Brim)

Above are reversed "b" & "B"



15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            WICHITA 038750

# GANG GRAFFITI

Gang graffiti is vandalism that serves as an underground newspaper for gangs.  It is used to:

> **\*Mark territory;**
>
> **\*Claim responsibility for violence;**
>
> **\*Show gang association and allegiance;**
>
> **\*Communicate hatred;**
>
> **\*Challenge authority and community standard;**

16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038751

## Warning Signs of a Youth's "Possible involvement " in Gang Activities
### Parents beware –if your youth is:

1. Buying (or wants you to buy) an excess amount of special colors (blues, reds, blacks, greens, browns) for their wardrobe and is only willing to get, have or wear certain types and colors of clothes, shoes, shoe laces, etc.

2. Wearing his/her slacks or pants sagging down too low or on their hips.

3. Wearing a lot of gold and/or silver jewelry. (How and where did they get it?)

4. Lacking Hobbies and things to do with his/her leisure time.

5. Having and using a street name (nickname), probably different than your family's nickname.

6. Using "gang slang" in their conversations with you: or mostly with others.

7. Withdrawing from family members: not wanting to be around the family. Desiring too much privacy. (Very secretive: almost hiding out from family.)

8. Having troubles at school; lowered or failing grades, fighting, suspensions, truancy, carrying weapons to school, getting home late, drugs at school, etc.

9. Associating with "undesirables", especially those wearing too much of the same color.

10. Not willing to tell you where, with who, or what they will be doing when they go out.

11. Not willing for you to meet their friends or to give you any information about them.

12. Staying out later than usual and/or breaking curfew frequently.

13. Living in neighborhood where gangs exist.

14. Developing a major "attitude" problem with you, teachers or others in authority. (Getting physically and/or verbally aggressive, threatening, chronically angry, resentful, etc.)

15. Starting to use alcohol, tobacco, and/or other drugs: having drug items around.

16. Using "hand signs" to their friends and others.

17. Receiving and/or having money, or other items, without your permission or awareness. (Items they cannot account for having through legitimate means.)

18. Carrying or talking about weapons (guns), beepers, mobile phones, drugs.

19. Getting tattoos on hands, arms, etc. (Gang names, slogans, insignias, etc.)

17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 038752

20. Writing gang-type graffiti on their clothes, books, walls, and other things.

21. Saying that he/she has been "initiated", "blessed", or "jumped into", or "is in gang", "wants to be", or hangs out with other youth who claim they are in a gang.

22. Getting caught (and maybe charged) with other youth in gang-related activities

23. When you are told that your child is involved with a gang by other people.

If you see or hear 2,3, or more of these, you should begin to get to know your child and his/her friends much better: to discover what is going on and then to take corrective action if and as necessary.  If your child gets involved with a gang, your entire family will be in danger, not just your child.

18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 038753

# Gang Unit Monthly Statistical Tracking Sheet

Month _____

| Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calls Dispatched | | | | | | | | | | | | | | | | |
| Calls Self-Initiated | | | | | | | | | | | | | | | | |
| Cases Dispatched | | | | | | | | | | | | | | | | |
| Cases Self-Initiated | | | | | | | | | | | | | | | | |
| Reports Prelim. | | | | | | | | | | | | | | | | |
| Reports Supp. | | | | | | | | | | | | | | | | |
| Moving Citations | | | | | | | | | | | | | | | | |
| Gang Contacts | | | | | | | | | | | | | | | | |
| New Gang Contacts | | | | | | | | | | | | | | | | |
| Persons Arrested | | | | | | | | | | | | | | | | |
| Felony Counts | | | | | | | | | | | | | | | | |
| Misdemeanor Cts. | | | | | | | | | | | | | | | | |

| Date | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calls Dispatched | | | | | | | | | | | | | | | | |
| Calls Self-Initiated | | | | | | | | | | | | | | | | |
| Cases Dispatched | | | | | | | | | | | | | | | | |
| Cases Self-Initiated | | | | | | | | | | | | | | | | |
| Reports Prelim. | | | | | | | | | | | | | | | | |
| Reports Supp. | | | | | | | | | | | | | | | | |
| Moving Citations | | | | | | | | | | | | | | | | |
| Gang Contacts | | | | | | | | | | | | | | | | |
| New Gang Contacts | | | | | | | | | | | | | | | | |
| Persons Arrested | | | | | | | | | | | | | | | | |
| Felony Counts | | | | | | | | | | | | | | | | |
| Misdemeanor Cts. | | | | | | | | | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 038754