# EXHIBIT 61

# Filed Under Seal



# WICHITA POLICE DEPARTMENT

## STREET GANG AWARENESS

## 2011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 033283

**State of Kansas Definition for a Criminal Street Gang   K.S.A. 21-6313**

- An ongoing organization, association or group of three (3) or more persons, whether formal or informal, which meets BOTH of the following criteria:

    1. Has common name or identifying signs, colors or symbols;

    2. Has members or associates who individually or collectively, engage in or have engaged in the following criminal activity: homicide, rape, robbery, aggravated assault, arson, drive-by shootings, kidnapping, burglary, auto theft, weapons violations, intimidation; narcotic and drug law violations; prostitution, simple assault and battery, vandalism, bias or hate crimes.

**State of Kansas Definition for a Street Gang Member**

A. Admits to criminal street gang membership.

- <u>Meets three (3) or more of the following criteria</u>:

1. Identified as a criminal street gang member by a parent or legal guardian.

2. Identified as a criminal street gang member by a state, county, or city law enforcement officer, or correctional officer, or documented reliable informant;

3. Identified as a criminal street gang member by an informant of previously untested reliability and such identification is corroborated by independent information;

4. Resides in or frequents a particular criminal street gang's area and adopts such gang's style of dress, color, use of hand signs, or tattoos and associates with known criminal street gang members;

5. Has been arrested more than once in the company of identified criminal street gang members for offenses, which are consistent with usual criminal street gang activity;

6. Is identified as a criminal street gang member by physical evidence including, but not limited to, photographs, or other documentation;

7. Has been stopped in the company of known criminal street gang members two or more times;

8. Has participated in or undergone activities self-identified or identified by a reliable informant as a criminal street gang initiation ritual.

**State of Kansas Definition of a Criminal Street Gang Associate**

1. Admits to criminal street gang association.

2. Meets at least two (2) defining criteria for criminal street gang membership.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 033284

**Why Individuals Join Gangs**

1. Self preservation / safety
2. A sense of belonging / friendship
3. The excitement of gang activity / status
4. Peer pressure
5. Lack of realization of the hazards involved / curiosity
6. Economic reasons
7. Tradition

**At Risk Characteristics for Joining a Street Gang**

1. Male gender; brought up to identify strictly with rigid masculine behavior (males outnumber females 20-1)
2. Family member, friend, boyfriend or girlfriend are members; parents have disregard for obeying laws
3. Alcohol and drugs frequently used in home
4. Living with a single parent or grandparents; breakdown of the traditional family unit
5. Poor academic performance records / lack of education
6. Having poor to nonexistent job prospects, lack of opportunity, unemployment, underemployment / need for money
7. Fighting and aggression in early adolescence, chronic delinquency problems
8. Lack of community involvement, socially isolated from neighbors and peers, or parental rejection
9. Basic needs that have been neglected or are unable to be filled (love, affection, praise, and encouragement) / low self-esteem
10. Marital discord
11. Abuse that creates a cycle of violence
12. Need for protection; survival; surrogate family
13. Poor living conditions

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER				WICHITA 033285

**Recruiting Locations**

1. Schools – #1 location for recruiting
2. Neighborhoods
3. Internet – Social Media
4. Churches
5. Teen night clubs
6. Athletic events
7. Hang out spots
8. Prisons / Detention Facilities

**Wichita Police Department Gang Related & Gang Motivated Incidents - 2010**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 033286

### **Wichita Street Gang Statistics**

- Sixty-two (62) Gang Sets
- 2, 899 Documented Gang Members **\***
- 1, 745 Active Gang Members
- 567 Associate Gang Members
- 587 Incarcerated Gang Members
- Ninety-eight (98) Deceased Gang Members

   **\*** Active, associate, and incarcerated documented members

### **Age of Street Gang Members – Active & Associate**

- *20.6 is the average age of Active and Associate street gang members in Wichita.*
- Under 18 years of age:  368*
- 18 years of age and older:  2511*

   * Active, associate, and incarcerated documented members

### **Gang Members by Race / Ethnicity\***

- African-American:  1595
- Hispanic:  906
- White:  278
- Asian:  96
- Indian:  14
- Other:  4

   *Active, associate, and incarcerated documented members

**W.P.D. Gang Unit Statistics for 2009**

- Gang members arrested: **1192**
- Guns seized: **118**
- Suspects charged: **223**
- Federal cases charged: **6**
- T.O.P.'s revocations: **46**
- Gang Unit call-outs: **4**
- Community Gang Presentations: **37**
- Gang Involved Homicides: **11**
- Agg. Assault w/ Firearm: **149**
- Gang Related w/ Firearm: **59**
- Drive-By Shootings: **31**
- Gang Related Drive-Bys: **23**

**W.P.D. Gang Unit Statistics for 2010**

- Gang members arrested: **1313**
- Guns seized: **89**
- Suspects charged: **207**
- Federal cases charged: **7**
- T.O.P.'s revocations: **69**
- Gang Unit call-outs: **N/A**
- Community Gang Presentations: **34**
- Gang Involved Homicides: **6**
- Agg. Assault w/ Firearm: **97**
- Gang Related w/ Firearm: **41**
- Drive-By Shootings: **23**
- Gang Related Drive-Bys: **13**

**Wichita Street Gangs**

- **CRIPS**:
  - Neighborhood Crips
  - Deuce Trey Crips
  - 19th St. Grove Blocc
  - 17th St. Grove Blocc
  - Rollin 90's, 60's, 40's, 20's
  - Insane Crip Gangsters
  - 357 Clown Crips
  - Hoover 107
  - Eight Ball King Crips

  1. Colors: Blue, Orange and Blue (Hoover), Pink (PBGC)
  2. Graffiti/Tattoos/Slang/Clothing: "Trey Five" "Deuce Trey", "C" "Cuz", "NHC" "NC" "NS" "Clownin", "Loc or Locc", "Slob", "Craccin", "23", "Hood", "Hood Game" "Grove Blocc", 3 point

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                WICHITA 033288

crown, clowns or joker faces, "Locs", "Clowns", eight ball, "Rollin" "90", "60", "20", "Insane", "14-8-3", "Crippin", "ICG" "BK" "EBK" "What's Blue" "Ace Trey" "Green Blocc", "Premrose", blue hair beads or shoelaces, North Carolina, Denver Broncos, Dallas Cowboys, KC Royals, "RIP Chill", will often write using "CC" in place of "BK" in words.

3. Rivals:  Bloods and some Folk sets (Wichita only), Junior Boys, 2nd Streeters

⦿ **BLOODS**:
- Original Wichita Villain Blood
- Piru Bloods
- Bounty Hunter Bloods
- Inglewood Family Gangster Bloods – 77, 54, 113
- Lincoln Park Bloods
- 79th St. Swans

1. Colors:  Red and Black

2. Graffiti/Tattoos/Slang/Clothing:  "CK", "CK Ridin" "What's up Blood", "What's Wood" "15", "Vills", "VB",  Dawg", pit bull tattoo, "Bounties" "Love Blood" "Whats down" "MOB" "77" "24" "54" "LPB" "NHP" "IFGB" "RIP Lil Cherry", "OWVB", "Piru", "Inglewood", "BHB", "Blood Game", "Crab", "Family First" "Fams", 5 point crown or star, red shoelaces or hair beads, Boston Red Sox, KC Royals, KC Chiefs, Washington Nationals, Phillies, Atlanta, Angels, and Cincinnati attire, "RIP Bruce Brooks", "RIP Baby 5" "RIP King Coop or Lil Coop".

3. Rivals:  Crips, Folks and Lost Boy Gangsters (2/3rd )

⦿ **PEOPLE**:

1. Colors:  Black, Gold, Red

2. Graffiti/Tattoos/Slang/Clothing:  "LK", five point crown, top hat, cane, playboy bunny, crescent moons, pyramid, champagne glass, Will indicate to the left, "5", "ALKN", "LQ", dice, "5 poppin, 6 droppin", "All is Well", "VL" pitchforks in down position, upside 6 or 6 point crown, Kings, Steelers, or Cowboys attire.

3. Rival:  Folk sets, Crips

⦿ **FOLKS**:

- Black Gangster Disciples
- Gangster Disciples
- 19th St. Tru Boys

1. Colors:  Black and Blue

2. Graffiti/Tattoos/Slang/Clothing:  "BGD", "GD", "TRU", Pitchforks,"74", "BOS or BOSS" (Brothers of the Strong Struggle), 6 point star or crown, "19", "RIP Roni" heart with wings, devil horns, BOSS Game "Five Droppin" "Six Poppin" Black Growth and Development, "All is One", Will

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                            WICHITA 033289

   indicate to the right (i.e.: hat, right pant leg, belt), upside down 5 or 5 point crown, Raiders attire, Kings, Astros w/ broken five point star, black shoelaces.

3. Rivals:  Many local Crip sets, People Nation sets, Blood sets.  The younger GD's and 54 Family Bloods are feuding.

⦿ **LOCAL:**

- 21st St. Junior Boys
- Ash park Gangsters
- Second Streeters
- Hill Bloc
- Lost Boy Gangsters / Two Thirds
- Wabash Gangsters

1. Colors:  2nd Street – green, Ash Parks – brown/tan/blue, 2/3rd's – brown,

2. Wabash – blue, Hill Bloc – yellow?

3. Graffiti/Tattoos/Slang/Clothing:  "JRB", "JB", "21", "2 Block", "2 Real", "2", "2B" "APG" "26", "What's Brown", "LBG" "2/3" "23rd" "Kansas", "HBG", "Wabash" "9", "WG", Montreal Expos (JB Logo), Miami or Green Bay attire, "Free Surg" (Sergio Johnson), "RIP Frog".

4. Rivals:  Bloods are rivals with Junior Boys, 2/3rd's are fighting with Bloods some Crips.  Ash Parks/2nd Street rival with Crips.  Wabash are aligned with Crips.

⦿ **WHITE:**

- River City Skinheads
- Aryan Brotherhood
- White Supremacists
- Ku Klux Klan

1. Colors:  Red, Black, White

2. Graffiti/Tattoos/Slang/Clothing:  "SS" lightning bolts, swastikas, "88", "Heil Hitler" "KKK" "RCSH", "Woods" "666", "AB", military boots or Doc Martin style, red shoelaces, shaved heads, camouflage, "WAR", "White power" "White pride", clover leafs, "WP", "SWP", Confederate or Nazi flags or symbols, "ZOG" Celtic cross, "Skins", "OI", Viking or hooded figures, "Sieg Heil", "Boot Power" "Nazi Low Riders" "NLR", National Alliance (AL), "Peckerwoods", racial slurs and slang, white power propaganda.

3. Rivals:  Minorities, various people of different religion, race, creed, etc., the U.S. Government and Law Enforcement.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 033290

- **HISPANIC:**

  - Vato Loco Boys
  - Spanish Disciples
  - Junior Loco Boys
  - Northside Gangsters
  - Players for Life
  - Kings of Destruction
  - Nortenos
  - Surenos
  - Jackson Street Gangsters
  - MS-13
  - Playboy Locos
  - Latin Kings

4. Colors:  Black, Silver, and White – VLB, JLB, SD, SGD, VLG.

5.  Blue and White – Surenos.  Green – KOD.  Red – NSG and Nortenos.  Orange – PFL's

6. Graffiti/Tattoos/Slang/Clothing:  VLB's – Pitchforks up, "22" "VLB" "JB" "JLB" 6 point crown or star, "Scrap Killer" "VLG", "SD" "SGD" "XXII" Raiders attire, black shoelaces, will use items under the Folk Nation (i.e.: heart with wings, devils tail, pitchforks, 6 pt. stars, etc.)

7. Surenos – "13", "Flea Killer", "Sureno", "BDS", "FL13" "FL" "PVL" "Lopers" "SUR" "LA" "X111", "Trece", "LPS", "MS-13","M" "MS", "Southside" "Southside riders or low riders", blue shoelaces, pitchforks down, 6 point star or crown upside down, any blue colored attire.

8. Kids of Destruction – "KOD", "17", will often use pitchforks and other Folk items and wear any green colored attire often belts and shoelaces .

9. Players for Life – "PFL" "Players", "Flea Killer" anything orange in color often belts and shoelaces.

10. North Side Gangsters/Nortenos – "14" "NSG", Nebraska or red colored attire often belts and shoelaces, "XIV"

11. 18th Street Gang - "18" "XVIII" "666"

12. Rivals:  VLB's are rivals with SUR 13's, PFL's, and occasionally with KOD's and NSG's.  It has been indicated that there is a truce/alliance with the VLB's the 18th Streeters and NSG's.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    WICHITA 033291

13. SUR 13's are rivals with VLB's, PFL's, KOD's, 18th Street, and Folk sets. Maybe have a truce with Sur 13's.

14. PFL's are rivals with VLB's, NSG's, and KOD's. It has been indicated that PFL's have a truce/alliance with Sur 13's and maybe wearing baby blue colors. NSG's are rivals with PFL's, KOD's, and VLB's.

- **ASIAN:**

- Viet Boyz

- Asian Boyz

- Buc Lao Killers

- Dead Everlasting Gangsters

- Oaklawn Boys

- Colors: Viet Boys – Yellow sometimes blue or black, Asian Boys – Blue and black, Oaklawn Boys– red, Buc Lao Killers – blue
- Graffiti/Tattoos/Slang/Clothing: "VB", "VBZ", "AB", "ABZ" "22" "22-2-26" "1-2-26" "DEG", "BLK", "YB", "Buc Lao", "Laos Pride" map of Vietnam, "Viet Pride", "Viet Love" "OB" "OBS", 3 point crown, dragons, burn marks often 3 or 5 dots, burn marks in shape of cross or the letter "T" (Representing the five T's), spider webs, scars.
- Rivals: The Viet Boys and Asian Boys have been aligned for some time however due to a recent homicide they have begun to fight each other. The BLK's, DEG's, and Oaklawn Boys are aligned and fighting with the ABZ's.

**New Wichita Street Gangs**

- Loc Young Gangsters – 357 Crips
- Puro Cholo Locos – VLB's
- Meadow Creek Gangsters – PFL's
- Lil Legends – VLB's
- South Side Lokotes – Sur 13
- Jackson Street Gangsters – VLB's
- Ace Ball Gangsters – Folks
- Young Hunters – Bounty Hunter Bloods
- Top Notch Gangsters – Junior Boys
- 12th Street Gangsters
- 54 Family Bloods – IFGB
- 77 Family Bloods – IFGB
- 113 Family Bloods – IFGB

**Wichita Street Gang Tattoos**

- Tattoos identify members by gangs and their sets.
- Often permanent and denotes loyalty to the gang.
- Extremely popular in today's culture.

**Wichita Street Gang Hand Signs**

- Communicate gang affiliation to rival and allied gang members.
- Challenge rival gang members.

**Wichita Street Gang Colors**

- Colors are very important.
- They not only serve to identify, but promote solidarity.
- Matching shoestrings, shirts, caps, bandanas, belts, jewelry, are often used to identify the gang.

**Wichita Street Gang Graffiti**

- Graffiti is the newspaper of the gangs.
- Marks territory or turf.
- Can be written on anything or anywhere.
- Identifies which gangs are present in the area.
- Challenges rival gangs.
- Offers a roster or "roll call" of members within the gang or set.

**Anti-Graffiti Campaign**

- Graffiti makes people feel less safe and secure whether living in the effected neighborhood, patronizing area businesses or simply passing through. As a result, businesses may have a decline in retail sales, and all property owners have a decline in property values and reduced quality of life because of the fear of crime.

- Properties that are frequently the target of graffiti should consider making it more difficult for vandals by their design. Some recommendations are to use shrubs, thorny plants and vines to restrict access. Consider adding additional lighting around the building to increase the vandal's chance of being seen and caught. Consideration should also be given to the use of security cameras and controlling the access to and from the property with fences, rails and natural

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 033293

barriers. Limit the access to roofs and elevated areas by removing dumpsters and other items away from exterior walls to prevent vandals from scaling them. Chain link fencing is nearly impossible for vandals to write on, as opposed to a wooden privacy fence. Anti-graffiti coatings are also available through many paint manufacturers and although they do not prevent the graffiti, they can make the clean up easier.

- Notify the police immediately of the vandalism and offer the officers the opportunity to examine it. This allows the police to evaluate whether the graffiti is gang related. The police want to know what messages gangs are sending, which can lead to insight on the gang's future activities. After giving the police the opportunity to evaluate the graffiti, remove it quickly and completely. You can report graffiti to your police sub-station or by calling 911. If the vandalism is in progress or you suspect someone of suspicious activity use 911 to expedite the officer's response. If you are the property owner or an agent for a business we need your cooperation in seeking charges against suspects. Take a zero tolerance approach to the prosecution of these criminals!

- City ordinance requires all property owners to remove graffiti. This must be accomplished within 7 days of written notification. If the property owner does not comply, the city will have a crew remove or paint over the graffiti and may access the cost to the owner, which if not paid could lead to a tax lien on the property. Report these properties to the Office of Central Inspection.

- It is highly recommended that property owners in frequently vandalized areas include graffiti removal efforts as part of their maintenance budget. Paint may be available from the Sedgwick County Waste Disposal facility free or a minimal cost. The city may elect to remove graffiti at no cost to the property owner after having obtained a waiver from the property owner. Property owners needing this service should contact the Office of Central Inspection for additional information and obtaining a waiver.

- On a painted wall, simply paint over the graffiti using brushes, rollers or a sprayer. Painting over the same lines of graffiti simply changes the color. Completely paint out the entire surface area, preferably with a matching color so that you don't create a billboard effect on the wall. If the wall is unpainted such as brick or concrete, the wall may be either power washed or sand blasted to remove a layer of the material including the paint. Chemicals are also available to aid in the paint removal. Seek professional advice before using blasters and chemicals!

- Central Inspections has introduced a new e-mail address to report grafitti.  The address is: keepwichitaclean@wichita.gov.  The phone number of 268-4481 is still active for phone reporting.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     WICHITA 033294

**Wichita Street Gang Misc.**

- Cars, Magazines, Video Games, Phones, Movies, Music
- Myspace, Facebook, BlackPlanet, BEBO, etc.
- Weapons – guns and knives

**Wichita Street Gangs and Children**

**Wichita Street Gangs and Females**

- Girl members are just as involved in the gang as male members.
- Will often carry weapons, drugs, money or will drive for the males.
- <u>Female Gang Statistics</u>

1. Active :  69
2. Associate :   27
3. Incarcerated:  3
4. Deceased:   2

**Wichita Police Department Gang Plan**

- <u>The Wichita Police Department addresses gangs through three ways:</u>

1. Prevention
2. Intervention
3. Suppression

**Gang Warning Signs**

- Back-pack or Notebooks have identifiers
    - Graffiti
    - Inappropriate Language
    - Inappropriate Drawings
    - Pictures of "friends" you do not know
    - Develops a Violent or Aggressive Attitude
- Language Changes-Slang

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 033295

- New Friends
- Starts Using a Nickname
- Loss of Self-Identity
- Change in Dress
- Secrecy
- Unexplained Money, Jewelry, Other Items
- Unexplained Cuts and Bruises
- Observed Practicing Behaviors
    - Hand-signs
    - Tattoos
    - Graffiti
    - Hard stares/Posturing
    - Spray cans, Markers, Etching tools
- Graffiti or Symbols Found Around House
    - Practice Boards
    - Unusual Paraphernalia
    - Drug Use
    - Weapons
- Gang Paraphernalia
- Music
- School Attendance Problems-Truancy
- Drop in Grades

### Do's

- Treat Gang Involved Students with the same Respect and Value shown to Other Students.
- Have High Expectations for Academic Achievement
- Expect Gang Involved Students to Submit Assignments.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 033296

- Provide more Cooperative and Hands-On Learning Experiences.
- Actively Involve Gang Members in the Learning Process.
- Only Talk to Individual Students about Gang Involvement.
- Enlist Gang Involved Students to Work with Other Students on School Projects and Other Extra Curriculum Activities.
- Only Talk to Individual Students about Gang Involvement.
- Do Set Definite Rules and Consequences.  Suspend, File Charges, Etc., if Needed.  Gang Kids Respect and Expect Discipline and Structure.
- Only Talk to Individual Students about Gang Involvement.
- Enforce All Rules with respect.
- Be Consistent with Consequences for <u>ALL</u> Students.
- Keep current on words or activities that are gang related:  Dress, rap, music, hair, clothes, etc.
- Know students by street names or nicknames.
- Give gang members responsibility that enhances their positive self-esteem:  Tutors, helpers, etc.
- Be open and honest.  Promote informal communicatio0n with gang involved youth.

**Dont's**

- Do Not Humiliate or Embarrass Gang Involved Students (especially in front of peers)
- Do Not Publicly Praise Gang Members for Academic Achievement before Checking with Student.
- Do Not Allow Students to Write Gang Symbols or Turn in assignments with Gang Style Writing.
- Do Not Allow Students to overly Group or Clique Together and Exclude Other Groups.
- Do Not Allow Gang Involved Students to "Disappear" in the Classroom.
- Do Not Allow Your Classroom to be used as a Gang Forum.
- Do Not Allow Gang Members from the Same Set to Work Together.
- Do Not Change your Mind about Enforcing Rules.  Gang Kids See Inconsistencies as a Weakness and Will Exploit It.
- Do Not Allow Students to Use Words or Activities that are Gang Related.
- Do Not Make Exceptions for Favorite Students.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 033297

- Do Not Challenge or Try to Intimidate Gang Involved Youth, Especially in Front of Their Peers.
- Do not allow students to refer to each other by gang monikers.
- Do not trust gang members completely.  Be a guide and mentor.
- Do not become an enabler by providing excuses for the student's negative behaviors.
- Do not become a home boy or girl to gang kids.

**Wichita Police Department Gang Unit**

- <u>Lt. Todd Ojile – Gang / Felony Assault Section</u>

1. Det. Kent Boal
2. Det. Jason Miller
3. Det. Loren Johnson
4. Det. Matt Hall
5. Det. Patrick Phipps
6. Det. Paul Herman
7. Det. Jason Bartel
8. Det. Robert Reichenberger
9. Det. Dan McFarren
10. Det. Chad Beard
11. Det. Michelle Tennyson

- <u>Sgt. Jason Stephens – Night Investigations</u>

1. Off. Donielle Watson
2. Off. Javier Guete
3. Off. Joseph Stearns
4. Off. Rod Miller

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         WICHITA 033298

**Helpful Phone Numbers**

- **Gang/ Felony Assault Unit**:  268-4191
- **Gang Intelligence / Night Investigations**:  268-4646
- **SCAT / Gang Hotline**:  267-7228
- **Office of Central Inspection / Graffiti Removal**:  268-4481

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 033299