# EXHIBIT 63

## Filed Under Seal

# WICHITA STREET GANG IDENTIFIERS

**\*\*\*\*\*\*\*\*\*\*LAW ENFORCEMENT USE ONLY\*\*\*\*\*\*\*\*\*\***

The WPD Gang Unit has gathered the following intelligence information on the local street gangs here in Wichita and Sedgwick County Kansas.  This information is to assist officers/deputies identify gang members/associates and their activity so it can be documented in reports and given to the Gang Intelligence Officers and the Gang Unit.  This information is not absolute and is ever-changing.  These are trends that the Gang Unit is observing currently within the Wichita Sedgwick County area. An officer/deputy observing one of the points does not automatically mean gang affiliation however several points may and should direct officers to conduct follow-up questions with the individual.  This information is for Law Enforcement Use only.   If you have any questions or new information, please contact the Gang Unit at 268-4646 or 268-4517 or utilize the Gang/Felony Assault Information HUB.

**CRIPS:**
**Sets:**  Neighborhoods, North Side Crips, Grove Blocc, 357 Clown Crips, Insane Crips, Hoover 107 Crips, 8 Ball King Crips, Rollin 90's, 60's, 40's, 20's, Pretty Boy Gangster Crips, Unknown Sets
**Colors:**  Blue, Baby Blue, Orange and Blue (Hoover), Pink (PBGC)
**Graffiti/Tattoos/Slang/Clothing:**  "Trey Five" "Deuce Trey", "C" "Cuz", "NHC" "NC" "NS" "Clownin", "Loc or Locc", "Slob", "Craccin", "23", "Hood", "Hood Game" "Grove Blocc", 3 point crown, clowns or joker faces, "Primrose", "Locs", "Clowns", eight ball, "Rollin" "90","13" "60", "20", "Insane", "14-8-3", "EBK", "Crippin", "ICG" "BK" "What's Blue" "Ace Trey" "Green Blocc", "Premrose",  blue hair beads or shoelaces, North Carolina, Denver Broncos, Dallas Cowboys, KC Royals, "RIP Chill", will often write using "CC" in place of "BK" in words.
**Rivals**:  Bloods, Ash Park Gangsters, 2nd Street, some Folks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                WICHITA 029044

**BLOODS:**
**Sets:**  Original Wichita Villains, Piru Bloods, Bounty Hunter Bloods, Inglewood Family Gangster Bloods (113 Family, 54 Family, 77 Family), 79th St. Swans, Lincoln Park Bloods, Darkside Bloods, Unknown Sets.
**Colors:**  Red and Black
**Graffiti/Tattoos/Slang/Clothing**:  "CK", "CK Ridin" "What's up Blood", "Soowoop" "What's Wood" "15", "Vills", "VB",  Dawg", pit bull tattoo, "Bounties" "MOB", "113" "77" "24" "54" "LPB" "NHP" "IFGB" "RIP Lil Cherry", "OWVB", "Piru", "79" "Swans" "Inglewood", "BHB", "Blood Game", "Crab", "Family First" "Fams", 5 point crown or star, red shoelaces or hair beads, Boston Red Sox, KC Royals, KC Chiefs, Washington Nationals, Phillies, Atlanta, Angels, and Cincinnati attire, "RIP Bruce Brooks", "RIP Baby 5" "RIP King Coop or Lil Coop".
**Rivals**: Junior Boys, Crips and Lost Boy Gangsters (2/3rd ), Folks

**FOLKS**:
**Sets**: Black Gangster Disciples, Gangster Disciples, Tru Boys, Crip sets, Unknown Sets.
**Colors**: Black and Blue
**Graffiti/Tattoos/Slang/Clothing**:  "BGD", "GD", "TRU", Pitchforks,"74", "BOS or BOSS" (Brothers of the Strong Struggle), 6 point star or crown, "19", "RIP Roni" heart with wings, devil horns, BOSS Game "Five Droppin" "Six Poppin" Black Growth and Development, "All is One", Will indicate to the right (i.e.: hat, right pant leg, belt), upside down 5 or 5 point crown, Raiders attire, Kings, Astros w/ broken five point star, black shoelaces.
**Rivals**: Many local Crip sets, People Nation sets, Bloods.

**LOCAL:**
**Sets**: Junior Boys, **2nd Street**, **Ash Park Gangsters**, **Lost Boy Gangsters** (2/3rd), Hill Bloc, **Wabash Gangsters**.
**Colors**: 2nd Street – green/orange, Ash Parks – brown/tan/blue, 2/3rd's – brown, Wabash – blue, Hill Bloc – yellow?  Delano Mafia Gangsters – orange/black
**Graffiti/Tattoos/Slang/Clothing**:  "JRB", "JB", "21", "2 Block", "2 Real", "2", "2B" "APG" "26", "What's Brown", "LBG" "2/3" "23rd" "Kansas", "HBG", "Wabash" "9", "WG", "3rd Block" "DMG",  Montreal Expos (JB Logo), Miami or Green Bay attire, "Free Surg" (Sergio Johnson), "RIP Frog".
**Rivals**: Bloods are rivals with Junior Boys, 2/3rd's are fighting with Bloods some Crips.  Ash Parks/2nd Street rival with Crips.  Wabash are aligned with Crips.

**PEOPLE:**
**Sets**: Vice Lords, East Side Gangsters, Latin Kings, El Rukns, Latin Queens, Blood Sets, Unknown sets.
**Colors**: Black, Gold, Red
**Graffiti/Tattoos/Slang/Clothing**:  "LK", five point crown, top hat, cane, playboy bunny, crescent moons, pyramid, champagne glass, Will indicate to the left, "5", "ALKN", "LQ", dice, "5 poppin, 6 droppin", "All is Well", "VL" pitchforks in down position, upside 6 or 6 point crown, Kings, Steelers, or Cowboys attire.  "ESG", "547"
**Rival:** Folk sets, Crips.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              WICHITA 029045

**HISPANIC:**
**Sets**: Vato Loco Boys, Junior Loco Boys, Spanish Disciples, Spanish Gangster Disciples, Vata Loca Girls (These sets are all similar and considered all part of the VLB's under the Folk Nation), 18th Street, Surenos ( Plainview Lopers, Banditos, Florencia 13's, Winos, Master Criminal Boys), Playboy Locos, Kings of Destruction, Northside Gangsters, Players for Life, Nortenos, and Brown Locos.
**Colors**: Black, Silver, and White – VLB, JLB, SD, SGD, VLG.
 Blue and White – Surenos.  Green – KOD.  Red – NSG and Nortenos.  Orange – PFL's
**Graffiti/Tattoos/Slang/Clothing**:  **VLB's** – Pitchforks up, "22" "VLB" "JB" "JLB" 6 point crown or star, "Scrap Killer" "VLG", "SD" "SGD" "XXII" Raiders attire, black shoelaces, will use items under the Folk Nation (i.e.: heart with wings, devils tail, pitchforks, 6 pt. stars, etc.)
**Surenos** – "13", "Flea Killer", "Brown Pride", "Sureno", "BDS", "FL13" "FL" "PVL" "Lopers" "SUR" "LA" "X111", "Trece", "PlainView" "LPS", "MS-13","M" "MS", "Southside", "RIP Lil Tony", "Southside riders or low riders", blue shoelaces, pitchforks down, 6 point star or crown upside down, any blue colored attire.
**Kings of Destruction** – "KOD", "17", will often use pitchforks and other Folk items and wear any green colored attire often belts and shoelaces .
**Players for Life** – "PFL" "Players", "Flea Killer" "Nut Sucking Goat" (disrespect to NSG) anything orange in color often belts and shoelaces.
**North Side Gangsters/Nortenos** – "14" "NSG", "Norte", "Pleafers", "Pussy for Life" (Disrespects to PFL's), Nebraska or red colored attire often belts and shoelaces, "XIV" 18th Street Gang - "18" "XVIII" "666"
**Meadow Creek Gangsters -** "28", "29", "MCG", gray colors
 **Jackson Street Gangsters** –  "JSG", "16"  red colors "NS"– Subset of VLB's
**Rivals:**  VLB's are rivals with SUR 13's, NSG's, PFL's, and KOD's.  It has been indicated that there is a truce/alliance with the VLB's the 18th Streeters.
SUR 13's are rivals with VLB's, PFL's, KOD's, NSG's, 18th Street, and Folk sets.
PFL's are rivals with VLB's, NSG's, and KOD's.  It has been indicated that PFL's have a truce/alliance with Sur 13's and maybe wearing baby blue colors.
NSG's are rivals with PFL's, Sur 13's, KOD's, VLB's.
JSG's are feuding with KOD's, PFL's, NSG's

**ASIAN:**
**Sets**:  Viet Boys, Asian Boys, Dead Everlasting Gangsters, Buc Lao Killers, Oaklawn Boys, Young Bucks, Oriental Boy Soldiers,
**Colors**:  Viet Boys – Yellow sometimes blue or black, Asian Boys – Blue and white
**Graffiti/Tattoos/Slang/Clothing**:  "VB", "VBZ", "AB", "ABZ" "22" "2202" "22-2-26"  "1-2-26" "DEG", "BLK", "YB",  "Buc Lao", map of Vietnam, "Viet Pride", "Viet Love" "OB" "RIP Bang Tran" "RIP Danny Dang" "RIP Knucclez" (knuckles), "RIP Bunny", "OBS", "YOG", 3 point crown, dragons, burn marks often 3 or 5 dots, burn marks in shape of cross or the letter "T" (Representing the five T's), spider webs, scars.
**Rivals**:  The Viet Boys and Asian Boys have been aligned for some time they are fighting with the Young Bucks.  ABZ/VBZ are fighting with the BLK's/Oaklawn Boys/DEG's especially since the shooting at the Indian Center and double homicide on east Dunham street in 2009.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                               WICHITA 029046

**WHITE**:
**Sets**:  Aryan Brotherhood, River City Skinheads, Ku Klux Klan, Peckerwoods, White Supremacists, 8 Ball King Crips, Darkside Bloods, some 2nd Street, Insane Crips, Gangster Disciples, and Hispanic gangs.
**Colors**:  Red, Black, White
**Graffiti/Tattoos/Slang/Clothing**:  "SS" lightening bolts, swastikas, "88", "Heil Hitler" "KKK" "RCSH", "Woods" "666", "AB", military boots or Doc Martin style, red shoelaces, shaved heads, camouflage, "WAR", "White power" "White pride", clover leafs, "WP", "SWP", Confederate or Nazi flags or symbols, "ZOG" Celtic cross, "Skins", "OI", Viking or hooded figures, "Sieg Heil", "Boot Power" "Nazi Low Riders" "NLR", National Alliance (AL), "Peckerwoods", racial slurs and slang, white power propaganda.
**Rivals**:  Minorities, various people of different religion, race, creed, etc., the U.S. Government and Law Enforcement.

**MIXED**:
**Sets**:  Insane Clown Posse, Goths
**Colors**:  Red, Black, White, Clown face paint
**Graffiti/Tattoos/Slang/Clothing**:  "ICP", "Juggalos", "Wicked Clowns" Anarchy symbol, hatchet man, "Insane" music groups clothing, face paint, Goth attire
**Rivals**:   Will often get into fights with other gangs at the Wichita River Festival.

**MOTORCYCLE**:
**Sets**:  El Forasteros, Banditos, Devil Dogs, Gypsys, Hells Angels, Sons of Silence
**Colors**: Various
**Graffiti/Tattoos/Slang/Clothing**: "1%", Patch jackets, "MC" "FTW"
**Rivals**:  Banditos are rivals with El Forasteros

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029047