# EXHIBIT 64

## Filed Under Seal

## INTRODUCTION

There are at approximately 31,000 gangs and 850,000 active gang members in the United States. Most gangs consist of males who are the same ethnic or racial origins. "Gangs a Guide to Understanding Street Gangs" gives a general definition of gangs as: ".any group gathered together on a continual basis to commit anti-social behavior." To better understand gangs we need to examine the history of individual of each group nationally and locally.

### Folk

The Folk Nation was originally formed in Chicago and consists of many separate gangs.

### People

The People Nation was formed in Chicago and consists of separate gangs.

### Bloods

Bloods are an association of gangs that have adopted a single gang culture. Members are predominantly black males and membership is estimated between 15,000 and 20,000. Sylvester Scott founded the Bloods in defense of the Crip gang. According to information gathered by Detective Kevin Lane from the Inglewood Police Department Bloods adopted the color red because most of them went to Centennial High School and their colors are red and white. The color white was not adopted because it is the color of surrender. The Bloods also claim allegiance to the People Nation.

### Crips

The first Crip activity was documented around 1968 in Washington High School in S.W. Los Angeles. Raymond Washington and Stanley "Tookie" Williams are credited with founding the gang. The Crips have approximately 35,000 members who are primarily black males. The Crips adopted the color blue because most of them attended George Washington High School and their colors are red, white and blue this is based on research done by Detective Kevin Lane from Inglewood Police Department. The Crips are apart of the Folk Nation.

### Black Gangster Disciples

The Black Gangster Disciples are the largest gang in the Folk Nation and have an estimated membership of more than 60,000. The BGD's are a very structured gang led by a chairman of the board, Larry Hoover. At one point the BGD's attempted to become a political organization and members ran for Alderman positions in Chicago.

### Inglewood Family Gangsters

This gang originated out of Inglewood California. Currently we have 50 documented members in the database locally. They align with any other Blood set.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029037

**Tru Boys**

This gang is part of the Folk Nation and align with Black Gangster Disciples. There are 100 documented members.

**Junior Boys**

This group is a local hybrid gang that currently consists of 53 members. The majority of Junior Boys are approximately thirty years old. The Junior Boys have a reputation of supplying much of the crack cocaine and weapons in the city. They often use the Montreal Expos team apparel to represent their set.

**Hill Bloc**

This gang is a sub set of the Junior Boys and has 18 documented members.

**Darkside Bloods**

This local gang has its origins in the southern part of Wichita. Its members are primarily white, Hispanic, or Asian and there are 18 documented members. They align with any other Blood set.

**2nd Streeters**

This local gang is a sub set of the Junior Boys and has 85 documented members. It has been indicated that the 2nd Streeters were formed to sell dope for the Junior Boys however they split away and started their own gang. Their colors are green and gold.

**Ash Park Gangsters**

This local gang is a sub set of the Junior Boys and has 27 documented members. This gang was formed to sell drugs for the Junior Boys but formed their own gang. Their colors are baby blue.

**Hoover 107 Crips**

This gang originated out of California and are a sub set of the Hoover Crips. They have close ties in Oklahoma and often travel up to Wichita. There are 40 documented members locally.

**Piru**

Sylvester Scott and Vincent Owens are given credit for forming the Piru. Both men attended the same school in Compton and lived on Piru Street. Bloods and Piru's are basically the same and have the same beliefs.

**Insane Crips**

This local gang was formed near the area of 3rd and Mathewson and has 70 documented members. The gang has both white and black members and they align with any Crip set.

**Fountain Street Crips**

This is a local gang with only seven documented members.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029038

### Neighborhood / North Side Crips

This is the largest and most violent gang in the City of Wichita. Currently there are over 250 documented members in the database. The primary gang originates out of Los Angeles, CA with several sub sets. The local set originates from along 23rd Street north between Grove and Hillside in Wichita. Their colors are blue and often use North Carolina team apparel to represent their gang.

### Lincoln Park Bloods

This gang has possible originated out of California. There are 19 documented members in the database. They align with other Blood sets.

### Original Wichita Villain

This gang has it local origins from the area of 15th and Hillside. There are over 100 documented members in the database. They align with other Blood sets and are rivals with Crips. They often wear clothing with the Calvin Klein logo, Boston Redsox apparel or use the number 15 along with the color red.

### Rollin' 20's

This gang is a sub set of the Raymond Street Crips out of Long Beach, CA. We currently have four documented members. They align with other Crip sets.

### Pretty Boy Gangsters

This gang is a possible sub set of the Crips out of California. Currently we have two documented members. They align with any other Crip set.

### 357 Mafia Crips

Presently this is the most active gang in the city. They were responsible for the Fairmount Park homicides in September 2002. They are active in the drug trade and several of their members have weapons arrests. There are 58 documented members. Most are young and looking to make a name for themselves. Forty-five of the males are under the age of twenty. Jaycee Deggs is the founder of this gang and Michael Mack is considered by many to be the leader. Deggs said he brought the gang from California. Mack is serving a six-year prison sentence for involuntary manslaughter.

### 316 Mafia

This local gang has three documented members and is associated with the Piru Bloods. Unknown origins but likely in the Wichita area due to the "316" area code in the gang name.

### 83rd Hoover Crips

This gang originates out of Los Angeles, CA and is a sub set of the Hoover Crips. We have two documented members in the database locally.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          WICHITA 029039

### Vice Lords
The Vice Lords are a Chicago based gang and is located primarily in the Great Lakes, Southeast, and West Central regions.  Most members are Black males and membership is estimated around 35,000.  The Vice Lords have been established in the People Nation since the 1980s.

### Latin Kings
Chicago is where the Almighty Latin King Nation, also known as Latin Kings, were founded and is a collection of over 75 structured gangs.  The gangs are referred to as chapters with a total estimated membership of 20,000 to 35,0000.  Most members are Hispanic and Puerto Rican males.  The Latin Kings are also apart of the People Nation.

### Sur 13
Creation of this gang is given to Rodolfo Cadena and Joe Morgan.  The two men were serving time at the Duel Vocational Institute in Tracy, California when they felt the Hispanics were being abused by the prison system.  Later as more Hispanic gangs were formed the Sureno's became associated with inmates from northern California.
In Wichita we have 79 active members.  The age of members range from 14 to 38.  Several new members are identifying themselves as a Lopers  (LPS) set with origins from Southern California.

### Vato Loco Boys
This is the largest Hispanic gang in the Wichita area with over 150 active/associate members documented.  This local gang appears to have started along 22nd Street north in Wichita.  Information provided by field interviews with members indicates that Spanish Disciples and Junior Loco Boys are also part of the VLB's.  They are part of the Folk Nation.

### Spanish Disciples
This gang has only six documented members in the database.  Information provided has indicated that the Spanish Disciples are part of the VLB's and have the same origins along 22nd street.  They also are part of the Folk Nation.

### Junior Loco Boys
This local gang is also part of the VLB's with 28 documented members.  It is believed that before members could join the VLB's they first had to be a members of the JLBs.  They too are part of the Folk Nation.

### Puro Loco Barachos
This local gang was formed by several individuals primarily from the Rose Hill area.  The leaders are Jeff and Chris Coykendall (brothers) and other members include their friends, however they are undocumented.  The gang is very small, but they have been involved in multiple violent incidents including the shooting at the Bleachers Club.  A gang fight erupted between them and the Crips during the playing of the rap song "Throw Yo Hood Up", which lead to the shooting.  Primarily these individuals hang out in Old Town or other clubs starting fights and selling Ecstasy.

### Players for Life

This Hispanic gang began to surface in Wichita during the late summer of 2001. They actually formed as a break-dance club, but they soon began to sell marijuana, paint graffiti, and engage in fights with other gangs. This gang has no connections outside of Wichita, but the leader stated they belong to the Folk Nation. The PFL's main rival is the North Side Gangsters. The founder, Uriel Pizana, 21, H/M, and his younger brother, Ladislao Jaimes recruited males from North High to join the gang. Pizana is serving time in prison until May 2004 for a drive-by shooting, which occurred in 2002. The gang currently has 20 documented members.

### North Side Gangsters

This Hispanic gang also started during the late summer of 2001. Pasqual and Daniel Gallegos started the gang at North High School. They wear the color red and align with the Nortenos, but they appear to have no connection outside of Wichita. The NSGs fight with Surenos and Players For Life members. There are currently 13 documented members.

### Asian Boyz

This is the largest Asian gang in the City of Wichita. They possibly originated out of California. They align with Crips and often wear blue clothing. Currently, the Asian Boys and Viet Boys appear to be aligning. They are currently keeping their activity low key. Currently we have 43 documented members.

### Buc Lao Killers

This was one of the most violent Asian gangs in Wichita during the early 1990's. They initially aligned with Young Oriental Gangsters and Dead Everlasting Gangsters. Currently we have 23 documented members. Several members were involved in the Manderin Sun homicide/robbery and are incarcerated.

### Viet Boyz

This is the most active Asian gang here in Wichita. They have been involved in numerous aggravated assaults and other gang related cases. One of the leaders, Quoc Pham, was killed during a fight in Carthage, MO at Marion Days. Since then some of the members have attempted to get revenge and have been arrested for a shooting at the Kim Houng Restaurant and weapons violations. There are 30 documented members and their colors are blue and gold/yellow. They appear to be aligning with Dead Everlasting Gangsters.

### Dead Everlasting Gangsters

This gang has 21 documented members and has been very active along with the Viet Boyz. The "OG" is Vy Le who is currently incarcerated in Federal Prison for weapons violations. They are closely associated with YOG's, BLK's, and VBZ's. There members have been involved in residential robberies and the sale of narcotics. They also appear to have ties in Oklahoma City and in Ft. Smith, Arkansas.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Kai Bang**

This gang has six documented members in the database.  One member is incarcerated in Federal Prison and the others are currently inactive due to no new arrests or activity.  All members self admitted to Off. Wymer during a search warrant at 4284 Whitney in 1999 where several stolen guns were located.  Off. Beard had contact with two members on an assault call and observed their tattoos, however they denied any gang involvement.  There are possible gang ties in Texas.

**Young Oriental Gangsters**

This gang only has three documented members in the database.  Two members are incarcerated in Federal Prison for the Mandarin Restaurant robbery and homicide in 1994.  Several YOG's and BLK's members committed the robbery and were identified by detectives and Off. Wymer.

**913 Lao Boy Bloods**

Currently this gang is inactive in the Wichita area.  They are originally from Olathe, KS and were documented in 200 after a gang fight with VLB's at 21st and Amidon.  Four members self admitted to Off. Wymer and explained they align with other Blood sets and had been traveling to Wichita from Olathe.

**Hater Crew**

Nine members were identified by Homicide detectives during the gang shooting of  Bang Tran (ABZ) on east Kellogg in 2001.  Two members are currently incarcerated for the murder.  This appears to be a local gang that was started by Jeremy Nguyen who had an ongoing feud with the Asian Boyz which lead up to the shooting.

**Little Saigon Hoodlums**

This gang appears to have originated in Texas.  There are only two documented members in the database.  One member self admitted and the other member was identified by the Port Arthur Police Dept.  Their apparent rivals are the BLK's.

**River City Skinheads**

Skinheads were first documented during the mid – 1980s in the United States but date back to the 1960s in England. The group in England was formed in response to social and economical deterioration and immigrants moving into the country and these conditions were similar in the States.  Currently there are approximately 200 Klan groups with 10,000 members.

In Wichita we have seen a decrease in cases from these individuals.  According to information we have received they are trying to make their movement more of a political one.  They continue to hold private meetings, but they try to avoid police contact.  There are 24 members in our database; however, only 10 are still considered active.  The average age of the 24 members is 28.

**8-Ball Kings**

This local gang has its origins primarily in the southern portion of the City of Wichita.  There are 23 documented members and they are primarily white males.  They

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              WICHITA 029042

associate with any other Crip set and are rivals with any other Bloods.  They often use the "8 ball" symbol or logo to represent their gang.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 029043