# EXHIBIT 66

## Filed Under Seal



SEDGWICK COUNTY DEPARTMENT OF CORRECTIONS  2.969.4.1

# CENTRAL MAPPING ZONE

| Defendant: Aubreon L. Davis | DOB: 8/2/92 | Case#: 20CR904 & 19CR2609 |
|---|---|---|
| Race: BLACK Sex: MALE Hair: Black Eyes: Brown | ISO: Whitney Day | Phone: 316-660-7065 |

**FOR A&D AFTER HOURS, CALL: 660-9537**

**BEING IN THIS ZONE CAN AUTOMATICALLY VIOLATE THE DEFENDANT'S PROBATION**



THE ABOVE NAMED DEFENDANT IS HEREBY ORDERED TO STAY OUT OF THE ZONE INDICATED BY THE MAP ABOVE

COMMENCING: 8/13/20
ENDING: 7/21/22

Date of Notice: 8/13/20

Special Instructions:

ACKNOWLEDGED: _____  JUDGE: _____

# SEDGWICK COUNTY DEPARTMENT OF CORRECTIONS
## SUPERVISION AGREEMENT
## GANG CONDITIONS

  1. I shall not associate with anyone affiliated with any gang.

  2. I shall not knowingly associate with anyone having a conviction for the sale or possession of drugs.

  3. I shall not knowingly be around any person who is currently on pretrial supervision, probation, parole, or has an active criminal case.

  4. I shall not go to the following locations without permission from my ISO: Towne East Mall, Wichita, KS; Quik Trip at 21st & Arkansas, Wichita, KS Towne West Mall, Wichita, KS; and/or:

_____

_____

  5. I shall not attend any court hearing unless I am required by a judge or attorney.

  6. I shall not wear any clothing with the primary colors being **Red**.

  7. I shall not acquire any more tattoos than I currently have.

8. I shall abide by a curfew of 9:30 p.m. to 6:00 a.m. and remain in my approved residence between these hours unless permission is otherwise granted. Furthermore, I understand that I am subject to curfew checks by SCDOC staff and/or any Law Enforcement Agency.

  9. I shall not be around any school and/or school parking lot without obtaining prior permission.

  10. I shall not possess any firearm, ammunition, or explosive devices or any dangerous weapons as defined by Federal, State or Municipal laws or ordinances. I will not attend any gun, knife, trade shows or auctions involving guns and weapons.

  11. I shall not visit or have telephone conversations or electronic communications with any person who is in the jail or other correctional facility without permission from the court or my ISO.

2.969.4

Supervision Agreement Gang Conditions Attachment (continued)

 12. I shall not ride in a car with more than one (1) person unless those persons are my parents, siblings or my children.

 13. I shall not engage in throwing or showing gang hand signs.

 14. I shall not be in possession of any sharp instruments, bats, or anything that could be considered a weapon.

 15. I shall not associate with family members or extended family who are documented gang members. (Exception would be immediate family only, i.e. brother, sister, parents – NO cousins).

 16. I am prohibited from using any social media or a cell phone to share or post any photos, videos, images or materials depicting gang culture, violence, firearms, other weapons, drugs or alcohol.

17. I will remain out of the restricted zone(s) as indicated below and outlined in the attached mapping zone form, if required now or in the future. The only exception is Monday-Friday from 6am-9:30pm.

☐ Zone - North   ☐ Zone – South   ☒ Zone - Central   ☐ Zone – West

18. Other Conditions:

_____

_____

_____

I hereby acknowledge that I have been informed and understand these added conditions of my probation. I agree to comply with these conditions until I receive my final discharge from the Court.

Client: _____   Date: 08/13/20

ISO: William Day   Date: 8/13/20

Judge Approval: _____   Date: 8/17/20

ELECTRONICALLY FILED
2019 Mar 14 AM 10:36
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2018-CR-002833-FE



```
Court:          Sedgwick County District Court

Case Number:    2018-CR-002833-FE

Case Title:     State of Kansas vs. Gerardo I Elias

Type:           2018 JOURNAL ENTRY OF JUDGMENT
```

SO ORDERED.

/s/ Honorable Terry L Pullman

Electronically signed on 2019-03-14 10:36:23    page 1 of 5

RWB/rkm

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2018 JOURNAL ENTRY OF JUDGMENT

| SECTION I.  CASE IDENTIFYING INFORMATION | Transaction Number: 3087G1849422 |
|---|---|

| STATE v. GERARDO I. ELIAS<br>a/k/a: GERARDO ISAAC ELIAS JR<br>SSN: XXX-XX-5132<br>ADDRESS: LKA: 1323 S Palisade St<br>Wichita, KS 67213 | ☒ Male | Court O.R.I. Number<br><br>KS087025G | K.B.I. Number<br><br>33562396 |
|---|---|---|---|

| County | Court Case Number | Sentencing Judge | Sentencing Date |
|---|---|---|---|
| SEDGWICK | 18CR2833 | TERRY L. PULLMAN | 02/26/19 |

| Defense Counsel: | ☒ Appointed | Counsel Name: Victoria Eck |
|---|---|---|

| Type of Proceeding: | ☒ Guilty Plea |
|---|---|

| Date of Conviction: | 01/19/19 |
|---|---|

| Pre-Trial Status of Offender: | ☒ Released on Bond |
|---|---|

| SECTION II.  CRIMINAL HISTORY CLASSIFICATION |
|---|

| Offender's Overall Criminal History Classification as Found by the Court: | ☒ I |
|---|---|

| Objections to Criminal History? | ☒ No |
|---|---|

| SECTION III.  CURRENT CONVICTION INFORMATION |
|---|

**Name of PRIMARY Offense of Conviction:**

CRIMINAL POSSESSION OF A WEAPON BY A CONVICTED FELON

Count No.: 1    Date Of Offense: 10/02/18

| K.S.A. Title, Section, Subsection(s): | 21-6304(a)(3)(A) |
|---|---|

| Grade of Offense: | ☒ Felony, Severity Level  8 | ☒ Nonperson |
|---|---|---|

| Offense Category: | ☒ Nondrug |
|---|---|

**Presumptive Sentencing Range:**

Mid  8     High  9     Low  7     ☒ Presumptive Probation

THIS FORM MUST BE ACCOMPANIED BY A COPY OF THE PRESENTENCE INVESTIGATION FORM PURSUANT TO K.S.A. 2012 Supp. 22-3439 AND A DOCUMENT CONTAINING INFORMATION REQUIRED BY K.S.A. 2012 Supp. 22-3426.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         ATTORNEY EYES ONLY         WICHITA 117053

| | |
|---|---|
| **SPECIAL RULE APPLICABLE:**  ☒ No | |
| **SENTENCE IMPOSED:** | |
| **Guideline Range Imposed:**         ☒ Low | |
| **Prison Term:**      KDOC    __7__ months            ☒ Underlying with probation granted. | |
| **Postrelease Supervision Term:**      ☒ 12 months | |
| **Probation Term:**    ☒ 18 months<br>**Probation Supervision to:**   ☒ LSI-R to determine supervising agency | |

## SECTION V.  OTHER CONDITIONS

**General/Special Conditions of Probation**
In addition to the provisions set forth in K.S.A. 21-6607, the defendant is ordered to comply with the following special conditions of probation:

-- Defendant is ordered to report to Sedgwick County Adult Probation (Court Services), and complete LSI-R evaluations as directed by Court Services staff. The results of the evaluations will be used by Court Services staff to assign Defendant to continued supervision by Court Services or to supervision by Community Corrections. Defendant is ordered to report to the assigned supervising agency as directed and to complete further LSI-R evaluations as directed by the assigned supervising agency.
-- Report to I.S.O./ C.S.O. as directed.
-- Maintain residence in Sedgwick County, Kansas unless permission to move is first obtained from I.S.O./ C.S.O.
-- Do not travel outside the State of Kansas unless permission is first obtained from I.S.O./C.S.O.
-- Obtain/Maintain: Full Time Employment (subject to any disability).
-- Notify I.S.O./C.S.O. within 24 hours of any of the following: any changes to either telephone number or address for either work or home, or if any contact with law enforcement officers for any reason.
-- Pay Court Costs.
-- Pay Booking Fee of $33.00 (or currently mandated amount).
-- Pay Probation Fee (pursuant to the current schedule used by Adult Probation or Community Corrections).
-- Sedgwick County Regional Forensic Science Center Fee of $400.00.
-- Obey the laws of the United States, the State of Kansas, and any other jurisdiction to whose laws he/she may be subject.
-- Reimburse the State of Kansas $650.00 ($36.00 per month) for the costs of court appointed attorney. This duty is subject to a good faith ability to pay standard and test.
-- If counsel is appointed, pay an administrative fee of $100.00 to BIDS. This duty is subject to a good faith ability to pay standard and test.
-- Obtain a G.E.D.
-- Have no contact, directly or indirectly, with co-defendant.
-- Do not possess or exercise any control over any type of WEAPON, whether firearm OR knife.
-- Do not use, possess or consume any alcohol or illegal drugs (including prescription drugs for which defendant does not have a prescription) during probation.
-- Submit to breath, blood, urinalysis testing as directed by I.S.O./C.S.O. at defendant's own expense.
-- Obey all rules and regulations of Adult Probation and/or Community Corrections, said rules and regulations being used to apply and/or enforce the terms and conditions of probation which have been set forth in this Order and as may subsequently be amended or ordered by the Court.

**(Continued on next page)**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                     **ATTORNEY EYES ONLY**                     **WICHITA 117054**

**General/Special Conditions of Probation (continued from previous page)**
-- The Court specifically authorizes the probation authority (I.S.O./C.S.O.) to use 2 or 3 day "quick dip" jail sanctions, pursuant to HB 2170 and subsequent statutes, as an alternative to a formal probation violation warrant IF the defendant waives a hearing on the requested "quick dip".
-- Curfew at I.S.O./C.S.O.'s discretion.
-- Defendant agrees to forfeit any/all weapons seized in this matter.
-- Defendant to abide by standard gang conditions as follows:

**Standard Gang Conditions:**
-- Defendant shall not associate with anyone affiliated with any gang.
-- Defendant shall not knowingly associate with anyone having a conviction for the sale or possession of drugs.
-- Defendant shall not knowingly be around any person who is currently on pretrial supervision, probation, and parole, or has an active criminal case.
-- Defendant shall not go to the following locations without permission: Towne East Mall, Wichita, KS; Quik Trip at 13th and Oliver, Wichita, KS; Towne West Mall, Wichita, KS; Quik Trip at 21st and Arkansas, Wichita, KS.
-- Defendant will not attend any court hearing unless required by a judge or attorney to attend.
-- Defendant will not wear any clothing with the primary colors being BLACK and WHITE.
-- Defendant shall not acquire any more tattoos than he currently has.
-- Defendant shall not be around any school and/or school parking lot without obtaining prior permission.
-- Defendant shall not possess any firearm, ammunition, or explosive devices including air or paintball guns.
-- Defendant shall not visit or have telephone conversations with any person who is in the jail or other correctional facilities without permission.
-- Defendant shall not ride in a car with more than one (1) person unless those people are his parents, siblings, or children.
-- Defendant shall not engage in throwing or showing gang hand signs.
-- Defendant shall not be in possession of any sharp instruments, bats, or anything that could be considered a weapon.
-- Defendant shall not associate with family member or extended family who is documented gang member. (Exception would be immediate family only, i.e. brother, sister, parents – NO cousins.)
-- Defendant shall not share or post via any electronic means including, but not limited to, text message, picture or video message, picture or video message via cell phone, public or social networking websites such as Facebook, Myspace, Twitter, or any other internet use, statements having any relationship to Vato Loco Boys or any gang whatsoever, nor shall he share or post via any electronic means any photos or images that can in any way be associated with the Vato Loco Boys or any gang.

**Costs Ordered:**

| | |
|---|---|
| Total Restitution | $ 0.00 |
| Court Costs | $ 195.00 |
| DNA Database Fee | $ 200.00 |
| Regional Forensic Science Center Fee | $ 400.00 |
| Correctional Supervision Fee | $ 120.00 |
| BIDS Attorney Fee  ☐ Waived | $ 650.00 |
| BIDS Application Fee | $ 100.00 |
| Booking/Fingerprint Fee | $ 33.00 |
| B.F.A.W. | $ 96.50 |

## SECTION VI. RECAP OF SENTENCE

**Sentence Imposed:**
Total Underlying Prison Term (if sentence imposed is probation): __7__ months

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        ATTORNEY EYES ONLY        WICHITA 117055

| |
|---|
| **Good Time Credit:** |
| ☒  For each count, the Court pronounced the complete sentence, including the maximum potential good time percentage. [K.S.A. 21-6804(e)(2) and 21-6805(c)(2)]   ☒ 20% |

| | |
|---|---|
| **Postrelease Supervision Term:** | ☒ 12 months |

| | |
|---|---|
| **Probation Term Imposed:** | ☒ 18 months |

| |
|---|
| **Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive:** Others:  Consecutive to all other cases. |

| |
|---|
| **Miscellaneous Provisions:** |
| ☒   Defendant informed of <u>right to appeal</u> within 14 days of this date.  K.S.A. 22-3608(c). |
| ☒   Defendant informed of potential <u>rights of expungement.</u>  K.S.A. 21-6614e. |
| ☒   Defendant informed of the prohibition against possessing a weapon (firearm or knife). K.S.A. 21-6304. |
| ☒   Defendant must submit specimens of blood or an oral or other biological sample, if not previously submitted, pursuant to K.S.A. 21-2511(c) |
| ☒   Defendant has been processed, fingerprinted and palmprinted.  <u>K.S.A. 21-2501(b)</u>. |

| |
|---|
| **Additional Comments:** Count 2 dismissed by the State pursuant to the plea agreement. |

## SECTION VII.  SIGNATURES

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

| | |
|---|---|
| /s/ Riley W. Baber            February 26, 2019 **RILEY W. BABER, #25159**            Date **Assistant District Attorney** | Approved via email (02/26/19) by            March 13, 2019 **VICTORIA ECK, #27257**            Date **Attorney For Defendant** |
| <u>Address:</u>   Sedgwick County Courthouse                535 North Main                Wichita, Kansas  67203 | <u>Address:</u>   604 North Main, Ste. D                Wichita, Kansas  67203 |
| <u>Phone No.:</u>  (316) 660-3600 | <u>Phone No.:</u>  (316) 264-8700 |

2

State vs. Gerardo I. Elias                    Page **5** of **5**                    Case No.  18CR2833

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            ATTORNEY EYES ONLY            WICHITA 117056