# EXHIBIT 68

## Filed Under Seal

# DRUG COURT ELIGIBILITY CRITERIA

ELIGIBILITY CRITERIA
- Defendant must be 18 years old or older
- Defendant must be on probation for a felony conviction
- Defendant must have been presumptive probation or border box, or fit one of the following exceptions:
    - Be convicted of a SL 4 drug offense with criminal history score C or D (or SL 3 C or D if pre-2012 grid).
- The assigned sentencing judge approves of the referral to drug court.
- Defendant must be a residence of Sedgwick county.*
    - We can sometimes make exceptions for those residing just outside the county line
- Defendant must have a drug and/or alcohol addiction that can be documented (substance abuse eval, criminal history, PV history, etc)
- Defendant must have an LSI-R score of 17 or above (or level 3 or above on the short version)
- Defendant has a minimum of 5 months remaining on their underlying sentence
- Defendant must agree to participate in the program
- Defendant must have the cognitive ability to participate in and benefit from the program.
- Does not meet any of the disqualifying criteria

DISQUALIFYING CRITERIA
- Defendant has been convicted of a sex crime requiring registration
- Defendant has a current gang affiliation (K.S.A. 21-4226(b))
- Defendant is an active drug informant for a local law enforcement agency.
- Defendant has a severe and persistent mental illness that would limit defendant's ability to effectively participate in the program.
- Defendant has pending criminal cases here that might make the defendant ineligible to participate in the program.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        WICHITA 047397