# EXHIBIT 74

# Filed Under Seal

| | |
|---|---|
| **From:** | Beard, Chad |
| **To:** | Laura Lawler; Charles E. Branson; David Cooper |
| **Subject:** | FW: Juvenile Notifications List |
| **Date:** | Thursday, September 8, 2022 1:43:00 PM |
| **Attachments:** | JUVENILE NOTIFICATIONS.xlsx |

**From:** Carson, Cale <CCarson@wichita.gov>
**Sent:** Thursday, September 8, 2022 1:22 PM
**To:** Beard, Chad <CBeard@wichita.gov>
**Cc:** Bernard, Jess <JBernard@wichita.gov>
**Subject:** Juvenile Notifications List

Here is the list of Juvenile notifications. I reached out to Tim Baird who informed me that policy 527 "contacting Juvenile's parents / guardians" was put in place on 7/18/17. Also, looking at Policy 527 I noticed that there is not a specific time frame described of when a juvenile's parent/ guardian needs to be contacted from the time the Juvenile is flagged. Though I agree best practices would be to make contact shortly after flagging.

115 notifications were located that were documented. There were approx. 75 certified letters that were sent out and 32 were returned. 5 of the 32 returned were unable to be identified of who they belong to because the name was covered by a sticker from the post office.

There were approx. 40 phone calls where 16 were attempted with no contact.

I compiled the information in a spreadsheet being that a majority of the contacts (certified mail) were not documented in the gang database.

Let me know if you have any questions.

Thanks,

Officer Cale Carson #2399
Investigations Division
Gang Intelligence Unit
455 N. Main, Wichita KS



WICHITA 079057 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )