## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

<em>Plaintiff(s),</em>         Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

<em>Defendant.</em>

## PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

On September 29, 2023, Plaintiffs publicly filed a redacted version of their Memorandum in Support of Plaintiffs' Motion for Summary Judgment accompanied by 89 exhibits, including 32 that were filed fully or partially sealed. Plaintiffs now provide this Notice of Proposed Sealed Record as required by District of Kansas Rule 5.4.2(b). For each filing that was provisionally filed under seal, this Notice identifies (1) the ECF docket number, (2) the designated exhibit number, (3) the extent to which Plaintiffs seek to maintain each ECF docket number under seal, and (4) any party or non-party who has previously designated the documents confidential.

| ECF No. | Exhibit No. | Document |
|---------|-------------|----------|
| 208 | | Memorandum in Support of Plaintiffs' Motion for Summary Judgment |
| 208-1 | 9 | E-mail from J. Salcido to G. Ramsay (Sept. 24, 2021 3:54 PM) |
| 208-2 | 15 | Selected E-mails between WPD and Outside Agencies |
| 208-3 | 16 | Selected Gang Database Entries |
| 208-4 | 19 | E-mail from C. Beard to C. Pinkston (Apr. 19, 2021 2:39 PM) |
| 208-5 | 20 | SOP for Entries into the Gang Database |
| 208-6 | 27 | Identification of Gang Members and Associates Using Niche |

| 208-7 | 28 | October 2011 Gang Bulletin Leak Documents |
| 208-8 | 29 | Selected WPD Affidavits |
| 208-9 | 35 | Wichita Street Gang/LEO Update 2012 Presentation Excerpts |
| 208-10 | 40 | Wichita Police Department Performance Appraisal |
| 208-11 | 41 | Gang Awareness and Domestic Terrorism: Understanding Gangs |
| 208-12 | 42 | Strategies to Address Gang Activity: Suppression, Intervention and Prevention |
| 208-13 | 43 | Wichita Gang Data Base Presentation Excerpts |
| 208-14 | 44 | Wichita Gang Database Presentation Excerpts |
| 208-15 | 53 | Selected Gang Mapping Documents |
| 208-16 | 54 | E-mail from D. Harty to B. Mumma (July 26, 2019 10:38 PM) |
| 208-17 | 55 | Selected Gang Conditions E-mails |
| 208-18 | 56 | Juvenile Notice Attempt Log |
| 208-19 | 58 | Wichita Street Gangs: Gang Identification and Introduction to Criminal Street Gang Investigation Presentation |
| 208-20 | 59 | Street Gangs in Wichita Presentation |
| 208-21 | 60 | Wichita Gang Unit 2003 Basic Gang Manual |
| 208-22 | 61 | Wichita Police Department Street Gang Awareness 2011 |
| 208-23 | 62 | Selected TOPS Cards |
| 208-24 | 63 | Wichita Street Gang Identifiers |
| 208-25 | 64 | 2012 – General Gang Info |
| 208-26 | 66 | Sample Gang Conditions of Release |
| 208-27 | 67 | Selected Gang Conditions E-mails |
| 208-28 | 68 | Drug Court Eligibility Criteria |
| 208-29 | 70 | Criminal Investigation Record of surveillance and traffic stop |
| 208-30 | 73 | Facebook Messages |
| 208-31 | 74 | E-mail from C. Carson to C. Beard (Sept. 8, 2022 1:22 PM) |
| 208-32 | 75 | Juvenile Notification List |
| 208-33 | 76 | Progeny Staff Text Messages |

Plaintiffs seek to protect the confidential information contained in portions of their Memorandum in Support of the Motion and selected accompanying exhibits as identified above that were filed under seal. With the exception of Exs. 73 and 76 (Doc. 208-30, and 208-33), Defendant designated each of the above exhibits confidential pursuant to the protective order entered in this case (Doc. 41). Plaintiffs have filed redacted versions of Exs. 73 and 76 (Docs. 207-

45 and 207-46) to protect personal identifiable information of third parties and Progeny staff members. Additionally, Plaintiffs will lodge copies of the audio files included in Ex. 28 (Doc. 208-7) with the Court.

As required by District of Kansas Rule 5.4.2(c), Plaintiffs will submit the required motion to seal.

Dated:  September 29, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Paul M. Vogel*
Paul M. Vogel KSD #79022
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212

Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org
kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED