**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

                    *Plaintiff(s)*,               Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

                    *Defendant*.


**PLAINTIFFS' MOTION TO REDACT SELECT EXHIBITS IN SUPPORT OF**
**THEIR MOTION FOR SUMMARY JUDGMENT**

        Plaintiffs respectfully request the Court maintain the redactions of certain documents

provisionally filed under seal related to Plaintiffs' Motion for Summary Judgment. Defendant does

not oppose this motion.

        On September 29, 2023, Plaintiffs publicly filed a redacted version of their Memorandum

in Support of their Motion for Summary Judgment accompanied by the following provisionally

sealed exhibits: Exhibits 9, 15, 16, 19, 20, 27–29, 35, 40–44, 53–56, 58–64, 66–68, 70, 73–76

(Docs. 208, 208-1 through 208-33). Plaintiffs now move to maintain the redactions in Exhibits 73

and 76 pursuant to District of Kansas Rule of Practice 5.4.2(c). Plaintiffs recognize the "common-

law right of access to judicial records, but this right is not absolute." *JetAway Aviation, LLC v. Bd.*

*of Cnty. Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014) (internal quotation marks and citation

omitted). The Court may "seal documents if the public's right of access is outweighed by

competing interests." *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011) (internal quotation

omitted). Here, Plaintiffs' Exhibits 73 and 76 implicate privacy interests of private citizens that overcome the presumption in favor of public access.

Plaintiffs request the Court maintain the limited proposed redactions to Exhibits 73 and 76 (Doc. 208-30 and 208-33), which include private personal identifying information of Progeny staff members and third parties to this suit. The personal identifying information redacted includes names, photographs, and phone numbers, as well as the home address of a Progeny Youth Leader who has been designated as an active gang member in the WPD's Gang Database. *See* Pretrial Order Section 2.a ¶ 57. The parties' Protective Order explicitly categorizes information like this— "[p]ersonal and private information from and about parties and non-parties related to their presence on the Gang List"—as "Confidential Information." Doc. 41 at 3. Plaintiffs also seek to protect the privacy of the non-parties mentioned in these exhibits and wish to avoid publicly revealing the identities of non-parties who—by their association with individuals designated as gang members or associates—may also have been labeled or are at risk of being labelled as gang members or associates, resulting in serious injury to the non-parties' reputations. If the Court restricts public access, it will adequately protect the non-parties' reputations because these individuals will not be publicly revealed as a designated gang member as a result of this lawsuit—a lawsuit that seeks to help, not harm, people on the Gang List. Furthermore, the redacted information is not necessary to the public's understanding of the claims or evidence in the case.

Plaintiffs respectfully ask the Court to maintain the limited proposed redactions to Exhibits 73 and 76 (Doc. 208-30 and 208-33).

Date: October 6, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

/s/ Paul M. Vogel
Paul M. Vogel KSD #79022
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Karen Leve KS #29580
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org
kching@aclukansas.org


ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED