IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of
Destination Innovations, Inc.,
CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY
LEVY, JR., on behalf of
themselves and others similarly
situated,

          *Plaintiff(s)*,　　　　　　　　Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

          *Defendant.*

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., ("Plaintiffs") respectfully request permission from the Court for additional pages for their forthcoming Brief in Opposition to Defendant's Motion for Summary Judgment, due on October 20, 2023.

In support of their Motion to Exceed Page Limits, Plaintiffs state as follows:

1. On September 29, 2023, Defendant filed a consolidated Motion for Summary Judgment and Memorandum in Support. Doc. 205. Defendant's filing was 69 pages long and included 191 individual fact paragraphs. *Id.*

2. Under the Summary Judgment Guidelines for the District Court of Kansas, Plaintiffs are required to object with specificity to each controverted fact; identify evidentiary issues inherent in Defendant's factual contentions; and clearly explain the parts of each fact that

are controverted and not controverted. *See* Fed. Dist. Court of Kansas, Summ. J. Guidelines, available at https://ksd.uscourts.gov/sites/ksd/files/Summary-Judgment-Guidelines%202023.pdf. Similarly, the Local Rules for the District of Kansas require that a party opposing summary judgment cite with particularity to portions of the record upon which the opposing party relies in disputing each fact proffered by the movant. *See* Local Rule 56.1(b).

3. In addition to responding to Defendant's statement of facts, Plaintiffs must also address Defendant's legal arguments, which attempt to refute all four of Plaintiffs' remaining constitutional claims as well as the standing of each of the five named Plaintiffs.

4. Adequately responding to the statement of facts contained in Defendant's Motion in a manner consistent with the local rules and summary judgment guidelines will require at least as many pages as Plaintiffs are afforded under the local rules for the entirety of their brief. *See* Local Rule 7.1(d)(2) (allowing 40 pages for briefs, inclusive of responding to facts, in opposition to summary judgment).

5. Plaintiffs therefore will need additional pages to ensure that they can adequately respond to Defendant's factual contentions and legal arguments.

6. This is Plaintiffs' first request for an extension of page limits for their brief in opposition to Defendant's Motion for Summary Judgment, and it is filed in advance of the time limits imposed by Local Rule 7.1(d)(4) (requiring that motions to exceed page limits be filed at least three days in advance of the brief's filing deadline).

7. Prior to filing this Motion, Plaintiffs conferred with defense counsel. Defense counsel indicated that they do not oppose this Motion.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Exceed Page Limits and allow Plaintiffs to file a Brief in Opposition to Defendant's Motion for Summary Judgment that exceeds the page limits set by the local rules.

Date: October 12, 2023

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

/s/ Sharon Brett
Sharon Brett KS #28696
Karen Leve KS #29580
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org

**SHOOK, HARDY & BACON LLP**

/s/ Thomas J. Sullivan
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550 tsullivan@shb.com
mengel@shb.com jbaehr@shb.com
pvogel@shb.com

**ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                                                s/ Sharon Brett
                                                Sharon Brett