IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    *Plaintiffs,*

vs.

CITY OF WICHITA, KANSAS,

    *Defendant.*

Case No. 6:21-cv-01100-EFM-ADM

**MEMORANDUM AND ORDER**

Before the Court is Plaintiffs' unopposed Motion to Exceed Page Limits (Doc. 213) for their forthcoming brief in opposition to Defendant's Motion for Summary Judgment. Plaintiffs do not specify how many excess pages they seek.

This Court previously granted both sides leave to file up to 85 pages in support of their cross motions for summary judgment. Plaintiffs fully availed themselves of the 85 pages, while Defendants filed a 69-page motion for summary judgment. Furthermore, in an email sent on October 10, 2023, Plaintiffs also requested this Court's opinion on whether the parties—in responding to the others' statement of facts—"should include the original statement from the

opposing party, and then indicate whether they contest or not, or should the parties just respond to the numbered statements without including the original statement of the opposing party?" The Court appreciates this inquiry and will consider it in granting Plaintiff's Motion.

In short, the Court grants Plaintiffs' Motion and will allow each party up to 80 pages in response to the others' motion for summary judgment. Additionally, the Court would prefer that the parties include the original statement of facts from the other party and then their response so the Court may easily assess them together.

Eighty pages should be more than sufficient for this task. By submitting cross motions for summary judgment, the parties have already stated their legal arguments. Thus, the Court sees no reason why the responsive briefing need be as extensive as the parties' original motions. And 80 pages should allow plenty of space to thoroughly respond to the other parties' statement of facts.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion (Doc. 213) is **GRANTED**. Each party shall have leave to file a responsive brief not to exceed 80 pages in length.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE