# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL COSTELLO,
and JEREMY LEVY, JR., on behalf of
themselves and others similarly situated,

          *Plaintiff(s)*,        Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

          *Defendant*.

## PLAINTIFFS' APPENDIX OF EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 1 | Chad Beard (City of Wichita 30(b)(6)) Deposition Transcript Excerpts |
| 2 | John Speer Deposition Transcript Excerpts |
| 3 | Jeremy Levy's First Supplemental Response to Defendant's First Request for Production of Documents |
| 4 | Defendant's Second Supplemental Rule 26(a) Disclosures |
| 5 | Defendant's Designation of Expert Rebuttal Witnesses |
| 6 | WPD Photos of Chris Cooper |
| 7 | Defendant's First Supplemental Rule 26(a) Disclosures |
| 8 | Martel Costello Supplemental Declaration |

Dated: October 20, 2023          Respectfully submitted,

                                            SHOOK, HARDY & BACON LLP

                                            */s/ Jordan C. Baehr*
                                            Jordan C. Baehr KS #27213

Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Karen Leve KS #29580
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org
kching@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED