# EXHIBIT 1



**PohlmanUSA®**
Court Reporting and Litigation Services

Lieutenant Chad Beard  -  Volume II

May 25, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER )
COOPER, ELBERT COSTELLO, MARTEL ) Case No.
COSTELLO, and JEREMY LEVY, JR., ) 6:21-CV-01100-
on behalf of themselves and ) EFM-ADM
others similarly situated, )
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

VIDEO-RECORDED 30(B)(6) ZOOM DEPOSITION OF

CHAD BEARD

VOLUME II

May 25, 2023

10:04 a.m.


Taken at:

Stinson Law Office

1625 North Waterfront Parkway, Suite 300

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

```
 1   APPEARANCES:
 2      On behalf of the Plaintiffs:
 3           Mr. Paul M. Vogel
 4           Shook, Hardy & Bacon, LLP
 5           2555 Grand Boulevard
 6           Kansas City, Missouri 64108
 7           (816)474-6550
 8           Fax: (816)421-5547
 9           pvogel@shb.com
10
11           Ms. Teresa A. Woody
12           Kansas Appleseed Center for Law & Justice
13           211 East 8th Street, Suite D
14           Lawrence, Kansas 66044
15           (785)251-8160
16           twoody@kansasappleseed.org
17
18      On behalf of the Defendant, City of Wichita:
19           Mr. Charles Branson
20           Mr. David R. Cooper- by Zoom
21           Fisher, Patterson, Sayler & Smith
22           3550 SW 5th Street
23           Topeka, Kansas 66606
24           (785)232-7761
25           Fax: (785)232-6604
```

```
 1            cbranson@fpsslaw.com
 2            dcooper@fpsslaw.com
 3
 4       VIDEOGRAPHER:
 5            Mr. Michael Zarich
 6            PohlmanUSA Court Reporting
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   list does not affect the arrest.
 2        Q.   Does being on the gang list affect
 3   anything after the arrest, the pre-trial detention
 4   as they put it?
 5             MR. BRANSON: Object to form.
 6        A.   The state statute requires if a
 7   documented gang member is arrested for a person
 8   felony that the bond be set at $50,000 or more or
 9   at least $50,000.  However, the judge is in charge
10   of the bond.
11        Q.   (By Mr. Vogel) How would they be aware
12   that that person is a gang member arrested for that
13   person felony?
14             MR. BRANSON: Object to form.
15        Q.   (By Mr. Vogel) The judge; how would the
16   judge who is setting the bond be aware that the
17   person they are setting the bond for is a gang
18   member in addition to having been arrested for a
19   person felony?
20        A.   That information would be placed on the
21   affidavit.
22        Q.   Who submits the affidavit?
23        A.   Officers or detectives.
24        Q.   And when you say that information, what
25   information specifically is placed on the
```

```
 1   affidavit?
 2          A.   If they are a documented gang member.
 3          Q.   Where does that information come from?
 4          A.   From the Wichita Police Department gang
 5   database.
 6          Q.   Okay.  So is it fair to say that
 7   Wichita Police Department -- being listed on the
 8   Wichita Police Department gang database could
 9   affect your pretrial detention?
10          A.   State statute mandates that a $50,000
11   bond be put on the -- that's a state statute.
12   We're required to follow that.
13          Q.   And the judge issuing that bond gets
14   the information -- the information that the judge
15   is using originates from the Wichita Police
16   Department gang database; is that accurate?
17               MR. BRANSON: Object to form.
18          A.   Gang members are documented in the gang
19   database and that information could be placed on
20   the affidavit for a felony person crime.
21          Q.   (By Mr. Vogel) And that is what the
22   judge is reviewing?
23               MR. BRANSON: Object to form.
24          A.   Yes.
25          Q.   So to your knowledge, is there any
```

1  is that there is a verbiage for a gang member and
2  that there's a verbiage for a gang associate and
3  that there's a distinction between those two; is
4  that accurate?
5        A.   Yes.
6        Q.   The gang database maintains an
7  indication of who is a member versus who is an
8  associate; right?
9        A.   Correct.
10       Q.   So the same question.  Do officers
11 have -- I'll ask both.  So in the event that it is
12 a person felony unrelated to gang activity, an
13 officer per Policy 527 should put that in the
14 arrest affidavit; accurate?
15       A.   Yes.
16       Q.   Okay.  Still referring to a gang
17 associate, if that person is arrested for a
18 nonperson felony, officers then have discretion as
19 to whether to identify in the arrest affidavit that
20 person as a criminal street gang associate; is that
21 accurate?
22       A.   Yes.
23       Q.   And just to clarify, to make sure I'm
24 correct, the officers use the information in the
25 gang list to determine whether they are going to

```
 1   put that on the affidavit; right?  Sorry.  I'll
 2   rephrase.  The determination of whether that
 3   individual who has been arrested is a gang member
 4   or gang associate is for the Wichita Police
 5   Department has determined from the gang list;
 6   accurate?
 7              MR. BRANSON: Object to form.
 8        A.    It's provided from the gang database.
 9   The officers have resources to be able to pull that
10   information up so that they know who is documented
11   and who is not.
12        Q.    (By Mr. Vogel) Okay.  So if an officer
13   is going to include that information, that
14   information is derived from the gang database;
15   accurate?
16        A.    Yes.
17        Q.    Is there an instance where an officer
18   may identify someone as a gang member or gang
19   associate from information is that is not in the
20   Wichita Police Department's gang list?
21        A.    That's possible, yes.
22        Q.    In what situations would that be?
23              MR. BRANSON: Object to form.
24        A.    Again, hypotheticals.  Officers may be
25   on scene of a -- again, hypothetical, of a gang
```