# EXHIBIT 2



# PohlmanUSA
## Court Reporting and Litigation Services

John Speer

March 28, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of )
Destination Innovations, )
Inc., CHRISTOPHER COOPER, )
ELBERT COSTELLO, MARTEL )
COSTELLO, and JEREMY LEVY, ) Case No.
JR., on behalf of themselves ) 6:21-cv-01100-EFM-ADM
and other similarly situated, )
 )
       Plaintiffs, )
VS. )
 )
CITY OF WICHITA, KANSAS, )
 )
       Defendant. )

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

JOHN SPEER

MARCH 28, 2023

------------------------------------

    ORAL AND VIDEOTAPED DEPOSITION OF JOHN SPEER, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on March 28, 2023, from 9:05 a.m. to 2:17 p.m., before Christy Cortopassi, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Insperity, 13737 Noel Road, Suite 1250, Dallas, Texas 75240, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

```
               APPEARANCES
 1
 2
 3  FOR THE PLAINTIFFS:
 4    Ms. Teresa a. Woody (Via Zoom)
      KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
 5    211 E. 8th Street, Suite D
      Lawrence, Kansas 66044
 6    785.251.8160
      twoody@kansasappleseed.org
 7
 8    Mr. Paul M. Vogel (Via Zoom)
      MR. Jordan C. Baehr (Via Zoom)
 9    SHOOK HARDY & BACON LLP
      2555 Grand Boulevard
10    Kansas City, Missouri 64108
      816.474.6550
11    pvogel@shb.com
      jbaehr@shb.com
12
13    Ms. Sharon Brett (Via Zoom)
      Ms. Kunyu Ching (Via Zoom)
14    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
      10561 Barkely Street
15    Suite 500
      Overland Park, Kansas 66202
16    913.490.4100
      sbrett@aclukansas.org
17    kching@aclukansas.org
18
    FOR THE DEFENDANT CITY OF WICHITA, KANSAS:
19
      Mr. Charles E. Branson
20    FISHER PATTERSON SAYLER & SMITH
      3550 SW 5th Street
21    Topeka, Kansas 66606
      785.232.7761
22    cbranson@fpsslaw.com
23
    ALSO PRESENT:
24    John Frank - Videographer
25
```

Page 3

```
 1              INDEX
                                    PAGE
 2  Appearances......................... 2
 3  JOHN SPEER
 4    EXAMINATION BY MS. WOODY.......... 4
 5
    Changes and Signature............... 185
 6  Reporter's Certification............ 187
 7
          (No exhibits were marked.)
 8
 9
10
...
25
```

Page 4

```
              PROCEEDINGS
 1
 2        THE VIDEOGRAPHER:  We are going on the
 3  record in the videotaped deposition of Mr. John Speer in
 4  the case styled Progeny, et al. versus the City of
 5  Wichita, Kansas.  Cause Number 6:21-CV-01100-EFM-ADM
 6  filed in the United States District Court, the District
 7  of Kansas.  Today's date is March 28, 2023.  The time is
 8  9:05 a.m., Central.
 9        And at this time will counsel please state
10  their appearances for the record, and then the court
11  reporter will swear in the witness.
12        MS. WOODY:  Teresa Woody, counsel for
13  plaintiffs.
14        MR. BRANSON:  Charles Branson, counsel for
15  the City of Wichita.
16             JOHN SPEER,
17  having been first duly sworn, testified as follows:
18             EXAMINATION
19  BY MS. WOODY:
20     Q.  Good morning, Mr. Speer.  I'm Teresa Woody.  I
21  am one of the counsel for the plaintiffs in this
22  lawsuit.  And I would like you to state your name for
23  the record.
24     A.  John Speer.
25     Q.  Mr. Speer, have you had your deposition taken
```

Page 5

```
 1  before?
 2     A.  Yes, ma'am.
 3     Q.  And under what circumstances have you had your
 4  deposition taken?
 5     A.  Employment actions, lawsuits involving police
 6  shootings.  I'm sure that there's others but that's what
 7  comes to mind.
 8     Q.  How many times would you say you have been
 9  deposed?
10     A.  Approximately, maybe, I don't know, 8 to 12
11  times, maybe.
12     Q.  Okay.  And are you represented by counsel today
13  at this deposition?
14     A.  By -- I don't have my own but I'm with the
15  City, yes.
16     Q.  Okay.  Is Mr. Branson your counsel, meaning
17  does he represent you?
18     A.  Yes.
19     Q.  Okay.  I'm just going to go over some
20  deposition rules with you even though that you have been
21  deposed several time before.  The first thing is you
22  know you're under oath, right?  Just as if you were
23  testifying in court, correct?
24     A.  Yes, ma'am.
25     Q.  And have you taken -- do you have any medical
```

Page 14

1  A. Army.
2  Q. And how many years did you serve in the Army?
3  A. I spent two years active and six years in
4  reserve status.
5  Q. And when you were in reserve status were you in
6  school?
7  A. No.
8  Q. Okay.
9  A. I was on the police department.
10 Q. Okay. So two years active on Army and then you
11 went into the -- what police department?
12 A. I'm sorry?
13 Q. Which police department did you join after
14 that?
15 A. Wichita.
16 Q. Okay. Do you remember what year that was?
17 A. Yes, ma'am. It was 1987.
18 Q. What was your first position in the police
19 department in Wichita?
20 A. I was a recruit.
21 Q. And how long were you in that position?
22 A. Approximately four to five months.
23 Q. And you were what?
24 A. Afterwards I was a patrol officer in Northeast
25 Wichita on third shift.

Page 15

1  Q. Let me ask you, did you take a break from the
2  police department to go to school?
3  A. No.
4  Q. Okay. So you went to school while you were
5  the -- at the same time that you were in the police
6  department?
7  A. Yes, ma'am.
8  Q. So on -- how long were you in the Wichita
9  Police Department all together?
10 A. Total years?
11 Q. Yes.
12 A. 28 and a half.
13 Q. So that's from 1987 to what year?
14 A. 2015.
15 Q. So I'm going to just walk you through your
16 positions in the Wichita Police Department. So you were
17 a patrol officer in Northeast; is that right?
18 A. Northeast Wichita, yes.
19 Q. How long were you in that position?
20 A. Approximately -- hang on one second. I have to
21 think here. I was a police officer for -- on the
22 streets for -- in various assignments probably for six
23 to seven years and then --
24 Q. You said -- I'm sorry. Please, go ahead.
25 A. I'm sorry. You wanted me to go through all of

Page 16

1  them, basically?
2  Q. Okay. You were a police officer for four to
3  six years, you say?
4  A. No. I was out on the streets about -- it was
5  probably about six to seven years and then I was
6  promoted.
7  Q. Okay. And what position were you promoted to?
8  A. I was a detective over -- in the narcotic
9  section.
10 Q. And do you roughly recall what years you were a
11 detective in narcotics?
12 A. Probably, I was a detective for -- yeah, I was
13 in a detective assignment for roughly three years,
14 maybe.
15 Q. Okay. Can you give me a rough idea of what
16 years those would have been? Just --
17 A. I remember when I was promoted to sergeant was
18 in '96.
19 Q. Okay. So maybe '93 to '96 you were a
20 detective?
21 A. Somewhere around there, yes, ma'am.
22 Q. And were you always in narcotics?
23 A. Well, I had --
24    (Simultaneous crosstalk.)
25 A. I did a rotation with homicide when I was an

Page 17

1  officer. But as a detective that's -- I was a detective
2  the entire time in narcotics.
3  Q. (BY MS. WOODY) Okay. And so in 1996 you were
4  promoted to sergeant; is that correct?
5  A. Yes, ma'am.
6  Q. And as a sergeant what were your
7  responsibilities?
8  A. I was assigned to Northeast Wichita on second
9  shift as a patrol supervisor.
10 Q. And who reported to you in that position?
11 A. All the patrol officers on second shift.
12 Q. And who did you report to?
13 A. The watch commander who was a lieutenant.
14 Q. Do you recall who that was?
15 A. I worked for Tom Bridges, Gary Tabor and Riley
16 Williams.
17 Q. How long were you in the position of sergeant?
18 A. Until 1999.
19 Q. And what was your position then?
20 A. I was promoted to lieutenant.
21 Q. And do you have a specific division that you
22 were the lieutenant over?
23 A. I was the watch commander on second shift for
24 Patrol West.
25 Q. So you were still in the same patrol, you had

Page 18

1  just promoted within that patrol; is that right?
2      A.  I didn't stay in the same area.  But I -- when
3  I was a sergeant right before that I had been what was
4  called the night investigations league -- or sergeant.
5  So I had been moved to the investigation spot at nights
6  where the supervisor -- I was the supervisor over night
7  investigations for, I don't know, a short time before I
8  was promoted to lieutenant.
9          And then I was transferred to patrol on the
10 west side of town as a lieutenant.
11     Q.  Who did you report to as the lieutenant?
12     A.  Randy Landon.
13     Q.  And what was Mr. Landon's position?
14     A.  He was the captain, patrol captain.
15     Q.  And as the lieutenant who reported to you,
16 direct reports?
17     A.  The -- I had four patrol sergeants that
18 reported to me.  I believe it was four.
19     Q.  Do you remember any of their names?
20     A.  It was -- one of them was Jeff Weible and I'm
21 at a loss who the other two were.
22     Q.  Okay.  Were you lieutenant over the west side
23 the whole time that you were a lieutenant?
24     A.  No, ma'am.
25     Q.  So what other responsibilities as a lieutenant

Page 19

1  did you have?
2      A.  I was transferred to the gang felony assault
3  section.
4      Q.  When was that?
5      A.  I believe that it was at the end of 1999 or
6  beginning of 2000.  If it was 2000 it would have been --
7  I think it would have been fairly early as I recall.
8      Q.  And was that a promotion?
9      A.  No.  Just a transfer.
10     Q.  And as the lieutenant in the gang felony
11 assault unit who did you report to?
12     A.  I reported to Corey Lee.
13     Q.  Do you recall who reported to you in that
14 position?
15     A.  Nine detectives, my -- the night investigation
16 sergeant, and the four gang intelligence officers.
17     Q.  Who were the four gang intelligence officers at
18 that time?
19     A.  I think it was Frank Cook, James Espinosa, it
20 was Jeff Gilmore, and at some point it was Chad Beard
21 and Dan Hardy.
22     Q.  How long were you in the position of lieutenant
23 over the gang felony assault unit?
24     A.  For approximately six years until 2005.
25     Q.  Do you -- and the members of the gang

Page 20

1  intelligence, the gang intelligence officers you just
2  mentioned were -- were they the ones that were there
3  initially or were they the ones that were there over the
4  six years that you were over the department?
5      A.  They were there initially.
6      Q.  Okay.  Do you recall who the other gang
7  intelligence officers were that you supervised?
8      A.  No, I don't because they answer to the -- my
9  sergeant.  I had a sergeant assigned to me.
10     Q.  Okay.  Who was the sergeant?
11     A.  Jeff Easter.
12     Q.  Mr. Easter's now the sheriff of Sedgwick
13 County?
14     A.  Yes, he is.
15     Q.  So the way the gang felony assault unit was set
16 up was you were the lieutenant and then you had a
17 sergeant, that was Jeff Easter.  And then there were
18 the -- and who were the individuals that reported to
19 Mr. Easter?
20     A.  That was the four gang intelligence officers as
21 well as any detective that was assigned to nights.
22     Q.  So at that point in time the gang intelligence
23 officers reported directly to the sergeant, not directly
24 to you?
25     A.  That's correct.

Page 21

1      Q.  Did that structure change at any time when
2  you -- while you were the lieutenant of the gang felony
3  assault unit?
4      A.  No, ma'am.
5      Q.  Did the sergeant change at any time, the person
6  who was the sergeant?
7      A.  No.  I don't believe so.
8      Q.  It was always Jeff Easter?
9      A.  I believe so, yes.
10     Q.  And was that the setup of the unit when you
11 came in as lieutenant?
12     A.  It wasn't set up like that, immediately it
13 was -- or I mean, if it wasn't that way before it was
14 that way pretty much right after I got there.
15     Q.  Okay.  Did you have anything to do with
16 orchestrating that setup?
17     A.  I don't believe so.
18     Q.  Do you know who set up that arrangement?
19     A.  I mean, I would assume it would have been
20 the -- I mean, these are staffing positions.  This would
21 have came from the chief, the deputy chiefs and then the
22 captain at the time was Corey Lee.
23     Q.  Who was the chief at that time while you were
24 the lieutenant in charge of the gang felony assault
25 unit?

Page 22

1  A. Mike Watson was and then Norman Williams.
2  Q. When did Mr. Williams become the chief?
3  A. Ma'am, I don't remember.
4  Q. So after 2005 what position did you have in the
5  Wichita Police Department then?
6  A. I was a patrol captain of Patrol South.
7  Q. Okay. Were you still a lieutenant?
8  A. No. I was a captain, patrol captain.
9  Q. Okay. So you are promoted to captain; is that
10 correct?
11 A. In 2005, yes.
12 Q. And I'm sorry, which patrol?
13 A. Patrol West -- I'm sorry -- South as a captain.
14 Q. Okay. How long were you in that position?
15 A. Four years, approximately.
16 Q. And were you always in charge of Patrol South?
17 A. You mean as a captain?
18 Q. Yes.
19 A. No. I went on to be the captain of internal
20 affairs, what was called -- which was -- actually, it's
21 Professional Standards Bureau.
22 Q. When did you become the captain of that unit?
23 A. Approximately -- well, I would have been down
24 south for five years from about 2005 to 2010. So in
25 2010 approximately I went to professional standards and

Page 23

1  I was there for -- until 2014.
2  Q. Okay. What was your -- were you a captain
3  while you were in professional standards or some other
4  rank?
5  A. Captain.
6  Q. And that was until 2015?
7  A. 2014.
8  Q. 2014. I'm sorry. In 2014 what was your
9  position?
10 A. I was the deputy chief over support services.
11 Q. And who did you report to?
12 A. The chief of police.
13 Q. Who was that at the time?
14 A. Norman Williams and then there was an interim,
15 Nelson Mosley.
16 Q. And were you the deputy chief until 2015 when
17 you left the department?
18 A. Yes, ma'am.
19 Q. And in 2015 you left the department?
20 A. Yes, ma'am, I retired.
21 Q. What did you do after that?
22 A. I started working for the federal government.
23 Q. Okay. What position did you have initially?
24 A. I took a job with the headquarters for the
25 Federal Bureau of Prisons and I spent approximately two

Page 24

1  years there until my current position opened up. And
2  now I work for the U.S. Drug Enforcement Administration.
3  Q. And what's your position with the DEA?
4  A. I'm a diversion investigator.
5  Q. Okay. What does that mean?
6  A. We investigate allegations of diversion,
7  incidents of diversion and any violation of the
8  Controlled Substances Act.
9  Q. When you say diversion, can you explain that to
10 us?
11 A. If -- it's when a controlled substance leaves
12 the legitimate stream to patients and is diverted to an
13 illicit stream. And it's not only controlled substances
14 but we also regulate List I chemicals that are used in
15 the manufacturing of illicit drugs like Fentanyl and
16 methamphetamine.
17 Q. I want to go back to the time that you were a
18 lieutenant. Was the gang felony unit under your
19 supervision at that time?
20 A. Yes, ma'am. I was a lieutenant then.
21 Q. Okay. And then when you became a captain was
22 the gang felony unit under your supervision?
23 A. No.
24 Q. Whose supervision would it have been under
25 then?

Page 25

1  A. It would have been under -- I'm not real -- I
2  can't remember who took it over after me. Maybe -- at
3  some point soon thereafter I think it was Jeff Easter.
4  Q. And you said when you became a lieutenant you
5  went into the gang felony unit. How long had that unit
6  existed before you became a lieutenant of that unit?
7  A. Only for a few months.
8  Q. For a few months. It was pretty new?
9  A. Yes, ma'am.
10 Q. So that would have been, you think in --
11 probably sometime in 1999 that that was put together?
12 A. Yes, ma'am.
13 Q. And we had testimony from several people,
14 including Mr. Beard, that you at least are aware of or
15 were involved in for the commencement of that unit of
16 having it put together; is that right?
17 A. I don't know if I had any -- I didn't design
18 it, if that's what you are asking. I'm sure at some
19 point they asked me about the makeup of it, maybe. But
20 I was not a decision maker in that.
21 Q. Who did design it?
22 A. I would assume it was the chief, and the deputy
23 chiefs and investigations command.
24 Q. And who would have been the chief at that time?
25 A. It would have been Mike Watson.