# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

               Plaintiffs,

vs.                                             Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS

               Defendant.

**Defendant's Second Supplemental Rule 26(a) Disclosures**

Defendant discloses the following pursuant to Rule 26(a)(1)(A) and pursuant to Rule 26 (f) Fed. R. Civ. P.

**A.**    **Individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses (Rule 26(a)(1)(A)).**

1.    Gordon Ramsay
Sheriff
100 N 5th Avenue W
Room 103
Duluth, MN 55802
Phone: 218-726-2340

Ramsay was the Chief of Police responsible for the day-to-day operation and for implementing policy and procedures for the Wichita Police Department.

2.     Captain Chad Beard
   Wichita Police Department
   455 N. Main, 4th Floor
   Wichita KS, 67202
   (316) 268-4111

   Captain Beard is the former supervisor of the gang unit of the Wichita Police Department.

3.     Lt. Jason Bartel
   Wichita Police Department
   455 N. Main, 4th Floor
   Wichita KS, 67202
   (316) 268-4111

   Lt. Bartel supervised of the gang unit of the Wichita Police Department.

4.     Officer Jess Bernard
   Wichita Police Department
   455 N. Main
   Wichita KS, 67202
   (316) 268-4111

   Officer Bernard is a Gang Intelligence Officer assigned to the Gang Felony Assault Unit.

5.     Officer Cale Carson
   Wichita Police Department
   455 N. Main
   Wichita KS, 67202
   (316) 268-4111

   Officer Bernard is a Gang Intelligence Officer assigned to the Gang Felony Assault Unit.

6.     Any individuals identified in documents produced by other parties.

   These individuals may have discoverable information about the subject(s) of the documents in which they are identified.

7.     Any individuals identified by any other party in any Rule 26 disclosures, written discovery responses, deposition testimony, or witness lists.

   These individuals may have discoverable information about the respective subject(s) for which they are identified.

8.     Any individuals deposed by any party in this litigation.

   These individuals may have discoverable information about the subject(s) discussed during their deposition.

9. Any experts identified by any party through the course of discovery or in their initial or subsequent disclosures under Rule 26 or the Court's scheduling order (as amended).

   These individuals may have discoverable information about their expert opinions and the bases therefore.

10. Kansas Department of Corrections Staff Member(s)
    714 SW Jackson, Suite 300
    Topeka, KS  66603
    785-746-7582

    These individuals will have information regarding the classification and status of inmates while in KDOC custody.

B. **Description of documents in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses (Rule 26 (a)(1)(A)).**

1. Wichita Police Department Policy 527.

2. Wichita Police Department Incident Reports regarding Christopher Cooper.

3. Wichita Police Department Incident Reports regarding Elbert Costello.

4. Wichita Police Department Incident Reports regarding Martel Costello.

5. Wichita Police Department Incident Reports regarding Jeremy Levy, Jr.

6. Kansas Statutes Annotated - 21-6313, 21-6314, 21-6315, 21-6316, 21-6328, 21-6804, 22-3901, and 77-7023.

7. Kansas Sentencing Guidelines.

8. Kansas Supreme Court Syllabus for Case No. 119,998, State of Kansas, Appellee v Jeremy D. Levy, Appellant; State v. Levy, 313 Kan. 232, 485 P.3d 605 (2021).

9. Transcripts of hearings and trial in State of Kansas v. Jeremy D. Levy, District Court 18th Judicial District, Sedgwick County Kansas, Case No. 17 CR 2032.

10. Documents identified in plaintiffs' Rule 26 disclosures or supplements thereto.

11. Any documents produced by or to any party during discovery in this matter.

C. **Computation of Damages (Rule 26(a)(1)(C)).**

   Not Applicable.

D. **Insurance Agreement (Rule 26(a)(1)(D)).**

   None.

{T0478683}                                              3

4

 

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper                     #16690
Charles E. Branson                  #17376
**Attorneys for Defendants**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that I caused the foregoing to be electronically filed on the 7th day of June 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

s/Charles E. Branson