# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                                        Plaintiffs,

        vs.                                          Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS

                                        Defendant.

---

**Defendant's First Supplemental Rule 26(a) Disclosures**

Defendant discloses the following pursuant to Rule 26(a)(1)(A) and pursuant to Rule 26

(f) Fed. R. Civ. P.

**A.    Individuals likely to have discoverable information that the disclosing party may use
to support its claims or defenses (Rule 26(a)(1)(A)).**

   **1.**  Chief Gordon Ramsay
        Wichita Police Department
        455 N. Main
        Wichita KS, 67202
        (316) 268-4111

        Chief Ramsay is responsible for the day-to-day operation and for implementing policy and

procedures for the Wichita Police Department.

   **2.**  Lieutenant Chad Beard
        Wichita Police Department
        455 N. Main, 4th Floor
        Wichita KS, 67202

(316) 268-4111

Lieutenant Beard is the former supervisor of the gang unit of the Wichita Police

Department.

**3.** Sergeant Jason Bartel
Wichita Police Department
455 N. Main, 4th Floor
Wichita KS, 67202
(316) 268-4111

Sergeant Bartel is the supervisor of the gang unit of the Wichita Police Department.

**B.     Description of documents in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses (Rule 26 (a)(1)(A)).**

1.     Wichita Police Department Policy 527.

2.     Wichita Police Department Incident Reports regarding Christopher Cooper.

3.     Wichita Police Department Incident Reports regarding Elbert Costello.

4.     Wichita Police Department Incident Reports regarding Martel Costello.

5.     Wichita Police Department Incident Reports regarding Jeremy Levy, Jr.

6.     Kansas Statutes Annotated - 21-6313, 21-6314, 21-6315, 21-6316, 21-6328, 21-6804, 22-3901, and 77-7023

7.     Kansas Sentencing Guidelines

8.     Documents identified in plaintiffs' Rule 26 disclosures or supplements thereto.

**C.     Computation of Damages (Rule 26(a)(1)(C)).**

Not Applicable.

**D.     Insurance Agreement (Rule 26(a)(1)(D)).**

None.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**

| | |
|---|---|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

**Attorneys for Defendants**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

I hereby certify that the foregoing were electronically served on January 25, 2022, to:

Teresa A. Woody, KS #16949 | Nicholas C. Shump, *Pro Hac Vice*
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Phone: (785) 251-8160 | twoody@kansasappleseed.org | nshump@kansasappleseed.org

Sharon Brett, KS #28696 | Joshua M. Pierson, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
6701 W. 64th St, Suite 210 | Overland Park, KS 66202
Phone: (913) 490-4100 | sbrett@aclukansas.org | jpierson@aclukansas.org

Mitchell F. Engel, KSD #78766 | Jordan C. Baehr, KSD 327213
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
T: (916) 474-6550 | F: (816) 421-5547 | mengel@shb.com | jbaehr@shb.com

Thomas J. Sullivan | *Pro Hac Vice*
SHOOK, HARDY & BACON, LLP
Two Commerce Square | 2001 Market Street, Suite 3000, Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594 | Email: tsullivan@shb.com
**Attorneys for Plaintiffs**

**s/ David R. Cooper**