# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## SUPPLEMENTAL DECLARATION OF MARTEL COSTELLO

1. My name is Martel Costello. I am capable of making this declaration and have personal knowledge of the facts set forth herein.

2. On August 24, 2019, I attended the funeral of my brother, Elbert Costello, Jr. A few days later I was picked up by the Wichita police for a probation violation. As I was being booked into jail, the police officers stated that the probation violation was for violating one of the gang conditions because I was present around gang members at my brother's funeral. My probation officer and my bail bondsman verified that this was the reason for the probation violation.

3. At my deposition on June 20, 2023, I was shown Dep. Ex. 86, the Journal Entry for my Probation Violation Hearing. I had never seen this document before my deposition. I was shown that this document listed the reasons for the probation violation, which were alleged to be four instances of missing the curfew imposed under gang conditions on August 23, 24, 25, and 26, 2019: the day before, the day of, and the two days after my brother's funeral. As I

stated at my deposition, the judge may have been told that missing curfew was the reason for my probation violation, but the WPD, my probation officer, and my bail bondsman told me otherwise.

4. At my deposition on June 20, 2023, I was also shown Dep. Ex. 87, which is a copy of an Intake Assessment Form from Ellsworth Correctional Center, on which I had circled answers to questions.

5. The first question asked: "Do you have any special security/safety needs?" I circled "no." The second question asked: "To your knowledge, are you centrally monitored with another inmate or should be centrally monitored?" I circled "no." The third question asked: "Do you have any concerns for your safety at Ellsworth Correctional Facility?" I circled "no."

6. The fourth question asked: "Are you currently or have you ever been a member of any organization?" I circled "yes." The question then asked: "If YES, explain." I wrote "Associate Pirus." The reason I gave this answer is because the police had labeled me as a member of the Pirus, and I understood my probation had been revoked for associating with Pirus at my brother's funeral. I did not write that answer to identify myself as a gang member. I have never considered myself a member of a criminal street gang.

7. At Ellsworth Correctional Facility, I was housed in the general population and was not separated or segregated based on any alleged gang membership. I had no problems or sanctions during my imprisonment and was allowed to leave the facility to learn a trade, and later allowed to be on work release in Wichita, until I completed my sentence on June 28, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of October 2023, in Wichita, Kansas.

_____
Martel Costello