## Index of Exhibits

1. Index of Exhibits

2. Muniz dep. excerpts

3. Inkelaar dep. excerpts

4. McKenna dep. excerpts

5. Beard dep. excerpts

6. Hemmert dep. excerpts

7. Salcido dep. excerpts

8. Mateo dep. excerpts

9. Beard 30b6 dep. excerpts

10. WICHITA 13-20 - 14C040366 (4) Cooper Arrest Report & Affidavit

11. WICHITA 000050-000053 - 14C040366 (11) Cooper Arrest Affidavit

12. Notification of UC Social Media Acct

{T0479937}