

# PohlmanUSA
## Court Reporting and Litigation Services

David Inkelaar

December 2, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination )
Innovations, Inc., CHRISTOPHER    )
COOPER, ELBERT COSTELLO, MARTEL   )
COSTELLO, and JEREMY LEVY, JR.,   ) Case No.
on behalf of themselves and       ) 6:21-CV-01100
others similarly situated,        ) EFM-ADM
Plaintiffs,                       )
vs                                )
CITY OF WICHITA, KANSAS,          )
Defendant.                        )
_____   )

VIDEOTAPED DEPOSITION OF

DAVID INKELAAR

December 2, 2022

1:05 p.m.

Taken at:

Joseph, Holland & Craft

500 North Market

Wichita, Kansas

Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

PohlmanUSA Court Reporting
(877) 421-0099  www.PohlmanUSA.com

Page 90

1  that you didn't nominate to be included to the gang
2  list?
3      A.  Maybe.  I don't recall.
4      Q.  Okay.  You don't recall.  Safe to say
5  that the only individuals that you did nominate to
6  be added to the gang list are individuals who
7  self-admitted gang membership?
8      A.  Yes.
9      Q.  In other words, you are aware that
10 there are other criteria that might -- a person
11 might meet and then be eligible for the gang list,
12 but you didn't nominate anybody to the gang list
13 based on those criteria.
14     A.  Not that I remember.
15     Q.  And let me ask a better question.  You
16 never nominated any individual to be added to the
17 gang list based on any criteria other than
18 self-admission.
19     A.  That was a long time to remember,
20 19 years.  I can't recall any.
21     Q.  So let me, I'll ask an even better
22 question.  You don't recall ever nominating anyone
23 for addition to the gang list based on any criteria
24 other than self-admission?
25     A.  No.

Page 91

1      Q.  And it isn't your testimony that you
2  never encountered any individual who met the
3  criteria for being listed in the gang membership
4  other than self-admission; right?
5      A.  Yes.
6      Q.  Okay, and when you say yes, you mean
7  you agree with the statement that -- that was
8  correct; is that right?
9      A.  Yes.
10     Q.  So in other words, you believe you
11 encountered individuals who you could have
12 nominated to be included in the gang list but you
13 didn't nominate every individual that you met who
14 could have been nominated?
15        MR. BRANSON: Object to the form.
16     Q.  (By Mr. Baehr) Is that right?
17     A.  Are you trying to get me to say that
18 yes, I'm sure on your statement.  Can you rephrase
19 it?
20     Q.  Sure.  As you sit here you don't have
21 an exact recollection of every individual you ever
22 encountered as a police officer; correct?
23     A.  No.
24     Q.  To the best of your recollection, do
25 you believe you have encountered individuals who

Page 92

1  were members of gangs that you didn't nominate to
2  be added to the gang list?
3      A.  Yes.
4      Q.  To the best of your recollection, do
5  you believe you encountered individuals who met the
6  criteria for gang membership under the state
7  statute that you didn't nominate for addition to
8  the gang list?
9      A.  Are you asking me to assume that they
10 were gang members?
11     Q.  No.  I'm actually asking you, to the
12 best of your recollection, do you believe you
13 encountered individuals who met the criteria that
14 you could observe for gang membership under the
15 state statute who nevertheless you did not nominate
16 to be added to the gang list?
17     A.  Without asking I wouldn't know of they
18 self-admit or associated most of the time with
19 known gang members.  I'm not sure because I didn't
20 ask.
21     Q.  Okay. Gang intelligence officers are
22 the people within the WPD who are responsible for
23 determining whether an individual should be added
24 to the gang list based on the state statute
25 criteria; correct?

Page 93

1      A.  Yes.
2      Q.  So they conduct the review and vetting
3  process that you mentioned earlier?
4      A.  Yes.
5      Q.  To nominate someone to be reviewed by
6  gang intelligence officers they have to meet some
7  criteria for potential addition to the list;
8  correct?
9      A.  Yes.
10     Q.  Okay.  So as a non-gang intelligence
11 officer within the WPD did you have some
12 familiarity with the criteria required to nominate
13 someone for a gang membership or on the gang list?
14     A.  Yes.
15     Q.  Okay, and you understand that some of
16 those -- as you sit here today can you recall what
17 any of those criteria were?
18     A.  Yeah.  It's self-admits; associate with
19 known gang members multiple times; wearing the
20 colors while associating at the same time.
21     Q.  You wouldn't testify that you remember
22 exactly all of the criteria?
23     A.  No.
24     Q.  Correct?
25     A.  Yes.

24 (Pages 90 to 93)

Page 94

1  Q. And did you review the criteria as a
2  regular part of your duties as a patrol officer in
3  WPD?
4  A. No, I did not.
5  Q. Did you ever receive training on the
6  criteria?
7  A. I did.
8  Q. When did you receive training on the
9  criteria?
10  A. In the academy.
11  Q. Other than in the academy did you ever
12  receive any training on the gang list criteria?
13  A. I don't recall but I'm sure I did.
14  Q. You don't specifically recall?
15  A. I don't.
16  Q. When you were assigned to the
17  Gang/Felony Assault unit, did you receive any
18  training on the gang list criteria?
19  A. No. I just knew that the enhancements,
20  what they were.
21  Q. The enhancement?
22  A. The part that we put into the
23  affidavit.
24  Q. Okay. Did you receive training on the
25  gang member language to be added to affidavits when

Page 95

1  you joined the Gang Unit?
2  A. I was told.
3  Q. Okay. Were you aware that there was
4  language unique to the gang context that would be
5  put in the prior to joining the Gang Unit?
6  A. No.
7  Q. Do only detectives complete a charging
8  affidavit?
9  A. They could with rotation.
10  Q. Did you complete a charging affidavit
11  prior to becoming a detective?
12  A. Yes.
13  Q. Okay. Did you ever include the gang
14  member language in a charging affidavit that you
15  completed as a patrol officer?
16  A. I think so.
17  Q. You don't specifically recall?
18  A. I was assigned that rotation in the
19  Gang Unit.
20  Q. As a patrol officer?
21  A. Yes.
22  Q. Were you a gang intelligence officer?
23  A. No.
24  Q. What were your duties as a patrol
25  officer conducting a rotation within the Gang Unit?

Page 96

1  A. To assist Detective Mauck on his case.
2  It was maybe a month rotation.
3  Q. And so were you assigned to assist with
4  the investigation of a specific case?
5  A. I was not assigned. I just helped him.
6  Q. Okay. Did you just choose to help him?
7  A. No. I was told you are going to help
8  Mauck.
9  Q. Okay. You were not assigned to the
10  unit.
11  A. No.
12  Q. But you were told to help the
13  particular detective?
14  A. I was trying to go through the
15  promotion process and they were like well, you
16  should go shadow every one of the detectives up
17  there.
18  Q. So you chose to shadow the Detective
19  Mauck?
20  A. Yes.
21  Q. And it was suggested that you do that?
22  A. I put in for it, yes.
23  Q. For the shadowing opportunity?
24  A. Yes.
25  Q. And is that shadowing process called a

Page 97

1  rotation?
2  A. Yes.
3  Q. As a part of that rotation you
4  completed a charging affidavit?
5  A. Yes.
6  Q. Was that the first time you completed a
7  charging affidavit?
8  A. Yes.
9  Q. You did that in preparation to apply
10  for detective?
11  A. Yes.
12  Q. Okay. So is it right that you didn't
13  receive training on the charging affidavit language
14  relevant to gang members at the time you joined the
15  Gang Unit as a detective?
16  A. I didn't receive any formal training on
17  it, no.
18  Q. Okay, and throughout the time that you
19  were on the Gang/Felony Assault unit did you
20  receive any training over any provision of the
21  Policy 527?
22  A. I don't remember getting it, no.
23  Q. At any time as a member of the Gang
24  Unit, did you receive training on the criteria for
25  adding a person to the gang list?

25 (Pages 94 to 97)