

# PohlmanUSA®
## Court Reporting and Litigation Services

Sage Hemmert

December 7, 2022

Progeny, et al.
vs.
City Of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, et al.,                )
                                )
        Plaintiffs,             )
                                )
vs.                             ) Case No. 6:21-cv-01100-EFM-ADM
                                )
CITY OF WICHITA, KANSAS,        )
                                )
        Defendant.              )

VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF SAGE HEMMERT
TAKEN ON BEHALF OF THE PLAINTIFF
DECEMBER 7, 2022
VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF SAGE

HEMMERT, produced, sworn, and examined on the 7th day

of December 2022, between the hours of nine o'clock in

the forenoon and six o'clock in the evening of that

date, before KARA D. INCE, a Certified Court Reporter

within and for the State of Kansas, in a certain cause

now pending IN THE UNITED STATES DISTRICT COURT, FOR

THE DISTRICT OF KANSAS, wherein PROGENY, et al., are

the Plaintiffs and CITY OF WICHITA, KANSAS, is the

Defendant.

Page 135

1	A. Uh-huh.
2	Q. Was it -- was it also the case at that
3	time that it was resides in the gang area?
4	A. No.
5	Q. When did that change?
6	   MR. BRANSON: Object to form.
7	A. I don't know. I've never -- I was not
8	familiar that that had ever been a -- I don't -- I
9	mean, that's my memory. That -- I'm not familiar
10	that it was ever resides there.
11	BY MS. WOODY:
12	Q. Okay. Let's go back and talk about some
13	of the training that you had as a -- when you were
14	getting into the gang unit, and then I believe at
15	some point in time you actually did some training
16	yourself; is that right?
17	A. Yes.
18	Q. So let's start with how you were trained.
19	What -- what -- what kind of training did you get
20	other than what we've talked about in the general
21	police academy?
22	A. Do you want me to try to stick to stuff
23	that's gang related or just you-all -- all trainings
24	included?
25	Q. Gang related. Thanks.

Page 136

1	A. Okay. So the Savelli training that I
2	mentioned, I've attended three Kansas Gang
3	Intelligence -- or Kansas Gang Intelligence
4	Association conferences, which are four-days
5	trainings. They cover a wide range of topics that
6	are all related to criminal street gang police work.
7	   We had a test -- a courtroom testimony
8	training in Topeka that -- it was a one day, and I
9	think the Topeka Police Department put it on. But
10	there was a judge that was present and several
11	attorneys, prosecutors that were there.
12	   Other trainings that I've attended? So
13	those are the formal trainings that I've attended.
14	   And then the on-the-job training was
15	primarily -- I would say primarily Chad Beard, and
16	to a lesser stint Eric Guzman, because at the time
17	that I got in the gang unit I -- you know, Beard had
18	been a gang officer for, like, 15 years or
19	something -- or somewhat -- either a gang officer or
20	a gang detective or the supervisor of the unit, and
21	so he taught me and really, you know, the other guys
22	in the unit. Because Knowles and Moore had only
23	been in the unit maybe less than a year before I got
24	there. Kind of taught us how to be gang
25	intelligence officers and -- and that's the training

Page 137

1	that I've attended that I can remember.
2	Q. When you -- tell me again the name of
3	the -- it's the -- the -- sorry. The gang officers,
4	the Kansas Gang Intelligence Officer Association, is
5	that what you said?
6	A. Kansas Gang Intelligence Association I
7	think is what it is -- it's KGIA.
8	Q. Okay. What's that?
9	A. It's an organization of -- it's not all
10	gang -- like gang -- specific gang officers, but
11	it's an organization made up of Kansas law
12	enforcement that have either a background in
13	criminal street gangs or they investigate criminal
14	street gang matters, and they have a conference once
15	a year.
16	   Beyond the conference I really don't know
17	what they do during the year. I don't really see or
18	hear from them. Or I didn't -- I certainly don't
19	now, but I didn't really at the time. But they do
20	put on -- at the time they put on a conference, a
21	four-day conference, once a year.
22	Q. And what would be in the four-day
23	conference? What kind of things would that cover?
24	A. Outlaw motorcycle gangs, specific gang
25	trends from around the country, around the state,

Page 138

1	courtroom testimony, social media documentation,
2	informant handling, national gang trends, trends in
3	prison gangs.
4	   A lot of times they would -- they would
5	have a former gang member come and talk and give a
6	presentation. Like one year they had a member of
7	the Mexican Mafia that was -- gave a presentation.
8	He went for a whole day. That was a really
9	memorable training. Some officer survival safety
10	and tactic stuff would be -- sometimes would be
11	included.
12	Q. What kind of trainings did you do?
13	A. So one of the main trainings that we did
14	the most would be just your basic intro to Wichita
15	Street gangs, and we gave that to our -- to the WPD
16	academy, to every class.
17	   And we also gave that training -- it
18	didn't just cover Wichita Street gangs, but it was
19	basically national street gangs from a Wichita
20	perspective. It was mostly, you know, centered
21	around Wichita and Kansas area street gangs. So we
22	gave that same presentation to the Kansas Highway
23	Patrol, their academy. And then we had a
24	presentation that we gave to, like, educators. And
25	I gave that -- I think I gave it at Southeast High

35 (Pages 135 to 138)