

Robert Mateo

August 4, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY,
a program of Destination
Innovations Inc.,
CHRISTOPHER COOPER,
ELBERT COSTELLO,
MARTEL COSTELLO, and                    Case No.
JEREMY LEVY, JR.,                       6:21-cv-01100-EFM-ADM
on behalf of themselves
and others similarly
situated,

      Plaintiffs,

v.

CITY OF WICHITA, KANSAS,

Defendant.
_____/


VIDEOTAPED DEPOSITION OF
ROBERT MATEO

Taken on behalf of the Plaintiffs


DATE TAKEN:   August 4, 2023
TIME:         10:02 a.m. - 1:01 p.m.
PLACE:        Shook, Hardy & Bacon
              100 N. Tampa Street
              Suite 2900
              Tampa, Florida 33602


Stenographically Reported by:

Lisa Gropper, RPR, FPR-C

Page 102

1  they nominate, not just directly put them into the --
2  the list, correct?
3      A   Yes, ma'am.
4      Q   And we've already talked about the fact that
5  you haven't actually reviewed what the -- what the
6  actual vetting process is with respect to nominations
7  being then further included on the list?
8      A   Correct.
9      Q   Okay.  "W --" then on Section 1(B), opinion
10 1(B), you say, "WPD's policies and procedures do not
11 lead to inconsistent gang designations."  What do you
12 mean by that?
13     A   So there's a system in place for identifying
14 entries -- subjects that are qualified to get entered
15 into the gang list.  There -- I don't recall reviewing
16 in here where it says or you do something else.  The
17 system is in place, which I believe would lead to a --
18 less of a chance of an inconsistent gang entry.
19     Q   And when you say "inconsistent gang
20 designations," what do you mean?
21     A   Again, it was -- it's reviewed, the nomination
22 is reviewed by folks over at the gang unit, which I
23 believe is the checks and balances that prevents that
24 overall.
25     Q   What's an inconsistent gang designation?  I

Page 103

1  don't -- I don't -- I guess I'm not understanding
2  exactly what you mean by inconsistent gang designation,
3  those words.
4      A   Where one person calls a gang for one reason
5  and another person calls a gang for another reason.
6  These -- this information is reviewed for accuracy, so
7  it is not inconsistent.
8      Q   When you say -- and I guess here's my
9  confusion.  Are you saying that they're inaccurately
10 designated as a member of one gang when they should be
11 designated as a member of another gang, or are you
12 saying that they're designated a gang member when they
13 shouldn't be designated as a gang member at all?
14     A   I think my review and opinion of that is
15 Ms. Muniz' opinion was that the -- the statute or the --
16 the discretion allotted to the individual officers was
17 too great and they could just identify whoever they
18 wanted to as a gang member or a gang associate.  The
19 policy that's in place prevents that in my opinion.
20     Q   Okay.  And that again goes back to, as we just
21 discussed, the vetting procedure, right?
22     A   Yes, ma'am.
23     Q   Okay.
24     A   The checks and balances, if you will.
25     Q   Okay.  On Page 13 of your opinion, your

Page 104

1  report, in the middle of the first paragraph there,
2  you're talking about, "No one knows better the presence
3  of a criminal gang within a community better than a
4  member of that community," correct?
5      A   Yes, ma'am.
6      Q   And then you say, "This would include officers
7  that work in that community;" is that right?
8      A   Yes, ma'am.
9      Q   So you consider police officers who police in
10 a community to be part of the community?
11     A   Yes, ma'am.
12     Q   Okay.  Is there -- and then you go down to say
13 that they -- through their work, they learn about gang
14 symbols, et cetera, et cetera, correct?
15     A   In their beats, yeah, within their working
16 area, I would -- I would submit that they become more
17 familiar with it.
18     Q   Okay.  And you say, "This would allow for
19 accurate identifications of areas known to be gang
20 hangouts for criminal gang members," is that right?
21     A   Yes.
22     Q   Is there anyplace within the Wichita --
23 Wichita Police Department where areas that are
24 designated as gang hangouts are collected?
25     A   I saw some emails that were -- that described

Page 105

1  or had maps that outlined places that were identified as
2  gang areas.
3      Q   Okay.  And do you know if the general public
4  has any access to those, that information?
5      A   I don't know if they have access to that
6  information, but I do recall in some of the deposition
7  testimony where officers would go out to the community
8  groups and provide public presentations, which would be
9  a -- a good forum for that.
10     Q   Do you know if they actually identified any
11 particular gang areas in those public presentations?
12     A   I do not know if they did or did not.
13     Q   Did you review any presentations where they
14 were -- to community members -- or --
15         Well, let's start, did you review any
16 presentations where they talked about designated gang
17 areas?
18     A   No, ma'am.
19     Q   Not even within the police department?
20     A   I don't recall seeing any, no.
21     Q   Okay.  So how is it possible for a member of
22 the community to know whether or not the place they're
23 hanging out in is -- is considered a gang hangout?
24     A   They could attend some of those forums.  They
25 could ask the officer directly during those forums.  Or

27 (Pages 102 to 105)

Page 106

1  one way to get a question answered is to call the source
2  directly.
3      Q   Okay. So you think that members of the
4  community have to take it on themselves if they want to
5  be careful that they're not in gang hangouts to contact
6  the police and ask specific questions about specific
7  areas that they might be present in?
8      A   I'm saying that that's someplace where the
9  public can get that information.
10     Q   Do you know if that's something -- if -- if
11 they ask that question, if the Wichita Police Department
12 would actually give them that information?
13     A   I don't know if they would or would not. That
14 is a question for the Wichita Police Department.
15     Q   Okay. But there's nothing in the policies and
16 procedures that mandate that there be notification to
17 the community as to what the Wichita Police Department
18 considers gang hangouts?
19     A   Not that I've seen.
20     Q   Okay. Let's take a look at Page 13 of your
21 report, and at the bottom there's -- there's opinion
22 1(C). Do you see that?
23     A   Yes.
24     Q   You say, "The Kansas statute is not vague, but
25 even if it is, WPD's policies provide additional

Page 107

1  protections." Do you see that?
2      A   Yes.
3      Q   On what do you base your opinion that the
4  Kansas statute is not vague?
5          And let me go ahead and give you a copy of
6  what -- the statute so you can actually look at it.
7  That's been previously marked exhibit -- Exhibit 5 in
8  this case.
9      A   Can you repeat --
10     Q   And what -- what do you base your opinion on
11 that the Kansas statute is not vague?
12     A   So the statute, it lists out individual
13 criteria, specific criteria that -- and definition that
14 a gang has to meet in order to be identified as a
15 criminal gang, as well as what members of that gang have
16 to meet in order to be identified as an associate or a
17 member.
18     Q   Okay. So let's take a look at the statute and
19 let's look at section 4(b).
20         Do you see that?
21     A   Yes.
22     Q   Yeah. And that's where it kind of -- it -- it
23 lays out the criteria for saying somebody's a gang
24 member, correct?
25     A   Yes.

Page 108

1      Q   So if you look down at (2)(D), do you see
2  that?
3      A   Yes.
4      Q   It says "Frequents a particular criminal
5  street gang's area." Do you see that?
6      A   Yes.
7      Q   Is there any definition of what a street
8  gang's area is?
9      A   I don't believe there is one in here.
10     Q   Okay. Not in the statute, right?
11     A   Correct.
12     Q   And we've just talked about the fact that,
13 with respect to WPD and their implementation of the
14 statute through Policy 527 and their SOP, there's not --
15 you're not aware of anyplace that they actually list out
16 gang areas, correct?
17     A   I'm not aware of that, no.
18     Q   And you're not aware of any -- anyplace where
19 individuals could go to say okay, this is a street gang
20 area; I need to avoid this area, correct?
21     A   Outside of the examples I've previously
22 provided, no.
23     Q   Okay. Then if you look at (2)(E), it says,
24 "Adopts such gang's style of dress, color, use of hand
25 signs or tattoos;" is that right?

Page 109

1      A   Yes.
2      Q   And is there anything here that describes what
3  style of dress means?
4      A   Not in here. That would be based on the
5  officer's training and experience.
6      Q   Okay. And so that's something that the
7  officers would -- they would have some information
8  saying we believe that, if you dress like this, you're a
9  member of X gang, correct?
10     A   Well, it's part of the training documents that
11 I reviewed where they provide insight into that with
12 regard to any particular gang adopting a particular
13 style of dress. Again, law enforcement doesn't
14 designate the style of dress of a gang. That is done by
15 the gang itself.
16     Q   Is there anything in the statute that would
17 allow somebody to know what colors they needed to avoid
18 to be -- to avoid being considered a gang member for
19 instance?
20     A   No, ma'am.
21     Q   Is there anything in there that says what
22 particular hand signs are affiliated with gangs?
23     A   No, ma'am.
24     Q   Is there anything in here that says what types
25 of tattoos are considered gang tattoos?

28 (Pages 106 to 109)

Page 110

```
 1      A   No, ma'am.
 2      Q   And are you -- is there discretion among
 3   police officers looking at colors, hand signs and
 4   tattoos as to whether they believe those are gang
 5   affiliated?
 6      A   If they're applying the consistent training
 7   that they were provided in the identification of
 8   criminal gangs, then they would apply that
 9   appropriately.
10      Q   So in your mind the tattoo would need to match
11   exactly what they've been trained, what's shown in the
12   training materials, in order for that -- them to
13   designate -- to use that tattoo as gang membership?
14      A   It would need to be --
15          MR. BRANSON:  Object to form.
16          Go ahead.
17   BY MS. WOODY:
18      Q   Go ahead.
19      A   It would need to be consistent --
20      Q   Okay.  What's that mean?
21      A   -- with the training, meaning -- meaning it's
22   a five-point crown; is it being used in context based on
23   the training that they were provided.
24      Q   In context, correct?
25      A   Yes, ma'am.
```

Page 111

```
 1      Q   So if I have a five-point crown on my
 2   shoulder, that by itself doesn't necessarily mean I'm a
 3   member of a gang?
 4      A   Correct.
 5      Q   Okay.  So what context would you need with the
 6   five-point crown to say I was a member of -- I believe
 7   you said the Latin Kings?
 8      A   Well, let's go back to my original example of
 9   the Latin Kings.  If there was a Latin King -- or,
10   excuse me, a five-point crown tattoo with a lion's head
11   underneath it and they were wearing a black and gold
12   bandanna and some beads and they were observed throwing
13   the hand sign in social media and another -- and another
14   example or another exhibit if you will, putting --
15   beginning to put these things together in context would
16   help identify that person as a Latin King.
17      Q   And again that -- you could look at those
18   things, but that person doesn't have to be engaged in
19   any criminal activity for them to be designated a gang
20   member based on indicia, correct?
21      A   Correct.
22      Q   So if I dress up like that for Halloween and I
23   have a fake tattoo of a five-point star and I got a
24   lion's head underneath it and I'm wearing black and gold
25   and I'm walking around and a police officer sees me, he
```

Page 112

```
 1   could designate me as a Latin King, correct?
 2      A   There would be -- I -- I would suspect there
 3   would be conversation about that.  If they see you out
 4   in public, they can have a consensual encounter with you
 5   and apply their training.
 6      Q   Okay.  And do they do that routinely?
 7      A   I believe they do, yes.
 8      Q   So anybody that they think might be a gang
 9   member, they go up to them and have a conversation
10   about, Hey, what's -- what's with the tattoo, that kind
11   of thing?
12      A   That's one of the best ways to do it.
13      Q   Do they -- do -- does the Wichita Police
14   Department do it?
15      A   I -- I can't say that the Wichita Police
16   Department individual officers do that, but I -- again,
17   that's a personnel issue.  If they're not --
18      Q   If they're not doing it, it's a problem?
19      A   -- engaging the public, that's an issue the
20   Wichita Police Department would need to take up with
21   them.
22      Q   Okay.  Then if you look at section (2)(E)
23   here -- I'm sorry, section (2)(F), it says, "Associates
24   with known criminal street gang members."  Do you see
25   that?
```

Page 113

```
 1      A   Yes, ma'am.
 2      Q   What's that mean?
 3      A   Hanging out regularly with other known gang
 4   members.
 5      Q   Okay.  And hanging out, what's that mean?
 6      A   Parties.
 7      Q   Parties, okay.
 8      A   Sporting events.
 9      Q   Sporting events.
10      A   Getting stopped in a car with other known gang
11   members where there might be drugs in the car would be
12   another example.
13      Q   How about getting --
14      A   Showing association.
15      Q   How about getting stopped in a car with
16   unknown gang members and there's nothing in the car
17   that's illegal?
18      A   There would still be the association.
19      Q   Okay.  So they could be just riding around
20   and -- and if the car gets stopped and the Wichita
21   police alleges that two of these people are already
22   gang -- are on a gang list and there's a third person,
23   that person can -- that's a -- that's meeting the
24   criteria, right?
25      A   It is meeting one of the criteria, yes.
```