| ☒INITIAL ☐ADD ☐MODIFY ☐DELETE | KANSAS STANDARD ARREST REPORT | | PAGE 1 OF 1 |
|---|---|---|---|
| ☒ADULT | ☐JUVENILE | ☐DOMESTIC VIOLENCE | ☐RUNAWAY |

### ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | | DATE AND TIME OF ARREST |
|---|---|---|---|---|
| WICHITA POLICE DEPARTMENT | KS0870300 | 14C040366 | | 6-22-14/ 0116 |
| ARREST TRANSACTION NUMBER | KBI NUMBER | MUG NUMBER /CHECKED BY<br>Lee/ # 215222 | ☒ NEW<br>☐ RETAKE<br>☐ NONE NEEDED | ☐ REGULARS  CAMPUS CODE<br>☐ MOD MAJ<br>☒ MAJORS |

TYPE OF ARREST: ☐ON-VIEW ☐TAKEN INTO CUSTODY ☐SUMMONED/CITED – NOT TAKEN INTO CUSTODY ☐RUNAWAY
DISPOSITION OF JUVENILE ARREST OR RUNAWAY: ☐HANDLED IN DEPARTMENT ☐REFERRED TO OTHER AUTHORITIES

| ARREST / CONTACT LOCATION: | WARRANT NUMBER: | DATE: |
|---|---|---|
| 7101 E. Lincoln | | 6/22/2014 |

### ARRESTEE #1

| ARRESTEE / RUNAWAY NAME | LAST | FIRST | MIDDLE |
|---|---|---|---|
| A1 Cooper, Christopher Lyndell | | | |

ALIASES/MONIKERS

| ADDRESS STREET | CITY | STATE ZIP | TELEPHONE NUMBER (HOME) |
|---|---|---|---|
| [REDACTED] | Wichita, Ks 67207 | | 670-2431 |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / NON-RES | AGE | | PLACE OF BIRTH (STATE / COUNTRY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 508 | 170 | blk | bro | B | M | N | R | 19 | [REDACTED] | Wichita, KS |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SCARS-MARKS-TATTOOS

| DRIVERS LICENSE NUMBER | DL STATE | | EMPLOYER / SCHOOL |
|---|---|---|---|
| | | [REDACTED] | |

TELEPHONE NUMBER (WORK / SCHOOL)    ADDRESS: NUMBER  STREET  CITY  STATE  ZIP

| ARRESTEE INJURIES | MIRANDA DATE / TIME | BY: | ARREST APPROVED BY |
|---|---|---|---|
| None | 6-22-14/ 0116 | Chisholm #1301 | Lt. Gilmore |

ARRESTEE ARMED WITH: (MAX. 2) ☐HANDGUN ☐AUTO ☐SHOTGUN ☐AUTO ☐RIFLE ☐AUTO ☐OTHER ☐AUTO ☐LETHAL CUTTING INST. ☐CLUB/BLACKJACK/KNUCKS. ☒UNARMED
ARRESTEE BEHAVIOR (ALL THAT ARE APPLICABLE): ☐DRUNK ☐RESISTED ☐DRINKING ☐PROFANE ☐BIZARRE BEHAVIOR ☐SUICIDAL REMARKS ☐INJURED ☐LOUD ☒COOPERATIVE ☐OTHER

### ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| 14C040366 | 6-21-14 | 21-4219 | ☐ATTEMPTED ☒COMPLETED | ☐COUNT ☐MULTIPLE ☐OUTSIDE AGENCY |
| DESCRIPTION<br>Discharge At Occupied Vehicle | | LOCAL CODE (ordinance)<br>NA | | |

TYPE OF THEFT: V☐MOTOR VEHICLE O☐ALL OTHER M☐COIN MACHINE P☐POCKET-PICKING N☒NOT APPLICABLE B☐FROM BUILDING S☐PURSE SNATCHING A☐MV PARTS & ACC E☐EMBEZZLEMENT F☐THEFT FROM MV T☐POSS STOLEN PROP
Additional Charges: (UCC#, CIT# OR WRT #) HFSW
☐AID/ABET ☐CONSPIRACY ☐SOLICITATION
BOND AMOUNT:

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| 14C040366 | 6-21-14 | 21-5402 | ☐ATTEMPTED ☒COMPLETED | ☐COUNT ☐MULTIPLE ☐OUTSIDE AGENCY |
| DESCRIPTION<br>Murder | | LOCAL CODE (ordinance)<br>NA | | |

TYPE OF THEFT: V☐MOTOR VEHICLE O☐ALL OTHER M☐COIN MACHINE P☐POCKET-PICKING N☐NOT APPLICABLE B☐FROM BUILDING S☐PURSE SNATCHING A☐MV PARTS & ACC E☐EMBEZZLEMENT F☐THEFT FROM MV T☐POSS STOLEN PROP
Additional Charges: (UCC#, CIT# OR WRT #) HFSW
☐AID/ABET ☐CONSPIRACY ☐SOLICITATION
BOND AMOUNT:

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| | | | ☐ATTEMPTED ☐COMPLETED | ☐COUNT ☐MULTIPLE ☐OUTSIDE AGENCY |
| DESCRIPTION | | LOCAL CODE (ordinance) | | |

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| | | | ☐ATTEMPTED ☐COMPLETED | ☐COUNT ☐MULTIPLE ☐OUTSIDE AGENCY |
| DESCRIPTION | | LOCAL CODE (ordinance) | | |

| REPORTING OFFICER | ID# | DATE | COPIES TO: | SUPERVISOR | ID# |
|---|---|---|---|---|---|
| D. Nail #2222 | | 6-22-14 HOM | | Sgt. D. Diehl | #1706 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        WICHITA 000013

| CASE NUMBER 14C040366 | KANSAS STANDARD ARREST REPORT | PAGE 1 OF 1 |

**PARENT / GUARDIAN**

| PARENT / GUARDIAN NAME | ADDRESS (HOME) | CITY | ST | ZIP |
| EMPLOYER | ADDRESS (EMPLOYER) | CITY | ST | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | | TELEPHONE NUMBER (OTHER) |
| PARENT / GUARDIAN NAME | ADDRESS (HOME) | CITY | ST | ZIP |
| EMPLOYER | ADDRESS (EMPLOYER) | CITY | ST | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | | TELEPHONE NUMBER (OTHER) |

**NARRATIVE / AFFIDAVIT**

State of Kansas; Sedgwick county, ss:

I, D. Nail #2222   of lawful age, after first being duly sworn on oath, on information and belief states:

See attached Affadavit.

Boyd L. Beeley
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 4-16-17

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed 22nd Day Of June 20 14 X _____ (Signature)

**OTHER**

EVIDENCE:
☐ LATENT PRINTS ☐ STAINS ☐ WEAPONS - TOOLS ☐ DRUGS ☐ SEXUAL ASSAULT KIT
☐ OTHER PRINTS ☐ BLOOD ☒ DOCUMENTS ☐ ALCOHOL ☐ NONE
☐ HAIR ☐ SEMEN ☒ PHOTOS ☐ DNA ☒ OTHER (LIST)

SUPPORTING DOCUMENTS:
☐ COMMITMENT ORDER ☐ MEDICAL RELEASE ☐ CUSTODY SLIP ☐ INCIDENT REPORT ☐ NONE
☐ COPY OF BOND ☐ JUDGE'S NOTES ☐ SIX-HOUR HOLD ☐ EVIDENCE STORED ☐ OTHER (LIST)
☐ BODY RECEIPT ☐ NTA'S ☐ PRINTS / PHOTO TAKEN

**RELEASE**

TYPE OF RELEASE:
☐ PAROLE ☐ BOND ☐ COURT ORDER ☐ NOTICE TO APPEAR ☐ NO CHARGE FILED ☐ OTHER (LIST)

RELEASING OFFICIAL / AUTHORITY

| BAIL BOND AGENT | BOND AMOUNT POSTED |
| DATE AND TIME OF RELEASE | AUTHORITY |

PRISONER INJURED ☐ YES ☐ NO NATURE OF INJURIES: | MEDICAL RELEASE: At the time of examination, the patient does not appear to have an illness or injury that would endanger his/her health by being detained in the Sedgwick County Adult Detention Facility.
Hospital:
Physician:   Date/Time:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 000014

14C 040366

Your Affiant knows that he was told by Detective Chisholm that

On June 21, 2014 at 0300 hours 911 emergency communications received calls of gunshots being fired in the area of Lincoln and Cypress Wichita, Sedgwick County, Kansas this was quickly changed to a call of a shooting as other callers were reporting a person being shot in the 900 block of Cypress. Officers arrived and found **Juan Orona** in the driver's seat of a Chevy SUV that was registered to him. He had been shot. He was pronounced by EMS at the scene.

During the ensuing investigation Officers found there was video of many of the events that occurred in the 900 block of Cypress from a privately owned security system.

Many people were located who were in the area and told of being at a party at 906 S Cypress during which there was an argument and shots were fired. It was learned more shots were fired over the next few minutes.

Elizabeth Hall 16yoa told Detectives that she was at the party with Mr. Orona and other friends including a male later identified as Ruben Higadera. She said that while at the party that Officers learned was at 906 S Cypress there were no problems and the people were just talking and swimming and hanging out. At one point she saw about 20 black males show up and come into the backyard at 906 S Cypress. As soon as the black males showed up, She said a disturbance started between some Hispanic males and some of the black males. Because of the disturbance she, Mr. Orona and another friend, Jada Carroll went back to Mr. Orona's SUV to leave. She said Mr. Orona had to physically push Mr. Higadera away from the black males to keep him from fighting with them. She said Mr. Higadera came back to the car with them but was very upset.

When they arrived at the SUV that was parked on Cypress in the 900 block they all climbed inside. Ms. Hall said Mr. Higadera was very upset and began yelling at some people. She then heard gunshots and ducked down in the back seat of the SUV. As the shots were being fired Mr. Orona was shot and fell onto her. Ms. Hall climbed out of the truck with Ms. Carroll and they ran to 920 S Cypress.

During the ensuing investigation Officers found there was video of many of the events that occurred in the 900 block of Cypress from a privately owned security system. After review the video from the 6 cameras that covered the area of Lincoln and Cypress to just south of 920 Cypress Officers were able to see much of the shooting that occurred.

On the video officers saw the victim's White SUV was parked in front of 920 S Cypress for some time before the shooting. At 0141 hours 3 cars pull onto Cypress from Lincoln and park in front of 920 S Cypress. A small black car parks facing southbound on Cypress across the street from Mr. Otano's White SUV. 4 black males get out of the small black 4door car and meet up with approximately 8 more black males from the other two cars. All of the black males walk towards the party at 906 together.

Witnesses at the party in the back yard of 906 told officers there were no problems and then a large group of black males showed up uninvited. Some of the black males went into the house and were smoking. Alec Dubree who lives at the house told the smokers they had to leave the house. Within a

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000015

14C040366

few minutes an argument started in the back between a Hispanic male who was found to be Geoffrey Tobias and a number of the black males. The disturbance moved from the back yard to the driveway area of 906 S Cypress.

Mr. Tobias said he was arguing with a black male in the driveway area when multiple black males began beating him with fists. He said he heard a shot and people began running. When interviewed Mr. Tobias had injuries consistent to being assaulted.

The video shows that at 0158 hours people are starting to leave the area of the party and then began running away. Mr. Otano and his friends were already in his White SUV. Due to the behavior of the people seen on the video it appears the first shot had been fired as people are running north, south and west away from the house at 906 S Cypress.

The black males from the small black car come back from the area of 906 S Cypress and get into the small black car. On the video officers saw a black male on the passenger side of the small black car reach over the roof of the car and then there were visible sparks from his hand that appeared to be gunshots. Officers could see damage appear on the White SUV that Mr. Otano and his friend were in when the shots were being fired at it.

After the black male on the passenger side of the black car finishes shooting he turned and started to run to the west up the driveway across from 920 S Cypress. The small black car which stayed stationary while the 5 shots were fired backed up a number of feet until it was even with the driveway and then stopped and waited for the black male shooter to come back to the small black car. The shooter then climbed into the car on the passenger side and the small black car drove off southbound quickly.

Officers would arrive in the area around 0307 hours. The officers were directed to the White SUV where they located Mr. Otano. Ms. Hall, Ms. Carroll and Mr. Higadera had left the White SUV before officers arrived. The ladies were contacted but Mr. Higadera has not been located as of the writing of this affidavit.  Officers were also sent to 906 S Cypress to check for signs of the original shot and the disturbance. In the yard across from 920 S Cypress officers located 5 shell casings in the area the video showed the shooter was at .

When the officers arrived at 906 S Cypress they entered to check for any other injured parties. Officers found Robert Schafer hiding in a closet inside 906 S Cypress. They escorted Mr. Shafer out of the house and would find he was suffering from a gunshot wound to the chest. He was taken to St. Francis Hospital for treatment and based on the xrays it appears the bullet in his chest is a small caliber round which is not consistent with the size of the casings found in the yard across from 920 S Cypress or the bullet which was removed from Mr. Otano at Autopsy.

Mr. Shafer was able to tell officers that he was at the party and when the black males arrived they began beating his friend Mr. Tobias. When he tried to help he heard a shot and then ran and hid until he was found by the police.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000016

14C0 40366

Officers were given the description and shown pictures of the car by detectives reviewing the video tape. Officers were able to identify a number of people that were at the party including Christopher Cooper and Demetrius Williams who were identified as being with the black males that arrived in a large group and were involved in the fight that led to shots being fired.

During the late evening of June 21, 2014 Officers located a black car at Lincoln and Governor in Wichita which was being driven by Christopher Cooper's mother Sabrina Cooper. The car fit the description and looked like the picture of the car involved in the shooting.

Christopher Cooper came to the location and was taken to the city building to be interviewed. Mr. Cooper was properly mirandized and agreed to talk with Detectives. He originally told the detectives that he went to the party by himself and left just as the first "shot" was fired.

After being told about the video he changed his story and said he picked up one friend, Demetrius Williams and took him to the party. He then admitted they picked up two more black males and took them to the party as well. He agreed they met up with a number of other black males and went into the party where an argument started between an unknown Hispanic male and an unknown black male.

Mr. Cooper said they left and got into his mothers small black car which was parked in the same spot as the car in the video that the shooter got into. He originally said they left before the second set of shots but later admitted there were shots fired just outside his car before he left. He was told by the detectives that the video showed him waiting while a person from his car fired the five shots at Mr. Otano's SUV and he agreed he did wait there while the shooter was shooting from behind his car. He then agreed that when the shooter ran back to the west from Mr. Cooper's car that he did back his car up and then wait for the shooter to come back to his car and get into his car. Mr. Cooper then said he drove Mr. Williams and the other two black males to their homes and then went home with his mother's car.

An autopsy was done on Mr. Otano and it was found he died of a single gunshot wound to the head. His SUV was struck 4 other times by gunfire that would line up with the shooter from Mr. Cooper's car. The video definitely shows that Mr. Otano's SUV was occupied by 4 people when the shooter shot into it.

Boyd L. Beeley
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 4-16-17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 000017

14c940366

## Bud Roat's Towing
### Complete Tow Service · Automotive Repairs

**89599**

(316) 267-2040
24 Hours

310 N. Handley
Wichita, KS 67203

AUTHORIZATION NUMBER OR P.O.

MOTOR CLUB

DATE 6-21-14

NAME: W P D

ADDRESS: (phone)

MEMBERSHIP OR ACCOUNT NUMBER

| YEAR | MAKE | MODEL | COLOR | LICENSE | STATE |
|---|---|---|---|---|---|
|  | Chev | Blzr | wht |  |  |

VIN #: 1GNDT13147T221610Y

MILEAGE

S____ SCRATCHED   D____ DAMAGED   M____ MISSING   B____ BROKEN
INDICATE EXISTING DAMAGE BY PLACING (X) IN THE APPROPRIATE DESCRIPTION

MEMBER INITIALS

LOCATION OF VEHICLE: Lincoln + Cypress
SERVICER DRIVER NAME: JLx5
TOW TO DESTINATION (Home - Business) circle one: Rounds + Porter
VEHICLE RECEIVED BY

| TOW X | JUMPSTART | TIRE | FUEL | GOA | WINCH | OTHER |
|---|---|---|---|---|---|---|
| FLAT BED | DOLLY | LOCKOUT | LOCKSMITH | ACCIDENT | RV | MOTORCYCLE |

| TOTAL MILES TO VEH | TOTAL MILES TOWED | STORAGE COST | CHARGES | |
|---|---|---|---|---|
| END | END | NUMBER DAYS | CONTRACT RATE | $ 87.50 |
| START | START | AT $ | MILES TO VEH (LESS-----) | $ |
| TOTAL | TOTAL | TOTAL | 8 TOWED MILES (LESS-----) | $ 32.00 |
|  |  | TIME AT SCENE | STORAGE | $ |
|  |  | COMPLETED | OTHER | $ |
|  |  | ARRIVED | **TOTAL CHARGED** | $ 119.50 |
|  |  | TOTAL |  |  |

CHARGES TO MEMBER (Describe)
_____  $_____
_____  $_____
TOTAL CHARGED
TO MEMBER        $_____

### DAMAGE RELEASE
I have been advised that my vehicle may be damaged if winched, towed, unlocked or left on unattended premises. I recognize the difficulty involved and I agree not to hold **BUD ROAT'S TOWING** responsible for such damage should it result.

DN #7972
CEULRICH V1196

MEMBER SIGNATURE         DATE & TIME

Charge Ticket

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
WCPRA 000118

# KANSAS STANDARD ARREST REPORT

PAGE 1 OF 1

☒ INITIAL ☐ ADD ☐ MODIFY ☐ DELETE
☒ ADULT ☐ JUVENILE ☐ DOMESTIC VIOLENCE ☐ RUNAWAY

## ARREST

| Field | Value |
|---|---|
| NAME OF AGENCY | WICHITA POLICE DEPARTMENT |
| KS AGENCY ORI NUMBER | KS0870300 |
| CASE NUMBER | 14C040366 |
| DATE AND TIME OF ARREST | 6/23/2014 1415 |
| ARREST TRANSACTION NUMBER | |
| KBI NUMBER | |
| MUG NUMBER / CHECKED BY | 213702 Rita |
| NEW / RETAKE / NONE NEEDED | ☒ NONE NEEDED |
| REGULARS / MOD MAJ / MAJORS | ☒ MAJORS |
| CAMPUS CODE | 88 |
| TYPE OF ARREST | ☒ TAKEN INTO CUSTODY |
| ARREST / CONTACT LOCATION | 455 N. Main Wichita, KS |
| WARRANT NUMBER | HFSW |
| DATE | 6/23/2014 |

## ARRESTEE #1

| Field | Value |
|---|---|
| ARRESTEE / RUNAWAY NAME | Williams, Dametrius L. |
| ALIASES/MONIKERS | "Meechie" |
| ADDRESS | 6[REDACTED] Wichita KS 67208 |
| TELEPHONE NUMBER (HOME) | UNK |
| HEIGHT | 6'8" |
| WEIGHT | 175 |
| HAIR | BLK |
| EYES | BRO |
| RACE | B |
| SEX | M |
| ETHNICITY | N |
| RES/NON-RES | RES |
| AGE | 20 |
| DOB | [REDACTED] |
| PLACE OF BIRTH | Kansas City, KS |
| COMPLEXION | DRK |
| BUILD | THN |
| R - L HANDED | R |
| SCARS-MARKS-TATTOOS | n/a |
| DRIVERS LICENSE NUMBER | [REDACTED] |
| DL STATE | KS |
| SOCIAL SECURITY NUMBER | [REDACTED] |
| EMPLOYER / SCHOOL | McDonald's |
| ADDRESS | Central & Edgemoor |
| ARRESTEE INJURIES | N/A |
| MIRANDA DATE / TIME | 6/23/14 / 1430 |
| BY | Det. Chisholm 1301 |
| ARREST APPROVED BY | Lt. Ojile 1542 |

ARRESTEE ARMED WITH: UNARMED
ARRESTEE BEHAVIOR: COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

**Case Number:** 14C040366  **Date of Incident:** 6/21/14
**Description:** Murder in the first degree
**State Statute Violation:** 21-5402
**Offense Was:** ☒ COMPLETED
**Bond Amount:** HFSW

**Case Number:** 14C040366  **Date of Incident:** 6/21/14
**Description:** Crim. discharge of a firearm - of motor vehicle
**State Statute Violation:** 21-6308 1b

**Case Number:** 13C085428  **Date of Incident:** 2-14-14
**Description:** Poss Marijuana
**Local Code:** 0526010
**Offense Was:** ☒ COMPLETED
**Bond Amount:** 2500

**Case Number:** 13C076681  **Date of Incident:** 2-14-14
**Description:** Minor Poss alcohol/Liquor
**Local Code:** 0404017
**Offense Was:** ☒ COMPLETED
**Bond Amount:** 1000

**Reporting Officer:** Det. R. Chisholm 1301 6/23/2014 HOM
**Supervisor ID#:** 1341

| CASE NUMBER 14C040366 | KANSAS STANDARD ARREST REPORT | PAGE 1 OF 1 |
|---|---|---|

### PARENT / GUARDIAN

| PARENT / GUARDIAN NAME | ADDRESS (HOME) CITY ST ZIP | |
|---|---|---|
| EMPLOYER | ADDRESS (EMPLOYER) CITY ST ZIP | |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | TELEPHONE NUMBER (OTHER) |
| PARENT / GUARDIAN NAME | ADDRESS (HOME) CITY ST ZIP | |
| EMPLOYER | ADDRESS (EMPLOYER) CITY ST ZIP | |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | TELEPHONE NUMBER (OTHER) |

### NARRATIVE / AFFIDAVIT

State of Kansas; Sedgwick county, ss:

I, ~~Det. R. Chisholm 1301~~ B. Crouch 2055 of lawful age, after first being duly sworn on oath, on information and belief states:

See attached affidavit.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed 23 Day Of June 20 14 x B-1 C-1 2055 (Signature)

### OTHER

EVIDENCE:
☐ LATENT PRINTS  ☐ STAINS  ☐ WEAPONS - TOOLS  ☐ DRUGS  ☐ SEXUAL ASSAULT KIT
☐ OTHER PRINTS  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ☐ NONE
☐ HAIR  ☐ SEMEN  ☐ PHOTOS  ☐ DNA  ☐ OTHER (LIST)

SUPPORTING DOCUMENTS:
☐ COMMITMENT ORDER  ☐ MEDICAL RELEASE  ☐ CUSTODY SLIP  ☐ INCIDENT REPORT  ☐ NONE
☐ COPY OF BOND  ☐ JUDGE'S NOTES  ☐ SIX-HOUR HOLD  ☐ EVIDENCE STORED  ☐ OTHER (LIST)
☐ BODY RECEIPT  ☐ NTA'S  ☐ PRINTS / PHOTO TAKEN

### RELEASE

TYPE OF RELEASE:
☐ PAROLE  ☐ BOND  ☐ COURT ORDER  ☐ NOTICE TO APPEAR  ☐ NO CHARGE FILED  ☐ OTHER (LIST)

RELEASING OFFICIAL / AUTHORITY

| BAIL BOND AGENT | BOND AMOUNT POSTED |
|---|---|
| DATE AND TIME OF RELEASE | AUTHORITY |

PRISONER INJURED ☐ YES ☐ NO NATURE OF INJURIES:

MEDICAL RELEASE: At the time of examination, the patient does not appear to have an illness or injury that would endanger his/her health by being detained in the Sedgwick County Adult Detention Facility.
Hospital:
Physician:                Date/Time:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 000020