Your Affiant knows that he was told by Detective Chisholm that

On June 21, 2014 at 0300 hours 911 emergency communications received calls of gunshots being fired in the area of Lincoln and Cypress Wichita, Sedgwick County, Kansas this was quickly changed to a call of a shooting as other callers were reporting a person being shot in the 900 block of Cypress. Officers arrived and found **Juan Orona** in the driver's seat of a Chevy SUV that was registered to him. He had been shot. He was pronounced by EMS at the scene.

During the ensuing investigation Officers found there was video of many of the events that occurred in the 900 block of Cypress from a privately owned security system.

Many people were located who were in the area and told of being at a party at 906 S Cypress during which there was an argument and shots were fired. It was learned more shots were fired over the next few minutes.

Elizabeth Hall 16yoa told Detectives that she was at the party with Mr. Orona and other friends *including* a male later identified as Ruben Higadera. She said that while at the party that Officers learned was at 906 S Cypress there were no problems and the people were just talking and swimming and hanging out. At one point she saw about 20 black males show up and come into the backyard at 906 S Cypress. As soon as the black males showed up, She said a disturbance started between some Hispanic males and some of the black males. Because of the disturbance She said Mr. Orona had to physically push Mr. Higadera away from the black males to keep him from fighting with them. She said Mr. Higadera was taken back to their SUV with Mr. Orona but was very upset.

When they arrived at the SUV that was parked on Cypress in the 900 block they all climbed inside. Ms. Hall said Mr. Higadera was very upset and began yelling at some people. She then heard gunshots and ducked down in the back seat of the SUV. As the shots were being fired Mr. Orona was shot and fell onto her. Ms. Hall climbed out of the truck with Ms. Carroll and they ran to 920 S Cypress.

During the ensuing investigation Officers found there was video of many of the events that occurred in the 900 block of Cypress from a privately owned security system. After review the video from the 6 cameras that covered the area of Lincoln and Cypress to just south of 920 Cypress Officers were able to see much of the shooting that occurred.

On the video officers saw the victim's White SUV was parked in front of 920 S Cypress for some time before the shooting. At 0141 hours 3 cars pull onto Cypress from Lincoln and park in front of 920 S Cypress. A small black car parks facing southbound on Cypress across the street from Mr. Otano's White SUV. 4 black males get out of the small black 4door car and meet up with approximately 8 more black males from the other two cars. All of the black males walk towards the party at 906 together.

Witnesses at the party in the back yard of 906 told officers there were no problems and then a large group of black males showed up uninvited. Some of the black males went into the house and were smoking. Alec Dubree who lives at the house told the smokers they had to leave the house. Within a few minutes an argument started in the back between a Hispanic male who was found to be Geoffrey

Tobias and a number of the black males. The disturbance moved from the back yard to the driveway area of 906 S Cypress.

Mr. Tobias said he was arguing with a black male in the driveway area when multiple black males began beating him with fists. He said he heard a shot and people began running. When interviewed Mr. Tobias had injuries consistent to being assaulted.

The video shows that at 0158 hours people are starting to leave the area of the party and then began running away. Mr. Otano and Mr. Higadera were already in his White SUV. Ms. Hall and Ms. Carroll would get into the car shortly after the men. Due to the behavior of the people seen on the video it appears the first shot had been fired as people are running north, south and west away from the house at 906 S Cypress.

The black males from the small black car come back from the area of 906 S Cypress and get into the small black car. On the video officers saw a black male on the passenger side of the small black car reach over the roof of the car and then there were visible sparks from his right hand that appeared to be gunshots. The Shooters left hand and arm are seen resting on the roof of the small black car. Officers could see damage appear on the White SUV that Mr. Otano and his friend were in when the shots were being fired at it.

After the black male on the passenger side of the black car finishes shooting he turned and started to run to the west up the driveway across from 920 S Cypress. The small black car which stayed stationary while the 5 shots were fired backed up a number of feet until it was even with the driveway and then stopped and waited for the black male shooter to come back to the small black car. The shooter then climbed into the car on the passenger side and the small black car drove off southbound quickly.

Officers would arrive in the area around 0307 hours. The officers were directed to the White SUV where they located Mr. Otano. Ms. Hall, Ms. Carroll and Mr. Higadera had left the White SUV before officers arrived. The ladies were contacted but Mr. Higadera has not been located as of the writing of this affidavit. Officers were also sent to 906 S Cypress to check for signs of the original shot and the disturbance. In the yard across from 920 S Cypress officers located 5 shell casings in the area the video showed the shooter was at.

When the officers arrived at 906 S Cypress they entered to check for any other injured parties. Officers found Robert Schafer hiding in a closet inside 906 S Cypress. They escorted Mr. Shafer out of the house and would find he was suffering from a gunshot wound to the chest. He was taken to St. Francis Hospital for treatment and based on the xrays it appears the bullet in his chest is a small caliber round which is not consistent with the size of the casings found in the yard across from 920 S Cypress or the bullet which was removed from Mr. Otano at Autopsy.

Mr. Shafer was able to tell officers that he was at the party and when the black males arrived they began beating his friend Mr. Tobias. When he tried to help he heard a shot and then ran and hid until he was found by the police.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000051

Officers were given the description and shown pictures of the car by detectives reviewing the video tape. Officers were able to identify a number of people that were at the party including Christopher Cooper and Demetrius Williams who were identified as being with the black males that arrived in a large group and were involved in the fight that led to shots being fired.

During the late evening of June 21, 2014 Officers located a black car at Lincoln and Governor in Wichita which was being driven by Christopher Cooper's mother Sabrina Cooper. The car fit the description and looked like the picture of the car involved in the shooting.

Christopher Cooper came to the location and was taken to the city building to be interviewed. Mr. Cooper was properly mirandized and agreed to talk with Detectives. He originally told the detectives that he went to the party by himself and left just as the first "shot" was fired.

After being told about the video he changed his story and said he picked up one friend, Dametrius Williams and took him to the party. He then admitted they picked up two more black males and took them to the party as well. He agreed they met up with a number of other black males and went into the party where an argument started between an unknown Hispanic male and an unknown black male.

Mr. Cooper said they left and got into his mothers small black car which was parked in the same spot as the car in the video that the shooter got into. He originally said they left before the second set of shots but later admitted there were shots fired just outside his car before he left. He was told by the detectives that the video showed him waiting while a person from his car fired the five shots at Mr. Otano's SUV and he agreed he did wait there while the shooter was shooting from behind his car. He then agreed that when the shooter ran back to the west from Mr. Cooper's car that he did back his car up and then wait for the shooter to come back to his car and get into his car. Mr. Cooper then said he drove Mr. Williams and the other two black males to their homes and then went home with his mother's car.

Mr. Cooper said Mr. Williams was the front seat passenger in his car both going to and leaving the party. On the video the shooter does get into the passenger side of the car.

An autopsy was done on Mr. Otano and it was found he died of a single gunshot wound to the head. His SUV was struck 4 other times by gunfire that would line up with the shooter from Mr. Cooper's car. The video definitely shows that Mr. Otano's SUV was occupied by 4 people when the shooter shot into it.

Mr. Cooper's Mother's small Black Suzuki was processed by the Wichita Police Department Crime Lab. They were able collect fingerprints from the exterior of the roof on the passenger side of the front seat area and on the exterior of the front passenger window. The prints from the roof are in the same general area as the shooters hand and arm when the shots are being fired. Examiner Mindy Craig found the prints from the roof and the front passenger window belong to Dametrius Willams.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        WICHITA 000052

Mr. Willams' prints were also located on the exterior of a pickup truck parked in the driveway of 906 S Cypress. This is the house where the party was and the fights started.

The arrested party is a documented criminal street gang member as defined in K.S.A. 21-3212. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. gang database on June 23, 2014 as a member of the Blood criminal street gang.

BJCJ 2055 6-23-14

CHRISTOFER Y. BROWN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 2/22/15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA 000053