OFFICER'S REPORT        8/30/22        LT. C.A. BEARD #1880

ATTENTION: D.C. SALCIDO #1730 (THROUGH CHANNELS)

SUBJECT: SOCIAL MEDIA ACCOUNTS

This officer's report is to request to notify you of the undercover social media accounts that I use for ongoing criminal investigations and gang activity.

Facebook: ███████████

Snapchat: ███████████

Any consideration that you can give me on this matter would be greatly appreciated.

*Lt. C.A. Beard #1880* (signature)

NAME: Lt. C.A. Beard #1880

TITLE: Lieutenant

BUREAU: Investigations/Gang Unit

WATCH: 1st

DATE: 8/30/22 – 15:00 hours

Approved Cpt. (signature) 1097  8·30·22
(signature) 1230

EXHIBIT 22 Beard
PENGAD 800-631-6989
WICHITA 060401 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - )