IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

          *Plaintiff(s)*,          Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

          *Defendant*.

**PLAINTIFFS' AMENDED MOTION TO REDACT SELECT EXHIBITS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request the Court maintain the redactions of certain documents provisionally filed under seal related to Plaintiffs' Motion for Summary Judgment. In addition, Plaintiffs now request the Court also seal Exhibits 72 and 78 as originally filed (Docs. 207-44 and 207-48) and accept the attached proposed redactions to Exhibits 72 and 78. Defendant does not oppose this amended motion.

On September 29, 2023, Plaintiffs publicly filed a redacted version of their Memorandum in Support of their Motion for Summary Judgment accompanied by the following provisionally sealed exhibits: Exhibits 9, 15, 16, 19, 20, 27–29, 35, 40–44, 53–56, 58–64, 66–68, 70, 73–76 (Docs. 208, 208-1 through 208-33). At that time, Plaintiffs inadvertently omitted redacted versions of Exhibits 72 and 78 from their provisional request to seal or redact documents. Plaintiffs now move to maintain the redactions in Exhibits 73 and 76, to seal Exhibits 72 and 78 (Docs. 207-44 and 207-48), and to accept the proposed attached redactions in Exhibits 72 and 78 pursuant to

District of Kansas Rule of Practice 5.4.2(c). Plaintiffs recognize the "common-law right of access to judicial records, but this right is not absolute." *JetAway Aviation, LLC v. Bd. of Cnty. Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014) (internal quotation marks and citation omitted). The Court may "seal documents if the public's right of access is outweighed by competing interests." *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011) (internal quotation omitted). Here, Plaintiffs' Exhibits 72, 73, 76, and 78 implicate privacy interests of private citizens that overcome the presumption in favor of public access.

Plaintiffs request that the Court maintain the limited proposed redactions to Exhibits 73 and 76 (Doc. 208-30 and 208-33) and accept the proposed redactions to Exhibits 72 and 78, which include private personal identifying information of Progeny staff members and third parties to this suit. The personal identifying information redacted includes names, dates of birth, photographs, and phone numbers, as well as the home address of a Progeny Youth Leader who has been designated as an active gang member in the WPD's Gang Database. *See* Pretrial Order Section 2.a ¶ 57. The parties' Protective Order explicitly categorizes information like this—"[p]ersonal and private information from and about parties and non-parties related to their presence on the Gang List"—as "Confidential Information." Doc. 41 at 3. Plaintiffs also seek to protect the privacy of the non-parties mentioned in these exhibits and wish to avoid publicly revealing the identities of non-parties who—by their association with individuals designated as gang members or associates—may also have been labeled or are at risk of being labelled as gang members or associates, resulting in serious injury to the non-parties' reputations. If the Court restricts public access, it will adequately protect the non-parties' reputations because these individuals will not be publicly revealed as a designated gang member as a result of this lawsuit—a lawsuit that seeks to

help, not harm, people on the Gang List. Furthermore, the redacted information is not necessary to the public's understanding of the claims or evidence in the case.

Plaintiffs respectfully ask the Court to maintain the limited proposed redactions to Exhibits 73 and 76 (Doc. 208-30 and 208-33), seal Exhibits 72 and 78 (Docs. 207-44 and 207-48), and accept the attached proposed redactions to Exhibits 72 and 78.

Date: October 30, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

/s/ Paul M. Vogel
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Karen Leve KS #29580
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org
kching@aclukansas.org

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Paul M. Vogel
Paul M. Vogel