IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

         Plaintiffs,

  vs.              Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

         Defendant.

**Joint Motion for Leave to Exceed Page Limitation**

  Defendant, City of Wichita, seeks leave to exceed the 15-page limitation for its reply in support of its Motion for Summary Judgment, due November 3, 2023. Defendant requests leave to file a brief of up to 40 pages. Plaintiffs' join this motion for its Reply to Plaintiffs' Motion for Summary Judgment and requests that they be granted the same amount of pages as Defendant.

  The Court has previously granted both sides leave to file up to 85 pages in support of their cross motions for summary judgment and up to 80 pages for their responses (Doc. 202, 203 & 214). Responses to parties' statement of facts totalled 68 pages for Defendant and 52 pages for the Plaintiffs.

  The parties require additional pages to properly respond to controverted facts and argument.

  For the reasons stated above, defendant respectfully requests the Court to grant its Motion to Exceed Page Limits and allow each part to file a reply brief up to 40 pages.

**Respectfully Submitted,**

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/Charles E. Branson**

| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
**/s/ Sharon Brett**
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kleve@aclukansas.org

## Certificate of Service

On September 26_, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Sharon Brett, KS #28696 | Bria Nelson
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100
sbrett@aclukansas.org
bnelson@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KSD #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KSD #79022
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
**Attorneys for Plaintiffs**

                                               **s/Charles E. Branson**