IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    *Plaintiffs,*

vs.

CITY OF WICHITA, KANSAS,

    *Defendant.*

Case No. 6:21-cv-01100-EFM-ADM

**MEMORANDUM AND ORDER**

Before the Court is the parties' Joint Motion to Exceed Page Limitations (Doc. 220) for their forthcoming Replies to each other's cross motions for summary judgment. The parties request a 40-page limit for their Replies.

This Court previously granted both sides leave to file up to 85 pages in support of their cross motions for summary judgment. The Court then granted the parties up to eighty pages for their respective responses. In sum, each party has had 165 pages to argue their side of the case. Adding a 40-page third act to these novellas—borderline novels, really—is unnecessary.

Nevertheless, the Court will allow each party 30 pages for their reply briefs to allow the parties to adequately respond to controverted facts.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion (Doc. 220) is **GRANTED**. Each party shall have leave to file a reply brief not to exceed 30 pages in length.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE