IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

**PLAINTIFFS' APPENDIX OF EXHIBITS TO REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 90 | Additional Ana Muñiz Deposition Transcript Excerpts |
| 91 | Expert Report of Ana Muñiz |
| 92 | Additional Kevin McKenna Deposition Transcript Excerpts |
| 93 | Additional Robert Mateo Deposition Transcript Excerpts |
| 94 | Footnote 72 Articles |
| 95 | Revised Exhibit 51 |
| 96 | Additional Gordon Ramsay Deposition Transcript Excerpts |
| 97 | Additional Jose Salcido Deposition Transcript Excerpts |
| 98 | WICHITA 047444 |
| 99 | Additional Brandon Johnson Deposition Transcript Excerpts |

Dated: November 3, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

*/s/ Jordan C. Baehr*
Jordan C. Baehr KS #27213
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS  66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Sharon Brett*
Sharon Brett KS #28696
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org
kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED