# EXHIBIT 92



# PohlmanUSA®

## Court Reporting and Litigation Services

---

Kevin McKenna

December 1, 2022

---

Progeny, et al.

vs.

City of Wichita, Kansas

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF KANSAS

 3

 4   PROGENY, a program of Destination )

 5   Innovations, Inc., CHRISTOPHER   )

 6   COOPER, ELBERT COSTELLO, MARTEL  )

 7   COSTELLO, and JEREMY LEVY,JR., on )

 8   behalf of themselves and others  )Case No.

 9   similarly situated,              )6:21-CV-01100-

10   Plaintiffs,                      )EFM-ADM

11   vs                               )

12   CITY OF WICHITA, KANSAS,         )

13   Defendant.                       )

14   _____)

15              VIDEOTAPED DEPOSITION OF

16                   KEVIN MCKENNA

17                 December 1, 2022

18                    8:31 a.m.

19

20                   Taken at:

21             Joseph, Hollander & Craft

22               500 North Market

23                Wichita, Kansas

24

25   Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR
```

1

```
 1    APPEARANCES:

 2        On behalf of the Plaintiffs:

 3            Mr. Jordan C. Baehr

 4            Mr. Paul M. Vogel

 5            Mr. Thomas J. Sullivan

 6            Shook, Hardy & Bacon, LLP

 7            2555 Grand Boulevard

 8            Kansas City, Missouri 64108

 9            (816)474-6550

10            Fax: (816)421-5547

11            jbaehr@shb.com

12            pvogel@shb.com

13            tsullivan@shb.com

14

15        On behalf of the Defendant:

16            Mr. Charles E. Branson

17            Fisher, Patterson, Sayler & Smith, LLP

18            3550 S.W. 5th Street

19            Topeka, Kansas 66606

20            (785)232-7761

21            Fax: (785)232-6604

22            cbranson@fpsslaw.com

23

24        On behalf of Kansas Appleseed Center for Law

25     and Justice, Inc. (By Zoom)
```

2

1           Ms. Teresa A. Woody

2           211 E. 8th Street, Suite 3

3           Lawrence, Kansas 66044

4           (785)251-8160

5           twoody@kansasappleseed.org

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2                        TRANSCRIPT INDEX

3    APPEARANCES...................................   2

4    INDEX OF EXHIBITS............................   5

5

6    EXAMINATION OF KEVIN MCKENNA:

7    BY MR. BAEHR.................................   6

8

9

10

11

12

13

14

15

16

17

18

19    REPORTER'S CERTIFICATE....................... 237

20

21    EXHIBIT CUSTODY

22    EXHIBITS RETAINED BY COURT REPORTER

23

24

25

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com

```
 1
 2                    INDEX OF EXHIBITS
 3    NUMBER        DESCRIPTION                 MARKED
 4    Exhibit 4     Plaintiffs Second Amended
 5                  Notice Of Oral and Videotaped
 6                  Deposition of Kevin McKenna
 7                  Pursuant to Federal Rule of
 8                  Civil Procedure 30(b)(1)......    40
 9    Exhibit 5     Kansas Statute 21-6313 Criminal
10                  Street Gangs..................   136
11    Exhibit 6     Wichita Police Department Policy
12                  527 Gang Offenders...........    136
13    Exhibit 7     List of individuals assigned to
14                  Gang/Felony Assault Section
15                  2009-2022....................    228
16
17
18
19
20
21
22
23
24
25
```

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com

1    particular gang, I self-identified as a member of a

2    particular gang, would that in your mind mean that

3    I am in fact a member of that gang?

4         A.   By state statute you just met the

5    requirement to be being documented as one, yes.

6         Q.   Okay, okay.  I think I understand your

7    testimony regarding somebody posting No. 22 on

8    their Facebook page to be that a person might

9    engage in activity that could be indicia of gang

10   membership under certain circumstances, but for

11   that person it isn't indicia of gang membership.

12   Is that right?

13        A.   Yes.

14        Q.   Okay. So if I self-identify as a member

15   of a particular gang, then you would say well, you

16   meet the state statute criteria of membership in

17   that gang; right?

18        A.   Yes.

19        Q.   But if I just use a number that's

20   important to that gang and happen to wear that

21   gang's colors, that wouldn't necessarily to you

22   indicate that I'm an associate of that gang?

23        A.   Correct.

24        Q.   Okay, and so you agree that a person

25   might meet the criteria for gang membership under

131

1   Policy 527 and Kansas state statute, but not

2   actually be a member of that gang.

3           A.    Again, I would tell you that it's not

4   our job to validate you as a gang member.  It's our

5   job to recognize you as claiming that.  I don't

6   call the Banditos Motorcycle Club down in Texas

7   headquarters and say hey, did you let Johnny in and

8   they said yeah.  Okay, well, he's passed the credit

9   check.  He's accepted.  We don't validate that.

10  It's our job to recognize the behavior, the social

11  surroundings, the hand signs, the clothing to

12  understand why or to recognize that as part of that

13  gang.

14          Q.    Okay, and just to, I think, understand

15  what you're saying a little bit, is it right that a

16  person -- according to your understanding, a person

17  can claim gang membership through behaviors other

18  than self-identifying as a gang member?

19          A.    Yes, sir.

20          Q.    Okay.  So, for example, the wearing of

21  gang colors, the using of gang signs and gang

22  terminology, those might be a way that a person is

23  claiming gang membership without explicitly self

24  identifying as a gang member?

25          A.    Correct.

```
 1        Q.    When was the last time you recall
 2   reviewing Kansas Statute 21-6313.
 3        A.    The state, our criteria goes off the
 4   state statute.
 5        Q.    It's based on the state statute.
 6        A.    Yes.
 7        Q.    Right, and if you take a quick look
 8   through Exhibit 6, which is Policy 527, that
 9   doesn't actually list the criteria expressly; is
10   that correct?
11        A.    Correct.
12        Q.    But it refers -- if you look in Section
13   E, that the initial identification of individuals
14   for inclusion in the WPD gang database will be
15   based upon the aforementioned criminal street gang
16   found in K.S.A. 21-6313.
17        A.    Yes, sir.
18        Q.    Okay, and so Policy 527 incorporates
19   the criteria for gang membership or gang
20   associateship that are listed in the statute;
21   correct?
22        A.    Yes.
23        Q.    And let me ask you, since you haven't
24   reviewed Policy 527 in a number of years, how do
25   you identify whether an individual meets the
```