# EXHIBIT 94

# Los Angeles Officers Suspended After Boy Is Wrongly Labeled a Gang Member

A mother's concerns unleashed an investigation into whether an elite police unit was falsifying records.

By Heather Murphy

Jan. 8, 2020

More than a dozen Los Angeles police officers were suspended or reassigned after a Southern California woman reported that her son had been incorrectly labeled a gang member, unleashing a broader inquiry into whether officers were falsifying records, according to the authorities.

The Los Angeles Police Department opened an investigation early last year, when a mother in the San Fernando Valley approached a local police station to tell officers about a letter she had received saying that her son, a minor, had been identified as a gang member. She told a supervisor that he had been mislabeled, the Police Department said in a statement on Tuesday.

Such letters are required by state law, when an individual is slated, to be uploaded to CalGang, a state database that law enforcement officials say helps them fight gang activity, but that critics say encourages racial profiling and criminalizing normal social interactions.

When the supervisor reviewed body camera footage and car recordings, they did not match the documentation completed by an officer, according to the department. Over the following months, the investigation grew to encompass more than a dozen officers in the elite metro division who were suspected of misrepresenting information in field interview cards, the Police Department said.

In a statement, Chief Michel R. Moore emphasized the importance of public trust. "An officer's integrity must be absolute," he said. "There is no place in the department for any individual who would purposely falsify information on a department report."

But the issues with incorrectly labeling people gang members extend far beyond falsifying field notes, according to Sean Garcia-Leys, a lawyer at the Urban Peace Institute. He said he had had dozens of clients over the past two years who had been wrongly added to CalGang.

"My first reaction really was, I'm pleased that the L.A.P.D. is finally seriously investigating these kinds of complaints," Mr. Garcia-Leys said. The larger issue, he added, is that "police are being asked to guess if they are gang members based on a brief interaction."

Because it's highly unusual for a gang member to self-identify, investigators often consider details such as sports paraphernalia and tattoos to determine a gang affiliation, he said. In one case, Mr. Garcia-Leys said that the police had instructed his client to insult a local gang on camera. When he refused, officers identified him as associating with a gang member, he said. (It was only when the man filed a lawsuit that he was removed from the database, Mr. Garcia-Leys said.)

Melanie Ochoa, a lawyer at the American Civil Liberties Union of Southern California, recalled a case in which a man in his 30s with no previous criminal history gave someone a ride a few blocks. "They put him in for associating with gang members and being in a gang area even though it was a major intersection," she said.

Ms. Ochoa said the recent case in the San Fernando Valley underscored that increased regulations alone could not keep California residents from being wrongly identified as gang members. "No matter how good the standards for what's required to put someone in the database, law enforcement agencies will fabricate information to get people in there if they want them in there," she said.

Being labeled a gang member — and added to CalGang — has the potential to color every future interaction that person has with law enforcement, said Katharine Tinto, director of the Criminal Justice Clinic at University of California, Irvine School of Law. That person may be pulled over more frequently, face more serious charges if involved in a crime or be prioritized for deportation by Immigration and Customs Enforcement, she said.

Several news media outlets suggested that the Los Angeles Police Department officers were encouraged to mark people as gang members during traffic stops in order to meet quotas. Josh Rubenstein, the department's public information director, disputed those reports.

"There is no incentive to falsify a card," he said, adding, "We have no idea what the motive was behind this."

Reinforcing just how seriously the department takes such activity, he said, all involved officers have been assigned to inactive duty or removed from the field.

The investigation is expected to conclude within a year, Mr. Rubenstein said, adding that the consequences would depend on its results.

"Falsifying records is a fireable offense," he said.

**Heather Murphy** is a general assignment reporter who often writes about advances in DNA technology. More about Heather Murphy

A version of this article appears in print on , Section A, Page 15 of the New York edition with the headline: Officers Suspended After Boy Is Mislabeled a Gang Member

> **Sign up for California Today**  The news and stories that matter to Californians (and anyone else interested in the state), delivered weekday mornings. Get it sent to your inbox.

   AudioLive TV

# California pulls access to LAPD gang data in database after prosecutors say officers falsified records

By Douglas S. Wood, CNN
Published 3:17 PM EDT, Tue July 14, 2020



ROBYN BECK/AFP/Getty Images

More Los Angeles police officers are under investigation for allegedly falsifying gang records.

**(CNN)** — As 16 Los Angeles police officers remain under investigation for possibly fabricating evidence, California's attorney general revoked access to data that the LAPD entered in a state gang database.

Access to the LAPD data was revoked by the California Department of Justice, which oversees the database known as CalGang, state Attorney General Xavier Becerra said. That information makes up nearly 25% of the roughly 78,000 records in the database, according to Becerra.

Last week, three LAPD officers were charged with falsifying field interview cards with information that would later tag people as gang members or associates.

 **RELATED ARTICLE**
Prosecutors say three LAPD officers falsified gang information

State officials conducted an independent audit of LAPD records in the database after reports of alleged officer misuse earlier this year.

Case 6:21-cv-01100-EFM  Document 223-6  Filed 11/03/23  Page 5 of 5

11/2/23, 12:21 PM  California pulls LAPD gang data from state database after prosecutors say officers falsified data | CNN

An additional 16 Los Angeles officers are under criminal investigation for potentially falsely identifying people as gang members and fabricating evidence, according to the Los Angeles County District Attorney's office.



California Attorney General Xavier Becerra

"The case was submitted on 19 officers total," said Greg Risling, a spokesman for the DA's office. "The remaining cases are under review."

The LAPD declined to comment on the additional officers facing potential charges.

The three charged officers each face one count of conspiracy to obstruct justice and multiple counts of filing false police reports and preparing false documentary evidence, according to a 59-count criminal complaint filed by the district attorney's office.

LAPD Chief Michel Moore said last week that because of the ongoing misconduct investigations, the department no longer uses CalGang other than to remove people from it.

ADVERTISING



The LAPD said in a statement Friday that it is investigating 21 more officers regarding possible misuse of field identification cards. Field interview cards are used by officers to conduct interviews while they are on duty.

CalGang is a tool for law enforcement agencies to share gang-related intelligence.

"Public safety tools must provide a real benefit to the public and withstand the durability test of constant scrutiny," Becerra said. "It should now be obvious to everyone: CalGang must change."

Becerra encouraged law enforcement agencies to review their own gang records and calls on lawmakers to revisit the system.



**RELATED ARTICLE**
Up to 20 LAPD officers are under investigation for false gang labels

The issue was first discovered when a mother reported to the department that a letter from the LAPD mistakenly identified her son as a gang member, according to a police news release in January. The department found several falsifications in the document and initiated an investigation into the officers, the release said.

The LAPD said in January that up to 20 officers were under investigation for falsely identifying people as gang members in the database. The LAPD said it was ordering an audit of its CalGang activity.

That was followed in February by the state DOJ announcing that it would independently review LAPD's records in the database as well as policies regarding CalGang in response to the reports of officer abuse.

CNN's Steve Almasy, Stella Chan, Madeline Holcombe and Jon Passantino contributed to this report.