# EXHIBIT 95



## Three Percenters

The Three Percenters (also known as 3%ers, III%ers, and Threepers) is a far-right, anti-government extremist group founded in 2008 in the United States.

---

### KEY STATISTICS

| 2008 | 2014 | 2022 |
|------|------|------|
| **FIRST RECORDED ACTIVITY** | **FIRST ATTACK** | **PROFILE LAST UPDATED** |

### PROFILE CONTENTS



## Overview

Narrative of the Organization's History

OVERVIEW (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#TEXT_BLOCK_33905)

---



# Organization

Leadership, Name Changes, Size Estimates, Resources, Geographic Locations

ORGANIZATION (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33907)



# Strategy

Ideology, Aims, Political Activities, Targets, and Tactics

STRATEGY (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33915)



# Major Attacks

First Attacks, Largest Attacks, Notable Attacks

MAJOR ATTACKS (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#TEXT_BLOCK_33920)



# Interactions

Foreign Designations and Listings, Community Relations, Relations with Other Groups, State Sponsors and External Influences

INTERACTIONS (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33922)



# Maps

Mapping relationships with other militant groups over time

MAPS (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER#HIGHLIGHT_TEXT_33929)

## Contact MMP

Send a message to the Mapping Militants team.

**MAPPINGMILITANTS@LISTS.STANFORD.EDU** (MAILTO:MAPPINGMILITANTS@LISTS.STANFORD.EDU)

## Download Full Profile as PDF

Last updated March 2022.

**DOWNLOAD PDF** (HTTPS://STANFORD.BOX.COM/S/43F283AYR003A6259PWPT5KM0PAF3B78)

## Organizational Overview

**Formed:** 2008

**Disbanded:** Group is Active.

**First Attack:** April 2014: Members of the Three Percenters, including Eric Parker, the leader of the Idaho III%ers, joined far-right groups from across the nation in Bunkerville, Nevada, to participate in an armed standoff between the U.S. Bureau of Land Management and Cliven Bundy, a rancher who refused to pay federal grazing fees. They successfully prevented the confiscation of rancher Cliven Bundy's cattle. This operation – one of the organization's first – helped the Three Percenters gain national attention.[1] (#_ftn1) (0 killed, 0 wounded)

**Last Attack:** January 6, 2021: The Three Percenters participated in the storming of the U.S. Capitol alongside other far-right groups, including the Oath Keepers, Proud Boys, and QAnon supporters, in an attempt to halt the certification of Joe Biden's election. One police officer who engaged with protesters during the insurrection, Brian Sicknick, died of natural causes the day after the attack.[2] (#_ftn2) Four protesters died at various points throughout the event: one (Ashli Babbitt) was shot by Capitol Police, two died of natural causes and another of drug intoxication.[3] (#_ftn3) Approximately one hundred forty police officers were injured. The number of injured rioters remains unknown. Four police officers who responded to the attack died by suicide within seven months.[4] (#_ftn4) (5 killed, about 140 wounded)[5] (#_ftn5)

**Executive Summary**

The Three Percenters (also known as 3%ers, III%ers, and Threepers) is a far-right, anti-government extremist group founded in 2008 following the election of President Barack Obama. Considered to be one of the largest umbrella groups in the militia movement, the Three Percenters gain its name from the historically incorrect notion that only 3% of the population fought against the British in the American Revolution. The Three Percenters believe that small groups of armed citizens have a patriotic duty to defend the public from governmental tyranny. Three Percenter chapters often form traditional militia groups, though some chapters are not armed or only maintain an online presence. The concept for the Three Percenters group was created by Mike Vanderboegh, an Alabama-based right-wing extremist who also organized a group called the Sons of Liberty. Since the III%ers group structure remains largely decentralized, the organization is particularly prone to splinters and internal upheaval. The Three Percenters label now alludes to numerous militia chapters, including the III% Security Force, the III% United Patriots, the American Patriots III%, the III% Originals, and more. The Three Percenters are ardent supporters of the Second Amendment and actively oppose gun control policies. Some members have developed anti-Muslim attitudes and led armed protests against mosques. Others express anti-immigration attitudes, participating in patrols of the U.S.-Mexico border. The group regularly conducts armed protests and offers protection to political leaders aligned with III% ideology. The Three Percenters have also engaged in multiple armed standoffs with the federal government. On January 6, 2021, the group played an active role in storming the U.S. Capitol to disrupt the certification of Joe Biden's victory in the 2020 presidential election.

**Group Narrative**

The Three Percenters (also known as 3%ers, III%ers, and Threepers) was founded by Michael (Mike) Vanderboegh in 2008.[6] (# ftn6) It is composed of a loose coalition of local chapters with no centralized organization or authority.[7] (# ftn7) The group nominally has six tiers of leadership (National, Regional, State, Zone, District, County), though in reality there is no clear hierarchy of power within the Three Percenters. This profile uses the Three Percenters name to discuss broad trends in the evolution and activities of the group's constituent autonomous chapters. When possible, this profile refers to these chapters by name, which include the III% Security Force, the American Constitutional Elite III%, the III% United Patriots, the American Patriots the III%, the We the People III%, the III% Nation (III%N), the American Patriots the III%, the III% Republic (III%R), the III% Originals (III%O), and more.[8] (# ftn8)


**2008-2014: Early Beginnings**

Before creating the Three Percenters, Vanderboegh was a longtime leader of the 1990s militia movement, during which he served as an organizer for the Sons of Liberty and allegedly headed an Alabama militia group called the First Alabama Cavalry Regiment.[9] (# ftn9) In the mid-1990s, Vanderboegh became popular for his online newspaper, the Joe Doe Times, where he promoted anti-government conspiracy theories. In 2008, inspired by the ideology of the militia movement—namely the "New World Order" (NWO) conspiracy, which posits the secret emergence of a tyrannical world government— Vanderboegh created the Three Percenters.[10] (# ftn10)

The group centers around the debunked claim that only 3% of American colonists fought against the British during the fight for American independence. Three Percenters view themselves as modern day counterparts of those revolutionaries, fighting not against the British but rather the alleged tyranny of the U.S. federal government.[11] (# ftn11) According to Vanderboegh, "The Three Percent idea, the movement, the ideal, was designed to be a simple, powerful concept that could not be infiltrated or subjected to agents provocateurs like many organizations that I observed in the constitutional militia movement of the 90s."[12] (# ftn12)

Along with other right-wing, anti-government groups, the Three Percenters experienced a significant growth in membership following the election of U.S. President Barack Obama in 2008. The rise of social media allowed the group to spread its ideas online, particularly to young audiences. According to the Anti-Defamation League, individual Three Percenters "created Facebook pages or Facebook groups; by the mid-2010s, some of the latter had thousands and even tens of thousands of members."[13] (# ftn13) Unlike other right-wing groups, membership into the Three Percenters does not require law enforcement experience or paramilitary involvement.[14] (# ftn14) Consequently, the group gained many members who self-identified as Three Percenters, and rapidly established itself as one of the largest anti-government, right-wing umbrella groups in the United States.[15] (# ftn15)

From 2008 to 2014, the group remained relatively under the radar with most of its activity occurring online. There were several incidents, however, that called attention to Vanderboegh and the Three Percenters. For example, in 2011, four militia members from Georgia were arrested for plotting to attack four cities in the United States using explosives and the biological agent ricin.[16] (# ftn16) According to federal prosecutors, the men were inspired by Vanderboegh's self-published online novel *Absolved*, which Vanderboegh described as a "a cautionary tale for the out-of-control gun cops of the ATF" and "a combination field manual, technical manual and call to arms for my beloved gunnies of the armed citizenry."[17] (# ftn17) Vanderboegh denied having any connection to the plot.[18] (# ftn18) Additionally, in April 2013, a group of police officers in the Jersey City Police Department's Emergency Services Unit were disciplined for wearing Three Percenters patches.[19] (# ftn19)


**2014-2017: A Rise to Prominence by Controversial Activities**

The Three Percenters began conducting large-scale operations in 2014. The group made national headlines for participating in a 2014 armed standoff with federal agents in Nevada.[20] (# ftn20) Alongside the Oath Keepers, the Three Percenters sought to defy the confiscation of rancher Cliven Bundy's cattle land by the U.S. Bureau of Land Management.[21] (# ftn21) In 2015, one Three Percenter member, Eric Parker, traveled to Oregon and Montana to participate in additional armed standoffs with officers from the U.S. Forest Service.[22] (# ftn22)

In 2016, the Three Percenters, particularly the III% Security Force (SF), faced criticism for an attempted attack against Muslims in Kansas. Specifically, three militia members affiliated with the Three Percenters planned to bomb an apartment complex in Garden City, Kansas, where a number of immigrants from Somalia lived. Their militia group, known as the "Kansas Crusaders," grew out of the Kansas Security Force, a III% Security Force affiliate. The men were arrested before they could carry out their plans and were convicted with sentences of 25 to 30 years in prison. Following the arrests, both the Kansas Security Force and the leader of the III% Security Force, Chris Hill, attempted to distance themselves from the Kansas Crusaders (KC).[23] (# ftn23) Even so, III% SF members continued to engage in anti-Muslim activity. For example, in late 2016, III% SF members made headlines for their protests against the construction of a mosque in a small town in Georgia, which they claimed would be a training ground for the Islamic State. Many of the protestors showed up in overtly Islamophobic attire.[24] (# ftn24)

In 2017, the Three Percenters faced additional criticism after Jerry Varnell, a 23-year-old from Oklahoma, attempted to bomb a bank in Oklahoma City and testified in court that he ascribed to III%er ideology.[25](# ftn25) Less than a year later, in 2018, one of the men arrested in the 2017 bombing of the Dar Al-Farooq Islamic Center in Minnesota was also identified as a Three Percenters affiliate.[26](# ftn26)


## 2017-2020: Ideological Pivots and Splintering


In 2015, the Three Percenters began to strongly back Donald Trump's candidacy in the U.S. presidential election. As with other militia groups, the Three Percenters supported his pro-gun stance as well as his anti-Islamic and anti-immigrant rhetoric.[27](# ftn27) President Trump's victory in 2016 drove a shift in Three Percenter activity. With Trump at the head of the federal government, the group began to abandon its anti-government rhetoric and instead focus on opposing left-wing activists and protesters.[28](# ftn28)

The group's new focus on right-wing and left-wing politics was evidenced by the presence of Three Percenters at several political events. In August 2017, the Three Percenters were present at two left-leaning events in Kansas City, Missouri, to "monitor" proceedings as armed "observers."[29](# ftn29) Also in 2017, the Three Percenters appeared at several white supremacist events, including the "Unite the Right" rally in 2017 in Charlottesville, from which they later attempted to distance themselves.[30](# ftn30) Starting in 2019, the Three Percenters were present as "security" at pro-Trump rallies and offered to "protect" Republican representatives who oppose climate change legislation and gun control policies.[31](# ftn31) At the end of 2019, the Three Percenters showed up as counter-protesters at a rally where left-wing protestors demanded that Senate Majority Leader Mitch McConnell support the impeachment of Trump.[32](# ftn32)

The Three Percenters also targeted immigrants and Muslims. Group members mobilized against the presence of mosques and Muslim communities in Georgia.[33](# ftn33) Several chapters in the Three Percenter umbrella also participated in "vigilante border patrols" at the U.S.-Mexico border and have reportedly held immigrants at gunpoint.[34](# ftn34)

As the Three Percenters adopted a more political focus, schisms emerged within the group. Disagreements developed among constituent Three Percenters chapters, and group members criticized and defected to other chapters within the broader movement. In 2018, a Three Percenter chapter called the III% Originals issued a forceful statement against the III% Security Force. The III% Originals condemned Chris Hill (the leader of the III%SF) for creating an anti-government and Islamophobic environment within the III% SF and reaffirmed their commitment to "protect the rights of all citizens regardless of their skin color, creed, or religious affiliation." The statement also asserted that any member of the III% Originals found to be associating with the III% SF would be "immediately removed from our group permanently."[35](# ftn35) Then, in late 2019, several III% SF members publicly denounced Hill for a string of abuses and aggressive behavior. After audio leaked from an exchange in which Hill discussed killing and raping a member of the militia movement, the Security Force began to disintegrate.[36](# ftn36) After further disagreements with Hill, more than six out of the nine Security Force chapters defected from Hill and aligned with Skylar Steward, the leader of the III%SF Ohio. Steward and the six new chapters subsequently formed the American Constitutional Elites III% (A.C.E. III%).[37](# ftn37)

After the onset of the COVID-19 pandemic, Three Percenters both organized and participated in protests against state lockdown requirements.[38](# ftn38) In May 2020, for example, Three Percenter members breached the grounds of Kentucky Governor Andy Beshear's mansion, where they heckled the occupants about the state's COVID-19 policies and hung an effigy of the governor on a tree. [39](# ftn39) The Three Percenters also carried out several activities in response to Black Lives Matter demonstrations following the death of George Floyd on May 25, 2020. Three Percenters chapters organized several armed marches and counter-protest rallies to BLM and anti-fascist (antifa) demonstrations.[40](# ftn40)

Following the election of U.S. President Joe Biden on November 7, 2020, Three Percenters members participated in protests to pressure officials to overturn the allegedly fraudulent results of the election. In Georgia, members of the III% Security Force, including leader Chris Hill, appeared at a Stop the Steal rally at the Georgia State Capitol on November 7, 2020.[41](# ftn41) Later that month, Hill posted a video about the election to social media, in which he fired an assault rifle and declared, "These next 45 days are going to be packed with violence."[42](# ftn42)

While the Three Percenters continued to be highly active throughout 2017-2020, the group's membership declined during that period. According to the *Anti-Defamation* League, "the number of organized Three Percenter groups—both online and in the real world—has decreased." This reduction in membership is likely a result of both the splintering of Three Percenter chapters and the broader movement's ideological inconsistencies, including its simultaneous antipathy toward the federal government and support of the Trump administration.[43](# ftn43)


## 2021-2022: The 2020 Election, the Storming of the U.S. Capitol, and Federal Investigations

On January 6, 2021, the Three Percenters participated in the storming of the U.S. Capitol, seeking to prevent the certification of Joe Biden as the victor of the 2020 presidential election. The Three Percenters was present at the Capitol alongside a large group of Donald Trump supporters and right-wing militia groups, including the Oath Keepers, the Proud Boys, and adherents of the QAnon conspiracy theory.[44] (# ftn44) A journalist present during the Capitol Riot reported that some people wore "Three Percenter badges."[45] (# ftn45) As Congress convened to determine electoral vote counts, an estimated 800 rioters stormed and entered the Capitol building.[46] (# ftn46) Representatives were forced to postpone the electoral count for several hours. 138 police officers were injured during the Capitol riot and one, Officer Brian Sicknick, died the following day of natural causes.[47] (# ftn47) Four protestors died during the event: one (Ashli Babbit) was shot by Capitol Police, two died of natural causes and another of drug intoxication.[48] (# ftn48) The number of protestors injured remains unknown.[49] (# ftn49)

In March 2021, prosecutors in Washington, D.C., released court documents indicating that the Three Percenters coordinated with leaders of the Oath Keepers and Proud Boys. The documents reveal that the three right-wing militia groups were "in close contact" prior to the event and "formed an alliance" to conspire against the certification of Biden's victory.[50] (# ftn50) The Three Percenters, Oath Keepers, and Proud Boys also became the focus of an FBI investigation of the January 6 violence.[51] (# ftn51)

Several Three Percenters have faced charges in relation to the Capitol riot. Guy Wesley Reffitt, a self-described Three Percenter from Texas, was arrested on January 18, 2021 on charges of trespassing on restricted grounds at the U.S. Capitol and obstruction of justice.[52] (# ftn52) On March 8, 2022, a federal jury convicted Reffitt on five counts.[53] (# ftn53) . Reffitt will be sentenced on June 8, 2022. He could face up to 60 years in prison.[54] (# ftn54) In addition, Robert Gieswein of Colorado, another member of the Three Percenters, was charged in late January 2021 with assaulting a federal officer with an aerosol irritant spray and baseball bat, obstructing an official proceeding, destroying government property, and trespassing.[55] (# ftn55) Gieswein's trial was originally scheduled for February 1, 2022, although it had to be postponed due to an outbreak of COVID-19 at the jail where he is being held. The jury selection for his trial is set to begin on April 28.[56] (# ftn56) On June 10, 2021, federal prosecutors filed a conspiracy indictment against six men affiliated with the Three Percenters. The prosecutors reported that the six accused men communicated via text, Facebook, and the chatting app, Telegram, to attend the January 6 protests and be "ready and willing to fight."[57] (# ftn57)

The insurrection divided the Three Percenter organization, and several chapters sought to distance themselves from the violence. The Three Percenter's "National Council," which allegedly "oversaw the group," was dissolved in February 2021, writing in a statement that "the DC riots and Capitol breach has hurt the patriot movement drastically and as a result brought an end to our organization."[58] (# ftn58) The Three Percenters still maintain a national presence, though the fallout of the Capitol riot may cause additional fracturing within the movement.

[1] (# ftnref1) Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Anthony Shafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada (https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada) .; Wyler, Grace. "The Bundy Ranch Standoff Was Only the Beginning for America's Right-Wing Militias." *VICE News*. April 16, 2014. https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias (https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias) .; Childress, Sarah. "The Battle Over Bunkerville: The Bundys, the Federal Government and the New Militia Movement." *PBS Frontline*. May 16, 2017. https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/ (https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/) .

[2] (# ftnref2) Wise, Alana. "Capitol Police Officer Brian Sicknick Died Of Natural Causes, Medical Examiner Rules." *NPR*. April 19, 2021. https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru (https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru) .

[3] (# ftnref3) Jansen, Bart. "Cause of death released for 4 of 5 people at Capitol riot – but not Officer Brian Sicknick." *USA Today*. April 7, 2021. https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/ (https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/) .

[4] (# ftnref4) Wolfe, Jan. "Four officers who responded to U.S. Capitol attack have died by suicide." *Reuters*. August 2, 2021. https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/ (https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/) .

[5] (# ftnref5) Schmidt, Michael S. and Luke Broadwater. "Officers' Injuries, Including Concussions, Show Scope of Violence at Capitol Riot." *The New York Times*. February 11, 2021. https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html (https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html) .; McEvoy, Jemima. "Woman Possibly 'Crushed To Death': These Are The Five People Who Died Amid Pro-Trump Riots." Forbes. January 8, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-

pro-trump-riots/?sh=64f9e77d737c (https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c).

[6] (# ftnref6) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0).

[7] (# ftnref7) Three Percenters." *Anti-Defamation League*. N.d.

https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[8] (# ftnref8) Stall, Hampton et al. "Right-Wing Militia Groups & the US Election." ACLED. October 23, 2020. https://acleddata.com/2020/10/21/standing-by-militias-election/ (https://acleddata.com/2020/10/21/standing-by-militias-election/).; "Antigovernment Movement." *Southern Poverty Law Center*. 2020. https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment).

[9] (# ftnref9) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0).; "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[10] (# ftnref10) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[11] (# ftnref11) Perliger, Arie. *American Zealots: Inside Right-Wing Domestic Terrorism*. Columbia University Press, New York: 2020.; "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/glossary-terms/three-percenters (https://www.adl.org/resources/glossary-terms/three-percenters).

[12] (# ftnref12) Vanderboegh, Mike. "A Brief Three Percent Catechism – A discipline not for the faint-hearted." *Sipsey Street Irregulars*. June 29, 2014. http://sipseystreetirregulars.blogspot.com/2014/06/a-brief-three-percent-catechism.html (http://sipseystreetirregulars.blogspot.com/2014/06/a-brief-three-percent-catechism.html).

[13] (# ftnref13) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[14] (# ftnref14) The Oath Keepers, for example, targets current and former military and law enforcement personnel for recruitment. The organization has two tiers of members: "full members" and "associate members." Only retired and active-duty military personnel and first responders are entitled to full membership; others must join as associate members. See the Oath Keepers profile on Mapping Militants for more information.

[15] (# ftnref15) Three Percenters." *Anti-Defamation League*. N.d.

https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).

[16] (# ftnref16) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0).; Beutel, Alejandro J and Daryl Johnson. "The Three Percenters: A Look Inside an Anti-Government Militia." *Newlines Institute for Strategy and Policy*. February 2021. https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf (https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf).

[17] (# ftnref17) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0).; Kellogg, Carolyn. "Online novel' allegedly inspired Georgia terrorism suspects." *Los Angeles Times*. November 3, 2011. https://latimesblogs.latimes.com/jacketcopy/2011/11/online-novel-inspir... (https://latimesblogs.latimes.com/jacketcopy/2011/11/online-novel-inspired-georgia-terrorism-suspects.html).

[18] (# ftnref18) Rhett Miller, Joshua. "Author of Novel Cited by Georgia Militia Suspects Says His Work Was Misinterpreted." *Fox News*. November 29, 2015. https://www.foxnews.com/us/author-of-novel-cited-by-georgia-militia-suspects-says-his-work-was-misinterpreted (https://www.foxnews.com/us/author-of-novel-cited-by-georgia-militia-suspects-says-his-work-was-misinterpreted).

[19] (# ftnref19) Conte, Michaelangelo. "Jersey City police brass identify a pro-militia clique in the department and say they've been stopped." *The Jersey Journal*. April 29, 2013. https://www.nj.com/jjournal-news/2013/04/jersey_city_police_brass_ident... (https://www.nj.com/jjournal-news/2013/04/jersey_city_police_brass_ident.html).

[20] (# ftnref20) Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Anthony Shafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada

(https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada)

[21] (# ftnref21) Wyler, Grace. "The Bundy Ranch Standoff Was Only the Beginning for America's Right-Wing Militias." *VICE News*. April 16, 2014. https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias (https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias) .; Childress, Sarah. "The Battle Over Bunkerville: The Bundys, the Federal Government and the New Militia Movement." *PBS Frontline*. May 16, 2017. https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/ (https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/) . For more information on the Bundy Ranch Standoff and the role of the Oath Keepers, see the Mapping Militants Project's profile on the Oath Keepers, accessible at https://cisac.fsi.stanford.edu/mappingmilitants/profiles/oath-keepers (https://cisac.fsi.stanford.edu/mappingmilitants/profiles/oath-keepers)

[22] (# ftnref22) Allam, Hannah. "Militia Leader Known As The 'Bundy Ranch Sniper' Seeks A New Title: State Senator." *NPR*. October 22, 2020. https://www.npr.org/2020/10/22/926279072/militia-leader-known-as-the-bundy-ranch-sniper-seeks-a-new-title-senator (https://www.npr.org/2020/10/22/926279072/militia-leader-known-as-the-bundy-ranch-sniper-seeks-a-new-title-senator) .

[23] (# ftnref23) Barrouquere, Brett. "3 Members of a Kansas Militia Once Plotted To Bomb a Mosque, Now Are Going to Prison." *Southern Poverty Law Center*. January 25, 2019. https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison (https://splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison) .; Piggott, Stephen. "Men Arrested in Plot to Bomb Kansas Apartment Complex, Mosque Following Presidential Election." *Southern Poverty Law Center*. October 14, 2016. https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election (https://splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election) .; "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch*. June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .

[24] (# ftnref24) Teague, Matthew. "Armed '3%' militia fights against proposed mosque in tiny Georgia town." *The Guardian*. October 13, 2016. https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville (https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville) .; "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch*. June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .

[25] (# ftnref25) Fernandez, Manny. "Bombing Plot in Oklahoma City Is Thwarted With Arrest, F.B.I. Says." *The New York Times*. August 14, 2017. https://www.nytimes.com/2017/08/14/us/oklahoma-van-bomb-domestic-terrorism.html (https://www.nytimes.com/2017/08/14/us/oklahoma-van-bomb-domestic-terrorism.html) .; "Jury convicted man in Oklahoma City federal bomb plot trial." *Associated Press*. February 25, 2019.

[26] (# ftnref26) Sankin, Aaron and Will Caless. "The Hate Report: Get to know the Three Percenter." *Reveal*. March 16, 2018. https://revealnews.org/blog/hate-report-get-to-know-the-three-percenters/ (https://revealnews.org/blog/hate-report-get-to-know-the-three-percenters/) .

[27] (# ftnref27) Schechter, Asher. "Preparing for 'An All-out War': Why Anti-government Militias Are Taking Up Arms for Trump." Haaretz. August 16, 2017. https://www.haaretz.com/us-news/.premium-why-anti-government-militias-are-suddenly-taking-up-their-arms-for-trump-1.5443110 (https://www.haaretz.com/us-news/.premium-why-anti-government-militias-are-suddenly-taking-up-their-arms-for-trump-1.5443110) .

[28] (# ftnref28) Three Percenters." *Anti-Defamation League*. N.d.

https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[29] (# ftnref29) "Armed militia at peaceful Missouri protests raises concerns." *KY3*. September 2, 2017. https://www.ky3.com/content/news/Armed-militia-at-peaceful-Missouri-protests-raises-concerns-442549833.html (https://www.ky3.com/content/news/Armed-militia-at-peaceful-Missouri-protests-raises-concerns-442549833.html) .

[30] (# ftnref30) Kozlowska, Hanna. "Who were the armed, camouflaged men in Charlottesville who have nothing to do with the military?" *Quartz*. August 15, 2017. https://qz.com/1053604/who-were-the-armed-camouflaged-men-in-charlottesville-who-have-nothing-to-do-with-the-military/ (https://qz.com/1053604/who-were-the-armed-camouflaged-men-in-charlottesville-who-have-nothing-to-do-with-the-military/) .; McKenzie, Bryan. "Militia member speaks about group's role at rally." *The Daily Progress*. https://dailyprogress.com/news/local/militia-member-speaks-about-group-s-role-at-rally/article_e6765d00-85f9-11e7-8e2f-3baf6f9c497a.html (https://dailyprogress.com/news/local/militia-member-speaks-about-group-s-role-at-rally/article_e6765d00-85f9-11e7-8e2f-3baf6f9c497a.html) .

[31] (# ftnref31) Boothe, Daniel. "Pro-Trump rally draws militia to Calder Plaza." *WGVU News*. March 4, 2017. https://www.wgvunews.org/post/pro-trump-rally-draws-militia-calder-plaza (https://www.wgvunews.org/post/pro-trump-rally-draws-militia-calder-plaza) .; Shen-Berro, Julian. "Oregon Paramilitary Group Pledges To Defend GOP Climate Bill Opponents In Hiding." *HuffPost*. June 25, 2019. https://www.huffpost.com/entry/three-percenters-oregon-senate_n_5d0d08a5e4b0a3941861ee1a (https://www.huffpost.com/entry/three-percenters-oregon-senate_n_5d0d08a5e4b0a3941861ee1a) .

[32] (# ftnref32) Jackson, Kyeland. "Protesters Rally in Louisville, Demanding McConnell Remove Trump From Office." *89.3 WFPL*. December 17, 2019. https://wfpl.org/protesters-rally-in-louisville-demanding-mcconnell-remove-trump-from-office/ (https://wfpl.org/protesters-rally-in-louisville-demanding-mcconnell-remove-trump-from-office/).

[33] (# ftnref33) Beutel, Alejandro J and Daryl Johnson. "The Three Percenters: A Look Inside an Anti-Government Militia." *Newlines Institute for Strategy and Policy*. February 2021. https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf (https://newlinesinstitute.org/wp-content/uploads/20210225-Three-Percenter-PR-NISAP-1.pdf).; Teague, Matthew. "Armed '3%' militia fights against proposed mosque in tiny Georgia town." *The Guardian*. October 13, 2016. https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville (https://www.theguardian.com/us-news/2016/oct/13/three-percent-militia-georgia-muslim-mosque-isis-doraville/).

[34] (# ftnref34) Krause, Kevin. "Feds are looking for militia man with 'violent tendencies' who mounted armed patrol on South Texas border." *The Dallas Morning News.* August 9, 2019. https://www.dallasnews.com/news/crime/2019/08/09/feds-are-looking-for-militia-man-with-violent-tendencies-who-mounted-armed-patrols-on-south-texas-border/ (https://www.dallasnews.com/news/crime/2019/08/09/feds-are-looking-for-militia-man-with-violent-tendencies-who-mounted-armed-patrols-on-south-texas-border/).; Feldbab-Brown, Vanda and Elisa Norio. "What border vigilantes taught US right-wing armed groups." *The Brookings Institution*. March 12, 2021. https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/ (https://www.brookings.edu/articles/what-border-vigilantes-taught-us-right-wing-armed-groups/).

[35] (# ftnref35) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).; Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat.* August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/).

[36] (# ftnref36) "Percent of a Percent: Assessing the transformation of a fractured III%." *Militia Watch*. September 11, 2020. https://militia.watch/read/percent-of-a-percent/ (https://militia.watch/read/percent-of-a-percent/).

[37] (# ftnref37) "Three Percent Security Force's Split Highlights Plague of Infighting." *Southern Poverty Law Center.* September 6, 2019. https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting (https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting/).

[38] (# ftnref38) "Extremists Involved in Nationwide Protests Against Coronavirus Restrictions." *Anti-Defamation League.* April 20, 2020. https://www.adl.org/blog/extremists-involved-in-nationwide-protests-against-coronavirus-restrictions (https://www.adl.org/blog/extremists-involved-in-nationwide-protests-against-coronavirus-restrictions/).

[39] (# ftnref39) Silverman, Hollie. "An effigy of Kentucky Gov. Beshear was hung from a tree at the end of a Second Amendment rally." *CNN*. May 25, 2020. https://www.cnn.com/2020/05/25/us/kentucky-governor-andy-beshear-effigy/index.html (https://www.cnn.com/2020/05/25/us/kentucky-governor-andy-beshear-effigy/index.html).; Stracqualursi, Veronica. "Kentucky governor responds to protesters who hung effigy of him: 'They will not intimate me.'" *CNN*. May 29, 2020. https://www.cnn.com/2020/05/25/us/kentucky-governor-andy-beshear-effigy/index.html (https://www.cnn.com/2020/05/25/us/kentucky-governor-andy-beshear-effigy/index.html).

[40] (# ftnref40) Kenning, Chris et al. "Opposing armed militias converge in Louisville, escalating tensions but avoiding violence." *Louisville Courier Journal.* July 25, 2020. https://www.courier-journal.com/story/news/local/2020/07/25/louisville-protests-nfac-three-percenters-expected-demonstrate/3288198001/ (https://www.courier-journal.com/story/news/local/2020/07/25/louisville-protests-nfac-three-percenters-expected-demonstrate/3288198001/).

[41] (# ftnref41) Boone, Christian, Chris Joyner, and Janel Davis. "Trump supporters rally at Georgia Capitol, elsewhere in Atlanta." *The Atlanta-Journal Constitution*. November 7, 2020. https://www.ajc.com/politics/election/trump-supporters-rally-at-georgia-capitol-elsewhere-in-atlanta/V4LEZAEPDJEAJMNYX5UTDTLCNQ/ (https://www.ajc.com/politics/election/trump-supporters-rally-at-georgia-capitol-elsewhere-in-atlanta/V4LEZAEPDJEAJMNYX5UTDTLCNQ/).; "Antigovernment Movement." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment).; "SPLC Action." *Southern Poverty Law Center.* May 26, 2021. https://www.splcactionfund.org/sites/default/files/final%20SPLC%20Action%20Fund%20statement%20House%20Oversight%20Civil%20Rights (https://www.splcactionfund.org/sites/default/files/final%20SPLC%20Action%20Fund%20statement%20House%20Oversight%20Civil%20Rights%20and%20Civil%20Liberties%2...).

[42] (# ftnref42) Joyner, Chris. "Georgia at high risk of militia threat around elections, new report says." *The Atlanta Journal-Constitution*. October 22, 2020. https://www.ajc.com/news/georgia-at-high-risk-of-militia-threat-around-elections-new-report-says/5ZWUJWXY35DMXHCCEN735CSPFY/ (https://www.ajc.com/news/georgia-at-high-risk-of-militia-threat-around-elections-new-report-says/5ZWUJWXY35DMXHCCEN735CSPFY/).

[43] (# ftnref43) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .; "Standing By: Right-Wing Militia Groups & the US Election." *Armed Conflict Location & Event Data Project*. October 2020. https://acleddata.com/acleddatanew/wp-content/uploads/2020/10/ACLEDMilitiaWatch_StandingByMilitiaGroups_2020Web.pdf (https://acleddata.com/acleddatanew/wp-content/uploads/2020/10/ACLEDMilitiaWatch_StandingByMilitiaGroups_2020Web.pdf) .

[44] (# ftnref44) Valentino-DeVries, Jennifer, Denise Lu, Eleanor Lutz, and Alex Leeds Matthews. "A Small Group of Militants' Outsize Role in the Capitol Attack." *The New York Times*. February 21, 2021. https://www.nytimes.com/interactive/2021/02/21/us/capitol-riot-attack-militants.html (https://www.nytimes.com/interactive/2021/02/21/us/capitol-riot-attack-militants.html) .

[45] (# ftnref45) Liu, Diana. "Who are these militia seen charging up the steps during the US Capitol siege?" *The Observers*. January 12, 2021. https://observers.france24.com/en/americas/20210112-us-militia-oath-keepers-three-percenters-capitol-assault (https://observers.france24.com/en/americas/20210112-us-militia-oath-keepers-three-percenters-capitol-assault) .

[46] (# ftnref46) Hsu, Spencer S., Peter Hermann, and Emily Davies. "Two arrested in assault on police officer Brian D. Sicknick, who died after Jan. 6 Capitol riot." *The Washington Post*. March 15, 2021. https://www.washingtonpost.com/local/legal-issues/two-arrested-in-assault-on-police-officer-brian-d-sicknick-who-died-after-jan-6-capitol-riot/2021/03/15/80261550-84ff-11eb-bfdf-4d36dab83a6d_story.html (https://www.washingtonpost.com/local/legal-issues/two-arrested-in-assault-on-police-officer-brian-d-sicknick-who-died-after-jan-6-capitol-riot/2021/03/15/80261550-84ff-11eb-bfdf-4d36dab83a6d_story.html) .

[47] (# ftnref47) Schmidt, Michael S. and Luke Broadwater. "Officers' Injuries, Including Concussions, Show Scope of Violence at Capitol Riot." *The New York Times*. February 11, 2021. https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html (https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html) .; Wise, Alana. "Capitol Police Officer Brian Sicknick Died Of Natural Causes, Medical Examiner Rules." *NPR*. April 19, 2021. https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru (https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru) .

[48] (# ftnref48) Jansen, Bart. "Cause of death released for 4 of 5 people at Capitol riot – but not Officer Brian Sicknick." *USA Today*. April 7, 2021. https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/ (https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/) .

[49] (# ftnref49) McEvoy, Jemima. "Woman Possibly 'Crushed To Death': These Are The Five People Who Died Amid Pro-Trump Riots." Forbes. January 8, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c (https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c) .

[50] (# ftnref50) Lambe, Jerry. "'Wait for the 6th When We Are All in DC to Insurrection': New Communications Indicate Coordination Between Oath Keepers, Proud Boys, and Three-Percenters." March 24, 2021. https://lawandcrime.com/u-s-capitol-siege/wait-for-the-6th-when-we-are-all-in-dc-to-insurrection-new-communications-indicate-coordination-between-oath-keepers-proud-boys-and-three-percenters/ (https://lawandcrime.com/u-s-capitol-siege/wait-for-the-6th-when-we-are-all-in-dc-to-insurrection-new-communications-indicate-coordination-between-oath-keepers-proud-boys-and-three-percenters/) .

[51] (# ftnref51) Barrett, Devlin and Spencer S. Hsu. "FBI probes possible connections between extremist groups at heart of Capitol violence." *The Washington Post*. January 18, 2021. https://www.washingtonpost.com/national-security/oath-keeper-three-percenter-arrests/2021/01/17/27e726f2-5847-11eb-a08b-f1381ef3d207_story.html (https://www.washingtonpost.com/national-security/oath-keeper-three-percenter-arrests/2021/01/17/27e726f2-5847-11eb-a08b-f1381ef3d207_story.html) .

[52] (# ftnref52) Diaz, Jaclyn and Rachel Treisman. "Members of Right-Wing Militias, Extremist Groups are Latest Charged in Capitol Siege." *NPR*. January 19, 2021. https://www.npr.org/sections/insurrection-at-the-capitol/2021/01/19/958240531/members-of-right-wing-militias-extremist-groups-are-latest-charged-in-capitol-si (https://www.npr.org/sections/insurrection-at-the-capitol/2021/01/19/958240531/members-of-right-wing-militias-extremist-groups-are-latest-charged-in-capitol-si) .; Cheney, Kyle. "Capitol rioter boasted he could access powerful weapons to 'take back' country, prosecutors say." *Politico*. March 13, 2021. https://www.politico.com/news/2021/03/13/capitol-rioter-weapons-475744 (https://www.politico.com/news/2021/03/13/capitol-rioter-weapons-475744) .; Hill, Clara. "'Three Percenter' first to be federally charged with transporting firearm for unlawful use in Capitol riot." *Independent*. June 18, 2021. https://www.independent.co.uk/world/americas/crime/capitol-riot-trump-firearms-violation-b1868431.html (https://www.independent.co.uk/world/americas/crime/capitol-riot-trump-firearms-violation-b1868431.html) .

[53] (# ftnref53) Feuer, Alan. "Texas Man Convicted in First Jan. 6 Trial." *The New York Times*. March 8, 2022. https://www.nytimes.com/2022/03/08/us/politics/guy-reffitt-jan-6-trial... (https://www.nytimes.com/2022/03/08/us/politics/guy-reffitt-jan-6-trial.html) .

[54] (# ftnref54) Legare, Robert. "Guy Reffitt, first January 6 defendant to stand trial, found guilty on all charges." *CBS News*. March 9, 2022. https://www.cbsnews.com/news/guy-reffitt-january-6-capitol-riot-guilty/ (https://www.cbsnews.com/news/guy-reffitt-january-6-capitol-riot-guilty/) .

[55] (#_ftnref55) Oravetz, Janet. "Woodland Park man indicted on 6 counts related to Capitol riot appears in court Friday." *9News Denver*. January 28, 2021. https://www.9news.com/article/news/crime/robert-geiswein-indicted-capitol-riots/73-8d2fa5d8-100b-493b-bd8f-9a9a17a6602b (https://www.9news.com/article/news/crime/robert-geiswein-indicted-capitol-riots/73-8d2fa5d8-100b-493b-bd8f-9a9a17a6602b) .; "Robert Gieswein – Indictment – Department of Justice." *Department of Justice*. January 27, 2021. https://www.justice.gov/opa/page/file/1361206/download (https://www.justice.gov/opa/page/file/1361206/download) .

[56] (#_ftnref56) Sarakshi, Rai. "Colorado man accused in Capitol riot has trial delayed after DC Jail goes into COVID-19 lockdown." *The Hill*. January 20, 2022. https://thehill.com/regulation/court-battles/590662-jan-6-accused-trial… (https://thehill.com/regulation/court-battles/590662-jan-6-accused-trial-delayed-after-dc-jail-goes-into-covid-lockdown) .

[57] (#_ftnref57) Feuer, Alan and Matthew Rosenberg. "6 Men Said to Be Tied to Three Percenters Movement Are Charged in Capitol Riot." *The New York Times*. June 10, 2021. https://www.nytimes.com/2021/06/10/us/politics/three-percenter-capitol-riot.html (https://www.nytimes.com/2021/06/10/us/politics/three-percenter-capitol-riot.html) .

[58] (#_ftnref58) Villarreal, Daniel. "Capitol Rioter Guy Reffitt Denied Release to Family Who Turned Him in After he Threatened Them." *Newsweek*. March 16, 2021. https://www.newsweek.com/capitol-rioter-guy-reffitt-denied-release-family-who-turned-him-after-he-threatened-them-1576663 (https://www.newsweek.com/capitol-rioter-guy-reffitt-denied-release-family-who-turned-him-after-he-threatened-them-1576663) .; Owen, Tess. "This Three Percenter Militia Group Just Cancelled Itself Because of the Capitol Riots." *Vice*. February 26, 2021. https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots (https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots) .

## Organizational Structure

Leadership, Name Changes, Size Estimates, Resources, Geographic Locations



| LEADERSHIP | ⌄ |
| --- | --- |
| Leadership | ✓ |
| Name Changes | |
| Size Estimates | |
| Resources | |
| Geographic Locations | |

Council," it is unclear what role it plays within the overall movement.[3] (#_ftn3) The leaders of the state-wide groups grant themselves self-selected names and ranks rather than organizing in the specified tiers. Generally, leaders name themselves with military titles.[4] (#_ftn4) The main leader of the group is given the designation of "General," though lower ranks do not seem to represent an official chain of command. The groups also refer to one another with "callsigns," or codenames, to disguise their identity online or over radio-comms. For example, Chris Hill, the leader of the III% Security Force, one of the splinter groups of the Three Percenters, refers to himself as "General Bloodagent."[5] (#_ftn5)

The Three Percenter label refers to a broad collection of splintered chapters, which include the III% Security Force, the American Constitutional Elite III%, the III% United Patriots, the American Patriots the III%, the We the People III%, the III% Nation (III%N), the American Patriots the III%, the III% Republic (III%R), the III% Originals (III%O), and more.[6] (#_ftn6) The organization is particularly prone to internal upheaval, and there are continual changes in leadership. The following section outlines the most important founders and leaders within the movement.

**Michael Vanderboegh (2008-2016):** The Three Percenters were founded by Michael (Mike) Vanderboegh in 2008 following the rise of the Tea Party nationalism movement in the United States and the election of President Barack Obama.[7] (#_ftn7) Vanderboegh was previously a member of the 1990s Patriot militia movement and of the Sons of Liberty militia in Alabama before leading the Alabama Cavalry Regiment Constitutional Militia. In the 2000s, Vanderboegh also affiliated with an anti-immigrant group known as the Alabama Minuteman Support Team.[8] (#_ftn8) In 2008, he started a blog called the "Sipsey Street Irregulars" to publicize his upcoming novel and mobilize far-right militia groups. On the blog, Vanderboegh announced the formation of the "Three Percenters," whose purpose was to reactivate former 1990s militia

groups and create an anti-gun control/pro-Second Amendment movement.[9](# ftn9) He claimed that the Three Percenters stood for an alleged three percent of gun owners who "will not disarm, will not compromise and will no longer back up at the passage of the next gun control act." Vanderboegh declared that the "Three Percenters were committed to the 'restoration of the Founders' Republic" and were willing to fight and to kill "in the defense of ourselves and the Constitution."[10](# ftn10) His book, *Absolved,* inspired ricin attacks in Georgia in 2011, and his blog encouraged criminal violence against Democratic offices during the passing of a health care reform bill in 2010.[11](# ftn11) Vanderboegh primarily served as the ideological founder of the Three Percenters and never held any formal leadership position or membership within the organization. In 2016, Mike Vanderboegh died after a five-year-long battle with cancer.[12](# ftn12) Vanderboegh's ideology and posts from the Sipsey Street Irregulars blog continue to permeate the Three Percenter organization.

**Chris Hill (2011-present):** Chris Hill, also known as "General Bloodagent," is the leader of the III% Security Force (III%SF), the largest faction of the loose-knit Three Percenter movement.[13](# ftn13) The III% Security Force is headquartered in Georgia, from which base Chris Hill coordinates with other Three Percenter chapters nationally. As of 2011, reports indicated that Hill was the chief moderator of the Three Percenter website and the leader of national recruitment efforts. Hill has also livestreamed many Three Percenter rallies and training sessions. To publicize the ideology and goals of the Three Percenter movement, Hill has posted videos online announcing Three Percenter policy priorities and events. Hill has encouraged open discussions about the Three Percenters with media sources and even starred in a *Vice* documentary film in 2017.[14](# ftn14) However, since 2016, there has been internal pushback against Hill's influence in the organization. In 2018, another branch of the Three Percenter movement, the III% Originals, released a statement in which they condemned Chris Hill as Islamophobic and an "anti-government extremist."[15](# ftn15) In 2019, III%SF members publicly denounced Hill for abuses and aggressive behavior. After a leaked audio exchange in which Hill discussed killing and raping a member of the militia movement, the Security Force began to disintegrate.[16](# ftn16) Six out of the nine chapters that Hill led ultimately defected from him and aligned with Skylar Steward, the leader of the III%SF Ohio. Steward and the six new chapters subsequently formed the American Constitutional Elites III% (A.C.E. III%).[17](# ftn17)

**Skylar Steward: (Unknown-present):** Skylar Steward, also known as "Skydog," has led the Ohio III%SF for several years.[18](# ftn18) Following the internal III%er schism in September 2019, Steward inherited more than six of the nine III% Security Force chapters and formed the American Constitutional Elites (A.C.E.) III%.[19](# ftn19) Steward also mended ties with Chris Hill's adversary, James Stachowiak, also known as "Johnny Infidel."[20](# ftn20) Steward left his leadership position in the A.C.E. III% to continue developing his new organization, the Ohio Patriots III%.[21](# ftn21) Steward has insisted that he is not Islamophobic or racist, despite having equated antifa and Black Lives Matter with white supremacist groups like the Ku Klux Klan.[22](# ftn22) Steward was also actively involved in III%er anti-abortion activism after 2019 and armed rallies against Black Lives Matter protests after 2020.[23](# ftn23)

**Other Prominent Leaders: (Unknown-present)**: One of the larger collections of Three Percenter chapters outside of the Security Force III% is the III% United Patriots, headquartered in Colorado. Ex-Marine **Tim Delpiero** is a prominent leader of the III% United Patriots. As of 2016, Delpiero led a III% United Force quick-response force known as the "Ghost of our Forefathers."[24](# ftn24) The American Patriots III% has considerable overlap with the III% United Patriots and was founded by **Scott Seddon**.[25](# ftn25) The III% Originals, known for its criticism of Chris Hill, is partially led by **Kaleb Hill**, an infantry combat veteran.[26](# ftn26) Other prominent leaders include **Eric Parker**, who founded the Real 3% of Idaho, and **Matt Marshall**, the founder and leader of the Washington Three Percent.[27](# ftn27)

---

[1](# ftnref1) "The Three Percenters: Framework of Freedom, A guide to being a Three Percenter." October 14, 2016. http://anyflip.com/lfui/enst/basic (http://anyflip.com/lfui/enst/basic) .

[2](# ftnref2) Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[3](# ftnref3) Owen, Tess. "This Three Percenter Militia Group Just Cancelled Itself Because of the Capitol Riots." *Vice.* February 26, 2021. https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots (https://www.vice.com/en/article/3anmkv/this-three-percenter-group-just-cancelled-itself-because-of-the-capitol-riots) .

[4](# ftnref4) Hampton, Stall. "GSFIII, Resistance, and Elections 2016." *Medium.* November 6, 2016. https://medium.com/militiawatch/gsfiii-resistance-and-elections-2016-645f088b6257 (https://medium.com/militiawatch/gsfiii-resistance-and-elections-2016-645f088b6257) .

[5](# ftnref5) Percent of a Percent: Assessing the transformation of a fractured III%." *Militia Watch*. September 11, 2020. https://militia.watch/read/percent-of-a-percent/ (https://militia.watch/read/percent-of-a-percent/) .

[6] (#_ftnref6) Stall, Hampton et al. "Right-Wing Militia Groups & the US Election." ACLED. October 23, 2020. https://acleddata.com/2020/10/21/standing-by-militias-election/ (https://acleddata.com/2020/10/21/standing-by-militias-election/) .; "Antigovernment Movement." *Southern Poverty Law Center*. 2020. https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antigovernment) .

[7] (#_ftnref7) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0) .

[8] (#_ftnref8) "Michael Brian Vanderboegh." *Southern Poverty Law Center*. N.d. https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0 (https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-brian-vanderboegh-0) .

[9] (#_ftnref9) Vandeboegh, Mike. "Sipsey Street Irregulars Blog." Mike Vandeboegh Archives. *Brown University*. 2016. https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/ (https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/) .

[10] (#_ftnref10) Vandeboegh, Mike. "Spisey Street Irregulars Blog." June 29, 2014.

[11] (#_ftnref11) Thomas, Judy. "Only a Matter of Time?" *The Kansas City Star*. 2015. https://www.kansascity.com/news/special-reports/domestic-terrorism/article19374360.html (https://www.kansascity.com/news/special-reports/domestic-terrorism/article19374360.html) .;

Vandeboegh, Mike. "Sipsey Street Irregulars Blog." Mike Vandeboegh Archives. Brown University. 2016. https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/ (https://wayback.archive-it.org/7748/20161005184536/http://sipseystreetirregulars.blogspot.com/) ;

Thomas, Judy. "Longtime militia and 'Patriot' leader Mike Vanderboegh dies at 64." *The Kansas City Star*. August 10, 2016. https://www.kansascity.com/news/politics-government/article94813217.html (https://www.kansascity.com/news/politics-government/article94813217.html) .

[12] (#_ftnref12) Morlin, Bill. "Long-time Militia Leader Mike Vanderboegh Has Died." *Southern Poverty Law Center*. August 10, 2016. https://www.splcenter.org/hatewatch/2016/08/10/long-time-militia-leader-mike-vanderboegh-has-died (https://www.splcenter.org/hatewatch/2016/08/10/long-time-militia-leader-mike-vanderboegh-has-died) .

[13] (#_ftnref13) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch*. June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .

[14] (#_ftnref14) "Inside America's Largest Right Wing Militia." *Vice* (Hysteria S1: E5). October 18, 2017. https://www.youtube.com/watch?v=j7rJstUseKg&t=121s (https://www.youtube.com/watch?v=j7rJstUseKg&t=121s) .

[15] (#_ftnref15) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch*. June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .; Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat*. August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/) .

[16] (#_ftnref16) "Percent of a Percent: Assessing the transformation of a fractured III%." *Militia Watch*. September 11, 2020. https://militia.watch/read/percent-of-a-percent/ (https://militia.watch/read/percent-of-a-percent/) .

[17] (#_ftnref17) "Three Percent Security Force's Split Highlights Plague of Infighting." *Southern Poverty Law Center*. September 6, 2019. https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting (https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting) .

[18] (#_ftnref18) Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat*. August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/) .

[19] (#_ftnref19) "Three Percent Security Force's Split Highlights Plague of Infighting." *Southern Poverty Law Center*. September 6, 2019. https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting (https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting) .

[20] (# ftnref20) "Three Percent Security Force's Split Highlights Plague of Infighting." *Southern Poverty Law Center.* September 6, 2019. https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting (https://www.splcenter.org/hatewatch/2019/09/06/three-percent-security-forces-split-highlights-plague-infighting/).

[21] (# ftnref21) "Percent of a Percent: Assessing the transformation of a fractured III%." *Militia Watch*. September 11, 2020. https://militia.watch/read/percent-of-a-percent/ (https://militia.watch/read/percent-of-a-percent/).

[22] (# ftnref22) Green, Jordan. "III% Security Force deposes national leader, reorganizes under new name." *Triad City Beat.* August 25, 2019. https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/ (https://triad-city-beat.com/iii-security-force-deposes-national-leader-reorganizes-new-name/).

[23] (# ftnref23) Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).

[24] (# ftnref24) Crump, John. "Ghost Of Our Forefathers – Quick Response Forces, Interview." *Ammoland.* July 6, 2016. https://www.ammoland.com/2016/07/ghost-of-our-forefathers/#axzz6yOO8gdZb (https://www.ammoland.com/2016/07/ghost-of-our-forefathers/#axzz6yOO8gdZb).

[25] (# ftnref25) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).

[26] (# ftnref26) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/).; Crump, John. "We Interview The Three Percenters' Leaders on Bogus ALT Right Claims." *AmmoLand*. December 21, 2016. https://www.ammoland.com/2016/12/interview-three-percenters-leaders/#axzz728KbjUlZ (https://www.ammoland.com/2016/12/interview-three-percenters-leaders/#axzz728KbjUlZ).

[27] (# ftnref27) Valentine, Eric. "The Evolution of Eric Parker." *Wood River Weekly*. June 24, 2020. https://woodriverweekly.com/index.php/2020/06/24/the-evolution-of-eric-parker/ (https://woodriverweekly.com/index.php/2020/06/24/the-evolution-of-eric-parker/).; Needles, Allison. "Eatonville school board founder of group 'with history of violence' activists say." *The News Tribune*. June 27, 2019. https://www.thenewstribune.com/news/local/article231976082.html (https://www.thenewstribune.com/news/local/article231976082.html).

# Strategy

Ideology, Aims, Political Activities, Targets and Tactics



**IDEOLOGY AND GOALS** ⌄

Ideology and Goals ✓

Political Activities

Targets and Tactics

time.[2] (# ftn2) Nevertheless, the Three Percenters interpret the idea of the 3% as a "success case" of defense against the alleged tyranny of the federal government. Three Percenters view themselves as modern day counterparts to those American revolutionaries, fighting not against the British but the U.S. federal government.[3] (# ftn3)

On their website, Three Percenters claim that they are "not a militia" and "not antigovernment." They group's goal is "to reign [*sic*] in an overreaching government and push back against tyranny."[4] (# ftn4) The Three Percenters are also committed to protecting gun rights and opposing gun control laws.[5] (# ftn5) Despite their rejection of the antigovernment label, much of Three Percenter ideology draws on the anti-

government ideas of the 1990s militia movement. This movement was driven by a belief in the conspiracy of the "New World Order" (NWO), which holds that the government is secretly a socialist coalition of leaders attempting to strip Americans of their rights and make them slaves to a tyrannical government. The Three Percenter concept can be understood as a simplification of the NWO theory, which is harder to sell to a mainstream audience than a tale of patriotism about a small minority of Americans.[6] (# ftn6) The *Anti-Defamation League* has described the concept as "the most powerful marketing tool for the militia movement in its history."[7] (# ftn7)

The Three Percenters do not officially adhere to racist ideologies. Three Percenters' founder Michael Vanderboegh declared that he "fought white supremacists and neo-Nazis all [his] life."[8] (# ftn8) Nonetheless, the group has exhibited significant hostility towards Muslims and immigrants. Facebook forums and posts created by group members are often blatantly Islamophobic, and many Three Percenter leaders have been recorded making anti-Muslim statements.[9] (# ftn9) For example, Chris Hill, the leader of the III% Security Force, claimed in a video posted to Facebook in 2019 that Muslims "want to fucking destroy us and our way of life."[10] (# ftn10) Other Three Percenters have focused on immigrants, joining anti-immigrant extremists in vigilante border patrols along the U.S.-Mexico border.[11] (# ftn11)

[1] (# ftnref1) Hafner, Josh. "Three Percenters: What is the gun-toting group? And what do its supporters want?" *USA Today*. March 1, 2018. https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want385463002/ (https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want/385463002/) .; "Three Percenters." *Anti-Defamation League*. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[2] (# ftnref2) Tures, John A. "More Americans Fought in the American Revolution Than We Thought." *Observer*. July 3, 2017. https://observer.com/2017/07/soldiers-militia-american-revolution/ (https://observer.com/2017/07/soldiers-militia-american-revolution/)

[3] (# ftnref3) Perliger, Arie. *American Zealots: Inside Right-Wing Domestic Terrorism*. Columbia University Press, New York: 2020.; "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/glossary-terms/three-percenters (https://www.adl.org/resources/glossary-terms/three-percenters) .

[4] (# ftnref4) Hafner, Josh. "Three Percenters: What is the gun-toting group? And what do its supporters want?" *USA Today*. March 1, 2018. https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want385463002/ (https://www.usatoday.com/story/news/nation-now/2018/03/01/three-percenters-what-gun-toting-group-and-what-do-its-supporters-want/385463002/) .; Sankin, Aaron and Will Carless. "The Hate Report: Get to know the Three Percenters." *Reveal News*. March 16, 2018. https://revealnews.org/blog/hate-report-get-to-know-the-three-percenters/ (https://revealnews.org/blog/hate-report-get-to-know-the-three-percenters/) .

[5] (# ftnref5) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[6] (# ftnref6) "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters) .

[7] (# ftnref7) "The Militia Movement (2020)." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/the-militia-movement-2020 (https://www.adl.org/resources/backgrounders/the-militia-movement-2020) .

[8] (# ftnref8) Thomas, Judy. "Justice Department acknowledges threat from domestic terrorists, creates new office." *The Kansas City Star*. October 15, 2015. https://www.kansascity.com/news/politics-government/article39322989.html (https://www.kansascity.com/news/politics-government/article39322989.html) .

[9] (# ftnref9) "Revisiting GSFIII: 'Civil disobedience', anti-abortion activism, and splinters new and old." *Militia Watch.* June 15, 2019. https://militia.watch/read/gsfiii-civdis-schism/ (https://militia.watch/read/gsfiii-civdis-schism/) .

[10] (# ftnref10) Green, Jordan. "First responders and public safety personnel joined militia Facebook group." *Triad City Beat*. October 2, 2019. https://triad-city-beat.com/first-responders-public-safety-personnel-joined-militia-facebook/ (https://triad-city-beat.com/first-responders-public-safety-personnel-joined-militia-facebook/) .

## Major Attacks

**Disclaimer:** This list includes instances in which the militant group engaged in or threatened violence. It is not a comprehensive listing but captures some of the most notable examples of participation in violent events.

**April 2014:** Members of the Three Percenters, including Eric Parker, the leader of the Idaho III%ers, joined far-right groups from across the nation in Bunkerville, Nevada, to participate in an armed standoff between the U.S. Bureau of Land Management and Cliven Bundy, a rancher who refused to pay federal grazing fees. They successfully prevented the confiscation of rancher Cliven Bundy's cattle. This operation – one of the organization's first – helped the Three Percenters gain national attention.[1] (#_ftn1) (0 killed, 0 wounded)

**April 2015:** In April 2015, Eric Parker and other Three Percenter members were involved in an armed standoff between miners and the Bureau of Land Management in Grants Pass Oregon.[2] (#_ftn2) (0 killed, 0 wounded)

**August 2015:** Eric Parker and other Three Percenter members took part in a protest in Lincoln, Montana, where they again supported miners banned from working on federal land. Parker allegedly set up an armed checkpoint on public lands to prevent U.S. Forest Service agents from taking any regulatory action against the White Hope mine.[3] (#_ftn3) (0 killed, 0 wounded)

**October 14, 2016:** Three members of the Kansas Crusaders, an affiliate chapter of the III% Security Force, were arrested for plotting to bomb a mosque and an apartment building housing Somali and Muslim residents. In 2019, the three men were convicted and received sentences ranging from 25 to 30 years in prison.[4] (#_ftn4) (0 killed, 0 wounded)

**August 5, 2017:** Three members of the small militia III%er chapter, the White Rabbit Three Percent Illinois Patriot Freedom Fighters Militia, bombed a mosque, the Dar Al-Farooq Islamic Center, in Bloomington, Minnesota. Three months later, they attacked an abortion clinic in Champaign, Illinois. The three men were arrested in March 2018 and were convicted on multiple charges. As of mid-2021, they had yet to be sentenced but each faced mandatory minimum sentences of 35 years in prison.[5] (#_ftn5) (0 killed, 0 wounded)

**August 14, 2017:** Jerry Drake Varnell, a 23-year-old self-identified affiliate of the Three Percenters, was arrested for attempting to bomb a bank in Oklahoma City. The attempted attack was modeled after the 1995 Oklahoma City bombing, which killed over one hundred people. Fortunately, unbeknownst to Varnell, the bombs were fake, supplied by an undercover FBI agent. Varnell was convicted on multiple charges and in March 2020 sentenced to 25 years in prison.[6] (#_ftn6) (0 killed, 0 wounded)

**January 6, 2021:** The Three Percenters participated in the storming of the U.S. Capitol alongside other far-right groups, including the Oath Keepers, Proud Boys, and QAnon supporters, in an attempt to halt the certification of Joe Biden's election. One police officer who engaged with protesters during the insurrection, Brian Sicknick, died of natural causes the day after the attack.[7] (#_ftn7) Four protesters died at various points throughout the event: one (Ashli Babbitt) was shot by Capitol Police, two died of natural causes and another of drug intoxication.[8] (#_ftn8) Approximately one hundred forty police officers were injured. The number of injured rioters remains unknown. Four police officers who responded to the attack died by suicide within seven months.[9] (#_ftn9) (5 killed, about 140 wounded) [10] (#_ftn10)

[1] (#_ftnref1) Andrews, Edmund, Colleen Bye, Bob Fulkerson, and Colleen Anafton. "The Danger Within: Right-Wing Violence in Nevada." *Political Research Associates*. October 16, 2020. https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada (https://www.politicalresearch.org/2020/10/16/danger-within-right-wing-violence-nevada) .; Wyler, Grace. "The Bundy Ranch Standoff Was Only the Beginning for America's Right-Wing Militias." *VICE News*. April 16, 2014. https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias (https://www.vice.com/en/article/dpwykw/an-armed-standoff-in-nevada-is-only-the-beginning-for-americas-right-wing-militias) .; Childress, Sarah. "The Battle Over Bunkerville: The Bundys, the Federal Government and the New Militia Movement." *PBS Frontline*. May 16, 2017. https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/ (https://www.pbs.org/wgbh/frontline/article/the-battle-over-bunkerville/)

[2] (#_ftnref2) "Live updates: Bundy Ranch Trial." *Southern Poverty Law Center*. January 8, 2018. https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial (https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial) .; Sowell, John. "Four Idahoans among 14 newly indicted in 2014 Bundy Ranch standoff." March 3, 2016. https://www.idahostatesman.com/news/local/crime/article63878682.html (https://www.idahostatesman.com/news/local/crime/article63878682.html) .; Wiles, Tay. "Sugar Pine Mine, the other standoff." *High Country News*. February 2, 2016. https://www.hcn.org/issues/48.2/showdown-at-sugar-pine-mine (https://www.hcn.org/issues/48.2/showdown-at-sugar-pine-mine) .

[3] (#_ftnref3) "Live updates: Bundy Ranch Trial." *Southern Poverty Law Center*. January 8, 2018. https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial (https://www.splcenter.org/hatewatch/2017/10/30/bundy-trial) .; Sowell, John. "Four Idahoans among 14 newly indicted in 2014 Bundy Ranch standoff." March 3, 2016. https://www.idahostatesman.com/news/local/crime/article63878682.html (https://www.idahostatesman.com/news/local/crime/article63878682.html) ..

[4] (#_ftnref4) Barrouquere, Brett. "3 Members of a Kansas Militia Once Plotted To Bomb a Mosque, Now Are Going to Prison." *Southern Poverty Law Center*. January 25, 2019. https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison (https://www.splcenter.org/hatewatch/2019/01/25/3-members-kansas-militia-once-plotted-bomb-mosque-now-are-going-prison) .; Piggott, Stephen. "3 Men Arrested in Plot to Bomb Kansas Apartment Complex, Mosque Following Presidential Election." *Southern Poverty*

*Law Center*. October 14, 2016. https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election (https://www.splcenter.org/hatewatch/2016/10/14/3-men-arrested-plot-bomb-kansas-apartment-complex-mosque-following-presidential-election).

[5] (#_ftnref5) U.S. Department of Justice. "Two Illinois Men Plead Guilty to Bombing of Islamic Center." January 24, 2019. https://www.justice.gov/usao-mn/pr/two-illinois-men-plead-guilty-bombing-islamic-center (https://www.justice.gov/usao-mn/pr/two-illinois-men-plead-guilty-bombing-islamic-center).; Ibrahim, Mukhtar. "Three Percenters." *Anti-Defamation League*. N.d. https://www.adl.org/resources/backgrounders/three-percenters (https://www.adl.org/resources/backgrounders/three-percenters).;

Levenson, Michael. "Militia Leader Is Convicted in Bombing of a Minnesota Mosque." *The New York Times*. December 9, 2020. https://www.nytimes.com/2020/12/09/us/minnesota-militia-mosque-bombing.html (https://www.nytimes.com/2020/12/09/us/minnesota-militia-mosque-bombing.html).; Montemayor, Stephen. "Illinois militia members accused in Bloomington mosque bombing to be tried in Minnesota." *The Associated Press*. December 11, 2018. https://apnews.com/article/14ba752e680a4fdd85b514109b4e54ed (https://apnews.com/article/14ba752e680a4fdd85b514109b4e54ed).

[6] (#_ftnref6) Fernandez, Manny. "Bombing Plot in Oklahoma City Is Thwarted With Arrest, F.B.I. Says." *The New York Times*. August 14, 2017. https://www.nytimes.com/2017/08/14/us/oklahoma-van-bomb-domestic-terrorism.html (https://www.nytimes.com/2017/08/14/us/oklahoma-van-bomb-domestic-terrorism.html).; "Jury convicted man in Oklahoma City federal bomb plot trial." *Associated Press*. February 25, 2019. https://apnews.com/article/c4e76e6dd3684652b4e67751c6735c05 (https://apnews.com/article/c4e76e6dd3684652b4e67751c6735c05).; Fortin, Jacey. "Man Convicted of Trying to Blow Up Oklahoma City Bank Gets 25 Years in Prison." *The New York Times*. March 23, 2020. https://www.nytimes.com/2020/03/23/us/oklahoma-city-bomb-sentenced.html (https://www.nytimes.com/2020/03/23/us/oklahoma-city-bomb-sentenced.html).; Stelloh, Tim. "Man, 23, Charged in Oklahoma City Bomb Plot After Domestic Terrorism Investigation." *NBC News*. August, 14, 2017. https://www.nbcnews.com/news/us-news/man-23-charged-oklahoma-city-bomb-plot-after-domestic-terrorism-n792726 (https://www.nbcnews.com/news/us-news/man-23-charged-oklahoma-city-bomb-plot-after-domestic-terrorism-n792726).

[7] (#_ftnref7) Wise, Alana. "Capitol Police Officer Brian Sicknick Died Of Natural Causes, Medical Examiner Rules." *NPR*. April 19, 2021. https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru (https://www.npr.org/2021/04/19/988876722/capitol-police-officer-brian-sicknick-died-of-natural-causes-medical-examiner-ru).

[8] (#_ftnref8) Jansen, Bart. "Cause of death released for 4 of 5 people at Capitol riot – but not Officer Brian Sicknick." *USA Today*. April 7, 2021. https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/ (https://www.usatoday.com/story/news/politics/2021/04/07/capitol-riot-deaths-cause-death-released-4-5-not-sicknick/7128040002/).

[9] (#_ftnref9) Wolfe, Jan. "Four officers who responded to U.S. Capitol attack have died by suicide." *Reuters*. August 2, 2021. https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/ (https://www.reuters.com/world/us/officer-who-responded-us-capitol-attack-is-third-die-by-suicide-2021-08-02/).

[10] (#_ftnref10) Schmidt, Michael S. and Luke Broadwater. "Officers' Injuries, Including Concussions, Show Scope of Violence at Capitol Riot." *The New York Times*. February 11, 2021. https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html (https://www.nytimes.com/2021/02/11/us/politics/capitol-riot-police-officer-injuries.html).; McEvoy, Jemima. "Woman Possibly 'Crushed To Death': These Are The Five People Who Died Amid Pro-Trump Riots." Forbes. January 8, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c (https://www.forbes.com/sites/jemimamcevoy/2021/01/08/woman-possibly-crushed-to-death-these-are-the-five-people-who-died-amid-pro-trump-riots/?sh=64f9e77d737c).

# Interactions

Foreign Designations and Listings, Community Relations, Relations with Other Groups, State Sponsors and External Influences

---

| DESIGNATED/LISTED | ⌄ |
|---|---|

| Designated/Listed | ✓ |
|---|---|
| Community Relations | |
| Relationships with Other Groups | |

11/1/23, 5:27 PM                                                    - MMP: Three Percenters

State Sponsors and External Influences

---

[1] (#_ftnref1) Ljunggren, David. "Canada puts U.S. Three Percenters militia on terror list, cites risk of violent extremism." *Reuters*. June 25, 2021. https://www.reuters.com/world/americas/canada-puts-us-right-wing-three-percenters-militia-group-terror-list-2021-06-25/ (https://www.reuters.com/world/americas/canada-puts-us-right-wing-three-percenters-militia-group-terror-list-2021-06-25/) .; Coletta, Amanda. "Canada labels the Three Percenters a terrorist entity." *The Washington Post*. June 25, 2021. https://www.washingtonpost.com/world/2021/06/25/canada-three-percenters-terrorist-entity/ (https://www.washingtonpost.com/world/2021/06/25/canada-three-percenters-terrorist-entity/) .

## Maps

The project develops a series of interactive diagrams that "map" relationships among groups and show how those relationships change over time. The user can change map settings to display different features (e.g., leadership changes), adjust the time scale, and trace individual groups.

---

RETURN TO TOP OF THE PAGE (HTTPS://CISAC.FSI.STANFORD.EDU/MAPPINGMILITANTS/PROFILES/PATRIOT-PRAYER)

---

OUR ADDRESS

Stanford | Freeman Spogli Institute for International Studies

Encina Hall
616 Jane Stanford Way
Stanford University
Stanford, CA 94305-6055

NAVIGATE

Research
Education
Policy
People
Centers
News
Events
About

FOLLOW US

General inquiries
650-723-4581

SUPPORT US

Learn more about how your support makes a difference or make a gift now

MAKE A GIFT



**TOP**



Stanford Home    Maps & Directions    Search Stanford    Emergency Info

Terms of Use    Privacy    Copyright    Trademarks    Non-Discrimination    Accessibility    Copyright Complaints

© Stanford University, Stanford, California 94305.