# EXHIBIT 99



## PohlmanUSA®
## Court Reporting and Litigation Services

Brandon J. Johnson

February 21, 2023

Progeny, et al.

vs.

City of Wichita, Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PROGENY, a program of )
Destination Innovations, )
Inc., CHRISTOPHER COOPER, ) Case No. 6:21-CV-01100
ELBERT COSTELLO, MARTEL ) EFM-ADM
COSTELLO, and JEREMY LEVY, )
JR., on behalf of )
themselves and others )
similarly situated, )
Plaintiffs, )
vs )
CITY OF WICHITA, KANSAS, )
Defendant. )
_____)

DEPOSITION OF

BRANDON J. JOHNSON

February 21, 2023

12:50 p.m.

Taken at:

Joseph, Hollander & Craft

500 North Market

Wichita, Kansas

```
 1   APPEARANCES:
 2      On behalf of the Plaintiffs:
 3         Mr. Teresa A. Woody
 4         Kansas Appleseed Center for Law & Justice
 5         211 East 8th Street, Suite D
 6         Lawrence, Kansas 66044
 7         (785)251-8160
 8         twoody@kansasappleseed.org
 9
10      On behalf of the Defendant, City of Wichita:
11         Mr. Charles E. Branson
12         Fisher, Patterson, Sayler & Smith, LLP
13         3550 S.W. 5th Street
14         Topeka, Kansas 66606
15         (785)232-7761
16         Fax: (785)232-6604
17         cbranson@fpsslaw.com
18
19      On Zoom:  Mr. David Cooper on behalf of City of
20   Wichita, Kansas; Mr. Paul Vogel, behalf of
21   plaintiffs; Ms. Sharon Brett, American Civil
22   Liberties Union Foundation of Kansas.
23
24
25
```

```
 1                    TRANSCRIPT INDEX

 2     APPEARANCES...................................   2

 3

 4     EXAMINATION OF BRANDON J. JOHNSON:

 5     BY MS. WOODY..................................   4

 6     BY MR. BRANSON................................  85

 7     BY MS. WOODY..................................  87

 8     BY MR. BRANSON................................  89

 9

10

11

12

13

14

15

16

17     REPORTER'S CERTIFICATE........................  92

18

19

20

21

22

23

24

25
```

```
 1         A.   My recollection it was formally adopted
 2   in 2017.  Letters to juveniles that were being
 3   impacted went out as well in 2017.  There were
 4   approximately 108 juveniles on that list at the
 5   time that would have received that.
 6         Q.   So it's your understanding that that
 7   was actually a formal change made to the policy?
 8         A.   Yes.
 9         Q.   Because I will say to you that it's not
10   reflected in the written policy today.  That's why
11   I'm asking that question.  Okay?
12         A.   Okay.
13         Q.   But your understanding that was formal
14   policy and it was a change?
15         A.   Yes.
16         Q.   What had been the practice before that
17   change with respect to juveniles?
18         A.   Same as the adults.  You would be
19   labeled active, inactive, associate or deceased.
20   There was no way to be removed from the gang file
21   and it took you three years of good behavior to go
22   from active to inactive.
23         Q.   How long have you been involved with a
24   desire to modify the gang database, the gang list?
25         A.   Earliest I can remember might be 2014
```