IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

          *Plaintiff(s)*,         Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

          *Defendant*.

## PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

On October 20, 2023, Plaintiffs publicly filed their Memorandum in Opposition to Defendant's Motion for Summary Judgment accompanied by ten exhibits, one of which was filed fully sealed. Plaintiffs now provide this Notice of Proposed Sealed Record as required by District of Kansas Rule 5.4.2(b). For each filing that was provisionally filed under seal, this Notice identifies (1) the ECF docket number, (2) the designated exhibit number, (3) the extent to which Plaintiffs seek to maintain each ECF docket number under seal, and (4) any party or non-party who has previously designated the documents confidential.

| ECF No. | Exhibit No. | Document |
|---|---|---|
| 224 | 98 | WICHITA 047444 |

Plaintiffs seek to protect the confidential information contained in the exhibit identified above that were filed under seal. Defendant designated Ex. 98 (Doc. 224) as confidential pursuant to the protective order entered in this case (Doc. 41).

As required by District of Kansas Rule 5.4.2(c), Plaintiffs will submit the required motion to seal.

Dated:  November 3, 2023

Respectfully submitted,

SHOOK, HARDY & BACON LLP

/s/ Jordan C. Baehr
Jordan C. Baehr KS #27213
Mitchell F. Engel KS #78766
Thomas J. Sullivan (admitted *pro hac vice*)
 Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS   66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/s/ Sharon Brett
Sharon Brett KS #28696
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org
kleve@aclukansas.org

COUNSEL FOR PLAINTIFFS,

INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED