IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

### PLAINTIFFS' RESPONSE TO NOVEMBER 6, 2023 ORDER

Pursuant to the Court's November 6, 2023 Memorandum and Order (Doc. 226), Plaintiffs hereby file the attached redacted versions of Exhibits 72, 73, 76, and 78 (Docs. 207-44, 208-30, 208-33, and 207-48) to their Motion for Summary Judgment (Doc. 207).

Date: November 10, 2023

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

        *s*/ Kunyu Ching
        Sharon Brett KS #28696
        Kunyu Ching KS #29807
        Karen Leve KS #29580
        10561 Barkley St. Ste 500
        Overland Park, KS 66212
        Phone: (913) 490-4100
        sbrett@aclukansas.org
        kching@aclukansas.org
        kleve@aclukansas.org

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

<u>*s*/ Teresa A. Woody</u>
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


SHOOK, HARDY & BACON LLP

<u>*s*/ Thomas J. Sullivan</u>
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED