IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

**PLAINTIFFS' NOTICE OF PROVISIONALLY SEALED REPLACEMENT EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

In support of their Motion for Summary Judgment (Doc. 206), Plaintiffs submitted various exhibits. It has come to Plaintiffs' attention that a small number of pages in Exhibits 15 and 53 (Docs. 208-2 and 208-15) are of low image resolution and thus not easily legible. Accordingly, Plaintiffs hereby resubmit Exhibits 15 and 53 with the illegible pages replaced with legible ones. Because the Court previously ordered Exhibits 15 and 53 sealed in their entirety, Doc. 226, Plaintiffs have filed the replacement exhibits under provisional seal pursuant to D. Kan. Rule 5.4.2. Docs. 229, 230.

Date: November 14, 2023

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

        *s/ Kunyu Ching*
        Kunyu Ching KS #29807
        Sharon Brett KS #28696

Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org
sbrett@aclukansas.org
kleve@aclukansas.org


SHOOK, HARDY & BACON LLP

*s/ Thomas J. Sullivan*
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

*s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED