IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## PLAINTIFFS' RESPONSE TO NOVEMBER 29, 2023 ORDER

Pursuant to the Court's November 29, 2023 Memorandum and Order (Doc. 232), Plaintiffs hereby file the attached redacted version of Exhibit 1 (Doc. 222-1)[1] to Defendant's Reply in support of its Motion for Summary Judgment (Doc. 222).

Date: November 30, 2023

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

        *s*/ Kunyu Ching
        Sharon Brett KS #28696
        Kunyu Ching KS #29807
        Karen Leve KS #29580
        10561 Barkley St. Ste 500
        Overland Park, KS 66212
        Phone: (913) 490-4100
        sbrett@aclukansas.org

---

[1] The Court's Order refers to Exhibit 1 as Doc. 221-1, but Plaintiffs understand the Court to mean Doc. 222-1.

kching@aclukansas.org
kleve@aclukansas.org


KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*s*/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


SHOOK, HARDY & BACON LLP

*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com


ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED