IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

                *Plaintiff(s)*,    Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

                *Defendant.*

### JOINT MOTION TO MOVE TRIAL SETTING

The parties, by and through their undersigned counsel, hereby ask the Court to move the trial setting for this matter. Trial is currently set for two weeks beginning May 7, 2024. The parties jointly and respectfully request that the Court reset the trial for later in the summer or early fall, as the Court's schedule allows. In support of their Motion, the parties state as follows:

1. Plaintiffs (four individuals and one organization) filed this case under 42 U.S.C. § 1983 on April 15, 2021, seeking declaratory and injunctive relief on behalf of themselves and a class of individuals. Compl., Doc. # 1.

2. The Court certified the class on October 10, 2023. Mem. and Order, Doc. # 212.

3. The parties filed cross-motions for summary judgment. Def. Mot. for Summ. J., Doc. # 205; Pls. Mot. for Summ. J., Doc. # 206.

4. On January 30, 2024, the Court denied both motions, allowing this matter to proceed to trial. Mem. and Order, Doc. # 234.

5.  Trial is currently set to begin on May 7, 2024 and will last approximately two weeks. *See* Pretrial Order, Doc. # 196 at 48.

6.  Unfortunately, staffing changes and trial settings in other matters will make it difficult for Plaintiffs' counsel to adequately prepare for and try this case on May 7, 2024. For example, ACLU of Kansas Legal Director Sharon Brett, will be leaving her position at the end of March and will be unavailable to try this case. Her successor has not yet been identified. Ms. Brett has been co-lead counsel on this case since its inception, with primary responsibility for major aspects of the case, and her departure will require the litigation team to identify and prepare alternative experienced trial counsel to take her place.

7.  Similarly, lead class action counsel for Plaintiffs from Shook, Hardy & Bacon LLP, Mitchell Engel, and trial paralegal Paul Snyder, have another case set for trial to begin May 6, 2024, that cannot be moved. Mr. Engel is the primary supervising attorney from his firm, and is planning to be significantly involved in trying this case. The other primary attorney from the firm assigned to this case, Tom Sullivan, has a mandatory arbitration scheduled for May 13, 2024, which likewise cannot be moved.

8.  Plaintiffs seek to move the trial date so that Mr. Engel, Mr. Sullivan, and Mr. Snyder are available to assist at trial, and so that alternative team members can prepare to assume the responsibilities of trial counsel after Ms. Brett's departure.

9.  This case involves complex legal claims and numerous factual issues, as the Court has identified through its Order on the parties' cross-motions for summary judgment. Preparation for trial will be intensive and time consuming, as the trial will involve introduction of numerous documents and testimony from dozens of witnesses.

10. Although there are other attorneys of record for Plaintiffs in this case, Ms. Brett, Mr. Engle, and Mr. Sullivan have helped lead this case since its initiation and they have played a principal role in developing and implementing case strategy. Their absence in the short term would have a significant impact on the ability of Plaintiffs to put on their case.

11. Defendants are amenable to moving the trial setting. They likewise have busy trial schedules, but consent to and join in Plaintiffs' request.

12. The parties do not make this request lightly. They recognize that the Court's time and resources are limited, and that it may be difficult to find another two-week period that is free on the Court's calendar. However, Plaintiffs believe that additional time is necessary to present their best case and to ensure an efficient, full, and just trial of their claims. Defendants likewise agree that additional time to prepare their case would be beneficial for the Court and their interests.

13. Finally, prior to summary judgment briefing, the parties engaged in extensive and productive settlement discussions. The parties agree that additional settlement discussions may be beneficial in view of the Court's recent orders denying summary judgment and certifying the Plaintiff class. The parties therefore believe that an extension of the trial setting would allow the parties to renew discussions to resolve this case, and that additional time is necessary given that discussions to date have been extensive and intricate due to the nature of the claims and the terms of any appropriate injunctive relief.

For the foregoing reasons, the parties jointly request a conference call with the Court to identify a trial date that will work for the Court and all parties.

Date: February 9, 2024

Respectfully submitted,

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/* Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/* Kunyu Ching
Kunyu Ching KS #29807
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org
kleve@aclukansas.org

SHOOK, HARDY & BACON LLP

*/s/* Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com

ATTORNEYS FOR PLAINTIFFS,

INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.com

**s/Charles E. Branson**
David R. Cooper                                    #16690
Charles E. Branson                                 #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Kunyu Ching
Kunyu Ching