IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO and JEREMY LEVYM JR., on behalf of themselves and others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 6:21-cv-01100-EFM-ADM |
| v. | ) |
| CITY OF WICHITA, KANSAS, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Charles C. Eblen of the law firm Shook, Hardy & Bacon LLP hereby enters his appearance as attorney of record on behalf of Plaintiffs, Progeny, Christopher Cooper, Elbert Costello, Martel Costello and Jeremy Levym Jr.

Dated:  February 16, 2024          SHOOK, HARDY & BACON LLP

 */s/ Charlie C .Eblen*
Charlie C. Eblen, KS #77940
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
ceblen@shb.com

4887-8877-9941 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2024, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

/s/ Charles C. Eblen

*Attorneys for Plaintiffs*

| | |
|---|---|
| KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC. | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS |
| Teresa A. Woody KS #16949<br>211 E. 8th Street Suite D<br>Lawrence KS 66044<br>Phone: (785) 251-8160<br>twoody@kansasappleseed.org | Kunyu Ching KS #29807<br>Sharon Brett KS #28696<br>Karen Leve KS #29580<br>10561 Barkley St. Ste 500<br>Overland Park, KS 66212<br>Phone: (913) 490-4100<br>sbrett@aclukansas.org<br>kching@aclukansas.org<br>kleve@aclukansas.org |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | |
| FISHER, PATTERSON, SAYLER & SMITH, LLP<br>3550 S.W. 5th<br>Topeka, Kansas 66606<br>Tel: (785) 232-7661<br>Fax: (785) 232-6604<br>dcooper@fpsslaw.com<br><br>cbranson@fpsslaw.com<br>David R. Cooper, #16690<br>Charles E. Branson, #17376 | Jennifer L. Magana, #15519<br>City Attorney<br>Sharon L. Dickgrafe, #14071<br>Chief Deputy City Attorney<br>City Hall-13th Floor<br>455 North Main<br>Wichita, Kansas 67202<br><br>P: (316) 268-4681<br>F: (316) 268-4335<br>sdickgrafe@wichita.gov<br>Attorneys for City of Wichita |

4887-8877-9941 v1