IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    *Plaintiff(s)*,   Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

    *Defendant*.

## NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RULE 26(A) INITIAL DISCLOSURES

Plaintiffs, by and through their counsel, hereby certify that they served Plaintiffs' Third Supplemental Rule 26(a) Initial Disclosures on Defendant's counsel of record via electronic mail on March 12, 2024.

Date: March 12, 2024

    Respectfully submitted,

    KANSAS APPLESEED CENTER FOR
    LAW AND JUSTICE, INC.

    */s/* Teresa A. Woody
    Teresa A. Woody KS #16949
    211 E. 8th Street, Suite D
    Lawrence, KS 66044
    Phone: (785) 251-8160
    twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/*s*/ Kunyu Ching
Kunyu Ching KS #29807
Sharon Brett KS #28696
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
sbrett@aclukansas.org
kching@aclukansas.org
kleve@aclukansas.org


SHOOK, HARDY & BACON LLP

/*s*/ Thomas J. Sullivan
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
ceblen@shb.com


ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**CERTIFICATE OF SERVICE**

      Pursuant to D. Kan. L.R. 5.1(f), I hereby certify that on this 12th day of March 2024, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

                                                s/ Kunyu Ching
                                                Kunyu Ching