IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY,<br>a program of Destination Innovations Inc.,<br>CHRISTOPHER COOPER,<br>ELBERT COSTELLO,<br>MARTEL COSTELLO, and<br>JEREMY LEVY, JR.,<br>on behalf of themselves<br>and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WICHITA, KANSAS,<br><br>    Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Kan. Rule 83.5.5(b), Sharon Brett hereby withdraws as counsel of record for all Plaintiffs in this case, as she will no longer be employed by the ACLU of Kansas effective March 28, 2024. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Kunyu Ching, Karen Leve, Teresa Woody, Charlie Eblen, Mitchell Engel, Jordan Baehr, and Paul Vogel.

s/ Sharon Brett
Sharon Brett    KS # 28696
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
Fax: (913) 490-4119
sbrett@aclukansas.org

## **Certificate of Service**

      I certify that on this 28th day of March, 2024, I served this Withdrawal of Counsel on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via First Class U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

                                                              s/ Sharon Brett
                                                              Sharon Brett