## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

### NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE ALL DEADLINES

The parties hereby notify the Court that they have reached a formal agreement to settle the above-captioned matter. The parties respectfully request the Court vacate all current deadlines and set a deadline for Plaintiffs to file a motion for preliminary approval with a proposed case schedule pursuant to Federal Rule of Civil Procedure 23(e) by May 9, 2024.

Date: April 9, 2024

    Respectfully submitted,

    KANSAS APPLESEED CENTER FOR
    LAW AND JUSTICE, INC.

    /*s*/ Teresa A. Woody
    Teresa A. Woody KS #16949
    211 E. 8th Street, Suite D
    Lawrence, KS 66044
    Phone: (785) 251-8160
    twoody@kansasappleseed.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/*s*/ Kunyu Ching
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-410
kching@aclukansas.org
kleve@aclukansas.org


SHOOK, HARDY & BACON LLP

/*s*/ Mitchell F. Engel
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Jordan C. Baehr KS #27213
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
ceblen@shb.com


ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.com

**/s Charles Branson**
David R. Cooper                              #16690
Charles E. Branson                           #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Kunyu Ching
Kunyu Ching