# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

## SUPPLEMENTAL NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE TRIAL-RELATED DEADLINES

In view of the Court's April 12, 2024 docket text order (Doc. 246), the parties hereby submit this supplemental notice attaching the executed settlement agreement for the Court's reference (Attachment A). Out of desire to inform the Court as quickly as possible and in view of the impending trial deadlines, the parties filed their initial notice of settlement with the intent of providing a copy of the agreement to the Court once all signatures were obtained, which occurred the morning of April 12. The parties respectfully draw the Court's attention to the provisions stating that settlement is entirely contingent upon the Court's final approval pursuant to Federal Rule of Civil Procedure 23. The parties are prepared to appear on April 16, 2024 as ordered, and respectfully request the Court vacate all *Daubert* motion and trial-related deadlines.

Date: April 12, 2024

    Respectfully submitted,

    KANSAS APPLESEED CENTER FOR
    LAW AND JUSTICE, INC.

    /*s*/ Teresa A. Woody
    Teresa A. Woody KS #16949
    211 E. 8th Street, Suite D
    Lawrence, KS 66044
    Phone: (785) 251-8160
    twoody@kansasappleseed.org


    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF KANSAS

    /*s*/ Kunyu Ching
    Kunyu Ching KS #29807
    Karen Leve KS #29580
    10561 Barkley St. Ste 500
    Overland Park, KS 66212
    Phone: (913) 490-410
    kching@aclukansas.org
    kleve@aclukansas.org


    SHOOK, HARDY & BACON LLP

    /*s*/ Mitchell F. Engel
    Thomas J. Sullivan (admitted *pro hac vice*)
    Mitchell F. Engel KS #78766
    Jordan C. Baehr KS #27213
    Paul M. Vogel KSD #79022
    Charles C. Eblen, KS #77940
    2555 Grand Boulevard
    Kansas City, MO 64108
    Phone: (816) 474-6550
    tsullivan@shb.com
    mengel@shb.com
    jbaehr@shb.com
    pvogel@shb.com
    ceblen@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.com

**/s Charles Branson**
David R. Cooper                    #16690
Charles E. Branson                 #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Kunyu Ching
Kunyu Ching