## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROGENY, a program of Destination Innovations Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WICHITA, KANSAS, <br><br> Defendant. | Case No. 6:21-cv-01100-EFM-ADM |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5(b), Jordan Baehr hereby withdraws as counsel of record for all Plaintiffs in this case, as he is longer be employed by Shook, Hardy & Bacon effective May 2, 2024. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Kunyu Ching, Karen Leve, Teresa Woody, Charlie Eblen, Mitchell Engel, and Paul Vogel.

To comply with D. Kan. Rule 83.5.5(b), this Notice has been signed by Mr. Baehr, below. However, this Notice is being filed by attorney of record Paul Vogel on behalf of Mr. Baehr because Mr. Baehr's PACER credentials have been temporarily disabled during his employment transition.

Dated: May 3, 2024

    */s/ Jordan Baehr*
Jordan Baehr

    */s/ Paul M. Vogel*
Paul M. Vogel

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
pvogel@shb.com

## **Certificate of Service**

  I certify that on this 3rd day of May, 2024, I served this Withdrawal of Counsel on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via First Class U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

                /s/ Paul M. Vogel
               Paul M. Vogel