# Exhibit C

# LEGAL NOTICE

# IF YOU ARE INCLUDED IN THE WICHITA POLICE DEPARTMENT'S GANG LIST/DATABASE AS AN ACTIVE OR INACTIVE GANG MEMBER OR GANG ASSOCIATE, YOUR RIGHTS MAY BE AFFECTED.

A settlement has been proposed in a class action lawsuit alleging that the City of Wichita violated the constitutional rights of Class members by including them in the Wichita Police Department's Gang List/Database in the case *Progeny v. City of Wichita*, Case No. 6:21-cv-01100-EFM (D. Kan.). The U.S. District Court for the District of Kansas authorized this notice.

| | |
|---|---|
| **WHO IS INCLUDED IN THE PROPOSED SETTLEMENT?** | All living persons included in the Wichita Police Department's Gang List or Gang Database as an Active or Inactive Gang Member or Gang Associate. |
| **WHAT IS THIS CASE ABOUT?** | Plaintiffs allege the City of Wichita is violating their civil rights and the rights of Class members by including them in the WPD's Gang List/Database. This lawsuit seeks to change the WPD's policy and practices. The City denies it is violating the rights of Plaintiffs or Class members. |
| **WHAT DOES THE PROPOSED SETTLEMENT PROVIDE?** | This settlement makes changes to how the WPD operates its Gang List/Database. **The Settlement Agreement does not include payment of any money damages for Class members.** Full details about the proposed settlement, including the full Agreement, are available at www.kansasappleseed.org or www.aclukansas.org. |
| **WHO REPRESENTS YOU?** | The Court appointed lawyers from the ACLU of Kansas, Kansas Appleseed Center for Law and Justice, and the law firm Shook, Hardy & Bacon to represent you as "Class Counsel." |
| **WHAT ARE YOUR OPTIONS?** | If you are a Class Member, you may (1) do nothing; (2) send in a comment supporting or objecting to the settlement; and/or (3) go to a hearing about the fairness of the settlement. The detailed or "Long Form" notice, which can be found at www.kansasappleseed.org or www.aclukansas.org, explains how to submit a comment.<br><br>The Court will hold a hearing on [**DATE**] at [**TIME**] in **Courtroom 408, U.S. District Courthouse, 401 N. Market, Wichita, KS 67202**. The Court will decide whether the proposed settlement is fair, reasonable, and adequate. You may but aren't required to go to the hearing. You may but aren't required to hire an attorney to go to the hearing. |
| **HOW CAN YOU GET MORE INFORMATION?** | A detailed notice and other information, including instructions on how to send a statement in support of or in objection to the settlement, are available at www.kansasappleseed.org or www.aclukansas.org. |

DO NOT CONTACT THE COURT or the City of Wichita or the Wichita Police Department concerning this notice or lawsuit.