IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                            Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

## DECLARATION OF JENNIFER L. MAGAÑA AS
## TO COMPLIANCE WITH NOTICE PLAN

I, Jennifer L. Magaña, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am the City Attorney and Director of Law for the Defendant City of Wichita.

2. At my direction, on May 28, 2024, I caused through City of Wichita Police Department the posting of the Court's Order (ECF 256), Settlement Agreement and Notice on the Wichita Police Departments website: https://www.wichita.gov/536/Police.

3. At my direction, on May 23, 2024, I caused the Notice as defined in Exhibit C of the Court's Order (ECF 256) to be displayed at the Wichita City Hall, 455 N Main, Wichita, KS 67202 and by May 31, 2024, at each Wichita Police Department Substation that is open to the public, to wit:

    a. 211 E. Pawnee

    b. 3015 E. 21 St. N.

    c. 350 S. Edgemoor

    d. 661 N. Elder

    e. 332 N. Revierview

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2024.

s/ *Jennifer L. Magaña*
Jennifer L. Magaña, #15519
City Attorney and Director of Law

**Prepared by:**

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

s/Charles E. Branson
_____
David R. Cooper                           #16690
Charles E. Branson                      #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

On July 10, 204, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Karen Leve, KS #29580 | Kunyu Ching, #29807
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100 | Fax: (913) 490-4119
kleve@aclukansas.org
kching@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KS #78766 |
Jordan C. Baehr, KS #27213 | Paul M. Vogel, KS #79022 | Charlie C. Eblen, KS #77940
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
ceblen@shb.com
**Attorneys for Plaintiffs**

s/Charles E. Branson