IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc.,
CHRISTOPHER COOPER, ELBERT COSTELLO,
MARTEL COSTELLO, and JEREMY LEVY, JR.,
on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.                                    Case No. 6:21-cv-01100-EFM-ADM

CITY OF WICHITA, KANSAS,

                Defendant.

**DECLARATION OF CHARLES E. BRANSON AS
TO COMPLIANCE WITH NOTICE PLAN**

I, Charles E. Branson, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am a partner of the law firm Fisher, Patteson, Sayler and Smith, LLP. My firm represents the Defendant City of Wichita in this matter.

2. On May 23, 2024, Captain Christian Cory of the Wichita Police Department caused to be generated a list of incarcerated Class members from the Wichita Police Department Gang Database.

3. Between May 23, 2024, and June 10, 2024, David Ozaki, a paralegal with my firm under my direction, researched the list of Class members and attempted to locate the last known place of incarceration of each Class member presently incarcerated.

4. On June 10, 2020, I provided a Microsoft Excel spreadsheet of Class members presently believed to be incarcerated with currently known mailing addresses of

incarceration to Plaintiff's counsel pursuant to the Notice Plan of the Court's Memorandum and Order (ECF 256).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2024.

<u>s/Charles E. Branson</u>
Charles E. Branson                              #17376
**Attorney for Defendant**


**Prepared by:**

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

<u>s/Charles E. Branson</u>
David R. Cooper                                #16690
Charles E. Branson                             #17376
**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**

## Certificate of Service

On July 10, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Teresa A. Woody, KS #16949
KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.
211 E. 8th Street, Suite D | Lawrence, KS 66044
Tel: (785) 251-8160
twoody@kansasappleseed.org

Karen Leve, KS #29580 | Kunyu Ching, #29807
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500 | Overland Park, KS 66212
Tel: (913) 490-4100 | Fax: (913) 490-4119
kleve@aclukansas.org
kching@aclukansas.org

Thomas J. Sullivan | *admitted Pro Hac Vice* | Mitchell F. Engel, KS #78766 | Jordan C. Baehr, KS #27213 | Paul M. Vogel, KS #79022 | Charlie C. Eblen, KS #77940
SHOOK, HARDY & BACON, LLP | 2555 Grand Blvd., Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547
tsullivan@shb.com
mengel@shb.com
jbaehr@shb.com
pvogel@shb.com
ceblen@shb.com
**Attorneys for Plaintiffs**

                                             **s/Charles E. Branson**