IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

**DECLARATION OF KUNYU CHING CERTIFYING
COMPLIANCE WITH NOTICE PLAN**

I, Kunyu Ching, declare as follows:

1. I am a Staff Attorney at the American Civil Liberties Union Foundation of Kansas ("ACLU of Kansas"). The ACLU of Kansas represents the Plaintiffs in this case.

2. This declaration is submitted pursuant to the Court's May 17, 2024 Order granting the parties' Joint Motion for Preliminary Approval of Settlement and the Notice Plan contained therein (Doc. 256). The facts set forth here are within my personal knowledge, and for those matters set forth on information and belief, I believe those to be true. If called upon to testify, I could and would testify to the same in a court of law.

3. Pursuant to Paragraph d of the Notice Plan, Plaintiffs received a final complete list of incarcerated class members and their respective detention facilities from Defendant on June 10, 2024. On June 17 and 18, 2024, I mailed via U.S. Postal Service paper copies of the Long Form

Notice (Doc. 254-2), the Settlement Agreement, and other relevant documents to all incarcerated class members whose locations could be ascertained after reasonable efforts.

4. Pursuant to Paragraph e of the Notice Plan, on May 30, 2024, the ACLU of Kansas and the Kansas Appleseed Center for Law and Justice ("Kansas Appleseed") issued a joint press release concerning the Court's preliminary approval order, the class notice, and class members' options. This press release was provided to media outlets who have previously reported on this case, including the Wichita Eagle, the Kansas Reflector, KWCH, and Unavision.

5. Further pursuant to Paragraph e of the Notice Plan, on May 31, 2024, the ACLU of Kansas took out a quarter page advertisement in the print version of the Wichita Eagle as well as a digital advertisement on the Eagle's website, both consisting of the Short Form Notice (Doc. 254-3). These advertisements ran again on June 16, June 30, and July 14, 2024. The ACLU of Kansas also purchased a 30-day digital advertisement consisting of the Short Form Notice on the Wichita Community Voice website beginning on June 1, 2024, as well as printing the Short Form Notice in the June 7 and June 21 print issues of the Community Voice.

6. Pursuant to Paragraph f of the Notice Plan, on May 30, 2024, the ACLU of Kansas posted the Long Form Notice on its website together with the Settlement Agreement and other relevant information for class members. On May 31, 2024, at my direction, Kansas Appleseed and Progeny staff members posted the Long Form Notice on the Kansas Appleseed and Progeny websites. Social media posts concerning the settlement and directing viewers to visit websites for additional information were posted on the ACLU of Kansas's Facebook, Instagram, Twitter/X, and LinkedIn accounts on May 31, June 5, June 18, July 5, and July 8, 2024; on Kansas Appleseed's Facebook and Instagram accounts on May 31, June 3, and June 6, 2024; and on

Progeny's Facebook and Instagram accounts on May 31, 2024. Additional social media posts are planned before the conclusion of the notice period.

7. Pursuant to Paragraph g of the Notice Plan, at my direction, ACLU of Kansas and Kansas Appleseed staff members posted physical copies of the Short Form Notice at or near the following locations between June 4 and June 7, 2024:

 a. Sedgwick County Juvenile Courthouse: 1900 E Morris St

 b. Wichita Public Library locations

  i. Alford Branch: 3447 S. Meridian

  ii. Evergreen Branch: 2601 N. Arkansas

  iii. Rockwell Branch: 5939 E. 9th

  iv. Walters Branch: 4195 E. Harry

  v. Westlink Temporary Branch: 7011 W. Central

 c. City of Wichita Community and Recreation Centers

  i. Boston Recreation Center: 6655 E Zimmerly

  ii. Brewer Community Center: 1329 E 16th St N

  iii. Edgemoor Recreation Center: 5815 E 9th Street

  iv. Evergreen Recreation Center: 2700 N Woodland

  v. Linwood Recreation Center: 1901 S Kansas

  vi. Orchard Recreation Center: 4808 W 9th St

  vii. Woodard Recreation Center: 2750 E 18th St

 d. Old Town

  i. Public kiosk located at approximately 900 E Douglas Ave

  ii. Emerson Biggins, 808 E Douglas Ave

8. Further pursuant to Paragraph g of the Notice Plan, I posted physical copies of the Short Form Notice at the following locations on July 12, 2024:

    a. Angelou NE Branch Library: 3051 E. 21st

    b. Plaintiff Progeny's office: 2721 E. Central, Suite 211

I also attempted to post physical copies of the Short Form Notice at the Sedgwick County Main Courthouse (525 N Main), Sedgwick County Jail (141 W Elm St), and the Advanced Learning Library (711 W. 2nd St.), but none of these locations maintained a bulletin board or other similar location for lawfully posting items for public view. Upon inquiry, the Sedgwick County Jail and the Advanced Learning Library declined to post the Notice near their entrances. I did not inquire further at the Sedgwick County Main Courthouse, as multiple copies of the Short Form Notice were already posted around the courthouse following my request to the 18th Judicial District Court pursuant to Paragraph h of the Notice Plan.

9. Pursuant to Paragraph h of the Notice Plan, on June 7, 2024, I emailed the following individuals requesting that they disseminate the Notice among their staff or members and post the Notice in locations most likely to be seen by class members and/or their legal representatives through the date of the Final Approval Hearing:

    a. The Hon. Jeffrey Goering, Chief Judge of the 18th Judicial District Court (Sedgwick County);

    b. Marc Bennett, District Attorney for the 18th Judicial District (Sedgwick County);

    c. Jeff Easter, Sedgwick County Sheriff;

    d. Jeff Zmuda, Secretary of the Kansas Department of Corrections;

    e. Kelly Bielefeld, Superintendent of Wichita Public Schools USD 259;

      f.    Sarah McKinnon, Chief Public Defender for Sedgwick County;

      g.    Melody Brannon, the Federal Public Defender for the District of Kansas;

      h.    Rhonda Sullivan of the Wichita office of Kansas Legal Services;

      i.    Laura Ice, President of the Kansas Bar Association;

      j.    Patrick Lewis, Executive Director of the Kansas Association of Criminal Defense Lawyers; and

      k.    Scott Hill, President of the Wichita Bar Association.

10.     I am prepared to provide copies or other evidence of the communications described above at the Court's request.

I declare under penalty of perjury under the laws of the United States of America and the State of Kansas that the foregoing is true and correct.

Executed on July 12, 2024 in Olathe, Kansas.

                                              *s/ Kunyu Ching*
                                              Kunyu Ching

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on July 12, 2024, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

                                              *s/ Kunyu Ching*
                                              Kunyu Ching