FILED
U.S. District Court
District of Kansas
JUL 19 2024
Clerk, U.S. District Court
By ____ Deputy Clerk

In the United States District Court
For the District of Kansas

\_\_\_\_\_ Progeny, Plaintiff

Zabriel Le'on Evans, Application for Intervention.

v.

City of Wichita, et al
    Defendants.

Case No. 6:21-cv-01100-EFM

Motion to Intervene as a Plaintiff pursuant to K.S.A. 60-224 and Fed. R. Civ. P. Rule 24

## MOTION TO INTERVENE AS A PLAINTIFF

(Pursuant to K.S.A. 60-224)
and Fed. R. Civ. P. Rule 24

Zabriel Le'on Evans, a Secured Party registered in the State of Kansas (filing # 115797433), moving for leave to Intervene as a Plaintiff in the above Class Action in Order to assert the Claim(s) set forth in this case against the City of Wichita, in which a Copy of his statements in support is hereto attached on the grounds that the Wichita Police Department

pg. 1 of 2

has been unlawfully validating specifically the BLACK and MEXICAN RACE as gang members, and targeting the age ranging from 15 to 35 year olds. This unlawful validation for decades has been used to discreminate against the complaining Class, as well as violate such Constitutional Rights of Due Process of Law, illegal searches and seizures, and Equal Protection of Law.

/S/ Zabriel Le'on Evans
S.P. #115797433
I/M #68035
LCF P.O. Box 2
Lansing, KS 66043

## NOTICE OF MOTION

Please take Notice, that the undersigned will bring the above motion on the hearing before this Court at The U.S. District Court for the District of Kansas 401 N. Market, Wichita, KS, 67202, Courtroom 414, on August 23, 2024, at 1:30 PM.

/S/ Zabriel Le'on Evans
SP. #115797433
LCF PO Box 2
Lansing, KS 66043

Pg. 2 of 2

Zabriel Leon Evans
#68035
LCF P.O. Box 2
Lansing, KS 66043

KANSAS CITY 640
16 JUL 2024 PM 4 L

US POSTAGE
ZIP 66043
02 4W
0000390783 JUL. 16. 2024
$000.97

U.S. District Court
401 N. Market, Courtroom 414
Wichita, KS 67202

67202-200014