IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____ Progeny, Plaintiff )
Zabriel Le'on Evans, ) Case No. 6:21-cv-01100-EFM
Intervener )
)
v. )
)
City of Wichita, et al ) Affidavit of Truth
Defendants. )

## AFFIDAVIT OF TRUTH

STATE OF KANSAS,
COUNTY OF SEDGWICK,

Zabriel Le'on Evans, of legal age and of sound mind do swear under penalty of perjury in this Affidavit of Truth the following Truth and Facts:

1. **Fact:** I assert that since the age of fifteen (15) (now forty-two) that the City of Wichita, by and through their Wichita Police Department, has had me classified as a known gang member.

2. **Fact:** I assert that there was never any "Process" or "Procedure" to ever validate me as a gang member as a youth, or any other time throughout my life.

pg. 1 of 5

3. <u>Fact</u>: I assert that the Wichita Police has continuously used this bogus gang validation throughout my life to perform unlawful acts against me and my Class to do such things like: Pull me over without cause and illegally search my person and my vehicle; Enter into my house without cause in performing illegal searches and seizures of my personal property; and constant harassment of my person while out in the community.

4. <u>Fact</u>: I assert that, for my Class, that this bogus gang validation not only brings forth Police harassment while free in the Community, but carries over into the Courts when dealing with Criminal Cases and Sentencing; and also while serving Sentences within the Kansas Department of Corrections, and while released on parole/post-release.

5. <u>Fact</u>: I assert that the Kansas Department of Corrections uses this bogus gang validation created by Wichita Police Department to give us "Gang Points", to which these Gang Points are used

to classify my class in such ways of making you (us) "Maximum Custody", and controlling your Life and Liberty while in prison, with <u>no process</u> to "contest" or "remove" this alleged "Gang Point".

6. **Fact:** I assert that the Kansas Department of Corrections claims that the only way to try and remove a "Gang Validation Point" that was placed on you by the Wichita Police Department is to contact WPD; but me and everyone from my class who have tried to move forward with this alleged process quickly find out that this claimed process does not exist due to WPD refusing all contact concerning the removal of this bogus gang validation, thus leaving you stuck with this "Gang Point".

7. **Fact:** I assert that the Wichita Police Department even refuses to allow my class to denounce publicly all gang ties in order to move forward in life with God and Religion without being classified as

some kind of gang member as if change in Spiritual Growth and Morals is incapable of my Class.

8. Fact: I assert that the Black and Mexican Race are the ones who experience this discrimination more than any other class, and is often racially and wrongfully classified as gang members due to our close relationships with childhood friends and family.

9. Fact: I assert that the Wichita Police Department has absolutely no set standard, process, or procedure in validating my Class as gang members; and because of this lack of standard, process, and procedure My Class has experienced arbitrary punishment and harassment without any "Due Process of Law" to protect or forewarn us, or any Process or Remedy to remove one's person from the bogus validation.

10. Fact: I assert that outside of the Black and Mexican communities that the Wichita Police Department is not harassing other Classes due to this bogus gang validation.

11. Fact: I, Zabriel Le'on Evans, do assert that I present the above Truth and Facts in this Affidavit of Truth in "Good Faith" pursuant to K.S.A. 84-1-201(20)

pg. 4 of 5

and with no ill will against the Wichita Police Department. I assert that this Affidavit of Truth was created in fact to assist in changing the Policy of how their Department validates my Class of people, and for there to be a sure process and procedure for those who denounce all gang ties to be able to remove their person from such list or capacity in Life, Liberty and Pursuit of Happiness.

FURTHER AFFIANT SAYS NAUGHT.

/s/ Zabriel Le'on Evans
Zabriel Le'on Evans
S.P. #115797433
I/M #68035
LCF P.O. Box 2
Lansing, KS 66043

### VERIFIED STATEMENT

I, Zabriel Le'on Evans, a Secured Party registered with the State of Kansas (filing #115797433) do verify and assert that I have sworn to the above Truth under penalty of perjury in Good Faith and not of ill will of any kind in the interest of my Class.

/s/ Zabriel Le'on Evans
Zabriel Le'on Evans
S.P. #115797433