IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

    *Plaintiff(s)*,    Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

    *Defendant*.

## JOINT MOTION TO EXCEED PAGE LIMITS

Plaintiffs Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr., and Defendant City of Wichita respectfully request permission from the Court for five (5) additional pages for their forthcoming Memorandum in Support of the Joint Motion for Final Approval of Settlement. The parties will file this Joint Motion on or before August 16, 2024, as the Court ordered (Doc. 248).

In support of their request for additional pages, the parties state as follows:

1. Plaintiffs bring this action under 42 U.S.C. § 1983 against the City of Wichita, challenging the constitutionality of a state statute, K.S.A. § 21-6313, and the Wichita Police Department's maintenance and use of a Master Gang List and Gang Database pursuant to that statute and WPD Policy 527.

2. On October 10, 2023, the Court granted Plaintiffs' motion for class certification, appointed Plaintiffs as class representatives, and appointed Plaintiffs' counsel as class counsel. Doc. 212. The Court certified the following class: "All living persons included in the Wichita

Police Department's Gang List or Gang Database as an Active or Inactive Gang Member or Gang Associate." *Id.*

3. On April 9, 2024, Plaintiffs filed a notice of settlement stating that the parties had reached an agreement to settle this dispute. Doc. 245.

4. On April 16, 2024, the parties appeared before the Court. At the hearing, the Court indicated that given the importance of the issues raised in this lawsuit, it intended to engage in a thorough and fulsome approval process. The Court set a deadline for filing a joint motion for preliminary approval on May 9, 2024, and a deadline for filing a joint motion for final approval on August 16, 2024. Doc. 248.

5. On May 6, 2024, the parties jointly moved for five additional pages in their Joint Motion for Preliminary Approval of Settlement (Doc. 252), which the Court granted on May 7, 2024. Doc. 253. The parties filed their 20-page motion for preliminary approval on May 9, 2024. Doc. 254.

6. Under D. Kan. Rule 7.1(d), a motion for final approval is subject to the standard limit of 15 pages.

7. The complexity and length of the case, the history of the parties' mediation efforts, the variety of claims and legal issues, and the detailed nature of the settlement terms as they relate to Plaintiffs' claims necessitate additional pages. By allowing for additional pages, the parties can provide more thorough explanations of the details and benefits of their proposed settlement, their efforts in executing the Notice Plan, and the comments submitted from Class Members and other affected parties. Additional pages would help ensure that the Court is able to fully and fairly adjudicate the parties' request for final approval of their settlement.

For the reasons set forth above, the parties respectfully request that the Court grant this Joint Motion to Exceed Page Limits and allow the parties to file a Memorandum in Support of the Joint Motion for Final Approval of Settlement in excess of the 15-page limit set forth in the Local Rules.

Date: August 8, 2024

Respectfully submitted,

SHOOK, HARDY & BACON LLP

/*s*/ Mitchell F. Engel
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KS #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/*s*/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org


AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

/*s*/ Kunyu Ching
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500

        Overland Park, KS 66212
        Phone: (913) 490-4100
        kching@aclukansas.org
        kleve@aclukansas.org

        ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED


**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/*s*/ Charles E. Branson
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
David R. Cooper #16690
Charles E. Branson #17376
**Attorneys for Defendant**


Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov
**Attorneys for City of Wichita**


### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on August 8, 2024, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

DATED: August 8, 2024

        /s/ Mitchell F. Engel_____
        Mitchell F. Engel