## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    *Plaintiffs*,    Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

    *Defendant*.

## APPENDIX OF EXHIBITS TO
## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

| Exhibit | Description |
|---|---|
| A | Settlement Agreement |
| B | Comments |
| C | Requests to Appear |
| D | Proposed Order Granting Final Approval |
| E | Gang Database Status Review Form |
| F | Gang Database Status Appeal Form |

Date: August 16, 2024

        Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org
kleve@aclukansas.org

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
 Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**Attorneys for Plaintiffs and the Class**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

*/s/ Mitchell F. Engel*
