# Exhibit

# B

**From:** sspp50901923@icloud.com
**To:** Kunyu Ching
**Subject:** Fwd: Wichita Gang List
**Date:** Monday, June 10, 2024 7:12:29 PM

You don't often get email from sspp50901923@icloud.com. Learn why this is important

**From:** sspp50901923@icloud.com
**Date:** June 10, 2024 at 7:08:59 PM CDT
**To:** twoody@kansasappleseed.org
**Subject: Wichita Gang List**

My name is Sherida Price and I would like to oppose and speak, at the final hearing for the settlement offer.

I would like to oppose the settlement because of the impact it has had on my life, my family members lives, and others.

I was associated with gang members back in the year of 2014. The association was done maliciously. In the report that I had pulled from CORA, the officer advised "I believe this is gang related", despite the situation having nothing to do with gang affiliation.

After this my life went from progressing, to what seemed like someone with a motive to deter me. It first happened at my job. First I was pulled over and told I had not paid a citation from 2012, and had a warrant for "Failure to Render Aid".

A city cop pulled me over, but I was taken in by a sheriff. Initially when the cop pulled me over, he said "This is a nice car, how did you afford it? Allegedly, I had been in a car accident unknown to me, and a man had picked me out in a lineup. The man's name was Robert Winters, and his wife Sheri Winters coincidentally worked for Sedgwick County Sheriff's Office.

When I went to court I was told under oath by the prosecutor, the witness, and the judge that Robert and his twelve year old son had picked me out in a lineup. If I would have been thinking, I would have realized that was impossible. I had never been in trouble. Especially not in Wichita, Kansas. Nor did I have a Kansas driver's license. However, how the prosecutor came across my ID seemed unethical. My drivers license was stolen in 2011, after my brother in laws funeral. The picture used in the lineup was from my driver's license.

Therefore, when I called attempting to make a police report for my stolen license, someone who works for the city had it. I fought the case in what was a very quick hearing, the judge deemed I did not failure to render aid, but gave me over $5000 in fines. After the fines, he also put me on a "Restitution Probation" where I had to pay $272.00 to Robert monthly, and $100 to probation. I advised the judge I could not pay fines that high. He told me that Robert better get his money, before my bills or rent were paid. This never happened because I lost my job.

My new supervisor at Cox Communications was the daughter of a police officer. I had never had disciplinary action, my stats were great, and I did not have an employee profile. Then one day I was told I was being put on a suspension. I was asked what it was "I thought I had done?". Never giving me a reason for the suspension or any evidence to what I allegedly had done, I was released from my job.

I moved back home to New Mexico where I began experiencing police harassment, or if I called and made a report my complaint was not taken seriously. Turns out that when you are put on this gang list, it follows you from state to state. So even in my hometown, where I was applauded for the student and person I was, I began to feel the effects of the Gang List. Where everyone looked up to me, I was turned into a criminal. First it started with several stops from state police. Most of the time letting me go, but always stopping me. Then supposedly my file from Kansas got pushed over to New Mexico. I ended up paying almost $10,000.00 in fines.

The goal of these high fines is to deter the alleged criminal. When you don't have a record they attack your license. By racking fines up on you, eventually they can suspend your license. Once your license is suspended they can keep you in the system with fines, jail, and probation. Since the police know your name, they will run your license or tags constantly. That way, they can find a reason to harass you. This was my direct experience. The judge literally had cops on the corner waiting when I left home, and returned home. It also gives them reason to be more unethical to you.

I moved to Alabama and a few months after being there, the harassment began taking place again. Only this time it was more aggressive. First, I was arrested after calling the cops on a man, who pulled a gun on me. After this, the cops illegally detained me and took me to jail on "Retaliatory Allegations" and the judge allowed it. The allegations were that I had harassed a man, whom I had placed stalking on. I was put in the back of the police car and asked what I had done. However, Officer Smith never showed me the warrant. Nor did he know who the alleged victim was. I wasn't told who the victim was until the day of court.

I am not sure if the ACLU read the same settlement offer from Wichita Gang Unit, that I did. In that offer it stated that they had observed individuals out in public engaging with other gang members, talking to people who were affiliated, etc…. What I read in that article is that brown and black children are being put on this list at the age of 13, and had been giving no real chance at life.

What I read in the offer was that The City of Wichita and WPD have city employees, undercover cops, and the gang unit are keeping illegal tabs on the individuals on the list, and do not plan to stop. The City of Wichita and WPD I read was they are going to have people watch you when you leave your house, watch you when you go to the gym, watch you when you go to watch, watch a child when they go to school. What I read was The City of Wichita and WPD are keeping a round the clock watch on individuals on this list.

2

I read The City of Wichita and WPD are placing children on here that have not been in any trouble, but share the same name as their father (like my son). The City of Wichita and WPD are placing people on their because they talk to their brother, cousin, or friend who may have or may not be affiliated with a gang. What I read was The City of Wichita and WPD are setting up obstacle's in place to deter crime, but ultimately breaking the law themselves by setting you up.

What I read is The City of Wichita and WPD are making our jobs harder, making our lives harder, making your ability to find housing harder. What I heard was WPD and the City of Wichita call your landlord and tell them to give you a particular unit, so The City of Wichita and WPD can watch you leave and return home. So The City of Wichita and WPD can watch when your car leaves.

What I read was The City of Wichita and WPD are committing racially motivated crimes at its finest, and using the legal system to cover it up. This is racial disparity and discrimination at its finest. We cannot continue to allow The City of Wichita and WPD to excessively police, excessively criminalize, and excessively convict our children, family members, and neighbors because the system is promoting racism. We have to put a stop to this.

America needs to re-educate and promote integration. Not use the excuse to criminalize and violate individuals 4th, 5th, 6th, 8th, 9th, or 10th amendments. If the LGBTQ community can actively express themselves in any shape or form, if a person has not committed a crime, what prevent them from being allowed to do the same? My brother Gregory Carter is sitting at Sedgwick County Jail after rendering two people aid that were shot. The police have the camera footage. They have constrained my brother because they were watching him. They watched him because he is affiliated with me.

How do you go from being a good person, to being criminalized? He did nothing wrong other than try to help.

The Gang list took me from being an upstanding citizen, to making me look like a criminal. It needs to be stopped. The only offer that needs to be made is we the people saying you stop it, or we expose the government for who they really are. I don't want to see my baby get shot, gunned down, have her last breath taken from him because of an idea or thought.

Police are taught to view the person they are pursuing as a brother, sister, or family member. They could never see most of the people on the list that way, because they cannot move past the skin graft.

I oppose the Gang List. I oppose the settlement offer.


Sent from my iPhone

3

**From:** sspp50901923@icloud.com
**To:** Kunyu Ching
**Subject:** Re: Wichita Gang List
**Date:** Saturday, June 22, 2024 8:55:57 AM

You don't often get email from sspp50901923@icloud.com. Learn why this is important

One more thing I did want to make mention of was Venus Lee who was our alleged CEO of GraceMed had the last name Thatcher. I now work another job where that is a woman named Sarah Thatcher who is lead on 6th shift. She recently got my sister in law fired from the job.

The reason I am bringing this up is because Venus Thatcher was forced to resign from GraceMed because she lied about her credentials. Sarah smirked after getting my sister in law terminated after barely working for six days.

The lead detective over Wichita Gang Unit is Detective Thatcher. I used to work with him at Dillons in 2009. Coincidentally, the news reporter in Wichita that is a lead is named Ms. Thatcher.

This looks like a conspiracy. It seems theywatch people associated with the list, to cause them to lose their jobs, and to get them fired and cause character assassination. My last few jobs I was harassed without reason and terminated even when my metrics were perfect.

This is the conspiracy in these police and reporters working undercover to intentionally make people associated with the list lose their jobs. Then making our lives difficult. Making it hard for us to maintain and keep work so then we are forced to turn to crime to support ourselves.

I have fought against this stigma for the last seven years, and no part of it has been easy. I have literally had to fight to keep jobs that no one wants. These are ways they have had other employees gaslight me at work as well. I come to work and am shown this type of stuff.







Sent from my iPhone


On Jun 10, 2024, at 7:12 PM, sspp50901923@icloud.com wrote:



**From:** sspp50901923@icloud.com
**Date:** June 10, 2024 at 7:08:59 PM CDT
**To:** twoody@kansasappleseed.org
**Subject: Wichita Gang List**


My name is Sherida Price and I would like to oppose and speak, at the final hearing for the settlement offer.

I would like to oppose the settlement because of the impact it has had on my life, my family members lives, and others.

I was associated with gang members back in the year of 2014. The association was done maliciously. In the report that I had pulled from CORA, the officer advised "I believe this is gang related", despite the situation having nothing to do with gang affiliation.

After this my life went from progressing, to what seemed like someone with a motive to deter me. It first happened at my job. First I was pulled over and told I had not paid a citation from 2012, and had a warrant for "Failure to Render Aid".

A city cop pulled me over, but I was taken in by a sheriff. Initially when the cop pulled me over, he said "This is a nice car, how did you afford it? Allegedly, I had been in a car accident unknown to me, and a man had picked me out in a lineup. The man's name was Robert Winters, and his wife Sheri Winters coincidentally worked for Sedgwick County Sheriff's Office.

When I went to court I was told under oath by the prosecutor, the witness, and the judge that Robert and his twelve year old son had picked me out in a lineup. If I would have been thinking, I would have realized that was impossible. I had never been in trouble. Especially not in Wichita, Kansas. Nor did I have a Kansas driver's license. However, how the prosecutor came across my ID seemed unethical. My drivers license was stolen in 2011, after my brother in

6

laws funeral. The picture used in the lineup was from my driver's license.

Therefore, when I called attempting to make a police report for my stolen license, someone who works for the city had it. I fought the case in what was a very quick hearing, the judge deemed I did not failure to render aid, but gave me over $5000 in fines. After the fines, he also put me on a "Restitution Probation" where I had to pay $272.00 to Robert monthly, and $100 to probation. I advised the judge I could not pay fines that high. He told me that Robert better get his money, before my bills or rent were paid. This never happened because I lost my job.

My new supervisor at Cox Communications was the daughter of a police officer. I had never had disciplinary action, my stats were great, and I did not have an employee profile. Then one day I was told I was being put on a suspension. I was asked what it was "I thought I had done?". Never giving me a reason for the suspension or any evidence to what I allegedly had done, I was released from my job.

I moved back home to New Mexico where I began experiencing police harassment, or if I called and made a report my complaint was not taken seriously. Turns out that when you are put on this gang list, it follows you from state to state. So even in my hometown, where I was applauded for the student and person I was, I began to feel the effects of the Gang List. Where everyone looked up to me, I was turned into a criminal. First it started with several stops from state police. Most of the time letting me go, but always stopping me. Then supposedly my file from Kansas got pushed over to New Mexico. I ended up paying almost $10,000.00 in fines.

The goal of these high fines is to deter the alleged criminal. When you don't have a record they attack your license. By racking fines up on you, eventually they can suspend your license. Once your license is suspended they can keep you in the system with fines, jail, and probation. Since the police know your name, they will run your license or tags constantly. That way, they can find a reason to harass you. This was my direct experience. The judge literally had cops on the corner waiting when I left home, and returned home. It also gives them reason to be more unethical to you.

I moved to Alabama and a few months after being there, the harassment began taking place again. Only this time it was more aggressive. First, I was arrested after calling the cops on a man, who pulled a gun on me. After this, the cops illegally detained me and took me to jail on "Retaliatory Allegations" and the judge allowed it. The allegations were that I had harassed a man, whom I had placed stalking on. I was put in the back of the police car and asked what I had done. However, Officer Smith never showed me the warrant. Nor

did he know who the alleged victim was. I wasn't told who the victim was until the day of court.

I am not sure if the ACLU read the same settlement offer from Wichita Gang Unit, that I did. In that offer it stated that they had observed individuals out in public engaging with other gang members, talking to people who were affiliated, etc…. What I read in that article is that brown and black children are being put on this list at the age of 13, and had been giving no real chance at life.

What I read in the offer was that The City of Wichita and WPD have city employees, undercover cops, and the gang unit are keeping illegal tabs on the individuals on the list, and do not plan to stop. The City of Wichita and WPD I read was they are going to have people watch you when you leave your house, watch you when you go to the gym, watch you when you go to watch, watch a child when they go to school. What I read was The City of Wichita and WPD are keeping a round the clock watch on individuals on this list.

I read The City of Wichita and WPD are placing children on here that have not been in any trouble, but share the same name as their father (like my son). The City of Wichita and WPD are placing people on their because they talk to their brother, cousin, or friend who may have or may not be affiliated with a gang. What I read was The City of Wichita and WPD are setting up obstacle's in place to deter crime, but ultimately breaking the law themselves by setting you up.

What I read is The City of Wichita and WPD are making our jobs harder, making our lives harder, making your ability to find housing harder. What I heard was WPD and the City of Wichita call your landlord and tell them to give you a particular unit, so The City of Wichita and WPD can watch you leave and return home. So The City of Wichita and WPD can watch when your car leaves.

What I read was The City of Wichita and WPD are committing racially motivated crimes at its finest, and using the legal system to cover it up. This is racial disparity and discrimination at its finest. We cannot continue to allow The City of Wichita and WPD to excessively police, excessively criminalize, and excessively convict our children, family members, and neighbors because the system is promoting racism. We have to put a stop to this.

America needs to re-educate and promote integration. Not use the excuse to criminalize and violate individuals 4th, 5th, 6th, 8th, 9th, or 10th amendments. If the LGBTQ community can actively express themselves in any shape or form, if a person has not committed a crime, what prevent them from being allowed to do the same? My brother Gregory Carter is sitting at Sedgwick County Jail after rendering two people aid that were shot. The police have the camera footage. They have constrained my brother because they were

8

watching him. They watched him because he is affiliated with me.

How do you go from being a good person, to being criminalized? He did nothing wrong other than try to help.

The Gang list took me from being an upstanding citizen, to making me look like a criminal. It needs to be stopped. The only offer that needs to be made is we the people saying you stop it, or we expose the government for who they really are. I don't want to see my baby get shot, gunned down, have her last breath taken from him because of an idea or thought.

Police are taught to view the person they are pursuing as a brother, sister, or family member. They could never see most of the people on the list that way, because they cannot move past the skin graft.

I oppose the Gang List. I oppose the settlement offer.


Sent from my iPhone

9



From: xqq599815236@icloud.com
To: Kansas Chang
Cc: Teresa Woody
Subject: Re: Wichita Gang List
Date: Saturday, June 22, 2024 8:17:04 AM

You don't often get email from xqq599815236@icloud.com  Learn why this is important

Here is the associated evidence.



According to research conducted by The Sunflower in Ablah Library's Special Collections, Lee was listed in the 1989-1990 directory under the name "Venus L. Thomas." She was listed as a freshman at the University College (UC). In the 1990s, all incoming freshmen at Wichita State were enrolled in the UC program before being admitted to a specific school of study. Directories and commencement guides from 1990 to 2005 did not show anyone with the names "Venus," "Lee," "Thatcher" or "Thomas" who graduated with a bachelor's or master's in business administration.

In a second article, Brunet reported that the names "Venus Lee" and "Venus Thatcher" also appeared in attendance records from 1993-1994. The Sunflower emailed Brunet asking him to share the documentation to corroborate these years, but Brunet refused, stating that he "can't trust or work with people with pronouns."

The Sunflower's investigation did not find the names "Venus Lee" or "Venus Thatcher" in the 1993-1994 directory.

Since Lee's resignation, the GraceMed marketing firm said, "There is no additional

🔒 thesunflower.com — Private

10

Sent from my iPhone

On Jun 10, 2024, at 7:41 PM, supp50901923@icloud.com wrote:

You're welcome.
Sent from my iPhone

On Jun 10, 2024, at 7:34 PM, Kunyu Ching <kching@aclukansas.org> wrote:

Received, thank you, Ms. Price.

<image001.png>    Kunyu Ching (she/her)
                  Staff Attorney
                  O: (913) 490-4107
                  C: (913) 608-7341
                  kching@aclukansas.org

---

**From:** supp50901923@icloud.com <supp50901923@icloud.com>
**Sent:** Monday, June 10, 2024 7:12 PM
**To:** Kunyu Ching <kching@aclukansas.org>
**Subject:** Fwd: Wichita Gang List

You don't often get email from supp50901923@icloud.com. Learn why this is important

**From:** supp50901923@icloud.com
**Date:** June 10, 2024 at 7:08:59 PM CDT
**To:** twoody@kansasappleseed.org
**Subject: Wichita Gang List**

My name is Sherida Price and I would like to oppose and speak, at the final hearing for the settlement offer.

I would like to oppose the settlement because of the impact it has had on my life, my family members lives, and others.

I was associated with gang members back in the year of 2014. The association was done maliciously. In the report that I had pulled from CORA, the officer advised "I believe this is gang related", despite the situation having nothing to do with gang affiliation.

After this my life went from progressing, to what seemed like someone with a motive to deter me. It first happened at my job. First I was pulled over and told I had not paid a citation from 2012, and had a warrant for "Failure to Render Aid".

A city cop pulled me over, but I was taken in by a sheriff. Initially when the cop pulled me over, he said "This is a nice car, how could you afford it? Allegedly, I had been in a car accident somewhere around me, and a man had picked me out in a lineup. The man's name was Robert Winters, and his wife Sheri Winters coincidentally worked for Sedgwick County Sheriff's Office.

When I went to court I was told under oath by the prosecutor, the witness, and the judge that Robert and his twelve year old son had picked me out in a lineup. If I would have been thinking, I would have realized that was impossible. I had never been in trouble. Especially not in Wichita, Kansas. Nor did I have a Kansas driver's license. However, now the prosecutor came across my ID seemed unethical. My drivers license was stolen in 2011, after my brother in laws funeral. The picture used in the lineup was from my driver's license.

Therefore, when I called attempting to make a police report for my stolen license, someone who works for the city had it. I fought the case in what was a very quick hearing, the judge deemed I did not failure to render aid, but gave me over $5000 in fines. After the fines, he also put me on a "Restitution Probation" where I had to pay $272.00 to Robert monthly, and $100 to probation. I advised the judge I could not pay fines that high. He told me that Robert better get his money, before my bills or rent were paid. This never happened because I lost my job.

My new supervisor at Cox Communications was the daughter of a police officer. I had never had disciplinary action, my stats were great, and I did not have an employee profile. Then one day I was told I was being put on a suspension. I was asked what it was "I thought I had done?". Never giving me a reason for the suspension or its evidence to what I allegedly had done, I was released from my job.

I moved back home to New Mexico where I began experiencing police harassment, or if I called and made a report my complaint was not taken seriously. Turns out that when you are put on this gang list, it follows you from state to state. So even in my hometown, where I was applauded for the student and person I was, I began to feel the effects of the Gang List. Where everyone looked up to me, now I was turned into a criminal. First it started with several stops from state police. Most of the time letting me go, but always stopping me. Then supposedly my file from Kansas got pushed over to New Mexico. I ended up paying almost $10,000.00 in fines.

The goal of these high fines is to deter the alleged criminal. When you don't have a record they attack your license. By racking fines up on you, eventually they can suspend your license. Once your license is suspended they can keep you in the system with fines, jail, and probation. Since the police know your name, they will run your license or tags constantly. That way, they can find a reason to harass you. This was my direct experience. The judge literally had cops on the corner waiting when I left home, and returned home. It also gives them reason to be more unethical to you.

I moved to Alabama and a few months after being there, the harassment began taking place again. Only this time it was more aggressive. First, I was arrested after calling the cops on a man, who pulled a gun on me. After this, the cops illegally detained me and took me to jail on "Retaliatory Allegations" and the judge allowed it. The allegations were that I had harassed a man, whom I had placed stalking on. I was put in the back of the police car and asked what I had done. However, Officer Smith never showed me the warrant. Nor did he know who the alleged victim was. I wasn't told who the victim was until the day of court.

I am not sure if the ACLU read the same settlement offer from Wichita Gang Unit, that I did. In their offer it stated that they had observed individuals out in public engaging with other gang members, talking to people who were affiliated, etc.... What I read in that article is that brown and black children are being put on this list at the age of 13, and had been giving no real chance at life.

What I read in the offer was that The City of Wichita and WPD have city employees, undercover cops, and the gang unit are keeping illegal tabs on the individuals on the list, and do not plan to stop. The City of Wichita and WPD I read was they are going to have people watch you when you leave your house, watch you when you go to the gym, watch you when you go to church, watch a child when they go to school. What I read was The City of Wichita and WPD are keeping a round the clock watch on individuals on this list.

I read The City of Wichita and WPD are placing children on here that have not been in any trouble, but share the same name as their father (like my son). The City of Wichita and WPD are placing people on here because they talk to their brother, cousin, or friend who may have or may not be affiliated with a gang. What I read was The City of Wichita and WPD are setting up obstacle's in place to deter crime, but ultimately breaking the law themselves by setting you up.

What I read is The City of Wichita and WPD are making our jobs harder, making our lives harder, making your ability to find housing harder. What I heard was WPD and the City of Wichita call your landlord and tell them to give you a particular unit, so The City of Wichita and WPD can watch you leave and return home. So The City of Wichita and WPD can watch when your car leaves.

What I read was The City of Wichita and WPD are committing racially motivated crimes at its finest, and using the legal system to cover it up. This is racial disparity and discrimination at its finest. We cannot continue to allow The City of Wichita and WPD to excessively police, excessively criminalize, and excessively convict our children, family members, and neighbors because the system is promoting racism. We have to put a stop to this.

America needs to re-educate and promote integration. Not use the excuse to criminalize and violate individuals 4th, 5th, 6th, 8th, 9th, or 10th amendments. If the LGBTQ community can actively express themselves in any shape or form, if a person has not committed a crime, what prevent them from being allowed to do the same? My brother Gregory Carter is sitting at Sedgwick County Jail after rendering two people aid that were shot. The police have the camera footage. They have constrained my brother because they were watching him. They watched him because he is affiliated with me.

How do you go from being a good person, to being criminalized? He did nothing wrong other than try to help.

The Gang List took me from being an upstanding citizen, to making me look like a criminal. It needs to be stopped. The only offer that needs to be made is we the people saying you stop it, or we expose the government for who they really are. I don't want to see my baby get shot, gunned down, have her last breath taken from him because of an idea or thought.

Police are taught to view the person they are pursuing as a brother, sister, or family member. They could never see most of the people on the list that way, because they cannot move past the skin graft.

I oppose the Gang List. I oppose the settlement offer.

Sent from my iPhone

---

| | |
|---|---|
| **From:** | sspp50901923@icloud.com |
| **To:** | Kunyu Ching; Teresa Woody |
| **Subject:** | Video |
| **Date:** | Wednesday, June 26, 2024 8:59:59 PM |
| **Attachments:** | Video.mov |

I thought this could also help the case.

This is the business that I manage for my boss Cory Barnes. We give second chance employment.

We could the cops throwing drugs in our trash can. Then the Sedgwick county PD had a homeless man check out trash cans three times in a few hour time frame. After the police had K-9 sniffing our trash can.

I have all the videos.

They're attempting to commit entrapment so they have a reason to search our shop. Which is fine, but this is Sedgwick County PD.


Sent from my iPhone

| | |
|---|---|
| **From:** | Teresa Woody |
| **To:** | sspp50901923@icloud.com |
| **Cc:** | Kunyu Ching |
| **Subject:** | Re: Video |
| **Date:** | Tuesday, July 2, 2024 4:35:22 PM |

Thank you Sherida, we will submit your information.

Thank you for your comments and concern about the settlement.

Teresa

Teresa A. Woody
Litigation Director
Kansas Appleseed Center for Law and Justice, Inc.
211 E. 8th Street, Suite D
Lawrence, KS 66044
(785) 251-8160
twoody@kansasappleseed.org
(Pronouns: she/her/hers)



This message, including any attachments, is from Teresa Woody, attorney with Kansas Appleseed. Email communication may not be a secure method of communication and can be held, stored, or copied by various computers through which it passes enroute to its destination, or intercepted by a third party. Nevertheless, this email contains information that may be confidential and protected by the attorney-client or work product privileges, the protections of which are not waived by the sending of this information by email. If you are not the intended recipient, please notify the sender of the delivery error and promptly delete this message and any attachments. You may not forward, copy, print, distribute, or use the information in this message if you are not the intended recipient.

On Tue, Jul 2, 2024 at 4:31 PM <sspp50901923@icloud.com> wrote:
> Please do so.
> Sent from my iPhone
>
>
> > On Jul 2, 2024, at 4:17 PM, Teresa Woody <twoody@kansasappleseed.org>
> > wrote:
> >
> >
> > Thanks - if you feel that this is related to the gang list, and would like your
> > comments to be submitted to the Court, we will be happy to do that.

Teresa A. Woody
Litigation Director
Kansas Appleseed Center for Law and Justice, Inc.
211 E. 8th Street, Suite D
Lawrence, KS 66044
(785) 251-8160
twoody@kansasappleseed.org
(Pronouns: she/her/hers)



This message, including any attachments, is from Teresa Woody, attorney with Kansas
Appleseed.  Email communication may not be a secure method of communication and can be held,
stored, or copied by various computers through which it passes enroute to its destination, or
intercepted by a third party. Nevertheless, this email contains information that may be confidential
and protected by the attorney-client or work product privileges, the protections of which are not
waived by the sending of this information by email. If you are not the intended recipient, please
notify the sender of the delivery error and promptly delete this message and any attachments.  You
may not forward, copy, print, distribute, or use the information in this message if you are not the
intended recipient.


On Tue, Jul 2, 2024 at 4:04 PM <sspp50901923@icloud.com> wrote:
I do believe that the police are doing everything in the power to shut down
Black Owned Business.

The one thing that is left out, is my boss/owner is Caucasian. However, he
gives most people a chance spite their history or possible affiliation. The
gentleman across the street that owns the tire shop was once associated with
the Gang List because of his brother. We have a few gentlemen employed
here that used to be in that last.

The police come and sent on the corner and keep a watch on the business on a
24/7 basis. They take pictures is business going in and out of here. They even
have detectives bring their vehicles to see if we do mechanical work here.

The police have also sent people with stolen vehicles and had them try to sell
the vehicles to our business, as well as business across the street. Using the
words "I don't have the title but make me an offer". Typically brand new
vehicles.

I believe they are shutting down any business where anyone that has been
affiliated, has been seen hanging out. This is technically part their submitted
court document. They observe individuals publicly. However, most of the
black community is friends with these people. They have been friends with

14

them from school, sports, etc..
Sent from my iPhone

> On Jul 2, 2024, at 3:48 PM, Teresa Woody
> <twoody@kansasappleseed.org> wrote:
>
>
> This is a separate issue, I think. I've had at least one other
> contact, the guy who had the nightclub in Old Town, where the
> police shut him down as a nuisance.  He thinks that the police are
> doing everything they can to shut down Black businesses,
> especially ones they don't like.  I think this is separate from the
> case about being included on the gang list, so I don't think we
> need to turn these over at this time.
>
> Those are my thoughts.  Do you agree?
>
>
>
> Teresa A. Woody
> Litigation Director
> Kansas Appleseed Center for Law and Justice, Inc.
> 211 E. 8th Street, Suite D
> Lawrence, KS 66044
> (785) 251-8160
> twoody@kansasappleseed.org
> (Pronouns: she/her/hers)



This message, including any attachments, is from Teresa Woody, attorney with
Kansas Appleseed.  Email communication may not be a secure method of
communication and can be held, stored, or copied by various computers through
which it passes enroute to its destination, or intercepted by a third
party. Nevertheless, this email contains information that may be confidential and
protected by the attorney-client or work product privileges, the protections of
which are not waived by the sending of this information by email. If you are not
the intended recipient, please notify the sender of the delivery error and
promptly delete this message and any attachments.  You may not forward, copy,
print, distribute, or use the information in this message if you are not the
intended recipient.

> On Wed, Jun 26, 2024 at 8:58 PM <sspp50901923@icloud.com>
> wrote:
>> I thought this could also help the case.

This is the business that I manage for my boss Cory Barnes.
We give second chance employment.

We could the cops throwing drugs in our trash can. Then the
Sedgwick county PD had a homeless man check out trash cans
three times in a few hour time frame. After the police had K-9
sniffing our trash can.

I have all the videos.

They're attempting to commit entrapment so they have a
reason to search our shop. Which is fine, but this is Sedgwick
County PD.


Sent from my iPhone







And others in Wichita KS, do something better and productive with their life's. So they don't having to worry about being judged by the community, family, and courts about being a alleged gang member. So I ask that you take into consideration of the agreements and terms that were set before you by, ACLU of Kansas, and Kansas Appleseed Center For Laws, so you can help not only the juveniles but adults have a better chance at life. Thank you.

Sincerely,
Casinroyial Collins

19



6/20/24

K.D.O.C. #93873

Norton Correctional Facility

P.O. Box 546

Norton, KS 67654-0546

Case Number: 2007-CR-001555-FE

Dear Teresa A. Woody,

I just recieved a letter from the ACLU notifying me of a class action Lawsuit against the Wichita Police Department for having my name and others on a gang list. I greatly appreciate what you are doing for us and I definitely want my name removed from that list.



Sincerely,
Steve Novotny

pg. 2

Brenton Cook #77439
E.D.C.F.
P.O. Box 311
El Dorado, KS
67042

WICHITA KS 670

26 JUN 2024  PM 2  L

Attn. Teresa A. Woody
Kansas Appleseed Center for
Law and Justice, Inc.
211 East 8th St, Suite D
Lawrence, KS
66044

66044-277175

23

Mrs. Woody,                                    6-25-24

First and foremost I thank you for what you are doing. The Wichita PD has abused it's "gang list" for years. I've actually been pulled over in a routine traffic stop and after coming back "Signal 33", known gang member, been pulled from the vehicle and searched without probable cause.

I do support the settlement, but I'm skeptical as to the actual enforcement of new policies. Some things might change but they'll probably go right back to how they've always been. I would like to see anyone added to that list as a juvenile, that didn't self-validate, retroactively removed. People are owed "Due process" and those that didn't receive it should be exonerated from such claims.

My case in particular has cast a shadow over me and caused issues in my life for years. I've been incarcerated since February 9th 2006, and I've tried multiple times to have my "validation" removed from my file/record. The K.D.O.C. has told me their hands were tied because I was validated by an outside law enforcement agency. In prison as a validated gang member it's difficult to get a lower custody and any disciplinary issues get exaggerated consequences as a "validated member" even when the trouble has no gang issue or influence. The K.D.O.C. also makes anyone trying to get their gang validation removed "debrief" or become an informant and give information on other members. That is dangerous and counter productive to actually making changes in my life for a positive change.

I was put on the WPD gang list as a juvenile. I was in the childrens shelter next door to juvenile detention and I was drawing a picture. I made a drawing of the Tasmanian devil with a nazi arm band and it said "River City Skinhead" above it. A staff member found it and was "extremely" offended by this and had me moved to

24

the JUVENILE DETENTION FACILITY. THAT WAS THE LAST TIME I
HEARD OF THIS WITH THE LPD CAME TO MY APARTMENT
LOOKING FOR ACTUAL MEMBERS ON THE RUN RUN THEN. MY
VIEWING WAS IMMATURE AND OFFENSIVE, BUT I WAS A DUMB
ASS 14 YEAR OLD AND I WAS NEVER QUESTIONED ABOUT
ACTUAL MEMBERSHIP, NOR HAVE I EVER BEEN ARRESTED
WITH ANY MEMBERS, OR CHARGED WITH ANY CRIMES HAVING
GANG ACTIVITY ASSOCIATED WITH THEM. I SHOULDN'T EVEN
BE ON THEIR LIST, I'VE NEVER BEEN A SKINHEAD. I'M 40.
YEARS OLD AND I'VE BEEN ON THAT LIST SINCE I WAS 14
WITH NO REVIEWS OR CHANGES MADE TO MY STATUS BECAUSE
IT'S STILL ON MY UNIT TEAM COUNSELORS COMPUTER RECORDS
RIGHT NOW.

   HOPEFULLY THIS WILL ACTUALLY HELP AND MAKE CHANGES FOR
PEOPLE. PEOPLE THAT ARE INCARCERATED SHOULDN'T HAVE TO
WAIT FOR REMOVAL FROM THIS LIST UNTIL THEY'RE RELEASED
EITHER. THANK YOU FOR YOUR TIME.

                                   SINCERELY,

                                   BRENTON COOK
                                        # 77439

                                   E.D.C.F
                                   P.O. BOX 311
P.S. I DON'T HAVE AN E-MAIL       EL DORADO, KS
ADDRESS. INMATE E-MAILS GO             67042
THROUGH "GETTING OUT . COM"

25

Marquez Barber #110719
P.O box 311
Eldorado, Ks 67042

660448#2771 C-041

Kansas Appleseed Center for Law and
Justice, inc.
Teresa A. Woody
211 East 8th Street, Suite D
Lawrence, KS 66044

quadient
FIRST-CLASS MAIL
IMI
$000.64°
07/01/2024 ZIP 67042
043M31240048

US POSTAGE

26

June 30th 2024

Progeny v. City of Wichita
case # 6:21-cv-01100-EFM

I Marquez T. Barber will like submit a written comment About the settlement.

Since I Been placed in the Gang file over 10 years Ago It has effected my life from the streets All the way to my incarceration. I have not Got the same opportunities others have Got to be successful. I wanted to Do the Cloud county program but I was Denied because I have A Gang point. I been placed in certain facilitys because of my Gang point. I have been incarcerated since April 24th 2016 have not been involved in Any Gang fights or Any Gang Activities. Even on the streets I have no Gang cases, fights, or Any Gang Activities to even be but in the Gang file by WPD. Being put in the Gang file has put A big target on my back. Like for example the Reasoning of me being incarcerated was Not Gang Related but still During my sentence hearing they Mentioned multiple times that I was An Active Gang member to make me sound like I'M A Danger to Society. Being labeled As A Gang member Already Gets you Judged before even Getting A fair chance. I feel WPD wrongfully placing me in the

27

Gang file hindered me from Alot of Great opportunities to be Successful. I feel them profiling me Not only put A target on my back but Also try to basically force My life in one Direction. for over A Decade I had to live my life with the fact that WPD wrongfully placed Me the file with No Reason which Didnt Allow me to Go to the Mall to quick trips Go to certain events. I Didnt Get A fair chance to live My life Normal And Get fair chances to be Successful.

Marquez / Barden #110719
June 30th 2024

28

**APPENDIX B**

**Preferred Method of Contact for Written Response (select one):**

☒ Mail (if selected, provide mailing address): P.O box 311
Eldorado, KS 67042

☐ Email (if selected, provide email address): _____

☐ Send to my attorney (if selected, provide attorney name and contact information):
_____
_____
_____

☐ I will pick up my response at:
    ☐ WPD Records Section (City Hall, 455 N. Main, 5th Floor, Wichita, KS 67202)
    ☐ WPD Central Bureau (332 Riverview Street, Wichita, KS 67203)
    ☐ WPD Patrol East Substation (350 S. Edgemoor, Wichita, KS 67202)
    ☐ WPD Patrol North Substation (3015 E. 21st Street N, Wichita, KS 67202)
    ☐ WPD Patrol South Substation (211 E. Pawnee, Wichita, KS 67202)
    ☐ WPD Patrol West Substation (661 N. Elder, Wichita, KS 67202)

___ Yes, you may call me if you have questions about my request. My phone number is
_____.

Harvey L. Ross (60797709)
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas. 67042

66044-2777175

WICHITA KS 670
1 JUL 2024    PM 3   L

Kansas Appleseed Center for Law
And Justice, Inc.
Attention: Teresa A. Woody
211 East 8th Street, Suite D
Lawrence, Kansas 66044

36

To: Kansas AppleSeed Center for law & Justice, Inc.

From: Harvey L. Ross (0079709)

Attention: Teresa A. Woody

As a class member you need to know this Ruined my life I was never given A chance to be my Best Self I was only A Juvenile around 14 or 15 years of age When labeled A street Gang Member - This was before My mind Developed - I have been harrased stereotyped my whole Life And i'm now 44 years old.

To live your life with A Label of A street gang member in America is worse Than being labeled A slave in the 1600's or A terrorist after September 11 2000.

Labeling you A Gang Member gave the City of Wichita The Courts The excuse To justify the wrong being done to you. My Constitutional Rights As An American I've never experienced Because I wasn't giving the opportunity. This lie of being A gang Member led to my conviction And incarceration The last 21 years. And not 1 time have I ever been associated with any Gang affiliation or Activity. While incarcerated

There needs to be more demand in the Settlement I need to be Removed Complekeley from the Gang file I need for WPD To Admit they violated my Constitutional Rights, I need An Apology Because I was A child & never Knew OR my Mother that I was being Placed on Gang file, My Mother Kept me Away from That lifestyle.

Respectfully,

Harvey Lee Ross Sr

31

FREEDOM

KANSAS CITY  640

3 JUL 2024   PM 2  L

ACLU
Teresa A. Woody
911 East 8th Street Suite D
Lawrence, Kansas 66044

66044-271711

Dmitri Woods #84819
LCF PO Box 2
Lansing, KS 66048

Dear ACLU Ms. Teresa Woody,

I am contacting you concerning the "Progeny v. City of Wichita case." I was notified, and superficially I gather what is going on, and am willing to help in any way. I have been incarcerated since 2005, and was not aware I was on this "Gang List." At the time of my conviction I was "17," and moved from Salina. My affiliation at the time could not be labeled as being apart of a gang simply because "one man is not a gang." I support the endeavours at hand, and wish the settlement was better for the residents of Wichita because such list, conditions, schemes are harmful to all people especially are youths that do not have the knowledge and foresight to understand what is truly going on.

— With Respect —

Dmitri Woods

Dmitri Woods

6·25·2024

| | |
|---|---|
| **From:** | Heidi Louis |
| **To:** | twoody@kansasappleseed.org; Kunyu Ching |
| **Subject:** | WPD Gang list |
| **Date:** | Monday, July 8, 2024 1:16:12 PM |
| **Attachments:** | ACLU WPD (1).docx |

You don't often get email from hmd1810@hotmail.com. Learn why this is important

To Whom it May Concern,

Please find attached the documents and comments regarding the WPD ganglist database settlement from my husband, Steven Louis.

Thank you,
Heidi Louis
913.205.4326

Dear Class Counsel,

The proposed settlement for this case is insufficient when weighed against the harm that the gang list has caused me personally for more than two decades, not to mention the many other people who have been negatively impacted both in their rights and liberties but in their freedoms as well.  The city's only consequence is having to pay legal funds of $550,000, which is paltry when compared to the amount of money that individuals have spent in defending themselves against charges stemming from inclusion in the gang database.  The only consequence that the WPD faces is changing an inherently discriminatory and prejudicial policy that shouldn't have been in effect in the first place and paying for the proper implementation of said policy.

The core values the WPD profess are "integrity, trust, ethics, professionalism and teamwork" but I never had an interaction with them that upheld even one of those values.  Every time I was questioned or pulled over they always pointed guns at me because I'm labeled as a "gang member" and I'm forced into a position of being presumed "dangerous."  There were always at least two officers and two cars for any interaction I had with them as if they had an arrest warrant.  It was always a show of force.  I was always asked to get out of the car.  I was always searched.  It was always prejudicial treatment and I was always treated differently.

Memorial day when I was four or five, before I was even in elementary school, there was a shooting in my neighborhood .  I had been playing outside in the mud with action figures. The police approached me and asked why I was outside because there had been a shooting, and asked me if I was a gang member.  Not even a kindergartener.  My crime was playing outside in the neighborhood where I lived.

In middle school, I got picked up from school and was on the way home. The police pulled us over.  We were in the middle of the street and the police officers came out, told us to get out of the car and get on the ground. They pointed guns at all of us, shouting, cussing and accusing us of being gang members.  They then realized that they had the wrong car.  They left with no further explanation or apology.

When I was a freshman in high school, 13 years old, my brothers came to pick me up from school early for a doctor's appointment.  The police approached us at school and told us we weren't supposed to be there, although I was a student and my brothers were getting me from the office.  They asked if we were in a gang.

When I was 17, I got back from Japan after living with my sister for six months. I had been skateboarding with friends and was on the way home from the skate park.  The car tire popped so we had pulled over to the side of the road.  I was merely a passenger in the carful of kids who had been out skateboarding. The police arrived.  They didn't check on us or offer assistance.  They shined a light in my eyes and wanted to see if I had a scar on my face, and accused me of being someone else and being a gang member.

Presently I am incarcerated stemming from the 2011 death of my best friend. After his death, the police pulled me over with four police cars with assault rifles and pistols but said they only wanted to question me. The officers told me I was a gang member, told me I was lying about the answers I gave them.  They didn't believe anything I had to say.  In court they tried to say the crime was gang-related and that I self-admitted even though I never did and I continuously disputed that.  Upon arrest, my bail was set at 1.25 million dollars because the state claimed gang involvement.  During the trial, the prosecution used gang membership as the motive.  They used my inclusion in the gang database to convict me. They said because I had a tattoo I was in a gang.  They said they were gang experts with knowledge and training.

> "I was traveling down to Carthage, Missouri, during their Marian Days, which is an Asian Catholic festival where thousands and thousands of Vietnamese and Asian people come together as part of a community festival and actually attended those four or five days that are down there.  You know, at their food, learned about some of their customs, different things as that,.  Actually being around the Asian community during this festival " (State v. Louis Defendant's motion for declaration of immunity and dismissal, p. 216)

The prosecution adamantly held to the gang war narrative and gave an interview to the newspapers who picked up and ran the story painting me as a shooter in a gang war.  Although I denied it all along, the jury heard the testimony and that was their reason to convict me; the entirety of the case was based on my inclusion in the gang database, the factual evidence of the case seemed to be irrelevant in light of the mention of gangs.  The district attorney relied on the

36

gang narrative saying "this shooting happened because of this ongoing feud between the two gangs.  I know in my heart that's— this is why this shooting happened." (State v. Louis, v5, p. 217-218)  Contratrary to the evidence available, the gang narrative was predominant and used to convict. My inclusion in the gang database was so prejudicial and predominant that it was mentioned in the judge's decision in my case. "Granting this motion would extend a clear invitation to others- among them, gang members all across the state of Kansas..."  (State v. Louis, Memorandum Decision v4, p. 18).

With the wording of the new WPD policy 527 I am to understand that while incarcerated, my two years on the database pauses until release so even if I am released tomorrow, I have two more years of surveillance and harassment? All of my friends and family will be negatively viewed and impacted because of their relations and ties to me. I and those I love will continue to be discriminated against in daily life, housing, employment.  This is unacceptable.

Please consider the profound negative impact that my inclusion in the gang database has had on my life and document my objection to the settlement.  The entire gang list should be nullified rather than just augmented.  The discrimination, racism and violations to due process inherent in the list are too problematic.

Sincerely,

37

| | |
|---|---|
| **From:** | Heidi Louis |
| **To:** | Kunyu Ching |
| **Cc:** | twoody@kansasappleseed.org |
| **Subject:** | Re: WPD Gang list |
| **Date:** | Wednesday, July 17, 2024 10:24:35 AM |
| **Attachments:** | image001.png |

Thank you for the clarification.  Please use the previously attached document as Steven Louis's statement.

Please use the following as Caesar Louis's statement and request to speak at the hearing: (typed form his GTL message to me, minus the profanity)

I don't think what the ACLU is asking for from the WPD is enough.  What's the point unless they correct what they have done in the courts to add extra time on people based on some bogus gang unit gang file??? It does nothing retroactively.  It's the same to me as those yearly proposed bills that increase good time percentages.... It does nothing retroactively.  Simply saying "shame on WPD for the past" and giving them the easy out of a basic changing of the qualifying factors of being added to a gang file amounts to a bunch of nothing.  I don't believe in the desired outcome of the cause.  It's like vigorously paddling on one side of a small boat thinking it'll do anything except spin the boat in circles.  That list caused my brother to sit in prison for the past twelve years.  That list and the "expert" officers that created it.  Meritless list created by cops whose expertise is defined by being familiar with the standards in the compilation requirements of that list.  What does it to for him? Or anyone else in a similar situation? What does anything the ACLU is asking/demanding of the WPD do except adjust the criteria, in the future, of adding people to that list?

Sincerely,
Caesar Louis


Please also include the following statement as my own and request to speak at the hearing:

This settlement that has been tentatively agreed upon is woefully inadequate in what it demands from Wichita and the WPD.  The gang list in question has ruined my husband's life which is evidenced by his personal statement.  The ripple effects of that ruin have impacted myself and my family.  When my family, friends and coworkers google my husband they see what the Wichita Eagle wrote about him based upon his inclusion in that gang list.  He is forever labeled a dangerous gang member which carries all kinds of connotations and very real consequences.

Because it has been reported on in the media and documented in court by "experts" with trumped up qualifications and lies that he "self-admitted" and because he has tattoos, key

chains and diverse friends he is now a dangerous gang member.  I have family members who are afraid of my husband.  I have two siblings who no longer speak to me and have entirely cut me out of their lives out of fear.  I had an anonymous letter sent to my home addressed to my then 11-year-old youngest son.  The letter talked about how his mother had married a dangerous gang member and included news articles and his charges.  The letter further threatened my job as a public-school educator claiming that I was unfit and would be reported to my supervisors and the school board.   I have no idea who mailed this letter, how they knew my address, my profession or my children.  I was afraid.  I had a meeting with my principal, the school SRO and my union representative.  I was assured that all of these claims of harm toward myself were baseless and had no bearing on my profession.  While that was comforting, I feared for my children.  I installed cameras at my home, contacted the postmaster to try to trace (unsuccessfully) the sender, I monitor all incoming mail by USPS app, my children are aware and cautious of what this means for them, I locked down all social media accounts and turned off locations for myself and my children.

These are the real consequences of that gang list that my husband was added onto when he was a child.  He is now a 34-year-old man who has spent more than a third of his life behind bars largely due to that gang list.  I am a professional adult who lives three hours away from Wichita.  I met him long after he was added to that list, after he was incarcerated and that list impacts me daily.  And it will continue to impact him, me and our families for the rest of our lives.  The damage has been done, reported on in the media, written in the courts and for the majority of people, that is seen as the hard and fast truth.  Nothing can fix that.  As written even in the amended policies, he cannot even challenge that list while incarcerated.  His attorney has to.  That is unethical and a gatekeep to justice.  If he is not removed, he will still have two years on that list last AFTER release, even if his sentence or convictions are overturned.  It is hard enough to try to rebuild a life after incarceration without that additional stigma.  What does that do for me? My children? Will we be listed as associates? Could my career in public education be impacted? My children's schooling? Career and housing prospects? It's an outrageous miscarriage of justice and distortion of human rights.  I am disappointed that the mere payment of court costs (at a fraction of the court cost and bail amount for my husband alone) and an inadequate rewrite of an inherently racist and prejudicial policy is the proposed settlement as it is nothing more than a slap on the wrist.

Please do better,
Heidi M Louis

---

**From:** Kunyu Ching <kching@aclukansas.org>
**Sent:** Tuesday, July 16, 2024 7:09 PM
**To:** Heidi Louis <hmd1810@hotmail.com>
**Cc:** twoody@kansasappleseed.org <twoody@kansasappleseed.org>
**Subject:** RE: WPD Gang list

Hi Heidi,

Usually when a person in prison or jail has a court appearance, the Court will order KDOC or whoever is in charge of the jail/prison to bring that person to the courthouse.  KDOC is supposed to comply with the Court's orders, not the other way around.

Thank you for the notification, I will pass it on to the City's lawyers and the Courts.  Under the Court's preliminary approval order, those who wish to speak at the hearing should also submit a written comment.  I could submit your earlier email in this thread as a comment if you like – just let me know.  You can also send me any other additional comments you have by July 26.  Your husband and his brother can send me their comments directly through the GettingOut messaging system, if they like.

Thanks,
Kunyu



Kunyu Ching (she/her)
Staff Attorney
O: (913) 490-4107
C: (913) 608-7341
kching@aclukansas.org

---

**From:** Heidi Louis <hmd1810@hotmail.com>
**Sent:** Tuesday, July 16, 2024 12:53 PM
**To:** Kunyu Ching <kching@aclukansas.org>
**Cc:** twoody@kansasappleseed.org
**Subject:** Re: WPD Gang list

Thank you for your response.  Unrelated, I apologize for mis-gendering both of you!

Am I understanding correctly that KDOC has no bearing on who is allowed to speak and that is at the discretion of the judge?

I would formally like to notify you that I would like to speak at the hearing.  If my husband and brother are not allowed to be present, I will speak on my perspective from their statements, if they are allowed to present their own statements I will speak on how the gang database has impacted me, my employment, my children, my extended family.  I am waiting on final confirmation of Caesar's statement.

Thank you,
Heidi

---

**From:** Kunyu Ching <kching@aclukansas.org>
**Sent:** Monday, July 15, 2024 5:23 PM
**To:** Heidi Louis <hmd1810@hotmail.com>
**Cc:** twoody@kansasappleseed.org <twoody@kansasappleseed.org>
**Subject:** RE: WPD Gang list

Ms. Louis,

Thanks for sharing your concerns.  First, the WPD provided us a list of 556 individuals on the gang list whom they had recorded as incarcerated with their locations, or as no longer in custody.  Of those 556 individuals, 190 were no longer in custody, and 10 could not be located.  We sent packets to the remaining 366 individuals whom we were able to locate.  Otherwise, we have made substantial efforts to make the general public aware of the case and the settlement through newspaper publications, press releases, social media posts, website updates, posting the notice at public locations throughout Wichita, radio ads, digital ad campaigns, and outreach to various city and county agencies and nonprofits.  I hope that allays some of your concerns about getting the info out there.

With respect to being allowed to speak at the hearing, it will be up to the Court to issue an order to KDOC to bring your husband and his brother to the hearing.  Unfortunately, I cannot predict whether the judge will do that, since it's his decision.  But I will definitely inform the Court of their request.

Like you, we strongly believe in the importance of community members sharing their stories about the gang list with the Court.  You, your husband, or anyone affected by the gang list should feel free to submit a written comment in support of or objecting to the settlement.  You can email them to me at this email address.  If you or anyone else wishes to speak at the hearing, your comment should also specifically include that request.  Because it's uncertain whether your husband or any other incarcerated person will be able to appear in person at the hearing, a written comment is the best way to communicate their views to the Court.  I will send on all comments to the Court and the City's lawyers.

Please send me your comments by no later than **July 26**.


Best,
Kunyu


Kunyu Ching (she/her)
Staff Attorney
O: (913) 490-4107
C: (913) 608-7341



kching@aclukansas.org

**From:** Heidi Louis <hmd1810@hotmail.com>
**Sent:** Sunday, July 14, 2024 1:12 PM
**To:** Kunyu Ching <kching@aclukansas.org>
**Cc:** twoody@kansasappleseed.org
**Subject:** WPD Gang list

You don't often get email from hmd1810@hotmail.com. Learn why this is important

Gentlemen,

I have some thoughts and concerns regarding the gang database case. I will share them here with you but if you feel that there is another party better suited please do forward on to them.

My husband, Steven Louis, and his brother, Caesar Louis, are both inmates in LCF. My other brother-in-law is on post-release in the Wichita area. After speaking with them about this, they all feel that the correspondence that people in general but inmates in particular, received is problematic for a few reasons. First, many people didn't receive packets who may be impacted. My husband said "How many normal people do you think even now about the ACLU class action? There's so many people's family members that can speak up who probably don't even know they can speak up. You (me) might also contact the ACLU to gain more insight about family members speaking as well. And not just the people fortunate enough to receive their packets." So I wanted to alert you to those concerns.

Additionally, could you give me more information on how both my husband and brother-in-law, as inmates, will be allowed to speak? They both want to but are nervous about it as they don't trust the courts and they are worried that KDOC won't allow them to. Can you speak to that? Our concern is that there are so many people who are negatively impacted and could and would speak but are reticent.

Furthermore, we believe that this class action needs to have more press coverage. My husband and both brothers-in-law, my sister-in-law, my mother-in-law and myself have been tremendously impacted by the gang database. I feel that it would send quite a message both to the courts and to the public if all of us were at the hearing and all of us put in statements to speak. And we are just the tip of the iceberg. Selfishly, the press is also good for my

42

husband's case as the database is referenced all over his case and court proceedings and was used against him.

Finally, KDOC is rampant with abuse of power and biased and prejudicial treatment.  If we get a bunch of guys who write statements about the class action and want to speak is KDOC required to let them? Wouldn't their refusal be denying people access to the courts and thereby a violation of due process? They would likely come up with some bogus terms or conditions for approval which is in and of itself problematic.  We see this possibility as a way of forcing KDOC's hand to either act justly or not and then we can go from there.

I appreciate your concern and attention to this matter.

Sincerely,

Heidi Louis

913.205.4326

| | |
|---|---|
| **From:** | Bob Douglas |
| **To:** | Kunyu Ching |
| **Subject:** | Re: |
| **Date:** | Wednesday, July 17, 2024 2:56:02 PM |
| **Attachments:** | image001.png |

You don't often get email from bd022401@gmail.com. Learn why this is important

comments on this lawsuit I believe its in the best interest of the courts to hear more evidence from the gang members of what has and still goes on today with out being retaliated against Ryan McDougle

On Tue, Jul 16, 2024 at 11:02 AM Kunyu Ching <kching@aclukansas.org> wrote:

> Hi Mr. McDougle,
>
> It looks like your email might have gotten cut off at the beginning. If this is a comment you would like to have us submit to the Court, can you please resend the whole thing?
>
> Thank you,
>
> Kunyu
>
> 
> Kunyu Ching (she/her)
>
> Staff Attorney
>
> O: (913) 490-4107
>
> C: (913) 608-7341
>
> kching@aclukansas.org

**From:** bob bob <bd022401@gmail.com>
**Sent:** Monday, July 15, 2024 11:37 PM
**To:** Kunyu Ching <kching@aclukansas.org>
**Subject:**

44

You don't often get email from bd022401@gmail.com. Learn why this is important

Sent from Mail for Window

comments on this lawsuit I believe its in the best interest of the courts to hear more evidence from the gang members of what has and still goes on today with out being retaliated against Ryan McDougle

| | |
|---|---|
| **From:** | Bob Douglas |
| **To:** | Kunyu Ching |
| **Subject:** | Comments |
| **Date:** | Tuesday, July 23, 2024 10:19:08 AM |

I believe 100% that the gang members according to the degree of discrimination each individual went through should be compensated. We have went through racial profiling discrimination for years, and it has affected us The WPD has been racist toward our community for years and the data was support. These allegations an officer asked me the other day. Why would I think that I'm on the gang list? And I informed him of my paperwork and the files of what they put into my files Again the total lack of respect, Ryan Mcdougle



Mr. Cherone Johnson 71939
LSCF
1318 KS HWY 264
Larned, Ks 67550

WICHITA KS 670

10 JUL 2024 PM 3 L

US POSTAGE PITNEY BOWES
ZIP 67550
02 7H
0001290325
$ 000.64⁰
JUL 09 2024

FIRST-CLASS

Teresa A. Woody
Kansas Appleseed Center of Law & Justice Inc.
211 East. 8th Street Suite D
Lawrence, Ks 66044
66044-277175

47

June 24, 2024

Kansas Appleseed Center for Law

and Justice, Inc.

Attn: Teresa A. Woody

211 East 8th Street, Suite D

Lawrence, KS 66044

From: Cherone T. Johnson

In reference to: WPD Gang List

Dear Teresa,

In receipt of your letter, I would most certainly like to have my name removed from the "Gang List" and speak on the life changes I've made. I am serving a 25-year sentence that was not "gang related," however my association was mentioned in my complaint information I then was a juvenile.

Over the past two decades, I have been through many life lessons, some of my proudest is my acquisitions of trades and education. Many years I decided to let go of people and beliefs that contradict positive lifestyles, though within the facilities, I have experienced discrimination and road-blocks with classifications that have been blatantly misused.

No one can change their past. From my experience, the overseer of the classifications department often manipulates the narrative. I have been told I was "inactive" and then a non-gang related incident made me active again. I admit I am truly exhausted by the youth violence and I would certainly like to help the prevention/intervention process.

My release date is next fall. I am 41 and have been incarcerated since age 17. I truly believe I have something to offer as I have lived and survived the life our children are perpetuating.

I am not an active gang leader nor do I condone any crime or violence!

Cherone Johnson

48

Silky Dempsey # 76654
LSCF - Central: F326B
1318 KS HWY 264
Larned, KS 67550

**Kansas**
**Department of Corrections**
Laura Kelly, Governor

WICHITA KS 670

10 JUL 2024 PM 3 L

Kansas Applessed Center for Law and Justice, Inc.
Attention: Teresa A. Woody
211 East 8th Street, Suite D

Lawrence, Ks. 66044

66044-277176

49

7th day of July, 2024

Dear Ms Woody,

I am writing to affirm that I am in receipt of the notice of the legal action "Progeny V. City of Wichita" and this missive is in support of the matter. For well over 25 years I have been harrassed, stopped at gun point in front of my children and even my grandmother. When I was about 12 or 13 I was shot at and grazed in my left arm by a Wpd officer then taken to youth resident hall without medical attention. I have been placed on the gang list due to my relationship with my cousin Jason Cane Porter who was shot and killed in 1992 on I35 south and Harry who was a Trubay. and then in my young mind I got tattooed with the same tattoo's he had as a memorial. I have never been arrested for gang activity, with gang members, or any activity to promote, further, or finance gang activity. Although I have been incarcerated for other reason, while incarcerated I've never been written up or engaged in any gang activity or in possession of gang material. there is nothing on my record besides the tattoo's to substaniate any claim of being a gang member active or Inactive.

I do believe that how I got classified was more than likely contributed by officers. Robert "Dirty Harry" Bauchman, Det. Fatkin, Officer Espinoza, officer Naidoza, and Det. Clifflon primarily as well

as others. and the affects of this has been arrest at gun point, denial of bonds and bond reductions, gang conditions applied if bond was posted, Used as a means to enhance non-related prosecutions, denial of lower custody in the County Jail and KDOC. denial of Job opportunities while in custody both county and KDOC, Terry Stops while walking to the corner store or standing on the bus stop. So the effects have been felt my entire life mostly.

I thank you for this opportunity to set the record straight. If you require anything further of me please notify me at the address provided.

Cordially,

Silky J. Dempsey





MY ACCOUNT          CALENDAR          MESSAGES          PHOTOS          CONTACTS

**My Messages**    **Send New Message**

Displaying hashes **1** - **5** of **7** in total

Jul 23, 2024 @ 10:12am
**Eric Trotter**

Kunyu Ching

**Quick Links**

Visit
Help Center
Deposit

Verification

Professional
Verification

Majority of my encounters have been arrests made by gang unit officers. I've even dealt with excessive bond amounts because of my "affiliation" or "membership". There was a specific case back in twenty fourteen that involved Marcus Collins. This was my cousin whom died from a result of a gunshot wound. The media aired it as a robbery gone bad at an illegal gambling operation. Also I've even had rwop cases brought back up and even when the bond was reduced (is twenty five k) the raised the amount back to (fifty k). (Case no. Fourteen CR twenty forty one) which I eventually got dropped. My current case the district attorneys office converted six nonviolent misd. into two person felonies for violation of court order. However, this individual I was charged for was my power of attorney (recently terminated contract May first) whom had the capacity to handle my affairs federal, state, municipal, or anything concerning my financial wellbeing. If you look thru public records my current conviction was dealt with unjustly by gang unit officers. This resulted in excessive bond amounts, malicious prosecution, and even excessive force violations, which I currently have an active case addressing. Nobody harmed but when Andrew Bull killed my brother Charles Hawkins the third he received five years?! Maybe you can help, maybe not but I needed to at least let you know so anything I can do or you suggested I'm open to. Thanks Respectfully Submitted

**VIEW**



MY ACCOUNT | CALENDAR | MESSAGES | PHOTOS | CONTACTS

Kunyu Ching

**My Messages**    **Send New Message**

From: Eric Trotter
Subject:

JUL. 23
19:17

REPLY

**Quick Links**

Visit
Help Center
Deposit

Verification

Professional
Verification

That's my intent Ms. Ching. Is to bring awareness how those circumstances affect the amount of our bonds, and ultimately how much time if in the unfortunate event we're convicted. The schematics were design to impose incarceration only long enough until an individual is deemed socially fit to return to society. Those considered "gang members" or "affiliates/associates" encounter arduous tasks or difficulties to gain employment inside the penal institutions reduced to fall victims of recidivism. When you possess enough intelligence (highschool diploma/GED) and you want to further your education or become strong enough financially to function in the economy, long prison bids are malproductive. I specifically support the reform to policy five two seven. Even would like to become actively involved to surpass this obstacle. I've seen the affects of a young man given the "hard forty" or "hard fifty" only to be a completely different individual twenty years into doing prison time. So this is a step in the right direction and ultimately I'd like to see even more to address incarcerated individuals. The demographic is very clear or the group targeted and instead of focusing on the problems with the system let's continue working together as a collective for addressing further issues such as the KSGA(GRID BOX). Pease submit this to the collected responses.

Respectfully Submitted,
Eric Trotter

❌ EXIT    Delete    REPLY

Marquetta Atkins-Woods
P.O.Box 17203
Wichita, KS 67217
marquetta@destinationinnovation.org
7/25/2024

To: The Honorable  Eric F. Melgren


Re: Comment on the WPD Gang List and its Unconstitutionality

Dear Judge Melgren,

I am writing to express my deep concerns regarding the WPD's Gang List and to provide testimony on why I believe it is both harmful and unconstitutional. As a community advocate and Executive Director of Destination Innovation Inc. and its Progeny program for system-impacted youth, I have closely observed the impacts of this list on individuals and communities, and I am convinced that it undermines fundamental rights and public safety.

## 1. Violation of Due Process

The Gang List often includes individuals based on tenuous or unverified connections to gang activity. Many of those listed are neither charged with nor convicted of any gang-related crimes. This practice violates the due process clause of the Fourteenth Amendment, which guarantees that no individual shall be deprived of life, liberty, or property without due process of law. Individuals placed on this list face stigmatization and discrimination without being notified or receiving the opportunity to contest the evidence or clear their names.

## 2. Disproportionate Impact on Minority Communities

The Gang List disproportionately affects minority communities, exacerbating existing racial and socioeconomic disparities. This systemic bias not only fuels racial profiling but also undermines trust in law enforcement and the justice system. Such discrimination perpetuates a cycle of marginalization and can lead to further alienation and economic hardship for already vulnerable populations.

## 3. Negative Consequences for Rehabilitation and Reintegration

Being listed on the Gang List can have severe repercussions for individuals seeking to reintegrate into society. It hampers their ability to secure employment, housing, and access to educational opportunities. These barriers can drive individuals back into criminal activity, thereby undermining rehabilitation efforts and public safety goals. The lack of an avenue for individuals to be removed from the list further exacerbates these issues, creating a permanent mark of suspicion and disadvantage.

**4. Lack of Transparency and Accountability**

The process by which individuals are added to and remain on the Gang List lacks transparency. There is no standardized method for reviewing or challenging one's placement on the list, nor is there clear accountability for errors or abuses. This opacity fosters an environment where wrongful inclusion goes unchecked and individuals have little recourse to address grievances or seek redress.

**5. Erosion of Constitutional Rights**

The Gang List undermines several constitutional protections, including the First Amendment right to free association and the Fourth Amendment protection against unreasonable searches and seizures. By labeling individuals as gang members without sufficient evidence or legal procedures, it infringes upon their rights to associate freely and violates their  privacy.

In conclusion, the Gang List, as currently implemented, presents significant legal and ethical issues. It contravenes core principles of due process, equal protection, and individual rights. The settlement we reached in this case is by no means perfect, but it is still a significant step forward in remedying those constitutional issues. The settlement also offers opportunities to young people, like Progeny members, to avoid inclusion on the Gang List in the first place. I urge the Court to approve the settlement.

I request the opportunity to speak further on these issues at the August 23 final approval hearing.


Sincerely,

Marquetta Atkins-Woods

Founder/Executive Director

marquetta@destinationinnovation.org

| | |
|---|---|
| **From:** | Stacy Henderson |
| **To:** | Kunyu Ching; twoody@kansasappleseed.org |
| **Subject:** | Objection to Wichita gang list settlement |
| **Date:** | Saturday, July 27, 2024 11:45:18 PM |

You don't often get email from gm_stacy.henderson@greatclips.net. Learn why this is important

Hello,

I'd first like to comment that I do see some positive changes in moving forward how the gang list will be supervised.

Even so I object to the settlement for one big factor and that the city is not taking ownership and admitting they did anything wrong. As it has been spoke by many judges over time if you won't take ownership of your actions there will likely be no change. I fully agree and feel that is exactly what is happening here. The city clearly violated a lot of people's rights and the settlement is just brushing it under the rug.

The gang list has been used for years to justify the use of unnecessary force and to get harder penalties for people. I don't even feel unless you really looked into each persons name on the list could you even get a grip on the way this list was used to justify unnecessary actions to 100's of individuals over decades.

The actions of the police department did not just affect the individuals on the list but their families and many young children. My family and I personally have been victimized by the unnecessary force justified by this list. My kids will live with that trauma the rest of their life.

I really hope that this settlement is not accepted as it is a slap in the face to the community. Showing that the community will be held to hard standards and harsher punishments and the police department and city sit above the law to do as they please without remorse or consequences.

This is a short and sweet objection against the settlement and there definitely is more details and specific indicates that could be brought to life in my objection and I'm sure many others.

I urge you to stand up for a part of your community that has lost their rights to speak up for themselves. The law should equal to all. Please don't accept a settlement that tells your community they don't matter nor their families. And that law enforcement agencies can do as they please with little to no consequences.

Jorge Romero & Stacy Henderson

*DISCLAIMER: This email is being sent on behalf of an independently-owned and operated Great Clips® salon. Great Clips, Inc. is not responsible or liable for the contents of this email.*