# Exhibit C





Silky Dempsey #766654
1318 KS HWY 264
Larned, KS 67550

WICHITA KS 670
6 AUG 2024 PM 3 L

Kansas Appleseed Center
for Law and Justice, Inc.
Attention: Teresa A. Woody
211 East 8th Street, Suite D
Lawrence, KS 66044

Silky Dempsey #76654
LSCF-C 1318 KS HWY 264
Larned, KS. 67550.

Kansas Appleseed Center
for Law and Justice, Inc.
Attention: Teresa A. Woody
211 East 8th Street, Suite D
Lawrence, Ks 66044

August 1st 2024

Dear Ms. Woody:

    This missive is to inform you that I would like to speak at the hearing on the 23rd. I was unsure if I included that information in my previous correspondance. I do understand that the deadline for receivorship is August 2nd. However I had to wait for state pay then an extra two weeks for delivery of my stationary to send my request. Hopefully the "mailbox rule" can apply here which the courts recognize and my request is accepted for Zoom conference.

                              Respectfully Submitted

                              Silky Dempsey