# Exhibit E

## WPD REQUEST FOR INDIVIDUAL REVIEW OF GANG DATABASE STATUS

Pursuant to WPD Policy 527, Section, you may request to review your gang status on the WPD Gang Database or the gang status of a person you are legally authorized to view. To review the requested gang status, please complete this form and submit it along with valid government identification:

    (a) In person at the WPD Records Section, located at Wichita City Hall, 455 N. Main, 5th floor, or any WPD Bureau station Monday through Friday, 08:00–16:30 hours, excluding holidays,
        **OR**
    (b) Submit a written notarized request by mail with an affidavit of identification and a copy of the identification to the WPD at 455 N. Main, 5th Floor, Wichita, KS 67202.

A written response will be provided to the preferred method of contact listed on this form within 30 days. **Check ONE of the options below**:

___ I, _____, wish to review my gang status on the Wichita Police Department's Gang Database pursuant to WPD Policy 527 Section H.

___ I, _____, am the parent or legal guardian of a minor child, and I wish to review my child's gang status on the Wichita Police Department's Gang Database pursuant to WPD Policy 527 Section H.

*A parent or guardian requesting information on behalf of a minor child must provide sufficient legal documentation to verify parenthood or guardianship (i.e., the child's birth certificate and guardianship papers).*

___ I, _____, am an attorney, and I wish to review my client's gang status on the Wichita Police Department's Gang Database pursuant to WPD Policy 527 Section H. My bar number is _____.

*An attorney requesting information on behalf of a client must attach an affidavit executed by their client stating that the client has authorized the attorney to make this request.*

| | |
|---|---|
| **Full legal name of the person whose gang status is being requested** | |
| **Date of Birth of the person whose gang status is being requested** | |

Today's Date: _____
Signature of Requester: _____
Printed Name of Requester: _____

[continued on back]

**Preferred Method of Contact for Written Response (select one)**:

☐ Mail (if selected, provide mailing address): _____
   _____
   _____

☐ Email (if selected, provide email address): _____

☐ Send to my attorney (if selected, provide attorney name and contact information):
   _____
   _____
   _____

☐ I will pick up my response at:
   ☐ WPD Records Section (City Hall, 455 N. Main, 5th Floor, Wichita, KS 67202)
   ☐ WPD Central Bureau (332 Riverview Street, Wichita, KS 67203)
   ☐ WPD Patrol East Substation (5215 E. Lincoln, Wichita, KS 67202)
   ☐ WPD Patrol North Substation (3015 E. 21st Street N, Wichita, KS 67202)
   ☐ WPD Patrol South Substation (211 E. Pawnee, Wichita, KS 67202)
   ☐ WPD Patrol West Substation (661 N. Elder, Wichita, KS 67202)

___   Yes, you may call me if you have questions about my request. My phone number is _____.