# Exhibit F

## **WPD GANG DATABASE STATUS APPEAL FORM**

If you wish to contest your inclusion in the WPD Gang Database under WPD Policy 527 Section I, complete this form and submit it to the WPD:

(a) In person at the WPD Records Section, located at Wichita City Hall, 455 N. Main, 5th floor, or any WPD Bureau station Monday through Friday, 08:00–16:30 hours, excluding holidays,
   **OR**
(b) By mail to the WPD at City Hall, 455 N. Main, 5th Floor, Wichita, KS 67202,
   **OR**
(c) Online by visiting the WPD website (**www.wichitapolice.com**) or emailing a copy of the completed form to (**wpdgangunit@wichita.gov**).

After submitting this form, any information about you included in the Gang Database will be reviewed by an ombudsperson appointed by the Wichita City Council, and a decision will be issued to you within 120 days. If your request is denied, you may submit another request in 18 months. **Check ONE of the options below**:

\_\_\_    I, _____, wish to appeal my inclusion in the Wichita Police Department's Gang Database.

\_\_\_    I, _____, am the parent or legal guardian of a minor child, and I wish to appeal my child's inclusion in the Wichita Police Department's Gang Database.

\_\_\_    I, _____, am an attorney, and I wish to appeal my client's inclusion in the Wichita Police Department's Gang Database.

| | |
|---|---|
| **Full legal name of the person contesting Gang Database inclusion** | |
| **Date of Birth of the person contesting Gang Database inclusion** | |

Today's Date: _____
Signature of Requester: _____
Printed Name of Requester: _____

**Preferred Method of Contact for Response (select one)**:

☐ Phone (if selected, provide phone number): _____

☐ Mail (if selected, provide mailing address): _____
_____
_____

[continued on back]

☐ Email (if selected, provide email address): _____

☐ Send to my attorney (if selected, provide attorney name and contact information):
_____
_____
_____

**You may (but are not required to) provide a statement below detailing why you believe your inclusion in the Gang Database is inaccurate, or attach any documents you believe would be helpful to the ombudsperson reviewing your inclusion in the Gang Database.**