# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

## PLAINTIFFS' NOTICE OF PROPOSED SEALED RECORD

On August 16, 2024, the Parties publicly filed their Joint Motion for Final Approval of Class Action Settlement accompanied by three exhibits, one of which was filed provisionally partially sealed. Plaintiffs now provide this Notice of Proposed Sealed Record as required by District of Kansas Rule 5.4.2(b). For each filing that was provisionally filed under seal, this Notice identifies (1) the ECF docket number, (2) the designated exhibit number, (3) the extent to which Plaintiffs seek to maintain each ECF docket number under seal, and (4) any party or non-party who has previously designated the documents confidential.

| ECF No. | Exhibit No. | Document |
|---|---|---|
| 265 | B | June 20, 2024 Comment of Steven Scott Novotny (pp. 21-22) |

Plaintiffs seek to protect the confidential information contained in the exhibit identified above that was filed under seal. The portion of Exhibit B that Plaintiffs seek to seal consists of attorney-client privileged communications seeking legal advice. Protection of privileged

information is an interest that may warrant the filing of a document under seal. *See United States v. Dillard*, 795 F.3d 1191, 1206 (10th Cir. 2015) (recognizing that the public has an interest not only in access to court records but also in "in maintaining robust protections for privileged communications").

As required by District of Kansas Rule 5.4.2(c), Plaintiffs will submit the required motion to seal.

Dated:  August 16, 2024    Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org
kleve@aclukansas.org

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

*/s/ Teresa A. Woody*

                                      Teresa A. Woody KS #16949
                                      211 E. 8th Street, Suite D
                                      Lawrence, KS 66044
                                      Phone: (785) 251-8160
                                      twoody@kansasappleseed.org

**Attorneys for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

                                      */s/ Mitchell F. Engel*