**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

                *Plaintiffs*,               Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

                *Defendant*.

**PLAINTIFFS' MOTION FOR COURT ORDER UNDER D. KAN. RULE 5.4.2(a)(ii)**

On August 16, 2024, the Parties filed their Joint Motion for Final Approval of Class Action Settlement (Doc. 264). In support of their motion, the Parties filed Exhibit B provisionally under partial seal pursuant to D. Kan. Rule 5.4.2(a). *See* Doc. 266.

Pursuant to D. Kan. Rule 5.4.2(a)(ii), Plaintiffs now move for an order that service of an unredacted version of Exhibit B on Defendant is not required. The small portion of Exhibit B sought to be sealed consists of attorney-client privileged information and communications that do not directly relate to the claims at issue in this case or the settlement thereof. Requiring service on Defendant or any other party would eviscerate the attorney-client privilege.

Accordingly, pursuant to D. Kan. Rule 5.4.2(a)(ii), Plaintiffs respectfully request the Court grant their motion for an order that service of an unredacted version of Exhibit B on Defendant is not required.

Date: August 16, 2024

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS**

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org
kleve@aclukansas.org

**KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.**

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
 Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**Attorneys for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

*/s/ Mitchell F. Engel*