## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination
Innovations, Inc., CHRISTOPHER COOPER,
ELBERT COSTELLO, MARTEL
COSTELLO, and JEREMY LEVY, JR., on
behalf of themselves and others similarly
situated,

        *Plaintiffs*,        Case No. 6:21-cv-01100-EFM-ADM

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

### PLAINTIFFS' MOTION TO PARTIALLY SEAL EXHIBIT IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

On August 16, 2024, the Parties filed their Joint Motion for Final Approval of Class Action Settlement (Doc. 264). In support of their motion, Plaintiffs filed Exhibit B (Doc. 265) provisionally under partial seal pursuant to D. Kan. Rule 5.4.2(a). Plaintiffs now respectfully request the Court accept Plaintiffs' proposed redactions to Mr. Steven Scott Novotny's comment in support of the class action settlement and partially seal Exhibit B. Defendant does not oppose this motion.

Plaintiffs now move to maintain the limited redactions in Exhibit B pursuant to District of Kansas Local Rule 5.4.2(c). They recognize the "common-law right of access to judicial records, but this right is not absolute." *JetAway Aviation, LLC v. Bd. of Cnty. Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014) (internal quotation marks and citation omitted). The Court may "seal documents if the public's right of access is outweighed by competing interests." *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011) (internal quotation omitted). Here, Plaintiffs' proposed redactions to

Exhibit B implicate the attorney-client privilege that overcomes the presumption in favor of public access.

Protection of privileged information is an interest that warrants the filing of a document under seal. *See United States v. Dillard*, 795 F.3d 1191, 1206 (10th Cir. 2015) (recognizing that the public has an interest not only in access to court records but also in "in maintaining robust protections for privileged communications"). The attorney-client privilege "protects confidential communications by a client to an attorney made in order to obtain legal assistance from the attorney in his capacity as a legal advisor." *In re Universal Serv. Fund Tel. Billing Pracs. Litig.*, 232 F.R.D. 669, 674 (D. Kan. 2005); *see also Burton v. R.J. Reynolds Tobacco Co.*, 175 F.R.D. 321, 327 (D. Kan. 1997) ("Not every communication between an attorney and client is privileged, only confidential communications which involve the requesting or giving of legal advice."). The limited proposed redactions to Exhibit B are precisely this kind of confidential communication seeking legal assistance that warrants protection.

By restricting public access and maintaining the limited proposed redactions to Mr. Novotny's comment, the Court will properly balance the preservation of the attorney-client privilege with the public's interest in access to court records. Moreover, the content of the attorney-client privileged information bears no relationship to the class settlement before the Court. Thus, the redacted information is not necessary to the public's understanding of the pending motion, claims, or evidence in this case.

For the foregoing reasons, Plaintiffs respectfully ask the Court to maintain the limited proposed redactions and partially seal Exhibit B (Doc. 265).

Date: August 19, 2024

        Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted pro hac vice)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
Karen Leve KS #29580
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org
kleve@aclukansas.org

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
 Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

**Attorneys for Plaintiffs and the Class**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Mitchell F. Engel