IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

    *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

    *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## JOINT STATUS REPORT

On August 26, 2024, the Court granted final approval of the parties' settlement agreement and ordered the parties to undertake all action necessary to agree upon and retain a secondary Gang Review Ombudsperson ("GRO") by September 25, 2024. Doc. 273 at 7. Pursuant to the Court's order, the parties agreed upon and made efforts to secure a secondary GRO. Despite the parties' efforts over the course of weeks, the parties' agreed-upon candidate ultimately declined to serve. The parties continue to meet and confer regarding other potential candidates. Accordingly, the parties respectfully request an extension of their deadline to secure a secondary GRO by 45 days to November 9, 2024.

Date: September 25, 2024

    Respectfully submitted,

    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

    */s/* Kunyu Ching

Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org

KANSAS APPLESEED CENTER FOR
LAW AND JUSTICE, INC.

/*s*/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

SHOOK, HARDY & BACON LLP

/*s*/ Mitchell F. Engel
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

ATTORNEYS FOR PLAINTIFFS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
/*s*/ Charles E. Branson
David R. Cooper #16690
Charles E. Branson #17376

**Attorneys for Defendant**

Jennifer L. Magaña, #15519  
City Attorney  
Sharon L. Dickgrafe, #14071  
Chief Deputy City Attorney  
City Hall-13th Floor  
455 North Main  
Wichita, Kansas 67202  
P: (316) 268-4681 | F: (316) 268-4335  
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on September 25, 2024, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

*/s/ Kunyu Ching*
