IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

### JOINT STATUS REPORT

On August 26, 2024, the Court granted final approval of the parties' settlement agreement and ordered the parties to undertake all action necessary to agree upon and retain a secondary Gang Review Ombudsperson ("GRO") by September 25, 2024. Doc. 273 at 7. On September 26, 2024, the Court granted the parties' request to extend their deadline to secure a secondary GRO to November 11, 2024. Doc. 275. On November 12, 2024, the Court granted the parties' second request for an extension to January 10, 2025. Doc. 277.

Since November 2024, the parties have continued their efforts to secure a secondary GRO. On November 26, 2024, Plaintiffs provided a list of 11 new candidates for the City's consideration. On December 3, 2024, the City indicated it was amenable to four of those eleven candidates. On December 5, 2024, retired Kansas District Judge Larry T. Solomon agreed to serve as the secondary GRO. On December 27, 2024, the City provided written agreements to Judge Solomon and Robert Moody memorializing the GROs' terms of service. Unfortunately, on January 7, 2025,

Judge Solomon informed Plaintiffs' counsel that due to personal issues, he would not be able to serve as the secondary GRO.

The parties continue to work together toward securing a secondary GRO. Thus far, no appeals requiring a secondary GRO have been filed. Accordingly, the parties respectfully request an extension of their deadline by 60 days to March 11, 2025.

Date: January 10, 2025

                                               Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108

Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
*/s/ Charles E. Branson*
David R. Cooper #16690
Charles E. Branson #17376

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on January 10, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

*/s/ Kunyu Ching*