# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5(b), Karen Leve hereby withdraws as counsel of record for all Plaintiffs in this case, as she is no longer employed at the ACLU of Kansas effective September 11, 2024. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Kunyu Ching, Teresa Woody, Charlie Eblen, Mitchell Engel, and Paul Vogel.

To comply with D. Kan. Rule 83.5.5(b), this Notice has been signed by Ms. Leve, below. However, this Notice is being filed by attorney of record Kunyu Ching on behalf of Ms. Leve because Ms. Leve no longer has access to her PACER credentials following her departure.

Date: January 10, 2025

Respectfully submitted,

*s/ Karen Leve*
Karen Leve    KS #29580

*s/ Kunyu Ching*
Kunyu Ching    KS #29807

ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4100
Fax: (913) 490-4119
kching@aclukansas.org

**Certificate of Service**

I certify that on this 10th day of January, 2025, I served this Withdrawal of Counsel on all counsel of record via the Court's electronic filing service. A copy will be served on all Plaintiffs via First Class U.S. Mail: Progeny, Christopher Cooper, Elbert Costello, Martel Costello, and Jeremy Levy, Jr.

*s/ Kunyu Ching*
Kunyu Ching
