IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, et al., )
)
    *Plaintiffs*, )
)
v ) Case No. 21-1100-EFM
)
CITY OF WICHITA, KANSAS )
et al., )
)
    *Defendants*. )
_____)

## **ORDER**

    On July 19, 2024 Motion to Intervene as a plaintiff was filed by Movant Zabriel Leon Evans, Doc. 261. This motion was granted to the extent that Mr. Evans was allowed to intervene to participate in the August 23, 2024 Settlement Approval Hearing. Mr. Evans appeared via telephone and his participation in this case was limited to the Settlement Approval Hearing. The Settlement Approval Hearing was concluded on August 23, 2024.

    IT IS THEREFORE ORDERED that Zabriel Leon Evans's participation is revoked and he should be terminated from this case. The Clerk is ordered to terminate Mr. Evans as of the date of this Order.

    IT IS SO ORDERED.

    Dated 14th day of January, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE