IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## SPECIAL MASTER STATUS REPORT

On January 20, 2025, Special Master Paul Gurney conducted his initial review of the City of Wichita's compliance with the parties' settlement agreement. Judge Gurney subsequently completed a report which he provided to the City, and the City forwarded the report to Plaintiffs on February 28, 2025.[1] In his report, Judge Gurney indicated that he did not identify any deficiencies that would warrant corrective actions at this time. Pursuant to the Court's August 26, 2024 Order granting final approval (Doc. 273 at 7), Judge Gurney's report is attached as **Exhibit A**.

Date: March 7, 2025

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF KANSAS

---

[1] Section XI.9 of the settlement agreement requires the Special Master to provide a report to all Parties within 30 days of the conclusion of each review. (Doc. 264-3 at 12.)

/s/ Kunyu Ching
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

/s/ Teresa A. Woody
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

SHOOK, HARDY & BACON LLP

/s/ Mitchell F. Engel
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
/s/ Charles E. Branson
David R. Cooper #16690
Charles E. Branson #17376

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on March 7, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

                                            */s/ Kunyu Ching*