IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PROGENY, a program of Destination Innovations, Inc., CHRISTOPHER COOPER, ELBERT COSTELLO, MARTEL COSTELLO, and JEREMY LEVY, JR., on behalf of themselves and others similarly situated,

        *Plaintiff(s)*,

v.

CITY OF WICHITA, KANSAS,

        *Defendant*.

Case No. 6:21-cv-01100-EFM-ADM

## JOINT STATUS REPORT

On August 26, 2024, the Court granted final approval of the parties' settlement agreement and ordered the parties to undertake all action necessary to agree upon and retain a secondary Gang Review Ombudsperson ("GRO") by September 25, 2024. Doc. 273 at 7. On September 26, 2024, the Court granted the parties' request to extend their deadline to secure a secondary GRO to November 11, 2024. Doc. 275. On November 12, 2024, the Court granted the parties' second request for an extension to January 10, 2025. Doc. 277. On January 10, 2025, the Court granted the parties' third request for an extension to March 11, 2025. Doc. 280.

Since January 2025, the parties have continued their efforts to secure a secondary GRO. On February 4, 2025, retired U.S. District Judge J. Thomas Marten agreed to serve as the secondary GRO. The City continues to work on finalizing written agreements with Judge Marten and Robert Moody memorializing the GROs' terms of service. On March 10, 2025, Judge Marten signed a written agreement, which will be forwarded to the City Manager for approval. Mr. Moody's firm

continues to review the City's proposed agreement. Thus far, no appeals requiring a secondary GRO have been filed.

Date: March 11, 2025

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS

*/s/ Kunyu Ching*
Kunyu Ching KS #29807
10561 Barkley St. Ste 500
Overland Park, KS 66212
Phone: (913) 490-4100
kching@aclukansas.org

KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.

*/s/ Teresa A. Woody*
Teresa A. Woody KS #16949
211 E. 8th Street, Suite D
Lawrence, KS 66044
Phone: (785) 251-8160
twoody@kansasappleseed.org

SHOOK, HARDY & BACON LLP

*/s/ Mitchell F. Engel*
Thomas J. Sullivan (admitted *pro hac vice*)
Mitchell F. Engel KS #78766
Paul M. Vogel KSD #79022
Charles C. Eblen, KS #77940
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
tsullivan@shb.com
mengel@shb.com
pvogel@shb.com
ceblen@shb.com

ATTORNEYS FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF

ALL OTHERS SIMILARLY SITUATED

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
*/s/ Charles E. Branson*
David R. Cooper #16690
Charles E. Branson #17376

**Attorneys for Defendant**

Jennifer L. Magaña, #15519
City Attorney
Sharon L. Dickgrafe, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas 67202
P: (316) 268-4681 | F: (316) 268-4335
sdickgrafe@wichita.gov

**Attorneys for City of Wichita**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on March 11, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

*/s/ Kunyu Ching*